UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

————————

BRK BRANDS, INC. and
GARY J. MORRIS,

      *Plaintiffs*,

    v.

NEST LABS, INC.,

      *Defendant*.

No. 13 C 7900

Judge Richard A. Posner

## ORDER OF MARCH 24, 2014

Having met with the parties this morning and discussed each item in their proposed litigation schedule, I have decided to prescribe the following schedule. It is based in part on the assumption that I will issue my claim construction ruling on May 27. I will.

| Event | Date |
|---|---|
| Preliminary Election of Asserted Claims—BRK To Limit To No More Than 24 Claims | March 31, 2014 |
| Final Infringement, Unenforceability, and Invalidity Contentions (LPR 3.1) | April 7 |
| Preliminary Election of Asserted Prior Art—Nest To Limit To No More Than 25 References | April 7 |
| Final Non-Infringement, Enforceability, and Validity Contentions (LPR 3.2) | April 14 |

| Event | Date |
|---|---|
| Exchange of Claim Terms Needing Construction and Proposed Construction (LPR 4.1) | April 21 |
| Parties agree on no more than 10 claim terms needing construction | April 24 |
| Nomination of neutral experts | April 28 |
| Close of Fact Discovery (LPR 1.3) | At close of expert discovery (LPR 5.2) |
| Opening Claim Construction Brief (LPR(4.2(a)) | May 5 |
| Responsive Claim Construction Brief (LPR 4.2(c)) | May 12 |
| Reply Claim Construction Brief (LPR 4.2(d)) | May 16 |
| Joint Claim Construction Chart (LPR 4.2(f)) | May 19 |
| Claim Construction Hearing (LPR 4.3) | May 20 |
| Final Election of Asserted Claims—BRK To Limit To No More Than 12 Claims | 3 days after claim construction ruling |
| Expert Reports of Parties with Burden of Proof (LPR 5.1(b)) | 21 days after claim construction ruling |
| Final Election of Asserted Prior Art—Nest To Limit To No More Than 15 References | 21 days after claim construction ruling |
| Neutral Expert Reports | 28 days after claim construction ruling |
| Rebuttal Expert Reports (LPR 5.1) | 14 days after expert reports |
| Completion of Expert Witness Depositions (LPR 5.2) | 14 days after rebuttal expert reports |
| Final Day for Filing Dispositive Motions (LPR 6.1) | 7 days after close of expert discovery |
| Joint Pretrial Order | TBD |
| Final Pretrial Conference | TBD |
| Trial Date (Liability Only) | August 18, 2014 |

Richard A. Posner

United States Circuit Judge