UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

———————

| | |
|---|---|
| BRK BRANDS, INC. and GARY J. MORRIS, | |
| *Plaintiffs*, | No. 13 C 7900 |
| v. | Judge Richard A. Posner |
| NEST LABS, INC., | |
| *Defendant*. | |

ORDER OF APRIL 3, 2014

NOMINATION OF NEUTRAL EXPERTS—CLARIFICATION

This order is to clarify that the 6 neutral experts (3 for liability, 3 for damages) to be jointly suggested by the parties as nominees to be court-appointed experts should be *academic* experts, not professional witnesses. If the parties are unable to agree on any such nominees by the April 28 deadline, I will find competent neutrals myself.

*[signature: Richard A. Posner]*

United States Circuit Judge