# Exhibit A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRK BRANDS, INC., and GARY J. MORRIS, PH.D., | |
| Plaintiffs, | Civil Action No.: 13-cv-7900 |
| v. | Honorable Richard A. Posner |
| NEST LABS, INC., | |
| Defendant. | |

**BRK BRANDS, INC. AND GARY J. MORRIS, PH.D.'S PROPOSED CLAIM TERMS AND CONSTRUCTIONS PURSUANT TO N.D. ILL. LPR 4.1**

BRK Brands, Inc. ("BRK") and Gary J. Morris, Ph.D. ("Morris") (collectively "Plaintiffs") hereby submit their proposed claim terms and constructions to Nest Labs, Inc. ("Nest") pursuant to Northern District of Illinois Local Patent Rule ("LPR") 4.1.

Plaintiffs assert the following claims of each asserted patent as infringed by Nest:

- U.S. Patent No. 6,144,310: Claim 20;
- U.S. Patent No. 6,600,424: Claims 4, 5, 8, 14, 16, 21, 25, 38;
- U.S. Patent No. 6,323,780: Claims 4, 6, 16, 29, 57;
- U.S. Patent No. 6,784,798: Claims 6, 10, 17, 22;
- U.S. Patent No. 7,158,040: Claim 7; and
- U.S. Patent No. 6,377,182: Claims 8, 11, 20, 30.

In light of the foregoing asserted claims, Plaintiffs conclude that no terms require construction. Plaintiffs' proposal that no claim terms or elements require construction reflects Plaintiffs' knowledge, thinking, and contentions as of this date in the present action. Plaintiffs

reserve the right, to the extent permitted by the Court and the applicable statutes and rules, to modify and supplement, without prejudice, to propose claim terms and claim elements for construction based on information developed in the course of this lawsuit through discovery or additional factual investigation. Plaintiffs further reserve the right to offer constructions for any claim terms or phrases that Nest identifies and for which Nest proposes any claim construction(s).

Date: April 21, 2014                                              Respectfully submitted,

/s/ *Sanjay K. Murthy*
Sanjay K. Murthy
sanjay.murthy@klgates.com
Benjamin E. Weed
benjamin.weed@klgates.com
Devon C. Beane
devon.beane@klgates.com
K&L GATES LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Tel: (312) 372-1121
Fax: (312) 827-800

Bryan J. Sinclair (*pro hac vice*)
bryan.sinclair@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, CA
Tel: (650) 798-6700
Fax: (650) 798-6701

Ravi S. Deol
ravi.deol@klgates.com
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Tel: (214) 939-5500
Fax: (214) 939-5849

**ATTORNEYS FOR PLAINTIFF BRK BRANDS, INC.**

Lynn J. Alstadt (*pro hac vice*)
lynn.alstadt@bipc.com
Craig G. Cochenour (*pro hac vice*)
craig.cochenour@bipc.com
BUCHANAN INGERSOLL & ROONEY P.C.
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, Pennsylvania 15219-1410
Tel: (412) 562-8800
Fax: (412) 562-1041

**ATTORNEYS FOR PLAINTIFF GARY J. MORRIS, PH.D.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served upon all counsel of record on April 21, 2014.

/s/ *Sanjay K. Murthy*
Sanjay K. Murthy