# Exhibit A

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRK BRANDS, INC., and GARY J. MORRIS, PH.D., | |
| Plaintiffs, | Civil Action No.: 13-cv-7900 |
| v. | Honorable Richard A. Posner |
| NEST LABS, INC., | |
| Defendant. | |

**DEFENDANT'S LIST OF PROPOSED CLAIM TERMS TO BE CONSTRUED AND PROPOSED CONSTRUCTIONS PURSUANT TO LOCAL PATENT RULE 4.1**

Pursuant to the Order of March 24, 2014 (D.I. 112) and Local Patent Rule 4.1, Defendant Nest Labs, Inc. ("Nest" or "Defendant") hereby submits its List of Proposed Claim Terms to be Construed and Proposed Constructions ("List of Proposed Claim Terms"), including an identification of claim elements governed by 35 U.S.C. § 112 (6). Nest's List of Proposed Claim Terms is limited to the claim terms in the remaining asserted claims[1]: Claim 20 of U.S. Patent No. 6,144,310 ("the '310 patent"); Claims 4, 5, 8, 14, 16, 21, 25 and 38 of U.S. Patent No. 6,600,424 ("the '424 patent"); Claims 6, 10, 17 and 22 of U.S. Patent No. 6,784,798 ("the '798 patent"); Claim 7 of U.S. Patent No. 7,158,040 ("the '040 patent"); Claims 4, 6, 16, 29 and 57 of U.S. Patent No. 6,323,780 ("the '780 patent"), and Claims 8, 11, 20 and 30 of U.S. Patent No. 6,377,182 ("the '182 patent") (collectively, the "asserted claims"). If Plaintiffs are

---

[1] As reflected in BRK Brands, Inc. ("BRK") and Gary J. Morris, Ph.D.'s (collectively, "Plaintiffs") (i) March 31, 2014 narrowing to 24 asserted claims and (ii) withdrawal of claim 5 of the '310 patent on April 21, 2014.

later allowed to assert any other claims beyond the asserted claims, Nest reserves the right at that time to propose additional claim constructions.

Nest's List of Proposed Claim Terms is based, in part, upon Nest's present understanding of the asserted claims and is also based on investigations conducted by Nest to date and information currently known to Nest. Furthermore, discovery is ongoing, and Nest reserves the right to amend its list in light of further discovery, submission of a proposed list of claim terms to be construed and constructions by Plaintiffs, claim interpretation positions taken by Plaintiffs during expert discovery, and/or any relevant orders of the Court or as otherwise allowed by the local or federal rules. Nest does not assert that this list is exhaustive, but merely representative of the claim construction issues Nest has identified as of April 21, 2014. Nest specifically reserves the right to revise this list and/or respond to any terms or constructions proposed by Plaintiffs. Nest does not, in any way, accept or acquiesce to any particular claim construction advanced by Plaintiffs, nor should Nest's selection (or omission) of claim terms or proposed construction be considered an admission in any form.

**I.     Defendant's Proposed Claim Terms To Be Construed and Proposed Construction Under LPR 4.1(a)(i)-(ii)**

Based on investigations to date, Nest submits the following chart identifying the claim terms to be construed and Nest's proposed constructions[2].

---

[2] Nest also contends that the asserted claims are invalid *inter alia* because (1) the claims are indefinite; (2) the claims are not enabled; and/or (3) the claims lack adequate written description. To the extent not set forth below or in Nest's Final Invalidity Contentions, dated April 7, 2014, Nest reserves the right to set forth these defenses.

| No. | Claim Term Requiring Construction (Patent: Claim(s))[3] | Nest's Proposed Construction |
|---|---|---|
| 1 | "manually settable location specifying member [. . . whereby a user can specify a location]" ('424: 9) / "selectable coding element [to define each detector's installation location]" ('424: 24)<br><br>"selectable coding circuitry [to define the installation location]" ('780: 1) / "alarm code selector [to define a voice information code]" ('780: 27) | User repositionable hardware switch(es) or wire(s) (i.e. jumper(s)) |
| 2 | "electrical signal to select [one of the pre-recorded voice messages to represent the location]" ('424: 37) | This limitation is not a structural component; thus this claim is invalid. To the extent this term can be understood based on the disclosure it must refer to a signal specified by a user repositionable hardware switch or wire (i.e. jumper) |
| 3 | "[one of] the pre-stored messages is user selectable [and verbalizes the selected location]" ('798: 1) | User may reposition a hardware switch or wire (i.e. jumper) to choose a message |
| 4 | "selector to define a coded radio frequency signal" ('780: 27) / "a settable system specifying element . . . for establishing a coded system specific identifier"('780: 54) | User repositionable hardware switch(es) or wire(s) (jumper) for selecting a particular radio frequency for communications between detectors.<br><br>Alternatively, the "settable system specifying element" is indefinite as shown by BRK's own contentions as it purports to identify this term as both an element to set a RF communication frequency and separately as an element to specify the location of the device. There is no disclosure of a single element that performs both functions |

---

[3] Nest's proposed constructions identify the claims to which each claim element relates. To the extent a claim element is present in a claim not specifically identified with respect to that claim element, Nest's proposed construction applies equally to the unidentified claim as if fully set forth therein.

3

| No. | Claim Term Requiring Construction (Patent: Claim(s))[3] | Nest's Proposed Construction |
|---|---|---|
| 5 | "tonal patterns wherein each pattern includes <u>predetermined silent intervals</u>" ('310: 14)<br><br>"tonal output patterns… the pattern includes a plurality of spaced apart <u>predetermined silent intervals</u> bounded pluralities of spaced apart tones" ('424: 1, 5) / "interrupted groups of fire alarm indicating tones wherein groups of tones are spaced apart by silent, <u>longer second time intervals</u>" ('424:7) / "tonal pattern…wherein some of the tones are spaced apart from one another by a <u>first time interval</u> [and wherein others of the tones are closer together]" ('424:9) / "during the <u>periods of silence</u> in the tonal pattern emitted by that detector" ('424:24) / "tonal patterns…wherein groups of patterns are spaced apart by <u>predetermined tonal silent periods</u>" ('424:37)<br><br>"pre-stored, audible, alarm identifying tonal output pattern . . . wherein the pattern includes a plurality of spaced apart <u>predetermined silent intervals</u>" ('798: 1) / "interrupted groups of fire indicating tones, …the groups are spaced apart by <u>silent, longer second time intervals</u>" ('798:19)<br><br>"tonal, output patterns wherein each pattern includes <u>predetermined silent intervals</u>" ('040:1)<br><br>"during <u>periods of silence in said prescribed</u> audible tonal pattern" ('780:1) / during selected <u>periods of silence in said prescribed</u> audible tonal pattern" ('780:12) / "alarm-type indicating tones wherein groups of tones are spaced apart <u>a first interval</u>" ('780:54) | The silent intervals or spaces between groups of tones for a given alarm type have the same duration. The maximum silent period is 1.5 seconds for smoke and 5 seconds for carbon monoxide |
| 6 | "message . . . verbalizes the respective alarm type" ('310: 14)<br><br>"verbal alarm–type output message " ('424: 1, 5) / "the stored fire indicating word" ('424: 7) / "verbally outputs at least one of an alarm type message, or, an alarm location message" ('424: 9) / "voice message which verbally describes the installation location" ('424: 24) / "verbalizes the | The emitted verbal messages indicate either an alarm type (e.g., smoke, fire or carbon monoxide) and/or a location, without instructions on how to respond to a hazardous condition |

4

| No. | Claim Term Requiring Construction (Patent: Claim(s))[3] | Nest's Proposed Construction |
|---|---|---|
| | selected, pre-recorded, user unalterable location message" ('424: 37)<br><br>"verbal alarm location output message" ('798: 1) / "the stored fired indicating word" ('798: 19)<br><br>"verbal alarm output message . . . verbalizes the respective alarm type message in a respective silent interval" ('040: 1) / "location specific messages" ('040: 7)<br><br>"message verbally describes the type of detected environmental condition" ('780: 1) / "message verbally describes the location of the detected environmental condition" ('780: 12) / "voice information" ('780: 27) / "output message verbally identifies the same alarm as does the tonal output pattern" ('780: 54) | |
| 7 | "outputs . . . an interleaved [respective verbal alarm type message] in a respective silent interval" ('310: 14)<br><br>"emits [the verbal alarm-type message] in respective silent intervals" ('424: 1, 5) / "[injects the stored fire indicating word] into only the second time intervals between groups of fire alarm indicating tones" ('424: 7) / "emits [a voice message which verbally describes the installation location] . . . during the periods of silence" ('424: 24)<br><br>"[message] . . . emitted in respective silent intervals" (1) / "emits [messages] in respective silent intervals" (10) / "injects…[fire indicating word] into only the second time intervals between groups of . . . tones" ('798: 19)<br><br>"outputs . . . an interleaved [respective verbal alarm type message] in a respective silent interval" ('040: 1)<br><br>"[voice message … verbally describes the type of detected condition] . . . is emitted during periods of silence" ('780: 1) | The same verbal message (of alarm type and/or location) is announced during each intergroup silent period |
| 8 | "verbally output . . . alarm type message or . . . location message repetitively in at least some of | These terms lack a supporting written description as there is no disclosure of |

5

| No. | Claim Term Requiring Construction (Patent: Claim(s))[3] | Nest's Proposed Construction |
|---|---|---|
| | the first intervals" ('424: 9) / "during at least some of the first intervals, verbalizes the location" ('424: 13) / "verbalizes the type of alarm condition… during at least some of the first intervals" ('424: 14) / "voice message is repetitively emitted during at least some periods of silence" ('424: 25) / "location message during at least some of the silent periods" ('424: 37) / "verbalizes the alarm type during some of the tonal silent periods" ('424: 38) | emitting voice messages during only some of the silent periods or intergroup spaces or emitting different messages during different silent periods |
| | "location of the detected environmental condition…is emitted during selected periods of silence" ('780: 12) / "plays a…condition specifying message during other periods of silence" ('780: 13) / "the output message is injected into at least some of the first intervals between tonal groups" ('780: 54) | |
| 9 | "in response to" ('310: 14); ('424: 1, 5, 7, 9); ('798: 1, 19); ('040: 1); ('780: 1, 12, 54)<br><br>"whereupon" ('424 claim 24) | As soon as [the condition is sensed] |
| 10 | "for the duration" ('424: 24, 37); ('780: 1, 12) | As long as [the condition is sensed] |
| 11 | "repetitively emits [the verbal alarm-type message]" ('424: 1, 5) / "repetitively injects [the stored fire indicating word]" ('424: 7) / "verbally outputs… [an alarm type message or . . . an alarm location message] repetitively" ('424: 9) / "repeatedly verbalizes the . . . [message]" ('424: 37)<br><br>"[message to be] repetitively emitted" ('798: 1) / "repetitively emits [first and second output messages]" ('798: 10) / "repetitively injects [the stored fire indicating word]" ('798: 19) | The voice message [of the alarm type and/or location] is announced for as long as the condition is sensed |
| 12 | "fire sensor" ('424: 3, 4, 5, 7, 10) / "circuitry for detecting a fire" ('424: 7)<br><br>"fire sensor" ('798: 19) / "circuitry for detecting a fire" ('798: 19) | There is no disclosure of a sensor or circuit that detects fire; thus, the claims reciting a fire sensor are not supported by a written description.<br><br>Alternatively, "a sensor/circuit that |

6

| No. | Claim Term Requiring Construction (Patent: Claim(s))[3] | Nest's Proposed Construction |
|---|---|---|
|  |  | detects fire" |
| 13 | "verbal message specifies a fire" ('424: 5) / "word indicative of fire" ('424: 7) / "fire indicating word" ('424: 7)<br><br>"word indicative of the presence of fire" ('798: 19) / "fire indicating word" ('798: 19) / "fire indicating verbal output word" ('798: 21) | A word/message identifying the presence of fire |
| 14 | "wired input/output port coupled to the control element wherein the port and control element receive signals from other detectors, or transmit signals to other detectors" ('424: 9)<br><br>"interconnect port for receipt of alarm indicating signals" ('798: 20) | A port for wired (not wireless) communication of alarm signals between detectors |
| 15 | "interconnecting a minimum of two environmental condition detectors forming an environmental condition detection system . . . interconnected detectors" ('424: 24) | The multiple detectors have a wired (not wireless) connection to each other for transmitting and receiving alarm signals |
| 16 | "source of illumination" ('780: 54) | A light wirelessly connected to and remote from the detector or sensor |
| 17 | "circuitry to provide for the selection of language type presentation of said pre-recorded messages" ('780: 4) / "circuit to provide for the selection of language-type presentation" ('780: 12) | User repositionable hardware switch(es) or wires (i.e., jumpers) for selecting a language |
| 18 | "the device" or "the device for activation of an audible alarm device which emits user unalterable prescribed groups of pulsating, audible output tonal patterns for the duration of the sensed environmental condition, wherein groups of patterns are spaced apart by predetermined tonal silent periods" ('424: 37) | This term is indefinite. Claim 37 separately requires that "the device for activation ..." is coupled to an "electronic circuit" and a "sensor"; thus, "the device for activation …" cannot refer to the electronic circuit or sensor types recited elsewhere in claim 37. Further, the sensor types listed in claim 37 do not describe activating anything; thus, the sensors cannot be an antecedent basis for "the device for activation …" |

| No. | Claim Term Requiring Construction (Patent: Claim(s))[3] | Nest's Proposed Construction |
|---|---|---|
| 19 | "power supply" ('424: 15) | Battery |
| 20 | "control electronics" ('310: 14); ('424: 1, 5); ('798: 1); ('040: 1)<br><br>"control element" ('424: 7); ('798: 19)<br><br>"electronic circuit" ('424: 37) | Non-programmable circuit elements that trigger the playing of voice messages during silent periods |
| 21 | "located adjacent to the mounting side" ('182: 1, 30) / "located adjacent to the mounting wall" ('182: 1, 30) | Next to, and on the same side of the PCB as, the mounting side and displaced from the electrical components |
| 22 | "substantially symmetrical in-flow and out-flow of ambient atmosphere" ('182: 1, 30) / "facilitates a symmetrical inflow of ambient atmosphere into the sensor" ('182: 10) | The air flow paths are the same from opposing sides and are not obstructed or redirected by other components, vanes or deflectors |
| 23 | "for atmospheric ingress and egress with a <u>substantially planar</u> flow path through the housing adjacent to the interior surface" ('182: 20) | The entrance and exit flow paths are not impeded or vertically deflected or displaced from the internal side of the mounting plate |
| 24 | "An ambient condition sensor which <u>protrudes from the cover and extends towards the base</u>" ('182: 10) | The sensor extends upward from the cover towards the base and not below the PCB board |

## II. Defendant's Identification of 35 U.S.C. § 112(6) Terms and Corresponding Structures Under LPR 4.1(a)(iii)-(iv)

Based on investigations to date, Nest submits the following chart identifying the claim terms to be governed by 35 U.S.C. § 112(6) and the corresponding structures and functions for each of these terms.

| No. | § 112 (6) Term (Patent: Claim(s)) | Function | Corresponding Structure |
|---|---|---|---|
| 1 | "a processor programmed for retrieving a selected tonal alarm pattern and | "retrieving a selected tonal alarm pattern and presenting same to the | The '780 patent fails to disclose supporting structure for a programmed |

8

| No. | § 112 (6) Term (Patent: Claim(s)) | Function | Corresponding Structure |
|---|---|---|---|
|  | presenting same to the audible alarm" ('780: 6, 16) | audible alarm" | processor, such as the steps or operations the processor performs to accomplish the recited function; thus, this claim is invalid as indefinite |
| 2 | "wherein the control circuit includes a programmed processor and wherein instructions for implementing at least the alarm condition indicating tones are executed thereby" ('780: 57) | "implementing at least the alarm condition indicating tones" | The '780 patent fails to disclose supporting structure for a programmed processor, such as the steps or operations the processor performs to accomplish the recited function; thus, this claim is invalid as indefinite |

| | |
|---|---|
| DATED: April 21, 2014 | Respectfully submitted, |
| | */s/ John P. Scheibeler* |
| | Kevin X. McGann<br>Jeffrey J. Oelke<br>John P. Scheibeler<br>John P. Padro<br>Vigen Salmastlian<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>(212) 819-8200 |
| | John Letchinger<br>Baker & Hostetler LLP<br>191 North Wacker Drive<br>Chicago, IL 60606-1901<br>(312) 416-6206 |
| | Marcus E. Sernel, P.C. (#6243853)<br>David Rokach (#6279703)<br>Reid P. Huefner (#6291648)<br>Louis A. Klapp (#6303722)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Tel.:   (312) 862-2000<br>Fax:   (312) 862-2200<br>msernel@kirkland.com<br>drokach@kirkland.com<br>rhuefner@kirkland.com<br>louis.klapp@kirkland.com |
| | *Attorneys for Defendant Nest Labs, Inc.* |

NEWYORK 9190734

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2014, **DEFENDANT'S LIST OF PROPOSED CLAIM TERMS TO BE CONSTRUED AND PROPOSED CONSTRUCTIONS PURSUANT TO LOCAL PATENT RULE 4.1**, were served via electronic mail on the Counsel of Record identified below.

By: */s/ John P. Scheibeler*

John S. Scheibeler
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

*Attorney for Defendant Nest Labs, Inc.*