# Exhibit C

| Nest Row No. | Claim Term (Patent: Claim) | Nest's Proposed Construction | BRK's Proposed Construction |
|---|---|---|---|
| 15 | "interconnecting a minimum of two environmental condition detectors forming an environmental condition detection system . . . interconnected detectors" ('424: 24) | The detectors have a wired connection to each other for transmitting and receiving alarm signals | "creating a wired communication path between environmental condition detectors." |
| 22 | "substantially symmetrical in-flow and out-flow of ambient atmosphere" ('182: 1, 30)<br><br>"facilitates a symmetrical inflow of ambient atmosphere into the sensor" ('182: 10) | The air flow paths are [substantially] the same from opposing sides and are not obstructed or redirected by other components, vanes or deflectors | "[housing provides] in-flow and out-flow of ambient atmosphere to and from the sensor in a substantially corresponding form"<br><br>"[housing] facilitates inflow of ambient atmosphere into the sensor in a corresponding form" |
| 23 | "for atmospheric ingress and egress with a substantially planar flow path [through the housing adjacent to the interior surface]" ('182: 20) | The entrance and exit flow paths lie largely in two dimensions and are not vertically deflected or displaced by other components, vanes or deflectors. | "such that atmosphere enters and exits the housing substantially parallel to the interior surface of the housing [and adjacent to the interior surface]" |
| MPF-1 | "a processor programmed for retrieving a selected tonal alarm pattern and presenting same to the audible alarm" ('780: 6, 16) | Function: "retrieving a selected tonal alarm pattern and presenting same to the audible alarm"<br><br>Structure: "The '780 patent fails to disclose supporting structure for a programmed processor, such as the steps or operations the processor performs to accomplish the recited function; thus, this claim is invalid as indefinite" | A processor programmed with a set of instructions that receives input data and compares the input data to pre-selected threshold data values in memory for selecting tonal patterns indicative of a sensed condition and presents the selected tonal patterns to an audible alarm. |