UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRK BRANDS, INC., and<br>GARY J. MORRIS, PH.D.,<br><br>          Plaintiffs,<br><br>  v.<br><br>NEST LABS, INC.,<br><br>          Defendant. | Civil Action No.: 13-cv-7900<br><br>Honorable Richard A. Posner |

**JOINT SUBMISSION REGARDING IDENTIFICATION OF NEUTRALS**

Plaintiffs BRK Brands, Inc. and Gary J. Morris ("Plaintiffs"), and Defendant Nest Labs, Inc. ("Nest"), by and through their undersigned counsel, hereby provide the following submission regarding the identification of neutral experts for liability and damages in the case. The Orders dated March 24, 2014 (D.I. 112) and April 3, 2014 (D.I. 124) requested the parties to identify three liability neutrals and three damages neutrals for the case.

  A.  **NOMINATION OF LIABILITY NEUTRALS**

Despite their cooperative efforts, the parties thus far have been able to identify and agree upon only two nominees as potential liability neutrals for the case. The parties will continue the search for a third nominee for liability neutral should the Court so desire. The nominees are:

    **R. James Duckworth** *(CV attached as Exhibit A)*
    Department of Electrical and Computer Engineering
    Worcester Polytechnic Institute
    100 Institute Rd.
    Worcester, MA 01609
    *http://www.wpi.edu/academics/facultydir/rjd.html*
    Tel: 508 831-5204
    rjduck@wpi.edu

1

> **Chang Liu** *(CV attached as Exhibit B)*
> Northwestern University
> 2145 Sheridan Road
> Tech L288
> Evanston, IL 60208-3109
> http://www.mech.northwestern.edu/people/faculty/profiles/liu-chang.html
> Tel: 847-467-0701
> changliu@northwestern.edu

Based on interviews with these nominees, Defendant Nest further points out that, if elected, the nominee might need additional assistance of a specialist regarding the applicable codes and standards (e.g., NFPA, ANSI and UL) in the latter half of the 1990s when Plaintiffs contend the alleged inventions of the Morris patents were created to properly evaluate the validity of the patents-in-suit from the perspective of a person of ordinary skill in the art. Nest requests the Court permit any elected liability neutral the option to consult a specialist in the area of the applicable codes and standards. If the neutral determines that additional assistance is needed once the neutral is able to assess the case in greater detail, then the parties agree to nominate a specialist for such purpose. As shown in greater detail below, Nest was able to identify several professors and industry experts with this specialized background.

To this end, Nest has identified several industry experts (not professional witnesses) with particular knowledge of fire protection standards and environmental condition detectors in the late 1990s and today. These experts include (i) Robert Schifiliti (Chair of NFPA 72) of R.P. Schifiliti Associates, Inc., Reading, MA, (781) 942-7500; and (ii) Paul Patty, President at PEP Consulting (former employee of United Laboratories), Hoffman Estates, IL, (847) 358-8396. Nest contacted these experts, but did not pursue them further because they did not appear to meet the Court's request for academic-related experts.[1] Further, Nest believes that Professors Mowrer

---

[1] Plaintiffs have not yet had the opportunity to talk with these experts to ensure their neutrality or discuss their qualifications.

and Simonian of California Polytechnic State University would have such expertise, but these experts were not deemed nominees either because of lack of availability or potential conflict. Nonetheless, and particularly given the nature of the issues in this case and the relative scarcity of experts with this knowledge in academic circles, Nest believes that such industry experts could add great value as neutrals or to assist any liability neutral selected by the Court for this case, particularly if the liability neutral has no background in fire protection.

B. **NOMINATION OF DAMAGES NEUTRALS**

The parties have been able to agree upon the following three nominees as damages neutrals for the case:

> **Adam Mossoff** *(CV attached as Exhibit C)*
> George Mason University
> Law Professor Room 319, Hazel Hall, Arlington Campus
> 3301 Fairfax Dr. Arlington, VA 22201
> http://www.law.gmu.edu/faculty/directory/fulltime/mossoff_adam
> Tel: 703-993-9577
> amossoff@gmu.edu
>
> **Brian Love** *(CV attached as Exhibit D)*
> Santa Clara Law Assistant Professor
> Bergin Hall 109
> 500 El Camino Real
> Santa Clara, CA 95053
> 408-554-4783
> blove@scu.edu
>
> **John Golden** *(CV attached as Exhibit E)*
> University of Texas
> Law Professor
> JON 6.235
> The University of Texas at Austin
> 727 E Dean Keeton Street
> Austin, TX 78705
> http://www.utexas.edu/law/faculty/jg33285/
> Tel: (512) 232-1469
> jgolden@law.utexas.edu

## C. ADDITIONAL EXPERTS CONTACTED BY THE PARTIES BUT NOT NOMINATED

Finally, should the Court determine that it wishes to contact additional experts as potential neutrals, the parties identify below experts that the parties already contacted during this process, but who were not nominated for one reason or another, such as lack of time, business conflict, or concerns over expertise in one or more areas of pertinent subject matter.

### 1. Experts Contacted by Defendant Nest but not Nominated

| | |
|---|---|
| **Fred Mowrer** (liability)<br>Professor-in-Residence and Director of Fire Protection Engineering Program<br>California Polytechnic State University San Luis Obispo, CA 93405<br>Phone: 805-756-7834<br>fmowrer@calpoly.edu | **Lonny G. Simonian** (liability)<br>Associate Professor<br>Department of Construction Management<br>California Polytechnic State University San Luis Obispo, CA 93405<br>Phone: (805) 756-7981<br>lsimonia@calpoly.edu |
| **Brian Meacham** (liability)<br>Associate Professor, Fire Protection Engineering,<br>Worcester Polytechnic Institute<br>100 Institute Rd.<br>Worcester, MA 01609<br>Phone: 508-831-6778<br>Fax: 508-831-5862<br>bmeacham@wpi.edu | **David Cygansky** (liability)<br>Dean, Department of Electrical and Computer Engineering<br>Worcester Polytechnic Institute<br>100 Institute Rd.<br>Worcester, MA 01609<br>Phone: 508-831-4694<br>Fax: 508-831-4693<br>cyganski@wpi.edu |
| **Pat D. Brock** (liability)<br>MS, PE Professor Emeritus<br>Oklahoma State University<br>Stillwater, OK 74078<br>Phone: 405-377-1961 | **Floyd Luinstra, PE** (liability)<br>Lab Manager and Faculty Adjunct<br>Oklahoma State University<br>Stillwater, OK 74078<br>Phone: 405-372-2515 |
| **Judith A. Chevalier** (damages)<br>Yale University<br>Economics and Finance Professor<br>http://som.yale.edu/judith-chevalier | **John F. Duffy** (damages)<br>University of Virginia School of Law<br>Law Professor<br>Phone: 434-243-8544<br>jfduffy@virginia.edu |

### 2. Experts Contacted By Plaintiffs but not Nominated

| | |
|---|---|
| **Sanjiv Sinha** (liability)<br>Assistant Professor of Mechanical Engineering<br>University of Illinois Department of Mechanical Science and Engineering<br>Phone: 217-244-1891<br>sanjiv@illinois.edu | **Richard J. Gilbert** (damages)<br>Emeritus Professor of Economics and Professor of the Graduate School<br>University of California, Berkeley<br>510-642-1507<br>gilbert@econ.berkeley.edu |
| **M. Quinn Brewster** (liability)<br>Hermia G. Soo Professor<br>College of Engineering Willett Faculty Scholar<br>University of Illinois Department of Mechanical Science and Engineering<br>Phone: 217-244-1628<br>brewster@illinois.edu | **Eric T. Anderson** (damages)<br>Hartmarx Professor of Marketing<br>Chair of Marketing Department<br>Director of the Center for Global Marketing Practice<br>Northwestern University<br>847-467-6482<br>eric-anderson@kellogg.northwestern.edu |
| **Raymond J. Cipra** (liability)<br>Professor of Mechanical Engineering<br>Purdue University<br>765-494-5724<br>cipra@purdue.edu | **Anne Coughlan** (damages)<br>John L. and Helen Kellogg Professor of Marketing<br>Northwestern University<br>847-491-2719<br>a-coughlan@kellogg.northwestern.edu |

Date: April 28, 2014

Respectfully submitted,

/s/ John Letchinger

/s/ Sanjay K. Murthy

Kevin X. McGann (*pro hac vice*)
Jeffrey J. Oelke
John P. Scheibeler (*pro hac vice*)
John P. Padro (*pro hac vice*)
Vigen Salmastlian (*pro hac vice*)
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

John Letchinger
Baker & Hostetler LLP

Sanjay K. Murthy
sanjay.murthy@klgates.com
Benjamin E. Weed
benjamin.weed@klgates.com
Devon C. Beane
devon.beane@klgates.com
K&L GATES LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Tel: (312) 372-1121
Fax: (312) 827-800

| | |
|---|---|
| 191 North Wacker Drive<br>Chicago, IL 60606-1901<br>(312)416-6206<br><br>Marcus E. Sernel, P.C. (#6243853)<br>David Rokach (#6279703)<br>Reid P. Huefner (#6291648)<br>Louis A. Klapp (#6303722)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>marc.sernel@kirkland.com<br>david.rokach@kirkland.com<br>reid.huefner@kirkland.com<br>louis.klapp@kirkland.com<br><br>**ATTORNEYS FOR DEFENDANT NEST LABS, INC.** | Bryan J. Sinclair (*pro hac vice*)<br>brian.sinclair@klgates.com<br>K&L GATES LLP<br>630 Hansen Way<br>Palo Alto, CA<br>Tel: (650) 798-6700<br>Fax: (650) 798-6701<br><br>Ravi S. Deol<br>ravi.deol@klgates.com<br>K&L GATES LLP<br>1717 Main Street, Suite 2800<br>Dallas, TX 75201<br>Tel: (214) 939-5500<br>Fax: (214) 939-5849<br><br>**ATTORNEYS FOR PLAINTIFF BRK BRANDS, INC.**<br><br>Lynn J. Alstadt (*pro hac vice*)<br>lynn.alstadt@bipc.com<br>Craig G. Cochenour (*pro hac vice*)<br>craig.cochenour@bipc.com<br>BUCHANAN INGERSOLL & ROONEY P.C.<br>One Oxford Centre<br>301 Grant Street, 20th Floor<br>Pittsburgh, Pennsylvania 15219-1410<br>Tel: (412) 562-8800<br>Fax: (412) 562-1041<br><br>**ATTORNEYS FOR PLAINTIFF GARY J. MORRIS, PH.D.** |