# Exhibit A

R James Duckworth                                                                                         April 2014

**Dr. R James Duckworth**
Department of Electrical and Computer Engineering
Worcester Polytechnic Institute, 100 Institute Road,
Worcester MA 01609

*Education*

University of Nottingham, England.
   Ph.D. in the Department of Electrical and Electronic Engineering (1984). Thesis title: "Parallel Computation on a Multi-Stream Data Flow Machine".
University of Bradford, England.
   Four year thin sandwich degree course in Electrical and Electronic Engineering. Obtained 2:1 Hons BEng (1981).

*Employment*

**Associate Professor**, Electrical and Computer Engineering Department, Worcester Polytechnic Institute, July 1991 - present
**Assistant Professor**, Electrical Engineering Department, Worcester Polytechnic Institute, January 1987.
**Lecturer**, Computer Science Department, University of Nottingham, September 1984 to December 1986.
**Engineer**, Plessey Office Systems Ltd, Nottingham, August 1974 to August 1984.

Holds secret clearance

*Teaching Experience*

Prior to joining WPI in 1987 Dr. Duckworth was a lecturer in the Computer Science Department at the University of Nottingham in England. He developed and taught courses and laboratories in the areas of Digital Logic, Microprocessor Systems, and Computer Networks.

At WPI he has taught undergraduate and graduate courses in the electrical and computer engineering area. He has developed new course and laboratory material for many courses including:
- Advanced Logic Circuits
- Introduction to VLSI
- Microprocessor System Design
- Modeling and synthesis of digital system using Verilog and VHDL
- VHDL for Modeling and Synthesis
- Computer System Design
- Multi-processor and Distributed Systems
- Advanced Computer System Design

R James Duckworth                                                                                                April 2014

He also developed a textbook called "Workview Office Student Edition - schematic entry and digital analysis" which is published by Prentice Hall. This book has been used by many schools in their digital logic and circuit classes.

Dr. Duckworth has developed a short course titled "VHDL for Digital Design Synthesis". He has taught this course many times to engineers at companies in Massachusetts.
He also developed and taught a new short course: "Practical Debugging of Systems under Test".

### *Funded Grants and Awards Received (last few years)*

1. "Three-Dimensional Modeling to Support Indoor Location – Real-Time Image Capture Systems – Phase 2", Astrium Services, $105,9121, September 2012 (with Cyganski).
2. "Precision Indoor Personnel Location and Tracking for Emergency Responders", DHS S&T, $20,000, September 2012 (with Cyganski).
3. "Improving Firefighter Health and Safety with Uninterrupted Real-Time Personal Sensors", FEMA AFG FP&S, $998,124, August 2012 (with Cyganski and Notarianni).
4. "Development and Support of WPI August 2012 Workshop", UCLA, $50,000, July 2012 (with Cyganski).
5. "Three-Dimensional Modeling to Support Indoor Location – Real-Time Image Capture Systems, Astrium Services, $109,410, August 2011 (with Cyganski).
6. "Development and Support of August 2011 Workshop- "Precision Indoor Personnel Location and Tracking for Emergency Responders", CSE, $50,000, September 2010 (with Cyganski)
7. Search and Rescue Prototype Systems (Mantenna), Honeywell, $118,081, September 2010 (with Cyganski)
8. Integration of WPI PPL and Honeywell Navigator Architecture: Phase I - Concept development and capability demonstration, Honeywell, $50,000, May 2010 (with Cyganski)
9. "Independent Analysis of Location Tracking Systems for First Responders via Focused Groups and Communities of Practice", CSE, $135,000, January 2010 (with Cyganski).
10. "Fire-Ground Environment Sensor Monitoring", FEMA AFG FP&S, $1,000,000, August 2009 (with Cyganski and Notarianni).
11. "Precision Personnel Location (PPL)", CSE, $50,000, January 2009 (with Cyganski).
12. "Micro-Beacon Tracking of Autonomous Systems (MTAS)", Honeywell, $401,984 (with Cyganski), October 2008.
13. "Testing and Evaluation of First Responder Indoor Location Technology", NSRDEC, $433,879 (with Cyganski), September 2008.
14. "Microlight Indoor Positioning Performance Evaluation", Raytheon, $100,000 (with Cyganski), June 2008.
15. "Real-Time Troop Physiological Status Monitoring Systems Using a Common Wireless Network", USAMRMC, $1,007,985 (with Pedersen, Michalson, Mendelson & McGimpsey), April and June 2008.

R James Duckworth                                                                                                        April 2014

16. "Integrated Firefighter Locator and Physiological Monitoring", DHS FEMA, $999,303 (with Cyganski and Makarov), August 2007.

## Publications and Presentations (last few years)

1. "Transactional Array Reconciliation Tomography for Precision Indoor Location" IEEE Transactions on Aerospace and Electronic Systems (with Amendolare and Cyganski) – January 2014.
2. "Indoor navigation for first responders" by Duckworth and Cyganski, AccessScience, McGraw-Hill Education, LLC, 2013.
3. "Tutorial – Urban Indoor Navigation", Institute of Navigation, Joint Navigation Conference 2013, Colorado Springs, Colorado, June 2013.
4. "Precision Personnel Locator: Inverse Synthetic Aperture Array Reconciliation Tomography" by Cavanaugh, Lowe, Cyganski, and Duckworth, ION/IEEE Position Location and Navigation Symposium (PLANS) 2012, Myrtle Beach, SC, June 2012.
5. "Tutorial - Urban and Indoor Navigation", ION GNSS, Portland, Oregon, September 2011.
6. "Location and Tracking for First Responders", invited Plenary Session speaker, TCIP 2011 (Technologies for Critical Incident Preparedness) National Harbor, Maryland, August 2011.
7. "Integrated First Responder Location and Physiological Monitoring", invited speaker, Body Area Network Technology and Applications, Worcester, MA, June 2011
8. "Tutorial – Urban Indoor Navigation", Institute of Navigation, Joint Navigation Conference 2011, Colorado Springs, Colorado, June 2011.
9. "WPI Precision Personnel Locator System - Inertial Filtering for Improved Positioning Accuracy in Challenging RF Environments" by Lowe, Cavanaugh, Cyganski, Duckworth, Joint Navigation Conference 2011, Colorado Springs, Colorado, June 2011.
10. "A New Bidirectional Transaction Approach to Improve Precision Location in Indoor Environments", by Cavanaugh, Lowe, Cyganski, and Duckworth, *Institute of Navigation, International Technical Meeting*, San Diego, California, January 2011.
11. "Indoor Location and Tracking Systems for First Responders", Invited speaker at *Institute of Navigation, New England Section*, Boston, MA, October 2010
12. "Fireground Environment Sensor Monitor System", by Duckworth, Cyganski, Notarianni, *Annual AFG R&D Meeting*, Chicago, Illinois, August 2010
13. "PPL System", by Duckworth, Cyganski, *Interflam 2010*, Nottingham, England, July 2010
14. "Tutorial – Urban Indoor Navigation" by Duckworth. *Institute of Navigation, Joint Navigation Conference 2010*, Orlando, Florida, California, June 2010.
15. "WPI Precision Personnel Location System: New RF Location Algorithms for Improved Precision Location in High Multipath Indoor Environments" by Amendolare, Cyganski, Duckworth, *Joint Navigation Conference*, Orlando, Florida, June 2010.
16. "Location and Tracking for First Responders", invited Plenary Session speaker, *Institute of Navigation, International Technical Meeting*, San Diego, CA, January 2010.

17. "WPI Precision Personnel Locator System – Rapid Deployment Antenna System and Supporting Algorithms for 3D Precision Location", by Cavanaugh, Lowe, Cyganski, and Duckworth, *Institute of Navigation, International Technical Meeting*, San Diego California, January 2010.
18. "Micro-Beacon Tracking of Autonomous Systems (MTAS)" by Cyganski, Duckworth, Baughman. *Institute of Navigation, GNC Challenges for Miniature Autonomous Systems Workshop*, Fort Walton Beach, Florida, October 2009.
19. "Tutorial – Urban Indoor Navigation" by Duckworth. *Institute of Navigation, Joint Navigation Conference 2009*, Orlando, Florida, California, June 2009.
20. "WPI Precision Personnel Location System: Synchronization of Wireless Transceiver Units" by Amendolare, Cyganski, Duckworth, *Joint Navigation Conference*, Orlando, Florida, June 2009.
21. "WPI Precision Personnel Locator System: Antenna Geometry Estimation Using a Robust Multilateralization Technique." by Woodacre, Cyganski, Duckworth. *Institute of Navigation, International Technical Meeting*, Anaheim, California, January 2009.
22. "WPI Precision Personnel Location System: Inertial Navigation Supplementation", by Amendolare, Cyganski, Duckworth, et al. *Position Location and Navigation Symposium (PLANS) 2008*, Monterey, California, May 2008.
23. Session Chair, *Position Location and Navigation Symposium (PLANS) 2008*, Monterey, California, May 2008.
24. "WPI Precision Personnel Locator System", by Duckworth, Cyganski, et al. *Joint Navigation Conference*, Las Vegas, Nevada, March 2008.
25. "FPGA-Based Co-Processor for Singular Value Array Reconciliation Tomography", by Coyne, Cyganski, Duckworth. *The 16th Annual IEEE Symposium on Field Programmable Custom Computing Machines*, Palo Alto, CA, April 2008.
26. "WPI Precision Personnel Locator System – Automatic Geometry Location Estimation", by Woodacre, Cyganski, Duckworth, et al. *ION National Technical Meeting, session on Indoor Navigation,* San Diego, January 2008.
27. Panelist, IEEE CCNC, Las Vegas, January 2008
28. "WPI Precision Personnel Locator System – evaluation by first responders", by Duckworth, Cyganski, et al. *The 20th International Technical Meeting of the Institute of Navigation Satellite Division*, Fort Worth, TX, September 2007.
29. "WPI Precision Personnel Locator System - Indoor Location Demonstrations and RF Design Improvements." by Cyganski, Duckworth, et al., *Institute of Navigation, 63rd Annual Meeting*, Cambridge, MA, April 2007.

**Consulting**

He has over thirty years experience in the computer engineering profession working in academia and industry. During a leave of absence from WPI, he served as VP Engineering for two local companies.

While at WPI, Dr. Duckworth has worked as a computer consultant for many companies. This consulting has ranged from designing, building, and programming a variety of computer-based equipment, serving as an expert witness on a number of cases involving copyright and patent infringement and software piracy, and teaching training courses.

R James Duckworth                                                                                          April 2014

Duckworth works as a consultant for a manufacturer of Satellite Navigation (GPS and other GNSS systems) simulators. He holds a secret clearance and works on FPGA designs for classified and non-classified GPS signals.

**Patents**

"Reconfigurable Wireless Ultrasound Diagnostic System." (with Pedersen and Cordeiro). Patent #8,221,324 issued July 2012

"Methods and Apparatus for High Resolution Positioning" Patent #7292189 (with Cyganski, Orr, Michalson) issued November 2007

"Low power infrared communication system" Patent #6091530 issued July 2000.

Other patents waiting for office action.

**Memberships and Offices held in Professional Society**

- Senior member of the Institute of Electrical and Electronic Engineers (IEEE)
- Fellow and Chartered Member of the British Computer Society (BCS)
- Member of the Institute of Electrical Engineers (IEE)
- Member of the Institute of Navigation (ION).
- Chartered Engineer of the Engineering Council of England


**Editorial and Referee Services**

Dr. Duckworth has served as a reviewer for the following conferences, journals, and books:
- IEEE Transactions on Education
- IEEE Transactions on Computers
- International Conference on Parallel Processing
- IEEE Computer Journal.
- Frontiers of Massively Parallel Computation Symposium
- IEEE Transactions on Parallel and Distributed Systems
- IEEE Transactions on Communications
- DEC technical Journal
- IEE Engineering Science and Education Journal.
- IEEE Parallel and Distributed Technology
- *Computers as Components* by Wayne Wolf, Morgan Kaufmann Publishers
- *Wireless Positioning - Technologies and Applications* by Alan Bensky, Artech House (published 2008)
- *Wireless Distant Measurement and Location Technologies* by Alan Bensky, Artech House

R James Duckworth April 2014

**Other**
- KEEN Fellow, August 2011
- Joseph Samuel Satin Distinguished Fellow 1990
- Our prototype location and tracking technology is featured in the Smithsonian Air and Space Museum "Time and Navigation" exhibit that opened in 2013
- Also in 2013 our work was described in a IEEE Spectrum article "How New Indoor Navigation Systems Will Protect Emergency Responders" by Mark Harris
- 2012 State Fire Marshal's Award for 'pioneering research and significant contributions made to the Fire Service' (with Cyganski, Notarianni and Orr)