# Exhibit D

# Brian J. Love

500 El Camino Real ▪ Santa Clara, CA 95053 ▪ (650) 248-7490 ▪ blove@scu.edu ▪ Bergin Hall B109

## ACADEMIC POSITION

**Santa Clara University School of Law**  08/2012 – present
*Assistant Professor*
- Teaching: Patent Law (Fall 2012, Spring 2014, Fall 2014), IP Survey (Spring 2013, Fall 2013), and Remedies (Spring 2013, Spring 2014, Spring 2015).

**Stanford Law School**  08/2010 – 8/2012
*Lecturer in Law, and Teaching Fellow in Law, Science & Technology*
- Taught: Law, Science & Technology Colloquium (Fall 2010, Winter 2011, Spring 2011, Fall 2011, Winter 2012).
- Responsible for all aspects of LL.M. Program in Law, Science & Technology, including student advising and admissions.

## EDUCATION

**Stanford Law School**
Doctor of Jurisprudence, June 2007
        Honors:    Lawrason Driscoll Moot Court Award
        Activities:  Supreme Court Litigation Clinic, Moot Court Board President, Teaching Assistant for Federal Pretrial Litigation, Stanford Technology Law Review

**The University of Texas at Austin**    GPA 4.0/4.0
Bachelor of Science in Electrical Engineering with Highest Honors, May 2004
        Technical Area Focus:  Communications and Networking, Signal and Image Processing
        Honors:    UT Austin Distinguished Scholar 2003-2004, University Honors 2001-2004
        Activities:  Eta Kappa Nu, Tau Beta Pi, IEEE

## CLERKSHIPS

**Law Clerk to the Honorable Dorothy W. Nelson**, Pasadena, CA  08/2009 – 08/2010
United States Court of Appeals for the Ninth Circuit

**Law Clerk to the Honorable David C. Godbey**, Dallas, TX  08/2007 – 08/2008
United States District Court for the Northern District of Texas

## OTHER EXPERIENCE

**Unified Patents, Inc.**  01/2014 – present
*Advisory Board Member*

**Wilson Sonsini Goodrich & Rosati P.C.**, Palo Alto, CA  05/2012 – 08/2012
*Special Counsel, IP Litigation Section*

**Fish & Richardson P.C.**, Dallas, TX  09/2008 – 08/2009
*Associate, Litigation Section*

**Applied Research Laboratories**, Austin, TX  05/2003 – 07/2004
*Student Technician, Sonar Development Division*
- Developed four sonar data processing algorithms for use in U.S. Navy submarine mine-hunting systems that utilize active sonar hydrophones for passive sonar applications.
- Designed and implemented Linux-based graphical user interface to display sonar image waterfalls.

**PUBLICATIONS**

**Law Journals**:

*Do University Patents Pay Off? Evidence from a Survey of University Inventors in Computer Science and Electrical Engineering*, YALE JOURNAL OF LAW & TECHNOLOGY (forthcoming 2015)

*Is There a Patent Troll Problem in the U.K.?*, 24 FORDHAM INTELLECTUAL PROPERTY, MEDIA & ENTERTAINMENT LAW JOURNAL (forthcoming winter 2014) (with Christian Helmers and Luke McDonagh)

*Expanding Patent Law's Customer Suit Exception*, 93 BOSTON UNIVERSITY LAW REVIEW 1605 (2013) (with Jim Yoon)
- Proposed reforms incorporated into the Goodlatte Innovation Act, H.R. 3309, 113th Cong. § 5 (2013) and Farenthold-Jeffries Patent Litigation and Innovation Act of 2013, H.R. 2639, 113th Cong. § 4 (2013)

*Make the Patent "Polluters" Pay: Using Pigovian Fees to Curb Patent Abuse*, 4 CALIFORNIA LAW REVIEW *Circuit* 84 (2013) (with Jim Bessen)

*An Empirical Study of Patent Litigation Timing: Could A Patent Term Reduction Decimate Trolls Without Harming Innovators?*, 161 UNIVERSITY OF PENNSYLVANIA LAW REVIEW 1309 (2013)
- Cited in the CRS' 2012 Report *An Overview of the "Patent Trolls" Debate*

*Best Mode Trade Secrets*, 15 YALE JOURNAL OF LAW & TECHNOLOGY 1 (2012) (with Chris Seaman)
- To be reprinted in 2013 ed. of West's INTELLECTUAL PROPERTY LAW REVIEW

*Why Patentable Subject Matter Matters for Software*, 81 GEORGE WASHINGTON LAW REVIEW *Arguendo* 1 (2012)

*Like Deck Chairs on the Titanic: Why Spectrum Reallocation Won't Avert the Coming Data Crunch but Technology Might Keep the Wireless Industry Afloat*, 89 WASHINGTON UNIVERSITY LAW REVIEW 705 (2012) (with David Love and James Krogmeier).

*Interring the Pioneer Invention Doctrine*, 90 NORTH CAROLINA LAW REVIEW 379 (2012).

*The Misuse of Reasonable Royalty Damages as a Patent Infringement Deterrent*, 74 MISSOURI LAW REVIEW 909 (2009).
- Cited in Merges & Duffy's PATENT LAW & POLICY, the FTC's 2011 Report *The Evolving IP Marketplace: Aligning Patent Notice and Remedies with Competition*, in the CRS' 2010 Report *Deferred Examination of Patent Applications: Implications for Innovation Policy*, and extensively by the parties in *Monsanto Co. v. Scruggs*, No. 3:00-CV-161 (N.D. Miss.).

*Patentee Overcompensation and the Entire Market Value Rule*, 60 STANFORD LAW REVIEW 263 (2007).
- Cited in the DOJ's 2010 Report *Promoting Innovation Through Patent and Antitrust Law and Policy*, and in Microsoft's briefing for *Lucent Techs., Inc. v. Gateway, Inc.*, Nos. 08-1485,-1487,-1495 (Fed. Cir.).

**Newspapers & Magazines**:

*Tax the Patent Trolls*, USA TODAY, July 24, 2013 (with Jim Bessen).

*No: Software Patents Don't Spur Innovation, but Impede It*, WALL STREET JOURNAL, May 13, 2013, at R2 (part of a "Journal Reports" debate titled "Should Patents Be Awarded to Software?").

*Let's Use Patent Fees to Stop the Trolls*, Wired.com (Dec. 20, 2012).

*Past Unlawful Injunctions Shouldn't Cloud Samsung Galaxy S III's Future*, TechCrunch.com (Dec. 4, 2012).

*Apple Bites Back: But Will the Company Come to Regret its Huge Court Victory?*, LOS ANGELES TIMES, August 30, 2012, at A15.
    Reprinted in, *inter alia*, DALLAS MORNING NEWS (at 13A, Sept. 4), TULSA WORLD (at A23, Sept. 1), NEWSDAY (Sept. 1), VICTORIA TIMES COLONIST (Canada, Aug. 31), BURBANK LEADER (Aug. 30)

*Apple, Google – Please Spend on R&D not IP*, SAN FRANCISCO CHRONICLE, August 22, 2012, at A10.

*Facebook IPO Belies Perils of Collegiate Inventors*, BOSTON GLOBE, The Podium, May 16, 2012.

*Subsidizing Patent Roulette*, INDIANAPOLIS STAR, March 5, 2012, at A13.

**Works in Progress**:

*Patent Duration and Product Lifecycles* (empirical project, database complete summer 2013)

*Is There a Patent Troll Problem in Germany?* (empirical project, database in progress) (with Christian Helmers, et al.)

*An Empirical Study of Patent Claim Length* (empirical project, database in progress)

# TESTIMONY AND ADVOCACY

Amicus Brief, Alice Corp. v. CLS Bank Int'l, No. 13-298 (U.S. Sup. Ct.) (with Jim Bessen, Mike Meurer, & Jason Schultz, signed by 26 I.P. professors)

Professors' Letter to Congress in Support of Patent Reform Legislation, Nov. 25, 2013 (signed by 61 I.P. professors)

Testimony, California Assembly Select Committee on High Technology, Informational Hearing on Patent Assertion Entities, Oct. 30, 2013

# SELECTED PRESENTATIONS

Works in Progress: I.P., Santa Clara University School of Law, Feb. 7, 2014 (*A Survey of University Inventors in Computer Science and Electrical Engineering*)

Panelist, Patent Reform, Advanced Patent Law Institute, Dec. 13, 2013

Witness, California Assembly Select Committee on High Technology, Informational Hearing on Patent Assertion Entities, Oct. 30, 2013

Law Reunion Weekend CLE speaker, Santa Clara University School of Law, September, 7 2013 (*Patent Law Year in Review*)

Participant, (Invitation Only) Workshop: Research on Patent Assertion and Potential FTC Investigations, U.C. Hastings College of Law, May 23, 2013

Panelist, Joint and Divided Infringement, 24th Annual All Hands Meeting, December 6, 2012

Panelist, Solving the Software Patent Problem, Santa Clara University School of Law, Nov. 16, 2012 (*Could a Patent Term Reduction Solve the Software Patent Problem?*)

Discussant, 7th Annual Conference on Empirical Legal Studies, Nov. 9, 2012

12th Annual I.P. Scholars Conference, August 9, 2012 (*Creating a National Database for Patent Valuation*)

Panelist, Calculating Patent Damages, Samsung-Stanford Conference on Patent Enforcement, Feb. 24, 2012

Faculty Workshop, William & Mary Law School, Nov. 29, 2011 (*An Empirical Study of Patent Litigation Timing: Could A Patent Term Reduction Decimate Trolls Without Harming Innovators?*)

Faculty Workshop, Santa Clara University School of Law, Nov. 16, 2011 (*An Empirical Study of Patent Litigation Timing: Could A Patent Term Reduction Decimate Trolls Without Harming Innovators?*)

Faculty Workshop, Loyola Law School L.A., Nov. 8, 2011 (*An Empirical Study of Patent Litigation Timing: Could A Patent Term Reduction Decimate Trolls Without Harming Innovators?*)

Faculty Workshop, Rutgers-Newark Law School, Nov. 1, 2011 (*An Empirical Study of Patent Litigation Timing: Could A Patent Term Reduction Decimate Trolls Without Harming Innovators?*)

11th Annual I.P. Scholars Conference, August 12, 2011 (*Timing is Everything: Could Shortening the Patent Term Decimate Trolls Without Harming Innovators?*)

Fellows Workshop, Stanford Law School, August 8, 2011 (*Timing is Everything: Could Shortening the Patent Term Decimate Trolls Without Harming Innovators?*)

Panel Moderator, Overcompensation and Apportionment, Samsung-Stanford Conference on Patent Remedies, Feb. 18, 2011

Faculty Workshop, SMU Dedman School of Law, Dec. 14, 2009 (*The Misuse of Reasonable Royalty Damages as a Patent Infringement Deterrent*)

Faculty Workshop, California Western School of Law, Nov. 23, 2009 (*The Misuse of Reasonable Royalty Damages as a Patent Infringement Deterrent*)

## MEDIA QUOTES & COVERAGE

### Television / Web Video

KTSF Ch. 26 News (San Francisco Bay Area), interview aired November 12, 2013

Legal Broadcast Network, *It Takes One Bad Apple*, web video segment posted September 6, 2012

Nippon Hoso Kyokai (NHK) Japan Broadcasting, interview aired September 5, 2012 on BS1-Channel News, *World Wave Morning* program, *Sekai no Tobira* (World Access) segment

Nippon Hoso Kyokai (NHK) Japan Broadcasting, interview aired August 28, 2012 on BS1-Channel News, *World Wave Tonight* program

KTVU Fox 2 News (San Francisco Bay Area), interview aired August 24, 2012

Nippon Hoso Kyokai (NHK) Japan Broadcasting, interview aired August 24, 2012 on *Biz Plus* program

Nippon Hoso Kyokai (NHK) Japan Broadcasting, interview aired July 31, 2012 on *Ohayoo Nippon* (Good Morning Japan) program

ABC News 7 (San Francisco Bay Area), interview aired multiple times on July 30, 2012

### Radio

KGO Radio Newstalk 810 AM (San Francisco Bay Area), interview aired November 21, 2013

Voice of America, interview (by Victor Beattie) aired December 18, 2012

ARD German National Public Radio, interview aired December 6, 2012

CBS Radio News (New York City Area), interview aired multiple times August 25, 2012

KGO Radio Newstalk 810 AM (San Francisco Bay Area), interview aired multiple times July 30, 2012

**Selected Print / Web**[*]

Quoted in over 140 unique media reports to date, including:

*Google Races Higher in Patent League*
    FINANCIAL TIMES, January 13, 2014, by Richard Waters

*There Are Two Patent Troll Problems. The House Bill Only Fixes One of Them.*
    WASHINGTON POST, The Switch Blog, December 4, 2013, by Timothy B. Lee

*U.S. Professors Send Letter on Patents to Congress*
    REUTERS LEGAL, November 27, 2013, by Gabe Friedman

*Six Reforms to Beat Trolls – US Academics*
    MANAGING INTELLECTUAL PROPERTY, November 27, 2013, by Alli Pyrah

*Law Professors Lobby for Patent Reform*
    THE HILL, Hillicon Valley Blog, November 26, 2013, by Kate Tummarello

*Apple Wins $290 Million in Ruling*
    WALL STREET JOURNAL, at B3, November 22, 2013, by Daisuke Wakabayashi

*U.S. Jury Awards Apple $290 Mln in Retrial Against Samsung*
    REUTERS, November 21, 2013, by Gerry Shih
        published by *inter alia* THE GLOBE AND MAIL (Canada), Al Jazeera English, ITWeb Online

*U.S. Appeals Court Revives Apple Bid for Samsung Injunction*
    REUTERS, November 18, 2013, by Diane Bartz
        published by *inter alia*, CHICAGO TRIBUNE, YAHOO! NEWS (USA, India, Australia), CNBC.com, MSN.com, SUN News Network (Calgary, Ottawa, Toronto), NATIONAL POST (at FP10, Canada), TIMES OF INDIA, ECONOMIC TIMES (India)

*Should a Jury Really Decide How Much Samsung Owes Apple for Patent Infringement?*
    WASHINGTON POST, Wonk Blog, November 15, 2013, by Lydia DePillis

*US Eyes Samsung Import Ban*
    N.Y. POST, at 23, August 10, 2013, by Garett Sloane

*Samsung's War with Apple Back in Spotlight*
    WALL STREET JOURNAL, at B3, August 9, 2013, by Ashby Jones

*Increased Renewal Fees Could Target 'Patent Trolls'*
    THOMSON REUTERS, June 12, 2013, by Erin Geiger Smith

*Ruling Blocks iPhone Sale*
    WALL STREET JOURNAL, at A1, June 5, 2013, by Jessica E. Lessin & Ian Sherr

*Customer Suit Exception as a Patent Troll Solution*
    LEXOLOGY, May 1, 2013, by R. David Donoghue

*Patent Law's 'Best Mode' Requirement a Conundrum for Attorneys*
    THOMSON REUTERS, March 18, 2013, by Erin Geiger Smith

*U.S. Court Says Won't Expedite Apple Appeal Versus Samsung*
    REUTERS, February 4, 2013, by Dan Levine
        published by *inter alia* CHICAGO TRIBUNE (at C4, Feb. 5), CNBC.com (USA, Asia), NBCNews.com, C|NET, NEWSDAY, TORONTO STAR, and YAHOO! NEWS (USA, India)

---

[*] When feasible, print articles are cited by page number.

*Judge Mulls Samsung Request to Cut Apple Award*
    ASSOCIATED PRESS, January 30, 2012, by Paul Elias
        published by *inter alia* BLOOMBERG BUSINESSWEEK, CBSNews.com, DENVER POST, HUFFINGTON POST, SACRAMENTO BEE, SEATTLE TIMES, ST. PAUL PIONEER PRESS, U-T SAN DIEGO, WASHINGTON TIMES, and YAHOO! NEWS

*Marvell Has Options As It Faces $1 Billion Patent Verdict*
    REUTERS, December 27, 2012, by Andrew Longstreth
        published by *inter alia* YAHOO! NEWS (USA, Australia, India, New Zealand, Singapore, UK), CNBC.com, CHICAGO TRIBUNE, SAN JOSE MERCURY, and THE GLOBE AND MAIL (Canada)

*Marvell to Seek to Void $1.17 Billion Patent Verdict*
    BLOOMBERG NEWS, December 27, 2012, by Todd Shields & Jordan Robertson
        published by *inter alia* WASHINGTON POST and SAN FRANCISCO CHRONICLE

*Apple's Patent Victory May Be Just a Blip*
    L.A. TIMES, at B2, December 20, 2012, by Chris O'Brien

*Apple, Samsung Returning to Court in Patent Dispute*
    L.A. TIMES, at B1, December 6, 2012, by Chris O'Brien

*Samsung, Apple Back in Court*
    WALL STREET JOURNAL, at B1, December 6, 2012, by Jessica E. Lessin
        quote reprinted in THE KOREA HERALD (Dec. 7)

*By Apple's Logic, Galaxy Should Cost $2 Mil.*
    THE KOREA TIMES, October 23, 2012, by Kim Yoo-chul

*Apple-Samsung Ruling Shows High Bar for Injunctions*
    WALL STREET JOURNAL, October 11, 2012, by Ian Sherr

*Google Can't Enforce German Microsoft Injunction-Ruling*
    REUTERS, September 29, 2012, by Dan Levine
        published by *inter alia* CHICAGO TRIBUNE, NBCNews.com, TIMES OF INDIA

*Patents in Shambles*
    NEWSWEEK JAPAN, at 33, September 12, 2012, by Kayoko Chiba

*Apple v Samsung: Swipe, Pinch and Zoom to the Courtroom*
    THE ECONOMIST, September 1, 2012, by Martin Giles

*Apple's Win Might Be Loss for Shoppers*
    SAN FRANCISCO CHRONICLE, at D1, August 28, 2012, by James Temple
        article reprinted in HOUSTON CHRONICLE (at B6, August 28)

*Post-Pinch, What's Next for Digital Age*
    WASHINGTON POST, at A1, August 28, 2012, by Craig Timberg & Hayley Tsukayama

*Apple Verdict Will Hit Innovation*
    THE DAILY TELEGRAPH (UK), at 5, August 27, 2012, by Richard Blackden

*How Apple Got Its Case Across*
    WALL STREET JOURNAL, at B4, August 27, 2012, by Jennifer Smith & Steve Eder

*High Stakes After Apple Verdict*
    L.A. TIMES, at A1, August 26, 2012, by Dawn C. Chmielewski & Jessica Guynn
        article reprinted in CHICAGO TRIBUNE (at C1, Aug. 26), COLUMBUS DISPATCH (Sept. 3)

*Apple Wins Big in Patent Case*
    WALL STREET JOURNAL, at A1, August 25, 2012, by Jessica E. Vascellaro

*Apple Triumphs Over Samsung, Awarded Over $1 Bln Damages*
    REUTERS, August 24, 2012, by Gerry Shih & Dan Levine
        published by *inter alia* CHICAGO TRIBUNE (at C1, Aug. 26), VANCOUVER SUN, CNBC.com, FINANCIAL REVIEW (Australia), THE CHINA POST, YAHOO! NEWS (India), LE FIGARO (France), QUÉ! (Spain), and MAIL AND GUARDIAN (South Africa); quote reprinted in *inter alia* NEW YORK POST (at 27, Aug. 25), DER SPIEGEL (Germany), TERRA (Brazil)

*Apple Scores Huge Win Over Samsung in Patent Case*
    AGENCE FRANCE-PRESSE, August 24, 2012
        published by *inter alia* YAHOO! NEWS (USA, UK, Australia, New Zealand, Spain, & Singapore), Phys.Org, LE PARISIEN (France), THE SYDNEY MORNING HERALD, THE WEST AUSTRALIAN, SUNDAY TASMANIAN (at 20, Aug. 26, Australia), SUNDAY MAIL (at 17, Aug. 26, Australia), SUNDAY TIMES (at 40, Aug. 26, Australia), BANGKOK POST (Thailand), LA NACION (Paraguay), and OMAN TRIBUNE; quote reprinted in *inter alia* INTERNATIONAL BUSINESS TIMES (UK)

*Jury's Turn in Apple-Samsung Trial*
    WALL STREET JOURNAL, at B2, August 20, 2012, by Jessica E. Vascellaro

*Patent Fight in Hands of Jury*
    SAN JOSE MERCURY, at A1, August 20, 2012, by Howard Mintz
        article reprinted in ORLANDO SENTINEL, CONTRA COSTA TIMES (Aug. 20), and SANTA CRUZ SENTINEL

*Tech Titans Face Off in Court Over iPhone, iPad*
    ASSOCIATED PRESS, July 31, 2012, by Paul Elias
        Published by *inter alia* USA TODAY, WASHINGTON POST (at A12, July 31), CHRISTIAN SCIENCE MONITOR, SAN FRANCISCO CHRONICLE, DALLAS MORNING NEWS, ATLANTA JOURNAL CONSTITUTION, DETROIT FREE PRESS (July 31), KANSAS CITY STAR, SALT LAKE TRIBUNE, CBSNews.com, THE GLOBE AND MAIL (Canada), MONTREAL GAZETTE, OTTAWA CITIZEN, and THE NEW ZEALAND HERALD (Aug. 1)

*Samsung Case is Proxy for Google*
    WALL STREET JOURNAL, at B1, July 30, 2012, by Jessica E. Vascellaro

*Also on Trial: A Judge's Worldview*
    WALL STREET JOURNAL, at B1, July 24, 2012, by Ashby Jones & Joe Palazzolo

*Case Could Clarify Use of Some Tech Basics*
    WALL STREET JOURNAL, at B5, July 24, 2012, by Ashby Jones

*RIM Hit With $147.2-Million Verdict in Wireless Patent Lawsuit*
    TORONTO STAR, at A2, July 15, 2012, by Josh Rubin

*Harvard Gets Schooled: As Techies Flock to Stanford, MIT, Even Penn, Crimson Goes Green With Envy*
    NEW YORK OBSERVER, BetaBeat Blog, July 10, 2012, by Kelly Faircloth

*Judge Bans Samsung from U.S. 'Nexus' Sales*
    WALL STREET JOURNAL, June 29, 2012, by Ian Sherr

*Apple Patent Ruling May Alter Tech Tactics*
    WALL STREET JOURNAL, at B3, June 25, 2012, by Ian Sherr & Don Clark
        article reprinted by THE AUSTRALIAN
        quote reprinted in *inter alia* ABA JOURNAL

*Brevets high tech: 5 Questions à Brian J. Love*
    L'ECHO (Belgium), at 40-41, June 23, 2012, by Sarah Godard

*Apple's Big Enemy in Smartphone Wars: Delay*
    REUTERS, June 12, 2012, by Dan Levine

        published by *inter alia* CHICAGO TRIBUNE, CNBC.com, INTERNATIONAL BUSINESS TIMES (India), TERRA (Brazil), KHALEEJ TIMES (United Arab Emirates), and GULF TIMES (Qatar)

*Apple's War with Google Heats Up*
    REUTERS, June 8, 2012, by Poornima Gupta
        published by *inter alia* YAHOO! NEWS (Canada), and THE SOUTH ASIAN TIMES

*Google Trounces Oracle in Patent Suit*
    SAN JOSE MERCURY, at A1, June 1, 2012, by Brandon Bailey & Steve Johnson
        article reprinted in CONTRA COSTA TIMES; quote reprinted in THE GUARDIAN, and REDORBIT

*Law Prof: Harvard Had a Stronger Claim to Facebook Than the Winklevi and Paul Ceglia Combined*
    NEW YORK OBSERVER, BetaBeat Blog, May 28, 2012, by Adrianne Jeffries

*Google Cleared in Oracle Suit on Patents*
    AGENCE FRANCE-PRESSE, May 23, 2012, by Glenn Chapman
        published by *inter alia* YAHOO! NEWS, Phys.Org, LE PARISIEN (France), TIMES OF INDIA, BANGLADESH GOVERNMENT NEWS, BANGKOK POST (Thailand), EL INFORMADOR (Mexico), and OMAN TRIBUNE

*Google Android Didn't Infringe Oracle Patents, Jury Says*
    BLOOMBERG NEWS, May 23, 2012, by Karen Gullo
        published by *inter alia* WASHINGTON POST, SAN FRANCISCO CHRONICLE, and SEATTLE TIMES

*Harvard Had a Stronger Claim to Facebook than the Winklevoss Twins, Law Prof Says*
    ABA JOURNAL, Legal News Now Blog, May 18, 2012, by Debra Cassens Weiss

*Universities May Claim Ownership in the Next Facebook*
    NATIONAL POST (Canada), May 18, 2012, by Mitch Kowalski

*Google's Android Infringed Oracle's Java, Jury Says*
    BLOOMBERG NEWS, May 7, 2012, by Karen Gullo
        published by *inter alia* WASHINGTON POST and SAN FRANCISCO CHRONICLE

## SERVICE

Director, Summer LLM in Intellectual Property Law Program, Summer 2014
Faculty Enrichment Committee Member, Santa Clara University School of Law, 2013-14
Academic Affairs Committee Member, Santa Clara University School of Law, 2012-14
Faculty Secretary, Santa Clara University School of Law, 2012-13
Judge, 2013 Santa Clara University School of Law Honors Moot Court Competition
Clinic Review Committee for the Entrepreneurs' Law Clinic Director, Santa Clara University School of Law, Spring 2013
Chair, I.P. Scholars Conference, Stanford Law School, Aug. 2012
Lecturer, 2012 Santa Clara-Seoul National University Joint LLM Program
Chair, Samsung-Stanford Conference on Patent Enforcement, Feb. 2012
Judge, 2011 Stanford Law School Kirkwood Moot Court Competition
Chair, Samsung-Stanford Conference on Patent Remedies, Feb. 2011
Judge, 2010 Stanford Law School Kirkwood Moot Court Competition

## PROFESSIONAL MEMBERSHIPS

Member, State Bar of Texas
Admitted to practice in the U.S. Supreme Court, Ninth Circuit, and Northern and Eastern Districts of Texas
Certified Engineer-in-Training (Texas)