# Exhibit E

# John M. Golden

The University of Texas School of Law, 727 E. Dean Keeton St., Austin, TX 78705
E-mail: jgolden@law.utexas.edu  Tel.: 512-232-1469

## Experience

University of Texas School of Law
- Loomer Family Professor in Law, 2010–.  Assistant Professor, 2006–2010.
- Faculty Director, Andrew Ben White Center in Law, Science and Social Policy, 2011–.
- Faculty Advisor, *Texas Intellectual Property Law Journal*, 2006–.
- Courses: Administrative Law; Contracts; Patent Law; innovation-related writing seminars.
- Selected Committees: Appointments, spring 2009, 2010–2011, 2012–2013 (chair of unitary committee in 2012–2013); Governance, 2011–2012; Standards and Rules, 2007–2008, 2009–2010.

Academic Visits or Lectureships:
- Visiting Professor, Harvard Law School, forthcoming spring 2015.
- Visiting Professor, Coleman Fung Institute for Engineering Leadership, University of California, Berkeley, College of Engineering, fall 2011.
- Visiting Scholar, Harvard Business School, fall 2008.
- Hieken Lecturer on Law, Harvard Law School, teaching patent law, fall terms of 2004 & 2005.

Wilmer Cutler Pickering Hale and Dorr LLP, and Hale and Dorr LLP, Boston, Mass.
- Associate in the intellectual property department, 2001–2002, 2003–2006.

Clerkships:
- Law Clerk for the Hon. Stephen Breyer, U.S. Supreme Court, 2002–2003.
- Law Clerk for the Hon. Michael Boudin, U.S. Court of Appeals for the First Circuit, 2000–2001.

## Education

Harvard Law School, J.D. *magna cum laude*, 2000.  Sears Prize for first-year G.P.A.
*Harvard Law Review*, 1998–2000; primary editor chair, 1999–2000.

Harvard University, Ph.D. in Physics, 1997; A.M. in Physics, 1994.  Dissertation on quantum dots. Teaching Fellow for courses on statistical physics and atomic, molecular and optical physics, 1996.

Harvard College, A.B. *summa cum laude* in Physics and History, 1992.  Thesis on Spanish history.

## Legal Articles

Flook *Says One Thing,* Diehr *Says Another: A Need for Housecleaning in the Law of Patentable Subject Matter*, 83 GEO. WASH. L. REV. (forthcoming symposium article).

*The Fracking Revolution: A Case Study in Policy Levers to Promote Innovation*, 64 EMORY L.J. (forthcoming article co-authored with Hannah J. Wiseman).

*Litigation in the Middle: The Context of Patent-Infringement Injunctions*, 92 TEX. L. REV. (forthcoming symposium article).

*The Path of IP Studies: Growth, Diversification, and Hope*, 92 TEX. L. REV. (forthcoming symposium foreword co-authored with Robert P. Merges and Pamela Samuelson).

*From PI to IP: Yet Another Unexpected Effect of Tort Reform* (work in progress with Ronen Avraham).

*The USPTO's Soft Power: Who Needs* Chevron *Deference?*, 66 SMU L. REV. 541–558 (2013) (symposium article).

*Proliferating Patents and Patent Law's "Cost Disease"*, 51 HOUS. L. REV. 455–501 (2013) (symposium article), draft version selected for presentation at the 2013 Conference on Empirical Legal Studies.

*Patent Privateers: Private Enforcement's Historical Survivors*, 26 HARV. J.L. & TECH. 545–618 (2013).

1

# John M. Golden

*Purposive Hopes for Better IP*, 91 TEX. L. REV. 1413–1424 (2013) (book review of CHRISTINA BOHANNAN & HERBERT HOVENKAMP, CREATION WITHOUT RESTRAINT: PROMOTING LIBERTY AND RIVALRY IN INNOVATION (2012)).

*Patent Law's Falstaff: Inequitable Conduct, the Federal Circuit, and* Therasense, 7 WASH. J.L. TECH. & ARTS 353–378 (2012) (article for a festschrift in honor of Chief Judge Rader).

*Injunctions as More (or Less) Than "Off Switches": Patent-Infringement Injunctions' Scope*, 90 TEX. L. REV. 1399–1472 (2012), draft versions selected for presentation at the 2011 Conference on Empirical Legal Studies and as a winner of a 2011 Samsung-Stanford Patent Prize.

*The Supreme Court's Accidental Revolution? The Test for Permanent Injunctions*, 112 COLUM. L. REV. 203–249 (2012) (co-authored with Mark P. Gergen & Henry E. Smith).

Complex Economics *and Patent Remedies*, 1 IP THEORY 50–55 (2011) (conference-related comment).

*Patentable Subject Matter and Institutional Choice*, 89 TEX. L. REV. 1041–1111 (2011).

*Innovation Dynamics, Patents, and Dynamic-Elasticity Tests for the Promotion of Progress*, 24 HARV. J.L. & TECH. 47–110 (2010), with abstract published on-line in JOLT DIGEST, Feb. 28, 2011.

Intellectual Liability *in Context*, 88 TEX. L. REV. *SEE ALSO* 211–219 (2010) (on-line comment on Daniel A. Crane, *Intellectual Liability*, 88 TEX. L. REV. 253 (2009)).

*WARF's Stem Cell Patents and Tensions Between Public and Private Sector Approaches to Research*, 38 J.L. MED. & ETHICS 314–331 (2010) (article for a symposium on embryonic stem cells).

*The Federal Circuit and the D.C. Circuit: Comparative Trials of Two Semi-Specialized Courts*, 78 GEO. WASH. L. REV. 553–574 (2010) (article for a symposium on the Federal Circuit).

*Principles for Patent Remedies*, 88 TEX. L. REV. 505–592 (2010), reprinted in LAW AND ECONOMICS OF INNOVATION (Eli M. Salzberger ed., 2012).

*The Supreme Court as "Prime Percolator": A Prescription for Appellate Review of Questions in Patent Law*, 56 UCLA L. REV. 657–724 (2009).

*Construing Patent Claims According to Their "Interpretive Community": A Call for an Attorney-Plus-Artisan Perspective*, 21 HARV. J.L. & TECH. 321–386 (2008), reprinted in the PATENT LAW REVIEW 359–424 (2009), after being "judged one of the best law review articles related to patent law published within the last year."

*"Patent Trolls" and Patent Remedies*, 85 TEX. L. REV. 2111–2161 (2007) (commentary for an intellectual property symposium), excerpts reprinted in PATENT REMEDIES: CONTEMPORARY APPROACHES 129–165 (C Sri Krishna ed., 2008).

*Biotechnology, Technology Policy, and Patentability: Natural Products and Invention in the American System*, 50 EMORY L.J. 101–191 (2001), reprinted in INTELLECTUAL PROPERTY AND BIOTECHNOLOGY (Arti K. Rai ed., 2011), after being judged "one of the most important and influential previously published English language works in this particular field."

Note, *Navigating Uncertainty: Gatekeeping in the Absence of Hard Science*, 113 HARV. L. REV. 1467–1484 (2000).

*The Supreme Court, 1998 Term—Leading Cases—Census Act—Statutory Interpretation—Statistical Sampling for Purposes of Apportionment*, 113 HARV. L. REV. 349–359 (1999).

Recent Case, *Fifth Circuit Holds That Clinical Medical Testimony Must Pass the* Daubert *Test for Admissibility of Hard Science*, 112 HARV. L. REV. 719–724 (1999).

# John M. Golden

## Physics Articles

John M. Golden & Bertrand I. Halperin, *Coulomb Blockade of Strongly Coupled Quantum Dots Studied via Bosonization of a Channel with a Finite Barrier*, 65 PHYS. REV. B 115,326 (2002).

John M. Golden & Bertrand I. Halperin, *Corrections to the Universal Behavior of the Coulomb-Blockade Peak Splitting for Quantum Dots Separated by a Finite Barrier*, 56 PHYS. REV. B 4716 (1997).

John M. Golden & Bertrand I. Halperin, *Higher-Order Results for the Relation Between Channel Conductance and the Coulomb Blockade for Two Tunnel-Coupled Quantum Dots*, 54 PHYS. REV. B 16,757 (1996).

John M. Golden & Bertrand I. Halperin, *Relation Between Barrier Conductance and Coulomb-Blockade Peak Splitting for Tunnel-Coupled Quantum Dots*, 53 PHYS. REV. B 3893 (1996).

## Selected Panels, Lectures, or Presentations

Presentations Relating to *The Fracking Revolution: A Case Study in Policy Levers to Promote Innovation* (co-authored with Hannah J. Wiseman) in 2014: Faculty Colloquium, University of Texas School of Law (with Hannah Wiseman); "Innovation Law Beyond IP" Conference, Yale Law School (with Hannah Wiseman); Works-in-Progress Intellectual Property Conference.

Presentation Relating to *Litigation in the Middle: The Context of Patent-Infringement Injunctions*, Texas Law Review Symposium, University of Texas School of Law, 2014.

Presentations of Draft of *Proliferating Patents and Patent Law's "Cost Disease"* in 2013: Conference on Empirical Legal Studies; Intellectual Property Scholars Conference; Colloquium at George Washington University Law School; Symposium Hosted by University of Houston Law Center's Institute for Intellectual Property & Information Law, Santa Fe, N.M.

Presentation Relating to *The USPTO's Soft Power: Who Needs* Chevron *Deference?* in 2013, Symposium, SMU Dedman School of Law, 2013.

Panel Remarks on "Ideal Judicial Structure for Optimal Dialogue," American Law Institute Young Scholars Medal Conference, Georgetown University Law Center, 2013.

Presentations of Draft of *From PI to IP: Yet Another Unexpected Effect of Tort Reform* (co-authored with Ronen Avraham): Annual Conference, International Society for New Institutional Economics, 2013; Annual Meeting, American Law & Economics Association, 2013; Cornell-Illinois Patent Law Empirical Studies Conference, 2012; Intellectual Property Scholars Conference, 2012.

Presentations Relating to *Patent Privateers: Private Enforcement's Historical Survivors* in 2012: Intellectual Property Scholarship Seminar, University of California, Berkeley, School of Law; Annual Conference, International Society for New Institutional Economics; Drawing Board Luncheon, University of Texas School of Law; Works-in-Progress Intellectual Property Colloquium, University of Houston Law Center; University of San Diego School of Law Patent Law Conference.

Discussion of Paper by Pablo de Larrañaga on Constitutionalism and the Regulatory State, ITAM Departamento Académico de Derecho, Mexico City, Mexico, 2012.

Presentation on U.S. Patent Law to Members of the Supreme People's Court, International Conference on Frontier Issues and Challenges in Adjudication of Intellectual Property Cases, American Bar Association Rule of Law Initiative, Shanghai, P.R. China, 2012.

Panel Remarks on Patent-Infringement Remedies: Symposium, Duke University School of Law, 2012; Hearing on Patent Remedies, Federal Trade Commission, Washington, D.C., 2009.

Guest Lectures on Intellectual Property: "Business, Technology, and Innovation" Course, University of Texas School of Law, 2012 (with Michael Adams); "Commercializing Science" Course, Harvard Business School, 2008, 2009 & 2011; "Engineering and Public Policy" Course, University of Texas at

# John M. Golden

Austin, spring & fall 2011; Masters of Engineering Course on "Engineering Leadership," University of California, Berkeley, College of Engineering, 2011; "Legal Scholarship" Course, University of Texas School of Law, 2010, 2011 & 2012.

Presentations of Draft Paper on Patent-Infringement Injunction Scope in 2011: Conference on Empirical Legal Studies; Law and Economics Workshop, University of California, Berkeley, School of Law; Law and Economics Seminar, Harvard Law School; Intellectual Property Scholars Conference; Intellectual Property and Innovation Colloquium, Fordham Law School; Law, Business, and Economics Workshop, University of Texas School of Law; Samsung-Stanford Patent Prize Conference, Stanford Law School.

Presentation with Mark Gergen of *The Supreme Court's Accidental Revolution? The Test for Permanent Injunctions*, Faculty Workshop, University of California, Berkeley, School of Law, 2011.

Presentation on the U.S. Supreme Court's Role in Patent Law, Oxford Intellectual Property Invited Speaker Seminar Series, St. Peter's College, Oxford University, U.K., 2011.

## Additional Professional Activities

Member, American Law Institute, 2013–.

Master, Austin Intellectual Property American Inn of Court, Austin, Tex., 2010–2011, 2012–. Member of Executive Committee, 2010–2011. Member of Organizing Committee, 2009–2010.

Member, McCombs School of Business Health Care Initiative Symposium Steering Committee, University of Texas at Austin, 2009–.

Court-Appointed Expert on Damages in *Apple Inc. v. Motorola, Inc.*, No. 1:11-cv-08540 (N.D. Ill.) (Posner, J., sitting by designation), 2012.

Moderator for Events with U.S. Supreme Court Justice Stephen Breyer: "A Conversation with Justice Stephen G. Breyer," Annual Meeting, Association of American Law Schools, 2012; Faculty Colloquium and Student Forum, University of Texas School of Law, 2011.

Leader of First-Year Student Orientation Events at the University of Texas School of Law: Discussion of Short Stories from Isaac Asimov's *I, Robot*, 2013; Model Contracts Class, 2012; Discussion of William Shakespeare's *Measure for Measure*, 2010.

Student at Summer Statistics Institute, University of Texas at Austin: Completion of Four-Day Courses Entitled "Introduction to Statistics," "Statistical Foundations," "Introduction to Regression," "Advanced Regression," "Time Series Modeling," and "Bayesian Statistics for Social Sciences," 2010–2011, 2013.

## Additional Writings

Draft of U.S. Supreme Court Brief for *Amici Curiae* Legal Scholars in *Medtronic, Inc. v. Boston Sci. Corp.* (No. 12-1128), 2013.

*Are Human Genes Patentable? The Supreme Court Says Yes and No*, 32 HEALTH AFF. 1343–1345 (2013) (co-authored with William M. Sage).

*Science and Technology Entrepreneurship for Greater Societal Benefit: Ideas for Curricular Innovation*, in SPANNING BOUNDARIES AND DISCIPLINES: UNIVERSITY TECHNOLOGY COMMERCIALIZATION IN THE IDEA AGE 167-184 (Advances in the Study of Entrepreneurship, Innovation & Econ. Growth, vol. 21, 2010) (Gary Libecap et al. eds.) (co-authored with Lee Fleming & Woodward Yang).