# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

BRK Brands, Inc., et al.
                        Plaintiff,

v.                                              Case No.: 1:13−cv−07900
                                                 Honorable Richard A. Posner

Nest Labs, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2014:

      MINUTE entry before the Honorable Richard A. Posner: Enter Order of April 30, 2014. The plaintiffs motion [130] is denied and the defendants motion [129] is granted in part and denied in part. (For further details, see Order of April 30, 2014 in separate docket entry).Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.