**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

BRK Brands, Inc., et al.
                      Plaintiff,

v.                                     Case No.: 1:13−cv−07900
                                     Honorable Richard A. Posner

Nest Labs, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 30, 2014:

      MINUTE entry before the Honorable Richard A. Posner: Order of April 30, 2014. INSTRUCTIONS TO COURT−APPOINTED DAMAGES EXPERT John Golden (FED. R. EVID. 706) (For further details, see Order in separate docket entry).Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.