**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BRK BRANDS, INC., and
GARY J. MORRIS, PH.D.,

                    Plaintiffs,          Civil Action No.: 13-cv-7900

      v.                              Honorable Richard A. Posner

NEST LABS, INC.,

                    Defendant.

**DECLARATION OF JOHN P. PADRO IN SUPPORT OF**
**DEFENDANT NEST'S OPENING CLAIM CONSTRUCTION BRIEF**

I, John P. Padro, declare as follows:

1.      I am an attorney duly authorized to practice law in the State of New York and am admitted to this Court pro hac vice. I am an associate with the law firm of White & Case LLP, counsel for Defendant Nest Labs, Inc.

2.      True and correct copies of relevant excerpts from NFPA 72, *National Fire Alarm Code 1996 Edition*, National Fire Protection Association (Jul. 26, 1996) are attached hereto as **Exhibit A**.

3.      True and correct copies of relevant excerpts from NFPA 720, *Recommended Practice for the Installation of Household Carbon Monoxide (CO) Warning Equipment 1998 Edition*, National Fire Protection Association (Jan. 16, 1998) are attached hereto as **Exhibit B**.

4.      True and correct copies of relevant excerpts from ANSI S3.41-1990 (ASA 96-1990), *American National Standard Audible Emergency Evacuation Signal*, American National Standards Institute (Nov. 13, 1990) are attached hereto as **Exhibit C**.

5.      True and correct copies of relevant excerpts from Webster's New World™ College Dictionary, Third Edition (1996) are attached hereto as **Exhibit D**.

6.      True and correct copies of relevant excerpts from Millman and Taub, *Pulse, Digital, and Switching Waveforms: Devices and circuits for their generation and processing*, McGraw-Hill (1965) are attached hereto as **Exhibit E**.

7.      True and correct copies of relevant excerpts from The IEEE Standard Dictionary of Electrical and Electronics Terms, Sixth Edition (1996) are attached hereto as **Exhibit F**.

8.      A true and correct copy of a screenshot of http://shop.rabtron.co.za/catalog/switch-spst-positions-p-1645.html?osCsid=rium80ih8kubl8vg0ukap2a1l0 (accessed May 2, 2014) is attached hereto as **Exhibit G**.

9.      A true and correct copy of the Skylink® Wireless Keyless Entry User's Instructions (Model 88) (available at http://www.skylinkhome.com/88.ui.pdf) is attached hereto as **Exhibit H**.

10.     True and correct copies of relevant excerpts from Roth, *Fundamentals of Logic Design*, Fourth Edition, PWS Publishing Company (1995) are attached hereto as **Exhibit I**.

11.     True and correct copies of relevant excerpts from the Modern Dictionary of Electronics, Seventh Edition (1999) are attached hereto as **Exhibit J**.

12.     True and correct copies of relevant excerpts from Webster's II New College Dictionary (1995) are attached hereto as **Exhibit K**.

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2014.

John P. Padro
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone:      (212) 819-8200
Facsimile:      (212) 354-8113

*Attorney for Defendant Nest Labs, Inc.*