# Exhibit A

NFPA 72

# National Fire Alarm Code

## 1996 Edition





**National Fire Protection Association**

**An International Codes and Standards Organization**

## NOTICE

All questions or other communications relating to this document should be sent only to NFPA headquarters, addressed to the attention of the Committee responsible for the document.

For information on the procedures for requesting Technical Committees to issue Formal Interpretations, proposing Tentative Interim Amendments, proposing amendments for Committee consideration, and appeals on matters relating to the content of the document, write to the Secretary, Standards Council, National Fire Protection Association, 1 Batterymarch Park, P.O. Box 9101, Quincy, MA 02269-9101.

A statement, written or oral, that is not processed in accordance with Section 5 of the Regulations Governing Committee Projects shall not be considered the official position of NFPA or any of its Committees and shall not be considered to be, nor be relied upon as, a Formal Interpretation.

Users of this document should consult applicable federal, state and local laws and regulations. NFPA does not, by the publication of this document, intend to urge action that is not in compliance with applicable laws, and this document may not be construed as doing so.

### Policy Adopted by NFPA Board of Directors on December 3, 1982

The Board of Directors reaffirms that the National Fire Protection Association recognizes that the toxicity of the products of combustion is an important factor in the loss of life from fire. NFPA has dealt with that subject in its technical committee documents for many years.

There is a concern that the growing use of synthetic materials may produce more or additional toxic products of combustion in a fire environment. The Board has, therefore, asked all NFPA technical committees to review the documents for which they are responsible to be sure that the documents respond to this current concern. To assist the committees in meeting this request, the Board has appointed an advisory committee to provide specific guidance to the technical committees on questions relating to assessing the hazards of the products of combustion.

---

**Licensing Provision**—This document is copyrighted by the National Fire Protection Association (NFPA).

---

**1. Adoption by Reference**—Public authorities and others are urged to reference this document in laws, ordinances, regulations, administrative orders, or similar instruments. Any deletions, additions, and changes desired by the adopting authority must be noted separately. Those using this method are requested to notify the NFPA (Attention: Secretary, Standards Council) in writing of such use. The term "adoption by reference" means the citing of title and publishing information only.

**2. Adoption by Transcription—A.** Public authorities with lawmaking or rule-making powers only, upon written notice to the NFPA (Attention: Secretary, Standards Council), will be granted a royalty-free license to print and republish this document in whole or in part, with changes and additions, if any, noted separately, in laws, ordinances, regulations, administrative orders, or similar instruments having the force of law, provided that: (I) due notice of NFPA's copyright is contained in each law and in each copy thereof; and (2) that such printing and republication is limited to numbers sufficient to satisfy the jurisdiction's lawmaking or rule-making process. **B.** Once this NFPA Code or Standard has been adopted into law, all printings of this document by public authorities with lawmaking or rule-making powers or any other persons desiring to reproduce this document or its contents as adopted by the jurisdiction in whole or in part, in any form, upon written request to NFPA (Attention: Secretary, Standards Council), will be granted a nonexclusive license to print, republish, and vend this document in whole or in part, with changes and additions, if any, noted separately, provided that due notice of NFPA's copyright is contained in each copy. Such license shall be granted only upon agreement to pay NFPA a royalty. This royalty is required to provide funds for the research and development necessary to continue the work of NFPA and its volunteers in continually updating and revising NFPA standards. Under certain circumstances, public authorities with lawmaking or rule-making powers may apply for and may receive a special royalty where the public interest will be served thereby.

**3. Scope of License Grant**—The terms and conditions set forth above do not extend to the index to this document.

(For further explanation, see the Policy Concerning the Adoption, Printing, and Publication of NFPA Documents, which is available upon request from the NFPA.)

---

### Statement on NFPA Procedures

This material has been developed under the published procedures of the National Fire Protection Association, which are designed to assure the appointment of technically competent Committees having balanced representation. While these procedures assure the highest degree of care, neither the National Fire Protection Association, its members, nor those participating in its activities accept any liability resulting from compliance or noncompliance with the provisions given herein, for any restrictions imposed on materials or processes, or for the completeness of the text.

NFPA has no power or authority to police or enforce compliance with the contents of this document, and any certification of products stating compliance with requirements of this document is made at the peril of the certifier.

Copyright © 1996 NFPA, All Rights Reserved

## NFPA 72

# National Fire Alarm Code

### 1996 Edition

This edition of NFPA 72, *National Fire Alarm Code*, was prepared by the Technical Committees on Fundamentals of Fire Alarm Systems, Household Fire Warning Equipment, Initiating Devices for Fire Alarm Systems, Notification Appliances for Fire Alarm Systems, Protected Premises Fire Alarm Systems, Supervising Station Fire Alarm Systems, and Testing and Maintenance of Fire Alarm Systems, released by the Technical Correlating Committee on the National Fire Alarm Code, and acted on by the National Fire Protection Association, Inc., at its Annual Meeting held May 20–23, 1996, in Boston, MA. It was issued by the Standards Council on July 18, 1996, with an effective date of August 9, 1996, and supersedes all previous editions.

Changes other than editorial are indicated by a vertical rule in the margin of the pages on which they appear. These lines are included as an aid to the user in identifying changes from the previous edition.

This edition of NFPA 72 was approved as an American National Standard on July 26,1996.

### Origin and Development of NFPA 72

This code is a consolidation of the 1989 edition of NFPA 71, *Standard for the Installation, Maintenance, and Use of Signaling Systems for Central Station Service*; the 1990 edition of NFPA 72, *Standard for the Installation, Maintenance, and Use of Protective Signaling Systems*; the 1990 edition of NFPA 72E, *Standard on Automatic Fire Detectors*; the 1989 edition of NFPA 72G, *Guide for the Installation, Maintenance, and Use of Notification Appliances for Protective Signaling Systems*; the 1988 edition of NFPA 72H, *Guide for Testing Procedures for Local, Auxiliary, Remote Station, and Proprietary Protective Signaling Systems*; and the 1989 edition of NFPA 74, *Standard for the Installation, Maintenance, and Use of Household Fire Warning Equipment*. Many of the requirements of these standards were identical or very similar. The recommendations taken from the guides (NFPA 72G and NFPA 72H) were changed to mandatory requirements.

NFPA's signaling standards date back to 1898. The 1993 edition of NFPA 72 recognized improvements in the state of the art of the various types of signaling systems that have evolved in recent years.

This edition incorporates many changes that have taken place in the signaling industry, such as the Americans with Disabilities Act, software testing, fire modeling, and communications.

However, Chapter 2 can lead to reasonable safety from fire where the three points under A-2(b) are observed.

(d) *Fire Warning System.* There are two types of fire to which household fire warning equipment needs to respond. One is a rapidly developing, high heat fire. The other is a slow, smoldering fire. Either can produce smoke and toxic gases.

Household fires are especially dangerous at night when the occupants are asleep. Fires produce smoke and deadly gases that can overcome occupants while they are asleep. Furthermore, dense smoke reduces visibility. Most fire casualties are victims of smoke and gas inhalation rather than burns. To warn against a fire, Chapter 2 requires smoke detectors in accordance with 2-2.1.1.1 and recommends heat or smoke detectors in all other major areas. (*See 2-2.1.1.1.*)

(e) *Family Escape Plan.* There often is very little time between the detection of a fire and the time it becomes deadly. This interval can be as little as 1 minute or 2 minutes. Thus, this code requires detection means to give a family some advance warning of the development of conditions that become dangerous to life within a short period of time. Such warning, however, could be wasted unless the family has planned in advance for rapid exit from their residence. Therefore, in addition to the fire warning system, this code requires exit plan information to be furnished.

Planning and practice for fire conditions with a focus on rapid exit from the residence are important. Drills should be held so that all family members know the action to be taken. Each person should plan for the possibility that exit out of a bedroom window could be necessary. An exit out of the residence without the need to open a bedroom door is essential.

(f) *Special Provisions for the Disabled.* For special circumstances where life safety of an occupant(s) depends upon prompt rescue by others, the fire warning system should include means of prompt, automatic notification to those who are to be depended upon for rescue.

**A-2-1.1** Chapter 2 does not attempt to cover all equipment, methods, and requirements that might be necessary or advantageous for the protection of lives and property from fire.

NFPA 72 is a "minimum code," and it provides a number of requirements related to household fire warning equipment that are deemed to be the practical and necessary minimum for average conditions at the present state of the art.

**A-2-2.1.1** Experience has shown that all hostile fires in family living units generate smoke to some degree. This is also true with respect to heat buildup from fires. However, the results of full-scale experiments conducted over the past several years in the U.S., using typical fires in family living units, indicate that detectable quantities of smoke precede detectable levels of heat in nearly all cases. In addition, slowly developing, smoldering fires can produce smoke and toxic gases without a significant increase in the room's temperature. Again, the results of experiments indicate that detectable quantities of smoke precede the development of hazardous atmospheres in nearly all cases.

For the above reasons, the required protection in this code utilizes smoke detectors as the primary life safety equipment for providing a reasonable level of protection against fire.

Of course, it is possible to install fewer detectors than required in this code. It could be argued that the installation of only one fire detector, whether a smoke or heat detector, offers some life-saving potential. While this is true, it is the opinion of the committee that developed Chapter 2 that the smoke detector requirements as stated in 2-2.1.1 are the minimum that should be considered.

The installation of additional detectors of either the smoke or heat type should result in a higher degree of protection. Adding detectors to rooms that are normally closed off from the required detectors increases the escape time because the fire does not need to build to the higher level necessary to force smoke out of the closed room to the required detector. As a consequence, it is recommended that the householder consider the installation of additional fire protection devices. However, it should be understood that Chapter 2 does not require additional detectors over and above those called for in 2-2.1.1.



Figure A-2-2.1.1.2  Split level arrangement. Smoke detectors are required where shown. Smoke detectors are optional where a door is not provided between living room and recreation room.

**A-2-2.2** At times, depending upon conditions, the audibility of detection devices could be seriously impaired where occupants are within the bedroom area. For instance, there might be a noisy window air conditioner or room humidifier generating an ambient noise level of 55 dBA or higher. The detection devices' alarms need to penetrate through the closed doors and be heard over the bedroom's noise levels with sufficient intensity to awaken sleeping occupants therein. Test data indicate that detection devices having sound pressure ratings of 85 dBA of 10 ft (3 m) and installed outside the bedrooms can produce about 15 dBA over ambient noise levels of 55 dBA in the bedrooms. This is likely to be sufficient to awaken the average sleeping person.

Detectors located remote from the bedroom area might not be loud enough to awaken the average person. In such cases, it is recommended that detectors be interconnected in such a way that the operation of the remote detector causes an alarm of sufficient intensity to penetrate the bedrooms. The interconnection can be accomplished by the installation of a fire detection system, by the wiring together of multiple station alarm devices, or by the use of line carrier or radio frequency transmitters/receivers.

**A-2-2.2.2** The use of the distinctive three-pulse temporal pattern fire alarm evacuation signal required by 3-7.2(a) had previously been recommended for this purpose by this code since 1979. It has since been adopted as both an American

National Standard (ANSI S3.41, *Audible Emergency Evacuation Signal*) and an International Standard (ISO 8201, *Audible Emergency Evacuation Signal*).

Copies of both of these standards are available from the Standards Secretariat, Acoustical Society of America, 335 East 45th Street, New York, NY 10017-3483. Telephone 212-661-9404, ext. 562.

The standard fire alarm evacuation signal is a three-pulse temporal pattern using any appropriate sound. The pattern consists of an "on" phase (a) lasting 0.5 second ± 10 percent followed by an "off" phase (b) lasting 0.5 second ± 10 percent, for three successive "on" periods, which are followed by an "off" phase (c) lasting 1.5 seconds ± 10 percent [*see Figures A-2-2.2.2(a) and (b)*]. The signal should be repeated for a period appropriate for the purposes of evacuation of the building, but for not less than 180 seconds. A single-stroke bell or chime sounded at "on" intervals lasting 1 second ± 10 percent, with a 2-second ± 10 percent "off" interval after each third "on" stroke, may be permitted [*see Figure A-2-2.2.2(c)*].

The minimum repetition time may be permitted to be manually interrupted.



Key:
Phase (a) signal is "on" for 0.5 sec ± 10%
Phase (b) signal is "off" for 0.5 sec ± 10%
Phase (c) signal is "off" for 1.5 sec ± 10% [(c) = (a) + 2(b)]
Total cycle lasts for 4 sec ± 10%

**Figure A-2-2.2.2(a)   Temporal pattern parameters.**



**Figure A-2-2.2.2(b)   Temporal pattern imposed on signaling appliances that emit a continuous signal while energized.**



**Figure A-2-2.2.2(c)   Temporal pattern imposed on a single-stroke bell or chime.**

**A-2-4.3**   The linear space rating is the maximum allowable distance between heat detectors. The linear space rating is also a measure of detector response time to a standard test fire when tested at the same distance. The higher the rating, the faster the response time. This code recognizes only those heat detectors with ratings of 50 ft (15 m) or more.

**A-2-4.3.2**   A heat detector with a temperature rating somewhat in excess of the highest normally expected ambient temperature is specified in order to avoid the possibility of premature response of the heat detector to nonfire conditions.

Some areas or rooms of the family living unit can experience ambient temperatures considerably higher than those in the normally occupied living spaces. Examples are unfinished attics, the space near hot air registers, and some furnace rooms. This fact should be considered in the selection of the appropriate temperature rating for fixed-temperature heat detectors to be installed in these areas or rooms.

**A-2-4.9.2**   Where the exception to 2-4.9.2, which provides for screening alarm signals to minimize response to false alarms, is to be implemented, the following should be considered:

(a) Was the verification call answered at the protected premises?

(b) Did the respondent provide proper identification?

(c) Is it necessary for the respondent to identify the cause of the alarm signal?

(d) Should the public service fire communications center be notified and advised that an alarm signal was received, including the response to the verification call, when an authorized respondent states that fire service response is not desired?

(e) Should the public service fire communications center be notified and advised that an alarm signal was received, including the response to the verification call, for all other situations, including both a hostile fire and no answer to the verification call?

(f) What other actions should be required by a standard operating procedure?

**A-2-5.1.1.1**   Where homeowner inspection, testing, and maintenance are required or assumed, the equipment should be installed in an accessible manner.

**A-2-5.1.2.1**   One of the common problems associated with residential smoke detectors is the nuisance alarms that are usually triggered by products of combustion from cooking, smoking, or other household particulates. While an alarm for such a condition is anticipated and tolerated by the occupant of a family living unit through routine living experience, the alarm is not permitted where it also sounds alarms in other family living units or in common spaces. Nuisance alarms caused by cooking are a very common occurrence, and inspection authorities should be aware of the possible ramifications where the coverage is extended beyond the limits of the family living unit.

**A-2-5.2**   One of the most critical factors of any fire alarm system is the location of the fire detecting devices. This appendix is not a technical study. It is an attempt to provide some fundamentals on detector location. For simplicity, only those types of detectors recognized by Chapter 2 (i.e., smoke and heat detectors) are discussed. In addition, special problems requiring engineering judgment, such as locations in attics and in rooms with high ceilings, are not covered.

**A-2-5.2.1   Smoke Detection.**

(a) *Where to Locate the Required Smoke Detectors in Existing Construction.* The major threat from fire in a family living unit occurs at night when everyone is asleep. The principal threat to persons in sleeping areas comes from fires in the remainder of the unit; therefore, a smoke detector(s) is best located between the bedroom areas and the rest of the unit.

# Exhibit B

720

# NFPA 720

# Recommended Practice

# for the Installation

# of Household

# Carbon Monoxide (CO)

# Warning Equipment

# 1998 Edition



National Fire Protection Association, 1 Batterymarch Park, PO Box 9101, Quincy, MA 02269-9101, USA
An International Codes and Standards Organization

## NOTICE

All questions or other communications relating to this document should be sent only to NFPA headquarters addressed to the attention of the Committee responsible for the document

For information on the procedures for requesting Technical Committees to issue Formal Interpretations proposing Tentative Interim Amendments proposing amendments for Committee consideration and appeals on matters relating to the content of the document write to the Secretary Standards Council National Fire Protection Association 1 Batterymarch Park P O Box 9101 Quincy MA 02269 9101

A statement written or oral that is not processed in accordance with Section 16 of the Regulations Governing Committee Projects shall not be considered the official position of NFPA or any of its Committees and shall not be considered to be nor be relied upon as a Formal Interpretation

Users of this document should consult applicable federal state and local laws and regulations NFPA does not by the publication of this document intend to urge action that is not in compliance with applicable laws and this document may not be construed as doing so

### Policy Adopted by NFPA Board of Directors on December 3 1982

The Board of Directors reaffirms that the National Fire Protection Association recognizes that the toxicity of the products of combustion is an important factor in the loss of life from fire NFPA has dealt with that subject in its technical committee documents for many years

There is a concern that the growing use of synthetic materials may produce more or additional toxic products of combustion in a fire environment The Board has therefore asked all NFPA technical committee to review the documents for which they are responsible to be sure that the documents respond to this current concern To assist the committees in meeting this request the Board has appointed an advisory committee to provide specific guidance to the technical committees on questions relating to assessing the hazards of the products of combustion

### Licensing Provision

This document is copyrighted by the National Fire Protection Association (NFPA) The terms and conditions set forth below do not extend the index to this document It public authorities and others reference this document in laws ordinances regulations and administrative orders or similar instruments it should be with the understanding that this document is informative in nature and does not contain mandatory requirements Any deletions additions and changes desired by the adopting authority must be noted separately Those using this method ( adoption by reference ) are requested to notify the NFPA (Attention Secretary Standards Council) in writing of such use

The term adoption by reference means the citing of the title and publishing information only

(For further explanation see the Policy Concerning the Adoption Printing and Publication of NFPA Documents which is available upon request from the NFPA )

### Statement on NFPA Procedures

This material has been developed under the published procedures of the National Fire Protection Association which are designed to assure the appointment of technically competent Committees having balanced representation While these procedures assure the highest degree of care neither the National Fire Protection Association its members nor those participating in its activities accept any liability resulting from compliance or noncompliance with the provisions given herein for any restrictions imposed on materials or processes or for the completeness of the text

NFPA has no power or authority to police or enforce compliance with the contents of this document and any certification of products stating compliance with requirements of this document is made at the peril of the certifier

01  00  99  98        5  4  3  2  1                                        RP G FM 97

Copyright © 1998 NFPA All Rights Reserved

# NFPA 720

## Recommended Practice for the
## Installation of Household
## Carbon Monoxide (CO) Warning Equipment

### 1998 Edition

This edition of NFPA 720 *Recommended Practice for the Installation of Household Carbon Monoxide (CO) Warning Equipment* was prepared by the Technical Committee on Carbon Monoxide (CO) and Fuel Gas Detectors and acted on by the National Fire Protection Association Inc at its Fall Meeting held November 17–19 1997 in Kansas City MO It was issued by the Standards Council on January 16 1998 with an effective date of February 6 1998

This document has been submitted to ANSI for approval

### Origin and Development of NFPA 720

With the increased concern over carbon monoxide (CO) hazards in residential applications the National Fire Protection Association was petitioned to develop a document covering the installation of CO detectors and related equipment In late 1993 the Technical Committee on Household Fire Warning Equipment was tasked to develop a document covering the installation and use of CO detectors This document was originally prepared by the Technical Committee on Household Fire Warning Equipment but was returned to committee at the 1995 Annual Meeting The NFPA Standards Council later approved the formation of the Technical Committee on Carbon Monoxide and Fuel Gas Detectors to further develop this document NFPA 720 is similar in organization to Chapter 2 of NFPA 72, *National Fire Alarm Code®*

causes such as aging or terminal corrosion) for alarm purposes

(c) For a unit employing a lock in alarm feature automatic transfer is provided from alarm to a trouble condition

(d) The unit is capable of producing an alarm signal for at least 12 hours at the battery voltage at which a trouble signal is normally obtained followed by not less than 7 days of trouble signal operation

*Exception After the initial 4 minutes of alarm the 5 second off time of the alarm signal should be permitted to be changed to 60 seconds ± 10 percent*

(e) The audible trouble signal is produced at least once every minute for 7 consecutive days

(f) Acceptable replacement batteries are clearly identified by the manufacturer s name and model number on the unit near the battery compartment.

(g) A readily noticeable visible indication is displayed when a primary battery is removed from the unit

(h) Any unit that uses a nonrechargeable battery as a primary power supply that is capable of a 10 year or greater service life including testing and meets the requirements of 2 2 3(b) through (e) should not be required to have a replaceable battery

(i) A visible power on indicator should be provided

**2 2 4 Secondary (Standby) Power Supply**

**2 2 4 1** When provided a secondary (standby) power supply should have sufficient capacity to power the unit for 8 hours followed by not less than 12 hours of alarm followed by not less than 7 consecutive days of trouble

*Exception After the initial 4 minutes of alarm the 5 second off time of the alarm signal should be permitted to be changed to 60 seconds ± 10 percent*

**2 2 4 2** Removal or disconnection of a battery used as a sec ondary (standby) power source should cause a distinctive audi ble or visible trouble signal

**2 2 4 3** Acceptable replacement batteries should be clearly identified by manufacturer s name and model number on the unit near the battery compartment

**2 2 4 4** Where required by law for disposal reasons recharge able batteries should be removable

**2 2 4 5** A distinctive audible trouble signal should sound be fore the battery is incapable of operating the device(s) (from causes such as aging discharge or terminal corrosion) for alarm purposes

**2 2 4 6 Automatic Recharging**

**2 2 4 6 1** Automatic recharging should be provided when a rechargeable battery is used as the secondary (standby) supply

**2 2 4 6 2** The battery should be recharged within 4 hours when power is provided from a circuit that can be switched on or off by means other than a circuit breaker or within 48 hours when power is provided from a circuit that cannot be switched on or off by means other than a circuit breaker

**2 3 Equipment Performance**

**2 3 1 Carbon Monoxide Alarms** Each carbon monoxide alarm or detector should detect abnormal carbon monoxide levels that could occur in a family living unit should properly operate in the normal environmental conditions of a house

hold and should be in compliance with UL 2034 *Standard for Safety Single and Multiple Station Carbon Monoxide Detectors* UL 2034 includes a level below which the alarm should not respond

**2 3 2 Alarm Signals**

**2 3 2 1** All alarm sounding appliances should have a mini mum rating of 85 dBA at 10 ft (3 m)

*Exception An additional audible alarm appliance intended to no tify persons in the same room should be permitted to have a sound pressure level as low as 75 dBA at 10 ft (3 m)*

**2 3 2 2 Carbon Monoxide Alarm Notification Pattern** The audible alarm signal for carbon monoxide alarms should be a single tone pattern consisting of 4 cycles of 100 milliseconds on ± 10 percent and 100 milliseconds ± 10 percent off followed by 5 seconds ± 10 percent off The signal should be repeated until the alarm resets or the alarm signal is manually silenced

*Exception After the initial 4 minutes of alarm, the 5 second off time of the alarm signal should be permitted to be changed to 60 seconds ± 10 percent*

**2 3 2 3** Visible notification appliances used in rooms where a hearing impaired person(s) sleeps should have a minimum rating of 110 candela for a maximum room size of 14 ft × 16 ft (4 27 m × 4 88 m) For larger rooms, the visible notification appliance should be located within 16 ft (4 88 m) of the pillow Visible notification appliances in other areas should have a minimum rating of 15 candela.

**2 3 3 Multiple-Purpose Alarms** Multiple purpose alarms should operate as follows

(a) A fire alarm signal should take precedence or be clearly recognizable over any other signal, even when the non–fire alarm signal is initiated first

(b) There should be a means for distinguishing the carbon monoxide alarm signal from all other alarm signals

**2 3 4 Interconnecting Initiating Devices** Multiple station alarms should be permitted to be interconnected provided that the following conditions are met

(a) The multiple station alarm devices are compatible

(b) A single fault on the wiring connecting the alarms will not prevent the independent operation of any of the interconnected alarms

(c) The test feature on any alarm will cause all intercon nected alarms to activate the appropriate notification signal

**2 3 5** Control Equipment

**2 3 5 1** Control equipment should be automatically restored upon restoration of electrical power

**2 3 5 2** The control equipment should be of a type that locks in on an alarm condition

**2 3 5 3** Where a reset switch is provided it should be of a self restoring type

**2 3 5 4** An alarm silencing switch should not be provided unless its silenced position is indicated by a readily apparent signal

*Exception Momentary or self-restoring switches should be permitted*

**2 3 5 5** Each electrical carbon monoxide system should have an integral test means to permit the householder to ~st system operation

# Exhibit C

REAFFIRMED BY
ANSI ON: MAY 0 7 1996

ANSI S3.41-1990
(ASA 96-1990)

Reaffirmed 2001

# AMERICAN NATIONAL STANDARD
# AUDIBLE EMERGENCY
# EVACUATION SIGNAL

## Accredited Standards Committee S3, Bioacoustics



Reproduced By GLOBAL
ENGINEERING DOCUMENTS
With The Permission Of ASA
Under Royalty Agreement

Standards Secretariat
c/o Acoustical Society of America
335 East 45th Street
New York, New York 10017-3483

The Acoustical Society of America provides financial support and a Secretariat, and appoints an ASA Committee on Standards (ASACOS) to facilitate the work of a group of independent standards committees accredited by the American National Standards Institute (ANSI). However, the Acoustical Society of America does not produce, vote upon, adopt, or approve standards.

Each of the accredited standards committees (operating in accordance with procedures approved by ANSI) is responsible for developing, voting upon, and maintaining or revising its own standards. The ASA Standards Secretariat administers committee organization and activity, and provides liaison between the accredited standards committees and ANSI. After the standards have been produced and adopted by the accredited standards committees, and approved as American National Standards by ANSI, the ASA Standards Secretariat arranges for their publication and distribution.



**When ordering ANSI S3.41-1990, please also use ASA Catalog No. 96-1990 for easy reference.** Information for ordering this standard and other standards listed in the **ASA Standards Catalog** can be obtained by contacting:

<div align="center">

**Standards Secretariat**
**c/o Acoustical Society of America**
**335 East 45th Street**
**New York, New York 10017-3483**
**Telephone: (212) 661-9404**

</div>

We accept major credit cards (American Express, VISA, MasterCard) with a minimum order of $10.00.

## AMERICAN NATIONAL STANDARDS ON ACOUSTICS

The Acoustical Society of America provides the Secretariat for Accredited Standards Committees S1 on Acoustics, S2 on Mechanical Shock and Vibration, S3 on Bio-acoustics, and S12 on Noise. These committees have wide representation from the technical community (manufacturers, consumers, and general-interest representatives). The standards are published by the Acoustical Society of America through the American Institute of Physics as American National Standards after approval by their respective standards committees and the American National Standards Institute.

These standards are developed and published as a public service to provide standards useful to the public, industry, and consumers, and to Federal, State, and local governments.

**This standard was approved by the American National Standards Institute as ANSI S3.41-1990 on 13 November 1990.**

An American National Standard implies a consensus of those substantially concerned with its scope and provisions. An American National Standard is intended as a guide to aid the manufacturer, the consumer, and the general public. The existence of an American National Standard does not in any respect preclude anyone, whether he has approved the standard or not, from manufacturing, marketing, purchasing, or using products, processes, or procedures not conforming to the standard. American National Standards are subject to periodic review and users are cautioned to obtain the latest editions.

*Caution Notice:* An American National Standard may be revised or withdrawn at any time. The procedures of the American National Standards Institute require that action be taken to reaffirm, revise, or withdraw this standard no later than five years from the date of publication.

The American National Standards Institute, Inc. (ANSI) is the national coordinator of voluntary standards development and the clearing house in the U.S. for information on national and international standards.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The Acoustical Society of America (ASA) is an organization of scientists and engineers formed in 1929 to increase and diffuse the knowledge of acoustics and to promote its practical applications.



**Published by the Acoustical Society of America through the American Institute of Physics**

Copyright © 1991 by the Acoustical Society of America. No portion of this publication may be quoted or reproduced in any form without permission of the Acoustical Society of America.

Any request to reproduce this standard in whole or in part should be addressed to the Standards Secretariat, in care of the Acoustical Society of America, 335 East 45th Street, New York, New York 10017-3483

ANSI S3.41-1990                                        3

## 5.4 Duration

The duration of the audible emergency evacuation signal shall correspond to the period of time appropriate for the evacuation of the building or outdoor area, but shall not be less than 180 s.

It shall be possible to silence periodically the audible emergency evacuation signal by interrupting the signal for 10 s or less for the purpose of occupant voice communication or for orientation of the blind, visually impared, or otherwise handicapped.

## 5.5 Supplementary Instructions

A key word or phase (e.g., FIRE!, GET OUT, etc.) may be inserted for supplementary instruction during the "off" phase (c). The key word or phrase shall be entirely contained within the specified time limit (c) (see Fig. 1).

## 6 VISUAL AND/OR TACTILE SIGNALS

The audible emergency evacuation signal may be supplemented by visual and/or tactile signals using the same temporal pattern described in 5.1 for the assistance of those people whose hearing is impaired or in situations where the 60-second-average A-weighted sound pressure level of background noise exceeds 110 dB (see 5.3).

## APPENDIX: EXAMPLES OF THE APPLICATION OF THE TEMPORAL PATTERN TO AUDIBLE SIGNALS

(This Appendix is not part of ANSI Standard S3.41-1990 Audible Emergency Evacuation Signal, but is included for information only.)

This Appendix outlines four examples of the application of the standard temporal pattern to audible signals.



Figure 2 — Example 1

Temporal pattern imposed on signalling equipment that emits a steady sound, such as a single frequency (tone) or a combination of two or more frequencies when actuated (electromechanical horns, buzzers, vibrating bells, and electronic sounders).



Figure 3 — Example 2

Temporal pattern imposed on electronic sounders emitting sweep frequency or saw-tooth tones.

NOTE: In Fig. 3(a), the signal frequency begins with the higher frequency ($f_2$) and falls to the lower frequency ($f_1$) within one pulse phase [and vice-versa for Fig. 3(b)].



Figure 4 — Example 3

Temporal pattern imposed on electronic sounders emitting a two-tone high-low or low-high signal.

NOTE: In Fig. 4(a), the signal frequency begins with the higher frequency ($f_2$) for part of the "on" pulse phase and ends with the lower frequency ($f_1$) for the remainder of the pulse [and vice-versa for Fig. 4(b)].



Figure 5 — Example 4

Temporal pattern imposed on a single-stroke bell or a chime.

NOTE: In Fig. 5, the "on" phase represents the time when the striker mechanism is actuated. The sound produced by the bell or chime will continue at a level which decreases until the striker mechanism is re-actuated.

# Exhibit D

# WEBSTER'S NEW WORLD™ COLLEGE DICTIONARY

## THIRD EDITION

**Victoria Neufeldt**

Editor in Chief

**David B. Guralnik**

Editor in Chief Emeritus

MACMILLAN
USA

*Dedicated
to David B. Guralnik
lexicographical mentor and friend*

Webster's New World™ College Dictionary, Third Edition
This book was previously titled *Webster's New World Dictionary®
of American English,* Third College Edition.

Copyright © 1996, 1994, 1991, 1988 by Simon & Schuster, Inc.

This edition is a major revision of *Webster's New World Dictionary®,*
Second College Edition, copyright © 1986, 1984, 1982, 1980, 1979,
1978, 1976, 1974, 1972, 1970 by Simon & Schuster, Inc.

All rights reserved
including the right of reproduction
in whole or in part in any form

Macmillan General Reference
A Simon & Schuster Macmillan Company
1633 Broadway
New York, NY 10019-6785

A Webster's New World™ Book

MACMILLAN is a registered trademark of Macmillan, Inc.
WEBSTER'S NEW WORLD DICTIONARY is a
registered trademark of Simon & Schuster, Inc.

*Dictionary Editorial Offices:
New World Dictionaries
850 Euclid Avenue
Cleveland, Ohio 44114*

**Library of Congress Cataloging-in-Publication Data**
Webster's New World college dictionary / Victoria Neufeldt, editor in
 chief, David B. Guralnik, editor in chief emeritus. — 3rd ed.
  p.  cm.
 "This book was previously titled: Webster's New World dictionary
of American English. Third college edition."
 ISBN 0-02-860333-8 (thumb-indexed). — ISBN 0-02-860332-X (plain)
 1. English language—Dictionaries.  I. Neufeldt, Victoria.
II. Guralnik, David Bernard, 1920-  . III. Webster's New World
dictionary of American English.
PE1628.W5633  1995
423—dc20
                   95-15819
                     CIP
 ISBN 0-02-860334-6 (leatherkraft). — ISBN 0-02-860586-1 (leather)

Database service and principal typesetting by Lexi-Comp, Inc., Hudson, Ohio.
Manufactured in the United States of America
1 2 3 4 5 6 7 8 9 10  95 96 97 98 99

**1143**    **resolved / respite**

about; express b... [*Obs.*] to cause to dissolve or melt **8** *Chem.* to separate (an optically inactive compound or mixture) into its optically active components **9** *Med.* to cause (a swelling, fever, etc.) to subside or disappear **10** *Music* to cause (a chord or tone) to undergo resolution **11** *Physics* to make distinguishable the individual parts of (an image, radar echo, etc.) —**vi. 1** to be resolved, as by analysis **2** to come to a decision; make a resolution; determine **3** *Music* to undergo resolution —**n. 1** fixed purpose or intention; firm determination **2** a formal resolution, as of an assembly —**SYN.** DECIDE —**re·solv′er** n.

**re·solved** (ri zälvd′, -zölvd′) *adj.* firm and fixed in purpose; determined; resolute —**re·solv′ed·ly** (-zäl′vid lē, -zōl′-) *adv.*

**re·sol·vent** (ri zäl′vənt, -zōl′-) *adj.* that resolves; causing solution or resolution; solvent —*n.* **1** something resolvent; specif., a medicine that can cause resolution, as of a swelling **2** something that resolves problems, etc.

**resolving power 1** a measure of the smallest distance between two points in the image of an optical system when the two points can be distinguished as separate **2** the ability of a photographic emulsion to produce a picture containing fine detail

**res·o·nance** (rez′ə nəns) *n.* ⟦LME *resonnaunce* < MFr *resonance* < L *resonantia*, an echo⟧ **1** the quality or state of being resonant **2** reinforcement and prolongation of a sound or musical tone by reflection or by sympathetic vibration of other bodies **3** an underlying or pervasive quality of a particular type, esp. in a work of art or literature ⟦an apocalyptic *resonance*⟧ **4** *Chem.* the property of certain molecules of having two or more structures in which only the positions of electrons differ: these structures are approximations of the true structure, which cannot be described graphically, but is best represented by a mathematical expression **5** *Elec.* a condition arising in an electric circuit in which *a*) the current or voltage flow is at maximum amplitude, produced when the frequency of the electrical source is varied, or *b*) the current or voltage is in phase respectively with the applied current or voltage, or *c*) the natural frequency of the circuit is the same as that of the incoming signal **6** *Med.* the sound produced in the percussion of some part of the body, esp. of the chest **7** *Physics a*) the effect produced when the amplitude of oscillation of a body is greatly increased by a periodic force at the same or nearly the same frequency *b*) a vibration caused by this phenomenon **8** *Phonet.* the intensification of, and particular quality given to, a speech sound, resulting from its vibrating in a resonating cavity, as the pharynx, the mouth, or the nose, or a combination of these

**res·o·nant** (-nənt) *adj.* ⟦L *resonans*, prp. of *resonare*, to resound: see RES- & SOUND¹, *v.*⟧ **1** resounding or reechoing ⟦a *resonant* sound⟧ **2** producing resonance; increasing the intensity of sounds by sympathetic vibration ⟦*resonant* walls⟧ **3** full of, characterized by, or intensified by, resonance ⟦a *resonant* voice⟧ **4** of or in resonance —**res′o·nant·ly** *adv.*

**res·o·nate** (-nāt′) *vi.* -**nat·ed**, -**nat·ing** ⟦< L *resonatus*, pp. of *resonare*: see prec.⟧ **1** to be resonant; resound **2** to produce resonance —*vt.* to make resonant

**res·o·na·tor** (-nāt′ər) *n.* **1** a device for producing resonance or increasing sound by resonance **2** *Electronics* an apparatus or system, as a piezoelectric crystal or a circuit, capable of being put into oscillation by oscillations in another system

**re·sorb** (ri sôrb′, -zôrb′) *vt.* ⟦L *resorbere* < *re-*, again + *sorbere*, to suck up: see SLURP⟧ to absorb again —**re·sorp′tion** (-sôrp′shən) *n.* —**re·sorp′tive** *adj.*

**res·or·cin·ol** (ri zôr′si nôl′, -nōl′) *n.* ⟦RES(IN) + ORCINOL⟧ a colorless, crystalline compound, C₆H₄(OH)₂, prepared synthetically or by fusing certain resins with caustic alkalies and used in making dyes, celluloid, pharmaceuticals, etc. Also **res·or′cin** (-sin)

**re·sort** (ri zôrt′) *vi.* ⟦ME *resorten* < OFr *resortir* < *re-*, again + *sortir*, to go out: see SORTIE⟧ **1** to go; esp., to go often, customarily, or generally **2** to have recourse; go or turn (*to*) for use, help, support, etc. ⟦to *resort* to harsh measures⟧ —*n.* ⟦ME < OFr < the *v.*⟧ **1** a place to which people go often or generally, esp. one for rest or recreation, as on a vacation **2** a frequent, customary, or general going, gathering together, or visiting ⟦a place of general *resort*⟧ **3** a person or thing that one goes or turns to for help, support, etc. **4** a going or turning for help, support, etc.; recourse ⟦to have *resort* to relatives⟧ —**SYN.** RESOURCE —**as a last resort** as the last available means —**re·sort′er** *n.*

**re·sound** (ri zound′) *vi.* ⟦altered (infl. by SOUND¹) < ME *resounen* < OFr *resoner* < L *resonare* < *re-* + *sonare*: for IE base see SOUND¹⟧ **1** to echo or be filled with sound; reverberate **2** to make a loud, echoing or prolonged sound **3** to be echoed; be repeated or prolonged: said of sounds **4** to be celebrated; be extolled ⟦an act that *resounded* through the ages⟧ —*vt.* **1** to give back (sound); echo **2** to repeat loudly **3** to proclaim (praises, etc.)

**re·sound·ing** (-iŋ) *adj.* **1** reverberating; ringing sonorously **2** thoroughgoing; complete ⟦a *resounding* victory⟧ **3** high-sounding —**re·sound′ing·ly** *adv.*

**re·source** (rē′sôrs, -zôrs′; ri sôrs′, -zôrs′) *n.* ⟦Fr *ressource* < OFr < *resourdre*, to arise anew < *re-*, again + *sourdre*, to spring up < L *surgere*: see SOURCE⟧ **1** something that lies ready for use or that can be drawn upon for aid or to take care of a need ⟦*pl.*⟧ available means of property; wealth; assets **3** ⟦*pl.*⟧ something that a country, etc. has and can use to its advantage ⟦natural *resources*, including coal and oil⟧ **4** a means of accomplishing something; expedient or action that can be resorted to, as in an emergency ⟦*pl.*⟧ **5** ⟦*pl.*⟧ a source of strength or ability within oneself: in full **inner resources 6** ability to deal promptly and effectively with...

**SYN.**—**resource** applies to any thing, person, action, etc. to which one turns for aid in time of need or emergency ⟦what *resource* is left us?⟧; **resort** is usually used of a final resource, qualified as by *last* ⟦we'll take the train as a last *resort*⟧; **expedient** refers to something used to effect a desired end, applied to something used as a substitute for the usual means ⟦the daybed was an excellent *expedient* for unexpected guests⟧; **makeshift** applies to a quick expedient and, as a somewhat derogatory term, connotes an inferior substitute, carelessness, etc. ⟦she served sandwiches as a *makeshift* for dinner⟧; **stopgap** refers to a temporary expedient, to be replaced when the usual means is available ⟦he's just a *stopgap* until a new manager is appointed⟧

**re·source·ful** (ri sôrs′fəl, -zôrs′-) *adj.* full of resource; able to deal promptly and effectively with problems, difficulties, etc. —**re·source′ful·ly** *adv.* —**re·source′ful·ness** *n.*

**resp 1** respective(ly) **2** respiration **3** respondent

**re·spect** (ri spekt′) *vt.* ⟦< L *respectus*, pp. of *respicere*, to look at, look back on, respect < *re-*, back + *specere*, to look at: see SPY⟧ **1** *a*) to feel or show honor or esteem for; hold in high regard *b*) to consider or treat with deference or dutiful regard **2** to show consideration for; avoid intruding upon or interfering with ⟦to *respect* others' privacy⟧ **3** to concern; relate to —*n.* ⟦ME *respecte* < L *respectus*, a looking at, respect, regard: pp. used as n.⟧ **1** a feeling of high regard, honor, or esteem ⟦to have *respect* for a great artist⟧ **2** a state of being held in honor or esteem ⟦to have the *respect* of one's sons⟧ **3** deference or dutiful regard ⟦*respect* for the law⟧ **4** consideration, regard ⟦to have *respect* for the feelings of others⟧ **5** ⟦*pl.*⟧ courteous expressions of regard: now chiefly in **pay one's respects** to show polite regard by visiting or presenting oneself **6** a particular point or detail ⟦right in every *respect*⟧ **7** reference; relation ⟦with *respect* to the problem⟧ —**SYN.** REGARD —**in respect of** with reference to; as regards —**re·spect′er** *n.*

**re·spect·a·bil·i·ty** (ri spek′tə bil′ə tē) *n.*, *pl.* -**ties 1** the quality or state of being respectable **2** respectable character, reputation, or social status **3** respectable people as a group **4** ⟦*pl.*⟧ patterns of living or behaving regarded as respectable

**re·spect·a·ble** (ri spek′tə bəl) *adj.* ⟦ML *respectabilis*⟧ **1** worthy of respect or esteem; estimable **2** conforming to socially acceptable behavior, attitudes, taste, etc.; proper; correct **3** fairly good in quality; of moderate excellence ⟦a *respectable* meal⟧ **4** fairly large in size, number, or amount ⟦a *respectable* score⟧ **5** good enough to be seen, used, etc.; presentable ⟦a *respectable* pair of shoes⟧ —**re·spect′a·bly** *adv.*

**re·spect·ful** (ri spekt′fəl) *adj.* full of or characterized by respect; showing deference or dutiful regard —**re·spect′ful·ly** *adv.* —**re·spect′ful·ness** *n.*

**re·spect·ing** (ri spek′tiŋ) *prep.* concerning; about

**re·spec·tive** (ri spek′tiv) *adj.* ⟦ML *respectivus* < L *respectus*: see RESPECT⟧ **1** as relates individually to each of two or more persons or things; several ⟦they went their *respective* ways⟧ **2** ⟦*Obs.*⟧ worthy of respect **3** ⟦*Obs.*⟧ heedful; attentive

**re·spec·tive·ly** (-tiv lē) *adv.* in regard to each of two or more, in the order named ⟦the first and second prizes went to Mary and George, *respectively*⟧

**re·spell** (rē spel′) *vt.* to spell again; specif., to spell (a word) in a different, usually phonetic, system so as to indicate the pronunciation

**Re·spi·ghi** (re spē′gē), **Ot·to·ri·no** (ôt′tō rē′nō) 1879-1936; It. composer

**res·pi·ra·ble** (res′pər ə bəl, ri spīr′ə bəl) *adj.* ⟦Fr < LL *respirabilis*⟧ **1** that is fit to be breathed **2** that can respire; capable of breathing —**res′pi·ra·bil′i·ty** *n.*

**res·pi·ra·tion** (res′pə rā′shən) *n.* ⟦ME *respiracioun* < L *respiratio* < *respiratus*, pp.⟧ **1** act or process of respiring; breathing; inhaling and exhaling air **2** the processes by which a living organism or cell takes in oxygen from the air or water, distributes and utilizes it in oxidation, and gives off products of oxidation, esp. carbon dioxide **3** an analogous process in anaerobic organisms involving some substance other than free oxygen —**res′pi·ra′tion·al** *adj.*

**res·pi·ra·tor** (res′pə rāt′ər) *n.* **1** a device, as of gauze, worn over the mouth and nose to prevent the inhaling of harmful substances, to warm the air breathed, etc. **2** an apparatus for giving artificial respiration

**res·pi·ra·to·ry** (res′pər ə tôr′ē, ri spīr′ə-) *adj.* ⟦ML *respiratorius*⟧ of, for, or involving respiration or the respiratory system

**respiratory pigment** any of several colored protein substances, as hemoglobin and hemocyanin, in the circulatory system of animals and some plants, that combine reversibly with oxygen that is carried to the tissues

**respiratory quotient** the ratio between the volume of carbon dioxide eliminated and the volume of oxygen consumed by an animal or plant during a given period of time

**respiratory system** the system of organs involved in the exchange of carbon dioxide and oxygen between an organism and its environment

**re·spire** (ri spīr′) *vi.* -**spired′**, -**spir′ing** ⟦ME *respiren* < OFr *respirer* < L *respirare* < *re-*, back + *spirare*, to breathe: see SPIRIT⟧ **1** to breathe or carry on respiration; inhale and exhale air ⟦Old Poet.⟧ to breathe freely or easily again, as after exertion or anxiety —*vt.* to breathe or carry on respiration

**res·pite** (res′pit) *n.* ⟦ME < OFr *respit* < L *respectus*: see RESPECT⟧ a delay or postponement; esp., postponement of the carrying out of a death sentence; reprieve **2** an interval of temporary relief or rest, as from pain, work, duty, etc.; hull —*vt.* -**pit·ed**, -**pit·ing** to give a respite

# Exhibit E

# PULSE, DIGITAL,
# AND SWITCHING WAVEFORMS

### Devices and circuits for
### their generation and processing

## Jacob Millman, Ph.D.

*Professor of Electrical Engineering*
*Columbia University*

## Herbert Taub, Ph.D.

*Professor of Electrical Engineering*
*The City College of the*
*City University of New York*

McGRAW-HILL BOOK COMPANY
New York   St. Louis   San Francisco
Toronto   London   Sydney

Case: 1:13-cv-07020 Document #: 148-1 Filed: 05/05/14 Page 23 of 55 PageID #:3499

To o
SAL
and
EST

PULSE, DIGITAL, AND SWITCHING WAVEFORMS

Copyright © 1965 by McGraw-Hill, Inc. All Rights
Reserved. Printed in the United States of America.
This book, or parts thereof, may not be reproduced
in any form without permission of the publishers.

*Library of Congress Catalog Card Number 64-66293*

ISBN 07-042386-5
12131415 HDBP 7654

# 11/ MONOSTABLE AND ASTABLE MULTIVIBRATORS

The binary circuit, it will be recalled, has two stable states, in either one of which it may remain permanently. The monostable circuit has instead only one permanently stable state and one quasi-stable state. In the monostable configuration, a triggering signal is required to induce a transition from the stable state to the quasi-stable state. The circuit may remain in its quasi-stable state for a time which is very long in comparison with the time of transition between states. Eventually, however, it will return from the quasi-stable state to its stable state, no external signal being required to induce this reverse transition.

Since, when it is triggered, the circuit returns to its original state by itself after a time $T$, it is known as a *one-shot*, a *single-cycle*, a *single-step circuit*, or a *univibrator*. Since it generates a rectangular waveform and hence can be used to gate other circuits, it is also called a *gating circuit*. Furthermore, since it generates a fast transition at a predetermined time $T$ after the input trigger, it is also referred to as a *delay circuit*.

The astable circuit has two states, both of which are quasi-stable. Without the aid of an external triggering signal the astable configuration will make successive transitions from one quasi-stable state to the other.

Both these circuits find extensive application in pulse circuitry. The basic application of the monostable configuration results from the fact that it may be used to establish a fixed time interval, the beginning and end of which are marked by an abrupt discontinuity in a voltage waveform. The astable circuit is an oscillator and is used as a generator of "square waves" and, since it requires no triggering signal, is itself often a basic source of fast waveforms.

404

Two amplifier stages may be interconnected in such a manner as to possess one stable state or two quasi-stable states. These configurations are called *monostable multivibrators* or *astable multivibrators (multis)*, respectively. Vacuum-tube and transistor multis will be considered in this chapter. In Chap. 13 other monostable and astable circuits, most of which contain only one active device, will be studied.

## 11-1    THE MONOSTABLE MULTI

The circuit diagram of a monostable multi is shown in Fig. 11-1. The active devices $A1$ and $A2$ are either tubes or transistors. The supply-voltage polarities indicated are correct for an $n$-$p$-$n$ transistor or for a tube but must be reversed for a $p$-$n$-$p$ transistor. Here, as in a binary circuit, the output at $Y_2$ is coupled to the input at $X_1$ through a resistive attenuator in which $C_1$ is a small commutating capacitor. This capacitor serves here the same purpose as is served by the commutating capacitors in the binary. As for a tube-circuit binary, $C_1$ is given, to a first approximation, by Eq. (10-13). The d-c coupling found in a binary from $Y_1$ to $X_2$ is here replaced by capacitive coupling through $C$. While the resistor $R$ at the input of $A2$ is shown returned to the supply voltage $V_{YY}$, this feature of the circuit is not essential, and $R$ may be returned to a lower potential. We shall, however, later discuss the advantage of connecting $R$ to the supply voltage.

We shall assume that the circuit parameters have been adjusted properly so that the multi finds itself in its (permanently) stable state with $A1$ OFF and $A2$ ON (in clamp, if a tube; in saturation, if a transistor). The multi may be induced to make a transition out of its stable state by an application of a negative trigger at $X_2$ or at $Y_1$ of Fig. 11-1. As with the binary, diode or triode triggering may be used to advantage. It is to be emphasized that the triggering is unsymmetrical, being applied to one device only and not to both simultaneously.

Fig. 11-1    The monostable multi. If the devices $A1$ and $A2$ are $p$-$n$-$p$ transistors, then the supply-voltage polarities must be reversed. For a tube $V_{YY} = V_{PP}$, $V_{XX} = V_{GG}$, and $R_y = R_p$. For a transistor $V_{YY} = V_{CC}$, $V_{XX} = V_{BB}$, and $R_y = R_c$.





Fig. 11-2 Simplified circuit for computing the voltage $v_{X_2}$ at the input to $A2$, during the quasi-stable state. The Thévenin's voltage $V_i$ is the voltage at $Y_1$ if the capacitor $C$ is disconnected from $Y_1$. At $t = 0$ the voltage across $C$ is $V_{YY} - V_\sigma$.

Assume that a single trigger is applied to $X_2$ and that a regenerative action takes place driving $A2$ completely below cutoff. The voltage at $Y_2$ now rises to approximately $V_{YY}$, and because of the cross coupling between $Y_2$ and $X_1$ the first stage $A1$ comes into conduction. This device may be driven into saturation (or clamp), or it may operate within its active region. In either event a current $I_1$ now exists in the output-circuit resistor $R_y$ of $A1$, and the voltage at $Y1$ drops abruptly by an amount $I_1 R_y$. The voltage at $X_2$ drops by the same amount because the voltage across $C$ cannot change instantaneously. The multi is now in its quasi-stable state.

The circuit will remain in this quasi-stable state for only a finite time $T$ because $X_2$ is connected to $V_{YY}$ through a resistance $R$. Therefore $X_2$ will rise in voltage, and when it passes the cutin voltage $V_\gamma$ of $A2$, a regenerative action will take place, turning $A1$ off and eventually returning the multi to its initial stable state. We look now into the matter of determining the time duration of the quasi-stable state. During this interval $A2$ is OFF, and the voltage changes at $X_2$ may be calculated from the circuit of Fig. 11-2. In this circuit the stage $A1$ has been replaced by a Thévenin's equivalent generator $V_t$ (the voltage at $Y_1$ with $C$ disconnected) and a resistance $R_o$, which represents the amplifier output impedance including the presence of $R_y$. The voltage waveform at $X_2$ is indicated in Fig. 11-3. The transition from stable to quasi-stable state occurs at $t = 0$. For $t < 0$, $v_{X_2} = V_\sigma$, the saturation base voltage of a transistor (or the grid voltage of a tube in clamp). Since $Y_1$ and $X_2$ are coupled by a capacitor, any abrupt change in voltage at $Y_1$ must result in the same discontinuous change at $X_2$. At $t = 0+$, the voltage at $Y_1$ drops by $I_1 R_y$. Hence, at $t = 0+$, $v_{X_2} = V_\sigma - I_1 R_y$. Thereafter, the voltage $v_{X_2}$ will rise exponentially toward $V_{YY}$ with a time constant

$$\tau = (R + R_o)C$$

(Refer to Fig. 11-2.) Since at $t = \infty$, $v_{X_2} = V_{YY}$, then the input voltage to the second stage is given by [Eq. (2-3)]

$$v_{X_2} = V_{YY} - (V_{YY} - V_\sigma + I_1 R_y)\epsilon^{-t/\tau} \tag{11-1}$$

This exponential rise will actually continue, however, only until $v_{X_2}$ rises to the cutin voltage $V_\gamma$, at which time $T$ a reverse transition will occur. Solving

for computing
to $A2$, during the
evenin's voltage
e capacitor $C$ is
$t = 0$ the voltage

enerative action
age at $Y_2$ now
upling between
device may be
ts active region.
sistor $R_y$ of $A1$,
ne voltage at $X_2$
t change instan-

a finite time $T$
erefore $X_2$ will
, a regenerative
the multi to its
nining the time
FF, and the volt-
1-2. In this cir-
nt generator $V_t$
which represents
y. The voltage
from stable to
saturation base
mp). Since $Y_1$
age at $Y_1$ must
+, the voltage
Thereafter, the
stant

t voltage to the

(11-1)

l $v_{X2}$ rises to the
ccur. Solving

Eq. (11-1) for $t = T$, when $v_{X2} = V_\gamma$, we obtain

$$T = \tau \ln \frac{V_{YY} + I_1 R_y - V_\sigma}{V_{YY} - V_\gamma} \tag{11-2}$$

In this equation $V_\sigma$ may be taken as zero for a tube in clamp, whereas for a transistor $V_\sigma = V_{BE}(\text{sat})$ (typically 0.3 V for germanium and 0.7 V for silicon, as on page 219). For a tube $V_\gamma$ is a negative quantity, the cutin voltage corresponding to a plate voltage $V_{PP}$ ($V_\gamma \approx -V_{PP}/\mu$), whereas for a transistor $V_\gamma$ is a forward-bias voltage (typically, 0.1 V for germanium and 0.5 V for silicon). The symbol $T$ is referred to as the *delay time* and also as the *gate time, pulse width,* or *duration.*

The delay $T$ may be varied either through the time constant $\tau$ or by adjusting $I_1$. The current $I_1$, which flows in device $A1$ when this device is on, is controlled by the base input current or grid input voltage. This input current or voltage is, in turn, dependent on $V_{XX}$. Therefore $T$ may be varied through variation of $V_{XX}$. The voltage $V_{XX}$ will affect $T$ up to the point where, when $A1$ comes on, it finds itself in clamp or in saturation.

The duration $T$ of a monostable multi is ordinarily not particularly stable, depending as it does on the device characteristics through $I_1$, $V_\sigma$, and $V_\gamma$. The stability is somewhat better if $R$ is returned to a voltage of large magnitude such as $V_{YY}$ rather than to a low voltage $V_1$ or to ground. The reason for this feature may be seen in Fig. 11-4. Curve 1 corresponds to returning $R$ to $V_{YY}$, whereas curve 2 is for $R$ connected to a low voltage $V_1$. The time constants have been adjusted in the two cases to give the same initial time duration $T_o$. Suppose that $V_\gamma$ now changes by $\Delta V_\gamma$ because of, say, a change in ambient temperature, heater voltage, or device replacement. We see from Fig. 11-4 that the change in time $T_o - T_1$ is smaller than $T_o - T_2$.

If the active devices are transistors and if $R$ is returned to ground, then the circuit will not function properly. Under these circumstances $V_{BE2} \approx 0$



Fig. 11-3 Voltage variation at $X_2$ during the quasi-stable state. The cutin voltage $V_\gamma$ and the saturation voltage $V_\sigma$ are positive for an $n$-$p$-$n$ transistor, but negative for a $p$-$n$-$p$ device. For a tube $V_\gamma$ is negative and $V_\sigma$ is zero.

# Exhibit F

# The IEEE Standard Dictionary of Electrical and Electronics Terms

## Sixth Edition

### Standards Coordinating Committee 10, Terms and Definitions
### Jane Radatz, Chair

This standard is one of a number of information technology dictionaries being developed by standards organizations accredited by the American National Standards Institute. This dictionary was developed under the sponsorship of voluntary standards organizations, using a consensus-based process.

ISBN 1-55937-833-6



90000

9 781559 378338

**dimension, critical mating (standard connector)** Those longitudinal and transverse dimensions assuring nondestructive mating with a corresponding standard connector.
(IM) 474-1973w

**diminished-radix complement (mathematics of computing)** The complement obtained by subtracting each digit of a given numeral from the largest digit in the numeration system. For example, ones complement in binary notation, nines complement in decimal notation. *Synonyms:* base-minus-one complement; complement on $n - 1$; radix-minus-one complement. *Contrast:* radix complement. (C) 1084-1986w

**diminishing increment sort** An insertion sort in which the items in the set to be sorted are divided into subsets, each containing $N$ items; the corresponding items in the subsets are ordered using an insertion sort; and this process is repeated using subsets of diminishing size until the subsets are of size 1. *Synonyms:* Shell sort; Shell's method.
(C) 610.5-1990

**dimmed** A visual effect on an object, such as a reduction in brightness or color, indicating that it cannot be selected or accept input. (C) 1295-1993

**dimming reactor (thyristor)** A reactor that may be inserted in a lamp circuit at will for reducing the luminous intensity of the lamp. *Note:* Dimming reactors are normally used to dim headlamps, but may be applied to other circuits, such as gauge lamp circuits. (EEC/PE) [119]

**diode (1) (electron tube)** A two-electrode electron tube containing an anode and a cathode. *See also:* equivalent diode.
(ED) 161-1971w

**(2) (semiconductor)** A semiconductor device having two terminals and exhibiting a nonlinear voltage-current characteristic; in more-restricted usage, a semiconductor device that has the asymmetrical voltage-current characteristic exemplified by a single p-n junction. *See also:* semiconductor.
(ED) 216-1960w

**(3)** A semiconducting device used to permit current flow in one direction and to inhibit current in the other direction. *Synonym:* rectifier. (C) 610.10-1994

**diode array** An integrated circuit that contains two or more diodes. (C) 610.10-1994

**diode characteristic (multielectrode tube)** The composite electrode characteristic taken with all electrodes except the cathode connected together. (ED) 161-1971w

**diode equivalent** The imaginary diode consisting of the cathode of a triode or multigrid tube and a virtual anode to which is applied a composite controlling voltage such that the cathode current is the same as in the triode or multigrid tube.
(ED) 161-1971w

**diode function generator (analog computer)** A function generator that uses the transfer characteristics of resistive networks containing biased diodes. The desired function is approximated by linear segments whose values are manually inserted by means of potentiometers and switches.
(C) 165-1977w

**diode fuses (semiconductor rectifiers)** Fuses of special characteristics connected in series with one or more semiconductor rectifier diodes to disconnect the semiconductor rectifier diode in case of failure and protect the other components of the rectifier. *Note:* Diode fuses may also be employed to provide coordinated protection in case of overload or short-circuit. *See also:* semiconductor rectifier stack.
(IA) [62]

**diode laser** *See:* injection laser diode.

**diode-transistor logic (DTL)** A family of bipolar integrated circuit logic formed by diodes, transistors, and resistors; characterized by medium speed, low power dissipation, high drive capability and low cost. (C) 610.10-1994

**dip (electroplating)** A solution used for the purpose of producing a chemical reaction upon the surface of a metal. *See also:* electroplating. (EEC/PE) [119]

**DIP** *See:* dual in-line package.

**diplex filter** A filter having a low pass and high pass filter that divide the frequency spectrum into two separate frequency bands that do not overlap. The conventional designation assigns the low band of frequencies to the inbound path, and the high band of frequencies to the outbound path. The diplex filter allows the placement of duplex signals onto a cable by the use of frequency division multiplexing.
(C/LM) 802.7-1989

**diplex operation (data transmission)** The simultaneous transmission or reception of two signals using a specified common feature, such as a single antenna or a single carrier.
(PE) 599-1985w

**diplex radio transmission** The simultaneous transmission of two signals using a common carrier wave. *See also:* radio transmission. (AP) 145-1983s

**dip needle** A device for indicating the angle between the magnetic field and the horizontal. *See also:* magnetometer.
(EEC/PE) [119]

**dipole** *See:* dipole antenna; magnetic dipole; electrically short dipole; folded dipole; half-wave dipole; Hertzian electric dipole; Hertzian magnetic dipole; microstrip dipole.

**dipole antenna (overhead-power-line corona and radio noise)** Any one of a class of antennas having a radiation pattern approximating that of an elementary electric dipole. *Note:* Common usage considers the dipole antenna to be a metal radiating or receiving structure that supports a line current distribution similar to that of a thin straight wire, a half-wavelength long, so that the current has a node at each end of the antenna. *Synonym:* doublet.
(AP/PE/T&D) 145-1993, 539-1990, 599-1985w

**dipole modulation** *See:* non-polarized return-to-zero recording.

**dipole molecule** A molecule that possesses a dipole moment as a result of the permanent separation of the centroid of positive charge from the centroid of negative charge for the molecule as a whole. (Std100) 270-1966w

**dip plating** *See:* immersion plating.

**dip soldering (soldered connections)** The process whereby assemblies are brought into contact with the surface of molten solder for the purpose of making soldered connections.
(EEC) [105]

**DIP switch** One or more two-position switches housed in a dual in-line package (DIP); used on a circuit board to control certain functions or to specify particular operating characteristics. (C) 610.10-1994

**direct access** Pertaining to the process of storing and retrieving data using direct access mode. *Contrast:* sequential access. *See also:* indexed access; indexed sequential access.
(C) 610.5-1990

**direct access arrangement** A circuit, typically used in modems, which allows a device to be connected to telephone lines.
(C) 610.7-1995

**direct-access merge sort** An external merge sort in which the auxiliary storage used is direct-access storage. *See also:* tape merge sort. (C) 610.5-1990

**direct access method (DAM)** An access method in which the access time required to access data is effectively independent of the location of the data. *Contrast:* basic access method. *See also:* basic direct access method; direct data set.
(C) 610.5-1990

**direct access mode** An access mode in which data records are stored and retrieved from storage in such a way that the location of a data record can be derived from the value of some element or elements in the record, regardless of the contents of other data records. *Contrast:* indexed sequential access mode; sequential access mode. (C) 610.5-1990

**direct-access storage device** An auxiliary storage device that can provide direct access to the data stored on the device. *See also:* immediate access storage. (C) 610.10-1994

**direct ac converter (cycloconverter) (self-commutated converters)** The alternating current (ac) conversion is accomplished directly, without an intermediate link having different

all of the attributes from both of the original relations. *See also:* difference; intersection; product; projection; selection; union.

| A 50 | | 50 3 | | A 50 3 |
| B 50 | join | 60 4 | = | B 50 3 |
| C 60 | | 70 5 | | C 60 4 |
| **P** | | **Q** | | **P join Q** |

join (C) 610.5-1990

**join dependency** A type of dependency within a relation $R$, in which $R$ is join dependent on $X, Y, \ldots, Z$ (subsets of attributes in $R$) if and only if $R$ is equal to the join of its projections on $X, Y, \ldots, Z$. *See also:* functional dependency.
(C) 610.5-1990

**joint (interior wiring)** A connection between two or more conductors. (EEC/PE) [119]

**joint, compression** A tubular compression fitting designed and fabricated from aluminum, copper, or steel to join conductors or overhead groundwires. It is usually applied through the use of hydraulic or mechanical presses. However, in some cases, automatic, wedge, and explosive-type joints are utilized. *Synonyms:* conductor splice; sleeve; splice.
(PE/T&D) 524-1992

**joint insulation** *See:* connection insulation.

**jointly owned generation (power operations)** Generation facility owned jointly by several electric utilities each entitled to a share of the capability. *Note:* One of the participating utilities operates the facility. (PE) 858-1987s

**joint, protector** A split sleeve that fits over a conductor compression joint used to protect the joint from bending or damage if the joint must pass through travelers. The joint protector usually has split rubber collars at each end to protect the conductor from damage where it exits at each end of the sleeve.
(PE/T&D) 524-1992

**joint review** A process or meeting involving representatives of both the acquirer and the developer, during which project status, software products, and/or project issues are examined and discussed. (C/SE) J-STD-016-1995

**joint use** Simultaneous use by two or more kinds of utilities.
(NESC/T&D) C2-1997, C2.2-1960

**Jordan bearing** A sleeve bearing and thrust bearing combined in a single unit. *See also:* bearing. (PE) [9]

**JOSEF** A general-purpose programming language similar to Pascal. (C) 610.13-1993

**JOSS** *See:* JOHNNIAC Open Shop System.

**joule (1) (metric practice)** The work done when the point of application of a force of one newton is displaced a distance of one meter in the direction of the force.
(QUL) 268-1982s
**(2) (laser maser)** A unit of energy: one (1) joule = 1 watt · second. (LEO) 586-1980w

**Joule effect** The evolution of thermal energy produced by an electric current in a conductor as a consequence of the electric resistance of the conductor. *See also:* Joule's law; thermoelectric device. (ED) [46]

**Joule heat** The thermal energy resulting from the Joule effect. *See also:* thermoelectric device. (ED) [46]

**Joule's law** (heating effect of a current) The rate at which heat is produced in an electric circuit of constant resistance is equal to the product of the resistance and the square of the current.
(Std100) 270-1966w

**journal (1) (shaft)** A cylindrical section of a shaft that is intended to rotate inside a bearing. *See also:* armature; bearing.
(PE) [9]
**(2) (data management)** A chronological record of the changes made to a set of data. *Note:* This record may be used as an audit trail to reconstruct a previous version of the data. *Synonym:* log. (C) 610.2-1987, 610.5-1990

**journal bearing (rotating machinery)** A bearing that supports the cylindrical journal of a shaft. *See also:* bearing.
(PE) [9]

**joystick** A cursor control device consisting of a lever having at least two degrees of freedom and that can be used as a locator.
(C) 1084-1986w, 610.10-1994, 610.6-1991

**joy stick** *See:* joystick.

**jpd** *See:* just perceptible difference.

**J scan** *See:* J-display.

**J-scope** A cathode-ray oscilloscope arranged to present a J-display. (AE) 686-1990w

**JTAG (1)** Test access port and boundary scan architecture.
(BA/C) 896.3-1993
**(2)** An abbreviation for Joint Test Activity Group that is used to describe the serial diagnostic signals that have been defined by this group. (C/MM) 1596.4-1996

**jukebox** A storage device that holds multiple disks and which has one or more disk drives that can mount the disks in the disk drive as they are needed. *Synonym:* autochanger.
(C) 610.10-1994

**Jules' Own Version of International Algorithmic Language** A high-order programming language used primarily for solving scientific and control problems. *Note:* Based on ALGOL 58. *See also:* TINT. (C) 610.13-1993

**jump (1) (A) (electronic computation)** To (conditionally or unconditionally) cause the next instruction to be obtained from a storage location specified by an address part of the current instruction when otherwise it would be specified by some convention. **(B) (electronic computation)** An instruction that specifies a jump. *Note:* If every instruction in the instruction code specifies the location of the next instruction (for example, in a three-plus-one-address code), then each one is not called a jump instruction unless it has two or more address parts that are conditionally selected for the jump. *See also:* conditional jump; transfer; unconditional jump.
(C) 162-1963w
**(2) (A)** To depart from the implicit or declared order in which computer program statements are being executed. *Synonym:* transfer. **(B)** A program statement that causes a departure as in definition (A). *Contrast:* case; if-then-else. *See also:* branch; go to. **(C)** The departure described in definition (A). *See also:* conditional jump; unconditional jump.
(C) 610.12-1990

**jumper (1) (telephone switching systems)** Crossconnection wire(s). (COM) 312-1977w
**(2) (A) (protective grounding of power lines)** A metallic wire connecting the conductors on opposite sides of a dead-end structure so that continuity is maintained. **(B) (protective grounding of power lines)** A conductor placed across the clear space between the ends of two conductors or metal pulling lines that are being spliced together. Its purpose then is to act as a shunt to prevent workers from accidentally placing themselves in series between the two conductors.
(PE/T&D) 1048-1990
**(3)** A conductive tool used to maintain electrical continuity across equipment, or a conductor that shall be opened mechanically to enable various operations of live-line work to be performed *Synonym:* bypass. (PE/T&D) 516-1995
**(4) (A) (conductor stringing equipment)** The conductor that connects the conductors on opposite sides of a dead-end structure. **(B)** A conductor placed across the clear space between the ends of two conductors or metal pulling lines that are being spliced together. Its purpose, then, is to act as a shunt to prevent workmen from accidentally placing themselves in series between the two conductors.
(PE/T&D) 524-1992, 524a-1993

**jump instruction (A)** A computer instruction that specifies a jump. *Contrast:* unconditional jump instruction. *See also:* conditional jump instruction. **(B)** An instruction that changes the sequence in which computer instructions are performed. *Note:* A jump instruction generally specifies the next instruc-

# Exhibit G





RABTRON
Supplier and Importer of Electronic Components

Home | Forum | Contact Us | Log In | Cart | Checkout

Search

0 items

Top » Catalog » Switches » Dip Switches » Dip Switch SPST 6 Positions

Categories

Specials
Accessories
Adaptors/Powersupply
Alarms/Security
Batteries
Cables
Connectors & Sockets
Consumer Products
Day Night Switches
Electrical
Electro-Chemicals
Electronic Kits
Electronic Literature
Enclosures
Fans
Fuses
Hardware/Fixings
Heat Shrink Tubing
HeatSinks
Inductors
Light / Sound
Motors
Opto-Electronics
Panel Meters
Passive Components
PC Boards/Projects
Potentiometers
Programmers
Relays
Semiconductors
Solar Panels
**Switches**
Test And Measurement
Thermostats
Timers
Tools/Equipment
Transformers
TV/Video

Manufacturers

Please Select

Quick Find

Use keywords to find the product you are looking for.
**Advanced Search**

What's New?

High-quality tool set - 56 pcs
R809.40

Resources

LED Resistor Calculator NEW
LED Wiring Guide NEW
Capacitance Conversion Chart

New Products

# Dip Switch SPST 6 Positions

**R8.55**
**Incl VAT**

Product Code:DIPSW6W

Stock Available: 287

DIP SWITCH (SPST) 6 POSITIONS
2.54mm
SIZE 16.2* 9.9* 10.7

Quantity: 1

Add to Cart

Add to Wishlist   Reviews

Customers who bought this product also purchased

AC DC Adaptor Adjustable Voltage 1A

Ceramic Capacitor 560PF - each

Electrolytic Radial 10uF 25V

Electrolytic Radial 1000uF 35V

Electrolytic Radial 1000uF 63V

Electrolytic Radial 6.8uF 63V

Electrolytic Radial 1uF 250V

No Image Available
1MFD 400V POLYESTER

No Image Available
POLYESTER 150NF 250V DC

No Image Available
POLYESTER 220NF 63V 5MM

No Image Available
POLYESTER 47NF 630V 15MM PITCH

Tantalum

GALAXY Series
Slim Aluminum LED Bar

Slim Aluminum LED Bar – 18 LED
12VDC 30cm
Slim Modern Design Tilting
Angle Capability High Brightness
5050 Chip LEDS more units can
be easily joined together

### Secure Transactions

VISA   MasterCard

SECURE PAYMENTS BY
Virtual
card services

### Information

Shipping & Returns
Privacy Notice
Conditions of Use
Payment Terms
How To Order
About Us
Gift Voucher FAQ
View All Products
Site Map
Contact Us

Capacitor
0.33MFD 3SV

Product Tags: Dip Switch SPST 6
Positions - Dip Switches - Electronic
Components - Rabtron Electronics



### Shopping Cart
0 items

### Manufacturer Info

SHALLIN ELECT.

– Other products

### Login

E–Mail Address:

Password:

Sign In

Password Forgotten ?
New Account

### Share Product

Like  0

### Reviews

Write a review on this
product!

### Subscribe Us

Subscribe to our mailing list

* indicates required

Email Address
*

Subscribe

notice

### Featured

LED Downlights

now
in stock

LED Light Strips
3528 & 5050

View Our Complete Range

Your IP Address is: 38.112.184.20

Home | Terms & Conditions | Shipping | Privacy Policy | Contact Us

All brands, trademarks, tradenames, and logos are the property of their respective owners
BEE Level 3 Compliant
All Prices include VAT

© Copyright Rabtron 1991-2014

# Exhibit H

## PROGRAMMING THE TRANSMITTER

Thank you for your purchase of the Skylink garage door remote control, Model 88. There are 3 different things you need to setup in order to use this universal garage door remote control to operate your existing garage door opener. These 3 things are:

1) Frequency switch – select the correct frequency according to the brand of your existing garage door opener.
2) Brand jumper – place the brand jumper at the correct position according to the brand of your existing garage door opener.
3) Code setting – Set the DIP switches on the Model 88 so that they match the code setting of your existing garage door opener.

Please follow the detail instructions below in order to set-up the Skylink Model 88 to work with your existing opener.

1. Open the front cover and slide open the battery compartment. Remove the battery isolator (the plastic strip between the two batteries), then replace the battery cover.



battery isolator

2. To Program Your Keypad
-Open the cover on the back.



CLOSE
OPEN

## SET BRAND JUMPER

3. Set brand jumper by moving the red plastic tab to the correct jumper (see diagram and chart below).Slide an opened paper clip, into the top of the red plastic tab, then lift and reposition.

| Brand of your opener | Use Jumper Number |
|---|---|
| Linear® | 1 |
| M-O-M® | 1 |
| Stanley ® | 2 |
| Multi-Code® | 2 |
| Chamberlain® | 3 |
| Lift-Master ® | 3 |
| Sears® | 3 |
| Wayne Dalton ® | 2 or 3 |
| Master Mechanic ® | 3 |
| Genie ® (2 positions) | 4 |
| Genie ® (12 positions) | 5 |
| Master Craft® | 5 |
| Martec ® | 6 |
| Pulsar/Allister/Allstar ® | 7 |
| Skylink® | 8 |



Frequency Switch

A B C D

DIP Switch Location

Brand Jumper

## SET FREQUENCY SWITCH

4. Set frequency switch located above the ABCD to the corresponding letter:

| | USA | | CANADA | |
|---|---|---|---|---|
| Brand of your opener | Set switch to position | Frequency | Set switch to position | Frequency |
| Stanley® 1976-1997 | A or B | 300/310 | A | 310 |
| Multi-Code® 1976-1997 | A or B | 300/310 | A | 310 |
| Martec/Teckey® 1992-2001 | A | 300 | - | - |
| Skylink® 1993-2001 | A or B | 300/310 | A | 310 |
| Linear® 1975-1997 | B | 310 | A | 310 |
| M-O-M® 1983-1997 | B | 310 | A | 310 |
| Master Craft® 1985-1997 | - | - | B or D | 315/390 |
| Pulsar/Allister/Allstar®1985-2001 | C | 318 | C | 318 |
| Chamberlain® 1983-1997 | D | 390 | B or D | 315/390 |
| Lift-Master® 1983-1997 | D | 390 | B or D | 315/390 |
| Sears® 1983-1997 | D | 390 | B or D | 315/390 |
| Wayne Dalton® 1983-1997 | A or D | 300/390 | B or D | 315/390 |
| Master Mechanic® 1983-1997 | D | 390 | B or D | 315/390 |
| Genie® (2 positions)1983-1997 | D | 390 | B or D | 315/390 |
| Genie® (12 positions)1983-1997 | D | 390 | B or D | 315/390 |
| Unknown** | | Unknown** | | Unknown** |

** Works with Skylink's Universal Receiver UR-100

## SET DIP SWITCHES

5. Opener Has DIP Switches:
- Use a pen to set the DIP switches to match the code of your existing transmitter or receiver. If your opener is a Chamberlain® , Lift-Master ® , Sears® , Wayne Dalton® or Master Mechanic® and does not have any DIP switches, go to point #6.

Each dip switch of this keypad has 3 positions (" + ", " 0 ", " - "). If the switches of your existing receiver (Stanley®, Genie®, Multi-Code®, Linear®, Moore-O-Matic®, Martec®, Skylink®) have only two positions, set the switches of the model 88 to " + " for ON, and " - " for OFF or OPEN. (Do not use " 0 " center position.) If the switches of your existing transmitter (Chamberlain® , Sears® , Lift-Master® ,Wayne Dalton® , Pulsar® or Master Mechanic® ) have 3 positions, set the dip switches of the model 88 to match their corresponding positions.



DIP Switch Location

6. If your existing transmitter has fewer DIP switches than this transmitter, match only the first corresponding DIP switches. Leave the remaining DIP switches at " 0 ", or the center position. If your garage door opener is a Stanley® or Multi-Code®, the unused DIP switches may need to be set to either the " + " or the " - " position. If the transmitter is still not working, try reversing the set Dip switches, (example, if the #1 DIP switch is set to " + ", change it to " - " and continue reversing the remaining DIP switches. Also try the unused DIP switches in the " + ", " 0 " or " - " positions.)

If your Stanley® / Multi-Code® receiver has fewer than 10 switches and you have a 2 button transmitter then the button that operates the receiver will determine whether you use Channel 1 or Channel 2. If the number 10 Dip switch of your existing transmitter is set in the OPEN or OFF position, you have Channel 1, set the number 10 DIP switch in the model #88 to " - " position. If the number 10 Dip switch of your transmitter is set in the CLOSED or ON position, you have Channel 2, set the number 10 DIP switch in the model #88 to " + " position.

If your Sears®, Chamberlain® or Lift-Master® transmitter has three buttons (two small, one large) then the button that operates the receiver will determine how to set the number 1 DIP switch of the Skylink transmitter. If the large button is used to operate the unit, set the #1 DIP switch to " - " position; if the middle button is used set the #1 DIP switch to the center



## SET DIP SWITCHES

position; if the button at the end is used, set the #1 DIP switch to " + " position. Set the other DIP switches (DIP switch #2 onward) to match the setting of your existing transmitter.
Note - 'LEARN CODE' Some transmitters/receivers do not have DIP switches, this means they can "learn" new code settings. Just set the DIP switches on our transmitter to any code combination. Press the learn button, (located on the back of the garage door receiver located in the ceiling of the garage), for 2 seconds then release, so that the light beside the learn button goes on. While the light is on, enter the 4 digit pin number, (currently set at 0000), then press the # key. If the light beside the learn button flashes, the operator has now learned and will recognize the keypads code.



If your Pulsar® /Allister® /Allstar® #ADX9921 has 2 position Dip switches, refer to the chart below. If any of the Dip switches in your Pulsar® /Allister® /Allstar ® transmitter/receiver are set to the "OFF" position, set the switches in the model 88 to the "0" position. If Dip switches 1-4 on the Pulsar ® /Allister ® /Allstar ® are set to the "ON" position, set the switches in the model

Examples of how to set Model 88



Existing Transmitter       Model 88

Diagram A

88 to the "+" position. If the Dip switches 5-9 on the Pulsar ® /Allister ® /Allstar ® are set to the "ON" position, set the switches in the model 88 to the "-" position. (see Diagram A and B)

DIP switch setting to match with Pulsar/Allister/Allstar transmitter.

| PULSAR / ALLISTER / ALLSTAR | | MODEL 88 | |
|---|---|---|---|
| DIP switch position setting | | DIP switch position setting | |
| 1 | ON / OFF | 1 | + OR 0 |
| 2 | ON / OFF | 2 | + OR 0 |
| 3 | ON / OFF | 3 | + OR 0 |
| 4 | ON / OFF | 4 | + OR 0 |
| 5 | ON / OFF | 5 | - OR 0 |
| 6 | ON / OFF | 6 | - OR 0 |
| 7 | ON / OFF | 7 | - OR 0 |
| 8 | ON / OFF | 8 | - OR 0 |
| 9 | ON / OFF | 9 | - OR 0 |

Diagram B

# SET DIP SWITCHES

If your Pulsar ®/Allister ® / Allstar ® transmitter or receiver has fewer than 9 switches and the existing transmitter has 2 buttons (see diagram C), then the button that operates the receiver will determine how to set the number 9 DIP switch of the model 88. If the left button is used to operate the receiver, set the #9 DIP switch to '+' position; if the right button is used, set the #9 DIP switch to '0' position.



Diagram C

### DIP switch setting to match your opener

| | | | |
|---|---|---|---|
| Linear (1975-1997) | Position 1 to 8 | + OR - | |
| M-O-Alt (1983-1997) | Position 1 to 8 | + OR - | |
| Stanley (1976-1997) | Position 1 to 10 | + OR - | 11 & 12 set to '+' or '-' |
| Multi-Code (1982-1997) | Position 1 to 10 | + OR - | 11 & 12 set to '+' or '-' |
| Chamberlain (1983-1997) | Position 1 to 9 | +, 0 (center), OR - | |
| Lift-Master (1983-1997) | Position 1 to 9 | +, 0 (center), OR - | |
| Sears (1983-1997) | Position 1 to 9 | +, 0 (center), OR - | |
| Wayne Dalton (1983-1997) | Position 1 to 9 | +, 0 (center), OR - | |
| Master Mechanic (1983-1997) | Position 1 to 9 | +, 0 (center), OR - | |
| Genie (9 positions) (1983-1997) | Position 1 to 9 | + OR - | |
| Genie (12 positions) (1983-1997) | Position 1 to 12 | + OR - | |
| Master Craft (1985-1997) | Position 1 to 12 | + OR - | |
| Martec/Teckey (1992-2001) | Position 1 to 10 | + OR - | 11 & 12 set to '+' |
| Pulsar/Allister/Allstar (1985-2001) | Position 1 to 9 | +, 0 (center), OR - | |
| Skylink (1993-2001) | Position 1 to 8 | +, 0 (center), OR - | 1-5 set '+' or '0' 6-8 set '0' or '-' 9-12 must set to'0' |

If your Skylink Universal Remote Control does not activate your Garage Door Opener (GDO), the reason may be that your GDO age or manufacturer is not listed on the compatibility chart.
The solution is the Skylink UR-100 Universal Receiver, or the 838 "The Code Scrambler", (convert any GDO to a Total Security System !) For more information, call (800) 304-1187

7. If your existing opener does not have any switches, then it can "learn" the keypads code. First open the battery compartment, remove the battery isolator (the plastic strip between the two batteries), replace the battery cover. Press the learn button on the garage door opener (unit with motor located in the ceiling of the garage) for approximately two seconds, so that the light beside the learn button goes on. While the light is on, enter the 4 digit pin number, (currently set at 0000), then press the 'SEND' key. If the light beside the learn button flashes, the operator has now learned and will recognize the keypads code.



Garage Door
Opener (GDO)

'Learn' Button

---

## INSTALLATION

8. Installation
   -Position the keypad on the garage door frame.
   -Lift up the cover and insert screw above the keypad in the slot provided (a).
   -Remove the battery cover and insert the second screw in the lower slot (b).
   -Replace the battery cover and insert screw (c).



(a)

(c) (b)

## KEY PAD OPERATION

9. Key Pad Operation
   NOTE: The backlight comes on and a beep is emited when any key is pressed. The backlight of the key pad may not be visible when it is too bright outside. When any key is pressed, the next key must be pressed within 5 seconds or the backlight turns off and the sequence is canceled. You must begin again.

   If the keypad does not emit a beep when pressed, wait a few seconds and press the key again. If you hear a beep, the keypad has accepted the key.

- To change your PIN:
[Enter the current PIN, (currently set at 0 0 0 0), press ∗ , enter new 4 digit PIN, press ∗ , enternew PIN again, press ∗ ].
For example, if you are changing the PIN number from 0000 to 1234, enter the following sequence, 0000, ∗ ,1234,∗ ,1234,∗ .

If confirmed, the backlit LED flashes and the unit emits a long beep.

- Operation
Press [ PIN ] , [SEND]
To open or close garage door, press your four digit PIN and the [SEND] key. If confirmed, the model 86 will emit three beeps.

## WARNING

If this transmitter triggers other garage doors in your neighborhood, change all your transmitters and receiver to a new code setting.

DO NOT let children use the garage door transmitter without adult supervision. Children can injure themselves or others by the garage door.

---

## WARRANTY

If, within one year from date of purchase, this product should become defective (except battery), due to faulty workmanship or materials, it will be repaired or replaced, without charge. Proof of purchase is required.

## BATTERY

Two 3 volt Lithium type (CR2032) batteries (included).



Battery Compartment

It is time to change the batteries when the backlight no longer appears.

**WARNING**
If the battery is completely drained or if it is disconnected longer than 1 week, the PIN you have set WILL revert to the factory preset of 0000. To preserve your PIN and reduce the chance of someone using PIN#0000 for unauthorized entry, be sure to check and replace the battery regularly. When replacing the battery, check your PIN and reset it if needed.

## FCC

The Universal Garage Door Remote Control is approved by the FCC and it complies with Part 15 of the FCC Rules. Its operation is subject to the following two conditions :
1. This device may not cause harmful interference.
2. This device must accept any interference that may cause undesired operation.

**WARNING:**
Changes or modifications to this unit not expressly approved by the party responsible of compliance could void the user's authority to operate the equipment.

Skylink will not be held liable or responsible for any misuse or application of this product other than for its intended use.
**SKYLINK TECHNOLOGIES INC.**
2213 Dunwin Drive, Mississauga, Ontario, L5L 1X1, CANADA
(905)608-9223
(905)608-8744 FAX
Customer Service : (800)304-1187
http://www.skylinkhome.com
P/N. 101A069-006 Rev.6
Patent no. 5680134
Patents Pending
©1995 SKYLINK TECHNOLOGIES INC.

® are registered trademarks of their respective corporations

### SKYLINK ®

**WIRELESS KEYLESS ENTRY**
USER'S INSTRUCTIONS
**(Model 88)**





# Exhibit I

■ FOURTH EDITION

# Fundamentals
# of
# Logic Design



**CHARLES H. ROTH, JR.**
University of Texas at Austin



**PWS Publishing Company**

I⟨T⟩P An International Thomson Publishing Company

Boston • Albany • Bonn • Cincinnati • Detroit • London • Madrid • Melbourne • Mexico City
New York • Pacific Grove • Paris • San Francisco • Singapore • Tokyo • Toronto • Washington



**PWS PUBLISHING COMPANY**
20 Park Plaza, Boston, MA 02116-4324

Copyright © 1995 by PWS Publishing Company, a division of International Thomson Publishing, Inc.

Copyright © 1975, 1979, 1985, 1992 by West Publishing Company.

*All rights reserved.* No part of this book may be reproduced, stored in a retrieval system, or transcribed in any form or by any means – electronic, mechanical, photocopying, recording, or otherwise – without the prior written permission of PWS Publishing Company.

I⍟P
International Thomson Publishing
The trademark ITP is used under license.

*For more information, contact:*
**PWS Publishing Company**
**20 Park Plaza**
**Boston, MA 02116**

International Thomson Publishing Europe
Berkshire House 168-173
High Holborn
London WC1V 7AA
England

Thomas Nelson Australia
102 Dodds Street
South Melbourne, 3205
Victoria, Australia

Nelson Canada
1120 Birchmont Road
Scarborough, Ontario
Canada M1K 5G4

ISBN: 0-534-95472-3

Sponsoring Editor: *Bill Barter*
Marketing Manager: *Nathan Wilbur*
Manufacturing Buyer: *Andrew Christensen*
Production Editor: *Pamela Rockwell*
Cover Designer: *Christine C. Bentley & Edward M. Rose,*
    *Visual Graphic Systems, Ltd.*
Text and Cover Printer: *Quebecor/Hawkins*

Printed and bound in the United States of America.
97 98 99 00 — 10 9 8 7 6 5 4 3

International Thomson Editores
Campos Eliseos 385, Piso 7
Col. Polanco
11560 Mexico D.F., Mexico

International Thomson Publishing GmbH
Konigswinterer Strasse 418
53227 Bonn, Germany

International Thomson Publishing Asia
221 Henderson Road
#05-10 Henderson Building
Singapore 0315

International Thomson Publishing Japan
Hirakawacho Kyowa Building, 31
2-2-1 Hirakawacho
Chiyoda-ku, Tokyo 102
Japan

Library of Congress Cataloging-in-Publication Data

Roth, Charles H.
    Fundamentals of logic design / Charles H. Roth, Jr.—4th ed.
        p.    cm.
    Includes bibliographical references and index.
    ISBN 0-314-92218-0 (hard)
    1. Logic circuits.   2. Logic design.   I. Title.
TK7868.L6R67 1992
621.39'5—dc20
                                                    91-30668
                                                    ∞ CIP

·ify that
the first

## · U N I T ·

# 12

# Counters and Similar Sequential Networks



## OBJECTIVES _____

1. Given the present state and desired next state of a flip-flop, determine the required flip-flop inputs.

2. Given the desired counting sequence for a counter, derive the flip-flop input equations.

3. Given the desired behavior of a sequential network whose next state (that is, the state after receiving an input clock pulse) depends only on the present state, design the network.

4. Explain the procedures used for deriving flip-flop input equations.

5. Construct a timing diagram for a counter by tracing signals through the network.

6. Work Problem 12.1, 12.2, 12.3, or 12.4 as assigned. Use both the standard method and the short-cut method for part (c). Work Problems 12.5, 12.13, 12.15, 12.16, and 12.18.

7. *Lab Problem* (required). This lab exercise introduces the use of J-K flip-flops in lab in preparation for a sequential network design problem (Unit 16).

   **(a)** Study the information on J-K flip-flops in the Laboratory Information handout.

   **(b)** Go to lab and check out your design for Problem 12.1(c), 12.2(c), 12.3(c), or 12.4(c).

   **(c)** Draw a complete state graph (of the form of Fig. 12–7) for your counter showing the state sequence observed in lab, including what happens when you start in each one of the states not in the prescribed counting sequence.

8. Bring your solution to Lab Problem 7 with you when you come to take the readiness test.

# Counters and Similar Sequential Networks

Counters are one of the simplest types of sequential networks. A counter is usually constructed from two or more flip-flops which change state in a prescribed sequence when input pulses are received. In this unit, you will learn procedures for deriving flip-flop input equations for counters. These procedures will be applied to more general types of sequential networks in later units.



# 12.1
## Design of a Binary Counter

The counters discussed in this chapter are all synchronous counters. This means the operation of the flip-flops is synchronized by the common input pulse ($P$) so that when several flip-flops must change state, the state changes occur simultaneously. Ripple counters, in which the state change of one flip-flop triggers the next flip-flop in line, are discussed in Chapter 18.

We will first construct a binary counter using three T flip-flops to count pulses (Fig. 12–1). We will assume that all the flip-flops change state immediately following the falling edge of the input pulse. The *state* of the counter is determined by the states of the individual flip-flops; for example, if flip-flop $A$ is in state 0, $B$ in state 1, and $C$ in state 1, the state of the counter is 011. Initially, all flip-flops will be set to the 0 state. When a pulse is received, the counter will change to state 001; when a second pulse is received, the state will change to 010; etc. The

Case: 1:13-cv-07900 Document #: 142-1 Filed: 05/05/14 Page 44 of 55 PageID #:2520



Figure 12-1
Flip-Flops for Binary Counter

sequence of flip-flop states is $ABC = 000, 001, 010, 011, 100, 101, 110, 111, 000, \ldots$ Note that when the counter reaches state 111, the next pulse resets it to the 000 state and then the sequence repeats.

First we will design the counter by inspection of the counting sequence; then we will use a systematic procedure which can be generalized to other types of counters. The problem is to determine the flip-flop inputs—$T_A$, $T_B$, and $T_C$. From the above counting sequence, observe that $C$ changes state every time a pulse is received. Since pulsing $T_C$ causes $C$ to change state, the pulse source must be connected directly to the $T_C$ input. Next, observe that $B$ changes state when a pulse is received only if $C = 1$. Therefore, an AND gate is connected to $T_B$ as shown in Fig. 12–2, so that if $C = 1$ and a pulse is received, $B$ will change state. Similarly, $A$ changes state when a pulse is received only if $B$ and $C$ are both 1. An AND gate is connected to $T_A$ so that $A$ will change state if $B = 1$, $C = 1$, and a pulse is received.

Now we will verify that the network of Fig. 12–2 counts properly by tracing signals through the network. Initially, $ABC = 000$, so when the first pulse arrives it gets through only to $T_C$. The state changes to 001, so when the second pulse arrives it gets through to $T_B$ and $T_C$, and the state changes to 010. This process



Figure 12-2
Synchronous Binary Counter

Table 12–1
State Table for Binary Counter

| Present State | | | Next State | | | Flip-Flop Inputs | | |
|---|---|---|---|---|---|---|---|---|
| $A$ | $B$ | $C$ | $A^+$ | $B^+$ | $C^+$ | $T_A$ | $T_B$ | $T_C$ |
| 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| 0 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 1 |
| 0 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 1 |
| 0 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| 1 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 1 |
| 1 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | 1 |
| 1 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 1 |
| 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 1 |

continues until finally when state 111 is reached, the next pulse gets through to $T_A$, $T_B$, and $T_C$, and all flip-flops return to the zero state.

Next we will redesign the binary counter by using a state table (Table 12–1). This table shows the present state of flip-flops $A$, $B$, and $C$ (before a pulse is received) and the corresponding next state (after the pulse is received). Although the pulse is not explicit in the table, it is understood to be the input. For example, if the flip-flops are in state $ABC = 011$ and a pulse is received, the next states will be $A^+B^+C^+ = 100$. A third column in the table is used to derive the inputs for $T_A$, $T_B$, and $T_C$. Whenever the entries in the $C$ and $C^+$ columns differ, flip-flop $C$ must change state and $T_C$ must be 1. Similarly, if $B$ and $B^+$ differ, $B$ must change state so $T_B$ must be 1. For example, if $ABC = 011$, $A^+B^+C^+ = 100$ and all three flip-flops must change state, so $T_AT_BT_C = 111$.

$T_A$, $T_B$, and $T_C$ are now derived from the table as functions of $A$, $B$, and $C$. By inspection, $T_C = 1$. Karnaugh maps are plotted for $T_A$ and $T_B$,



from which $T_A = BC$ and $T_B = C$. Since a pulse ($P$) is required to initiate each change of state, we multiply each input by $P$ so that

$$T_A = BCP \qquad T_B = CP \qquad T_C = P$$

These equations yield the same network derived previously.

# Exhibit J

Case: 1:13-cv-07900 Document #: 142-1 Filed: 05/05/14 Page 47 of 55 PageID #:3523

# SEVENTH EDITION

## MODERN

# DICTIONARY

*of*

# ELECTRONICS

# RUDOLF F. GRAF



Newnes

Case: 1:13-cv-07900 Document #: 142-1 Filed: 05/05/14 Page 48 of 55 PageID #:3524

# MODERN
# DICTIONARY
## of
# ELECTRONICS

SEVENTH EDITION

REVISED AND UPDATED

**Rudolf F. Graf**



Boston   Oxford   Auckland   Johannesburg   Melbourne   New Delhi

Newnes is an imprint of Butterworth-Heinemann.

Copyright © 1999 by Rudolf F. Graf

 A member of the Reed Elsevier Group.

All rights reserved.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted
in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise,
without the prior written permission of the publisher.

 Recognizing the importance of preserving what has been written, Butterworth-Heinemann
prints its books on acid-free paper whenever possible.

 Butterworth-Heinemann supports the efforts of American Forests and the Global
ReLeaf program in its campaign for the betterment of trees,
forests, and our environment.

**Library of Congress Cataloging-in-Publication Data**

Graf, Rudolf F.
    Modern dictionary of electronics / Rudolf F. Graf. — 7th ed.,
revised and updated.
        p.    cm.
    ISBN 0-7506-9866-7 (alk. paper)
    1. Electronics — Dictionaries. I. Title
TK7804.G67    1999
621.381'03 — dc21                            99-17889
                                             CIP

**British Library Cataloguing-in-Publication Data**
A catalogue record for this book is available from the British Library.

The publisher offers special discounts on bulk orders of this book.
For information, please contact:
Manager of Special Sales
Butterworth-Heinemann
225 Wildwood Avenue
Woburn, MA 01801-2041
Tel: 781-904-2500
Fax: 781-904-2620

For information on all Butterworth-Heinemann publications available, contact
our World Wide Web home page at: http://www.bh.com

10 9 8 7 6 5 4 3 2 1

Typeset by Laser Words, Madras, India
Printed in the United States of America

**symbolic coding — synchro differential motor** 754

referred to by symbolic names and addresses that do not depend on their hardware-determined names and addresses. Contrasted with computer code.

**symbolic coding** — In digital computer programming, any coding system using symbolic rather than actual computer addresses.

**symbolic debugger** — A system software interactive debugging utility in which the debugging software has access to program symbol tables, and a programmer can refer to memory location names rather than absolute addresses. This is a valuable facility for use with relocatable code or paged systems in which task code may not be loaded at the same memory address each time it executes.

**symbolic deck** — A deck of cards punched in programmer coding language rather than binary language.

**symbolic execution** — Reconstructing the logic and actions along a program path via symbolic rather than actual data.

**symbolic language** — Human-oriented programming language. Any programming language prepared in coding other than a specific machine language, and which thus must be translated by compiling, assembly, etc.

**symbolic-language programming** — Also called assembly-language programming. The writing of program instructions in a language that facilitates the translation of programs into the binary code through the use of mnemonic convention.

**symbolic layout editors** — Software design tools that allow the designer to place symbols representing circuit elements (for example, transistors, logic gates, or even registers) instead of having to redesign them each time they are used.

**symbolic logic** — A special computer or control system language composed of symbols that the instrumentation can accept and handle. Combinations of these symbols can be fed in to represent many complex operations.

**symbolic programming** — A program using symbols instead of numbers for the operations and locations in a computer. Although the writing of a program is easier and faster, an assembly program must be used to decode the symbol into machine language and assign instruction locations.

**symbol table** — A table constructed by an assembler or compiler to bind symbolic labels to their actual addresses.

**symmetrical** — Balanced; i.e., having equal characteristics on each side of a central line, position, or value.

**symmetrical alternating quantity** — An alternating quantity for which all values separated by a half period have the same magnitude but opposite sign.

**symmetrical avalanche rectifier** — An avalanche rectifier that can be triggered in either direction. After triggering, it presents a low impedance in the triggered direction.

**symmetrically cyclically magnetized condition** — The condition of a cyclically magnetized material when the limits of the applied magnetizing forces are equal and of opposite sign.

**symmetrical transducer (with respect to specified terminations)** — A transducer in which all possible pairs of specified terminations can be interchanged without affecting the transmission.

**symmetrical transistor** — A transistor in which the collector and emitter are made identical, so either can be used interchangeably.

**sync** — 1. Short for synchronous, synchronization, synchronizing, etc. 2. The maintenance of correct time relationships between events, i.e., synchronization.

**syncable** — Capable of being synchronized.

**sync compression** — 1. The reduction in gain applied to the sync signal over any part of its amplitude range with respect to the gain at a specified reference level. 2. The reduction in the amplitude of the sync signal, with respect to the picture signal, occurring between two points of a circuit.

**sync generator** — 1. An electronic device that supplies pulses to synchronize a television system. 2. A device for generating a synchronizing signal.

**synchro** — 1. A small motorlike device containing a stator and a rotor and capable of transforming an angular-position input into an electrical output, or an electrical input into an angular output. When several synchros are correctly connected together, all rotors will line up at the same angle of rotation. 2. A range of ac electromechanical devices that are used in data transmission and computing systems. A synchro provides mechanical indication of its shaft position as the result of an electrical input, or an electrical output that represents some function of the angular displacement of its shaft. Such components are basically variable transformers. As the rotor of a synchro rotates it causes a change in synchro voltage outputs. Major types or classes of synchros include torque synchros, control synchros, resolvers, and induction potentiometers (linear synchro transmitters).



*Synchro.*

**synchro control differential generator** — A rotary component for modifying the synchro control generator output signal to correspond to the addition or subtraction from the generator shaft angle. Usually used with a synchro control generator and synchro control transducer.

**synchro control generator** — A rotary component for transforming the shaft angle to a corresponding set of electrical signals for ultimate retransformation to the shaft position in a remote location.

**synchro control transformer** — A rotary component that accepts signals from a generator or differential generator for reconversion to the shaft angle with the aid of a servomechanism. Often used by itself as an angle-to-signal transducer, but usually with a synchro control generator and synchro control differential generator.

**synchro differential generator** — A synchro unit that receives an order from a synchro generator at its primary terminals, modifies this order mechanically by any desired amount according to the angular position of the rotor, and transmits the modified order from its secondary terminals to other synchro units.

**synchro differential motor** — A motor that is electrically similar to the synchro differential generator except that a damping device is added to prevent oscillation. Its rotor and stator are both connected to synchro generators, and its function is to indicate the sum of or difference between the two signals transmitted by the generators.

# Exhibit K

# Riverside



# Webster's II

# *New College*

# Dictionary

MORE THAN 200,000 clear, concise definitions

THOUSANDS of examples of words in actual use

NEW ENTRIES from *acupressure* to *Z particle*

UPDATED biographical and geographical sections

HUNDREDS of synonyms and word histories

FEATURES on usage, style, spelling, and more!

Case: 1:13-cv-07900 Document #: 142-1 Filed: 05/05/14 Page 53 of 55 PageID #:3529

# Webster's II

## *New College Dictionary*



Houghton Mifflin Company

*Boston • New York*

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1995 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston MA 02116.

Illustrations **azimuthal equidistant projection** and **sinusoidal projection** © 1986 by The American Congress on Surveying and Mapping.

*Library of Congress Cataloging-in-Publication Data*

Webster's II new college dictionary.
     p.    cm.

    ISBN 0-395-70869-9 {alk. paper}
    1. English language – Dictionaries.  I. Webster's II new
Riverside University dictionary
PE1628.W55164    1995
423 – dc20                         95-5833
                                      CIP

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at http://www.hmco.com/trade/.

Printed in the United States

**plain agithus**... ... ... inhabiting the Great Plains of the United States and Canada.

**plains·man** (plānz′mən) *n.* An inhabitant or settler of U.S. prairie regions.

**plain·song** (plān′sông′, -sŏng′) *n.* [Transl. of Med. Lat. *cantus planus.*] **1.** Gregorian chant. **2.** Any of various bodies of medieval liturgical music without strict meter and sung without accompaniment.

**plain·spo·ken** (plān′spō′kən) *adj.* Straightforward : candid <a *plainspoken* commentator> **—plain′spo′ken·ness** *n.*

**plaint** (plānt) *n.* [ME < OFr. *plainte* < Lat. *planctus*, lament < p.part. of *plangere*, to beat one's breast.] **1.** A complaint. **2.** An utterance of sorrow or grief : LAMENTATION. **3.** *Law.* A statement of grievance submitted to a court as a request for redress.

**plain·tiff** (plān′tĭf) *n.* [ME *plaintyf* < OFr. *plaintif* < *plaintif*, plaintive.] *Law.* The party that institutes a suit in a court.

**plain·tive** (plān′tĭv) *adj.* [ME *plaintyf* < OFr. *plaintif* < *plainte*, plaint.] Expressing sorrow : MOURNFUL. **—plain′tive·ly** *adv.*

**plain weave** *n.* A weave in which the filling threads and the warp threads interlace alternately, forming a checkerboard pattern.

**plait** (plāt, plăt) *n.* [ME, fold < OFr. *pleit* < Lat. *plicare*, to fold.] **1.** A braid, esp. of hair. **2.** A pleat. *—vt.* **plait·ed, plait·ing, plaits. 1.** To braid <*plaited* the child's long hair> **2.** To pleat. **3.** To make by braiding or pleating. **—plait′er** *n.*

**plan** (plăn) *n.* [Fr. < *planter*, to plant < Lat. *plantare* < *planta*, sole of the foot.] **1.** A detailed scheme, program, or method worked out beforehand for the accomplishment of an object <a career *plan*> **2.** A proposed or tentative project or purpose : INTENTION <made *plans* for the weekend> **3.** An outline or sketch, as of a story. **4. a.** A drawing or diagram made to scale showing structure or arrangement <an architectural *plan*> **b.** Such a plan showing how to build or assemble something. **5.** One of several imaginary planes perpendicular to the line of vision between the viewer and the object being depicted. *—v.* **planned, plan·ning, plans. —vt. 1.** To formulate a scheme or program for the accomplishment or attainment of <*plan* an outreach program> **2.** To have as a specific goal or purpose : INTEND <They *plan* to visit Disneyland.> **3.** To draw or make a graphic representation of. *—vi.* To make plans. **—plan′ner** *n.*

**plan–** *pref. var. of* PLANO-.

**pla·nar** (plā′nər, -när′) *adj.* [LLat. *planaris*, flat < Lat. *planus*.] **1.** Of, pertaining to, or located in a plane. **2.** Flat. **3.** Having a two-dimensional characteristic. **—pla·nar′i·ty** (plā-năr′ĭ-tē) *n.*

**pla·nar·i·a** (plā-nâr′ē-ə) *n.* A planarian.

**pla·nar·i·an** (plā-nâr′ē-ən) *n.* [< NLat. *Planaria*, genus name < LLat. *planarius*, on level ground < *planus*, flat.] A flatworm of the order Tricladida, with a broad, ciliated body and a three-branched digestive cavity.

**pla·na·tion** (plā-nā′shən) *n.* [< PLANE.] Lateral mechanical erosion, as of a valley, by a running stream.

**planch·et** (plăn′chĭt) *n.* [Dim. of dial. *planch*, board < ME *plaunche* < OFr. *planche* < Lat. *planca*.] A flat disk of metal ready for stamping as a coin. **2.** A small disk of metal on which a radioactive substance is deposited for measurement of its activity.

**plan·chette** (plăn-shĕt′) *n.* [Fr., dim. of OFr. *planche*, board. —see PLANCHET.] A small triangular board with a pointer supported by two casters and a vertical pencil reputed to spell out messages from the spirit world when the operator's fingers are placed lightly upon it.

**Planck's constant** (plăngks) *n.* [After Max K.E.L. Planck (1858–1947).] *Physics.* The constant of proportionality relating the quantum of energy that can be possessed by radiation to the frequency of that radiation; its value is approx. $6.625 \times 10^{-27}$ erg-second.

**plane¹** (plān) *n.* [Lat. *planum*, flat surface < *planus*, flat.] **1.** *Math.* A surface containing all the straight lines connecting any two points on it. **2.** A level or flat surface. **3.** A stage or level of existence, development, or achievement <lectures on a spiritual *plane*> **4.** An airplane or hydroplane. **5.** A supporting surface of an airplane, as an airfoil or wing. *—adj.* **1.** *Math.* Designating a figure lying in a plane. **2.** Flat. **—plane′ness** *n.*

**plane²** (plān) *n.* [ME < OFr. < LLat. *plana* < *planare*, to plane < *planus*, flat.] **1.** A carpenter's tool with an adjustable blade for leveling and smoothing wood. **2.** A trowel-shaped tool for smoothing the surface of clay, sand, or plaster in a mold. *—v.* **planed, plan·ing, planes. —vt. 1.** To smooth with or as if with a plane. **2.** To remove with a plane. *—vi.* **1.** To undergo planing. **2.** To act as a plane.

**plane³** (plān) *vi.* **planed, plan·ing, planes.** [Fr. *planer*, to glide < *plan*, level surface < Lat. *planum* < *planus*, flat.] **1.** To rise partly out of the water, as a hydroplane does at high speeds. **2.** To soar or glide. **3.** To travel by airplane.

**plane⁴** (plān) *n.* [ME < OFr. < Lat. *platanus* < Gk. *platanos* < *platus*, broad.] The plane tree.

**plane angle** *n.* An angle formed by two straight lines.

**plane geometry** *n.* The geometry of plane figures.

**plane·load** (plān′lōd′) *n.* The load an airplane can carry.

**plan·er** (plā′nər) *n.* **1.** One that planes. **2.** A machine tool for leveling and smoothing the surfaces of wood or metal. **3.** A smooth block of wood used to level a form of type.

**plan·et** (plăn′ĭt) *n.* [ME < OFr. *planete* < LLat. *planeta* < Gk. *planēs*, wanderer < *planasthai*, to wander.] **1.** A nonluminous celestial body illuminated by light from a star, as the sun, around which it revolves. **2.** One of the seven celestial bodies visible to the naked eye and thought to revolve in the heavens about a fixed Earth and the fixed stars in ancient astronomy. **3.** One of the seven revolving celestial bodies that in conjunction with the stars are supposed to influence human personalities and concerns.

**plane table** *n.* A portable surveying instrument consisting primarily of a drawing board and a ruler mounted on a tripod and used to sight and map topographical details.

**plan·e·tar·i·um** (plăn′ĭ-târ′ē-əm) *n., pl.* **-i·ums** or **-i·a** (-ē-ə). **1.** An apparatus or model representing the solar system. **2.** A device for projecting images of celestial bodies in their courses onto the inner surface of a hemispherical dome. **3.** A building or room containing a planetarium.

**plan·e·tar·y** (plăn′ĭ-tĕr′ē) *adj.* **1.** Of, relating to, or like the physical or orbital characteristics of a planet or the planets. **2.** Worldwide : global. **b.** Terrestrial : mundane. **2.** Erratic : wandering. **2.** Denoting or relating to a gear train consisting of a central gear with an internal ring gear and one or more pinions. **5.** Of enormous size or scope.

**planetary nebula** *n.* Any of several objects in the Galaxy having a hot, blue-white, central star surrounded by an envelope of expanding gas.

**plan·e·tes·i·mal** (plăn′ĭ-tĕs′ə-məl, -tĕz′-) *n.* [PLANET + (INFINIT-) ESIMAL.] One of innumerable small bodies held to have orbited the sun during the formation of the planets. **—plan′e·tes′i·mal** *adj.*

**planetesimal hypothesis** *n.* The hypothesis that the planets and satellites of the solar system were formed by gravitational aggregation of planetesimals.

**plan·e·toid** (plăn′ĭ-toid′) *n.* ASTEROID 1. **—plan′e·toi′dal** *adj.*

**plane tree** *n.* A tree of the genus *Platanus*, with ball-shaped clusters of fruit and outer bark that usu. flakes off in patches.

**planet wheel** *n.* One of the small gear wheels in an epicyclic train.

**plan·gent** (plăn′jənt) *adj.* [Lat. *plangens, plangent-*, pr.part. of *plangere*, to strike.] **1. a.** Striking with a deep, reverberating sound, as waves against the shore. **b.** Loud and sonorous, as the sound of bells : RESONANT. **2.** Expressing sadness : PLAINTIVE. **—plan′gen·cy** *n.* **—plan′gent·ly** *adv.*

**plani–** *pref. var. of* PLANO-.

**pla·nim·e·ter** (plā-nĭm′ĭ-tər, plă-) *n.* [Fr. *planimètre* : Lat. *planum*, level surface (< *planus*, flat) + *mètre*, meter < Gk. *metron*, measure.] An instrument that measures the area of a plane figure as a mechanically coupled pointer traverses the figure's perimeter. **—pla′ni·met′ric** (plă′nə-mĕt′rĭk), **pla′ni·met′ri·cal** *adj.* **—pla′ni·met′ri·cal·ly** *adv.* **—pla·nim′e·try** *n.*

**plan·ish** (plăn′ĭsh) *vt.* **-ished, -ish·ing, -ish·es.** [OFr. *planir, planiss-*, to make smooth < *plan*, level < Lat. *planus*.] To smooth, flatten, toughen, or polish (metal) by hammering or rolling. **—plan′ish·er** *n.*

**pla·ni·sphere** (plā′nĭ-sfîr′) *n.* [ME *planisperie* < Med. Lat. *planisphaerium* : Lat. *planus*, flat + Lat. *sphaera*, sphere < Gk. *sphaira*.] **1.** A representation of a sphere or part of a sphere on a plane surface. **2.** *Astron.* A polar projection of the celestial sphere on a chart equipped with an adjustable overlay to show the stars visible at a given time and place. **—pla′ni·spher′ic** (-sfîr′ĭk, -sfĕr′-), **pla′ni·spher′i·cal** *adj.*

**plank** (plăngk) *n.* [ME < ONFr. *planke* < Lat. *planca*.] **1.** A piece of lumber cut thicker than a board. **2.** PLANKING 2. **2.** A support : foundation. **3.** One of the articles of a political platform. *—vt.* **planked, plank·ing, planks. 1.** To furnish or cover with planks. **2.** To bake or broil and serve (fish or meat) on a plank. **3.** To put or set down emphatically or with force. **4.** *Informal.* To pay immediately <*planked* down $100 for the ticket>

**plank·ing** (plăng′kĭng) *n.* **1.** The act of laying planks. **2.** Planks as a whole. **3.** Something made of planks.

**plank·sheer** (plăngk′shîr′) *n.* [Alteration of obs. *plancher*, planking < ME *plauncher* < OFr. *planchier* < *planche*, plank < Lat. *planca*.] A horizontal timber forming the outer edge of the upper deck of a wooden ship.

**plank·ter** (plăngk′tər) *n.* [< Gk. *planktēr*, wanderer < *planktos*, wandering. —see PLANKTON.] One of the minute organisms that collectively make up plankton.

**plank·ton** (plăngk′tən) *n.* [G. < Gk., neuter of *planktos*, wandering < *plazein*, to drive astray.] Generally microscopic plant and animal organisms that float or drift in great numbers in fresh or salt water. **—plank·ton′ic** (-tŏn′ĭk) *adj.*

**Planned Parenthood** (plănd). A service mark for an organization that provides family planning services.

---

| | | | | | | |
|---|---|---|---|---|---|---|
| ă pat | ā pay | âr care | ä father | ĕ pet | ē be | hw which |
| ĭ tie | îr pier | ŏ pot | ō toe | ô paw, for | oi noise | ōō took |