**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRK BRANDS, INC., and GARY J. MORRIS, PH.D., | |
| Plaintiffs, | Civil Action No.: 13-cv-7900 |
| v. | Honorable Richard A. Posner |
| NEST LABS, INC., | |
| Defendant. | |

**LPR 4.2(b): JOINT CLAIM CONSTRUCTION APPENDIX**

Pursuant to Local Patent Rule 4.2(b), Defendant Nest Labs, Inc. and Plaintiffs BRK Brands, Inc. and Gary J. Morris, Ph.D. submit their Joint Appendix for Claim Construction. The Joint Appendix contains the following exhibits:

| Exhibit | Document |
|---|---|
| A | U.S. Patent No. 6,144,310 (BRK_000001 – BRK_000015) |
| B | File History of U.S. Patent No. 6,144,310 (BRK_000016 – BRK_000191) |
| C | U.S. Patent No. 6,323,780 (BRK_000192 – BRK_000207) |
| D | File History of U.S. Patent No. 6,323,780 (BRK_000208 – BRK_000376) |
| E | U.S. Patent No. 6,377,182 (BRK_000377 – BRK_000383) |
| F | File History of U.S. Patent No. 6,377,182 (BRK_000384 – BRK_000446) |
| G | U.S. Patent No. 6,600,424 (BRK_000447 – BRK_000460) |
| H | File History of U.S. Patent No. 6,600,424 (BRK_000461 – BRK_000685) |
| I | U.S. Patent No. 6,784,798 (BRK_000686 – BRK_000698) |
| J | File History of U.S. Patent No. 6,784,798 (BRK_000699 – BRK_000823) |
| K | U.S. Patent No. 7,158,040 (BRK_000824 – BRK_000836) |
| L | File History of U.S. Patent No. 7,158,040 (BRK_000837 – BRK_001023) |

\* \* \*

| | |
|---|---|
| DATED: May 5, 2014 | Respectfully submitted, |
| /s/ Sanjay K. Murthy | /s/ Kevin X. McGann |
| Sanjay K. Murthy<br>sanjay.murthy@klgates.com<br>Benjamin E. Weed<br>benjamin.weed@klgates.com<br>Devon C. Beane<br>devon.beane@klgates.com<br>K&L GATES LLP<br>70 W. Madison St., Suite 3100<br>Chicago, IL 60602<br>Tel: (312) 372-1121<br>Fax: (312) 827-800<br><br>Bryan J. Sinclair<br>bryan.sinclair@klgates.com<br>K&L GATES LLP<br>630 Hansen Way<br>Palo Alto, CA<br>Tel: (650) 798-6700<br>Fax: (650) 798-6701<br><br>Ravi S. Deol<br>ravi.deol@klgates.com<br>K&L GATES LLP<br>1717 Main Street, Suite 2800<br>Dallas, TX 75201<br>Tel: (214) 939-5500<br>Fax: (214) 939-5849<br><br>*Attorneys for Plaintiff BRK Brands, Inc.* | Kevin X. McGann<br>Jeffrey J. Oelke<br>John P. Scheibeler<br>John P. Padro<br>Vigen Salmastlian<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>(212) 819-8200<br><br>John Letchinger<br>Baker & Hostetler LLP<br>191 North Wacker Drive<br>Chicago, IL 60606-1901<br>(312) 416-6206<br><br>*Attorneys for Defendant Nest Labs, Inc.* |

Lynn J. Alstadt
lynn.alstadt@bipc.com
Craig G. Cochenour
craig.cochenour@bipc.com
BUCHANAN INGERSOLL & ROONEY P.C.
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, Pennsylvania 15219-1410
Tel: (412) 562-8800
Fax: (412) 562-1041

*Attorneys for Plaintiff Gary J. Morris, Ph.D.*