# EXHIBIT A

US006144310A

# United States Patent [19]

## Morris

| [11] | Patent Number: | **6,144,310** |
|---|---|---|
| [45] | **Date of Patent:** | **Nov. 7, 2000** |

[54] **ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER**

[76] Inventor: **Gary Jay Morris**, 2026 Glenmark Ave., Morgantown, W. Va. 26505

[21] Appl. No.: **09/299,483**

[22] Filed: **Apr. 26, 1999**

**Related U.S. Application Data**

[60] Provisional application No. 60/117,307, Jan. 26, 1999.

[51] Int. Cl.$^7$ .................................................. G08B 25/08
[52] U.S. Cl. .......................... 340/692; 340/505; 340/506; 340/539; 340/577; 340/628; 340/632; 340/693.11
[58] Field of Search ..................................... 340/692, 500, 340/505, 506, 517, 520, 521, 522, 523, 524, 531, 532, 533, 534, 539, 540, 577, 584, 605, 628, 632, 691.1, 691.4, 693.5, 693.6, 693.7, 693.9, 693.11, 286.01, 286.05, 286.11, 328, 329, 386.1, 384.3, 384.4–384.73

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| 4,160,246 | 7/1979 | Martin et al. . |
| 4,275,274 | 6/1981 | English . |
| 4,282,519 | 8/1981 | Hagland et al. . |
| 4,288,789 | 9/1981 | Molinick et al. ....................... 340/524 |
| 4,335,379 | 6/1982 | Martin . |
| 4,343,990 | 8/1982 | Ueda . |
| 4,350,860 | 9/1982 | Ueda . |
| 4,351,999 | 9/1982 | Nagamoto et al. . |
| 4,531,114 | 7/1985 | Topol et al. . |
| 4,688,021 | 8/1987 | Buck et al. . |
| 4,698,619 | 10/1987 | Loeb ........................... 340/384.1 |
| 4,754,266 | 6/1988 | Shand et al. . |
| 4,816,809 | 3/1989 | Kim . |
| 4,862,147 | 8/1989 | Thomas ..................................... 340/628 |
| 4,951,045 | 8/1990 | Knapp et al. ........................... 340/944 |
| 5,229,753 | 7/1993 | Berg et al. . |
| 5,291,183 | 3/1994 | Chiang . |
| 5,349,338 | 9/1994 | Routman et al. . |
| 5,379,028 | 1/1995 | Chung . |
| 5,460,228 | 10/1995 | Butler . |
| 5,587,705 | 12/1996 | Morris . |

| | | |
|---|---|---|
| 5,657,380 | 8/1997 | Mozer . |
| 5,663,714 | 9/1997 | Fray . |
| 5,673,023 | 9/1997 | Smith . |
| 5,724,020 | 3/1998 | Hsu . |
| 5,726,629 | 3/1998 | Yu . |
| 5,764,134 | 6/1998 | Carr et al. . |

(List continued on next page.)

OTHER PUBLICATIONS

NFPA 72 National Fire Alarm Code 1996 Edition, 72–1to 72–106 (partial copy).
NFPA 72, Recommended Practice for the Installation of Household Carbon Monoxide (CO) Warning Equipment 1998 Edition;.
UL 217 ISBN 0–7629–0062–8, Single and Multiple Station Smoke Alarms, Mar. 16, 1998–Feb. 21, 1997.
UL 2034 ISBN 0–7629–274–9, Single and Multiple Station Carbon Monoxide Alarms, Dec. 21, 1998–Oct. 29, 1996.
National Fire Protection Association–NFPA72–National Fire Alarm Code 1996 Edition pp. 72–105 through 72–106. Quincy, MA USA.

*Primary Examiner*—Nina Tong
*Attorney, Agent, or Firm*—Rockey, Milnamow & Katz, Ltd.

[57] **ABSTRACT**

Due to the presence of various environmental condition detectors in the home and businesses such as smoke detectors, carbon monoxide detectors, natural gas detectors, etc., each having individual but similar sounding alarm patterns, it can be difficult for occupants of such dwellings to immediately determine the specific type of environmental condition that exists during an alarm condition. The present invention comprises an environmental condition detector using both tonal pattern alarms and pre-recorded voice messages to indicate information about the environmental condition being sensed. Single-station battery-powered and 120 VAC detectors are described as are multiple-station interconnected 120 VAC powered detectors. The pre-recorded voice messages describe the type of environmental condition detected or the location of the environmental condition detector sensing the condition, or both, in addition to the tonal pattern alarm. Provisions are made for multi-lingual pre-recorded voice messages.

**22 Claims, 5 Drawing Sheets**



BRK_000001

**6,144,310**

Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,786,749 | 7/1998 | Johnson et al. . |
| 5,786,768 | 7/1998 | Chan et al. . |
| 5,798,686 | 8/1998 | Schreiner . |
| 5,841,347 | 11/1998 | Kim . |
| 5,846,089 | 12/1998 | Weiss et al. . |
| 5,856,781 | 1/1999 | Michel et al. . |
| 5,864,288 | 1/1999 | Hogan . |

| | | | |
|---|---|---|---|
| 5,874,893 | 2/1999 | Ford . | |
| 5,877,698 | 3/1999 | Kusnier et al. . | |
| 5,886,631 | 3/1999 | Ralph . | |
| 5,894,275 | 4/1999 | Swingle . | |
| 5,905,438 | 5/1999 | Weiss et al. ........................... | 340/636 |
| 5,914,650 | 6/1999 | Segan . | |
| 5,936,515 | 8/1999 | Right et al. . | |
| 6,043,750 | 3/2000 | Mallory . | |

BRK_000002

Case: 1:13-cv-07900 Document #: 143-1 Filed: 05/05/14 Page 4 of 380 PageID #:3537



**Fig. 1**

BRK_000003



**Fig. 2**

BRK_000004

Case: 1:13-cv-07900 Document #: 143-1 Filed: 05/05/14 Page 6 of 380 PageID #:3539



**Fig. 3**

BRK_000005



**Fig. 4**



**Fig. 5**

BRK_000006



**Fig. 6**



**Fig. 7**

6,144,310

1

# ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER

This application is in reference to Provisional Patent Application No. 60/117,307 filed Jan. 26, 1999.

## BACKGROUND FOR THE INVENTION

### 1. Field of Invention

The present invention relates to environmental condition detection for dwellings including smoke detection, carbon monoxide gas detection, natural gas detection, propane gas detection, combination smoke and carbon monoxide detection, etc. such that the audible tonal pattern alarm emitted by a detector sensing an abnormal environmental condition is accompanied by a pre-recorded voice message that clearly indicates the specific type of condition sensed or the specific location of the detector sensing the condition, or both.

### 2. Background

With the widespread use of environmental condition detectors such as smoke detectors, carbon monoxide detectors, natural gas detectors, propane detectors, etc. in residences and businesses today, there is a critical need to provide definite distinction between the tonal pattern alarms emitted by each type of detector so that the occupants of the involved dwelling are immediately made aware of the specific type of condition detected along with its location so they can take the proper immediate action. Regulating and governing bodies for products of the home safety industry (National Fire Protection Association, Underwriters Laboratories, etc.) have recently regulated the tonal patterns emitted from such environmental detectors, however, much confusion still exists among the very similar tonal pattern alarms emitted by various detector types. This is particularly true for those individuals partially overcome by the environmental condition, those asleep when the alarm occurs, young children, or the elderly. Therefore, a need exists whereby the environmental detector sensing an abnormal condition plays a recorded voice message stating the specific condition and/or location of the condition in addition to the required tonal pattern alarm. In conventional smoke detectors and carbon monoxide detectors, there are silent periods within the prescribed audible tonal pattern alarms where recorded verbal messages such as "smoke" or "CO" or "carbon monoxide" or "smoke in basement" or "utility room" (as examples) may be played during this alarm silence period to clearly discriminate between the types of audible alarms and environmental conditions and where the environmental condition was detected. Such messages immediately provide the occupants in an involved dwelling important safety information during potentially hazardous environmental conditions. The occupants can make informed decisions about how to respond to the alarm condition. Occupants residing in the uninvolved area of the dwelling may choose to assist those residing in the involved area depending on the location and type of condition detected. The type of environmental condition sensed or the location of the condition, or both are immediately made clear through the use of recorded voice messages in addition to conventional tonal pattern alarms.

### 3. Discussion of Prior Art

While there are inventions in the prior art pertaining to emergency alarm systems utilizing verbal instructions, none are known to the inventor which use a combination of tonal pattern alarms and factory pre-recorded voice messages with

2

function or intent to clearly and specifically identify and clarify which type of environmental condition is present in a dwelling. Nor are there known inventions that use such pre-recorded voice messages to specifically identify the location of the environmental condition sensed by environmental condition detectors in dwellings without the use of a central control unit.

Morris (U.S. Pat. No. 5,587,705) describes a wireless smoke detector system using a minimum of two smoke detectors to indicate the location of the smoke detector sensing the smoke through coded alarm patterns. The present invention does not use wireless communication between detectors; each detector may operate without any others or may operate as a hardwired system with interconnected units for those powered by 120 VAC. Fray (U.S. Pat No. 5,663,714) describes a warning system for giving user-recorded verbal instructions during a fire. Fray teaches an object of his invention is to warn individuals of the presence of smoke and fire and to provide verbal instructions and guidance as how to escape the hazard. Routman et al (U.S. Pat. No. 5,349,338) describe a fire detector and alarm system that uses personally familiar user-recorded verbal messages specifically for a small child or adult in need of verbal instructions during the presence of a fire. Chiang (U.S. Pat. No. 5,291,183) describes a multi-functional alarming system using a microphone to sense ambient conditions and user-recorded verbal instructions for indicating the way to escape a fire. Kim (U.S. Pat. No. 4,816,809) describes a speaking fire alarm system that uses a central control system with remote temperature sensors. Haglund et al (U.S. Pat. No. 4,282,519) describe a hardwired smoke detector system whereby two audible alarm codes are indicated to determine whether the smoke was detected locally or not. Only two possible alarm patterns are used and no voice message is used with Haglund's hardwired system. Molinick and Sheilds (U.S. Pat. No. 4,288,789) describe an oral warning system for monitoring mining operations that uses a plurality of non-emergency condition sensors and second sensors for detecting emergencies. The patent further describes the use of a single and system-central multiple-track magnetic tape player for storing the verbal messages and links the alarm system to control the operation of mechanical devices (mining conveyor belts, etc.) during emergency conditions when verbal messages are played.

Additionally, Morris (U.S. Pat. No. 5,587,705), Fray (U.S. Pat. No. 5,663,714), Routman et al (U.S. Pat. No. 5,349, 338), Chaing (U.S. Pat. No. 5,291,183), Kim (U.S. Pat. No. 4,816,809), and Haglund et al (U.S. Pat. No. 4,282,519) do not recite the specific use of factory pre-recorded voice messages to indicate the specific location of the environmental condition, or the use of voice messages to identify the specific type of environmental condition detected, or the use of a plurality of interconnected detectors emitting identical verbal messages, or a selectable means to define the installation location of the detector, all of which are taught in the present invention and afford significant safety advantages. While Molinick and Shields (U.S. Pat. No. 4,288,789) refer to verbally describing an emergency condition in mining operations, their patent teaches of a much more complex system than the present invention and describes a central control system with multiple stages of various configuration sensors and the use of user-recorded voice messages. Furthermore, the patent does not describe a selectable coding means to define the installation location of the sensors.

All known prior art providing user-recorded verbal instructions on how to escape a hazardous condition has

6,144,310

3

become impractical for use in dwellings in view of the recent National Fire Protection Association (NFPA) and Underwriters Laboratories (UL,) regulations that require a maximum silence period between tonal alarm patterns of 1.5 seconds (Ref UL2034, UL217, NFPA72 and NFPA720). This period of time is sufficient for the present invention to verbally indicate the type and location of the sensed environmental condition but is unlikely to be useful to provide detailed instructions, as taught in the prior art, to occupants on how to respond to a hazardous condition.

The present invention employs either single station environmental condition detectors or a system comprising direct, hardwired communication links between a plurality of environmental condition detectors to provide a tonal pattern alarm with pre-recorded voice message information regarding the specific type of environmental condition detected or the specific location of the detector sensing the environmental condition, or both, all without the need of a centralized control unit. For detector embodiments using pre-recorded voice messages to indicate the location of the detected condition, each detector is set-up by the user during installation to define the physical location of the detector within the dwelling according to pre-defined location definitions pre-programmed into the electronic storage media. The recorded voice messages are pre-recorded into the electronic storage media during manufacture and are not normally changeable by the user. In view of the recent National Fire Protection Association and Underwriters Laboratories regulations for tonal pattern alarms, it is not practical to have the user record their own sounds during the silent periods of the tonal pattern. The user may choose to record other alarm sounds that would violate the regulations governing such tonal patterns and compromise the safety features of the device. The use of factory pre-recorded voice messages alleviates this problem.

It is emphasized that no other related prior art known to the inventor makes use of factory pre-recorded voice messages to indicate the location of the environmental condition or the type of condition or both. Sufficient addressable electronic memory is available in the preferred embodiment of the invention to afford numerous pre-recorded voice messages.

SUMMARY OF THE INVENTION

Described herein is the Environmental Condition Detector with Audible Alarm and Voice Identifier invention, which comprises an environmental condition detector, such as a smoke detector, carbon monoxide gas detector, natural gas detector, propane detector, or any combination detector thereof, which detects the desired environmental condition (s) by those methods well known and described in the art and emits the prescribed audible tonal pattern alarm in accordance with the industry's empowered governing bodies' (National Fire Protection Association, Underwriters Laboratories etc.) criteria for such environmental conditions. Simultaneously, the environmental condition detector sensing the condition emits a verbal message to indicate, through a recorded voice message or synthesized human voice, the condition being sensed. This recorded voice message is emitted simultaneously with the audible tonal pattern alarm so as normally to occur during silent segments of the prescribed tonal pattern alarm. For example, for the condition of smoke detection, the smoke detector emits the following combination audible tonal pattern alarm (Beep) and recorded voice message, "Beep - - - Beep - - - Beep - - - 'SMOKE' - - - Beep - - - Beep - - - Beep - - - 'SMOKE' - - - " in a periodic manner for as long as the

4

environmental condition is detected. As a second example, for carbon monoxide detection, a carbon monoxide detector emits "Beep - - - Beep - - - Beep - - - Beep - - - 'CO' - - - Beep - - - Beep - - - Beep - - - Beep - - - 'CO' - - - ". As a third example, for smoke detection with the location identifier, a smoke detector emits "Beep - - - Beep - - - Beep - - - "SMOKE IN BASEMENT" - - - Beep - - - Beep - - - Beep - - - 'SMOKE IN BASEMENT' - - - ". As a fourth example, for carbon monoxide detection with a voice location only identifier, a carbon monoxide detector emits "Beep - - - Beep - - - Beep - - - Beep - - - 'Utility Room' - - - Beep - - - Beep - - - Beep - - - Beep - - - 'Utility Room' - - - ".

OBJECTS AND ADVANTAGES OF THE
PRESENT INVENTION

It is one object of the present invention to provide environmental condition detectors that function as single station (non-interconnected) detector units equipped to emit a tonal pattern alarm and a recorded voice message. The recorded voice message clearly identifies the location of the environmental condition detector sensing the condition, or describes the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The single station detector embodiment is battery powered or 120 VAC powered. User-selectable coding switches or jumpers permit the user to define the physical location of the single station unit within the dwelling. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both, of an abnormal environmental condition as related to single station units.

It is another object of the present invention to provide an environmental condition detection system where one detector sensing an environmental condition causes all other interconnected detectors to emit identical tonal pattern alarms and recorded voice messages. The hardwired, directly interconnected detectors forming the environmental condition detection system are 120 VAC powered with optional battery back-up and use the recorded voice message to identify the location of the environmental condition detector sensing the condition, or to describe the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The environmental condition detection system embodiments of the present invention do not require the use of a centralized control unit (control panel) between detectors. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both, of an abnormal environmental condition as related to a directly interconnected environmental condition detector system having no central control unit or panel.

A major advantage of both the single station embodiment and the system embodiment of the present invention is the use of factory pre-recorded voice messages that fit within the National Fire Protection Association and Underwriters Laboratories specified 1.5 second silence period of the standard smoke detector and carbon monoxide detector tonal pattern alarms. Prior art using user-recorded voice messages are intended to indicate directions on how to escape the hazard or how to respond to a hazard. Such messages would not practically fit into the maximum 1.5 second silent time period in conventional tonal alarm patterns for smoke detectors and carbon monoxide detectors used in dwellings. The allowance for a user to record his or her own messages may

BRK_000009

6,144,310

5

actually add to the confusion and danger that results during an alarm condition if the user chooses to record additional alarm sounds or errs in the directions given in the message on how to properly respond to a hazardous conditon.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a sketch of a preferred embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 2 is a sketch of a preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 3 is a sketch of a second preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 4 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector and using a recorded voice message as an environmental condition type identifier according to the invention.

FIG. 5 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector using a recorded voice message as an environmental condition location identifier according to the invention.

FIG. 6 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a carbon monoxide detector and using a recorded voice message as an environmental condition type identifier and location identifier according to the invention.

FIG. 7 shows one method for the user to select the installation location coding of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

## DETAILED DESCRIPTION OF THE INVENTION

A preferred embodiment of the Environmental Condition Detector with Alarm and Voice Identifier 6 is shown in FIG. 1. The unit is powered by a battery 40 and/or by standard 120 VAC (not shown). The environmental condition sensor and alarm unit 10 (conventional smoke detector, carbon monoxide detector, combination smoke detector and carbon monoxide detector, natural gas detector, propane detector, abnormal temperature etc.) is any sensor type(s) utilizing environmental detection methods and alarm devices typically known in the art of smoke detectors, carbon monoxide detectors and other hazard detectors. Upon sensing the environmental condition, the environmental condition sensor and alarm unit 10 sounds its tonal pattern alarm to indicate that an environmental condition has been sensed in the immediate area. The alarm pattern is a prescribed audible tonal pattern alarm corresponding to the environmental condition as set forth by the empowered governing body (National Fire Protection Association, Underwriters Laboratories etc.). The interface and control unit 20 electronically interfaces with the environmental condition sensor and alarm unit 10 and controls the timing of a recorded voice message that is emitted simultaneously with the audible tonal pattern alarm such that the recorded voice message is

6

emitted only during the period when the audible tonal pattern alarm cycles through a silent period. In one embodiment, an electronic signal frequency counter (not shown) is used to determine when the silent period of the audible alarm is occurring. The recorded voice message or synthesized human voice message is factory-recorded on an electronic storage media 30 such as, but not limited to, a ROM device. The recorded voice message is emitted through a speaker or other audio transducer 70. For the embodiments of the invention requiring identification of the location of the environmental condition detector sensing the environmental condition, a selectable coding apparatus 50 (jumper selector or DIP switch) which connects to the interface and control unit 20 is provided to select one of several predefined physical locations of the environmental condition detectors within a residence. Recorded voice messages to identify physical locations consistent with the position of the selectable coding apparatus 50 are stored on the electronic storage media 30. The selectable coding apparatus 50 is set to correspond to the location within the dwelling where the particular environmental condition detector 6 is installed. A language code selector (jumper set or DIP switch) 60 is used to choose the language type (English, Spanish, etc.) used by the recorded voice. For interconnected 120 VAC units, when one environmental condition detector sounds its tonal pattern alarm and recorded voice message, all interconnected units will sound identical tonal pattern alarms and recorded voice messages in temporal phase. For the environmental condition detection system embodiment, an interconnecting, conductor set 80 sends and receives a coded electrical signal encoded and decoded by the interface and control unit 20 by the sending and receiving detector, respectively. The coding of the signal sent over the interconnecting conductor set determines what specific recorded voice message is played from the electronic storage media 30 at the interconnected but remotely located environmental condition detectors. Another embodiment of the invention shown in FIG. 3 uses several interconnection conductors which alleviates the need for electrical encoding and decoding of the signal sent and received over the interconnecting conductor set 80.

Shown in FIG. 2 is a sketch of a preferred embodiment of the electronic circuitry for one detector unit of the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit 10 connects to the interface and control unit 20 to trigger the monostable multivibrator 21 for a predetermined period of time when an environmental condition is detected. The monostable multivibrator 21 enables the signal encoder 22 to send a coded electrical signal to the local signal decoder 23 and to all other signal decoders of interconnected detectors hardwired linked together through the conductor set 80 shown in FIG. 1. Upon receiving a local or remote encoded signal, the signal decoder 23 decodes the signal and validates or rejects the signal. Upon validation of a received signal, within each interconnected detector, the signal decoder 23 enables and addresses the electronic voice memory integrated circuit 31 to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All recorded voice messages emitted by the interconnected detector units connected through the conductor set 80 via electrical conductor connector 37 are in temporal phase. A selectable coding apparatus of switches or jumpers 51 defines the physical installation location of each environmental condition detector through pre-defined location designations illustrated in FIG. 7. A language selector switch

BRK_000010

6,144,310

7

apparatus **60** is used to select which language is used during the playing of the recorded voice messages. The recorded voice message is played through a speaker **70**.

Shown in FIG. **3** is a sketch of a second preferred embodiment of the electronic circuitry for one detector unit for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit **10** connects to the interface and control unit **20** to trigger the monostable multivibrator **21** for a predetermined period of time when an environmental condition is detected. The monostable multivibrator **21** enables the electronic voice memory integrated circuit **31** to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All detector units within the interconnected system share common electrical connection to the address bits on each detector unit's electronic voice memory integrated circuit **31** through a multiple conductor connector interface **35** which results in all detector units emitting identical recorded voice messages in temporal phase. A selectable coding apparatus of switches or jumpers **52** defines the physical installation location of each environmental condition detector through pre-defined location designations illustrated in FIG. **7**. A language selector switch apparatus **60** is used to select which language is used during the playing of the recorded voice messages. The recorded voice message is played through a speaker **70**.

Shown in FIG. **4** is an example alarm timing plot of the sound emitted **82** by an environmental condition detector using both an audible tonal pattern alarm **85** and a recorded voice message **90** to convey information about the specific environmental condition detected. In the example exhibited in FIG. **2**, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition type identifier only. The recorded voice message **90** is inserted into the defined silence periods of the prescribed audible tonal pattern alarm **85** consistent with conventional smoke detector alarms.

Shown in FIG. **5** is an example alarm timing plot of the sound emitted **92** by an environmental condition detector using an audible tonal pattern alarm **95** to convey the specific type of environmental condition and a recorded voice message **100** to convey the location of the detected environmental condition. In the example exhibited in FIG. **5**, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition location identifier only. The recorded voice message **100** is inserted into the defined silence periods of the prescribed audible tonal pattern alarm **95** consistent with conventional smoke detector alarms.

Shown in FIG. **6** is an example alarm timing plot of sound emitted **102** by an environmental condition detector using an audible tonal pattern alarm **105** and a recorded voice message **110** to convey the specific type of environmental condition detected and the location of the environmental condition detector sensing the environmental condition. In the example exhibited in FIG. **6** the environmental condition detector embodiment is a carbon monoxide detector using voice as both an environmental condition type identifier and location identifier. The recorded voice message **110** is inserted into the defined silence periods of the prescribed audible tonal pattern alarm **105** consistent with conventional carbon monoxide alarms. The example tonal pattern alarms and recorded voice messages are illustrative and not intended to provide an exhaustive exhibit of all possible tonal alarm patterns and recorded voice messages.

Shown in FIG. **7** is a selectable coding apparatus **115** for the user to select one of the pre-defined locations of the

8

Environmental Condition Detector with Alarm and Voice Identifier embodiment when and where it is installed in a dwelling. Selectable coding means such as a jumper **117** on DIP header pins **120** or DIP switches (not shown) are simple methods to define the installation location of a detector embodiment. Typical dwelling locations are shown in FIG. **7** and are not intended to exhibit an exhaustive list.

The various preferred embodiments described above are merely descriptive of the present invention and are in no way intended to limit the scope of the invention. Modifications of the present invention will become obvious to those skilled in the art in light of the detailed description above, and such modifications are intended to fall within the scope of the appended claims.

What is claimed is:

1. An environmental condition sensor using pre-recorded voice messages to indicate the specific type of environmental condition detected in a dwelling comprising:

(a) at least one sensor for detecting the presence of an environmental condition in the dwelling, wherein said sensor comprises a type selected from the group including a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types;

(b) an electronic storage device for storing at least one user unalterable pre-recorded voice message which represents the type of the environmental condition;

(c) a selecting device for a user to select a language type for the user unalterable pre-recorded voice message;

(d) an electronic circuit coupled to the sensor, and the devices for activation of an alarm having user unalterable, prescribed groups of pulsating audible tonal patterns for the duration of the detection of said environmental condition, wherein groups of patterns are spaced apart by predetermined silent periods, wherein said electronic circuit repeatedly emits a selected language type of said pre-recorded user unalterable voice message which represents the specific type of detected environmental condition for the duration of the detection of said environmental condition such that said voice message is repeatedly emitted during at least some of said silent periods;

(e) a power source input coupled to said circuit and selected from a group including a battery input, an AC input, and an AC with a battery back-up input; and

(f) a housing which carries said sensor, said electronic circuit, said electronic storage device, said selecting device, and said power source input.

2. An environmental condition sensor using pre-recorded voice messages to indicate the specific location of environmental condition detected in a dwelling comprising:

(a) at least one sensor for detecting the presence of an environmental condition in the dwelling, wherein said sensor comprises a type selected from the group including a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types;

(b) an electronic storage device for storing user unalterable pre-recorded voice messages; wherein each message represents a different location of detected environmental condition;

(c) a selecting device for a user to select one of the pre-recorded voice messages to represent the location of said environment sensor;

6,144,310

9

(d) an electronic circuit coupled to said at least one sensor, and the devices for activation of an alarm having user unalterable prescribed groups of pulsating audible tonal patterns for the duration of the detection of said environment condition, wherein groups of patterns are spaced apart by predetermined silent periods, wherein said electronic circuit repeatedly emits selected pre-recorded user unalterable voice messages that verbally describe the location of the detected environmental condition for the duration of detection thereof such that said selected pre-recorded voice message is repeatedly emitted during at least some of said silent periods;

(e) a power source input, coupled to said circuit, selected from a group which includes a battery input, an AC input, and an AC with a battery back-up input; and

(f) a housing which carries said sensor, said electronic circuit, said electronic storage device, said selecting device, and said power input.

**3.** The environmental condition sensor of claim 2 wherein said electronic circuit to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

**4.** An environmental condition sensor using pre-recorded voice messages to indicate the specific type and location of environmental condition detected in a dwelling comprising:

(a) at least one sensor for detecting the presence of an environmental condition in the dwelling, wherein said sensor comprises a type selected from the group including a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types;

(b) an electronic storage device for storing user unalterable pre-recorded voice messages, wherein said messages include different locations and types of detected environmental conditions;

(c) a selecting device for a user to select one of the pre-recorded voice messages to represent the location of said environmental sensor;

(d) an electronic circuit, coupled to said at least one sensor and the devices for activation of an alarm having user unalterable prescribed groups of pulsating audible tonal patterns for the duration of the detection of said environmental condition, wherein groups of patterns are spaced apart by predetermined silent periods, wherein said electronic circuit repeatedly emits voice messages representing the type of detected condition during at least some of said silent periods and then repeatedly emits other voice messages representing the location of the sensor during the same silent periods; wherein said prescribed groups of pulsating audible tonal patterns are interleaved with said pre-recorded voice messages;

(e) a power source input coupled to said circuit and selected from a group including a battery input, an AC input, and an AC with a battery back-up input; and

(f) a housing which carries said sensor, said electronic circuit, said electronic storage device, said selecting device, and said power source input.

**5.** The environmental condition sensor of claim 4 wherein said electronic circuit to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

**6.** An environmental condition detection system using pre-recorded voice messages to indicate the specific type of an environmental condition detected in a dwelling comprising;

10

(a) at least two environmental condition detectors, each detector comprising at least one sensor for detecting the presence of an environmental condition in said dwelling, wherein said sensor comprises a type selected from the group including a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types;

(b) each environmental condition detector comprising a selecting device for a user to select a language type for a user unalterable pre-recorded voice message;

(c) each environmental condition detector comprising an electronic circuit, coupled to a respective device, for activation of an alarm having user unalterable prescribed groups of pulsating audible tonal patterns for the duration of the detection of said environmental condition, wherein groups of patterns are spaced apart by predetermined silent periods; said electronic circuit comprising an electronic device for storing pre-recorded voice messages representative of the type of environmental condition;

(d) wherein each said electronic circuit repeatedly emits a selected language type of said pre-recorded voice messages that verbally describe the type of said detected environmental condition for the duration of the detection thereof such that said pre-recorded voice messages are emitted during at least some of said silent periods;

(e) each environmental condition detector comprising direct hardwired interconnection terminals for electrically linking a plurality of like environmental condition detectors such that the detection of said environmental condition by one detector causes all other hardwired interconnected detectors to emit the same tonal pattern alarm and same pre-recorded voice messages emitted by said environmental condition detector sensing said environmental condition;

(f) each environmental condition detector comprising a power source input, coupled to the circuit selected from a group including a battery input, an AC input, and an AC with a battery back-up power input; and

(g) each environmental condition detector comprising a housing for carrying its respective sensor, electronic circuit, electronic storage device, selecting device, and power source input.

**7.** An environmental condition detection system using pre-recorded voice messages to indicate the specific location of an environmental condition detected in a dwelling comprising:

(a) at least two environmental condition detectors, each detector comprising at least one sensor for detecting the presence of an environmental condition in the dwelling, wherein said sensor comprises a type selected from the group including a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types;

(b) each environmental condition detector comprising a selecting device for a user to select one of a plurality of user unalterable pre-recorded voice messages, each represents a location for said environmental sensor;

(c) each environmental condition detector comprising an electronic circuit, coupled to a respective sensor and a respective device for activation of an audible alarm having user unalterable prescribed groups of pulsating audible tonal patterns for the duration of the detection

6,144,310

11

of said environmental condition, wherein groups of patterns are spaced apart by predetermined silent periods, said electronic circuit comprising an electronic device for storing pre-recorded voice messages representative of different locations of the environmental condition sensor;

(d) wherein each said electronic circuit repeatedly emits the selected one of the pre-recorded voice messages that verbally describe the location of said environmental condition for the duration of the detection thereof such that said pre-recorded voice messages are emitted during at least some of said silent periods;

(e) each environmental condition detector comprising direct hardwired interconnection terminals for electrically linking a plurality of like environmental condition detectors such that the detection of said environmental condition by one detector causes all other hardwired interconnected detectors to emit the same tonal pattern alarm and same pre-recorded voice messages emitted by said environmental condition detector sensing said environmental condition;

(f) each environmental condition detector comprising a power source input coupled to the circuit, selected from a group including a battery input, an AC input, and an AC with a battery back-up power supply input; and

(g) each environmental condition detector comprising a housing for carrying its respective sensor, electronic circuit, electronic storage device, selecting device, and power source input.

**8.** The environmental condition detection system of claim 7 wherein said electronic circuit to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

**9.** A self-contained environmental condition detector comprising:

at least one ambient condition sensor wherein said at least one sensor comprises a type selected from a group including a smoke sensor type, a carbon monoxide sensor type, a natural gas sensor type, a propane sensor type, and any multiple combination of these environmental condition sensor types;

a control element coupled to said at least one sensor, wherein the control element includes circuitry for detecting a first alarm condition;

a selecting element, coupled to the control element, for a user to select a language type for a user unalterable pre-recorded voice message;

an alarm indicating audible output device coupled to the control element wherein the control element, in response to the first alarm condition, drives the output device to emit at least one set of alarm patterns, wherein each pattern has a preset number of pulsating alarm tones, each alarm pattern is spaced apart by a first silent time interval from the next pattern and wherein pulsating tones in a pattern are spaced apart from one another by a second time interval;

voice circuit for storing at least a first, user unalterable, predetermined verbal, alarm-type output message, coupled to the control element and associated with said at least one sensor, wherein the circuit, in response to the presence of a first detected alarm condition, injects the verbal, alarm-type output message in the selected language type repetitively, only into the first intervals; and

a housing for carrying said sensor, said control element, said alarm device, said voice circuit.

12

**10.** A detector comprising:

a housing;

a fire sensor and a gas sensor, both carried by the housing;

a control element coupled to the sensors wherein the element includes circuitry for detecting a fire alarm and for detecting a gas alarm;

an alarm indicating audible output device coupled to the control element wherein the control element in response to a fire alarm drives the output device to repetitively emit interrupted groups of fire alarm tones wherein the members of the groups are spaced apart from one another by a first time interval and each member has a width corresponding to the first time interval and wherein groups are spaced apart by silent, longer second time intervals, and wherein the control circuit in response to a gas alarm drives the output device to repetitively emit different, interrupted groups of gas alarm tones wherein the members of the groups are spaced apart from one another by a third time interval and wherein groups are spaced apart by silent, longer, fourth time intervals;

a voice output circuit coupled to the control element, wherein the voice output circuit includes storage for at least a word indicative of a fire alarm and storage for at least a phrase indicative of a gas alarm, wherein in response to a fire alarm the output circuit injects the stored fire alarm indicating word into only the second time intervals between groups of fire alarm tones and wherein in response to a gas alarm the output circuit injects the stored gas alarm indicating phrase into only the fourth time intervals;

wherein the tonal patterns and output word and phrase are predefined and not user alterable; and

wherein the voice output circuit includes an audio output transducer.

**11.** A method for providing environmental condition detection for a dwelling comprising:

(a) providing an environmental condition detection system to a dwelling, said dwelling comprising one or more distinctive regions selected from the group consisting of rooms, floor levels, areas, closets, attics, basements, passages, hallways, stairways, crawlspaces, garages, and any multiple combination thereof,

(b) setting a selectable coding means to define the detector installation location, within said dwelling, for each detector comprising said environmental condition detection system to cause the detector sensing an environmental condition to play a user unalterable pre-recorded voice message, which verbally describes said detector installation location of said detector sensing an environmental condition, during the periods of silence in a prescribed audible tonal pattern alarm emitted by said detector sensing an environmental condition simultaneously with said pre-recorded voice message for the duration of said environmental condition,

(c) interconnecting a minimum of two environmental condition detectors forming said environmental condition detection system such that the tonal pattern alarm and pre-recorded voice messages emitted by one environmental condition detector sensing an environmental condition causes all other interconnected detectors to emit the same tonal pattern alarm and pre-recorded voice message as those emitted by said environmental condition detector sensing said environmental condition.

6,144,310

13

12. The method of claim 11 wherein said method comprises playing a pre-recorded voice message that verbally describes the type of environmental condition detected for the duration of the detection of the said environmental condition such that said pre-recorded voice message is emitted during periods of silence in said prescribed audible tonal pattern alarm emitted simultaneously.

13. The method of claim 11 wherein said method comprises providing an environmental condition detector type selected from the group consisting of a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

14. A self-contained ambient condition detector comprising:

first and second, different, ambient condition sensors;

control electronics coupled to the sensors wherein the electronics emits at least two, different, unalterable pre-stored alarm indicating tonal, output patterns wherein each pattern includes predetermined silent intervals and each is associated with a respective one of the sensors;

voice output circuitry, coupled to the electronics, wherein the voice circuitry includes at least two pre-stored, user unalterable, verbal alarm output messages wherein each of the pre-stored messages is associated with a respective one of the tonal output patterns and verbalizes the respective alarm type and wherein the control electronics, in response to a detected alarm condition, outputs an audio representation of a respective one of the tonal patterns and an interleaved respective verbal alarm type message in a respective silent interval; and

a common housing for the sensors, the electronics and the output circuitry.

15. A detector as in claim 14 wherein one of the sensors is a smoke sensor and the respective, prestored verbal message is a fire alarm to reinforce the respective tonal output pattern indicative of a fire alarm.

16. A detector as in claim 15 wherein the other sensor is a carbon monoxide sensor and the respective pre-stored verbal message is a carbon monoxide alarm to reinforce the respective tonal output pattern, indicative of a carbon monoxide alarm.

17. A detector as in claim 16 wherein at least one tonal output pattern defines groups of three substantially identical output tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount

14

wherein another tonal output pattern defines groups of four substantially identical output tones with constant intragroup spacing of a third amount and constant intergroup spacing of a fourth amount.

18. A detector as in claim 17 wherein each tone of one tonal pattern has a duration on the order of 0.5 seconds.

19. A detector as in claim 14 wherein each tonal output pattern defines groups of substantially identical output tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount wherein the second amount is at least two times than the first amount.

20. A detector as in claim 19 wherein one tonal pattern has an intragroup spacing on the order of 0.5 seconds and an intergroup spacing on the order of 1.5 seconds.

21. A self-contained ambient condition detector comprising:

a fire sensor and a gas sensor;

control electronics coupled to the sensors wherein the electronics emits at least first and second, different, unalterable pre-stored alarm indicating tonal, output patterns wherein each pattern includes groups of spaced apart tones separated by longer intergroup silent intervals and wherein each output pattern is associated with a respective one of the sensors;

voice output circuitry, coupled to the electronics, wherein the voice circuitry includes at least two pre-stored, user unalterable, verbal alarm output messages wherein each of the pre-stored messages is associated with a respective one of the tonal output patterns and verbalizes the respective alarm type and wherein the control electronics, in response to a detected alarm condition, outputs an audio representation of a respective one of the tonal patterns and an interleaved respective verbal alarm type message in a respective intergroup silent interval; and

a common housing for the sensors, the electronics and the output circuitry.

22. A detector as in claim 21 wherein the first tonal output pattern, associated with the fire sensor, comprises a selected number of tones in each group with intragroup tonal spacing less than 50% of the respective intergroup silent interval and wherein the second tonal output pattern, associated with the gas sensor, comprises a greater number of tones in each group than the selected number of tones.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,144,310                                    Page 1 of  1
DATED          : November 7, 2000
INVENTOR(S)  : Gary Jay Morris

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

<u>Column 14,</u>
Line 11, please insert -- greater -- after "times".

Signed and Sealed this

Twenty-sixth Day of August, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

BRK_000015

# EXHIBIT B

PATENT NUMBER

6144310

6144310

09/299483

04/26/99

## U.S. UTILITY PATENT APPLICATION

| O.I.P.E. | PATENT DATE |
|---|---|
| SCANNED DWD  Q.A. KLO2 | NOV 0 7 2000 |

| SECTOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|
| | 340 | 692 | 2736 | Tong |

FILED WITH: ☐ DISK (CRF)  ☑ FICHE
(Attached in pocket on right inside flap)

## Certificate

AUG 26 2003

## of Correction

### PREPARED AND APPROVED FOR ISSUE

### ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
| 340 | 692 | 340 | 505 | 506 | 539 | 577 | 628 | 632 |

| INTERNATIONAL CLASSIFICATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| G 0 8 B | 25/08 | | 693,11 | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | ☐ Continued on Issue Slip Inside File Jacket | | |

Informal Drawings ( 5 shts) set 4/26/99 LH

| ☐ TERMINAL DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Figs | Total Claims | Print Claim for O.G. |
| | 5 | 7 | 1,4,7 | 22 | 1 |

| ☐ a) The term of this patent subsequent to _____ (date) has been disclaimed. | NOTICE OF ALLOWANCE MAILED |
|---|---|
| | (Assistant Examiner)        (Date) |
| ☐ b) The term of this patent shall not extend beyond the expiration date of U.S Patent No. _____ | 6 · 14 · 00 |
| | ISSUE FEE |
| | Nina Tong |
| | Primary Examiner |
| | (Primary Examiner)    6/12/00 (Date) |

| | Amount Due | Date Paid |
|---|---|---|
| | 605.00 | 7/3/00 |

| ☐ c) The terminal ____ months of this patent have been disclaimed. | ISSUE BATCH NUMBER |
|---|---|
| (Legal Instruments Examiner)  6/15/00 (Date) | N 83 |

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 6/98)

## ISSUE FEE IN FILE

(LABEL AREA)
Formal Drawings(____ shts)set

(FACE)

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/299,483 | 04/26/99 | 340 | 2736 | BRC 209.0 |

APPLICANT

GARY JAY MORRIS, MORGANTOWN, WV.

```
**CONTINUING DOMESTIC DATA*********************
   VERIFIED   PROVISIONAL APPLICATION NO. 60/117,307 01/26/99
   N.T.

**371 (NAT'L STAGE) DATA******************** None
   VERIFIED
   N.T.



**FOREIGN APPLICATIONS************ None
   VERIFIED
   N.T.
```

IF REQUIRED, FOREIGN FILING LICENSE GRANTED 05/14/99 ** SMALL ENTITY **

| Foreign Priority claimed ☐yes ☒no<br>35 USC 119 (a-d) conditions met ☐yes ☐no ☐Met after Allowance<br>Verified and Acknowledged      N.T.      Examiner's Initials        Initials | STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|
| | WV | 5 | 21 | 7 |

ADDRESS

GARY J. MORRIS
2026 GLENMARK AVENUE
MORGANTOWN WV 26505

*Rockey, Milnamow and Katz Ltd.*
*Two Prudential Plaza, Suite 4700*
*180 North Stetson Avenue*
*Chicago, Ill   60601*

TITLE

ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER

| FILING FEE RECEIVED | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT NO. _____ for the following: | ☐ All Fees |
|---|---|---|
| $545 | | ☐ 1.16 Fees (Filing)<br>☐ 1.17 Fees (Processing Ext. of time)<br>☐ 1.18 Fees (Issue)<br>☐ Other _____<br>☐ Credit |

BRK_000017

PATENT APPLICATION
09299483
09299483
04/26/99
MAY 11 1994 8
INITIALS

# CONTENTS

| | Date received (Incl. C. of M.) or Date Mailed | | | | Date received (Incl. C. of M.) or Date Mailed |
|---|---|---|---|---|---|
| 1. Application 5 papers. | | | 42. | | |
| 2. DDS | 4/26/99 | | 43. | | |
| 3. Supp. I.D.S. | 10/15/99 | | 44. | | |
| 4. PRE Amdt a | 10/15/99 | | 45. | | |
| 5. (a) (SMD) | 12·15·99 | | 46. | | |
| 6. IDS | May 4 '00 | | 47. | | |
| 7. Suppl. D.S. | May 4 '00 | | 48. | | |
| 8. Notice of Recept | 3·23·00 | | 49. | | |
| 9. Suppl. Amdt C | 4-11-00 | | 50. | | |
| 10. Suppl. IDS | 4-11-00 | | 51. | | |
| 11. Interview Summary | 10-12-00 | | 52. | | |
| 12. Ex. Amdt /D | 6-14-00 | | 53. | | |
| 13. Letter | 10-19-00 | | 54. | | |
| 14. Amdt. E (Rule 312) | 10-26-00 | | 55. | | |
| 15. Response to 312 | 9-19-00 | | 56. | | |
| 16. PET. 1.182 | 5-08-01 | | 57. | | |
| 17. Petition Granted | 6-18-01 | | 58. | | |
| 18. 1607(d) Notification | 6/11/03 | | 59. | | |
| 19. Reg Coff | 5/19/03 | | 60. | | |
| 20. Pet. 1.28 | 10/03/07 | | 61. | | |
| 21. Pet Dismissed | 11/29/07 | | 62. | | |
| 22. Pet. 1.28 Renew | 2/27-08 | | 63. | | |
| 23. Petition Granted | 03/31/08 | | 64. | | |
| 24. | | | 65. | | |
| 25. | | | 66. | | |
| 26. | | | 67. | | |
| 27. | | | 68. | | |
| 28. | | | 69. | | |
| 29. | | | 70. | | |
| 30. | | | 71. | | |
| 31. | | | 72. | | |
| 32. | | | 73. | | |
| 33. | | | 74. | | |
| 34. | | | 75. | | |
| 35. | | | 76. | | |
| 36. | | | 77. | | |
| 37. | | | 78. | | |
| 38. | | | 79. | | |
| 39. | | | 80. | | |
| 40. | | | 81. | | |
| 41. | | | 82. | | |

(LEFT OUTSIDE)

BRK_000018



US006144310A

# United States Patent [19]

## Morris

| [11] | Patent Number: | **6,144,310** |
|---|---|---|
| [45] | Date of Patent: | **Nov. 7, 2000** |

[54] **ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER**

[76] Inventor: **Gary Jay Morris**, 2026 Glenmark Ave., Morgantown, W. Va. 26505

[21] Appl. No.: **09/299,483**

[22] Filed: **Apr. 26, 1999**

**Related U.S. Application Data**

[60] Provisional application No. 60/117,307, Jan. 26, 1999.

[51] Int. Cl.$^7$ ................................................. **G08B 25/08**

[52] U.S. Cl. ............... 340/692; 340/505; 340/506; 340/539; 340/577; 340/628; 340/632; 340/693.11

[58] Field of Search ..................................... 340/692, 500, 340/505, 506, 517, 520, 521, 522, 523, 524, 531, 532, 533, 534, 539, 540, 577, 584, 605, 628, 632, 691.1, 691.4, 691.5, 693.6, 693.7, 693.9, 693.11, 286.01, 286.05, 286.11, 328, 329, 386.1, 384.3, 384.4–384.73

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| 4,160,241 | 7/1979 | Martin et al. . |
| 4,275,274 | 6/1981 | English . |
| 4,282,519 | 8/1981 | Haaland et al. . |
| 4,288,789 | 9/1981 | Molnick et al. .......... 340/524 |
| 4,335,379 | 6/1982 | Martin . |
| 4,343,990 | 8/1982 | Ueda . |
| 4,350,860 | 9/1982 | Ueda . |
| 4,351,999 | 9/1982 | Nagamoto et al. . |
| 4,531,114 | 7/1985 | Topol et al. . |
| 4,688,021 | 8/1987 | Buck et al. . |
| 4,698,619 | 10/1987 | Loeb ........................ 340/384.1 |
| 4,754,266 | 6/1988 | Shand et al. . |
| 4,816,809 | 3/1989 | Kim . |
| 4,862,147 | 8/1989 | Thomas ..................... 340/628 |
| 4,951,045 | 8/1990 | Knapp et al. .............. 340/944 |
| 5,229,753 | 7/1993 | Berg et al. . |
| 5,291,183 | 3/1994 | Chiang . |
| 5,349,338 | 9/1994 | Routman et al. . |
| 5,379,028 | 1/1995 | Chung . |
| 5,460,228 | 10/1995 | Butler . |
| 5,587,705 | 12/1996 | Morris . |

| | | |
|---|---|---|
| 5,657,380 | 8/1997 | Mozer . |
| 5,663,714 | 9/1997 | Fray . |
| 5,673,023 | 9/1997 | Smith . |
| 5,724,020 | 3/1998 | Hsu . |
| 5,726,629 | 3/1998 | Yu . |
| 5,764,134 | 6/1998 | Carr et al. . |

(List continued on next page.)

OTHER PUBLICATIONS

NFPA 72 National Fire Alarm Code 1996 Edition, 72–1to 72–106 (partial copy).

NFPA 72, Recommended Practice for the Installation of Household Carbon Monoxide (CO) Warning Equipment 1998 Edition;.

UL 217 ISBN 0–7629–0062–8, Single and Multiple Station Smoke Alarms, Mar. 16, 1998–Feb. 21, 1997.

UL 2034 ISBN 0–7629–274–9, Single and Multiple Station Carbon Monoxide Alarms, Dec. 21, 1998–Oct. 29, 1996.

National Fire Protection Association–NFPA72–National Fire Alarm Code 1996 Edition pp. 72–105 through 72–106. Quincy, MA USA.

*Primary Examiner*—Nina Tong
*Attorney, Agent, or Firm*—Rockey, Milnamow & Katz, Ltd.

[57] **ABSTRACT**

Due to the presence of various environmental condition detectors in the home and businesses such as smoke detectors, carbon monoxide detectors, natural gas detectors, etc., each having individual but similar sounding alarm patterns, it can be difficult for occupants of such dwellings to immediately determine the specific type of environmental condition that exists during an alarm condition. The present invention comprises an environmental condition detector using both tonal pattern alarms and pre-recorded voice messages to indicate information about the environmental condition being sensed. Single-station battery-powered and 120 VAC detectors are described as are multiple-station interconnected 120 VAC powered detectors. The pre-recorded voice messages describe the type of environmental condition detected or the location of the environmental condition detector sensing the condition, or both, in addition to the tonal pattern alarm. Provisions are made for multi-lingual pre-recorded voice messages.

**22 Claims, 5 Drawing Sheets**



**6,144,310**

Page 2

| U.S. PATENT DOCUMENTS | | |
|---|---|---|
| 5,786,749 | 7/1998 | Johnson et al. . |
| 5,786,768 | 7/1998 | Chan et al. . |
| 5,798,686 | 8/1998 | Schreiner . |
| 5,841,347 | 11/1998 | Kim . |
| 5,846,089 | 12/1998 | Weiss et al. . |
| 5,856,781 | 1/1999 | Michel et al. . |
| 5,864,288 | 1/1999 | Hogan . |

| 5,874,893 | 2/1999 | Ford . |
|---|---|---|
| 5,877,698 | 3/1999 | Kusnier et al. . |
| 5,886,631 | 3/1999 | Ralph . |
| 5,894,275 | 4/1999 | Swingle . |
| 5,905,438 | 5/1999 | Weiss et al. ............................ 340/636 |
| 5,914,650 | 6/1999 | Segan . |
| 5,936,515 | 8/1999 | Right et al. . |
| 6,043,750 | 3/2000 | Mallory . |

BRK_000020

**U.S. Patent**     Nov. 7, 2000     Sheet 1 of 5     **6,144,310**



**Fig. 1**

BRK_000021

**U.S. Patent**  Nov. 7, 2000  Sheet 2 of 5  **6,144,310**



**Fig. 2**



**Fig. 3**

BRK_000023



Fig. 4



Fig. 5

BRK_000024



**Fig. 6**



**Fig. 7**

6,144,310

1

### ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER

This application is in reference to Provisional Patent Application No. 60/117,307 filed Jan. 26, 1999.

### BACKGROUND FOR THE INVENTION

1. Field of Invention

The present invention relates to environmental condition detection for dwellings including smoke detection, carbon monoxide gas detection, natural gas detection, propane gas detection, combination smoke and carbon monoxide gas detection, etc. such that the audible tonal pattern alarm emitted by a detector sensing an abnormal environmental condition is accompanied by a pre-recorded voice message that clearly indicates the specific type of condition sensed or the specific location of the detector sensing the condition, or both.

2. Background

With the widespread use of environmental condition detectors such as smoke detectors, carbon monoxide detectors, natural gas detectors, propane detectors, etc. in residences and businesses today, there is a critical need to provide definite distinction between the tonal pattern alarms emitted by each type of detector so that the occupants of the involved dwelling are immediately made aware of the specific type of condition detected along with its location so they can take the proper immediate action. Regulating and governing bodies for products of the home safety industry (National Fire Protection Association, Underwriters Laboratories, etc.) have recently regulated the tonal patterns emitted from such environmental detectors, however, much confusion still exists among the very similar tonal pattern alarms emitted by various detector types. This is particularly true for those individuals partially overcome by the environmental condition, those asleep when the alarm occurs, young children, or the elderly. Therefore, a need exists whereby the environmental detector sensing an abnormal condition plays a recorded voice message stating the specific condition and/or location of the condition in addition to the required tonal pattern alarm. In conventional smoke detectors and carbon monoxide detectors, there are silent periods within the prescribed audible tonal pattern alarms where recorded verbal messages such as "smoke" or "CO" or "carbon monoxide" or "smoke in basement" or "utility room" (as examples) may be played during this alarm silence period to clearly discriminate between the types of audible alarms and environmental conditions and where the environmental condition was detected. Such messages immediately provide the occupants in an involved dwelling important safety information during potentially hazardous environmental conditions. The occupants can make informed decisions about how to respond to the alarm condition. Occupants residing in the uninvolved area of the dwelling may choose to assist those residing in the involved area depending on the location and type of condition detected. The type of environmental condition sensed or the location of the condition, or both are immediately made clear through the use of recorded voice messages in addition to conventional tonal pattern alarms.

3. Discussion of Prior Art

While there are inventions in the prior art pertaining to emergency alarm systems utilizing verbal instructions, none are known to the inventor which use a combination of tonal pattern alarms and factory pre-recorded voice messages with

2

function or intent to clearly and specifically identify and clarify which type of environmental condition is present in a dwelling. Nor are there known inventions that use pre-recorded voice messages to specifically identify the location of the environmental condition sensed by environmental condition detectors in dwellings without the use of a central control unit.

Morris (U.S. Pat. No. 5,587,705) describes a wireless smoke detector system using a minimum of two smoke detectors to indicate the location of the smoke detector sensing the smoke through coded alarm patterns. The present invention does not use wireless communication between detectors; each detector may operate without any others or may operate as a hardwired system with interconnected units for those powered by 120 VAC. Fray (U.S. Pat No. 5,663,714) describes a warning system for giving user-recorded verbal instructions during a fire. Fray teaches an object of his invention is to warn individuals of the presence of smoke and fire and to provide verbal instructions and guidance as how to escape the hazard. Routman et al (U.S. Pat. No. 5,349,338) describe a fire detector and alarm system that uses personally familiar user-recorded verbal messages specifically for a small child or adult in need of verbal instructions during the presence of a fire. Chiang (U.S. Pat. No. 5,291,183) describes a multi-functional alarming system using a microphone to sense ambient conditions and user-recorded verbal instructions for indicating the way to escape a fire. Kim (U.S. Pat. No. 4,816,809) describes a speaking fire alarm system that uses a central control system with remote temperature sensors. Haglund et al (U.S. Pat. No. 4,282,519) describe a hardwired smoke detector system whereby two audible alarm codes are indicated to determine whether the smoke was detected locally or not. Only two possible alarm patterns are used and no voice message is used with Haglund's hardwired system. Molinick and Sheilds (U.S. Pat. No. 4,288,789) describe an oral warning system for monitoring mining operations that uses a plurality of non-emergency condition sensors and second sensors for detecting emergencies. The patent further describes the use of a single and system-central multiple-track magnetic tape player for storing the verbal messages and links the alarm system to control the operation of mechanical devices (mining conveyor belts, etc.) during emergency conditions when verbal messages are played.

Additionally, Morris (U.S. Pat. No. 5,587,705), Fray (U.S. Pat. No. 5,663,714), Routman et al (U.S. Pat. No. 5,349,338), Chaing (U.S. Pat. No. 5,291,183), Kim (U.S. Pat. No. 4,816,809), and Haglund et al (U.S. Pat. No. 4,282,519) do not recite the specific use of factory pre-recorded voice messages to indicate the specific location of the environmental condition, or the use of voice messages to identify the specific type of environmental condition detected, or the use of a plurality of interconnected detectors emitting identical verbal messages, or a selectable means to define the installation location of the detector, all of which are taught in the present invention and afford significant safety advantages. While Molinick and Shields (U.S. Pat. No. 4,288,789) refer to verbally describing an emergency condition in mining operations, their patent teaches of a much more complex system than the present invention and describes a central control system with multiple stages of various configuration sensors and the use of user-recorded voice messages. Furthermore, the patent does not describe a selectable coding means to define the installation location of the sensors.

All known prior art providing user-recorded verbal instructions on how to escape a hazardous condition has

BRK_000026

6,144,310

3

become impractical for use in dwellings in view of the recent National Fire Protection Association (NFPA) and Underwriters Laboratories (UL) regulations that require a maximum silence period between tonal alarm patterns of 1.5 seconds (Ref UL2034, UL217, NFPA72 and NFPA720). This period of time is sufficient for the present invention to verbally indicate the type and location of the sensed environmental condition but is unlikely to be useful to provide detailed instructions, as taught in the prior art, to occupants on how to respond to a hazardous condition.

The present invention employs either single station environmental condition detectors or a system comprising direct, hardwired communication links between a plurality of environmental condition detectors to provide a tonal pattern alarm with pre-recorded voice message information regarding the specific type of environmental condition detected or the specific location of the detector sensing the environmental condition, or both, all without the need of a centralized control unit. For detector embodiments using pre-recorded voice messages to indicate the location of the detected condition, each detector is set-up by the user during installation to define the physical location of the detector within the dwelling according to pre-defined location definitions pre-programmed into the electronic storage media. The recorded voice messages are pre-recorded into the electronic storage media during manufacture and are not normally changeable by the user. In view of the recent National Fire Protection Association and Underwriters Laboratories regulations for tonal pattern alarms, it is not practical to have the user record their own sounds during the silent periods of the tonal pattern. The user may choose to record other alarm sounds that would violate the regulations governing such tonal patterns and compromise the safety features of the device. The use of factory pre-recorded voice messages alleviates this problem.

It is emphasized that no other related prior art known to the inventor makes use of factory pre-recorded voice messages to indicate the location of the environmental condition or the type of condition or both. Sufficient addressable electronic memory is available in the preferred embodiment of the invention to afford numerous pre-recorded voice messages.

## SUMMARY OF THE INVENTION

Described herein is the Environmental Condition Detector with Audible Alarm and Voice Identifier invention, which comprises an environmental condition detector, such as a smoke detector, carbon monoxide gas detector, natural gas detector, propane detector, or any combination detector thereof, which detects the desired environmental condition (s) by those methods well known and described in the art and emits the prescribed audible tonal pattern alarm in accordance with the industry's empowered governing bodies' (National Fire Protection Association, Underwriters Laboratories etc.) criteria for such environmental conditions. Simultaneously, the environmental condition detector sensing the condition emits a verbal message to indicate, through a recorded voice message or synthesized human voice, the condition being sensed. This recorded voice message is emitted simultaneously with the audible tonal pattern alarm so as normally to occur during silent segments of the prescribed tonal pattern alarm. For example, for the condition of smoke detection, the smoke detector emits the following combination audible tonal pattern alarm (Beep) and recorded voice message, "Beep - - - Beep - - - Beep - - - 'SMOKE' - - - Beep - - - Beep - - - Beep - - - 'SMOKE' - - - " in a periodic manner for as long as the

4

environmental condition is detected. As a second example, for carbon monoxide detection, a carbon monoxide detector emits "Beep - - - Beep - - - Beep - - - 'CO' - - - Beep - - - Beep - - - Beep - - - Beep - - - 'CO' - - - ". As a third example, for smoke detection with the location identifier, a smoke detector emits "Beep - - - Beep - - - Beep - - - "SMOKE IN BASEMENT" - - - Beep - - - Beep - - - Beep - - - 'SMOKE IN BASEMENT' - - - ". As a fourth example, for carbon monoxide detection with a voice location only identifier, a carbon monoxide detector emits "Beep - - - Beep - - - Beep - - - Beep - - - 'Utility Room' - - - Beep - - - Beep - - - Beep - - - Beep - - - 'Utility Room' - - - ".

## OBJECTS AND ADVANTAGES OF THE PRESENT INVENTION

It is one object of the present invention to provide environmental condition detectors that function as single station (non-interconnected) detector units equipped to emit a tonal pattern alarm and a recorded voice message. The recorded voice message clearly identifies the location of the environmental condition detector sensing the condition, or describes the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The single station detector embodiment is battery powered or 120 VAC powered. User-selectable coding switches or jumpers permit the user to define the physical location of the single station unit within the dwelling. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both, of an abnormal environmental condition as related to single station units.

It is another object of the present invention to provide an environmental condition detection system where one detector sensing an environmental condition causes all other interconnected detectors to emit identical tonal pattern alarms and recorded voice messages. The hardwired, directly interconnected detectors forming the environmental condition detection system are 120 VAC powered with optional battery back-up and use the recorded voice message to identify the location of the environmental condition detector sensing the condition, or to describe the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The environmental condition detection system embodiments of the present invention do not require the use of a centralized control unit (control panel) between detectors. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both, of an abnormal environmental condition as related to a directly interconnected environmental condition detector system having no central control unit or panel.

A major advantage of both the single station embodiment and the system embodiment of the present invention is the use of factory pre-recorded voice messages that fit within the National Fire Protection Association and Underwriters Laboratories specified 1.5 second silence period of the standard smoke detector and carbon monoxide detector tonal pattern alarms. Prior art using user-recorded voice messages are intended to indicate directions on how to escape the hazard or how to respond to a hazard. Such messages would not practically fit into the maximum 1.5 second silent time period in conventional tonal alarm patterns for smoke detectors and carbon monoxide detectors used in dwellings. The allowance for a user to record his or her own messages may

6,144,310

5

actually add to the confusion and danger that results during an alarm condition if the user chooses to record additional alarm sounds or errs in the directions given in the message on how to properly respond to a hazardous condition.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a sketch of a preferred embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 2 is a sketch of a preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 3 is a sketch of a second preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 4 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector and using a recorded voice message as an environmental condition type identifier according to the invention.

FIG. 5 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector using a recorded voice message as an environmental condition location identifier according to the invention.

FIG. 6 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a carbon monoxide detector and using a recorded voice message as an environmental condition type identifier and location identifier according to the invention.

FIG. 7 shows one method for the user to select the installation location coding of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

DETAILED DESCRIPTION OF THE INVENTION

A preferred embodiment of the Environmental Condition Detector with Alarm and Voice Identifier 6 is shown in FIG. 1. The unit is powered by a battery 40 and/or by standard 120 VAC (not shown). The environmental condition sensor and alarm unit 10 (conventional smoke detector, carbon monoxide detector, combination smoke detector and carbon monoxide detector, natural gas detector, propane detector, abnormal temperature etc.) is any sensor type(s) utilizing environmental detection methods and alarm devices typically known in the art of smoke detectors, carbon monoxide detectors and other hazard detectors. Upon sensing the environmental condition, the environmental condition sensor and alarm unit 10 sounds its tonal pattern alarm to indicate that an environmental condition has been sensed in the immediate area. The alarm pattern is a prescribed audible tonal pattern alarm corresponding to the environmental condition as set forth by the empowered governing body (National Fire Protection Association, Underwriters Laboratories etc.). The interface and control unit 20 electronically interfaces with the environmental condition sensor and alarm unit 10 and controls the timing of a recorded voice message that is emitted simultaneously with the audible tonal pattern alarm such that the recorded voice message is

6

emitted only during the period when the audible tonal pattern alarm cycles through a silent period. In one embodiment, an electronic signal frequency counter (not shown) is used to determine when the silent period of the audible alarm is occurring. The recorded voice message or synthesized human voice message is factory-recorded on an electronic storage media 30 such as, but not limited to, a ROM device. The recorded voice message is emitted through a speaker or other audio transducer 70. For the embodiments of the invention requiring identification of the location of the environmental condition detector sensing the environmental condition, a selectable coding apparatus 50 (jumper selector or DIP switch) which connects to the interface and control unit 20 is provided to select one of several predefined physical locations of the environmental condition detectors within a residence. Recorded voice messages to identify physical locations consistent with the position of the selectable coding apparatus 50 are stored on the electronic storage media 30. The selectable coding apparatus 50 is set to correspond to the location within the dwelling where the particular environmental condition detector 6 is installed. A language code selector (jumper set or DIP switch) 60 is used to choose the language type (English, Spanish, etc.) used by the recorded voice. For interconnected 120 VAC units, when one environmental condition detector sounds its tonal pattern alarm and recorded voice message, all interconnected units will sound identical tonal pattern alarms and recorded voice messages in temporal phase. For the environmental condition detection system embodiment, an interconnecting, conductor set 80 sends and receives a coded electrical signal encoded and decoded by the interface and control unit 20 by the sending and receiving detector, respectively. The coding of the signal sent over the interconnecting conductor set determines what specific recorded voice message is played from the electronic storage media 30 at the interconnected but remotely located environmental condition detectors. Another embodiment of the invention shown in FIG. 3 uses several interconnection conductors which alleviates the need for electrical encoding and decoding of the signal sent and received over the interconnecting conductor set 80.

Shown in FIG. 2 is a sketch of a preferred embodiment of the electronic circuitry for one detector unit of the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit 10 connects to the interface and control unit 20 to trigger the monostable multivibrator 21 for a predetermined period of time when an environmental condition is detected. The monostable multivibrator 21 enables the signal encoder 22 to send a coded electrical signal to the local signal decoder 23 and to all other signal decoders of interconnected detectors hardwired linked together through the conductor set 80 shown in FIG. 1. Upon receiving a local or remote encoded signal, the signal decoder 23 decodes the signal and validates or rejects the signal. Upon validation of a received signal, within each interconnected detector, the signal decoder 23 enables and addresses the electronic voice memory integrated circuit 31 to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All recorded voice messages emitted by the interconnected detector units connected through the conductor set 80 via electrical conductor connector 37 are in temporal phase. A selectable coding apparatus of switches or jumpers 51 defines the physical installation location of each environmental condition detector through pre-defined location designations illustrated in FIG. 7. A language selector switch

6,144,310

7

apparatus 60 is used to select which language is used during the playing of the recorded voice messages. The recorded voice message is played through a speaker 70.

Shown in FIG. 3 is a sketch of a second preferred embodiment of the electronic circuitry for one detector unit for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit 10 connects to the interface and control unit 20 to trigger the monostable multivibrator 21 for a predetermined period of time when an environmental condition is detected. The monostable multivibrator 21 enables the electronic voice memory integrated circuit 31 to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All detector units within the interconnected system share common electrical connection to the address bits on each detector unit's electronic voice memory integrated circuit 31 through a multiple conductor connector interface 35 which results in all detector units emitting identical recorded voice messages in temporal phase. A selectable coding apparatus of switches or jumpers 52 defines the physical installation location of each environmental condition detector through pre-defined location designations illustrated in FIG. 7. A language selector switch apparatus 60 is used to select which language is used during the playing of the recorded voice messages. The recorded voice message is played through a speaker 70.

Shown in FIG. 4 is an example alarm timing plot of the sound emitted 82 by an environmental condition detector using both an audible tonal pattern alarm 85 and a recorded voice message 90 to convey information about the specific environmental condition detected. In the example exhibited in FIG. 2, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition type identifier only. The recorded voice message 90 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 85 consistent with conventional smoke detector alarms.

Shown in FIG. 5 is an example alarm timing plot of the sound emitted 92 by an environmental condition detector using an audible tonal pattern alarm 95 to convey the specific type of environmental condition and a recorded voice message 100 to convey the location of the detected environmental condition. In the example exhibited in FIG. 5, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition location identifier only. The recorded voice message 100 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 95 consistent with conventional smoke detector alarms.

Shown in FIG. 6 is an example alarm timing plot of sound emitted 102 by an environmental condition detector using an audible tonal pattern alarm 105 and a recorded voice message 110 to convey the specific type of environmental condition detected and the location of the environmental condition detector sensing the environmental condition. In the example exhibited in FIG. 6 the environmental condition detector embodiment is a carbon monoxide detector using voice as both an environmental condition type identifier and location identifier. The recorded voice message 110 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 105 consistent with conventional carbon monoxide alarms. The example tonal pattern alarms and recorded voice messages are illustrative and not intended to provide an exhaustive exhibit of all possible tonal alarm patterns and recorded voice messages.

Shown in FIG. 7 is a selectable coding apparatus 115 for the user to select one of the pre-defined locations of the

8

Environmental Condition Detector with Alarm and Voice Identifier embodiment when and where it is installed in a dwelling. Selectable coding means such as a jumper 117 on DIP header pins 120 or DIP switches (not shown) are simple methods to define the installation location of a detector embodiment. Typical dwelling locations are shown in FIG. 7 and are not intended to exhibit an exhaustive list.

The various preferred embodiments described above are merely descriptive of the present invention and are in no way intended to limit the scope of the invention. Modifications of the present invention will become obvious to those skilled in the art in light of the detailed description above, and such modifications are intended to fall within the scope of the appended claims.

What is claimed is:

1. An environmental condition sensor using pre-recorded voice messages to indicate the specific type of environmental condition detected in a dwelling comprising:

(a) at least one sensor for detecting the presence of an environmental condition in the dwelling, wherein said sensor comprises a type selected from the group including a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types;

(b) an electronic storage device for storing at least one user unalterable pre-recorded voice message which represents the type of the environmental condition;

(c) a selecting device for a user to select a language type for the user unalterable pre-recorded voice message;

(d) an electronic circuit coupled to the sensor, and the devices for activation of an alarm having user unalterable, prescribed groups of pulsating audible tonal patterns for the duration of the detection of said environmental condition, wherein groups of patterns are spaced apart by predetermined silent periods, wherein said electronic circuit repeatedly emits a selected language type of said pre-recorded user unalterable voice message which represents the specific type of detected environmental condition for the duration of the detection of said environmental condition such that said voice message is repeatedly emitted during at least some of said silent periods;

(e) a power source input coupled to said circuit and selected from a group including a battery input, an AC input, and an AC with a battery back-up input; and

(f) a housing which carries said sensor, said electronic circuit, said electronic storage device, said selecting device, and said power source input.

2. An environmental condition sensor using pre-recorded voice messages to indicate the specific location of environmental condition detected in a dwelling comprising:

(a) at least one sensor for detecting the presence of an environmental condition in the dwelling, wherein said sensor comprises a type selected from the group including a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types;

(b) an electronic storage device for storing user unalterable pre-recorded voice messages; wherein each message represents a different location of detected environmental condition;

(c) a selecting device for a user to select one of the pre-recorded voice messages to represent the location of said environment sensor;

6,144,310

| 9 | 10 |

(d) an electronic circuit coupled to said at least one sensor, and the devices for activation of an alarm having user unalterable prescribed groups of pulsating audible tonal patterns for the duration of the detection of said environment condition, wherein groups of patterns are spaced apart by predetermined silent periods, wherein said electronic circuit repeatedly emits selected pre-recorded user unalterable voice messages that verbally describe the location of the detected environmental condition for the duration of detection thereof such that said selected pre-recorded voice message is repeatedly emitted during at least some of said silent periods;

(e) a power source input, coupled to said circuit, selected from a group which includes a battery input, an AC input, and an AC with a battery back-up input; and

(f) a housing which carries said sensor, said electronic circuit, said electronic storage device, said selecting device, and said power input.

3. The environmental condition sensor of claim 2 wherein said electronic circuit to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

4. An environmental condition sensor using pre-recorded voice messages to indicate the specific type and location of environmental condition detected in a dwelling comprising:

(a) at least one sensor for detecting the presence of an environmental condition in the dwelling, wherein said sensor comprises a type selected from the group including a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types;

(b) an electronic storage device for storing user unalterable pre-recorded voice messages, wherein said messages include different locations and types of detected environmental conditions;

(c) a selecting device for a user to select one of the pre-recorded voice messages to represent the location of said environmental sensor;

(d) an electronic circuit, coupled to said at least one sensor and the devices for activation of an alarm having user unalterable prescribed groups of pulsating audible tonal patterns for the duration of the detection of said environmental condition, wherein groups of patterns are spaced apart by predetermined silent periods, wherein said electronic circuit repeatedly emits voice messages representing the type of detected condition during at least some of said silent periods and then repeatedly emits other voice messages representing the location of the sensor during the same silent periods; wherein said prescribed groups of pulsating audible tonal patterns are interleaved with said pre-recorded voice messages;

(e) a power source input coupled to said circuit and selected from a group including a battery input, an AC input, and an AC with a battery back-up input; and

(f) a housing which carries said sensor, said electronic circuit, said electronic storage device, said selecting device, and said power source input.

5. The environmental condition sensor of claim 4 wherein said electronic circuit to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

6. An environmental condition detection system using pre-recorded voice messages to indicate the specific type of an environmental condition detected in a dwelling comprising;

(a) at least two environmental condition detectors, each detector comprising at least one sensor for detecting the presence of an environmental condition in said dwelling, wherein said sensor comprises a type selected from the group including a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types;

(b) each environmental condition detector comprising a selecting device for a user to select a language type for a user unalterable pre-recorded voice message;

(c) each environmental condition detector comprising an electronic circuit, coupled to a respective device, for activation of an audible alarm having user unalterable prescribed groups of pulsating audible tonal patterns for the duration of the detection of said environmental condition, wherein groups of patterns are spaced apart by predetermined silent periods; said electronic circuit comprising an electronic device for storing pre-recorded voice messages representative of the type of environmental condition;

(d) wherein each said electronic circuit repeatedly emits a selected language type of said pre-recorded voice messages that verbally describe the type of said detected environmental condition for the duration of the detection thereof such that said pre-recorded voice messages are emitted during at least some of said silent periods;

(e) each environmental condition detector comprising direct hardwired interconnection terminals for electrically linking a plurality of like environmental condition detectors such that the detection of said environmental condition by one detector causes all other hardwired interconnected detectors to emit the same tonal pattern and same pre-recorded voice messages emitted by said environmental condition detector sensing said environmental condition;

(f) each environmental condition detector comprising a power source input, coupled to the circuit selected from a group including of a battery input, an AC input, and an AC with a battery back-up power input; and

(g) each environmental condition detector comprising a housing for carrying its respective sensor, electronic circuit, electronic storage device, selecting device, and power source input.

7. An environmental condition detection system using pre-recorded voice messages to indicate the specific location of an environmental condition detected in a dwelling comprising:

(a) at least two environmental condition detectors, each detector comprising at least one sensor for detecting the presence of an environmental condition in the dwelling, wherein said sensor comprises a type selected from the group including a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types;

(b) each environmental condition detector comprising a selecting device for a user to select one of a plurality of user unalterable pre-recorded voice messages, each represents a location for said environmental sensor;

(c) each environmental condition detector comprising an electronic circuit, coupled to a respective sensor and a respective device for activation of an audible alarm having user unalterable prescribed groups of pulsating audible tonal patterns for the duration of the detection

6,144,310

**11**

of said environmental condition, wherein groups of patterns are spaced apart by predetermined silent periods, said electronic circuit comprising an electronic device for storing pre-recorded voice messages representative of different locations of the environmental condition sensor;

(d) wherein each said electronic circuit repeatedly emits the selected one of the pre-recorded voice messages that verbally describe the location of said environmental condition for the duration of the detection thereof such that said pre-recorded voice messages are emitted during at least some of said silent periods;

(e) each environmental condition detector comprising direct hardwired interconnection terminals for electrically linking a plurality of like environmental condition detectors such that the detection of said environmental condition by one detector causes all other hardwired interconnected detectors to emit the same tonal pattern alarm and same pre-recorded voice messages emitted by said environmental condition detector sensing said environmental condition;

(f) each environmental condition detector comprising a power source input coupled to the circuit, selected from a group including a battery input, an AC input, and an AC with a battery back-up power supply input; and

(g) each environmental condition detector comprising a housing for carrying its respective sensor, electronic circuit, electronic storage device, selecting device, and power source input.

8. The environmental condition detection system of claim 7 wherein said electronic circuit to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

9. A self-contained environmental condition detector comprising:

at least one ambient condition sensor wherein said at least one sensor comprises a type selected from a group including a smoke sensor type, a carbon monoxide sensor type, a natural gas sensor type, a propane sensor type, and any multiple combination of these environmental condition sensor types;

a control element coupled to said at least one sensor, wherein the control element includes circuitry for detecting a first alarm condition;

a selecting element, coupled to the control element, for a user to select a language type for a user unalterable pre-recorded voice message;

an alarm indicating audible output device coupled to the control element wherein the control element, in response to the first alarm condition, drives the output device to emit at least one set of alarm patterns, wherein each pattern has a preset number of pulsating alarm tones, each alarm pattern is spaced apart by a first silent time interval from the next pattern and wherein pulsating tones in a pattern are spaced apart from one another by a second time interval;

voice circuit for storing at least a first, user unalterable, predetermined verbal, alarm-type output message, coupled to the control element and associated with said at least one sensor, wherein the voice circuit, in response to the presence of a first detected alarm condition, injects the verbal, alarm-type output message in the selected language type repetitively, only into the first intervals; and

a housing for carrying said sensor, said control element, said alarm device, said voice circuit.

**12**

10. A detector comprising:

a housing;

a fire sensor and a gas sensor, both carried by the housing;

a control element coupled to the sensors wherein the element includes circuitry for detecting a fire alarm and for detecting a gas alarm;

an alarm indicating audible output device coupled to the control element wherein the control element in response to a fire alarm drives the output device to repetitively emit interrupted groups of fire alarm tones wherein the members of the groups are spaced apart from one another by a first time interval and each member has a width corresponding to the first time interval and wherein groups are spaced apart by silent, longer second time intervals, and wherein the control circuit in response to a gas alarm drives the output device to repetitively emit different, interrupted groups of gas alarm tones wherein the members of the groups are spaced apart from one another by a third time interval and wherein groups are spaced apart by silent, longer, fourth time intervals;

a voice output circuit coupled to the control element, wherein the voice output circuit includes storage for at least a word indicative of a fire alarm and storage for at least a phrase indicative of a gas alarm, wherein in response to a fire alarm the output circuit injects the stored fire alarm indicating word into only the second time intervals between groups of fire alarm tones and wherein in response to a gas alarm the output circuit injects the stored gas alarm indicating phrase into only the fourth time intervals;

wherein the tonal patterns and output word and phrase are predefined and not user alterable; and

wherein the voice output circuit includes an audio output transducer.

11. A method for providing environmental condition detection for a dwelling comprising:

(a) providing an environmental condition detection system to a dwelling, said dwelling comprising one or more distinctive regions selected from the group consisting of rooms, floor levels, areas, closets, attics, basements, passages, hallways, stairways, crawlspaces, garages, and any multiple combination thereof,

(b) setting a selectable coding means to define the detector installation location, within said dwelling, for each detector comprising said environmental condition detection system to cause the detector sensing an environmental condition to play a user unalterable pre-recorded voice message, which verbally describes said detector installation location of said detector sensing an environmental condition, during the periods of silence in a prescribed audible tonal pattern alarm emitted by said detector sensing an environmental condition simultaneously with said pre-recorded voice message for the duration of said environmental condition,

(c) interconnecting a minimum of two environmental condition detectors forming said environmental condition detection system such that the tonal pattern alarm and pre-recorded voice messages emitted by one environmental condition detector causes all other interconnected detectors to emit the same tonal pattern alarm and pre-recorded voice message as those emitted by said environmental condition detector sensing said environmental condition.

6,144,310

**13**

12. The method of claim 11 wherein said method comprises playing a pre-recorded voice message that verbally describes the type of environmental condition detected for the duration of the detection of the said environmental condition such that said pre-recorded voice message is emitted during periods of silence in said proscribed audible tonal pattern alarm emitted simultaneously.

13. The method of claim 11 wherein said method comprises providing an environmental condition detector type selected from the group consisting of a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

14. A self-contained ambient condition detector comprising:

first and second, different, ambient condition sensors;

control electronics coupled to the sensors wherein the electronics emits at least two, different, unalterable pre-stored alarm indicating tonal, output patterns wherein each pattern includes predetermined silent intervals and each is associated with a respective one of the sensors;

voice output circuitry, coupled to the electronics, wherein the voice circuitry includes at least two pre-stored, user unalterable, verbal alarm output messages wherein each of the pre-stored messages is associated with a respective one of the tonal output patterns and verbalizes the respective alarm type and wherein the control electronics, in response to a detected alarm condition, outputs an audio representation of a respective one of the tonal patterns and an interleaved respective verbal alarm type message in a respective silent interval; and

a common housing for the sensors, the electronics and the output circuitry.

15. A detector as in claim 14 wherein one of the sensors is a smoke sensor and the respective, prestored verbal message is a fire alarm to reinforce the respective tonal output pattern indicative of a fire alarm.

16. A detector as in claim 15 wherein the other sensor is a carbon monoxide sensor and the respective pre-stored verbal message is a carbon monoxide alarm to reinforce the respective tonal output pattern, indicative of a carbon monoxide alarm.

17. A detector as in claim 16 wherein at least one tonal output pattern defines groups of three substantially identical output tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount

**14**

wherein another tonal output pattern defines groups of four substantially identical output tones with constant intragroup spacing of a third amount and constant intergroup spacing of a fourth amount.

18. A detector as in claim 17 wherein each tone of one tonal pattern has a duration on the order of 0.5 seconds.

19. A detector as in claim 14 wherein each tonal output pattern defines groups of substantially identical output tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount wherein the second amount is at least two times than the first amount.

20. A detector as in claim 19 wherein one tonal pattern has an intragroup spacing on the order of 0.5 seconds and an intergroup spacing on the order of 1.5 seconds.

21. A self-contained ambient condition detector comprising:

a fire sensor and a gas sensor;

control electronics coupled to the sensors wherein the electronics emits at least first and second, different, unalterable pre-stored alarm indicating tonal, output patterns wherein each pattern includes groups of spaced apart tones separated by longer intergroup silent intervals and wherein each output pattern is associated with a respective one of the sensors;

voice output circuitry, coupled to the electronics, wherein the voice circuitry includes at least two pre-stored, user unalterable, verbal alarm output messages wherein each of the pre-stored messages is associated with a respective one of the tonal output patterns and verbalizes the respective alarm type and wherein the control electronics, in response to a detected alarm condition, outputs an audio representation of a respective one of the tonal patterns and an interleaved respective verbal alarm type message in a respective intergroup silent interval; and

a common housing for the sensors, the electronics and the output circuitry.

22. A detector as in claim 21 wherein the first tonal output pattern, associated with the fire sensor, comprises a selected number of tones in each group with intragroup tonal spacing less than 50% of the respective intergroup silent interval and wherein the second tonal output pattern, associated with the gas sensor, comprises a greater number of tones in each group than the selected number of tones.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,144,310                                    Page 1 of 1
DATED         : November 7, 2000
INVENTOR(S)   : Gary Jay Morris

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

<u>Column 14,</u>
Line 11, please insert -- greater -- after "times".

Signed and Sealed this

Twenty-sixth Day of August, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

*A*

Please type a plus sign (+) inside this box → [+]

PTO/SB/05 (4/98)
Approved for use through 09/30/2000. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## UTILITY PATENT APPLICATION TRANSMITTAL

*(Only for new nonprovisional applications under 37 C.F.R. § 1.53(b))*

| | |
|---|---|
| Attorney Docket No. | |
| First Inventor or Application Identifier | Gary J. Morris |
| Title | Environmental Condition Detector with Audible Alarm and Voice Identifier |
| Express Mail Label No. | EH767467805US |

### APPLICATION ELEMENTS
*See MEP chapter 600 concerning utility patent application contents.*

ADDRESS TO: [ EH767467805US ]

1. [X] * Fee Transmittal Form (e.g., PTO/SB/17)
   *(Submit an original and a duplicate for fee processing)*
2. [X] Specification [Total Pages 28]
   *(preferred arrangement set forth below)*
   - Descriptive title of the Invention
   - Cross References to Related Applications
   - Statement Regarding Fed sponsored R & D
   - Reference to Microfiche Appendix
   - Background of the Invention
   - Brief Summary of the Invention
   - Brief Description of the Drawings *(if filed)*
   - Detailed Description
   - Claim(s)
   - Abstract of the Disclosure
3. [X] Drawing(s) (35 U.S.C. 113) [Total Sheets 5]
4. Oath or Declaration [Total Pages 2]
   a. [X] Newly executed (original or copy)
   b. [ ] Copy from a prior application (37 C.F.R. § 1.63(d))
      *(for continuation/divisional with Box 16 completed)*
      i. [ ] DELETION OF INVENTOR(S)
         Signed statement attached deleting inventor(s) named in the prior application, see 37 C.F.R. §§ 1.63(d)(2) and 1.33(b).

*NOTE FOR ITEMS 1 & 13: IN ORDER TO BE ENTITLED TO PAY SMALL ENTITY FEES, A SMALL ENTITY STATEMENT IS REQUIRED (37 C.F.R. § 1.27), EXCEPT IF ONE FILED IN A PRIOR APPLICATION IS RELIED UPON (37 C.F.R. § 1.28).*

5. [ ] Microfiche Computer Program (Appendix)
6. Nucleotide and/or Amino Acid Sequence Submission *(if applicable, all necessary)*
   a. [ ] Computer Readable Copy
   b. [ ] Paper Copy (identical to computer copy)
   c. [ ] Statement verifying identity of above copies

### ACCOMPANYING APPLICATION PARTS

7. [ ] Assignment Papers (cover sheet & document(s))
8. [ ] 37 C.F.R.§3.73(b) Statement [ ] Power of
   *(when there is an assignee)* Attorney
9. [ ] English Translation Document *(if applicable)*
10. [X] Information Disclosure [X] Copies of IDS
    Statement (IDS)/PTO-1449 Citations
11. [ ] Preliminary Amendment
12. [ ] Return Receipt Postcard (MPEP 503)
    *(Should be specifically itemized)*
13. [X] * Small Entity [ ] Statement filed in prior application,
    Statement(s) Status still proper and desired
    (PTO/SB/09-12)
14. [ ] Certified Copy of Priority Document(s)
    *(if foreign priority is claimed)*
15. [X] Other: Petition to Make Special

16. If a CONTINUING APPLICATION, *check appropriate box, and supply the requisite information below and in a preliminary amendment:*
   [ ] Continuation [ ] Divisional [ ] Continuation-in-part (CIP) of prior application No.: _____
   Prior application information: Examiner _____ Group / Art Unit _____
   **For CONTINUATION or DIVISIONAL APPS only: The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 16, is considered a part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.**

### 17. CORRESPONDENCE ADDRESS

[ ] Customer Number or Bar Code Label _____ or [X] Correspondence address below
*(Insert Customer No. or Attach bar code label here)*

| Name | Gary J. Morris |
|---|---|
| Address | 2026 Glenmark Avenue |
| City | Morgantown | State | WV | Zip Code | 26505 |
| Country | USA | Telephone | (304)599-5945 | Fax | (304)598-3876 |

| Name (Print/Type) | Gary J. Morris | Registration No. (Attorney/Agent) | |
|---|---|---|---|
| Signature | *[signature]* | | Date 4/26/99 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Box Patent Application, Washington, DC 20231.

U.S. Patent Application:

# Environmental Condition Detector with Audible Alarm and Voice Identifier

**Inventor: Gary J. Morris**
**2026 Glenmark Avenue**
**Morgantown, WV 26505**
**(304)599-5945**
**April 26, 1999**

This application is in reference to Provisional Patent Application 60/117,307 ~~and~~ filed Jan · 26, 1999 . ~~Disclosure Document 415668.~~

## BACKGROUND FOR THE INVENTION

Field of Invention

The present invention relates to environmental condition detection for dwellings including smoke detection, carbon monoxide gas detection, natural gas detection, propane gas detection, combination smoke and carbon monoxide gas detection, etc. such that the audible tonal pattern alarm emitted by a detector sensing an abnormal environmental condition is accompanied by a pre-recorded voice message that clearly indicates the specific type of condition sensed or the specific location of the detector sensing the condition, or both.

Background

With the widespread use of environmental condition detectors such as smoke detectors, carbon monoxide detectors, natural gas detectors, propane detectors, etc. in residences and businesses today, there is a critical need to provide definite distinction between the tonal pattern alarms emitted by each type of detector so that the occupants of the involved dwelling are

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

immediately made aware of the specific type of condition detected along with its location so they

can take the proper immediate action. Regulating and governing bodies for products of the

home safety industry (National Fire Protection Association, Underwriters Laboratories, etc.)

have recently regulated the tonal patterns emitted from such environmental detectors, however,

much confusion still exists among the very similar tonal pattern alarms emitted by various

detector types. This is particularly true for those individuals partially overcome by the

environmental condition, those asleep when the alarm occurs, young children, or the elderly.

Therefore, a need exists whereby the environmental detector sensing an abnormal condition

plays a recorded voice message stating the specific condition and/or location of the condition in

addition to the required tonal pattern alarm. In conventional smoke detectors and carbon

monoxide detectors, there are silent periods within the prescribed audible tonal pattern alarms

where recorded verbal messages such as "*smoke*" or "*CO*" or "*carbon monoxide*" or "*smoke in*

*basement*" or "*utility room*" (as examples) may be played during this alarm silence period to

clearly discriminate between the types of audible alarms and environmental conditions and

where the environmental condition was detected. Such messages immediately provide the

occupants in an involved dwelling important safety information during potentially hazardous

environmental conditions. The occupants can make informed decisions about how to respond to

the alarm condition. Occupants residing in the uninvolved area of the dwelling may choose to

assist those residing in the involved area depending on the location and type of condition

detected. The type of environmental condition sensed or the location of the condition, or both



2

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

are immediately made clear through the use of recorded voice messages in addition to conventional tonal pattern alarms.

Discussion of Prior Art

While there are inventions in the prior art pertaining to emergency alarm systems utilizing verbal instructions, none are known to the inventor which use a combination of tonal pattern alarms and factory pre-recorded voice messages with function or intent to clearly and specifically identify and clarify which type of environmental condition is present in a dwelling. Nor are there known inventions that use such pre-recorded voice messages to specifically identify the location of the environmental condition sensed by environmental condition detectors in dwellings without the use of a central control unit.

Morris (US5587705) describes a wireless smoke detector system using a minimum of two smoke detectors to indicate the location of the smoke detector sensing the smoke through coded alarm patterns. The present invention does not use wireless communication between detectors; each detector may operate without any others or may operate as a hardwired system with interconnected units for those powered by 120VAC. Fray (US5663714) describes a warning system for giving user-recorded verbal instructions during a fire. Fray teaches an object of his invention is to warn individuals of the presence of smoke and fire and to provide verbal instructions and guidance as how to escape the hazard. Routman et al (US5349338) describe a fire detector and alarm system that uses personally familiar user-recorded verbal messages

3

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

specifically for a small child or adult in need of verbal instructions during the presence of a fire.

Chiang (US5291183) describes a multi-functional alarming system using a microphone to sense

ambient conditions and user-recorded verbal instructions for indicating the way to escape a fire.

Kim (US4816809) describes a speaking fire alarm system that uses a central control system with

remote temperature sensors. Haglund et al (US4282519) describe a hardwired smoke detector

system whereby two audible alarm codes are indicated to determine whether the smoke was

detected locally or not. Only two possible alarm patterns are used and no voice message is used

with Haglund's hardwired system. Molinick and Sheilds (US4288789) describe an oral warning

system for monitoring mining operations that uses a plurality of non-emergency condition

sensors and second sensors for detecting emergencies. The patent further describes the use of a

single and system-central multiple-track magnetic tape player for storing the verbal messages

and links the alarm system to control the operation of mechanical devices (mining conveyor

belts, etc.) during emergency conditions when verbal messages are played.

Additionally, Morris (US5587705), Fray (US5663714), Routman et al (US5349338),

Chaing (US5291183), Kim (US4816809), and Haglund et al (4282519) do not recite the specific

use of factory pre-recorded voice messages to indicate the specific location of the environmental

condition, or the use of voice messages to identify the specific type of environmental condition

detected, or the use of a plurality of interconnected detectors emitting identical verbal messages,

or a selectable means to define the installation location of the detector, all of which are taught in

the present invention and afford significant safety advantages. While Molinick and Shields

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

(US4288789) refer to verbally describing an emergency condition in mining operations, their patent teaches of a much more complex system than the present invention and describes a central control system with multiple stages of various configuration sensors and the use of user-recorded voice messages. Furthermore, the patent does not describe a selectable coding means to define the installation location of the sensors.

All known prior art providing user-recorded verbal instructions on how to escape a hazardous condition has become impractical for use in dwellings in view of the recent National Fire Protection Association (NFPA) and Underwriters Laboratories (UL) regulations that require a maximum silence period between tonal alarm patterns of 1.5 seconds (Ref. *UL2034, UL217, NFPA72 and NFPA720*). This period of time is sufficient for the present invention to verbally indicate the type and location of the sensed environmental condition but is unlikely to be useful to provide detailed instructions, as taught in the prior art, to occupants on how to respond to a hazardous condition.

The present invention employs either single station environmental condition detectors or a system comprising direct, hardwired communication links between a plurality of environmental condition detectors to provide a tonal pattern alarm with pre-recorded voice message information regarding the specific type of environmental condition detected or the specific location of the detector sensing the environmental condition, or both, all without the need of a centralized control unit. For detector embodiments using pre-recorded voice messages to indicate the location of the detected condition, each detector is set-up by the user during installation to define

5

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

the physical location of the detector within the dwelling according to pre-defined location definitions pre-programmed into the electronic storage media. The recorded voice messages are pre-recorded into the electronic storage media during manufacture and are not normally changeable by the user. In view of the recent National Fire Protection Association and Underwriters Laboratories regulations for tonal pattern alarms, it is not practical to have the user record their own sounds during the silent periods of the tonal pattern. The user may choose to record other alarm sounds that would violate the regulations governing such tonal patterns and compromise the safety features of the device. The use of factory pre-recorded voice messages alleviates this problem.

It is emphasized that no other related prior art known to the inventor makes use of factory pre-recorded voice messages to indicate the location of the environmental condition or the type of condition or both. Sufficient addressable electronic memory is available in the preferred embodiment of the invention to afford numerous pre-recorded voice messages.

BRK_000040

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

## SUMMARY OF THE INVENTION

Described herein is the Environmental Condition Detector with Audible Alarm and Voice Identifier invention, which comprises an environmental condition detector, such as a smoke detector, carbon monoxide gas detector, natural gas detector, propane detector, or any combination detector thereof, which detects the desired environmental condition(s) by those methods well known and described in the art and emits the prescribed audible tonal pattern alarm in accordance with the industry's empowered governing bodies' (National Fire Protection Association, Underwriters Laboratories etc.) criteria for such environmental conditions. Simultaneously, the environmental condition detector sensing the condition emits a verbal message to indicate, through a recorded voice message or synthesized human voice, the condition being sensed. This recorded voice message is emitted simultaneously with the audible tonal pattern alarm so as normally to occur during silent segments of the prescribed tonal pattern alarm. For example, for the condition of smoke detection, the smoke detector emits the following combination audible tonal pattern alarm (Beep) and recorded voice message, "Beep---Beep---Beep---'SMOKE'---Beep---Beep---Beep---'SMOKE'---" in a periodic manner for as long as the environmental condition is detected. As a second example, for carbon monoxide detection, a carbon monoxide detector emits "Beep---Beep---Beep---Beep---'CO'---Beep---Beep---Beep---Beep---'CO'---". As a third example, for smoke detection with the location identifier, a smoke detector emits "Beep---Beep---Beep---"SMOKE IN BASEMENT'---Beep---Beep---Beep---'SMOKE IN BASEMENT'---". As a fourth example, for carbon monoxide

7

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

detection with a voice location only identifier, a carbon monoxide detector emits ""Beep---Beep---Beep---Beep---'Utility Room'---Beep---Beep---Beep---Beep---'Utility Room'---".

Objects and Advantages of the Present Invention

It is one object of the present invention to provide environmental condition detectors that function as single station (non-interconnected) detector units equipped to emit a tonal pattern alarm and a recorded voice message. The recorded voice message clearly identifies the location of the environmental condition detector sensing the condition, or describes the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The single station detector embodiment is battery powered or 120VAC powered. User-selectable coding switches or jumpers permit the user to define the physical location of the single station unit within the dwelling. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both, of an abnormal environmental condition as related to single station units.

It is another object of the present invention to provide an environmental condition detection system where one detector sensing an environmental condition causes all other interconnected detectors to emit identical tonal pattern alarms and recorded voice messages. The hardwired, directly interconnected detectors forming the environmental condition detection system are 120VAC powered with optional battery back-up and use the recorded voice message

8

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

to identify the location of the environmental condition detector sensing the condition, or to describe the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The environmental condition detection system embodiments of the present invention do not require the use of a centralized control unit (control panel) between detectors. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both, of an abnormal environmental condition as related to a directly interconnected environmental condition detector system having no central control unit or panel.

A major advantage of both the single station embodiment and the system embodiment of the present invention is the use of factory pre-recorded voice messages that fit within the National Fire Protection Association and Underwriters Laboratories specified 1.5 second silence period of the standard smoke detector and carbon monoxide detector tonal pattern alarms. Prior art using user-recorded voice messages are intended to indicate directions on how to escape the hazard or how to respond to a hazard. Such messages would not practically fit into the maximum 1.5 second silent time period in conventional tonal alarm patterns for smoke detectors and carbon monoxide detectors used in dwellings. The allowance for a user to record his or her own messages may actually add to the confusion and danger that results during an alarm condition if the user chooses to record additional alarm sounds or errs in the directions given in the message on how to properly respond to a hazardous conditon.

10    9

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a sketch of a preferred embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 2 is a sketch of a preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 3 is a sketch of a second preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 4 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector and using a recorded voice message as an environmental condition type identifier according to the invention.

FIG. 5 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector using a recorded voice message as an environmental condition location identifier according to the invention.

FIG. 6 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a carbon monoxide detector and using a recorded voice message as an environmental condition type identifier and location identifier according to the invention.

10

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

FIG. 2 shows one method for the user to select the installation location coding of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

11

BRK_000045

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

## DETAILED DESCRIPTION OF THE INVENTION

A preferred embodiment of the Environmental Condition Detector with Alarm and Voice

Identifier **6** is shown in FIG. 1. The unit is powered by a battery **40** and/or by standard

120VAC (not shown). The environmental condition sensor and alarm unit **10** (conventional

smoke detector, carbon monoxide detector, combination smoke detector and carbon monoxide

detector, natural gas detector, propane detector, abnormal temperature etc.) is any sensor

type(s) utilizing environmental detection methods and alarm devices typically known in the art

of smoke detectors, carbon monoxide detectors and other hazard detectors. Upon sensing the

environmental condition, the environmental condition sensor and alarm unit **10** sounds its tonal

pattern alarm to indicate that an environmental condition has been sensed in the immediate

area. The alarm pattern is a prescribed audible tonal pattern alarm corresponding to the

environmental condition as set forth by the empowered governing body (National Fire

Protection Association, Underwriters Laboratories etc.). The interface and control unit **20**

electronically interfaces with the environmental condition sensor and alarm unit **10** and

controls the timing of a recorded voice message that is emitted simultaneously with the audible

tonal pattern alarm such that the recorded voice message is emitted only during the period

when the audible tonal pattern alarm cycles through a silent period. In one embodiment, an

electronic signal frequency counter (not shown) is used to determine when the silent period of

the audible alarm is occurring. The recorded voice message or synthesized human voice

message is factory-recorded on an electronic storage media **30** such as, but not limited to, a

12

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

ROM device. The recorded voice message is emitted through a speaker or other audio

transducer **70**. For the embodiments of the invention requiring identification of the location of

the environmental condition detector sensing the environmental condition, a selectable coding

apparatus **50** (jumper selector or DIP switch) which connects to the interface and control unit

**20** is provided to select one of several predefined physical locations of the environmental

condition detectors within a residence. Recorded voice messages to identify physical locations

consistent with the position of the selectable coding apparatus **50** are stored on the electronic

storage media **30**. The selectable coding apparatus **50** is set to correspond to the location

within the dwelling where the particular environmental condition detector **6** is installed. A

language code selector (jumper set or DIP switch) **60** is used to choose the language type

(English, Spanish, etc.) used by the recorded voice. For interconnected 120VAC units, when

one environmental condition detector sounds its tonal pattern alarm and recorded voice

message, all interconnected units will sound identical tonal pattern alarms and recorded voice

messages in temporal phase. For the environmental condition detection system embodiment,

an interconnecting conductor set **80** sends and receives a coded electrical signal encoded and

decoded by the interface and control unit **20** by the sending and receiving detector,

respectively. The coding of the signal sent over the interconnecting conductor set determines

what specific recorded voice message is played from the electronic storage media **30** at the

interconnected but remotely located environmental condition detectors. Another embodiment

of the invention shown in FIG. 3 uses several interconnection conductors which alleviates the

13

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

need for electrical encoding and decoding of the signal sent and received over the interconnecting conductor set **80**.

Shown in FIG. 2 is a sketch of a preferred embodiment of the electronic circuitry for one detector unit of the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit **10** connects to the interface and control unit **20** to trigger the monostable multivibrator **21** for a predetermined period of time when an environmental condition is detected. The monostable multivibrator **21** enables the signal encoder **22** to send a coded electrical signal to the local signal decoder **23** and to all other signal decoders of interconnected detectors hardwired linked together through the conductor set **80** shown in FIG. 1. Upon receiving a local or remote encoded signal, the signal decoder **23** decodes the signal and validates or rejects the signal. Upon validation of a received signal, within each interconnected detector, the signal decoder **23** enables and addresses the electronic voice memory integrated circuit **31** to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All recorded voice messages emitted by the interconnected detector units connected through the conductor set **80** via electrical conductor connector **37** are in temporal phase. A selectable coding apparatus of switches or jumpers **51** defines the physical installation location of each environmental condition detector through pre-defined location designations illustrated in FIG. 7. A language selector switch apparatus **60** is used to select which language is used

14

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

during the playing of the recorded voice messages. The recorded voice message is played through a speaker **70**.

Shown in FIG. 3 is a sketch of a second preferred embodiment of the electronic circuitry for one detector unit for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit **10** connects to the interface and control unit **20** to trigger the monostable multivibrator **21** for a predetermined period of time when an environmental condition is detected. The monostable multivibrator **21** enables the electronic voice memory integrated circuit **31** to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All detector units within the interconnected system share common electrical connection to the address bits on each detector unit's electronic voice memory integrated circuit **31** through a multiple conductor connector interface **35** which results in all detector units emitting identical recorded voice messages in temporal phase. A selectable coding apparatus of switches or jumpers **52** defines the physical installation location of each environmental condition detector through pre-defined location designations illustrated in FIG. 7. A language selector switch apparatus **60** is used to select which language is used during the playing of the recorded voice messages. The recorded voice message is played through a speaker **70**.

Shown in FIG. 4 is an example alarm timing plot of the sound emitted **82** by an environmental condition detector using both an audible tonal pattern alarm **85** and a recorded

15

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

voice message **90** to convey information about the specific environmental condition detected.
In the example exhibited in FIG. 2, the environmental condition detector embodiment is a
smoke detector using voice as an environmental condition type identifier only. The recorded
voice message **90** is inserted into the defined silence periods of the prescribed audible tonal
pattern alarm **85** consistent with conventional smoke detector alarms.

Shown in FIG. 5 is an example alarm timing plot of the sound emitted **92** by an
environmental condition detector using an audible tonal pattern alarm **95** to convey the specific
type of environmental condition and a recorded voice message **100** to convey the location of
the detected environmental condition. In the example exhibited in FIG. 5, the environmental
condition detector embodiment is a smoke detector using voice as an environmental condition
location identifier only. The recorded voice message **100** is inserted into the defined silence
periods of the prescribed audible tonal pattern alarm **95** consistent with conventional smoke
detector alarms.

Shown in FIG. 6 is an example alarm timing plot of sound emitted **102** by an
environmental condition detector using an audible tonal pattern alarm **105** and a recorded voice
message **110** to convey the specific type of environmental condition detected and the location
of the environmental condition detector sensing the environmental condition. In the example
exhibited in FIG. 6, the environmental condition detector embodiment is a carbon monoxide
detector using voice as both an environmental condition type identifier and location identifier.
The recorded voice message **110** is inserted into the defined silence periods of the prescribed

16

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

audible tonal pattern alarm **105** consistent with conventional carbon monoxide alarms. The example tonal pattern alarms and recorded voice messages are illustrative and not intended to provide an exhaustive exhibit of all possible tonal alarm patterns and recorded voice messages.

Shown in FIG. 7 is a selectable coding apparatus **115** for the user to select one of the predefined locations of the Environmental Condition Detector with Alarm and Voice Identifier embodiment when and where it is installed in a dwelling. Selectable coding means such as a jumper **117** on DIP header pins **120** or DIP switches (not shown) are simple methods to define the installation location of a detector embodiment. Typical dwelling locations are shown in FIG. 7 and are not intended to exhibit an exhaustive list.

The various preferred embodiments described above are merely descriptive of the present invention and are in no way intended to limit the scope of the invention. Modifications of the present invention will become obvious to those skilled in the art in light of the detailed description above, and such modifications are intended to fall within the scope of the appended claims.

17

BRK_000051

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

I claim:

1. An environmental condition detector using pre-recorded voice messages to indicate the specific type of environmental condition detected in a dwelling comprising:

    (a) sensor means for detecting the presence of an environmental condition in said dwelling,

    (b) electronic means for activation of an alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition, *user unalterable*

    (c) electronic means for playing of pre-recorded voice messages that verbally describe the type of environmental condition detected for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages, *user unalterable*

    (d) a power source selected from the group consisting of a battery, standard 120VAC power, and standard 120VAC with a battery back-up power supply.

2. An environmental condition detector using pre-recorded voice messages to indicate the specific location of the environmental condition detected in a dwelling comprising:

    (a) sensor means for detecting the presence of an environmental condition in said dwelling,

    (b) electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

18

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

(c) selectable coding means to define the installation location, within said dwelling, of said environmental condition detector,

(d) electronic means for playing of pre-recorded voice messages that verbally describe the location, within said dwelling, of said environmental condition detector sensing said environmental condition for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages,

(e) a power source selected from the group consisting of a battery, standard 120VAC power, and standard 120VAC with a battery back-up power supply.

3. An environmental condition detector using pre-recorded voice messages to indicate the specific location and the specific type of the environmental condition detected in a dwelling comprising:

(a) sensor means for detecting the presence of an environmental condition in said dwelling,

(b) electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

(c) electronic means for playing pre-recorded voice messages that verbally describe the type of environmental condition detected for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted

19

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages,

(d) selectable coding means to define the installation location, within said dwelling, of said environmental condition detector,

(e) electronic means for playing pre-recorded voice messages that verbally describe the location, within said dwelling, of said environmental condition detector sensing said environmental condition for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages,

(f) a power source selected from the group consisting of a battery, standard 120VAC power, and standard 120VAC with a battery back-up power supply.

4. An environmental condition detection system using pre-recorded voice messages to indicate the specific type of an environmental condition detected in a dwelling comprising:

(a) a minimum of two environmental condition detectors, each detector comprising sensor means for detecting the presence of an environmental condition in said dwelling,

(b) each environmental condition detector comprising electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

20

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

(c) each environmental condition detector comprising electronic means for playing of pre-recorded voice messages that verbally describe the type of said environmental condition detected for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal alarm emitted simultaneously with said pre-recorded voice messages,

(d) each environmental condition detector comprising direct hardwire interconnection means for electrically linking a plurality of like environmental condition detectors such that the detection of said environmental condition by one detector causes all other hardwired interconnected detectors to emit the same tonal pattern alarm and same pre-recorded voice messages emitted by said environmental condition detector sensing said environmental condition,

(e) each environmental condition detector comprising a power source selected from the group consisting of standard 120VAC power and standard 120VAC power with a battery back-up power supply.

5. An environmental condition detection system using pre-recorded voice messages to indicate the specific location of an environmental condition detected in a dwelling comprising:

(a) a minimum of two environmental condition detectors, each detector comprising sensor means for detecting the presence of an environmental condition in said dwelling,

21

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

(b) each environmental condition detector comprising electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

(c) each environmental condition detector comprising selectable coding means to define the installation location, within said dwelling, of said environmental condition detector,

(d) each environmental condition detector comprising electronic means for playing of pre-recorded voice messages that verbally describe the location, within said dwelling, of said environmental condition detector sensing said environmental condition for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages,

(e) each environmental condition detector comprising direct hardwire interconnection means for electrically linking a plurality of like environmental condition detectors such that the detection of said environmental condition by one detector causes all other hardwired interconnected detectors to emit the same tonal pattern alarm and same pre-recorded voice messages emitted by said environmental condition detector sensing said environmental condition,

(f) each environmental condition detector comprising a power source selected from the group consisting of standard 120VAC power and standard 120VAC power with a battery back-up power supply.

22

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

6. An environmental condition detection system using pre-recorded voice messages to indicate the specific location and specific type of the environmental condition detected in a dwelling comprising:

    (a) a minimum of two environmental condition detectors, each detector comprising sensor means for detecting the presence of an environmental condition in said dwelling,

    (b) each environmental condition detector comprising electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

    (c) each environmental condition detector comprising selectable coding means to define the installation location, within said dwelling, of said environmental condition detector,

    (d) each environmental condition detector comprising electronic means for playing of pre-recorded voice messages that verbally describe the location, within said dwelling, of said environmental condition detector sensing said environmental condition for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages,

    (e) each environmental condition detector comprising electronic means for playing of pre-recorded voice messages that verbally describe the type of environmental condition detected for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in

23

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

said prescribed audible tonal pattern simultaneously with said pre-recorded voice messages,

(f) each environmental condition detector comprising direct hardwire interconnection means for electrically linking a plurality of like environmental condition detectors such that the detection of said environmental condition by one detector causes all other hardwired interconnected detectors to emit the same tonal pattern alarm and same pre-recorded voice messages emitted by said environmental condition detector sensing said environmental condition.

(g) each environmental condition detector comprising a power source selected from the group consisting of standard 120VAC power and standard 120VAC power with a battery back-up power supply.

7. The environmental condition detector of Claim 1 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

8. The environmental condition detector of Claim 2 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

9. The environmental condition detector of Claim 3 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

24

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

10. The environmental condition detector of Claim 4 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

11. The environmental condition detector of Claim 5 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

12. The environmental condition detector of Claim 6 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

13. The environmental condition detector of Claim 1 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

14. The environmental condition detector of Claim 2 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

15. The environmental condition detector of Claim 2 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

25

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

16. The environmental condition detector of Claim 4 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

17. The environmental condition detector of Claim 8 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

18. The environmental condition detector of Claim 6 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

19. A method for providing environmental condition detection for a dwelling comprising :

(a) providing an environmental condition detection system to a dwelling, said dwelling comprising one or more distinctive regions selected from the group consisting of rooms, floor levels, areas, closets, attics, basements, passages, hallways, stairways, crawlspaces, garages, and any multiple combination thereof,

(b) setting a selectable coding means to define the detector installation location, within said dwelling, for each detector comprising said environmental condition detection system to cause the detector sensing an environmental condition to play a pre-recorded voice message, which verbally describes said detector installation location of said detector sensing an environmental condition, during the periods of silence in a prescribed audible tonal pattern alarm emitted by said detector sensing an environmental condition simultaneously with said pre-recorded voice message for the duration of said environmental condition,

26

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

(c) interconnecting a minimum of two environmental condition detectors forming said environmental condition detection system such that the tonal pattern alarm and pre-recorded voice messages emitted by one environmental condition detector sensing an environmental condition causes all other interconnected detectors to emit the same tonal pattern alarm and pre-recorded voice message as those emitted by said environmental condition detector sensing said environmental condition.

20. The method of Claim 19 wherein said method comprises playing a pre-recorded voice message that verbally describes the type of environmental condition detected for the duration of the detection of the said environmental condition such that said pre-recorded voice message is emitted during periods of silence in said prescribed audible tonal pattern alarm emitted simultaneously.

21. The method of Claim 19 wherein said method comprises providing an environmental condition detector type selected from the group consisting of a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

27

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

## ABSTRACT OF THE DISCLOSURE

Due to the presence of various environmental condition detectors in the home and businesses such as smoke detectors, carbon monoxide detectors, natural gas detectors, etc., each having individual but similar sounding alarm patterns, it can be difficult for occupants of such dwellings to immediately determine the specific type of environmental condition that exists during an alarm condition.    The present invention comprises an environmental condition detector using both tonal pattern alarms and pre-recorded voice messages to indicate information about the environmental condition being sensed.  Single-station battery-powered and 120VAC detectors are described as are multiple-station interconnected 120VAC powered detectors.  The pre-recorded voice messages describe the type of environmental condition detected or the location of the environmental condition detector sensing the condition, or both, in addition to the tonal pattern alarm.   Provisions are made for multi-lingual pre-recorded voice messages.

28

BRK_000062

Please type a plus sign (+) inside this box → [+]

PTO/SB/01 (12-97)
Approved for use through 9/30/00. OMB 0651-0032
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63) | Attorney Docket Number | |
|---|---|---|
| | First Named Inventor | Gary J. Morris |
| | *COMPLETE IF KNOWN* | |
| ☒ Declaration Submitted with Initial Filing   OR   ☐ Declaration Submitted after Initial Filing (surcharge (37 CFR 1.16 (e)) required) | Application Number | / |
| | Filing Date | April 26, 1999 |
| | Group Art Unit | |
| | Examiner Name | |

**As a below named inventor, I hereby declare that:**

My residence, post office address, and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

Environmental Condition Detector with Audible Alarm and Voice Identifier

the specification of which                    *(Title of the Invention)*
☒   is attached hereto
OR
☐   was filed on (MM/DD/YYYY) [            ] as United States Application Number or PCT International
Application Number [            ] and was amended on (MM/DD/YYYY) [            ] (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56.

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or 365(b) of any foreign application(s) for patent or inventor's certificate, or 365(a) of any PCT International application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or of any PCT International application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? YES | NO |
|---|---|---|---|---|---|
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |

☐ Additional foreign application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto:

I hereby claim the benefit under 35 U.S.C. 119(e) of any United States provisional application(s) listed below.

| Application Number(s) | Filing Date (MM/DD/YYYY) | |
|---|---|---|
| 60/117,307 | 01/24/1999 | ☐ Additional provisional application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto. |

[Page 1 of 2]

Burden Hour Statement: This form is estimated to take 0.4 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

PTO/SB/01 (12-97)
Approved for use through 9/30/00. OMB 0651-0032
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Please type a plus sign (+) inside this box → +

# DECLARATION — Utility or Design Patent Application

I hereby claim the benefit under 35 U.S.C. 120 of any United States application(s), or 365(c) of any PCT international application designating the United States of America, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of 35 U.S.C. 112, I acknowledge the duty to disclose Information which is material to patentability as defined in 37 CFR 1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application.

| U.S. Parent Application or PCT Parent Number | Parent Filing Date (MM/DD/YYYY) | Parent Patent Number *(if applicable)* |
|---|---|---|
| | | |

☐ Additional U.S. or PCT international application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto.

As a named inventor, I hereby appoint the following registered practitioner(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith: ☐ Customer Number _____ → Place Customer Number Bar Code Label here

OR ☐ Registered practitioner(s) name/registration number listed below

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| | | | |

☐ Additional registered practitioner(s) named on supplemental Registered Practitioner Information sheet PTO/SB/02C attached hereto.

Direct all correspondence to: ☐ Customer Number or Bar Code Label _____ OR ☒ Correspondence address below

| | |
|---|---|
| Name | Gary J. Morris |
| Address | 2026 Glenmark Avenue |
| Address | |
| City | Morgantown | State | WV | ZIP | 26505 |
| Country | USA | Telephone | (304)599-5945 | Fax | (304)598-3876 |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| Name of Sole or First Inventor: | ☐ A petition has been filed for this unsigned inventor |
|---|---|

| Given Name (first and middle (if any)) | Family Name or Surname |
|---|---|
| Gary Jay | Morris |

| Inventor's Signature | [signature] | Date | 1/26/99 |
|---|---|---|---|

| Residence: City | Morgantown | State | WV | Country | USA | Citizenship | USA |

| Post Office Address | 2026 Glenmark Avenue |
|---|---|
| Post Office Address | |
| City | Morgantown | State | WV | ZIP | 26505 | Country | USA |

☐ Additional inventors are being named on the ____ supplemental Additional Inventor(s) sheet(s) PTO/SB/02A attached hereto

[Page 2 of 2]

PTO/SB/09 (12-97)
Approved for use through 9/30/00. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| STATEMENT CLAIMING SMALL ENTITY STATUS<br>(37 CFR 1.9(f) & 1.27(b))--INDEPENDENT INVENTOR | Docket Number (Optional) |
|---|---|

Applicant, Patentee, or Identifier: **Gary J. Morris**

Application or Patent No.: **Non-provisional Patent Application**

Filed or Issued: **Non-provisional Patent Application**

Title: **Environmental Condition Detector with Audible Alarm and Voice Identifier**

As a below named inventor, I hereby state that I qualify as an independent inventor as defined in 37 CFR 1.9(c) for purposes of paying reduced fees to the Patent and Trademark Office described in:

[X] the specification filed herewith with title as listed above.

[X] the application identified above.

[ ] the patent identified above.

I have not assigned, granted, conveyed, or licensed, and am under no obligation under contract or law to assign, grant, convey, or license, any rights in the invention to any person who would not qualify as an independent inventor under 37 CFR 1.9(c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern, or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

[X] No such person, concern, or organization exists.

[ ] Each such person, concern, or organization is listed below.

Separate statements are required from each named person, concern, or organization having rights to the invention stating their status as small entities. (37 CFR 1.27)

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

| Gary J. Morris | ------------------------- | ------------------ |
|---|---|---|
| NAME OF INVENTOR | NAME OF INVENTOR | NAME OF INVENTOR |
| *[signature]* | | |
| Signature of inventor | Signature of inventor | Signature of inventor |
| 4/26/99 | | |
| Date | Date | Date |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.



1/5



**Fig. 1**

BRK_000066

2/5



**Fig. 2**

3/5



**Fig. 3**

BRK_000068



Fig. 4

Fig. 5



5/5

**Fig. 6**

**Fig. 7**

| APPROVED BY | O.G. FIG. | 4.2 |
| CRAFTSMAN | CLASS 340 | SUBCLASS HPP 2 |

**6144310**

1/5

**Environmental Condition Sensor and Alarm Unit** — 10

**Power Supply** — 40

50

**Interface and Control Unit** — 60 — 20

**Speaker** — 70

**Electronic Storage Media** — 30

80

6

## Fig. 1



2/5



**Fig. 2**

3/5



**Fig. 3**

BRK_000073

4/5



Fig. 4

Fig. 5

BRK_000074

APPROVED O.B. FIG5, 14, 7
BY    CLASS   SUBCLASS
DRAFTSMAN  340   692

5/5



Fig. 6

Fig. 7

BRK_000075

Serial Number:_____   *122 - 130*

Appn. Filed:  April 26, 1999

Applicants:  Gary J. Morris

Appn. Title: *Environmental Condition Detector with Audible Alarm and Voice Identifier*

Examiner/GAU: _____

## Petition to Make Special

April 26, 1999

Assistant Commissioner for Patents
Washington, DC  20231

Dear Assistant Commissioner for Patents:

Applicant hereby respectfully petitions that the above application be made special under MPEP Sec. 708.02 for the following reason; attached is a declaration in support thereof :

I.  ☐ Manufacturer Available*                  VII.  ☐ Recombinant DNA is Involved*

II.  ☐ Infringement Exists*                     VIII. ☒ Special Procedure:Search was Made*

III. ☐ Applicant's Health is Poor              IX.  ☐ Superconductivity Is Achieved

IV. ☐ Applicants Age is 65 or Greater          X.   ☐ Relates to HIV/AIDS or Cancer*

V.  ☐ Environmental Quality will be Enhanced   XI.  ☐ Counters Terrorism*

VI. ☐ Energy Savings Will Result


*☒ Also attached, since reason I, II, VII, VIII, or X has been checked, is the $130 Petition Fee pursuant to Rules 102 and 17(i).

Very Respectfully,

Gary J. Morris
2026 Glenmark Avenue
Morgantown, WV  26505
(304)599-5945

05/05/1999 JHRTIS  00000063 09299483
04 FC:122              130.00 OP

Serial Number:_____

Appn. Filed: April 26, 1999

Applicants: Gary J. Morris

Appn. Title: *Environmental Condition Detector with Audible Alarm and Voice Identifier*

Examiner/GAU: _____

April 26, 1999

## Declaration in Support of Accompanying Petition to Make Special
## Reason VIII – Special Procedure: Search was Made

Assistant Commissioner for Patents
Washington, DC 20231

Dear Assistant Commissioner for Patents:

In support of the accompanying Petition to Make Special, applicant declares as follows:

1. I am the applicant in the above-identified patent application.
2. A detailed prior art search was made under class/subclass: 340/692 and 340/691. Class 340 pertains to Communications: Electrical; subclass 692 pertains to Sound Reproducer; and subclass 691 pertains to Specified Indicator Structure. The search was performed by the applicant, Gary J. Morris, Ph.D., through a US Patent and Trademark Depository Library search and through on-line searching of classification/subclass in addition to key word searches.
3. An Information Disclosure Statement has been filed with this application detailing the related prior art. A detailed discussion of the prior art is included in the application specification. Specifically, the invention of the above application is an environmental condition detector and detection system that clearly verbally identifies the type of condition sensed or the location of the condition, or both using factory prerecorded voice messages. The installation location of each detector is defined by the selection of switch settings or jumper position. The search revealed no prior art that teaches these claims in such a way as described in the above application.
4. I further declare that all statements made herein of my own knowledge are true and that all statements made upon information and belief are believed to be true, and further that these statements were made with the knowledge that

BRK_000077

willful false statements and the like so made are punishable by fine, imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application and any patent issuing therefrom.

Very Respectfully,

Gary J. Morris
2026 Glenmark Avenue
Morgantown, WV 26505
(304)599-5945

BRK_000078

**In the United States Patent and Trademark Office**

Serial Number:_____

Appn. Filed: April 26, 1999

Applicants: Gary J. Morris

Appn. Title: *Environmental Condition Detector with Audible Alarm and Voice Identifier*

Examiner/GAU: _____

## Disclosure Document Reference Letter

April 26, 1999

Assistant Commissioner for Patents
Washington, DC 20231

Dear Assistant Commissioner for Patents:

A disclosure document as identified below was previously filed in the Patent and Trademark Office. As this disclosure relates to the above patent application, the applicant requests that this Disclosure Document be retained and referenced to the above application. Please note that this document was referred to in my February 16, 1999 letter to you requesting that this document be linked to one of my pending provisional patent applications (60/104,217). I am now requesting that the below referenced disclosure also be formally referenced to my present non-provisional patent application that does not refer directly to the provisional patent application referenced above. I request that a copy of the Disclosure Document reference below be included in the file wrapper of the present application. Thank you.

Document Disclosure Title: *Voice-Alert Environmental Alarm System*

Disclosure Document No.: 415668

Disclosure Document Filing Date: March 6, 1997

Very Respectfully,

Gary J. Morris
2026 Glenmark Avenue
Morgantown, WV 26505
(304)599-5945

#3
10/21/89

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:  Gary J. Morris    )

                 )

For:     Environmental Condition )

       Detector With Audible Alarm )

       and Voice Identifier   )

                 )

Serial No.:   09/299,483    )

                 )

Filed:    April 26, 1999   )

                 )

Examiner:   Not Assigned    )

                 )

Art Unit:   2736

**CERTIFICATE OF MAILING**

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner of Patents, Washington, D.C. 20231, on the date below.

_____

_____
(Date)

RECEIVED
OCT 13 1999
TECH CENTER 2700

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Assistant commissioner for Patents

Washington, D.C. 20231

Dear Sir:

  Additional prior art which has just come to undersigned inventor's attention is being submitted herewith. It is felt that no fee should be required.

  For the convenience of the Patent and Trademark Office, record is made below of published art for consideration by the Patent and Trademark Office in connection with the above-identified application. No representation is made or intended that a search has been made or, if made, was complete, or that no more pertinent art than that listed is available. It is expected that the Patent and Trademark Office will independently conduct a complete search for relevant prior art.

  Also enclosed is a completed form PTO-1449.

  I hereby declare that all statements made herein of my knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such

BRK_000080

willful false statements may jeopardize the validity of the application or any patent issued thereon.

The Commissioner is hereby authorized to charge any additional fees which may be required to this application under 37 CFR §§1.16-1.17, or credit any overpayment, to Deposit Account No. 04-1644. Should no proper payment be enclosed herewith, as by a check being in the wrong amount, unsigned, post-dated, or otherwise improper or informal or even entirely missing, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 04-1644. A duplicate copy of this sheet is enclosed.

Respectfully submitted,

BY _____
Gary F. Morris, Applicant

GJM/rkl

- 2 -

BRK_000081

2736

CERTIFICATE OF MAILING

27C1
10/4/99 Tony

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on _____

(Date of Deposit)

By_____

#4
Pre Audit a
11 10/31/89

## RESPONSE TRANSMITTAL LETTER

In re Application of __Gary J. Morris__
Patent Application No. (including Series Code and Serial No.) __09/299,483__
For: __Environmental Condition Detector With Audible Alarm And Voice Identifier__
Examiner: __Unknown__
Filed __April 26, 1999__                                    Group Art Unit __2736__

RECEIVED OCT 13 1999 TECH CENTER 2700

**ASSISTANT COMMISSIONER FOR PATENTS**
**WASHINGTON, D.C. 20231**

Sir:

Transmitted herewith is a response in the above-identified application.

[x] Small entity status of this application under 37 CFR §1.9 and §1.27 has been established by a verified statement previously submitted.
[ ] A verified statement to establish small entity status under 37 CFR §1.9 and §1.27 is enclosed.
[ ] A Petition for a _____- month extension of time and the separate fee therefor is enclosed.
[ ] No additional claim filing fee is required.

The fee has been calculated as shown below.

| CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | SMALL ENTITY | | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| | | | | RATE | ADDIT. FEE | RATE | ADDIT. FEE |
| TOTAL | 37 | MINUS - 21 | = 16 | x $9.00 = | $144.00 | x $18.00 = | $ |
| INDEPENDENT | 9 | MINUS - 7 | = 2 | x $39.00 = | $78.00 | x $78.00 = | $ |
| [x] First presentation of multiple dependent claim | | | | + $130.00 = | $ | + $260.00 = | $ |
| | | | Total Additional Fee | | $222.00 | | $ |

[ ] Please charge Deposit Account No. 04-1644 in the amount of $_____ to cover the claim filing fee.
[x] A check in the amount of $222.00_____ to cover the claim filing fee is enclosed.
[ ] **Conditional Petition For Extension of Time:** An extension of time, if necessary, is requested to provide for timely filing of this communication.
[X] A duplicate copy of this transmittal sheet is enclosed.
[ ] Other:_____
[X] The Commissioner is hereby authorized to charge any underpayment of the following fees associated with this communication, including any necessary fees for extension of time, or credit any overpayment, to Deposit Account No. 04-1644.
[X] Any filing fees under 37 CFR §1.16 for the presentation of extra claims.
[X] Any patent application processing fees under 37 CFR §1.17.

Date: __October 12, 1999__

_____
Attorney's Signature

10/15/1999 TCOLEY   00000007 09299483
01 FC:203                144.00 OP
02 FC:202                 78.00 OP

__Paul M. Vargo, Reg.No. 29,116__
Name and Reg. No.

Correspondence Address:
ROCKEY, MILNAMOW & KATZ, LTD.
Two Prudential Plaza, Suite 4700
180 North Stetson Avenue
Chicago, Illinois  60601
(312) 616-5400

Rev. 11/98

#4
Pre Amd Ta
H 10/21/89

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Gary J. Morris | ) | |
| For: | Environmental Condition Detector With Audible Alarm and Voice Identifier | ) ) ) ) | |
| Serial No.: | 09/299,483 | ) | |
| Filed: | April 26, 1999 | ) | |
| Examiner: | Not Assigned | ) ) | |
| Art Unit: | 2736 | ) | |

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner of Patents, Washington, D.C. 20231, on the date below.

_____

_____
(Date)

RECEIVED
OCT 13 1999
TECH CENTER 2700

### PRELIMINARY AMENDMENT

Assistant Commissioner of Patents
Washington, D.C. 20231

Dear Sir:

Please add the following additional claims prior to examination pursuant to my previously filed Petition To Make This Application Special:

IN THE CLAIMS:

--22.    A detector comprising:

a housing;

at least a first ambient condition sensor carried by the housing;

a control element coupled to the sensor, wherein the element incudes circuitry for detecting a first alarm condition;

an alarm indicating audible output device coupled to the control element wherein the control element, in response to an alarm condition, drives the output device to repetitively emit a first, interrupted, plurality of alarm tones wherein at least some of the tones are spaced apart from one another by a first time interval, and wherein others of the tones are closer together; and

a voice circuit for storing at least a first verbal, alarm-type output message, coupled to the control element and associated with the first sensor, wherein the circuit, in response to the presence of a first detected alarm condition, injects the verbal, alarm-type output message repetitively into the first intervals.--

--23. A detector as in claim 22 wherein the first interval is on the order of 1.5 seconds.--

--24. A detector as in claim 23 wherein others of the tones are spaced apart-- on the order of .5 seconds.--

--25. A detector as in claim 22 which includes a second, different ambient condition sensor coupled to the control element.--

--26. A detector as in claim 25 wherein the control element includes circuitry for detecting a second alarm condition, associated with the second sensor, and for driving the output device to emit a second interrupted plurality of alarm tones at least some of which are spaced apart from one another by a second time interval and wherein others of the tones are closer together and wherein the voice circuit stores a second verbal, alarm-type output message associated with the second sensor wherein the element in response to the presence of a second detected alarm condition injects the second verbal, alarm-type output message into the second intervals.--

--27. A detector as in claim 22 wherein a word associated with a fire is stored as the first verbal alarm-type output whereby in response to the first detected alarm condition that word is verbally injected, repetitively into the first intervals in the tones.--

--28. A detector as in claim 22 wherein the first sensor comprises a smoke sensor.--

--29. A detector as in claim 26 wherein the first sensor comprises a fire sensor and the second sensor comprises a gas sensor.--

--30. A detector as in claim 29 wherein the gas sensor comprises a carbon monoxide sensor and a phrase indicative of that gas is stored as, at least part of, the second verbal, alarm-type output message whereby in response to the second detected alarm condition, at least that phrase is verbally injected, repetitively into the second intervals in the tones.--



- 2 -

--31.  An ambient condition detector comprising:

first and second, different, ambient condition sensors;

control electronics coupled to the sensors wherein the electronics emits at least two, different, pre-stored alarm indicating tonal, output patterns wherein each pattern is associated with respective one of the sensors;

voice output circuitry, coupled to the electronics, wherein the voice circuitry includes at least two pre-stored verbal alarm starting output messages wherein each of the pre-stored messages is associated with a respective one of the tonal output patterns and verbalizes the respective alarm type and wherein the control electronics, in response to a detected alarm condition, outputs an audio representation of a respective one of the tonal patterns and an interleaved respective verbal alarm type message.--

--32.  A detector as in claim 31 wherein one of the sensors is a smoke sensor and the respective, prestored verbal message is a fire alarm to reinforce the respective tonal output pattern indicative of a fire alarm.--

--33.  A detector as in claim 32 wherein the other sensor is a carbon monoxide sensor and the respective pre-stored verbal message is a carbon monoxide alarm to reinforce the respective tonal output pattern, indicative of a carbon monoxide alarm.--

--34.  A detector as in claim 31 wherein each tonal output pattern defines groups of substantially identical output tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount wherein the second amount is at least two times greater than the first amount.--

--35.  A detector as in claim 33 wherein at least one tonal output pattern defines groups of three substantially identical output tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount wherein another tonal output pattern defines groups of four substantially identical output tones with constant intragroup spacing of a third amount and constant intergroup spacing of a fourth amount.--

--36.  A detector as in claim 34 wherein one tonal pattern has an intragroup spacing on the order of .5 seconds and an intergroup spacing on the order of 1.5 seconds.--

--37.  A detector as in claim 35 wherein each tone of one tonal pattern has a duration on the order of .5 seconds.--

- 3 -



## REMARKS

It is respectfully requested that, before accelerated examination, the above identified claims be added to this application. Additionally, filed herewith is a Supplemental Information Disclosure Statement with additional prior art requested to be made of record in this application.

It is believed that the pending claims are allowable, and allowance is respectfully requested.

Respectfully submitted,

BY
Gary J. Morris, Applicant

- 4 -

BRK_000086



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/299,483 | 04/26/99 | MORRIS | G | |

```
                              LM02/1215
GARY J MORRIS
2026 GLENMARK AVENUE
MORGANTOWN WV 26505
```

| EXAMINER |
|---|
| TONG,N |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2736 | 5 |

DATE MAILED:
12/15/99


**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

BRK_000087

| ***Office Action Summary*** | Application No. 09/299,483 | Applicant(s) Morris | |
|---|---|---|---|
| | Examiner Nina Tong | Group Art Unit 2736 | |

[X] Responsive to communication(s) filed on _Apr 26, 1999_

[ ] This action is **FINAL.**

[ ] Since this application is in condition for allowance except for formal matters,      **prosecution as to the merits is closed** in accordance with the practice under   *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire _____ _3_ __ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claim**

[X] Claim(s) _1-37_ _____ is/are pending in the applicat

   Of the above, claim(s) _____ is/are withdrawn from consideration

[ ] Claim(s) _____ is/are allowed.

[X] Claim(s) _1-37_ _____ is/are rejected.

[ ] Claim(s) _____ is/are objected to.

[ ] Claims _____ are subject to restriction or election requirement.

**Application Papers**

[X] See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

[ ] The drawing(s) filed on _____ is/are objected to by the Examiner.

[ ] The proposed drawing correction, filed on _____ is [ ] approved   [ ]disapproved.

[ ] The specification is objected to by the Examiner.

[ ] The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

[ ] Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

   [ ] All [ ]Some*  [X]None   of the CERTIFIED copies of the priority documents have been

      [ ] received.

      [ ] received in Application No. (Series Code/Serial Number) _____.

      [ ] received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   *Certified copies not received: _____

[ ] Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

[X] Notice of References Cited, PTO-892

[X] Information Disclosure Statement(s), PTO-1449, Paper No(s). ___2,3__

[ ] Interview Summary, PTO-413

[X] Notice of Draftsperson's Patent Drawing Review, PTO-948

[ ] Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

BRK_000088

Application/Control Number: 09/299,483                                    Page 2

Art Unit: 2736

## DETAILED ACTION

### *Claim Rejections - 35 USC § 103*

1.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness

rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the
> manner in which the invention was made.

2.      Claims 1,7,13,22-37 are rejected under 35 U.S.C. 103(a) as being unpatentable over Fray

(5,587,705) in view of Molinick et al. (4,288,789).

Regarding claim 1,7,13,22-37, Fray discloses a warning system for giving verbal

instruction during fire, which comprises 1) the claimed sensor means is met by the smoke detector

13; 2) the claimed electronic means for activation of an alarm having a prescribed audible tonal

pattern is met by the alarm tone generator 10; 3) the claimed "electronic means for playing of pre-

recorded voice messages" is met by the digital recording and playback device 7; 4) the claimed

power source is met by the powered source 31.

Fray fails to specify the claimed "pre-recorded voice messages are emitted during periods

of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded

voice messages" and is met by the claimed "verbally describe the type of environment condition

detected".

Application/Control Number: 09/299,483                                    Page 3

Art Unit: 2736

However, Fray shows the system of emitting a number of tones, followed by a verbal

message, followed by the same number of tones. The pattern is repeated and may be adjusted and

changed easily. Also, the verbal messages could be changed or recorded regularly. (Col.5 lines

35-41, lines 57-59, col.6 lines 20-27. Also, it is well-known in the art that the maximum silence

period between the tonal alarm patterns is 1.5 seconds under NFPA and UL regulations as

admitted by the applicant in the specification (page 5). Also, it is well-known in the art of

providing a verbal message of the type of the emergency and its location in the warning system as

shown by Molinick et al.. It would have been obvious to one of ordinary skill in the art at the time

the invention was made to employ the tone patterns as set by the NFPA and UL regulations in

Fray for safety. Since Fray teaches the concept of providing verbal message between tone

patterns, and it would have been obvious to employ the above tone patterns, it would have been

obvious to one of ordinary skill in the art at the time the invention was made to provide the verbal

message during the silence period of the tone patterns as set by the NFPA and UL regulation in

Fray for improving safety. Also, it would have been obvious to one of ordinary skill in the art at

the time the invention was made to provide the verbal messages of the type of the emergency and

its location as taught by Molinick et al. in the above combination for improving safety.

In addition, it is well-known in the art of providing a selecting means for the user to select

different language. It would have been obvious to one of ordinary skill in the art at the time the

invention was made to employ the well-known language selecting means in the above combination

for convenience.

Application/Control Number: 09/299,483                    Page 4

Art Unit: 2736

Regarding claims 22-37, please notes the same rejections as recited above. Also, as long

as the function is the same, employing a number of different sensors in the same housing would

not constitute an inventive step but an obvious design choice. It would have been obvious to one

of ordinary skill in the art at the time the invention was made to employ two different sensors,

such as $CO_2$ sensor, smoke sensor, gas sensor, fire sensor, etc., in the above combination for

increasing safety.

3.      Claims 2-6,8-12,14-21 are rejected under 35 U.S.C. 103(a) as being unpatentable over

Fray (5,663,714) in view of Molinick et al. (4,288,789) and Morris (5,587,705).

Regarding claims 2-6,8-12,14-21, Fray discloses a warning system for giving verbal

instruction during fire, which comprises 1) the claimed sensor means is met by the smoke detector

13; 2) the claimed electronic means for activation of an alarm having a prescribed audible tonal

pattern is met by the alarm tone generator 10; 3) the claimed "electronic means for playing of pre-

recorded voice messages" is met by the digital recording and playback device 7; 4) the claimed

power source is met by the powered source 31.

Fray fails to specify the claimed "pre-recorded voice messages are emitted during periods

of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded

BRK_000091

Application/Control Number: 09/299,483                                    Page 5

Art Unit: 2736

voice messages" and is met by the claimed "verbally describe the type of environment condition

detected".

However, Fray shows the system of emitting a number of tones, followed by a verbal

message, followed by the same number of tones. The pattern is repeated and may be adjusted and

changed easily. Also, the verbal messages could be changed or recorded regularly. (Col.5 lines

35-41, lines 57-59, col.6 lines 20-27. Also, it is well-known in the art that the maximum silence

period between the tonal alarm patterns is 1.5 seconds under NFPA and UL regulations as

admitted by the applicant in the specification (page 5). Also, it is well-known in the art of

providing a verbal message of the type of the emergency and its location in the warning system as

shown by Molinick et al.. It would have been obvious to one of ordinary skill in the art at the time

the invention was made to employ the tone patterns as set by the NFPA and UL regulations in

Fray for safety. Since Fray teaches the concept of providing verbal message between tone

patterns, and it would have been obvious to employ the above tone patterns, it would have been

obvious to one of ordinary skill in the art at the time the invention was made to provide the verbal

message during the silence period of the tone patterns as set by the NFPA and UL regulation in

Fray for improving safety. Also, it would have been obvious to one of ordinary skill in the art at

the time the invention was made to provide the verbal messages of the type of the emergency and

its location as taught by Molinick et al. in the above combination for improving safety.

Moreover, Morris '705 teaches the claimed selectable coding means. Since it would have

been obvious to provided verbal message of the type and the location of the sensed sensor, it

BRK_000092

Application/Control Number: 09/299,483                                    Page 6

Art Unit: 2736

would have been obvious to one of ordinary skill in the art at the time the invention was made to

employ the claimed selectable coding means as taught by Morris '705 in the above combination

for clearly indicating the type and the location of the detected sensor for safety.

     In addition, Morris '705 teaches the concept of activating all the alarms when one of

sensor senses the dangerous such that the person would be notified of the dangerous in any

location; wherein said one of sensor would emit a different distinct sound to indicate the location

of the sensed sensor. Also, employing wire or wireless communication between each sensor

would not constitute an inventive step but an obvious design choice since the function is the same.

It would have been obvious to one of ordinary skill in the art at the time the invention was made

to employ the system of the above combination with a plurality of sensors which are wire

connected to each other, such that all sensors would activate the alarm at the same time for

alerting the person in all location and indicating the type and the location of the sensed sensor for

safety.

     In addition, it is well-known in the art of providing a selecting means for the user to select

different language. It would have been obvious to one of ordinary skill in the art at the time the

invention was made to employ the well-known language selecting means in the above combination

for convenience.

Application/Control Number: 09/299,483                                         Page 7

Art Unit: 2736

*Conclusion*

4.      The prior art made of record and not relied upon is considered pertinent to applicant's

disclosure.

Loeb disclosed a fire tone generator which generate a tone then followed by a verbal message.
Knapp et al. and Thomas disclosed a warning system with audible tone and verbal messages
together.

Weiss et al. disclosed a Remote Alarm system.

5.      Any inquiry concerning this communication or earlier communications from the examiner
should be directed to Nina Tong whose telephone number is (703) 305-4831.  The examiner can
normally be reached on Mon. to Thurs. from 8:30a.m. to 6:00p.m..
        If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,
Jeffery Hofsass, can be reached on (703) 305-4717.
        Any inquiry of a general nature or relating to the status of this application or proceeding
should be directed to the Group receptionist whose telephone number is (703) 308-8576.

6.      **Any response to this action should be mailed to :**

                Commissioner of Patents and Trademarks
                Washington, D.C. 20231

        **or faxed to:**
                (703)308-9051, (for formal communication intended for entry)
        **Or:**

Application/Control Number: 09/299,483                                    Page 8

Art Unit: 2736


            (703)308-6743 (for informal or draft communications, please label
"UNOFFICIAL" OR "INFORMAL" OR "PROPOSED" or "DRAFT")


        Hand-delivered responses should be brought to Crystal Park II, 2021 Crystal Drive,
Arlington. VA., Sixth Floor (Receptionist).



Nina Tong                                    Nina Tong
December 8, 1999                             Primary Examiner

                                             Au 2736

### Notice of References Cited

| | Application No. | Applicant(s) | |
|---|---|---|---|
| | 09/299,483 | Morris | |
| | Examiner | Group Art Unit | Page 1 of 1 |
| | Nina Tong | 2736 | |

#### U.S. PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|
| A | 4,698,819 | 10/06/87 | Loeb | 340 | 384.1 |
| B | 4,951,045 | 08/21/90 | Knapp et al. | 340 | 944 |
| C | 4,862,147 | 08/29/89 | Thomas | 340 | 628 |
| D | 4,288,789 | 09/08/81 | Molinick et al. | 340 | 524 |
| E | 5905438 | 5/18/99 | Weiss et al. | 340 | 636 |
| F | | | | | |
| G | | | | | |
| H | | | | | |
| I | | | | | |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |

#### FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| N | | | | | | |
| O | | | | | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

#### NON-PATENT DOCUMENTS

| | DOCUMENT (including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| U | | |
| V | | |
| W | | |
| X | | |

*Nina Tong 12/8/99*

BRK_000096

Please type a plus sign (+) inside this box → [ + ]

PTO/SB/08A (10-98)
Appro    or use through  10/31/99, OMB 0651-0031
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | Application Number | |
| | Filing Date | April 26, 1999 |
| | First Named Inventor | Gary J. Morris |
| | Group Art Unit | 273b |
| | Examiner Name | Tong |
| Sheet | 1 | of | 3 | Attorney Docket Number | |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | U.S. Patent Document Number | Kind Code² (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| N.T. | 1 | US4282519 | | Hagland and Payne | 8/4/81 | Col. 1 Lines 27-40. Col. 3 Lines 20-51. |
| N.T. | 2 | US4288789 | | Molinick and Shields | 9/8/81 | Col. 1 Lines 5-10. Col. 1 Lines 58-66. Col. 3 Lines 48-50. Col. 6 Lines 56-65. Col. 7 and Col. 8. |
| N.T. | 3 | US4754266 | | Shand and Highfill | 6/28/88 | Col. 2 Lines 6-44. Col. 4 Lines 16-34. |
| N.T. | 4 | US4816809 | | Kim | 3/28/89 | Col. 1 Lines 30-38. Col. 4 Lines 43-68. Col. 5 Lines 23-30. Col. 6 Lines 59-68. |
| N.T. | 5 | US5291183 | | Chiang | 3/1/94 | Col. 1 Lines 32-39. Col. 2 Lines 41-68. Col. 4 Lines 7-15. |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Office³ | Number⁴ | Kind Code⁵ (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Examiner Signature | Nha Tong | Date Considered | 12 8 99 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹ Unique citation designation number. ² See attached Kinds of U.S. Patent Documents. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

BRK_000097

Please type a plus sign (+) inside this box → ⌐ ⌐

PTO/SB/08A (10-96)
Appro. .or use through 10/31/99. OMB 0651-0031
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | **Complete if Known** | |
|---|---|---|---|
| | | Application Number | 0?//?7° )8 2 |
| | | Filing Date | April 26, 1999 |
| | | First Named Inventor | Gary J. Morris |
| | | Group Art Unit | 2736 |
| | | Examiner Name | Tong |
| Sheet | 2 of 3 | Attorney Docket Number | |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | U.S. Patent Document | | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages Appear Figures Appear |
|---|---|---|---|---|---|---|
| | | Number | Kind Code² (if known) | | | |
| N.T. | 6 | US5349338 | | Routman and Stults | 9/20/94 | Col. 1 Lines 5-17. |
| | | | | | | Col. 1 Lines 39-61. |
| | | | | | | Col. 5 Lines 9-17. |
| | | | | | | Col. 8 Lines 12-34. |
| | | | | | | Col. 9 Lines 1-7. |
| | | | | | | Col. 10 Lines 1-7. |
| N.T. | 7 | US5587705 | | Morris | 12/24/96 | Col. 1 Lines 44-67. |
| | | | | | | Col. 4 Lines 2-35. |
| | | | | | | Col. 4 Lines 63-66. |
| | | | | | | Col. 5 Lines 12-26. |
| N.T. | 8 | US5663714 | | Fray | 9/2/97 | Col. 1 Lines 9-15. |
| | | | | | | Col. 2 Lines 11-15. |
| | | | | | | Col. 2 Lines 38-42. |
| | | | | | | Col. 3 Lines 47-50. |
| | | | | | | Col. 6 Lines 63-67. |
| | | | | | | Col. 7 Lines 1-46. |
| | | | | | | Col. 8 Lines 20-56. |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document | | | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|---|---|
| | | Office³ | Number⁴ | Kind Code⁵ (if known) | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Examiner Signature | Niles Tong | Date Considered | 12/8/99 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹ Unique citation designation number. ² See attached Kinds of U.S. Patent Documents. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Please type a plus sign (+) inside this box →

PTO/SB/08B (10-96)
Approv...or use through 10/31/99. OMB 0651-0031
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449B/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | |
| | Filing Date | April 26, 1999 |
| | First Named Inventor | Gary J. Morris |
| *(use as many sheets as necessary)* | Group Art Unit | 2736 |
| | Examiner Name | Tong |
| Sheet 3 of 3 | Attorney Docket Number | |

### OTHER PRIOR ART -- NON PATENT LITERATURE DOCUMENTS

| Examiner Initials¹ | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T² |
|---|---|---|---|
| N.T. | 9 | National Fire Protection Association - NFPA72 - National Fire Alarm Code 1996 Edition pages 72-105 through 72-106. Quincy, MA USA | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | Nina Tong | Date Considered | 12|8|99 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹ Unique citation designation number. ² Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

BRK_000099

#3

Sheet 1 of 2

| Comparable to<br>Form PTO-1449 | U.S. Department of Commerce<br>Patent and Trademark Office | Atty. Docket No.<br>BRC 209 | Serial No.<br>09-299/483 |
|---|---|---|---|
| | | Applicant<br>Gary J. Morris | |
| INFORMATION DISCLOSURE CITATION<br>(Use several sheets if necessary) | | Filing Date<br>April 26, 1999 | Group<br>2736 |

### U.S. PATENT DOCUMENTS

| *Examiner<br>Initial | | Document Number | Date | Name | Class | Subclass | Filing Date<br>If Appropriate |
|---|---|---|---|---|---|---|---|
| N.T. | | 4,160,246 | 07-03-79 | Martin et al | | | |
| N.T. | | 4,275,274 | 06-23-81 | English | | | |
| N.T. | | 4,335,379 | 06-15-82 | Martin | | | |
| N.T. | | 4,343,990 | 08-10-82 | Ueda | | | |
| N.T. | | 4,350,860 | 09-21-82 | Ueda | | | |
| N.T. | | 4,351,999 | 09-28-82 | Nagamoto et al | | | |
| N.T. | | 4,531,114 | 07-23-85 | Topol et al | | | |
| N.T. | | 5,229,753 | 07-20-93 | Berg et al | | | |
| N.T. | | 5,379,028 | 01-03-95 | Chung | | | |
| N.T. | | 5,460,228 | 10-24-95 | Butler | | | |
| N.T. | | 5,657,380 | 08-12-97 | Mozer | | | |
| N.T. | | 5,673,023 | 09-30-97 | Smith | | | |
| N.T. | | 5,724,020 | 03-03-98 | Hsu | | | |
| N.T. | | 5,726,629 | 03-10-98 | Yu | | | |
| N.T. | | 5,764,134 | 06-09-98 | Carr et al | | | |
| N.T. | | 5,786,749 | 07-28-98 | Johnson et al | | | |

### FOREIGN PATENT DOCUMENTS

| | | | | | | | Translation | |
|---|---|---|---|---|---|---|---|---|
| | | Document Number | Date | Country | Class | Subclass | Yes | No |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | |
| | | |
| | | |

| Examiner<br>Nhan Tran | Date Considered 12|8|99 |
|---|---|

*Examiner: Initial if citation considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

BRK_000100

Sheet 2 of 2

| Comparable to Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | | Atty. Docket No. BRC 209 | | Serial No. 09-299/483 |
|---|---|---|---|---|---|
| INFORMATION DISCLOSURE CITATION (Use several sheets if necessary) | | | Applicant Gary J. Morris | | |
| | | | Filing Date April 26, 1999 | | Group 2736 |

### U.S. PATENT DOCUMENTS

| *Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| N.T. | 5,786,768 | 07-28-98 | Chan et al | | | |
| N.T. | 5,798,686 | 08-25-98 | Schreiner | | | |
| N.T. | 5,841,347 | 11-24-98 | Kim | | | |
| N.T. | 5,846,089 | 12-08-98 | Weiss et al | | | |
| N.T. | 5,856,781 | 01-05-98 | Michel et al | | | |
| N.T. | 5,864,288 | 01-26-99 | Hogan | | | |
| N.T. | 5,874,893 | 02-23-99 | Ford | | | |
| N.T. | 5,877,698 | 03-02-99 | Kusnier et al | | | |
| N.T. | 5,886,631 | 03-23-99 | Ralph | | | |
| N.T. | 5,894,275 | 04-13-99 | Swingle | | | |
| N.T. | 5,914,650 | 06-22-99 | Segan | | | |
| N.T. | 5,936,515 | 08-10-99 | Right et al | | | |

### FOREIGN PATENT DOCUMENTS

| | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| N.T. | NFPA 72 National Fire Alarm Code 1996 Edition, 72-1to 72-106 (partial copy); NFPA 720, Recommended Practice for the Installation of Household Carbon Monoxide (CO) Warning Equipment 1998 Edition; |
|---|---|
| N.T. | UL 217 ISBN 0-7629-0062-8, Single and Multiple Station Smoke Alarms, March 16, 1998-February 21, 1997; UL 2034 ISBN 0-7629-274-9, Single and Multiple Station Carbon Monoxide Alarms, December 21, 1998-October 29, 1996 |

| Examiner Nina Tong | Date Considered 12/8/99 |
|---|---|

FORM PTO 948 (REV. 11-97)    U.S. DEPARTMENT OF COMMERCE-Patent and Trademark Office    Application No. _299 483_

## NOTICE OF DRAFTPERSON'S
## PATENT DRAWING REVIEW

The drawing filed (insert date) _1/26/99_ are:

A. _____ not objected to by the Draftperson under 37 CFR 1.84 or 1.152.

B. _____ objected to by the Draftperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   _____ Color drawing are not acceptable until petition is granted.
   Fig.(s)_____
   _____ Pencil and non black ink is not permitted. Fig(s)_____

2. PHOTOGRAPHS. 37 CFR 1.84(b)
   _____ Photographs are not acceptable until petition is granted.
   _____ 3 full-tone sets are required. Fig(s)_____
   _____ Photographs not properly mounted (must bristol board or photographic double-weight paper). Fig(s)_____
   _____ Poor quality (half-tone). Fig(s)_____

3. TYPE OF PAPER. 37 CFR 1.84(e)
   _____ Paper not flexible, strong, white and durable.
   Fig(s)_____
   _____ Erasures, alterations, overwritings, interlineations, folds, copy machine marks not acceptable. (too thin)
   Fig(s)_____
   _____ Mylar, vellum paper is not acceptable (too thin)
   Fig(s)_____

4. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:
   _____ 21.0 cm by 29.7 cm (DIN size A4)
   _____ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
   _____ All drawings sheets not the same size.
   Sheet(s)_____

5. MARGINS. 37 CFR 18.4(g): Acceptable margins:
   _____ Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
   SIZE: A4 Size
   _____ Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
   SIZE: 8 1/2 x 11
   _____ Margins not acceptable. Fig(s)_____
   _____ Top (T) _____ Left (L)
   _____ Right (R) _____ Bottom (B)

6. VIEWS. CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to drawing changes.
   _____ Views connected by projection lines or lead lines.
   Fig(s)_____
   Partial views. 37 CFR 1.84(h)(2)
   _____ Brackets needed to show figure as one entity.
   Fig(s)_____
   _____ Views not labeled separately or properly.
   Fig(s)_____
   _____ Enlarged view not labeled separately or properly.
   Fig(s)_____

7. SECTIONAL VIEWS. 37 CFR 1.84(h)(3)
   _____ Hatching not indicated for sectional portions of an object.
   Fig(s)_____
   _____ Sectional designation should be noted with Arabic or Roman numbers. Fig.(s)_____

8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   _____ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned, so that the top becomes the right side, except for graphs. Fig.(s)_____
   _____ Views not on the same plane on drawing sheet. Fig.(s)_____

9. SCALE. 37 CFR 1.84(k)
   _____ Scale not large enough to show mechanism without crowding when drawing is reduced in size to two-thirds in reproduction.
   Fig.(s)_____

10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
   _____ Lines, numbers & letters not uniformly thick and well defined, clean, durable and black (poor line quality).
   Fig.(s)_____

11. SHADING. 37 CFR 1.84(m)
   _____ Solid black areas pale. Fig.(s)_____
   _____ Solid black shading not permitted. Fig.(s)_____
   _____ Shade lines, pale, rough and blurred. Fig.(s)

12. NUMBERS, LETTERS, & REFERENCE CHARACTERS.
   37 CFR 1.48(p)
   _____ Numbers and reference characters not plain and legible.
   Fig.(s)_____
   _____ Figure legends are poor. Fig.(s)_____
   _____ Numbers and reference characters not oriented in the same direction as the view. 37 CFR 1.84(p)(3) Fig.(s)_____
   _____ English alphabet not used. 37 CFR 1.84(p)(3) Fig.(s)_____
   _____ Numbers, letters and reference characters must be at least .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3) Fig.(s)_____

13. LEAD LINES. 37 CFR 1.84(q)
   _____ Lead lines cross each other. Fig.(s)_____
   _____ Lead lines missing. Fig.(s)_____

14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.48(t)
   _____ Sheets not numbered consecutively, and in Arabic numerals beginning with number 1. Fig.(s)_____

15. NUMBERING OF VIEWS. 37 CFR 1.84(u)
   _____ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig.(s)_____

16. CORRECTIONS. 37 CFR 1.84(w)
   _____ Corrections not made from PTO-948 dated _____

17. DESIGN DRAWINGS. 37 CFR 1.152
   _____ Surface shading shown not appropriate. Fig.(s)_____
   _____ Solid black shading not used for color contrast.
   Fig.(s)_____

COMMENTS

REVIEWER _____ DATE _6/6/99_ TELEPHONE NO. _____

ATTACHMENT TO PAPER NO. _5_

PTO COPY

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| | | ) |
| For: | Environmental Condition | ) |
| | Detector With Audible | ) |
| | Alarm and Voice | ) |
| | Identifier | ) |
| | | ) |
| Serial No.: | 09/299,483 | ) |
| | | ) |
| Filed: | April 26, 1999 | ) |
| | | ) |
| Examiner: | N. Tong | ) |
| | | |
| Art Unit: | 2736 | |

## POWER OF ATTORNEY, UNITED STATES PATENT OFFICE

As a named sole inventor and owner of the above identified application; I hereby revoke any previously issued Powers of Attorney and I hereby appoint the following registered practitioner(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

| | | | | | |
|---|---|---|---|---|---|
| Lawrence J. Chapa | Reg. No. 39,135 | Paul M. Odell | Reg. No. 28,392 |
| Randall T. Erickson | Reg. No. 33,872 | Robert B. Polit | Reg. No. 33,993 |
| Stephen D. Geimer | Reg. No. 28,646 | Elaine M. Ramesh | Reg. No. 43,092 |
| Allen J. Hoover | Reg. No. 24,103 | Keith V. Rockey | Reg. No. 24,713 |
| Martin L. Katz | Reg. No. 25,011 | John F. Rollins | Reg. No. 38,013 |
| Kathleen A. Lyons | Reg. No. 31,852 | Thomas I. Ross | Reg. No. 29,275 |
| John P. Milnamow | Reg. No. 20,635 | Joel E. Siegel | Reg. No. 25,440 |
| Lisa V. Mueller | Reg. No. 38,978 | Paul M. Vargo | Reg. No. 29,116 |

whose mailing address for this application is:  ROCKEY, MILNAMOW & KATZ, LTD.
Two Prudential Plaza - Suite 4700
180 North Stetson Avenue
Chicago, Illinois 60601
Telephone: (312) 616-5400
Facsimile: (312) 616-5460

Please forward all correspondence and issued patent to Paul M. Vargo, Esq. Of the above-designated law firm.

By: _____
Gary J. Morris
2026 Glenmark Avenue
Morgantown, WV 26505

Dated _March 2, 2000_____

Page 1 of 1

MAR 02 '00  04:34PM ROCKEY MILNAMOW KATZ

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| For: | Environmental Condition Detector With Audible Alarm and Voice Identifier | ) ) ) ) |
| Serial No.: | 09/299,483 | ) ) |
| Filed: | April 26, 1999 | ) ) |
| Examiner: | N. Tong | ) ) |
| Art Unit: | 2736 | ) |

<u>CERTIFICATE OF MAILING</u>

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner of Patents, Washington, D.C. 20231, on the date below.

_____
(Date)

## SUBSTITUTE POWER OF ATTORNEY

Assistant Commissioner of Patents
Washington, D.C. 20231

Dear Sir:

      Attached for filing is a substitute Power of Attorney executed by the inventor, Gary J. Morris, appointing the undersigned attorney to represent him in connection with the above-identified patent application and instructing the United States Patent Office to communicate directly with undersigned attorney.

      Respectfully submitted,

      ROCKEY, MILNAMOW & KATZ, LTD.

BY: _____
      Paul M. Vargo

PMV/rkl

Attachment

*Rockey, Milnamow & Katz, Ltd.*
ATTORNEYS AT LAW

INTELLECTUAL PROPERTY, COMPUTER LAW
AND RELATED MATTERS

PAUL M. VARGO, Ph.D.
DIRECT DIAL (312) 616-5400
PVARGO@RMKLAW.COM

TWO PRUDENTIAL PLAZA
47TH FLOOR
CHICAGO, ILLINOIS 60601
(312) 616-5400
FAX (312) 616-5460

WASHINGTON, D.C. OFFICE
2001 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VA 22202
(703) 415-0880
FAX (703) 415-0883

March 8, 2000

Examiner N. Tong
Art Unit 2736
United States Patent Office

**Re:** **Morris Patent Application Ser. No 09/299,483**

Dear Examiner Tong:

We have been engaged by the Applicant to appear and to conduct prosecution in connection with this application. Attached you will find a copy of a Power of Attorney and a courtesy copy of a response to the outstanding Office Action of December 15, 1999.

The Applicant had previously filed a Petition to Make Special. We would like to call in a few days to schedule a telephone interview so that we can discuss the response and the Office Action with you.

Respectfully submitted,

ROCKEY, MILNAMOW & KATZ, LTD.

BY _____
Paul M. Vargo

PMV/rkl
Enclosures

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| For: | Environmental Condition Detector With Audible Alarm and Voice Identifier | ) ) ) ) |
| Serial No.: | 09/299,483 | ) ) |
| Filed: | April 26, 1999 | ) ) |
| Examiner: | N. Tong | ) ) |
| Art Unit: | 2736 | ) |

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner of Patents, Washington, D.C. 20231, on the date below.

_____
(Date)

RECEIVED
MAR -9 2000
TECH CENTER 2700

RECEIVED
MAR 22 2000
TC 2700 MAIL ROOM

### AMENDMENT A

Assistant Commissioner of Patents
Washington, D.C. 20231

Dear Sir:

Responsive to the outstanding Office Action mailed December 15, 1999, please make the following amendments:

#### IN THE CLAIMS:

In Claim 1, in line 5 thereof, after "a" and in line 7 thereof, after "pre-recorded", please insert, in each instance -- user unalterable --.

22.    (Amended)  A detector comprising:

a housing;

at least a first ambient condition sensor carried by the housing;

a control element coupled to the sensor, wherein the element includes circuitry for detecting a first alarm condition;

an alarm indicating audible output device coupled to the control element wherein the control element, in response to an alarm condition, drives the output device to repetitively emit a first, interrupted, plurality of alarm tones wherein at least some of the tones

are spaced apart from one another by a first, silent time interval, and wherein others of the tones are closer together; and

a voice circuit for storing at least a first, user unalterable, pre-determined verbal, alarm-type output message, coupled to the control element and associated with the first sensor, wherein the circuit, in response to the presence of a first detected alarm condition, injects the verbal, alarm-type output message repetitively, only into the first intervals.--

26.    (Amended)  A detector as in claim 25 wherein the control element includes circuitry for detecting a second alarm condition, associated with the second sensor, and for driving the output device to emit a second, different interrupted plurality of alarm tones at least some of which are spaced apart from one another by a second, silent time interval and wherein others of the tones are closer together and wherein the voice circuit stores a second, user unalterable verbal, alarm-type output message associated with the second sensor wherein the element in response to the presence of a second detected alarm condition injects the second verbal, alarm-type output message into the second intervals.

1st.    (Amended)  [An]  A self-contained  ambient condition detector comprising:

first and second, different, ambient condition sensors;

control electronics coupled to the sensors wherein the electronics emits at least two, different, unalterable pre-stored alarm indicating tonal, output patterns wherein each pattern includes predetermined silent intervals and each is associated with a respective one of the sensors;

voice output circuitry, coupled to the electronics, wherein the voice circuitry includes at least two pre-stored, user unalterable, verbal alarm [starting] output messages wherein each of the pre-stored messages is associated with a respective one of the tonal output patterns and verbalizes the respective alarm type and wherein the control electronics, in response to a detected alarm condition, outputs an audio representation of a respective one of the tonal patterns and an interleaved respective verbal alarm type message in a respective silent interval; and

- 2 -

BRK_000107



a common housing for the sensors, the electronics and the output circuitry.

-- 38.  A detector as in any one of claims 2, 3, 5, 6 wherein the location defining coding means comprises an element for selectively specifying a particular room in the dwelling. --

-- 39.  A detector as in claim 22 wherein the first plurality of tones comprises groups of three spaced apart alarm tones, wherein groups are separated by the first silent time interval and wherein the first verbal alarm-type output messages are respectively annunciated between groups of alarm tones during the respective first silent time interval. --

-- 40.  A detector as in claim 39 wherein the first silent interval, between groups of tones, is on the order of three times as long as intragroup tonal spacing. --

-- 41.  A detector as in claim 39 wherein the first plurality of tones comprises groups of three spaced apart alarm tones, wherein groups are separated by the first silent time interval and wherein the first verbal alarm-type output messages are respectively annunciated between groups of alarm tones during the respective first silent time interval and wherein the second plurality of tones comprises groups of four spaced apart tones separated by the second silent time interval. --

-- 42.  A detector as in claim 41 wherein the second silent interval, between groups of tones, is at least three times as long as intragroup tonal spacing. --

-- 43.  A detector as in claim 42 wherein the first and second silent intervals are substantially equal. --

-- 44.  A self-contained  ambient condition detector comprising:

a fire sensor and a gas sensor;

control electronics coupled to the sensors wherein the electronics emits at least first and second, different, unalterable pre-stored alarm indicating tonal, output patterns wherein each pattern includes groups of spaced apart tones separated by longer intergroup silent intervals and wherein each output pattern is associated with a respective one of the sensors;

voice output circuitry, coupled to the electronics, wherein the voice circuitry includes at least two pre-stored, user unalterable, verbal alarm output messages

- 3 -

wherein each of the pre-stored messages is associated with a respective one of the tonal output patterns and verbalizes the respective alarm type and wherein the control electronics, in response to a detected alarm condition, outputs an audio representation of a respective one of the tonal patterns and an interleaved respective verbal alarm type message in a respective intergroup silent interval; and

a common housing for the sensors, the electronics and the output circuitry.--

--45. A detector as in claim 44 wherein the first tonal output pattern, associated with the fire sensor, comprises a selected number of tones in each group with intragroup tonal spacing less than 50% of the respective intergroup silent interval and wherein the second tonal output pattern, associated with the gas sensor, comprises a greater number of tones in each group than the selected number of tones. --

## R E M A R K S

The Examiner's extensive Office Action mailed December 15, 1999 has been very carefully studied and considered. In response to the Office Action, some of the claims have been amended so as to more clearly set forth the present invention. Several additional claims have been added. For the following reasons, it is believed that the application is in condition for allowance.

An apparatus which embodies the present invention includes a housing which supports a self-contained ambient condition detector which might contain, for example, a single smoke sensor or a smoke sensor and a gas sensor. Messages are stored in the housing which specify the type of a sensed condition such as "fire" in the case of a detector which includes a smoke or fire sensor. Alternately, the stored condition indicating message could be "CO" or "carbon monoxide" in the case of a detector which includes a gas sensor.

The use of condition specifying messages is independent of detector location. The type of alarm, fire or carbon monoxide for example, provides important information to anyone in the vicinity in a standardized, easy to understand format.

In accordance with Applicant's invention, when the detector senses a predetermined condition indicative of fire or carbon monoxide, for example, it goes into alarm and emits a respective, interrupted, tonal alarm. The tonal alarms are audibly distinct from

- 4 -

one another and each contains groups of spaced apart tones which are in turn spaced apart from one another by longer silent intervals. The pre-stored condition-specifying messages, which are not user alterable, can be audibly presented by the detector's audible output circuitry during the respective intergroup silent intervals present in each of the tonal alarm patterns.

The use of pre-stored messages and pre-stored tonal alarm patterns insures that only selected tonal alarm patterns will be output and, also, that the condition specifying messages will always fall within the available intergroup silent intervals. This provides consistency in the alarm indicating tonal patterns, by storing, for example, nationally recognized fire and gas alarm patterns. Additionally, it insures that users will not alter the messages and over-write or interfere with the output of the tonal alarm patterns.

In another embodiment, the installer or user can specify on the detector the installed location. In this instance, in addition to alarm type, the location of the detector in alarm is also audibly stated, again during intervals of silence.

In yet another embodiment of the invention, a user selectable output language can be provided. Hence, alarm types or locations can be audibly enunciated in a pre-selected language, such as English, French, German and the like.

Detectors can also be interconnected via hardwiring such that when one goes into alarm, all of the interconnected detectors associated therewith will also go into alarm.

As explained below, Applicant respectfully submits that claims 1, 7, 13, and 22-37 would not have been obvious to one of ordinary skill in the art when the invention was made. Applicant respectively requests that the rejections of Claims 1, 7, 13, and 22-37 under 35 U.S.C. 103(a) be withdrawn.

In the Office Action, the Examiner admitted that Fray, the primary basis of the rejections fails to specify the claimed "pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages". Unlike the claimed invention, Fray teaches the use of user-recorded, user alterable messages and user alterable tonal outputs in a fire detection system (Col. 5, lines 19-23 and 35-42).

- 5 -

Fray very clearly teaches that his intent is to have the user-record messages for the purpose of verbally instructing the listener on how to escape from a fire, not to specify that a fire or other type of condition exists. Fray's, patent includes no teaching of the value in annunciating one or more types of specific environmental conditions as claimed.

Fray teaches away from the claimed apparatus. Fray teaches storing messages which during a fire are played back to guide "individual ... during moments of horror and confusion away from source of danger and into safety". (Col. 6, lines 25-27). This leads to variable tonal patterns as also taught by Fray. For these reasons, Fray teaches away from use of pre-specified tone patterns that are not user alterable. This approach is quite different from that of the claimed apparatus.

The approved NFPA and UL regulations allow only 1.5 seconds of silence in the tonal pattern for smoke detector units. It is submitted that the mere existence of a 1.5 second tonal silence period is not a suggestion to modify Fray given his teachings and that this time interval is insufficient to provide instructions on how to escape a fire. Based on Fray's teachings, and, based on his clearly defined intent to use variable length verbal messages to instruct occupants on how to escape a fire, use of the fixed NFPA and UL alarm tone patterns would not be practical in Fray's system for the above reasons.

Only Applicant's invention uses factory pre-recorded tones and pre-recorded messages to maintain safety and compliance with UL and NFPA standard tonal alarm patterns. Under the teachings of the Fray patent, the user must record their own message that can be a combination of verbal and tone messages (Col. 5, lines 22-23). Such messages and tonal patterns are variable (Col. 5, lines 35-38, Fray) and unlike the claimed invention.

Molinick et al, as described below is a multi-sensor, non-analogous system. It does not make up for the deficiencies in Fray. Molinick et al teaches the simultaneous annunciation or presentation of tones and variable pre-recorded messages:

> "A prerecorded message resulting from activation of one of the sensors 1-8 may play and be broadcast simultaneously with the emergency tone from the oscillator without stopping the latter." (Col. 5, line 66, Col. 6, line 2). (Emphasis ours).

- 6 -

BRK_000111

Molinick et al clearly teach away from the claimed apparatus. The voice output in Molinick et al is for a different type of alarm than is the tone. As explained therein:

> "a relatively simple, but greatly improved audio and visual alarm with emergency warning by tone differentiated from verbal warnings of minor hazards." (Col. 6, lines 58-60).

Further, Molinick et al use one recording unit which outputs verbal messages throughout the entire system irrespective of the active sensor.

The Applicant's invention has taken very significant advantage of the synergy of combining the use of electronically recorded message technology and an on-board processor with one or more environmental condition detector types all within one housing to alert occupants of a residence or building that a specific type of environmental condition was detected through the combined use of an audible tonal pattern and verbal indication. The type of alarm condition is presented such that the verbal message is expressly emitted only during silent periods in the tonal alarm pattern.

Applicant's invention, therefore, significantly increases the safety enhancement standards beyond those fostered by the UL and NFPA by their recent requirement of distinctively different tonal patterns for smoke detectors and carbon monoxide detectors used in residences. This is submitted by the Applicant as a new and unexpected result of the invention and, therefore, provides evidence for non-obviousness of the applicant's invention to one of ordinary skill in the art when the invention was made.

In addition, Molinick et al. teaches a centrally controlled, distributed, non-analogous mining safety system rather than the claimed self-contained detectors. A designer of stand alone, self-contained detectors would not look to the teachings of Molinick et al.

With regard to the proposed combination of Fray and Molinick et al., it is well known that in order for any prior art references to be validly combined for use in a 35 U.S.C. 103 § (a) rejection, the references themselves (or some other prior art) must suggest that they be combined.

Since there are very distinct differences in both the intent and embodiment of the the system of Molinick et al. and the system of Fray, Applicant respectively submits that these

- 7 -

references themselves teach away from the claimed invention. Fray and Molinick et. al. do not contain any expressed or implied suggestion that they be combined in the manner suggested.

Unlike the claimed apparatus, Fray in combination with Molinick et al teach a distributed system with simultaneous output of tones and voice wherein both the tones and the voice outputs are user alterable. This is quite unlike the claimed apparatus.

The only suggestion to make the combination proposed by the Examiner comes from the present application. Use of an Applicant's teachings as a road map to combine the prior art is a form of improper hindsight reconstruction.

Accordingly, Applicant submits that claims 1 7, 13, and 22-37 are patentable over the cited prior art and respectfully requests that the rejections of those claims be withdrawn.

Dependent claims 7, 13, 23-30 and 32-37 are allowable over Fray in view of Molinick et al. These claims incorporate additional structure which, in combination, is not suggested, taught or made obvious by the prior art of record.

For example, relative to claim 13, the cited prior art appears to be only mono-lingual. This is quite unlike the detector of claim 13. The benefit of the detector of claim 13 is not realized with the cited prior art alone or in combination.

Other dependent claims have been rejected as they do "not constitute an inventive step but an obvious design choice" (Office Action, page 4, line 3). Under 35 USC § 103, the issue in obviousness rejections is not "inventive step" nor is it "design choice." The prior art of record must provide a teaching or suggestion to make a combination which renders a claimed structure obvious.

Deficiencies in the teachings of the prior art cannot be obviated by the use of "inventive step" or "design choice" verbiage. For example, relative to claim 26, Fray's system is directed to a single type of sensor. Molinick et al's system teaches a single tonal output in combination with a simultaneous voice output. Such structures simply teach away from claim 26 and the other pending rejected dependent claims.

- 8 -

Accordingly, Applicant submits that Claims 7, 13, and 23-30, and 32-37 are patentable over the cited prior art and respectfully requests that the rejections thereof be withdrawn.

In numbered paragraph 3 of the Office Action, the remaining claims were rejected as obvious and unpatentable over Fray in view of Molinick et al and Morris. The deficiencies in the teachings of Fray alone or in view of Molinick et al were discussed above. Morris does not make up for the deficiencies therein.

Unlike the claimed apparatus, Morris is directed to a detector system which utilizes a variable tone output pattern, without any incorporated speech, to both indicate the presence of a singular alarm condition, such as fire, and to specify the floor of a dwelling where the alarm has originated. The varying tonal pattern taught by Morris to indicate the floor of a building teaches away from the claimed detector system whether taken alone or in combination with Fray and or Molinick et al. In addition, one of skill in the art would not combine variable tonal patterns indicating floors of a building with variable tonal patterns indicative of different types of alarm conditions because of potentially confusing individuals hearing these outputs.

As discussed above, the claimed detectors do not provide user alterable tonal patterns as does Fray nor location alterable tonal patterns as does Morris. Molinick et al, unlike the claimed apparatus, broadcasts a tone warning of one condition simultaneously with broadcasting a speech message directed to a _different_ alarm condition.

The selection structure of Morris, unlike the claimed coding means, alters tonal outputs to indicate the floor of a building. Using the selectable coding structure taught by Morris teaches away from the claimed detector.

The suggestion made by the Examiner to combine Morris with the teachings of Fray and Molinick et al can only have been motivated by the disclosure and claims of the pending application. This also is a form of hindsight reconstruction which cannot properly sustain a rejection of obviousness.

Finally, as noted above, Fray and Molinick et al teach monolingual systems. Morris does not teach the use of verbal outputs. Hence, given their monolingual teachings, combining Morris with Fray and/or Molinick et al cannot make obvious claims 14 through 18.

- 9 -

BRK_000114

Finally, unlike the claimed detector, both Fray and Morris teach the use of varying tonal patterns. Applicant alone has recognized the value and importance of using constant, user unalterable tonal patterns in combination with user unalterable alarm type messages, or location messages audibly presented in intervals of silence within the respective fixed tonal pattern.

In summary, the applicant's invention provides many features in a very simple and affordable system that has not been previously commercially available for residences and similar buildings. Commercial success of applicant's invention has been established in that a major U.S. manufacturer of home safety products has already licensed the rights from the applicant to manufacture and market products covered under this invention.

As further evidence of the success of Applicant's invention, a second major U.S. manufacturer of home safety products has recently attempted to acquire a license to that applicant's invention. The fact that two major home safety product companies have sought the license rights to the applicant's invention is extremely strong evidence of non-obviousness of the invention.

Accordingly, Applicant submits that all of the pending claims are allowable over the cited prior art and respectfully requests that the rejection of the pending claims be withdrawn. Allowance of the application is respectfully requested.

Respectfully submitted,

ROCKEY, MILNAMOW & KATZ, LTD.

BY: _____

Paul M. Vargo

PMV/rkl

Attachment

- 10 -

| RESPONSE TRANSMITTAL LETTER | Docket No.: | BRC 209.0 |
|---|---|---|
| Serial No.: 09/299,483 | Filing Date: | April 26, 1999 |
| Group Art Unit: 2736 | Examiner: | N. Tong |
| Applicant(s): Gary J. Morris | | |
| Invention: Environmental Condition Detector With Audible Alarm and Voice Identifier | | |

RECEIVED
MAR - 9 20
TECH CENTER

| CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | SMALL ENTITY | | LARGE ENTITY | |
|---|---|---|---|---|---|---|
| | | | RATE | ADDIT. FEE | RATE | ADDIT. FEE |
| TOTAL 45 | MINUS - 37 | = 8 | x $ 9.00 = | $ | x $ 18.00 = | $144.00 |
| INDEPENDENT 10 | MINUS - 9 | = 1 | x $ 39.00 = | $ | x $ 78.00 = | $ 78.00 |
| ⊠ First presentation of multiple dependent claim | | | + $130.00 = | $ | + $260.00 = | $260.00 |
| | | Total Fee | | $ | | $482.00 |

☐ Please charge Deposit Account No. 04-1644 in the amount of $_____ to cover the claim filing fee.

⊠ A check in the amount of $482.00 to cover the claim filing fee is enclosed.

☐ **Conditional Petition For Extension of Time:** An extension of time, if necessary, is requested to provide for timely filing of this communication.

⊠ A duplicate copy of this transmittal sheet is enclosed.

☐ Other:

⊠ The Commissioner is hereby authorized to charge any additional fees which may be required in connection with this communication or credit any overpayment to Deposit Account No. 04-1644.

Date: 3 - 8 - 2000      By _____

Paul M. Vargo, Reg. No. 29,116

Correspondence Address:
ROCKEY, MILNAMOW & KATZ, LTD.
Two Prudential Plaza, Suite 4700
180 North Stetson Avenue
03/22/2000 HSMHR9    00000004 09299483
Chicago, Illinois 60601

01 FC:102 (312) 616-5400      144.00 OP
02 FC:102                      78.00 OP
03 FC:104                     260.00 OP

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on.

By _____

*OC000000005006526*



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENT AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 09/299,483 | 04/26/1999 | GARY JAY MORRIS | _ |

ROCKEY, MILNAMOW AND KATZ, LTD
TWO PRUDENTIAL PLAZA SUITE 4700
180 NORTH STETSON AVENUE
CHICAGO, IL 60601

Date Mailed: 03/23/2000

## NOTICE REGARDING POWER OF ATTORNEY

This is in response to the Power of Attorney filed 3/9/00

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

M Perry, Clerk
~~Customer Service Center~~
~~Initial Patent Examination Division (703) 308-1202~~
TC 2700

OFFICE COPY

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:     Gary J. Morris     )

For:     Environmental Condition     )
     Detector With Audible Alarm     )
     and Voice Identifier     )

Serial No.:     09/299,483     )

Filed:     April 26, 1999     )

Examiner:     N. Tong     )

Art Unit:     2736

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner of Patents, Washington, D.C. 20231, on the date below.

_____

(Date)

### SUPPLEMENT TO AMENDMENT A

Assistant Commissioner of Patents
Washington, D.C. 20231

**Official**

Dear Sir:

     Please supplement the previously filed Amendment A as follows:

**IN THE CLAIMS:**

     Please cancel claims 1-6, without prejudice and substitute the following claims 46-50 for claims 1-5.

     For claim 1:

     46.  An environmental condition sensor using pre-recorded voice messages to indicate the specific type of environmental condition detected in a dwelling comprising:

     (a)    at least one sensor for detecting the presence of an environmental condition in the dwelling, wherein said sensor comprises a type selected from the group including a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types;

24

ε

Ins. DI
E
D

represents

(b)    an electronic storage device for storing ~~pre-recorded voice messages~~ which ~~represent~~ the type of the environmental condition; D

(c)    a selecting device for a user to select a language type for ~~a~~ user the unalterable pre-recorded voice message;

(d)    an electronic circuit coupled to the sensor, and the devices for activation of an alarm having user unalterable, prescribed groups of pulsating audible tonal patterns for the duration of the detection of said environmental condition, wherein groups of patterns are spaced apart by predetermined silent periods, wherein said electronic circuit repeatedly emits a selected language type of said pre-recorded user unalterable voice message for the duration of the detection of said environmental condition such that said voice message is repeatedly emitted during at least some of said silent periods;

Con't to D C

(e)    a power source input coupled to said circuit and selected from a group including a battery input, an AC input, and an AC with a battery back-up input; and

(f)    a housing which carries said sensor, said electronic circuit, said electronic storage device, said selecting device, and said power source input. --

For claim 2:

--~~27~~. An environmental condition sensor using pre-recorded voice messages to indicate the specific location of environmental condition detected in a dwelling comprising:

(a)    at least one sensor for detecting the presence of an environmental condition in the dwelling, wherein said sensor comprises a type selected from the group including a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types;

D

(b)    an electronic storage device for storing pre-recorded voice messages; user unalterable wherein each message represents a different location of detected environmental condition;

D

(c)    a selecting device for a user to select ~~a~~ pre-recorded voice ~~messages to~~ one of the messages represent the location of said environment sensor;

(d)    an electronic circuit coupled to said at least one sensor, and the devices for activation of an alarm having user unalterable prescribed groups of pulsating audible tonal patterns for the duration of the detection of said environment condition,

η ς    - 2 -
2 5

BRK_000119

wherein groups of patterns are spaced apart by predetermined silent periods, wherein said electronic circuit repeatedly emits selected pre-recorded user unalterable voice messages that verbally describe the location of the detected environmental condition for the duration of detection thereof such that said selected pre-recorded voice message is repeatedly emitted during at least some of said silent periods;

(e)    a power source input, coupled to said circuit, selected from a group which includes a battery input, an AC input, and an AC with a battery back-up input; and

(f)    a housing which carries said sensor, said electronic circuit, said electronic storage device, said selecting device, and said power input -- .

[For claim 3:

-- 38.  An environmental condition sensor using pre-recorded voice messages to indicate the specific type and location of environmental condition detected in a dwelling comprising:

(a)    at least one sensor for detecting the presence of an environmental condition in the dwelling, wherein said sensor comprises a type selected from the group including a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types;

(b)    an electronic storage device for storing pre-recorded *user unalterable* voice messages, wherein said messages include different locations and types of detected environmental conditions;

(c)    a selecting device for a user to select *one of the* a pre-recorded voice message to *messages* represent the location of said environmental sensor;

(d)    an electronic circuit, coupled to said at least one sensor and the devices for activation of an alarm having user unalterable prescribed groups of pulsating audible tonal patterns for the duration of the detection of said environmental condition, wherein groups of patterns are spaced apart by predetermined silent periods, wherein said electronic circuit repeatedly emits voice messages representing the type of detected condition during at least some of said silent periods and then repeatedly emits other voice messages representing the location of the sensor during the same silent periods; wherein

Cont
C¹

D.

D

26   - 3 -

BRK_000120

said prescribed groups of pulsating audible tonal patterns are interleaved with said pre-recorded voice messages;

      (e)    a power source input coupled to said circuit and selected from a group including a battery input, an AC input, and an AC with a battery back-up input; and

      (f)    a housing which carries said sensor, said electronic circuit, said electronic storage device, said selecting device, and said power source input. --

For claim 4:

-- 99. An environmental condition detection system using pre-recorded voice messages to indicate the specific type of an environmental condition detected in a dwelling comprising;

      (a)    at least two environmental condition detectors, each detector comprising at least one sensor for detecting the presence of an environmental condition in said dwelling, wherein said sensor comprises a type selected from the group including a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types;

      (b)    each environmental condition detector comprising a selecting device for a user to select a language type for a user unalterable pre-recorded voice message;

      (c)    each environmental condition detector comprising an electronic circuit, coupled to a respective device, for activation of an audible alarm having user unalterable prescribed groups of pulsating audible tonal patterns for the duration of the detection of said environmental condition, wherein groups of patterns are spaced apart by predetermined silent periods; said electronic circuit comprising an electronic device for storing pre-recorded voice messages representative of the type of environmental condition;

      (d)    wherein each said electronic circuit repeatedly emits a selected language type of said pre-recorded voice messages that verbally describe the type of said detected environmental condition for the duration of the detection thereof such that said pre-recorded voice messages are emitted during at least some of said silent periods;

      (e)    each environmental condition detector comprising direct hardwired interconnection terminals for electrically linking a plurality of like environmental condition detectors such that the detection of said environmental condition by one detector causes all

- 4 -

BRK_000121

9

other hardwired interconnected detectors to emit the same tonal pattern alarm and same pre-recorded voice messages emitted by said environmental condition detector sensing said environmental condition;

(f)    each environmental condition detector comprising a power source input, coupled to the circuit selected from a group including of a battery input, an AC input, and an AC with a battery back-up power input; and

(g)    each environmental condition detector comprising a housing for carrying its respective sensor, electronic circuit, electronic storage device, selecting device, and power source input. --

CONT
Cl

For claim 5:

-- 6.    An environmental condition detection system using pre-recorded voice messages to indicate the specific location of an environmental condition detected in a dwelling comprising:

(a)    at least two environmental condition detectors, each detector comprising at least one sensor for detecting the presence of an environmental condition in the dwelling, wherein said sensor comprises a type selected from the group including a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types;

(b)    each environmental condition detector comprising a selecting device ~~for a user to select a pre-recorded voice message to represent the location of said~~ environmental sensor;

(c)    each environmental condition detector comprising an electronic circuit, coupled to a respective sensor and a respective device for activation of an audible alarm having user unalterable prescribed groups of pulsating audible tonal patterns for the duration of the detection of said environmental condition, wherein groups of patterns are spaced apart by predetermined silent periods, said electronic circuit comprising an electronic device for storing pre-recorded voice messages representative of ~~the location of~~ different locations of the environmental condition sensor;

(d)    wherein each said electronic circuit repeatedly emits ~~said pre-~~ the selected one of the recorded voice messages that verbally describe the location of said environmental condition

- 5 -

for the duration of the detection thereof such that said pre-recorded voice messages are emitted during at least some of said silent periods;

       (e)   each environmental condition detector comprising direct hardwired interconnection terminals for electrically linking a plurality of like environmental condition detectors such that the detection of said environmental condition by one detector causes all other hardwired interconnected detectors to emit the same tonal pattern alarm and same pre-recorded voice messages emitted by said environmental condition detector sensing said environmental condition;

       (f)   each environmental condition detector comprising a power source input coupled to the circuit, selected from a group including a battery input, an AC input, and an AC with a battery back-up power supply input; and

       (g)   each environmental condition detector comprising a housing for carrying its respective sensor, electronic circuit, electronic storage device, selecting device, and power source input. --

Please cancel claim 22 without prejudice and substitute new claim 51 therefore:

51.   A self-contained environmental condition detector comprising:

at least one ambient condition sensor wherein said at least one sensor comprises a type selected from a group including a smoke sensor type, a carbon monoxide sensor type, a natural gas sensor type, a propane sensor type, and any multiple combination of these environmental condition sensor types;

a control element coupled to said at least one sensor, wherein the control element includes circuitry for detecting a first alarm condition;

a selecting element, coupled to the control element, for a user to select a language type for a user unalterable pre-recorded voice message;

an alarm indicating audible output device coupled to the control element wherein the control element, in response to the first alarm condition, drives the output device to emit at least one set of alarm patterns, wherein each pattern has a preset number of pulsating alarm tones, each alarm pattern is spaced apart by a first silent time interval from the next pattern and wherein pulsating tones in a pattern are spaced apart from one another by a second time interval;

- 6 -

8

a voice circuit for storing at least a first, user unalterable, predetermined verbal, alarm-type output message, coupled to the control element and associated with the one sensor, wherein the circuit, in response to the presence of a first detected alarm condition, injects the verbal, alarm-type output message in the selected language type repetitively, only into the first intervals; and

a housing for carrying said sensor, said control element, said alarm device, said voice circuit. --

Please cancel claim 26 and substitute new claim 52 therefore:

52. A detector comprising:

a housing;

a fire sensor and a gas sensor, both carried by the housing;

a control element coupled to the sensors wherein the element includes circuitry for detecting a fire alarm and for detecting a gas alarm;

an alarm indicating audible output device coupled to the control element wherein the control element in response to a fire alarm drives the output device to repetitively emit interrupted groups of fire alarm tones wherein the members of the groups are spaced apart from one another by a first time interval and each member has a width corresponding to the first time interval and wherein groups are spaced apart by silent, longer second time intervals, and wherein the control circuit in response to a gas alarm drives the output device to repetitively emit different, interrupted groups of gas alarm tones wherein the members of the groups are spaced apart from one another by a third time interval and wherein groups are spaced apart by silent, longer, fourth time intervals;

a voice output circuit coupled to the control element, wherein the voice output circuit includes storage for at least a word indicative of a fire alarm and storage for at least a phrase indicative of a gas alarm, wherein in response to a fire alarm the output circuit injects the stored fire alarm indicating word into only the second time intervals between groups of fire alarm tones and wherein in response to a gas alarm the output circuit injects the stored gas alarm indicating phrase into only the fourth time intervals;

wherein the tonal patterns and output word and phrase are predefined and not user alterable; and

-7-

6

wherein the voice output circuit includes an audio output transducer. --

Please cancel claims 7, 13, 16, 18, 23, 24, 25, 27-30 and 39-45 without prejudice.

In claim 14, line 1, change "2" to -- 47 -- .

In claim 15, line 1, change "3" to -- 48 -- .

In claim 17, line 1, change "5" to -- 50 -- .

## REMARKS

The enclosed is a response to follow up on an interview conducted with the Examiner on March 15, 2000. During the interview, Amendment A, the prior art, the pending claims and the outstanding Office Action were discussed. The Examiner indicated that she would have some suggestions subsequently relative to the wording of some of the claims.

The Examiner provided suggested wording for claims to replace pending claims 1-6. These suggestions were discussed in a second interview on April 5, 2000. The Examiner's suggestions have been very carefully considered and the time she devoted to them is greatly appreciated.

The Examiner's suggestions have been incorporated into replacement claims 46-52 filed herewith. Claims 1-5 have been replaced by claims 46-50 respectively. Claim 22 has been replaced by claim 51. These claims incorporate limitations in accordance with the Examine's suggestions.

Claim 26, which was dependent on claim 22 has been rewritten in independent form as new claim 52. It defines a detector which incorporates two different sensors.

None of claims 19-21, 31-38 or 44 and 45 have been amended.

To advance prosecution and to simplify the claim program, numerous of the pending claims have been canceled. The remaining claims are all deemed to be allowable.

A Second Supplemental Information Disclosure Statement is being filed herewith. The disclosures of the two patents cited therein do not make up for the deficiencies of the prior art of record.

- 8 -

Buck et al. U. S. Patent No. 4,688,021 discloses a detector which, unlike the claimed invention, outputs only tones. The tonal patterns therein are quite unlike those of the claimed invention.

The smoke indicating tone is a repetitive on-off pattern. The on interval is 160 Ms long followed by an 80 Ms off interval (col 2, l. 66- col 3, l. 1 and col 6 ll. 36-45). There are no groups of tones having intragroup spacing as claimed.

The gas indicating tone is a continuous, constant frequency output tone (col 8, ll. 54-56 and col 6, ll. 36-45). This tone is not interrupted.

Buck et al. for the above reasons, whether taken alone or in combination with the prior art of record does not teach, disclose or suggest the claimed invention.

The other cited patent, Mallory U.S. Patent No. 6,043,750, discloses a hangable doll with an attached smoke detector. It too is directed to a completely different apparatus than claimed.

Should there be additional issues which need to be addressed, it is requested that the Examiner contact the undersigned to conduct a telephone interview to address all such issues. Allowance of the application is respectfully requested.

Respectfully submitted,

ROCKEY, MILNAMOW & KATZ, LTD.

BY: _____
    Paul M. Vargo
    Reg. No. 29,116

PMV/rkl

Attachment

- 9 -

BRK_000126

ROCKEY, MILNAMOW & KATZ LTD.
TWO PRUDENTIAL PLAZA
180 N. STETSON AVENUE
SUITE 4700
CHICAGO, ILLINOIS 60601
(312) 616-5400

*Copy*

*Duplicate of Paper # 9*

FAX TRANSMITTAL SHEET

FAX NO. (312) 616-5460

**Official**

Date: April 11, 2000          Send to No.: (703) 308 9051

To: Examiner N. Tong

From: Paul M. Vargo

*Re:*  *Gary J. Morris Ser. No. 09/299,483*
*"Environmental condition Detector With Audible Alarm and voice Identifier"*
*Group Art Unit: 2736*
*BRK1326P1180US*

Number of Pages Attached: 27 (Does Not Include This Transmittal Sheet)

SPECIAL INSTRUCTIONS FOR THE RECEIVING PARTY ONLY:

THE MESSAGE TRANSMITTED UNDER THIS COVER IS INTENDED FOR THE NAMED RECIPIENT ONLY, AND MAY CONTAIN BUSINESS CONFIDENTIAL INFORMATION, OR INFORMATION SUBJECT TO ATTORNEY-CLIENT PRIVILEGE, OR ATTORNEY WORK PRODUCT IMMUNITY. IN THE EVENT THIS MESSAGE IS RECEIVED AT A LOCATION WHERE IT CANNOT BE CONVEYED TO THE NAMED RECIPIENT, KINDLY NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE/FACSIMILE (IF LONG DISTANCE, PLEASE CALL COLLECT), AND RETURN THE RECEIVED MESSAGE TO US BY MAIL.

BRK_000127

GP2736



## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| For: | Environmental Condition Detector With Audible Alarm and Voice Identifier | ) ) ) ) |
| Serial No.: | 09/299,483 | ) ) |
| Filed: | April 26, 1999 | ) ) |
| Examiner: | N. Tong | ) ) |
| Art Unit: | 2736 | ) |

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to: **Assistant Commissioner of Patents**, Washington, D.C. 20231, on the date below.

_Laura K. Lieber_

_April 11, 2000_
(Date)

### LETTER TO EXAMINER

Assistant Commissioner of Patents
Washington, D.C. 20231

Dear Examiner Tong:

Enclosed is a confirmatory copy of the Supplement to Amendment A and the Second Supplemental Information Disclosure Statement which were "faxed" to your attention at Fax No. 703 308 9051 earlier today.

Respectfully submitted,

ROCKEY, MILNAMOW & KATZ, LTD.

BY: _Paul_

Paul M. Vargo

PMV/rkl

Attachments

#10
4/24/00
Dobbs

IN THE UNITED STATES PATENT & TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| | | ) |
| Serial No.: | 09/299,483 | )  Group Art Unit: 2736 |
| | | ) |
| Filed: | April 26, 1999 | ) |
| | | ) |
| For: | Environmental Condition Detector | ) |
| | With Audible Alarm and Voice | ) |
| | Identifier | ) |
| | | ) |
| Examiner: | N. Tong | ) |

<u>SECOND SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT</u>

Commissioner for Patents
Washington, D.C. 20231

Sir:

Attached Form PTO/SB/08A lists references which may be considered to be material to the above-identified application by the Patent Examiner. Copies of the references are enclosed. Entry into the record is respectfully requested.

The Commissioner is hereby authorized to charge any additional fees which may be required to this application under 37 CFR §§1.16-1.17, or credit any overpayment, to Deposit Account No. 04-1644. Should no proper payment be enclosed herewith, as by a check being in the wrong amount, unsigned, post-dated, otherwise improper or informal or even entirely missing, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 04-1644. A duplicate copy of this sheet is enclosed.

Respectfully submitted

By _____

Paul M. Vargo, Reg. No. 29,116

ROCKEY, MILNAMOW & KATZ, LTD.
180 North Stetson Avenue, Suite 4700
Chicago, Illinois 60601
(312) 616-5400

<u>CERTIFICATE OF MAILING</u>

I hereby certify that this paper is being deposited with the United States Postal Service with sufficient postage at First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on April 19, 2000.

_____

| *Interview Summary* | Application No. 09/299,483 | Applicant(s) **Morris** |
|---|---|---|
| | Examiner **Nina Tong** | Group Art Unit **2736** |

All participants (applicant, applicant's representative, PTO personnel):

(1) _Nina Tong_____ (3) _____

(2) _Paul Vargo_____ (4) _____

Date of Interview _____ _Jun 12, 2000_____

Type: ☒Telephonic ☐Personal (copy is given to ☐applicant ☐applicant's representative).

Exhibit shown or demonstration conducted: ☐Yes ☒No. If yes, brief description:

_____

_____

Agreement ☒was reached. ☐was not reached.

Claim(s) discussed: _14, 15, 17, 19, 38, 46-48, 50, and 51_____

Identification of prior art discussed:
_None_____

_____

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:
_The applicant agreed to clarify the claims language to overcome the minor informalities as shown in the Examiner Amendment._

_____

_____

_____

_____

_____

_____

_____

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

1. ☒ It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph above has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a response to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.

2. ☒ Since the Examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action. Applicant is not relieved from providing a separate record of the interview unless box 1 above is also checked.

Examiner Note: You must sign and stamp this form unless it is an attachment to a signed Office action.

U. S. Patent and Trademark Office
PTO-413 (Rev. 10-95)                    Interview Summary                    Paper No. __11__

| | Application No. | Applicant(s) |
|---|---|---|
| ***Notice of Allowability*** | 09/299,483 | **Morris** |
| | Examiner | Group Art Unit |
| | Nina Tong | 2736 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

[X] This communication is responsive to _amendments filed 11/9/00 and 04/11/00_

[X] The allowed claim(s) is/are _14, 15, 17, 19-21, 31-37, and 44-52_

[X] The drawings filed on _Apr 26, 1999_ are acceptable.

[ ] Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    [ ] All [ ] Some* [ ] None of the CERTIFIED copies of the priority documents have been

        [ ] received.

        [ ] received in Application No. (Series Code/Serial Number) _____ .

        [ ] received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

[X] Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE **THREE MONTHS** FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

[ ] Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

[ ] Applicant MUST submit NEW FORMAL DRAWINGS

    [ ] because the originally filed drawings were declared by applicant to be informal.

    [ ] including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____ .

    [ ] including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

    [ ] including changes required by the attached Examiner's Amendment/Comment.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.**

[ ] Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

**Attachment(s)**

    [ ] Notice of References Cited, PTO-892

    [X] Information Disclosure Statement(s), PTO-1449, Paper No(s). _10_

    [ ] Notice of Draftsperson's Patent Drawing Review, PTO-948

    [ ] Notice of Informal Patent Application, PTO-152

    [X] Interview Summary, PTO-413

    [X] Examiner's Amendment/Comment

    [ ] Examiner's Comment Regarding Requirement for Deposit of Biological Material

    [ ] Examiner's Statement of Reasons for Allowance

BRK_000131

Application/Control Number: 09/299,483                                    Page 2

Art Unit: 2736

## EXAMINER'S AMENDMENT

1.      An examiner's amendment to the record appears below.  Should the changes and/or

additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312.

To ensure consideration of such an amendment, it MUST be submitted no later than the payment

of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview with Paul

Vargo on 06/12/00.

2.      The application has been amended as follows:

Regarding **claim 14** line 1, change "condition detector" to --condition sensor-- and change

"electronic means" to --electronic circuit--.

Regarding **claim 15** line 1, change "condition detector" to --condition sensor-- and change

"electronic means" to --electronic circuit--.

Regarding **claim 17** line 1, change "condition detector" to --condition detection system--

and change "electronic means" to --electronic circuit--.



Application/Control Number: 09/299,483                                    Page 3

Art Unit: 2736

Regarding **claim 19** line 8, insert --user unalterable-- before "pre-recorded voice--.

Please cancel claim 38.

Regarding **claim 46** line 9 (paragraph b line 1), change "pre-recorded voice messages" to --at least one user unalterable pre-recorded voice message--.

On line 11 (paragraph c line 1), change "a user unalterable" to --the user unalterable--.

On line 18 (paragraph c line 6), after "message", insert --which represents the specific type of detected environmental condition--.

Regarding **claim 47** line 9 (paragraph b line 1), insert --user unalterable-- before "pre-recorded voice messages".

On line 11 (paragraph c line 1), change "a pre-recorded voice message" to --one of the pre-recorded voice messages--.

Regarding **claim 48** line 9 (paragraph b line 1), insert --user unalterable-- before "pre-recorded voice messages".

On line 12 (paragraph c line 1), change "a pre-recorded voice message" to --one of the pre-recorded voice messages--.

Application/Control Number: 09/299,483                                  Page 4

Art Unit: 2736

Regarding **claim 50** line 11 (paragraph b line 2), change the whole line to --for a user to select one of a plurality of user unalterable pre-recorded voice messages, each represents a location for said--

On line 18 (paragraph c last second line), change "the location of" to --different locations of--.

On line 20 (paragraph d line 1), change "emits said" to --emits the selected one of the--.

Regarding **claim 51** line 6, change "the sensor" to --said at least one sensor--; change "the element" to --the control element--.

On line 11, change "an alarm condition" to --the first alarm condition--.

On line 18, change "the one sensor" to --said at least one sensor--.

3.      Any inquiry concerning this communication or earlier communications from the examiner should be directed to Nina Tong whose telephone number is (703) 305-4831. The examiner can normally be reached on Mon. to Thurs. from 8:30a.m. to 6:00p.m..
        If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Jeffery Hofsass, can be reached on (703) 305-4717.
        Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist whose telephone number is (703) 308-8576.

4.      **Any response to this action should be mailed to :**

        Commissioner of Patents and Trademarks
        Washington, D.C. 20231.



Application/Control Number: 09/299,483                                    Page 5

Art Unit: 2736


    **or faxed to:**

        (703)308-9051, (for formal communication intended for entry)

    **Or:**

        (703)308-6743 (for informal or draft communications, please label
"UNOFFICIAL" OR "INFORMAL" OR "PROPOSED" or "DRAFT")


    Hand-delivered responses should be brought to Crystal Park II, 2021 Crystal Drive,
Arlington. VA., Sixth Floor (Receptionist).


Nina Tong
June 12, 2000

Nina Tong
**Primary Examiner**

#10

Please type a plus sign (+) inside this box →  [+]

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999.  OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO |  |  | Application Number | 09/299,483 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br><br>*(Use as many sheets as necessary)* |  |  | Filing Date | April 26, 1999 |
|  |  |  | First Named Inventor | Gary J. Morris |
|  |  |  | Group Art Unit | 2736 |
|  |  |  | Examiner Name | N. Tong |
| Sheet | 1 | of | 1 | Attorney Docket No. | BRK1336P1149US |

| | | U.S. PATENT DOCUMENTS | | | | |
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No.¹ | U.S. Patent Document | | Name of Patentee or Applicant | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
| | | Number | Kind Code² (if known) | | | |
| N.T. | | 4,688,021 | | Buck et al | 08/18/87 | |
| N.T. | | 6,043,750 | | Mallory | 03/28/00 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Examiner Signature | | *Neha Tong* | | | Date Considered | 6/12/00 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ Unique citation designation number. ² See attached Kinds of U.S. Patent Documents. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicate don the document under WIPO Standards ST.16, if possible. ⁶ Applicant is to place a checkmark here if English language Translation is attached.

BRK_000136



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

LM12/0614
ROCKEY, MILNAMOW AND KATZ, LTD
TWO PRUDENTIAL PLAZA   SUITE 4700
180 NORTH STETSON AVENUE
CHICAGO IL 60601

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/299,483 | 04/26/99 | 022 | TONG, N | 2736 | 06/14/00 |

| First Named Applicant | MORRIS, | | 35 USC 154(b) term ext. = | 0 Days. | |

TITLE OF INVENTION ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2 | 340-692.000 | N83 | UTILITY | YES | $605.00 | 09/14/00 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. _PROSECUTION ON THE MERITS IS CLOSED._**

**THE ISSUE FEE MUST BE PAID WITHIN _THREE MONTHS_ FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. _THIS STATUTORY PERIOD CANNOT BE EXTENDED._**

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
   If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

   A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
   B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

   A. Pay FEE DUE shown above, or

   B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
   Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

**PATENT AND TRADEMARK OFFICE COPY**

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

\*U.S. GPO: 1999-454-457/24601

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| For: | Environmental Condition Detector With Audible Alarm and Voice Identifier | ) ) ) ) |
| Serial No.: | 09/299,483 | ) |
| Filed: | April 26, 1999 | ) ) |
| Examiner: | N. Tong | ) ) |
| Art Unit: | 2736 | ) |

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner of Patents, Washington, D.C. 20231, on the date below.

_Kyvena K Lieber_

_June 14, 2011_
(Date)

### SUMMARY OF TELEPHONE INTERVIEW CONDUCTED JUNE 12, 2000

Assistant Commissioner of Patents
Washington, D.C. 20231

Dear Sir:

This is to summarize a telephone interview initiated by the Examiner responsible for the application and conducted June 12, 2000. Various of the claims were discussed. Various of the claims were amended for purposes of clarification.

It is believed that the above accurately summarizes the substance of the interview conducted June 12. If there are any inaccuracies or omissions, it is requested that the Examiner call these to the attention of applicant's attorney so that this summary can be supplemented.

Respectfully submitted,

ROCKEY, MILNAMOW & KATZ, LTD.

BY: _____
Paul M. Vargo

PMV/rkl

Match & Return

BATCH NO. N83

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| | | ) |
| For: | Environmental Condition | ) |
| | Detector With Audible Alarm | ) |
| | and Voice Identifier | ) |
| | | ) |
| Serial No.: | 09/299,483 | ) |
| | | ) |
| Filed: | April 26, 1999 | ) |
| | | ) |
| Examiner: | N. Tong | ) |
| | | ) |
| Art Unit: | 2736 | ) |

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to: **Assistant Commissioner of Patents**, Washington, D.C. 20231, on the date below.

_Rowena H. Lieber_

_June 22, 2000_
(Date)

## AMENDMENT UNDER RULE 312

Assistant Commissioner of Patents
Washington, D.C. 20231

Dear Sir:

 Pursuant to the provisions of 37 CFR 1.312, please amend allowed claim 46 as follows:

 In claim 46, line 10, paragraph (b) line 2, please replace "represent" with -- represents -- .

Match & Return

BRK_000139

## REMARKS

The above amendment is proposed only for grammatical and clarification purposes. It is believed that this is the type of amendment that is contemplated under Rule 312 and entry hereof is respectfully requested.

Respectfully submitted,

ROCKEY, MILNAMOW & KATZ, LTD.

BY: _____

Paul M. Vargo

PMV/rkl

Attachment

- 2 -

BRK_000140

B/4

| SUBMISSION OF ISSUE FEE PAYMENT | | | |
|---|---|---|---|
| Docket No.: | BRK1326P1180US | Issue Batch No.: | N83 |
| Serial No.: | 09/299,483 | Filing Date: | April 26, 1999 |
| Group Art Unit: | 2736 | Examiner: | N. Tong |
| Applicant(s): | Gary J. Morris | | |
| Invention: | Environmental Condition Detector With Audible Alarm and Voice Identifier | | |

Assistant Commissioner For Patents
Box Issue Fee
Washington, D.C. 20231

Sir:

Attached is the Issue Fee Transmittal Form No. PTOL-85b and a check in the amount of 1210.00 for the Issue Fee relating to the issuance of the above-identified U.S. patent application under 35 CFR §1.18.

The Commissioner is authorized to charge payment of any deficiency in the patent Issue Fee or credit any overpayment to Deposit Account No. 04-1644. A duplicate copy of this sheet is enclosed.

Respectfully submitted,

By _____
Paul M. Vargo, Reg. No. 29,116

Rockey, Milnamow & Katz, Ltd.
Two Prudential Plaza
180 North Stetson, Suite 4700
Chicago, Illinois 60601
(312) 616-5400

<u>CERTIFICATE OF MAILING</u>

I hereby certify that this Issue Fee Transmittal, Form No. PTOL-85b, and attached Issue Fee Check relating to issuance of the above-identified U.S. patent application are being enclosed in an envelope deposited with the United States Postal Service with sufficient postage at First Class Mail in an envelope addressed to: Box Issue Fee, Assistant Commissioner for Patents, Washington, D.C. 20231 on **June 28, 2000**.

**PART B—ISSUE FEE TRANSMITTAL**

Complete and mail this form, together with app. fees, to:
**Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231**

*MAILING INSTRUCTIONS:* This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

LM12/0614
ROCKEY, MILNAMOW AND KATZ, LTD
TWO PRUDENTIAL PLAZA    SUITE
180 NORTH STETSON AVENUE
CHICAGO IL 60601

JUL 0 3 2000

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

ROWENA K. LIEBER (Depositor's name)

*Rowena K. Lieber* (Signature)

JUNE 28, 2000 (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/299,483 | 04/26/99 | 022 | TONG, N | 2736 | 06/14/00 |

| First Named Applicant | MORRIS, | 35 USC 154(b) term ext. = | 0 Days. |
|---|---|---|---|

TITLE OF INVENTION: ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
Use of PTO form(s) and Customer Number are recommended, but not required.
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" Indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 ROCKEY, MILNAMOW & KATZ, LTD.
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.
(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY & STATE OR COUNTRY)

Please check the appropriate assignee category indicated below (will not be printed on the patent)
☐ individual ☐ corporation or other private group entity ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☒ Issue Fee
☐ Advance Order - # of Copies _____

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER 04-1644
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☐ Issue Fee
☐ Advance Order - # of Copies _____

The COMMISSIONER OF PATENTS AND TRADEMARKS IS requested to apply the Issue Fee to the application identified above.

(Authorized Signature) _____ (Date) 06-28-00

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

07/05/2000 GTEFFER1 00000013 09299483
01 FC:142        1210.00 DP

**TRANSMIT THIS FORM WITH FEE**

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033       Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

BRK_000142



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/299,483 | 04/26/99 | MORRIS | G |

LMC1/0918

ROCKEY, MILNAMOW AND KATZ, LTD
TWO PRUDENTIAL PLAZA   SUITE 4700
180 NORTH STETSON AVENUE
CHICAGO IL 60601

| EXAMINER |
|---|
| TONG, N |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2736 | 18 |

DATE MAILED:
09/18/00

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)                    U.S. G.P.O. 1999 460-693                    1- File Copy

BRK_000143

| *Response to Rule 312 Communication* | Application No. 09/299,483 | Applican. | Morris |
|---|---|---|---|
| | Examiner Nina Tong | Group Art Unit 2736 | |

☐ The petition filed on _____ under 37 CFR 1.312(b) is granted. The paper has been forwarded to the examiner for consideration on the merits.

☒ The amendment filed on ____*Jun 19, 2000*____ under 37 CFR 1.312 has been considered, and has been:

☒ entered.

☐ entered as directed to matters of form not affecting the scope of the invention (Order 3311).

☐ disapproved. See explanation below.

☐ entered in part. See explanation below.

NINA TONG
PRIMARY EXAMINER
ART UNIT 2736

U. S. Patent and Trademark Office
PTO-271 (Rev. 5-95)          Response to Rule 312 Communication          Part of Paper No. ____14____

BRK_000144

PATENT

Attorney Docket No. 501109

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:

Gary Morris

Application No. 09/299,483
Patent No. 6,144,310

**RECEIVED**

MAY 0 9 2001

OFFICE OF PETITIONS

Filed: April 26, 1999
Issued: November 7, 2000

For: ENVIRONMENTAL CONDITION
DETECTOR WITH AUDIBLE ALARM
AND VOICE IDENTIFIER

## PETITION UNDER 37 C.F.R. § 1.182

Commissioner for Patents
Box DAC
Washington, D.C. 20231

Dear Sir:

Pursuant to 37 C.F.R. § 1.182 Petitioner requests a copy of the Disclosure Document entitled "Voice-Alert Environmental Alarm System" (Disclosure Document No. 415668, filed March 6, 1997). This document directly relates to the file of U.S. Patent No. 6,144,310 (the "'310 patent") and is subject to public inspection pursuant to 37 C.F.R. § 1.11.

Petitioner has obtained the file history for the '310 patent under 37 C.F.R. § 1.14(c)(2) and noted a Disclosure Document Reference Letter (copy attached) specifically requesting that the above identified Disclosure Document be included in the file history. The file history, however, does not include the Disclosure Document. We are seeking all documents related to the '310 patent file, as a party we represent has copied claims from the '310 patent into a pending application and requested that an interference be declared pursuant to 37 C.F.R. § 1.607. Further, the assignee has asserted that the '310 patent has been infringed.

37 C.F.R. § 1.11 provides that all papers relating to the file of a patent are open to inspection by the public. The '310 patent has issued and its file history is now open for public inspection. The file history not only references the Disclosure Document but further includes a request from the applicant that the actual Disclosure Document be included with

05/09/2001 GTEFFERA 00000017 09299483
01 FC:122          130.00 OP

the file history. In view of these facts, the Disclosure Document properly comprises a part of the patent file and should be open to public inspection under 37 C.F.R. § 1.11. Accordingly, petitioner requests a copy of the Disclosure Document. In the event that the PTO no longer maintains a copy, Petitioner requests written confirmation of that fact.

The Petition Fee of $130.00 under 37 C.F.R. § 1.17(h) is enclosed. Please charge any deficiencies to deposit account 12-1216.

Respectfully submitted,

Jeffrey B. Burgan, Reg. No. 35,463
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 North Stetson
Chicago, Illinois 60601-6780
(312) 616-5600 (telephone)
(312) 616-5700 (facsimile)

**RECEIVED**

MAY 0 9 2001

OFFICE OF PETITIONS

Date: May 3, 2001

B2

## CERTIFICATE OF MAILING

I hereby certify that this PETITION UNDER 37 C.F.R. § 1.182 (along with any documents referred to as being attached or enclosed) is being deposited with the United States Postal Service on the date shown below with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, Washington, D.C. 20231.

Date: May 3, 2001

RECEIVED

MAY 0 9 2001

OFFICE OF PETITIONS

B3



**In the United States Patent and Trademark Office**

RECEIVED

MAY 0 9 2001

OFFICE OF PETITIONS

Serial Number: _____

Appn. Filed: April 26, 1999

Applicants: Gary J. Morris

Appn. Title: *Environmental Condition Detector with Audible Alarm and Voice Identifier*

Examiner/GAU: _____

## Disclosure Document Reference Letter

April 26, 1999

Assistant Commissioner for Patents
Washington, DC 20231

Dear Assistant Commissioner for Patents:

A disclosure document as identified below was previously filed in the Patent and Trademark Office. As this disclosure relates to the above patent application, the applicant requests that this Disclosure Document be retained and referenced to the above application. Please note that this document was referred to in my February 16, 1999 letter to you requesting that this document be linked to one of my pending provisional patent applications (60/104,217). I am now requesting that the below referenced disclosure also be formally referenced to my present non-provisional patent application that does not refer directly to the provisional patent application referenced above. I request that a copy of the Disclosure Document reference below be included in the file wrapper of the present application. Thank you.

Document Disclosure Title: *Voice-Alert Environmental Alarm System*

Disclosure Document No.: 415668

Disclosure Document Filing Date: March 6, 1997

Very Respectfully,

Gary J. Morris
2026 Glenmark Avenue
Morgantown, WV 26505
(304)599-5945

## INITIAL SCREENING OF INCOMING PAPERS CHECKLIST

Reviewer: _____ _W_ _____ Date: _8/10/01_

APPLICATION NO. _09/299, 483_ _____

1. Petition Type:   Code:    Petition Type:   Code    Petition Type:    Code

| | | |
|---|---|---|
| 137(a)---------501;509 | 28c-------------------309 | 314----------------------508 |
| 137(b) ---------502; 510 | R47-----------------313 | 55(a/c)-------------------507 |
| 182 -----------------519 | R53e-----------------408 | 3.81(b)--------------------523 |
| 183 -----------------503 | R10-------------------410 | Reexam Procs-----------534 |
| 377------------------521 | R53e-----------------411 | Other Matters-----499; 599 |
| 378(b)---------------532 | Lost App-------------412 | Other_____ |
| 378(c)---------------533 | | |

*NOTE: Petitions to Expedite require prompt attention and should be brought to the appropriate deciding official's attention.*

2. List Papers to be entered on contents of file jacket filed with petition:
   _____Petition Rule 137(a) ____Petition R137(b) _✓_ Petition R182
   _____Petition R183 _____Petition R28c _____Petition R47(a)_____Petition R47(b)
   _____Petition R53(e) _____ Petition R10 _____Petition R28c_____Petition 3.81(b)
   _____Petition R 314_____Petition R 55/Priority Docs_____PreAmdt_____Rule 312
   _____Petition R378(b) _____Petition R378(c) _____Petition R377
   _____Amdt _____CPA _____RCE _____IDS _____Submission 129(a)
   _____Req. Recon _____Election _____Notice of Appeal _____Appeal Brief
   _____Reply Brief_____Issue Fee_____Drawings_____Declaration & POA
   _____Req. EOT (____)_____Terminal Disclaimer _____Chg Address
   _____
   _____
   _____

3. Is paper a petition to withdraw holding of abandonment: _____yes_____no
   If so, send paper and/or file to appropriate location *(Note: remove any flag set first)*:

   a. Nonreceipt of action from TC or assertion that reply was timely filed:
      Send paper to TC_____
   b. Nonreceipt of Missing Parts Notice or assertion that reply was timely filed:
      Send paper to DIRECTOR, OIPE---CP2-7D25 (PH: 308-0910)
   c. Assertion of timely payment of issue fee and/or submission of drawings:
      Send petition to Office of Publications: ATTN: Tom Hawkins, PK3-910
   d. Other_____

4. Other:_____
   If not handled in Office of Petitions, send paper to appropriate location.



UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

JUN 18 2001

# / 7

**COPY MAILED**

**JUN 2 8 2001**

**SPECIAL PROGRAMS OFFICE
DAC FOR PATENTS**

Jeffrey B. Burgan
Leydig, Voit, & Mayer, LTD.
Two Prudential Plaza, Suite 4900
180 North Stetson
Chicago, Illinois 60601-6870

In re Disclosure Document of
Gary Morris
Disclosure Document No. 415668
Filed: March 6, 1997
For: Voice-Alert Environmental Alarm System

:

: DECISION ON PETITION

:

In re Application of
Gary Morris
Application No. 09/299,483
Filed: April 26, 1999
For: Environmental Condition Detector With
Audible Alarm And Voice Identifier

:

:

:

A petition under 37 C.F.R. 1.182 was filed by David Hunt, requesting a copy of the above-identified disclosure document, on May 8, 2001.

The petition is **GRANTED**.

All papers in the file of the above identified patent application are open to public inspection and copies may be obtained upon payment of the appropriate fee because it issued as U.S. Patent No. 6,144,330 on November 7, 2000. See 37 C.F.R. 1.11(a). Petitioner urges that a copy of the above-identified disclosure document should be provided because the applicant in the above identified patent application referenced the document and requested that copy be placed in the patent application file.

No copy of the disclosure document was found in the above identified application file. The applicant's request for copying the disclosure document indicated that an earlier request for placing the disclosure document had been made in application serial no. 60/104,217. A check of Office records indicates that above identified disclosure document was marked for retention and placed in application 60/104,217.

Accordingly, the petition is granted since it should have been part of the '483 application file open to public inspection and available for copying.

Any correspondence with respect to this matter should be addressed as follows:

BRK_000150

Application No. 09/299,483                                                    Page 2

By mail:        Assistant Commissioner for Patents
                Box DAC
                Washington, D.C. 20231

By FAX:         (703) 308-6916
                Attn: Office Patent Legal Administration/Michael L. Lewis

By hand:        Crystal Plaza 4, CP4-3C23
                2201 South Clark Place
                Arlington, VA

Telephone inquiries should be directed to Michael L. Lewis at (703) 306-5585.

for/ Karin Tyson
Senior Legal Advisor

Enclosure: Disclosure Document

cc:     ROCKEY, MILNAMOW AND KATZ, LTD
        TWO PRUDENTIAL PLAZA SUITE 4700
        180 NORTH STETSON AVENUE
        CHICAGO , IL 60601

BRK_000151

$DD$
$9200 / n 0$
$GAU$

**Gary J. Morris, Ph.D.**
**2026 Glenmark Avenue**
**Morgantown, WV 26505**
(304)599-5945
(304)598-3876 Fax
(304)293-4111 x2342 Work

February 16, 1999



Commissioner of Patents and Trademarks
Box Provisional Patent Applications
Washington, DC 20231

Dear Commissioner of Patents and Trademarks:

    I have a provisional patent application on file with the USPTO with an application number 60/104,217, filing date of 10/14/98 and title: *Communicative Environmental Alarm System with Voice Indication*. I also have filed a disclosure under the Document Disclosure Program titled *Voice-Alert Environmental Alarm System* that was received by the USPTO on 3/6/97 and assigned Disclosure Document Number 415668. While I referred to the Disclosure Document Number 415668 within the provisional patent application, I did not include a separate letter referring to the disclosure document at the time of filing the provisional patent application. I request that this letter formally link the provisional patent application number 60/104,217 and Document Disclosure Number 415668 so that the document disclosure will be kept on file past its normal two-year life. The contents of the provisional patent number 60/104,217 are in direct reference to the contents of the Document Disclosure Number 415668. I am enclosing a photocopy of my copy of the disclosure for your convenience. Please provide a written confirmation of this important action for my files. Thank you for your assistance in this matter.

Sincerely,

Gary J. Morris, Ph.D.



DISCLOSURE DOCUMENT NO.

# 415668

FILING FEE: $10.00
RETAINED FOR 2 YEARS
THIS IS NOT A PATENT APPLICATION
PTO-1652 (4/96)



March 1, 1997

Commissioner of Patents
and Trademarks
Washington, DC 20231

RE: Disclosure Document Program

Dear Commissioner:

I, Gary J. Morris, of 2026 Glenmark Avenue, Morgantown, WV 26505, am the sole creator of the concept disclosed herein, Voice-Alert Environmental Alarm System.

I hereby respectfully request that the enclosed documents be accepted under the Disclosure Document Program, and that they be preserved for a period of two years from the date of your receipt hereof, (or longer if I refer to this filing in a paper filed in a future application).

Also enclosed is the required filling fee and stamped self-addressed envelope, as well as a duplicate copy of this letter and attachments.

Thank you for your assistance in this matter.

Sincerely,

Gary J. Morris, Ph.D.
2026 Glenmark Avenue
Morgantown, WV 26505

Enclosures as noted

Voice-Alert Environmental Alarm
Gary J. Morris, Inventor
Page 1 of 2

## Voice-Alert Environmental Alarm System
### Gary J. Morris, Inventor
### 2026 Glenmark Avenue
### Morgantown, WV 26505

### March 1, 1997

Disclosed is a description of an environmental condition alarm (smoke, heat, carbon monoxide, natural gas, propane gas, radon gas, other gases, water, and burglar) system whereby the detectors of the environmental condition are linked to each other either through radio frequency (wireless) or hardwiring. When one detector senses the presence of the environmental condition, it sounds an alarm intermittently interrupted with a recorded human voice (electronic, digital or otherwise) which annunciates the type of environmental alarm condition as well as the location of the environmental condition. The detector sensing the environmental condition communicates to other detectors of the system directly through radio frequency (wireless) or hardwiring to cause the remotely located detectors to receive the transmitted signal and to emit an audible alarm tone intermittently interrupted with a recorded human voice (electronic, digital or otherwise) which annunciates the type of environmental condition as well as the location of the detector sensing the environmental condition. This system is similar to the Multiple Alert Smoke Detector System (U.S. Patent Number 5587705) invented by Gary J. Morris of 2026 Glenmark Avenue, Morgantown, WV 26505.

The human voice that announces where the location of the environmental condition exists can be programmed from the factory to employ selectable phrases. For example the choices may include but not limited to "basement", "first floor", "second floor", "third floor", "den", "utility room", "garage", "attic"......, "smoke sensed", "carbon monoxide sensed", "natural gas sensed", "radon sensed"," heat sensed", ..."water sensed", etc. The user would simply select the desired voice messages to be sent by selecting jumper positions or switch positions or by some similar mode. Various languages would be made available.

In another preferred embodiment, the user can record their own personalized message within each detector unit to be transmitted to the remote detector units when the local unit detects an environmental condition. In this way, very building specific information may be conveyed during an environmental condition to enhance the safety of the occupants. For example, one personalized message that could intermittently interrupt a smoke detector alarm in a parent's bedroom may sound like, *BEEP BEEP "Smoke in nursery" BEEP BEEP* and repeat. To warn of a water leak, another message may sound like, *BEEP BEEP "Water in cellar" BEEP BEEP* and repeat. All





Voice-Alert Environmental Alarm
Gary J. Morris, Inventor
Page 2 of 2

active local and remote environmental condition detection units will emit these messages (for examples).

In addition to units with environmental condition detection capability, alarm and annunciation capability, and signal transmission and reception capability (either radio frequency or hardwired), some units may only be capable of only receiving, alarming and annunciating without the need for detection capability. For example, these units may be desired in the bedroom quarters or others area of importance to serve as "master receiver" units to monitor all types of the environmental condition detectors present in a dwelling.

The Voice-Alert Alarm System consists of individual, specific detectors or combined detectors in a single unit to sense the intended environmental condition.

Such devices as desribed herein, may be either battery powered or 120VAC. Generally, the 120VAC system would be the hardwired embodiment. The wireless (radio frequency communication) embodiement is generally battery powered although it may also be powered by 120VAC. Water (flood) sensors are battery powered.

Respectfully Submitted,

Gary J. Morris
2026 Glenmark Avenue
Morgantown, WV  26505
March 1, 1997



*/oub 577 CLPN*

DISCLOSURE DOCUMENT

NO. **415668**

March 1, 1997

Commissioner of Patents
and Trademarks
Washington, DC 20231

RE: Disclosure Document Program

Dear Commissioner:

I, Gary J. Morris, of 2026 Glenmark Avenue, Morgantown, WV 26505, am the sole creator of the concept disclosed herein, Voice-Alert Environmental Alarm System.

I hereby respectfully request that the enclosed documents be accepted under the Disclosure Document Program, and that they be preserved for a period of two years from the date of your receipt hereof, (or longer if I refer to this filing in a paper filed in a future application).

Also enclosed is the required filling fee and stamped self-addressed envelope, as well as a duplicate copy of this letter and attachments.

Thank you for your assistance in this matter.

Sincerely,

Gary J. Morris, Ph.D.
2026 Glenmark Avenue
Morgantown, WV 26505

Enclosures as noted

330 GL 03/28/97 MORRIS G
3 577      10.00 CK

.o.ice-Alert Environmental Alarm
Gary J. Morris, Inventor
Page 1 of 2

### Voice-Alert Environmental Alarm System
### Gary J. Morris, Inventor
### 2026 Glenmark Avenue
### Morgantown, WV 26505

#### March 1, 1997

Disclosed is a description of an environmental condition alarm (smoke, heat, carbon monoxide, natural gas, propane gas, radon gas, other gases, water, and burglar) system whereby the detectors of the environmental condition are linked to each other either through radio frequency (wireless) or hardwiring. When one detector senses the presence of the environmental condition, it sounds an alarm intermittently interrupted with a recorded human voice (electronic, digital or otherwise) which annunciates the type of environmental alarm condition as well as the location of the environmental condition. The detector sensing the environmental condition communicates to other detectors of the system directly through radio frequency (wireless) or hardwiring to cause the remotely located detectors to receive the transmitted signal and to emit an audible alarm tone intermittently interrupted with a recorded human voice (electronic, digital or otherwise) which annunciates the type of environmental condition as well as the location of the detector sensing the environmental condition. This system is similar to the Multiple Alert Smoke Detector System (U.S. Patent Number 5587705) invented by Gary J. Morris of 2026 Glenmark Avenue, Morgantown, WV 26505.

The human voice that announces where the location of the environmental condition exists can be programmed from the factory to employ selectable phrases. For example the choices may include but not limited to "basement", "first floor", "second floor", "third floor", "den", "utility room", "garage", "attic"....., "smoke sensed", "carbon monoxide sensed", "natural gas sensed", "radon sensed"," heat sensed", ..."water sensed", etc. The user would simply select the desired voice messages to be sent by selecting jumper positions or switch positions or by some similar mode. Various languages would be made available.

In another preferred embodiment, the user can record their own personalized message within each detector unit to be transmitted to the remote detector units when the local unit detects an environmental condition. In this way, very building specific information may be conveyed during an environmental condition to enhance the safety of the occupants. For example, one personalized message that could intermittently interrupt a smoke detector alarm in a parent's bedroom may sound like, *BEEP BEEP* ***"Smoke in nursery"*** *BEEP BEEP* and repeat. To warn of a water leak, another message may sound like, *BEEP BEEP* ***"Water in cellar"*** *BEEP BEEP* and repeat. All

ᵥoice-Alert Environmental Alarm
Gary J. Morris, Inventor
Page 2 of 2

active local and remote environmental condition detection units will emit these messages (for examples).

In addition to units with environmental condition detection capability, alarm and annunciation capability, and signal transmission and reception capability (either radio frequency or hardwired), some units may only be capable of only receiving, alarming and annunciating without the need for detection capability. For example, these units may be desired in the bedroom quarters or others area of importance to serve as "master receiver" units to monitor all types of the environmental condition detectors present in a dwelling.

The Voice-Alert Alarm System consists of individual, specific detectors or combined detectors in a single unit to sense the intended environmental condition.

Such devices as desribed herein, may be either battery powered or 120VAC. Generally, the 120VAC system would be the hardwired embodiment. The wireless (radio frequency communication) embodiement is generally battery powered although it may also be powered by 120VAC. Water (flood) sensors are battery powered.

Respectfully Submitted,

Gary J. Morris
2026 Glenmark Avenue
Morgantown, WV 26505
March 1, 1997

DSD



## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary Jay Morris. | ) |
| U.S. Patent No. | 6144310 | ) |
| Granted: | November 7, 2000 | ) |
| Title: | Environmental condition Detector with audible Alarm and voice identifier | ) |
| Group Art Unit: 2736 | | ) |
| Examiner: | N. Tong | ) |
| Docket No: | BRK1326P1180US | ) |

<u>CERTIFICATE OF MAILING</u>

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to Hon. Commissioner of Patents, Washington, D.C. 20231, on the date below.

_August 15, 2002_
(Date)

### <u>CHANGE OF CORRESPONDENCE ADDRESS</u>
### <u>PURSUANT TO 37 CFR 1.33</u>

Hon. Commissioner of Patents
Washington, D.C. 20231

Dear Sir:

Undersigned attorney is hereby advising the United States Patent Office of

a change in correspondence address in the above-identified application. All

correspondence should be addressed to the following:

WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
(312) 655-1500

Respectfully submitted,

BY: _____
Paul M. Vargo, Reg. No. 29,116

WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
(312) 655-1500

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/299,483 | 04/26/1999 | GARY JAY MORRIS | | 3327 |

7590          06/11/2003

WELSH & KATZ, LTD.
120 SOUTH RIVERSIDE PLAZA
22ND FLOOR
CHICAGO, IL  60606

| EXAMINER |
|---|
| TONG, NINA C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2736 | |

DATE MAILED: 06/11/2003          #18

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

BRK_000160



UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, DC 20231
www.uspto.gov

WELSH & KATZ, LTD.
120 SOUTH RIVERSIDE PLAZA
22ND FLOOR
CHICAGO IL 60606

You are hereby notified under 37 CFR 1.607(d) that an applicant sought to provoke
an interference with your U. S. Patent No.   6,144,310.
The identity of the applicant is not disclosed unless an interference is declared.

A final determination of this issue has resulted in a decision not to declare an interference.
No inquiries regarding the identity of the applicant will be entertained.

Daryl C. Pope
Primary Examiner
Art Unit 2632
703-305-4838

KRISTA ZELE
SPECIAL PROGRAM EXAMINER
TECHNOLOGY CENTER 2600



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

*copy* #19

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) | PATENT |
| Patent No.: | 6,144,310 | ) | |
| Granted: | November 7, 2000 | ) | **Certificate** |
| For: | Environmental Condition Detector | ) | MAY 2 2 2003 |
| | With Audible Alarm and Voice | ) | **of Correction** |
| | Identifier Rate | ) | |

## REQUEST FOR CERTIFICATE OF CORRECTION

Mail Stop re Certificate of Correction
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Attention:    Decision and Certificate of Correction Branch
of the Patent Issue Division

Sir:

Attached, in duplicate, is Form PTO 1050 (Rev. 3-75). Since the correction requested is the result of a mistake of the Patent Office, it is believe that no payment is required. It is respectfully requested that the attached Certificate of Correction be granted. If fees are required, please charge or credit our Deposit Account No. 23-0920.

Respectfully submitted,
WELSH & KATZ, LTD.

BY _____
Earl M. Vargo, Reg. No. 29,116

120 Riverside Plaza
22nd Floor
Chicago, Illinois 60606
(312) 655-1500, Ext. 401)

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first Class Mail in an envelope addressed to Mail Stop Certificate of Correction, Commissioner of Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on *May 15-2003*.

_____
Rowena K. Lieber

MAY 2 3 2003

UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO. : 6,144,310

DATED : November 7, 2000

INVENTOR(S) : Gary Jay Morris

It is certified that error appears in the above-identified patent and that said Letters Patent are hereby corrected as shown below:

Col. 14, line 11, please insert "greater" after "times".

MAILING ADDRESS OF SENDER:

Paul L. Vargo, Reg. No. 29,116
Welsh & Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, Illinois 60606

PATENT NO.     6,144,310

FORM PTO-1050 (REV. 3-75) (Modified)
Copyright 1994 Legalsoft    P15/REV01



10/03/2007 WED 13:33 FAX Sunbeam Products, INC. ⌀002/003



Sunbeam Products, Inc.
2381 Executive Center Drive
Boca Raton, Florida 33431

October 3, 2007

Attention: Ms Allen – Maintenance Fee
Commissioner for Patents and Trademarks
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
*VIA FACSIMILE (571) 273-6500*

**RECEIVED**

OCT 0 4 2007

OFFICE OF PETITIONS

RE:  Change of Patent Number 6,144,310 from small entity to large entity

Dear Ms. Allen:

I respectfully request that you please change the above referenced patent from a small entity to a large entity. It was incorrectly filed and as a result the maintence fee amounts have been, and continue to be, incorrect. I am submitting a letter to allow us to pay the deficiency in fees as well.

You are authorized to charge our deposit account number 50-2289 for any fees that we may incur in order to complete the change.

I look forward to receiving confirmation of this change. If you have any questions, please do not hesitate to give me a call.

Sincerely,

10/04/2007 DALLEN    00000016 502289    6144310
01 FC:1559    475.00 DA

*Joanne M. Wickenhauser*

Joanne M. Wickenhauser
Manager, Intellectual Property
Direct dial: 561.912.4525
Fax:    561.912.4182

JW/bk

BRK_000164

10/03/2007 WED 13:33 FAX Sunbeam Products, INC.                    @003/003



Sunbeam Products, Inc.
2381 Executive Center Drive
Boca Raton, Florida 33431

October 3, 2007

Attention: Ms Allen – Maintenance Fee                    **RECEIVED**
Commissioner for Patents and Trademarks
United States Patent and Trademark Office                    OCT 0 4 2007
P.O. Box 1450
Alexandria, VA 22313-1450                              **OFFICE OF PETITIONS**
*VIA FACSIMILE (571) 273-6500*

RE:    **Request to pay maintenance fee deficiency on Patent Number 6,144,310**

Dear Ms. Allen:

Pursuant to my earlier request to change the entity status of the above referenced patent, I respectfully request to pay any and all maintenance fee deficiencies in relation to the change of status.

You are authorized to charge our deposit account number 50-2289 for the fees.

I look forward to receiving confirmation of this request. If you have any questions, please do not hesitate to give me a call.

Sincerely,

Joanne M. Wickenhauser
Manager, Intellectual Property
Direct dial: 561.912.4525
Fax:      561.912.4182

JW/bk

PAGE 3/3 * RCVD AT 10/3/2007 1:20:55 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-1/4 * DNIS:2736500 * CSID: * DURATION (mm-ss):01-14

BRK_000165

10/03/2007 WED 13:33 FAX  Sunbeam Products, INC.                    ☑001/003



Legal Department

RECEIVED
OCT 0 4 2007
OFFICE OF PETITIONS

**FACSIMILE COVER PAGE**

**PRIVILEGED AND CONFIDENTIAL COMMUNICATION**

TRANSMIT TO:      Ms. Allen
                  Maintenance Fee Department
                  Commissioner for Patents and Trademarks
                  United States Patent and Trademark Office
                  P.O. Box 1450
                  Alexandria, VA 22313-1450

FROM:             Joanne Wickenhauser
                  Manager, Intellectual Property
                  2381 Executive Center Drive
                  Boca Raton, FL 33431
                  Tel: 561.912.4525 / Fax: 561.912.4182

FACSIMILE NUMBER:      571-273-6500

DATE:             October 3, 2007

NUMBER OF PAGES (INCLUDING COVER PAGE):    3

RE:    Patent No.: 6,144,310
       Title: Environmental condition Detector with Audible alarm and voice Identifier
       Our Ref.: Brkbrd-2-3074

BRK_000166

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

Paper No. 21

WELSH & KATZ, LTD
120 S RIVERSIDE PLAZA
22ND FLOOR
CHICAGO IL 60606

## COPY MAILED

NOV 2 9 2007

## OFFICE OF PETITIONS

In re Patent No. 6144310               :
Issue Date: 11/07/2000                 :        NOTICE
Application No. 09/299483              :
Filed: 04/26/1999                      :
For: ENVIRONMENTAL CONDITION           :
DETECTOR WITH AUDIBLE ALARM AND        :
VOICE IDENTIFIER                       :

This is a notice regarding the correspondence styled as a request for acceptance of a fee deficiency submission under 37 CFR 1.28.

The paper is not properly signed. In this regard, petitioner's attention is directed to 37 CFR 1.33(b), which states:

> (b) Amendments and other papers. Amendments and other papers, except for written assertions pursuant to § 1.27(c)(2)(ii) of this part, filed in the application must be signed by:
>     (1) A registered patent attorney or patent agent of record appointed in compliance with § 1.32(b);
>     (2) A registered patent attorney or patent agent not of record who acts in a representative capacity under the provisions of § 1.34;
>     (3) An assignee as provided for under §3.71(b) of this chapter; or
>     (4) All of the applicants (§ 1.41(b)) for patent, unless there is an assignee of the entire interest and such assignee has taken action in the application in accordance with § 3.71 of this chapter.

37 CFR 1.27(c)(2) states:

> Parties who can sign and file the written assertion. The written assertion can be signed by:

Patent No. 6144310                                                        2

> (i) One of the parties identified in § 1.33(b) (e.g., an attorney or agent registered with the Office), § 3.73(b) of this chapter notwithstanding, who can also file the written assertion;
>
> (ii) At least one of the individuals identified as an inventor (even though a § 1.63 executed oath or declaration has not been submitted), notwithstanding § 1.33(b)(4), who can also file the written assertion pursuant to the exception under § 1.33(b) of this part; or
>
> (iii) An assignee of an undivided part interest, notwithstanding §§ 1.33(b)(3) and 3.73(b) of this chapter, but the partial assignee cannot file the assertion without resort to a party identified under § 1.33(b) of this part.

Patentees have not provided evidence that the person signing the subject paper, Joanne M. Wickenhauser, is authorized so to do. Additionally, the statement is not itemized with regard to the deficiency payment being made:

> 37 CFR 1.28 states, in pertinent part:
>
> (c) How errors in small entity status are excused. If status as a small entity is established in good faith, and fees as a small entity are paid in good faith, in any application or patent, and it is later discovered that such status as a small entity was established in error, or that through error the Office was not notified of a loss of entitlement to small entity status as required by § 1.27(g)(2), the error will be excused upon: compliance with the separate submission and itemization requirements of paragraphs (c)(1) and (c)(2) of this section, and the deficiency payment requirement of paragraph (c)(2) of this section:
>
> (1) Separate submission required for each application or patent. Any paper submitted under this paragraph must be limited to the deficiency payment (all fees paid in error), required by paragraph (c)(2) of this section, for one application or one patent. Where more than one application or patent is involved, separate submissions of deficiency payments (e.g., checks) and itemizations are required for each application or patent. See § 1.4(b).
>
> (2) Payment of deficiency owed. The deficiency owed, resulting from the previous erroneous payment of small entity fees, must be paid.
>
> (i) Calculation of the deficiency owed. The deficiency owed for each previous fee erroneously paid as a small entity is the difference between the current fee amount (for other than a small entity) on the date the deficiency is paid in full and the amount of the previous erroneous (small entity) fee payment. The total deficiency payment owed is the sum of the individual deficiency owed amounts for each fee amount previously erroneously paid as a small entity. Where a fee paid in error as a small entity was subject to a fee decrease between the time the fee was paid in error and the time the deficiency is paid in full, the deficiency owed is equal to the amount (previously) paid in error;

BRK_000168

Patent No. 6144310                                                    3

(ii) Itemization of the deficiency payment. An itemization of the total deficiency payment is required. The itemization must include the following information:

(A) Each particular type of fee that was erroneously paid as a small entity, (e.g., basic statutory filing fee, two-month extension of time fee) along with the current fee amount for a non-small entity;

(B) The small entity fee actually paid, and when. This will permit the Office to differentiate, for example, between two one-month extension of time fees erroneously paid as a small entity but on different dates;

(C) The deficiency owed amount (for each fee erroneously paid); and

(D) The total deficiency payment owed, which is the sum or total of the individual deficiency owed amounts set forth in paragraph (c)(2)(ii)(C) of this section.

(3)   Failure to comply with requirements. **If the requirements of paragraphs (c)(1) and (c)(2) of this section are not complied with, such failure will either: be treated as an authorization for the Office to process the deficiency payment and charge the processing fee set forth in § 1.17(i), or result in a requirement for compliance within a one-month non-extendable time period under § 1.136(a) to avoid the return of the fee deficiency paper, at the option of the Office.**

(emphasis added)

Patentees should file a properly signed statement in accordance with 37 CFR 1.28(c) within **one (1) month** of the mailing date of this Notice.

Further correspondence with respect to this matter should be addressed as follows:

By mail:     Mail Stop Petition
             Commissioner for Patents
             P.O. Box 1450
             Alexandria, VA 22313-1450

By FAX:      (571)273-8300
             Attn: Office of Petitions

By hand:     Customer Service Window
             Mail Stop Petition
             Randolph Building
             401 Dulany Building
             Alexandria VA 22314

Receipt of the fee payment filed with the subject paper is acknowledged.

Patent No. 6144310                                                                4

Inquiries related to this communication should be directed to the undersigned at (571) 272-3231.

Douglas I. Wood
Senior Petitions Attorney
Office of Petitions

Cc:

SUNBEAM PRODUCTS, INC.
2381 EXECUTIVE CENTER DR
BOCA RATON FL 33431

02/27/2008 WED 14:56 FAX ___beam Products, INC.

RECEIVED
CENTRAL FAX CENTER

FEB 27 2008

@002/012

# 22

IN THE UNTIED STATES PATENT AND TRADEMARK OFFICE

RECEIVED

MAR 0 3 2008

OFFICE OF PETITIONS

| | | | |
|---|---|---|---|
| Applicant: | Gary Jay Morris | | |
| Serial No.: | 09/299,483 | Patent No.: | 6,144,310 |
| Filed: | April 26, 1999 | Issued: | November 7, 2000 |
| Title: | ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER | | |

Mail Stop Petition
Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

**PETITION IN RESPONSE TO NOTICE MAILED NOVEMBER 29, 2007**

Dear Sir:

This is in response to a Notice received in connection with the above-identified patent. A copy of the Notice which was mailed on November 29, 2007, is attached.

On October 3, 2007, pursuant to a call to Letisha of the Maintenance Fee Department, two letters were sent to Ms. Allen of the same department explaining our request to change the patent entity status, and pay any subsequent fees. A copy of these letters are attached.

Pursuant to a phone call between Joanne Wickenhauser and Mr. Wood, he asked that the following be submitted in response to the petition: a breakdown of the fees paid and any balance due, and a copy of our deposit account statement, dated October 2007, showing the maintenance fee deficiency was paid on October 4, 2007.

This petition respectfully requests the change in entity status of the patent to a large entity and acceptance of the fee deficiency.

BRK_000171

02/27/2008 WED 14:56 FAX  Sunbeam Products, INC.                    ☒003/012

No fee is believed due. If any fee is required, please charge Deposit Account No. 50-2289.

Respectfully submitted,

SUNBEAM PRODUCTS, INC.

By: _____

2/26/08
Date

Lawrence J. Shurupoff
Reg. No. 30,219
2381 Executive Center Drive
Boca Raton, FL 33431
Tel. No. (561) 912-5185
Fax No. (561) 912-4182

LJS/bk
Attachments

BRK_000172

02/27/2008 WED 14:56 FAX  Sunbeam Products, INC.                    @004/012

RECEIVED
CENTRAL FAX CENTER

FEB 27 2008

*Sunbeam.*

Sunbeam Products, Inc.
2381 Executive Center Drive
Boca Raton, Florida 33431

October 3, 2007

RECEIVED

MAR 0 3 2008

OFFICE OF PETITIONS

Attention: Ms Allen – Maintenance Fee
Commissioner for Patents and Trademarks
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
*VIA FACSIMILE (571) 273-6500*

RE:    **Change of Patent Number 6, 144, 310 from small entity to large entity**

Dear Ms. Allen:

I respectfully request that you please change the above referenced patent from a small entity to a large entity. It was incorrectly filed and as a result the maintence fee amounts have been, and continue to be, incorrect. I am submitting a letter to allow us to pay the deficiency in fees as well.

You are authorized to charge our deposit account number 50-2289 for any fees that we may incur in order to complete the change.

I look forward to receiving confirmation of this change. If you have any questions, please do not hesitate to give me a call.

Sincerely,

*Joanne M. Wickenhauser*

Joanne M. Wickenhauser
Manager, Intellectual Property
Direct dial: 561.912.4525
Fax:        561.912.4182

JW/bk

BRK_000173

02/27/2008 WED 14:56 FAX Sunbeam Products, INC. @005/012



RECEIVED
CENTRAL FAX CENTER

**FEB 27 2008**

Sunbeam Products, Inc.
7381 Executive Center Drive
Boca Raton, Florida 33431

October 3, 2007

Attention: Ms Allen – Maintenance Fee
Commissioner for Patents and Trademarks
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
*VIA FACSIMILE (571) 273-6500*

**RECEIVED**

MAR 0 3 2008

OFFICE OF PETITIONS

**RE:** Request to pay maintenance fee deficiency on Patent Number 6,144,310

Dear Ms. Allen:

Pursuant to my earlier request to change the entity status of the above referenced patent, I respectfully request to pay any and all maintenance fee deficiencies in relation to the change of status.

You are authorized to charge our deposit account number 50-2289 for the fees.

I look forward to receiving confirmation of this request. If you have any questions, please do not hesitate to give me a call.

Sincerely,

Joanne M. Wickenhauser
Manager, Intellectual Property
Direct dial: 561.912.4525
Fax: 561.912.4182

JW/bk

BRK_000174

02/27/2008 WED 14:56 FAX Sunbeam Products, INC. @006/012

Patent Number 6,144,310

| What is due | How Much due for Large Entity | Paid | Difference due | Paid | Balance Due |
|---|---|---|---|---|---|
| 4th Year Maint. Fee | $930 | $455 on 12/23/03 | $475 | $475 on 10/04/07 | $0 |

RECEIVED

MAR 0 3 2008

OFFICE OF PETITIONS

BRK_000175

02/27/2008 WED 14:56 FAX Sunbeam Products, INC.        007/012

RECEIVED
CENTRAL FAX CENTER

FEB 2 7 2008

Deposit Account Statement            Page 1 of 2

**United States**
**Patent and**
**Trademark Office**

RECEIVED

MAR 0 3 2008

OFFICE OF PETITIONS

## Deposit Account Statement

| | |
|---|---|
| Requested Statement Month: | October 2007 |
| Deposit Account Number: | 502289 |
| Name: | SUNBEAM PRODUCTS, INC. |
| Attention: | JOANNE M WICKENHAUSER |
| Street Address 1: | 2381 EXECUTIVE CENTER DRIVE |
| Street Address 2: | |
| City: | BOCA RATON |
| State: | FL |
| Zip: | 33431 |
| Country: | UNITED STATES |

| DATE | SEQ | POSTING REF TXT | ATTORNEY DOCKET NBR | FEE CODE | AMT | BAL |
|---|---|---|---|---|---|---|
| 10/01 | 16901 | E-REPLENISHMENT | | 9203 | -$15,000.00 | $22,093.00 |
| 10/01 | 26540 | 2494769 | LICENS-44962 | 7205 | $100.00 | $21,993.00 |
| 10/01 | 26541 | 2494769 | LICENS-44962 | 7208 | $200.00 | $21,793.00 |
| 10/01 | 26558 | 2494769 | LICENS-44962 | 8521 | $40.00 | $21,753.00 |
| 10/02 | 2 | PCT/US07/19009 | BRKBRD-2-5841 | 8007 | $20.00 | $21,733.00 |
| 10/02 | 80 | 10884020 | 37469-8028.US01 | 1801 | $790.00 | $20,943.00 |
| 10/04 | 27 | 6144310 | | 1559 | $475.00 | $20,468.00 |
| 10/04 | 8296 | 2102883 | SUNHPRO48312 | 7205 | $100.00 | $20,368.00 |
| 10/04 | 8297 | 2102883 | SUNHPRO48312 | 7201 | $400.00 | $19,968.00 |
| 10/04 | 8706 | 2103799 | SUNHAH46470 | 7205 | $100.00 | $19,868.00 |
| 10/04 | 8707 | 2103799 | SUNHAH46470 | 7201 | $400.00 | $19,468.00 |
| 10/11 | 310 | 0433547 | SUNHPRO47049 | 7205 | $100.00 | $19,368.00 |
| 10/11 | 311 | 0433547 | SUNHPRO47049 | 7201 | $400.00 | $18,968.00 |
| 10/11 | 2137 | 29266703 | SUNNSG-2-5348 | 1502 | $820.00 | $18,148.00 |
| 10/11 | 7717 | 29272539 | SUNOST-2-5442 | 1502 | $820.00 | $17,328.00 |
| 10/16 | 12067 | 77304081 | SUNOST49944 | 7001 | $325.00 | $17,003.00 |
| 10/16 | 258 | 77304142 | SUNOST49943 | 7001 | $325.00 | $16,678.00 |
| 10/16 | 9822 | 77304949 | SUNOST49946 | 7001 | $325.00 | $16,353.00 |
| 10/16 | 9940 | 29273921 | SUNNSG-2-5551 | 1502 | $820.00 | $15,533.00 |
| 10/17 | 155 | 77305226 | SUNOST49942 | 7001 | $325.00 | $15,208.00 |
| 10/23 | 11832 | 78885381 | SUNNSG48862 | 7004 | $150.00 | $15,058.00 |
| 10/24 | 9677 | 29255994 | SUNBEV-2-4939 | 1502 | $820.00 | $14,238.00 |
| 10/24 | 11363 | 29255979 | SUNBEV-2-4938 | 1502 | $820.00 | $13,418.00 |
| 10/25 | 17 | 11877977 | SUNHAH-2-5586 | 1011 | $310.00 | $13,108.00 |
| 10/25 | 18 | 11877977 | SUNHAH-2-5586 | 1111 | $510.00 | $12,598.00 |
| 10/25 | 20 | 11877977 | SUNHAH-2-5586 | 1311 | $210.00 | $12,388.00 |
| 10/25 | 271 | 11877977 | SUNHAH-25586 | 8021 | $40.00 | $12,348.00 |
| 10/25 | 11596 | 60982503 | BRKBRD-2-5903 | 1005 | $210.00 | $12,138.00 |
| 10/29 | 636 | 2743458 | HOLMENV-49058 | 8521 | $40.00 | $12,098.00 |

https://ramps.uspto.gov/eram/Controller;jsessionid=00000L8iP7UVdMiThIrQSdpfeEW:11g10965f      1/31/2008

BRK_000176

02/27/2008 WED 14:56 FAX  ..nbeam Products, INC.                    ☒008/012

Deposit Account Statement                                          Page 2 of 2

|       |      |         |                |      |         |             |
|-------|------|---------|----------------|------|---------|-------------|
| 10/29 | 735  | 2743458 | HOLMEN-49058   | 8521 | $40.00  | $12,058.00  |

| START BALANCE | SUM OF CHARGES | SUM OF REPLENISH | END BALANCE |
|---------------|----------------|------------------|-------------|
| $7,093.00     | $10,035.00     | $15,000.00       | $12,058.00  |

Need Help? | USPTO Home Page | Finance Online Shopping Page

BRK_000177

02/27/2008 WED 14:56 FAX  Sunbeam Products, INC.                                          Ø009/012

RECEIVED
CENTRAL FAX CENTER

FEB 27 2008



UNITED STATES PATENT AND TRADEMARK OFFICE

2007 DEC -4 AM 9: 22

WELSH & KATZ LTD.

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

Paper No. 21

WELSH & KATZ, LTD
120 S RIVERSIDE PLAZA
22ND FLOOR
CHICAGO IL 60606

COPY MAILED

NOV 2 9 2007                    RECEIVED

OFFICE OF PETITIONS           MAR 0 3 2008

NOTICE

OFFICE OF PETITIONS

In re Patent No. 6144310                    :
Issue Date: 11/07/2000                      :
Application No. 09/299483                    :
Filed: 04/26/1999                           :
For: ENVIRONMENTAL CONDITION                :
DETECTOR WITH AUDIBLE ALARM AND             :
VOICE IDENTIFIER                            :

This is a notice regarding the correspondence styled as a request for acceptance of a fee deficiency submission under 37 CFR 1.28.

The paper is not properly signed. In this regard, petitioner's attention is directed to 37 CFR 1.33(b), which states:

> (b) Amendments and other papers. Amendments and other papers, except for written assertions pursuant to § 1.27(c)(2)(ii) of this part, filed in the application must be signed by:
>     (1) A registered patent attorney or patent agent of record appointed in compliance with § 1.32(b);
>     (2) A registered patent attorney or patent agent not of record who acts in a representative capacity under the provisions of § 1.34;
>     (3) An assignee as provided for under §3.71(b) of this chapter; or
>     (4) All of the applicants (§ 1.41(b)) for patent, unless there is an assignee of the entire interest and such assignee has taken action in the application in accordance with § 3.71 of this chapter.

37 CFR 1.27(c)(2) states:

> Parties who can sign and file the written assertion. The written assertion can be signed by:

BRK_000178

02/27/2008 WED 14:57 FAX  Sunbeam Products, INC.                                    @010/012

Patent No. 6144310                                                      2

     (i) One of the parties identified in § 1.33(b) (e.g., an attorney or agent registered with the Office), § 3.73(b) of this chapter notwithstanding, who can also file the written assertion;

     (ii) At least one of the individuals identified as an inventor (even though a § 1.63 executed oath or declaration has not been submitted), notwithstanding § 1.33(b)(4), who can also file the written assertion pursuant to the exception under § 1.33(b) of this part; or

     (iii) An assignee of an undivided part interest, notwithstanding §§ 1.33(b)(3) and 3.73(b) of this chapter, but the partial assignee cannot file the assertion without resort to a party identified under § 1.33(b) of this part.

Patentees have not provided evidence that the person signing the subject paper, Joanne M. Wickenhauser, is authorized so to do. Additionally, the statement is not itemized with regard to the deficiency payment being made:

37 CFR 1.28 states, in pertinent part:

(e) How errors in small entity status are excused. If status as a small entity is established in good faith, and fees as a small entity are paid in good faith, in any application or patent, and it is later discovered that such status as a small entity was established in error, or that through error the Office was not notified of a loss of entitlement to small entity status as required by § 1.27(g)(2), the error will be excused upon: compliance with the separate submission and itemization requirements of paragraphs (e)(1) and (e)(2) of this section, and the deficiency payment requirement of paragraph (e)(2) of this section:

(1) Separate submission required for each application or patent. Any paper submitted under this paragraph must be limited to the deficiency payment (all fees paid in error), required by paragraph (e)(2) of this section, for one application or one patent. Where more than one application or patent is involved, separate submissions of deficiency payments (e.g., checks) and itemizations are required for each application or patent. See § 1.4(b).

(2) Payment of deficiency owed. The deficiency owed, resulting from the previous erroneous payment of small entity fees, must be paid.

    (i) Calculation of the deficiency owed. The deficiency owed for each previous fee erroneously paid as a small entity is the difference between the current fee amount (for other than a small entity) on the date the deficiency is paid in full and the amount of the previous erroneous (small entity) fee payment. The total deficiency payment owed is the sum of the individual deficiency owed amounts for each fee amount previously erroneously paid as a small entity. Where a fee paid in error as a small entity was subject to a fee decrease between the time the fee was paid in error and the time the deficiency is paid in full, the deficiency owed is equal to the amount (previously) paid in error;

BRK_000179

02/27/2008 WED 14:57 FAX  Sunbeam Products, INC.                                    ☒011/012

Patent No. 6144310                                                                        3

(ii) Itemization of the deficiency payment. An itemization of the total deficiency payment is required. The itemization must include the following information:

(A) Each particular type of fee that was erroneously paid as a small entity, (e.g., basic statutory filing fee, two-month extension of time fee) along with the current fee amount for a non-small entity;

(B) The small entity fee actually paid, and when. This will permit the Office to differentiate, for example, between two one-month extension of time fees erroneously paid as a small entity but on different dates;

(C) The deficiency owed amount (for each fee erroneously paid); and

(D) The total deficiency payment owed, which is the sum or total of the individual deficiency owed amounts set forth in paragraph (c)(2)(ii)(C) of this section.

(3)    Failure to comply with requirements. **If the requirements of paragraphs (c)(1) and (c)(2) of this section are not complied with, such failure will either: be treated as an authorization for the Office to process the deficiency payment and charge the processing fee set forth in § 1.17(i), or result in a requirement for compliance within a one-month non-extendable time period under § 1.136(a) to avoid the return of the fee deficiency paper, at the option of the Office.**

(emphasis added)

Patentees should file a properly signed statement in accordance with 37 CFR 1.28(c) within one (1) month of the mailing date of this Notice.

Further correspondence with respect to this matter should be addressed as follows:

By mail:     Mail Stop Petition
             Commissioner for Patents
             P.O. Box 1450
             Alexandria, VA 22313-1450

By FAX:      (571)273-8300
             Attn: Office of Petitions

By hand:     Customer Service Window
             Mail Stop Petition
             Randolph Building
             401 Dulany Building
             Alexandria VA 22314

Receipt of the fee payment filed with the subject paper is acknowledged.

BRK_000180

02/27/2008 WED 14:57 FAX Sunbeam Products, INC.                              ☒012/012

Patent No. 6144310                                                          4

Inquiries related to this communication should be directed to the undersigned at (571) 272-3231.

*DWood*

Douglas I. Wood
Senior Petitions Attorney
Office of Petitions

Cc:

SUNBEAM PRODUCTS, INC.
2381 EXECUTIVE CENTER DR.
BOCA RATON FL 33431

BRK_000181

02/27/2008 WED 14:56 FAX Sunbeam Products, INC.                               ☒001/012

RECEIVED
CENTRAL FAX CENTER

FEB 27 2008


# Sunbeam
## Legal Department
### FACSIMILE COVER PAGE
#### PRIVILEGED AND CONFIDENTIAL COMMUNICATION

TRANSMIT TO:     United States Patent and Trademark Office
                 Attention: Douglas I. Wood, Senior Petitions Attorney
                 Office of Petitions

FROM:            Lawrence J. Shurupoff
                 Sunbeam Products, Inc.
                 2381 Executive Center Drive
                 Boca Raton, FL 33431
                 Tel: 561-912-5185 / Fax: 561-912-4182

RECEIVED

MAR 03 2008

OFFICE OF PETITIONS

FACSIMILE NUMBER:        571-273-8300

DATE:                    February 27, 2008

NUMBER OF PAGES (INCLUDING COVER PAGE):        12

In re Application of:    Gary Jay Morris

Filed:   April 26, 1999                      Application No.:  09/299,483

Issued:  November 7, 2000                    Patent No.:  6,144,310

For:  ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER

Attached are the following:

1.  Petition in Response to Notice (2 pages)

2.  Letters dated October 3, 2007 addressed to Ms. Allen (2 pages)

3.  Breakdown of fees paid on patent (1 page)

4.  Copy of Deposit Account Statement for October 2007 (2 pages)

5.  Copy of Notice (4 pages)

6.  The Commissioner is hereby authorized to charge any additional necessary fee(s) to

Deposit Account No. 50-2289.

#### CERTIFICATE OF TRANSMISSION

I here certify that this Transmittal and Response to Office Action along with a Facsimile Cover Sheet are being transmitted by facsimile to the United States Patent and Trademark Office in accordance with 37 C.F.R. 1.6(d) on the date shown below:

Date:  February 27, 2008
Signature: _____

Bernadette Kogut, Coordinator, IP

BRK_000182

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

Paper No. 23

WELSH & KATZ, LTD
120 S RIVERSIDE PLAZA
22ND FLOOR
CHICAGO IL 60606

**COPY MAILED**

MAR 3 1 2008

In re Patent No. 6144310 :
Issue Date: 11/07/2000 :
Application No. 09/299483 :                    NOTICE
Filed: 04/26/1999 :
For: ENVIRONMENTAL CONDITION :
DETECTOR WITH AUDIBLE ALARM AND :
VOICE IDENTIFIER :

This is a notice regarding your renewed request for acceptance of a fee deficiency submission under 37 CFR 1.28 filed on February 27, 2008.

The Office no longer investigates or rejects original or reissue patent under 37 CFR 1.56. **1098 Off. Gaz. Pat. Office 502 (January 3, 1989)**. Therefore, nothing in this Notice is intended to imply that an investigation was done.

Your fee deficiency submission under 37 CFR 1.28 is hereby **ACCEPTED**.

This patent is no longer entitled to small entity status. Accordingly, all future fees paid in this patent must be paid at the large entity rate.

The address in the petition is different than the correspondence address. A courtesy copy of this decision will be mailed to the address in the petition. All future correspondence, however, will be mailed solely to the address of record. Petitioners should file a change of correspondence address if the address has changed.

Inquiries related to this communication should be directed to the undersigned at (571) 272-3231.

Douglas I. Wood
Senior Petitions Attorney
Office of Petitions

Cc:    LAWRENCE J. SHURUPOFF
       SUNBEAM PRODUCTS, INC.
       2381 EXECUTIVE CENTER DRIVE
       BOCA RATON FL 33431



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | PATENT NUMBER | GROUP ART UNIT | FILE WRAPPER LOCATION |
|---|---|---|---|
| 09/299,483 | 6144310 | 2736 | 9200 K I0021 I001 I07 |

### Change of Address/Power of Attorney

**The following fields have been set to Customer Number 24628 on**

- Correspondence Address
- Power of Attorney

**The address of record for Customer Number 24628 is:**
WELSH & KATZ, LTD
120 S RIVERSIDE PLAZA
22ND FLOOR
CHICAGO, IL 60606

**The Practitioners of record for Customer Number 24628 are:**

**PTO INSTRUCTIONS:**

Please take the following action when the correspondence address has been changed to a customer number:
1) Add 'ADDRESS CHANGE TO CUSTOMER NUMBER' on the next available content line of the File Jacket.
2) Put a line through the old address on the File Jacket and enter the Customer Number as the new address.
3) File this Notice in the File Jacket.

Please take the following action when the correspondence address has NOT been changed:
1) File this Notice in the File Jacket

BRK_000184

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

05/05/1999 JARTIS    00000063 09299483

01 FC:201                              380.00 OP
02 FC:202                              156.00 OP
03 FC:203                                9.00 OP

PTO-1556
(5/87)
*U.S. GPO: 1998-433-214/80404

BRK_000185

PTO/SB/17 (2/98)
Approved for use through 9/30/2000. OMB 0651-0032
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL

Patent fees are subject to annual revision on October 1.
These are the fees effective October 1, 1997.
Small Entity payments _must_ be supported by a small entity statement,
otherwise large entity fees must be paid. See Forms PTO/SB/09-12.
See 37 C.F.R. §§ 1.27 and 1.28.

**TOTAL AMOUNT OF PAYMENT** ($) 675.00

| Complete if Known | |
|---|---|
| Application Number | |
| Filing Date | April 26, 1999 |
| First Named Inventor | Gary J. Morris |
| Examiner Name | |
| Group / Art Unit | |
| Attorney Docket No. | |

## METHOD OF PAYMENT (check one)

1. ☐ The Commissioner is hereby authorized to charge indicated fees and credit any over payments to:

Deposit Account Number _____
Deposit Account Name _____

☐ Charge Any Additional Fee Required Under 37 C.F.R. §§ 1.15 and 1.17    ☐ Charge the Issue Fee Set in 37 C.F.R. § 1.18 at the Mailing of the Notice of Allowance

2. ☒ Payment Enclosed:
☒ Check   ☐ Money Order   ☐ Other

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 101 | 760 | 201 | 395 | Utility filing fee | $380.00 |
| 106 | 330 | 206 | 165 | Design filing fee | |
| 107 | 540 | 207 | 270 | Plant filing fee | |
| 108 | 760 | 208 | 395 | Reissue filing fee | |
| 114 | 150 | 214 | 75 | Provisional filing fee | |

**SUBTOTAL (1)** ($) 380.00

### 2. EXTRA CLAIM FEES

| | | Extra Claims | | Fee from below | | Fee Paid |
|---|---|---|---|---|---|---|
| Total Claims | 21 | -20** = | 1 | X | $9 | $9.00 |
| Independent Claims | 7 | - 3** = | 4 | X | $39 | $156.00 |
| Multiple Dependent | | | | | | |

**or number previously paid, if greater; For Reissues, see below

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description |
|---|---|---|---|---|
| 103 | 22 | 203 | 11 | Claims in excess of 20 |
| 102 | 82 | 202 | 41 | Independent claims in excess of 3 |
| 104 | 270 | 204 | 135 | Multiple dependent claim, if not paid |
| 109 | 82 | 209 | 41 | ** Reissue independent claims over original patent |
| 110 | 22 | 210 | 11 | ** Reissue claims in excess of 20 and over original patent |

**SUBTOTAL (2)** ($) 165.00

## FEE CALCULATION (continued)

### 3. ADDITIONAL FEES

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet. | |
| 139 | 130 | 139 | 130 | Non-English specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | |
| 115 | 110 | 215 | 55 | Extension for reply within first month | |
| 116 | 400 | 216 | 200 | Extension for reply within second month | |
| 117 | 950 | 217 | 475 | Extension for reply within third month | |
| 118 | 1,510 | 218 | 755 | Extension for reply within fourth month | |
| 128 | 2,060 | 228 | 1,030 | Extension for reply within fifth month | |
| 119 | 310 | 219 | 155 | Notice of Appeal | |
| 120 | 310 | 220 | 155 | Filing a brief in support of an appeal | |
| 121 | 270 | 221 | 135 | Request for oral hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive - unavoidable | |
| 141 | 1,320 | 241 | 660 | Petition to revive - unintentional | |
| 142 | 1,320 | 242 | 660 | Utility issue fee (or reissue) | |
| 143 | 450 | 243 | 225 | Design issue fee | |
| 144 | 670 | 244 | 335 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | $130.00 |
| 123 | 50 | 123 | 50 | Petitions related to provisional applications | |
| 126 | 240 | 126 | 240 | Submission of Information Disclosure Stmt | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | |
| 146 | 790 | 246 | 395 | Filing a submission after final rejection (37 CFR 1.129(a)) | |
| 149 | 790 | 249 | 395 | For each additional invention to be examined (37 CFR 1.129(b)) | |

Other fee (specify) _____
Other fee (specify) _____

* Reduced by Basic Filing Fee Paid

**SUBTOTAL (3)** ($) 130.00

## SUBMITTED BY

| Typed or Printed Name | Gary J. Morris |
|---|---|
| Signature | |
| Date | 4/26/99 |

**Complete (if applicable)**

| Reg. Number | |
|---|---|
| Deposit Account User ID | |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231

BRK_000186

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective November 10, 1998

Application or Docket Number
09/299483

## CLAIMS AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY TYPE ☐ RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|-----|-------------------------|-------------------------|------|-----|-----|------|-----|
| BASIC FEE | | | | 380.00 | OR | | 760.00 |
| TOTAL CLAIMS | minus 20= * | | X$ 9= | | OR | X$18= | |
| INDEPENDENT CLAIMS | minus 3 = * | | X39= | | OR | X78= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +130= | | OR | +260= | |
| | | | TOTAL | | OR | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

### AMENDMENT A

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * 22 | Minus | ** 48 | | X$ 9= | | OR | X$18= | |
| Independent | * 10 | Minus | *** 10 | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT B

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * 20 | Minus | ** 48 | = | X$ 9= | | OR | X$18= | |
| Independent | * 10 | Minus | *** 10 | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT C

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus | *** | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 6/98)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

① Rov N

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective November 10, 1998

Application or Docket Number

## CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| | | | RATE | FEE | | RATE | FEE |
| BASIC FEE | | | | 380.00 | OR | | 760.00 |
| TOTAL CLAIMS | 21 minus 20= | * 1 | X$ 9= | 9 | OR | X$18= | |
| INDEPENDENT CLAIMS | 7 minus 3 = | * 4 | X39= | 156 | OR | X78= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +130= | | OR | +260= | |
| * If the difference in column 1 is less than zero, enter "0" in column 2 | | | TOTAL | 545 | OR | TOTAL | |

## CLAIMS AS AMENDED - PART II

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| **AMENDMENT A** | Total | * 37 | Minus | ** 21 | = 16 | X$ 9= | 144 | OR | X$18= | |
| | Independent | * 9 | Minus | *** 7 | = 2 | X39= | 78 | OR | X78= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | | TOTAL ADDIT. FEE | 222 | OR | TOTAL ADDIT. FEE | |

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT B** | Total | * 48 | Minus | ** 37 | = 11 | X$ 9= | 99.00 | OR | X$18= | |
| | Independent | * 10 | Minus | *** 9 | = 1 | X39= | 39.00 | OR | X78= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | 130.00 | OR | +260= | |
| | | | | | | TOTAL ADDIT. FEE | 268.00 | OR | TOTAL ADDIT. FEE | |

482.00

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT C** | Total | * 22 | Minus | ** 48 | = — | X$ 9= | | OR | X$18= | |
| | Independent | * 10 | Minus | *** 10 | = — | X39= | | OR | X78= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

MULTIPLE DEPENDENT ☐ IM

**FEE CALCULATION SHEET**
*(FOR USE WITH FORM PTO-875)*

SERIAL NO.

APPLICANT(S)

FILING DATE

## CLAIMS

| | AS FILED | | AFTER 1st AMENDMENT | | AFTER 2nd AMENDMENT | | | | * | | * | | * | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IND. | DEP. | IND. | DEP. | IND. | DEP. | | | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 1 | | | | | / | | | 51 | | | | | | |
| 2 | | | | | / | | | 52 | | | | | | |
| 3 | | | | | / | | | 53 | | | | | | |
| 4 | | | | | / | | | 54 | | | | | | |
| 5 | | | | | / | | | 55 | | | | | | |
| 6 | | | | | / | | | 56 | | | | | | |
| 7 | | | | | | / | | 57 | | | | | | |
| 8 | | | | | | / | | 58 | | | | | | |
| 9 | | | | | | / | | 59 | | | | | | |
| 10 | | | | | | / | | 60 | | | | | | |
| 11 | | | | | | / | | 61 | | | | | | |
| 12 | | | | | | / | | 62 | | | | | | |
| 13 | | | | | | / | | 63 | | | | | | |
| 14 | | | | | | / | | 64 | | | | | | |
| 15 | | | | | | / | | 65 | | | | | | |
| 16 | | | | | | / | | 66 | | | | | | |
| 17 | | | | | | / | | 67 | | | | | | |
| 18 | | | | | | / | | 68 | | | | | | |
| 19 | | | | | / | | | 69 | | | | | | |
| 20 | | | | | | / | | 70 | | | | | | |
| 21 | | | | | | / | | 71 | | | | | | |
| 22 | | | | | / | | | 72 | | | | | | |
| 23 | | | | | | / | | 73 | | | | | | |
| 24 | | | | | | / | | 74 | | | | | | |
| 25 | | | | | | / | | 75 | | | | | | |
| 26 | | | | | | / | | 76 | | | | | | |
| 27 | | | | | | / | | 77 | | | | | | |
| 28 | | | | | | / | | 78 | | | | | | |
| 29 | | | | | | / | | 79 | | | | | | |
| 30 | | | | | | / | | 80 | | | | | | |
| 31 | | | | | / | | | 81 | | | | | | |
| 32 | | | | | | / | | 82 | | | | | | |
| 33 | | | | | | / | | 83 | | | | | | |
| 34 | | | | | | / | | 84 | | | | | | |
| 35 | | | | | | / | | 85 | | | | | | |
| 36 | | | | | | / | | 86 | | | | | | |
| 37 | | | | | | / | | 87 | | | | | | |
| 38 | | | | | | / | | 88 | | | | | | |
| 39 | | | | | | / | | 89 | | | | | | |
| 40 | | | | | | / | | 90 | | | | | | |
| 41 | | | | | | / | | 91 | | | | | | |
| 42 | | | | | | / | | 92 | | | | | | |
| 43 | | | | | | / | | 93 | | | | | | |
| 44 | | | | | / | | | 94 | | | | | | |
| 45 | | | | | / | | | 95 | | | | | | |
| 46 | | | | | | | | 96 | | | | | | |
| 47 | | | | | | | | 97 | | | | | | |
| 48 | | | | | | | | 98 | | | | | | |
| 49 | | | | | | | | 99 | | | | | | |
| 50 | | | | | | | | 100 | | | | | | |
| TOTAL IND. | | ↵ | | ↵ | | ↵ | | TOTAL IND. | | ↵ | | ↵ | | ↵ |
| TOTAL DEP. | | | | | | | | TOTAL DEP. | | | | | | |
| TOTAL CLAIMS | | | | | | | | TOTAL CLAIMS | | | | | | |

PTO-1360 (3-78)

*MAY BE USED FOR ADDITIONAL CLAIMS OR AMENDMENTS

U.S. DEPARTMENT of COMMERCE
Patent and Trademark Office

BRK_000189



## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| ~~340~~ 340 | 692 * | 12/8/99 | N.T. |
| | 500 | | |
| | 505 | | |
| | 506 * | | |
| | 517 * | | |
| | 520 | | |
| | 521 | | |
| | 522 | | |
| | 52~~2~~ | | |
| | 52~~4~~ * | | |
| | 531 | | |
| | 532 | | |
| | 533 | | |
| | 534 * | | |
| | 539 | | |
| | 540 * | | |
| | 577 * | | |
| | 584 * | | |
| | 605 * | | |
| | 628 * | | |
| | 632 * | | |
| | 691.1 * | | |
| | 691.4 * | | |
| | 693.5 * | | |
| | 693.6 * | | |
| | 693.7 * | | |
| | 693.9 . | | |
| | 693.11 | | |
| | 286.01 | | |
| | 286.05 | | |
| | 286.11 | 12/8/99 | N.T. |
| | 320 | | |
| | 329 384.1 * 384.3, 384.4 384.73 | | |

repeated N.T. 6/12/00

## SEARCH NOTES
### (INCLUDING SEARCH STRATEGY)

| | Date | Exmr. |
|---|---|---|
| Chk w/ CIP 09/417,154 | 6/12/01 | N.T. |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 340 | 692 | 6/12/00 | N.T. |
| | 628 | | |
| | 632 | | |
| | 539 | | |
| | 577 | | |
| | 693.11 | | |
| | 505 | | |
| | 506 | 6/12/00 | N.T. |

(RIGHT OUTSIDE)

BRK_000190

ISSUE CLASSIFICATION (For additional cross references)

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| FEE DETERMINATION | J. G. | | 5/4/99 |
| O.I.P.E. CLASSIFIER | | 25 | 05-11-99 |
| FORMALITY REVIEW | PMB | 709.96 | 5-14-99 |

## INDEX OF CLAIMS

| | | | | |
|---|---|---|---|---|
| ✔ | ........... Rejected | N | ........... Non-elected |
| = | ........... Allowed | I | ........... Interference |
| — | (Through numeral)... Canceled | A | ........... Appeal |
| ÷ | ........... Restricted | O | ........... Objected |

If more than 150 claims or 10 actions
staple additional sheet here

(LEFT INSIDE)

BRK_000191

# EXHIBIT C

US006323780B1

(12) **United States Patent**

Morris

(10) Patent No.: **US 6,323,780 B1**

(45) Date of Patent: *Nov. 27, 2001

(54) **COMMUNICATIVE ENVIRONMENTAL ALARM SYSTEM WITH VOICE INDICATION**

(76) Inventor: **Gary J. Morris**, 2026 Glenmark Ave., Morgantown, WV (US) 26505

( * ) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/417,154**

(22) Filed: **Oct. 12, 1999**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/299,483, filed on Apr. 26, 1999, now Pat. No. 6,144,310.

(60) Provisional application No. 60/104,217, filed on Oct. 14, 1998.

(51) Int. Cl.[7] .................................................. G08B 25/08

(52) U.S. Cl. ........................ 340/692; 340/539; 340/577; 340/505; 340/506; 340/628; 340/632; 340/693.11

(58) Field of Search .................................. 340/692, 539, 340/628, 632, 577, 693.11, 505, 506, 500, 517, 520–524, 531–534, 540, 584, 605, 691.1, 691.4, 693.5, 693.6, 693.7, 693.9, 286.01, 286.05, 286.11, 328, 329, 384.1, 384.3, 384.4, 384.73

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,906,491 | 9/1975 | Gosswiller et al. . |
| 4,101,872 * | 7/1978 | Pappas ................................. 340/539 |
| 4,141,007 * | 2/1979 | Kavasilios et al. .................. 340/539 |
| 4,160,246 | 7/1979 | Martin et al. . |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

90/01759    2/1990   (WO) .

OTHER PUBLICATIONS

NFPA 72 National Fire Alarm Code 1996 Edition, 72–1 to 72–106 (partial copy); NFPA 720, Recommended Practice for the Installation of Household Carbon Monoxide (CO) Warning Equipment 1998 Edition.

UL 217 ISBN 0–7629–0062–8, Single and Multiple Station Smoke Alarms, Mar. 16, 1998–Feb. 21, 1997; UL 2034 ISBN 0–7629–274–9, Single and Multiple Station Carbon Monoxide Alarms, Dec. 21, 1998–Oct. 29, 1996.

*Primary Examiner*—Nina Tong

(74) *Attorney, Agent, or Firm*—Rockey, Milanow & Katz, Ltd.

(57) **ABSTRACT**

The battery powered or 120 VAC powered environmental condition detector of the present invention is designed to provide an early warning of the presence of an environmental condition (smoke or carbon monoxide gas or natural gas or propane gas or any multiple combination of these offending agents) to persons in remote areas of a building. The detector sensing the environmental condition emits an audible tonal pattern alarm, while transmitting a radio signal directly to other environmental condition detectors to activate their alarms and to activate an electronically stored human voice recording (or synthesized voice) that indicates the location of the environmental condition detector sensing the environmental condition, or the type of environmental condition, or both. Rechargeable light modules separate from the detector are included that receive the signal from the detector sensing the environmental condition and illuminate areas and paths of egress for the duration of the alarm condition or in case of 120 VAC power failure. All components of the system are easy to install due to the modular design and conventional power sources. An intermittent activation of the electronic circuitry in the detector unit may be used to conserve battery energy in the battery powered embodiment.

**59 Claims, 7 Drawing Sheets**



US 6,323,780 B1

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,275,274 | 6/1981 | English . |
| 4,282,519 | 8/1981 | Haglund et al. . |
| 4,288,789 | 9/1981 | Molinick et al. . |
| 4,335,379 | 6/1982 | Martin . |
| 4,343,990 | 8/1982 | Ueda . |
| 4,350,860 | 9/1982 | Ueda . |
| 4,351,999 | 9/1982 | Nagamoto et al. . |
| 4,363,031 * | 12/1982 | Reinowitz ............................ 340/539 |
| 4,365,315 | 12/1982 | Jamnik . |
| 4,366,873 | 1/1983 | Levy et al. . |
| 4,375,329 | 3/1983 | Park . |
| 4,389,639 | 6/1983 | Torii et al. . |
| 4,400,786 | 8/1983 | Mandei et al. . |
| 4,453,222 | 6/1984 | Goszyk . |
| 4,455,551 | 6/1984 | Lemelson . |
| 4,481,507 | 11/1984 | Takiguchi et al. . |
| 4,498,078 | 2/1985 | Yoshimura et al. . |
| 4,500,971 | 2/1985 | Futaki et al. . |
| 4,519,027 | 5/1985 | Vogelsberg . |
| 4,531,114 * | 7/1985 | Topol et al. ......................... 340/539 |
| 4,560,978 | 12/1985 | Lemelson . |
| 4,572,652 | 2/1986 | Tada et al. . |
| 4,682,348 | 7/1987 | Dawson et al. . |
| 4,688,021 * | 8/1987 | Buck et al. .......................... 340/521 |
| 4,754,266 | 6/1988 | Shand et al. . |
| 4,810,996 | 3/1989 | Glen et al. . |
| 4,816,809 | 3/1989 | Kim . |
| 4,821,027 | 4/1989 | Mallory et al. . |
| 4,851,823 | 7/1989 | Mori . |
| 4,862,147 | 8/1989 | Thomas . |
| 4,894,642 | 1/1990 | Ashbaugh et al. . |
| 4,940,965 | 7/1990 | Umehara . |
| 4,988,980 | 1/1991 | Graham . |
| 5,019,805 * | 5/1991 | Curl et al. ........................... 340/628 |
| 5,103,206 * | 4/1992 | Yu ......................................... 340/506 |
| 5,117,217 | 5/1992 | Nykerk . |
| 5,229,753 | 7/1993 | Berg et al. . |
| 5,291,183 | 3/1994 | Chiang . |
| 5,349,338 | 9/1994 | Routman et al. . |
| 5,379,028 | 1/1995 | Chung . |
| 5,460,228 | 10/1995 | Butler . |
| 5,506,565 * | 4/1996 | De Leon et al. .................... 340/522 |
| 5,587,705 | 12/1996 | Morris . |
| 5,657,380 | 8/1997 | Mozer . |
| 5,663,714 | 9/1997 | Fray . |
| 5,673,023 | 9/1997 | Smith . |
| 5,724,020 | 3/1998 | Hsu . |
| 5,726,629 | 3/1998 | Yu . |
| 5,764,134 | 6/1998 | Carr et al. . |
| 5,786,749 | 7/1998 | Johnson et al. . |
| 5,786,768 | 7/1998 | Chan et al. . |
| 5,798,686 | 8/1998 | Schreiner . |
| 5,841,347 | 11/1998 | Kim . |
| 5,846,089 | 12/1998 | Weiss et al. . |
| 5,856,781 | 1/1999 | Michel et al. . |
| 5,864,288 | 1/1999 | Hogan . |
| 5,874,893 | 2/1999 | Ford . |
| 5,877,698 | 3/1999 | Kusnier et al. . |
| 5,886,631 | 3/1999 | Ralph . |
| 5,894,275 | 4/1999 | Swingle . |
| 5,898,369 * | 4/1999 | Godwin ................................. 340/539 |
| 5,914,650 | 6/1999 | Segan . |
| 5,936,515 | 8/1999 | Right et al. . |
| 5,986,540 | 11/1999 | Nakagaki et al. . |
| 6,114,967 | 9/2000 | Yousif . |
| 6,144,310 | 11/2000 | Morris . |
| 6,229,449 | 5/2001 | Kirchner et al. . |

* cited by examiner

BRK_000193

Case: 1:13-cv-07900 Document #: 143-1 Filed: 05/05/14 Page 197 of 380 PageID #:3730



**Fig. 1**

BRK_000194

# Fig. 1A



BRK_000195



**Fig. 2**

BRK_000196

Case: 1:13-cv-07900 Document #: 143-1 Filed: 05/05/14 Page 200 of 380 PageID #:3733



**Fig. 3**



**Fig. 4**

BRK_000197



**Fig. 5**

BRK_000198



## Fig. 6



## Fig. 7



**Fig. 8**

BRK_000200

US 6,323,780 B1

1

# COMMUNICATIVE ENVIRONMENTAL ALARM SYSTEM WITH VOICE INDICATION

This application claims the benefit of Provisional Patent Application No. 60/104,217, including Disclosure Document 415668, filed Oct. 14, 1998. This application is a continuation-in-part of U.S. Patent application entitled Environmental Condition Detector With Audible Alarm And Voice Identifier, Ser. No. 09/299,483, filed Apr. 26, 1999 now issued as Pat. No. 6,144,310.

## FIELD OF THE INVENTION

The invention pertains to ambient condition detectors. More particularly, the invention pertains to such detectors which incorporate verbal outputs.

## BACKGROUND OF THE INVENTION

Harmful agents such as smoke, carbon monoxide gas, natural gas, or propane gas may unknowingly exist for significant periods of time in areas of dwellings before the occupants are warned through conventional environmental condition detector systems. Even with a plurality of conventional detectors, occupants in remote locations of an involved dwelling may not be able to hear the local alarm horn, know where the problem exists, or know what type of problem has been detected based on the audible tonal alarm pattern alone.

A need exists for environmental condition detection systems that can effectively provide an early warning to dwelling occupants in remote locations or levels away from the source of the environmental condition and can provide a means for lighted areas and paths of egress while doing so in a cost effective and simple manner. Such a system should be easy to install and operate to encourage usage.

Environmental condition detectors designed for remote sensing are commonly electrically hardwired to a central annunciator/controller panel to indicate the location of the environmental condition within a building. Unfortunately, only some businesses and few residences are currently equipped with hardwired detection systems with centralized smoke/fire annunciator panels.

Installing and retrofitting of remote environmental condition detection systems within buildings and residences without centralized annunciator panels is greatly facilitated with the environmental condition detector system described herein. Such detectors can incorporate wireless, for example radio frequency, intercommunication capabilities, to verbally indicate the location of the detector which sensed the environmental condition in a remote location. The type of environmental condition detected can be verbally indicated. Areas and paths of egress can be illuminated all without the need for a central control unit.

## SUMMARY OF THE INVENTION

An environmental condition detection system signals occupants of a building or residence through the combined use of an audible tonal pattern alarm and voice when a selected environmental condition, such as an alarm condition, is detected in the area of any of the detectors. In one embodiment, remotely controlled light modules illuminate paths of egress or other desired areas during the selected environmental condition.

The detectors can be stand alone units for smoke detection, carbon monoxide detection, natural gas detection,

2

or propane gas detection. Alternately, multiple sensors can be incorporated into a combination unit.

In another embodiment, two or more wirelessly coupled detectors form a system. Additional detectors or light modules may be employed as needed for desired coverage.

If a selected environmental condition is sensed by any one detector, it emits an audible tonal pattern alarm and also emits an electronically recorded verbal message indicating that the environmental condition is in close proximity to the detector. The verbal message can, for example, state the type of alarm, fire, gas and/or location. Simultaneously, that detector transmits a preset coded, wireless signal to all other such detectors within the region or building tuned to the same said wireless code. This results in the remotely located detector units emitting an audible tonal alarm pattern and an electronically recorded human voice (or synthesized voice) to indicate where, elsewhere in the region or building, the environmental condition has been detected to serve as an early and descriptive warning for the occupants.

The voice recording is selectively indicative of the location of the environmental condition sensed or the type of environmental condition sensed, or both. This voice recording can be selected by the user.

As an option, the user can record a message into the electronic memory using a microphone for specific dwellings. For example, a smoke detector located on the second floor of a dwelling receiving a radio frequency signal from a smoke detector located in the basement of the same dwelling would, in one embodiment emit the smoke detector tonal pattern alarm and intermittently emit the voice saying "Basement", or "Smoke in Basement", "Fire" or similar messages, during periods of silence within the tonal pattern alarm.

In one aspect of the invention, a system includes two or more autonomous environmental condition detectors which directly, and wirelessly communicate with other like environmental condition detectors through a radio frequency link (or other wireless link) between units without the need for a centralized control unit. This provides flexibility in location selection, reduced risk of total system failure in the absence of a single centralized control unit, and ease of installation of the system.

In yet another aspect of the invention, wireless communication can be provided to remote light modules to illuminate paths of egress or to illuminate any other room or area desired by the system user for the duration of the sensing of an environmental condition. The light modules are, in one embodiment, 120 VAC rechargeable battery powered units designed to energize a lamp during a 120 VAC power failure or upon receiving a properly coded radio signal from any of the detectors which within radio signal range have sensed the environmental condition.

The light modules are intended to be plugged into standard wall mounted 120 VAC receptacles to provide illumination in close proximity to the floor (approximately 40 cm above the floor). These light modules may be fixed to the wall outlets with screw fasteners to prevent their removal or may be simply held in place by the outlet plug friction so that the light module may be removed and carried as an emergency flashlight during the environmental condition.

Numerous other advantages and features of the present invention will become readily apparent from the following detailed description of the invention and the embodiments thereof, from the claims and from the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a detector with voice indication according to the invention;

US 6,323,780 B1

3

FIG. 1A illustrates a multi-detector system wherein the detectors communicate wirelessly directly with one another;

FIG. 2 is a block diagram of a light module usable in conjunction with the preferred embodiment of the detector diagram shown in FIG. 1;

FIG. 3 illustrates an exemplary audible tonal pattern alarm and recorded voice message combination emitted by the detector of FIG. 1 when configured as a fire detector and using a recorded voice message as an environmental condition type identifier;

FIG. 4 illustrates an exemplary audible tonal pattern alarm and recorded voice message combination emitted by the detector of FIG. 1 when configured as a fire detector using a recorded voice message as an environmental condition location identifier;

FIG. 5 illustrates an exemplary audible tonal pattern alarm and recorded voice message combination emitted by the detector of FIG. 1 when configured as a carbon monoxide detector using a recorded voice message as an environmental condition type identifier;

FIG. 6 illustrates an alternate verbal message emittable by a fire or smoke detector as in FIG. 1;

FIG. 7 illustrates an alternate verbal message emittable by a gas detector as in FIG. 1; and

FIG. 8 illustrates one method for the user to specify the installation location of the detector of FIG. 1.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

While this invention is susceptible of embodiment in many different forms, specific embodiments are shown in the drawing and will be described herein in detail with the understanding that the present disclosure is to be considered as an exemplification of the principles of the invention and is not intended to limit the invention to the specific embodiments illustrated.

This application is a continuation-in-part of Ser. No. 09/299,483 filed Apr. 26, 1999. The specification and figures thereof are incorporated herein by reference.

A block diagram of a detector 6-i is illustrated in FIG. 1. Detector 6-i is contained within and carried by a housing 8.

Detector 6-i is powered, for example by a long life battery (alkaline or lithium, for example) 10. Alternately, a plug can be provided for coupling to standard 120 VAC. AC power with a battery back-up is an alternative.

An environmental condition sensor 20, for example a conventional smoke sensor, carbon monoxide sensor, natural gas sensor, or propane gas sensor, (or any multiple combination thereof) is any sensor type utilizing methods typically known in the art.

In one embodiment, sensor(s) 20 could each contain electronics (an ASIC for example) for purposes of making an alarm determination. For example, sensed smoke can be compared to a pre-selected threshold to establish the presence of a fire alarm condition. One or more values of sensed gas concentration can be processed to establish the presence of a gas alarm condition. In such a structure, upon sensing the alarm condition, the sensor 20 energizes an alarm unit 22 which sounds its local alarm to indicate that an environmental alarm condition has been sensed in proximity of the sensor 20.

In an alternate embodiment, processor 30, in conjunction with instructions prestored in ROM, PROM, EEPROM 32 or the like could be programmed to make an alarm deter-

4

mination. Random access memory 34 could also be coupled to processor 30 to provide temporary data storage. In this embodiment, processor 30 could select from one or more sets of tonal output patterns, stored in memory unit 32, and use a selected pre-stored set to drive output transducer 22. Types of storable patterns include a U.S. standard fire alarm pattern, a Canadian standard fire alarm pattern and one or more U.S. standard gas alarm patterns.

While the detector 6-i of FIG. 1 could be used as a stand alone unit, with or without the transmitter 40 and receiver 70, in an alternate embodiment, it can be one of a plurality of substantially identical detectors in a system. FIG. 1A illustrates a system which incorporates a plurality of detectors 6-1, 6-2 . . . 6-n all of which are substantially identical to the detector 6-i of FIG. 1.

In multi-detector systems, see FIG. 1A, the microprocessor 30 (in an active detector such as detector 6-1), signals a wireless transmitter 40 to transmit a coded, wireless signal defined by a location code selector 50 to all other detectors, 6-2, 6-3 . . . 6-n. At the same time, optional light modules 100-1 . . . 100-2 (FIG. 2) within receiving range can also be energized.

In the system of FIG. 1A, if one of the detectors goes into alarm, for example detector 6-1, in addition to sounding a local tonal alarm with an intervening verbal alarm identifying message, the active detector communicates wirelessly with other detectors 6-2 . . . 6-n in the range of transmitter 40. This communication is direct, detector-to-detector. This communication can be implemented by RF transmission, optical transmission, or sonic transmission without limitation. It will be understood that references to "Radio" as a form of wireless transmission in the figures is intended to be exemplary only and not limiting.

Each of the detectors 6-2 . . . 6-n which receives a wireless communication from a displaced detector such as detector 6-1, recognizes the alarm type and location of the originating detector given the contents of the received message. Hence, each of the receiving detectors can go into an appropriate alarm state and verbally provide location information and/or type information as to the source of the alarm. It will be understood that a detector, such as detector 6-3, in direct communication with active detector 6-1 could also relay a similar message to detector 6-n which might be out of direct range of the detector 6-1.

Additionally, the active detector, such as detector 6-1, can via the same transmission, activate a plurality of light modules 100-1 . . . 100-n corresponding to the light module 100-i of FIG. 2 as discussed subsequently. The activated light modules can provide a lighted escape pathway for an individual in the vicinity of the active detector 6-1 and can provide lighted regions in the vicinity of all light modules 100-1 . . . 100-n located within range.

As discussed below, each of the detectors 6-i can include a location code selector element and a radio address code selector element which is user settable. These user specifiable settings customize the behavior of an otherwise standard detector and provide advantageous flexibility.

The location code selector 50 is a user-set dip-switch/jumper arrangement that enables the user to define the location voice information that remote units will play upon receiving a signal from an alarmed detector that initially senses the environmental condition, such as a fire or a gas concentration. The location code selector 50 programs the transmitter 40 to transmit the coded signal.

By way of example, detectors located on the first floor of a dwelling may be set by the location code selector 50 to

US 6,323,780 B1

5

transmit a wireless signal to all other detectors instructing them to emit the audible tonal pattern alarm suitable for the detector type plus a voice playback indicating "First Floor" or "Smoke on First Floor", "Fire", "Fire First Floor" or the like, with periodicity.

Detectors located on the second floor of a dwelling may be set by the location code selector 50 to transmit a wireless signal to all other detectors instructing them to emit the audible tonal pattern alarm suitable for the detector type plus a voice playback indicating "Second Floor" or "Smoke on Second Floor" with periodicity. The voice messages are played during periods of silence in the audible tonal pattern alarm.

The address code selector 60 is a user-set switch that enables the user to select a coded wireless signal to be used for both transmission and reception, the intercommunication link between the detector units. This code is user-selectable to alleviate interference with spurious radio waves, optical waves or sonic waves and with other similar systems that may be operating in close proximity and are not desired to be operated within the same system.

Upon reception of a valid wireless signal, the receiver and decoder 70 decodes the signal according to the address code selector 60 setting. Upon verification that the received wireless signal originating from a desired transmitter, the receiver and decoder 70 then signals the microprocessor 30 to energize and drive the alarm unit 22 to sound its audible tonal alarm pattern.

Processor 30 also signals the electronic voice storage 80 to play or output the proper pre-stored voice information through the audio transducer/speaker 90 to verbally indicate the location of the detector sensing the environmental condition. An optional microphone 96 provides a means for the user to record short custom location information into the electronic voice storage 80.

It will be understood that a wide variety of electronic configurations for the detector 6-i come within the spirit and scope of the present invention. As noted previously, the detector 6-i can incorporate one or more different environmental condition sensors 20. For example, detector 6-i can incorporate a smoke sensor such an ionization-type smoke sensor or a photoelectric-type smoke sensor. In addition, that detector can incorporate a gas sensor, such a carbon monoxide sensor, a position sensor, a motion sensor or the like without limitation.

Various types of processing come within the spirit and scope of the detector 6-i. For example, processor 30 can detect signals from the sensors 20 carried by the detector 6-i, and, based on pre-stored executable instructions, make all necessary alarm decisions. This includes processing of signals from smoke sensors and/or processing of signals from gas sensors, thermal sensors and the like. Alternately, one or more of the sensors 20 can be coupled to an application specific integrated circuit (ASIC) which can carry out processing specific to that type of sensor. Output from the ASIC can in turn be coupled to the processor 30 if desired.

Further, it will be understood that the alarm output transducer 22 and the audio transducer 90 can be separate elements or they can be integrated into a single unitary output transducer without departing from the spirit and scope of the present invention. Processor 30 can be augmented, or replaced, with hard wired circuits as desired within the spirit and scope of the present invention.

An output light module 100-i is illustrated in FIG. 2. The module 100-i is intended to be coupled to a 120 VAC electrical outlet by prongs 110. Received AC powers a 120

6

VAC to low-voltage DC electrical power supply 120. The low-voltage DC electrical power supply 120 maintains a rechargeable battery pack 130 in a state of full charge.

An internal lamp switch control 140 energizes a low-voltage lamp 150 during a 120 VAC power failure as determined by a 120 VAC power failure circuit 160 or by reception of a properly coded wireless signal by the receiver and decoder 170. This signal will have been transmitted from a detector unit that has sensed an environmental alarm condition.

The receiver and decoder 170 is continuously active and is powered by the power supply 120 through the battery pack 130 when 120 VAC power 110 is available or by the battery pack 130 upon 120 VAC power failure. The receiver and decoder 170 interprets the wireless signals received as programmed by the user-selectable address code selector 180. The address code selector 180 is set to the same address code as the address code selector 70 in FIG. 1 if the light module 100-i is to be part of the same system, see FIG. 1A.

Upon reception of a valid wireless signal from a detector that has sensed an environmental alarm condition, the receiver and decoder 170 signals the internal electronic switch 140 to energize the low-voltage lamp 150.

The low-voltage lamp 150 is powered from the power supply 120 as long as the 120 VAC power supply 110 is functioning. Otherwise, the low-voltage lamp 150 is powered by the rechargeable battery pack 130.

Once activated by reception of a valid wireless signal, the low-voltage lamp 150 remains energized at least until no further valid wireless signals are received. If desired, a manual reset can be provided by a user operating the reset switch 190. When the low-voltage lamp 150 is energized due to a 120 VAC supply failure, it remains energized until the 120 VAC power supply is reactivated or the energy of the battery pack 130 is expended.

In addition, other types of receiving units are within the spirit and scope of the present invention. One alternate type of receiving unit is a wirelessly coupled fire extinguisher.

FIG. 3 is an exemplary smoke alarm timing plot 200 of the sound emitted by an alarmed detector 6-i which incorporates a smoke sensor. In the output pattern of FIG. 3, both an audible tonal pattern alarm 210 and a recorded voice message 220 convey information about the specific environmental condition detected.

In FIG. 3, the detector embodiment is a fire detector implemented as a smoke detector using voice as an environmental condition type identifier only. The recorded voice message 220 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 210 consistent with conventional smoke detector alarms.

Other messages identifying alarm type could be used. For example, instead of "Smoke", the detector could verbalize "Fire" or "Fire Fire". In the example of FIG. 3, groups of three spaced apart 0.5 second fire alarm tones, generated by output transducer 22 (FIG. 1), are spaced apart by 1.5 second silent intervals. The verbal alarm message 220 is output repetitiously during the 1.5 second silence interval. The verbal messages specify and can reinforce the type of alarm. Other tone patterns and silent intervals come within the spirit and scope of the present invention.

FIG. 4 illustrates an exemplary alarm timing plot of the sound 230 emitted by a smoke detector using an audible tonal pattern alarm 240 to convey a smoke alarm and a recorded voice message 250 to convey the location of the detected fire and smoke. In FIG. 4, the environmental

US 6,323,780 B1

7

condition detector embodiment is a smoke detector using voice as an environmental condition location identifier only. The recorded voice message 250 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 240 consistent with conventional smoke detector alarms.

FIG. 5 illustrates an exemplary alarm timing plot of sound 260 emitted by a detector such as detector 6-i (FIG. 1) with a CO sensor. An audible tonal pattern alarm 270 indicative of detected carbon monoxide and a recorded voice message 280 convey the specific type of environmental condition, carbon monoxide and the location of the alarmed detector sensing the dangerous levels of carbon monoxide.

In FIG. 5, the environmental condition detector embodiment is a carbon monoxide detector using voice as both an environmental condition type identifier and location identifier. The recorded voice message 280 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 270 consistent with conventional carbon monoxide alarms.

FIG. 6 illustrates a tonal/verbal smoke detector output with an alternate verbal message. FIG. 7 illustrates a tonal/verbal carbon monoxide detector output with an alternate verbal message. The exemplary tonal pattern alarms and recorded voice messages are illustrative and not intended to exhaustively illustrate all possible tonal alarm patterns and recorded voice messages.

FIG. 8 illustrates a selectable coding apparatus 290, corresponding to selector 50 for the user to select one of the pre-defined locations when the detector 6-i (FIG. 1) has been installed in a dwelling. Selectable coding elements such as a jumper 300 on DIP header pins 310 or DIP switches (not shown) are alternate methods to define the installation location of a detector. Typical dwelling locations are shown in FIG. 6. The list of FIG. 6 is not intended to be exhaustive. Alternate mechanisms for specifying location also come within the spirit and scope of the present invention.

In summary, in one embodiment, the present inventive wireless communicative environmental alarm system with voice indication for indicating an alarm condition due to the presence of smoke, carbon monoxide gas, natural gas, propane gas or any multiple combination of these offending agents includes one or more sensors for indicating the presence of the selected environmental conditions wherein the sensor(s) is/are any known type. Actuation of an output transducer generates an audible tonal alarm pattern with voice for the duration of the environmental condition.

Wireless direct communication between detectors utilizes user-selectable, coded, signal transmission. The detectors can include a user-selectable, coded wireless transmitter and receiver.

The communication signal can be coded to verbally indicate the location within the dwelling of the detector that has sensed the respective environmental condition(s) by preset switches or manually settable elements for the user to manually select the verbal information indicative of each environmental condition detector location to be emitted. This selected information will be verbally emitted by all environmental condition detectors that receive the coded wireless signal transmission from the detector that has gone into alarm.

Circuitry is included for conservation of battery energy through intermittent activation of the wireless receiving circuitry. Low power electronic circuitry is included to control the activation intermittency of the receiving circuitry.

Test circuits for electronically simulating an environmental condition within the respective detector include a test

8

switch accessible to the user operating the test switch activates the local audible alarm and initiates a wireless transmission to all other environmental condition detector units with an embedded code indicative of the location of the detector under test to determine operability of components therein.

Verbal information regarding the location of the sensed environmental condition, the type of the sensed environmental condition, or both, is emitted during silent periods within the audible tonal pattern alarm emitted by the active detector during an alarm condition. Multiple tonal patterns can be stored in detector memory.

The invention also pertains to a low voltage direct current, rechargeable light module to illuminate areas of a dwelling and paths of egress from a dwelling during an alarm condition. Exemplary modules include connectors for direct connection to a 120 VAC power supply wall outlet or the like; circuitry for conversion of 120 VAC power to a low voltage direct current, and a source of illumination wherein the illumination source includes, for example, a low voltage lamp.

The module may include circuitry by which to energize the low voltage lamp upon failure of 120 VAC power supply; or upon reception of a coded wireless signal from a detector's transmission. Circuitry is included for reception and decoding of the received wireless signal wherein a user can select the code for decoding. The system may also include a facility for manually de-energizing the lamp, such as a reset switch, accessible to the user.

It will be understood that in instances where a detector includes two or more sensors that it will include multiple tonal alarms and verbal messages, one set for each sensor. Similarly, multiple coded messages specifying alarm type, associated with each respective sensor, can be wirelessly transmitted to other detectors.

Output transducers, such as transducer 22, can include loud speakers or piezoelectric elements. Transducer 90 can include loud speakers.

The various preferred embodiments described above are merely descriptive of the present invention and are in no way intended to limit the scope of the invention. Modifications of the present invention will become obvious to those skilled in the art in light of the detailed description above, and such modifications are intended to fall within the scope of the appended claims.

What is claimed:

1. An environmental condition detection system having:
   a minimum of two environmental condition detectors, each said environmental condition detector comprising
   (a) at least one sensor for detecting the presence of a selected environmental condition,
   (b) an audible alarm having at least one user unalterable, prescribed audible tonal pattern active in response to sensing said environmental condition in accordance with a predetermined criterion;
   (c) voice circuitry for playing at least one user unalterable, pre-recorded voice message wherein the message verbally describes the type of detected environmental condition for the duration of detection thereof in accordance with said criterion such that said pre-recorded voice message is emitted during periods of silence in said prescribed audible tonal pattern alarm; and
   (d) a transmitter and a receiver for wireless direct communication with other detectors of the system wherein each transmitter transmits coded wireless

BRK_000204

US 6,323,780 B1

9

signals and each said receiver responds to received, coded signals, each said detector emitting at least one user unalterable electronically pre-recorded voice message, the selection of which is defined by electronic decoding of the received wireless signal transmitted by a condition detector sensing said environmental condition;

(e) selectable coding circuitry to define the installation location of the respective detector and wherein the voice circuitry plays a location specifying message; wherein said at least one sensor is selected from a group including a smoke sensor, a carbon monoxide gas sensor, a natural gas sensor, and a propane gas sensor.

2. The system of claim 1 wherein at least some of the detectors include at least a second sensor of a different type and wherein the voice circuitry therein plays a second user unalterable pre-recorded voice message which describes a second type of detected environmental condition such that the pre-recorded voice is emitted during periods of silence in a prescribed audible tonal pattern.

3. The system of claim 1 further comprising a light module to illuminate adjacent areas during the detection of said environmental condition, said a light module comprising a lamp, an element for a plug-in type connection of the module to a power supply, a rechargeable battery for powering said light module upon a power failure, a control circuit and a wireless receiver, said circuit causing said lamp to be energized by upon receipt of a selected coded wireless signal by the receiver.

4. The system of claim 1 wherein said voice circuitry for playing said pre-recorded voice messages has further circuitry to provide for the selection of language type presentation of said pre-recorded voice messages.

5. The system of claim 1 wherein said audible alarm comprises storage for multiple tonal alarm patterns.

6. The system of claim 5 which includes a processor programmed for retrieving a selected tonal alarm pattern and presenting same to the audible alarm.

7. A system as in claim 1 wherein the type of wireless communication is selected from a class which includes acoustic transmission, optical transmission and radio frequency transmission.

8. A system as in claim 1 which includes at least one light module having:

a wireless receiver;

control circuitry coupled to the receiver; and

a source of illumination coupled to the control circuitry wherein the control circuitry energizes the source in response to receipt of a selected wireless signal.

9. A system as in claim 8 which includes a power supply.

10. A system as in claim 9 wherein the supply comprises a battery.

11. A system as in claim 9 wherein the supply includes a connector for engaging an exterior source of energy.

12. An environmental condition detection system comprising:

a minimum of two environmental condition detectors, each said environmental condition detector comprising

(a) at least one sensor for detecting the presence of a selected environmental condition,

(b) an audible alarm having at least one user unalterable prescribed audible tonal pattern active in response to sensing said environmental condition in accordance with a predetermined parameter;

(c) circuitry for playing at least one user unalterable pre-recorded voice message wherein the message

10

verbally describes the location of the detected environmental condition for the duration of detection thereof in accordance with the parameter such that said pre-recorded voice message is emitted during selected periods of silence in said prescribed audible tonal pattern;

(d) a transmitter and a receiver for wireless direct communication with other detectors of the system wherein each transmitter transmits coded wireless signals and each said receiver responds to received, coded signals, each said detector emitting at least one user unalterable electronically pre-recorded voice message, the selection of which is defined by electronic decoding of the received wireless signal transmitted by a detector sensing said environmental condition; and

(e) wherein said circuitry for playing said pre-recorded voice messages has a second circuit to provide for the selection of language-type presentation of said pre-recorded voice messages.

13. The system as in claim 12 wherein the circuitry plays a user unalterable. condition specifying message during other periods of silence.

14. The system of claim 13 wherein at least some of the detectors include at least a second sensor of a different type and wherein the circuitry therein plays a second, user unalterable condition specifying pre-recorded voice message such that the pre-recorded voice is emitted during periods of silence in a prescribed audible tonal pattern.

15. The system of claim 14 wherein said audible alarm comprises storage for multiple tonal alarm patterns.

16. The system of claim 15 which includes a processor programmed for retrieving a selected tonal alarm pattern and presenting same to the audible alarm.

17. The system of claim 12 wherein said sensors are selected from a group including a smoke sensor, a carbon monoxide gas sensor, a natural gas sensor, and a propane gas sensor.

18. The system of claim 12 further comprising a light module to illuminate adjacent areas during the detection of said environmental condition, said a light module comprising a lamp, an element for a plug-in type connection of the module to a power supply, a rechargeable battery for powering said light module upon a power failure, a control circuit and a wireless receiver, said circuit causing said lamp to be energized by upon receipt of a selected coded wireless signal by the receiver.

19. A system as in claim 12 wherein the type of wireless communication is selected from a class which includes acoustic transmission, optical transmission and radio frequency transmission.

20. A system as in claim 12 which includes at least one light module having:

a wireless receiver;

control circuitry coupled to the receiver; and

a source of illumination coupled to the control circuitry wherein the control circuitry energizes the source in response to receipt of a selected wireless signal.

21. A system as in claim 20 which includes a power supply.

22. A system as in claim 21 wherein the supply includes at least one prong for engaging an exterior source.

23. A method for providing environmental condition detection for a multi-section region comprising:

(a) locating a minimum of two environmental condition detectors in different sections of the region;

(b) setting a selectable coding element in each detector to define the location of the respective detector within a section;

US 6,323,780 B1

11

(c) sensing an environmental condition and playing a user unalterable pre-recorded voice message, which verbally describes at least the location of the sensed condition;

(d) communicating wirelessly with another, selected detector such that the pre-recorded voice message at the sensed location is also emitted at the another detector.

24. A method as in claim 23 which includes verbally stating a type of sensed condition.

25. A method as in claim 23 which includes:

selecting the wireless communication from a class which includes acoustic communication, optical communication radio-type communication.

26. A method as in claim 23 which includes:

communicating wirelessly with a displaced source of illumination; and

energizing the source in response to receipt of a selected communication.

27. A detector comprising:

a) at least one sensor for sensing the presence of an environmental condition, wherein said sensor is selected from a group including a smoke sensor, a carbon monoxide gas sensor, a natural gas sensor, and a propane gas sensor and wherein said sensor further includes at least a second, different sensor,

b) a transmitter for transmitting a radio frequency signal,

c) a selector to define a coded radio frequency signal to be transmitted by said transmitter,

d) a receiver for radio signal reception,

e) an alarm code selector to define a voice information code to be transmitted in said radio signal, and

f) an audio transducer that emits selected user unalterable voice information in response to the receiver receiving a selected radio signal transmitted by another transmitter.

28. A detector as in claim 27 which includes circuitry for storage of at least one user unalterable alarm type voice message.

29. A detector as in claim 28 which includes circuitry for storage of a second, location specifying voice message.

30. A self-contained ambient condition detector comprising:

a housing;

at least one ambient condition sensor carried by the housing;

a control element, carried by the housing and coupled to the sensor, for establishing the presence of a selected alarm condition;

a wireless receiver coupled to the control element wherein the receiver and control element receive and decode wireless messages transmitted by other detectors;

a manually settable location specifying member, coupled to the control element whereby a user can specify a location at which the housing is installed;

voice annunciating circuitry and a plurality of stored user unalterable verbal outputs with one output identifying, at least in part, an alarm type and at least one output identifying, at least in part, an alarm location wherein in response to a received wireless message from another detector, the voice annunciation circuitry outputs at least one of a verbal alarm type and a verbal alarm location; and

a wireless transmitter, coupled to the control element whereby the control element includes circuitry for

12

formatting wireless alarm specifying messages for transmission to displaced, substantially identical, detectors whereby the receiving detectors receive the alarm specifying messages for verbal presentation thereat;

wherein transmitted messages include location information as specified by the manually settable member.

31. A detector as in claim 30 wherein the at least one sensor is selected from a class which includes a position sensor, a motion sensor, a breakage sensor, a gas sensor, and a fire sensor.

32. A detector as in claim 30 which includes a second, different, sensor wherein the sensors are selected from a class which includes a gas sensor, a smoke sensor and a thermal sensor.

33. A detector as in claim 30 wherein the control element comprises a programmed processor and associated storage unit which includes at least one prestored audible alarm indicating tonal output pattern.

34. A detector as in claim 33 which includes a plurality of tonal output patterns pre-stored in the unit wherein one of the patterns is a fire alarm pattern.

35. A detector as in claim 34 wherein another of the prestored patterns is a gas alarm pattern.

36. A detector as in claim 30 wherein the control element comprises a storage unit for digitally storing at least one alarm indicating tonal output pattern.

37. A detector as in claim 30 wherein the annunciating circuitry comprises a speech synthesizer.

38. A detector as in claim 30 which includes a tonal output device coupled to the control element wherein the control element in response to the presence of the selected alarm condition, drives the output device to emit pluralities of alarm specifying output tones wherein the pluralities are temporally spaced apart from one another a selected interval and wherein the voice annunciating circuitry outputs at least one of the verbal alarm type and the verbal alarm location during the selected intervals.

39. A detector as in claim 38 wherein the pluralities of output tones are user unalterable.

40. A detector as in claim 39 wherein in response to the received wireless message, the voice annunciation circuitry outputs at least one of the verbal alarm type and the verbal alarm location during the selected intervals.

41. An alarm system comprising:

a plurality of wirelessly coupled, self-contained detectors wherein each detector includes a transceiver for wireless transmission of and reception of coded messages, directly communicated between detectors, wherein the messages include at least alarm specifying information transmitted by a detector exhibiting an alarm condition; and

wherein at least some detectors include voice output circuitry for verbally broadcasting user unalterable messages identifying the existence of an alarm condition at a different detector in response to a coded message directly received therefrom;

wherein at least some of the detectors include manually settable location specifying circuitry and the transmitted messages therefrom include both alarm and location information;

wherein the voice output circuitry of at least some of the detectors verbally outputs both alarm and location information received from another detector.

42. A system as in claim 41 wherein at least some of the detectors include at least one ambient condition sensor

BRK_000206

US 6,323,780 B1

13

14

selected from a class which includes at least a fire sensor, a gas sensor, a position sensor, a motion sensor and a breakage sensor.

43. A system as in claim 42 wherein the fire sensors comprise one or more of a thermal sensor, a photoelectric smoke sensor and an ionization smoke sensor.

44. A system as in claim 41 wherein at least some of the detectors include an alarm indicating audible output transducer.

45. A system as in claim 44 wherein at least some of the transducers comprise piezoelectric transducers.

46. A system as in claim 44 wherein verbal alarm specifying messages are interleaved with user unalterable tonal alarm indicating messages.

47. A system as in claim 46 wherein verbal alarm location messages are interleaved with tonal alarm indicating messages.

48. A system comprising:

at least one detector wherein the detector includes an ambient condition sensor and control circuitry for detecting the presence of a selected ambient condition and for emitting a user unalterable, patterned tonal alarm indicative of the detected condition wherein groups of tones are spaced apart by a first interval and tones in a group are spaced apart by a second, shorter, interval;

a transmitter coupled to the control circuitry for wirelessly emitting a condition specifying control signal to at least one displaced illumination module wherein the module comprises at least one prong for releasibly coupling to an external source of power, a receiver for receipt of the condition specifying control signal, a light source and circuitry for illuminating the source in response to receipt of the condition specifying control signal; and

voice annunciating circuitry for playing at least one, user unalterable, pre-recorded voice message during the first intervals wherein the message specifies the type of condition and wherein the voice annunciating circuitry is located at least in part at the detector;

a settable location specifying element coupled to the control circuit and wherein the annunciating circuitry verbally introduces a location specifying message, in accordance with a setting of the location specifying element, into some of the first intervals which would otherwise be silent;

a second detector, substantially identical to the at least one detector wherein the detectors can both be in wireless communication with the module.

49. A system as in claim 48 wherein the detectors each include a manually changeable, system specifying code incorporated into the condition specifying control signal.

50. A system as in claim 49 wherein the module includes circuitry for establishing the presence of a predetermined system specifying code in a received condition specifying control signal.

51. A system as in claim 50 wherein the module includes a manually changeable, system specifying code.

52. A system as in claim 48 wherein the module includes a battery.

53. A system as in claim 48 wherein the verbal type specifying message and the location specifying message are stored at the at least one detector.

54. An electrical unit comprising:

at least one of a condition sensor and source of illumination;

a control circuit responsive to a selected ambient condition to produce at least one output signal indicative thereof;

an audible output device, coupled to the control circuit and drivable thereby in response to the selected condition, to produce groups of user unalterable, alarm-type indicating tones wherein groups of tones are spaced apart a first interval and wherein tones in a group are spaced apart from one another a second, shorter interval;

voice output circuitry, coupled to the control circuit and driven thereby to produce at least one user unalterable alarm specifying output message which verbally identifies the same alarm as does the tonal output pattern wherein the output message is injected into at least some of the first intervals between tonal groups;

a settable system specifying element coupled to the control circuit for establishing a coded system specific identifier; and

at least one of a transmitter and a receiver coupled to the control circuitry to respectively send or receive a wireless signal indicative of the condition wherein sent signals include a system identifier and wherein received signals include a system identifier.

55. An electrical unit as in claim 54 wherein the sensor and the transmitter are coupled to the control circuit.

56. An electrical unit as in claim 54 wherein the source and the receiver are coupled to the control circuit.

57. An electrical unit as in claim 54 wherein the control circuit includes a programmed processor and wherein instructions for implementing at least the alarm condition indicating tones are executed thereby.

58. An electrical unit as in claim 54 which includes a settable location specifying element and wherein the voice output circuitry, when driven by the control circuit verbally produces a location specifying message, in accordance with a setting of the location specifying element in some of the first intervals which would otherwise be silent, provided, that the coded system specific identifier matches any received system identifier.

59. An electrical unit comprising:

at least one of a condition sensor and a source of illumination;

a control circuit responsive to a selected ambient condition to produce at least one output signal indicative thereof;

an audible output device, coupled to the control circuit and drivable thereby in response to the selected condition, to produce groups of user unalterable, alarm type indicating tones wherein groups of tones are spaced apart a first interval and wherein tones in a group are spaced apart from one another a second, shorter interval;

voice output circuitry, coupled to the control circuit and driven thereby to produce at least one user unalterable output message which verbally identifies an alarm location wherein the output message is injected into at least some of the first intervals between tonal groups;

a settable system specifying element coupled to the control circuit for establishing a coded system specific identifier; and

at least one of a transmitter and a receiver coupled to the control circuitry to respectively send or receive a wireless signal indicative of the condition wherein sent signals include a system identifier and wherein received signals include a system identifier.

*  *  *  *  *

# EXHIBIT D

PATENT NUMBER

**6323780**

6323780

## U.S. UTILITY PATENT APPLICATION

| O.I.P.E. | PATENT DATE |
|---|---|
| SCANNED | NOV 2 7 2001 |

| SECTOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|
| | 340 | 692 | 2736 | N. Tong |

FILED WITH: ☐ DISK (CRF)  ☐ FICHE
(Attached in pocket on right inside flap)

**CPA**

PREPARED AND APPROVED FOR ISSUE 2600

### ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | | |
| 340 | 692 | 340 | 539 | 577 | 505 | 506 | 628 | 632 | |
| INTERNATIONAL CLASSIFICATION | | | 693.11 | | | | | | |
| G 0 8 B | 25/08 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

☐ Continued on Issue Slip Inside File Jacket

| ☐ TERMINAL DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| 09/447,754 | 7 | 9 | 1 | 59 | |

☐ a) The term of this patent subsequent to has been disclaimed.

☑ b) The term of this patent not extend beyond the expiration of U.S. Patent No.

☐ c) The terminal ___ mo this patent have been discl

NOTICE OF ALLOWANCE MAILED

6-19-01

**Nina Tong**
**Primary Examiner**

(Primary Examiner)  6/26/01  (Date)

(Legal Instruments Examiner)  6-29-01  (Date)

| ISSUE FEE | |
|---|---|
| Amount Due | Date Paid |
| $620.00 | 8-27-01 |

ISSUE BATCH NUMBER
P 0 2

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 10/97)

Issue Fee

(LABEL AREA) (Informal Drawings)  shts)set

(FACE)

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/417,154 | 10/12/99 | 340 | 2736 | BRC-208.0-US |

APPLICANT

GARY J. MORRIS, MORGANTOWN, WV.

```
**CONTINUING DOMESTIC DATA*********************
    VERIFIED  PROVISIONAL APPLICATION NO. 60/104,217 10/14/98
                AND A CIP OF    09/299,483 04/26/99   Now U.S. Pat. No. 6,144,310
    N.T.

**371 (NAT'L STAGE) DATA*******************
    VERIFIED
    N.T.




**FOREIGN APPLICATIONS************
    VERIFIED
    N.J.
```

IF REQUIRED, FOREIGN FILING LICENSE GRANTED 10/29/99 ** SMALL ENTITY **

| Foreign Priority claimed ☐yes ☐no<br>35 USC 119 (a-d) conditions met ☐yes ☐no ☐Met after Allowance<br>Verified and Acknowledged _____ _____<br>Examiner's Initials   Initials | STATE OR COUNTRY<br>WV | SHEETS DRAWING<br>7 | TOTAL CLAIMS<br>65 | INDEPENDENT CLAIMS<br>9 |
|---|---|---|---|---|

ADDRESS

ROCKEY MILNAMOW & KATZ LTD
TWO PRUDENTIAL PLAZA
180 NORTH STETSON AVENUE
SUITE 4700
CHICAGO IL 60601

TITLE

COMMUNICATIVE ENVIRONMENTAL ALARM SYSTEM WITH VOICE INDICATION

| FILING FEE RECEIVED<br>$1,019 | FEES: Authority has been given in Paper<br>No. _____ to charge/credit DEPOSIT ACCOUNT<br>NO. _____ for the following: | ☐ All Fees<br>☐ 1.16 Fees (Filing)<br>☐ 1.17 Fees (Processing Ext. of time)<br>☐ 1.18 Fees (Issue)<br>☐ Other _____<br>☐ Credit |
|---|---|---|

BRK_000209

# PATENT APPLICATION

09/417154

09/417154

10/12/99

INITIALS _____

# CONTENTS

| | | Date received (Incl. C. of M.) or Date Mailed | | | Date received (Incl. C. of M.) or Date Mailed |
|---|---|---|---|---|---|
| 1. | Application papers. | | 42. | | |
| 2. | Prior Art | 1/4/00 | 43. | | |
| 3. | DS Supp | 2/29/00 | 44. | | |
| 4. | Ref 3 months | 6-15-00 | 45. | | |
| 5. | Ltr. to Draftsmen | 9/18/00 | 46. | | |
| 6. | Amdt. A | 9-18-00 | 47. | | |
| 7. | Terminal Disclaimer | 9-18-00 | 48. | | |
| 8. | Final Rej. 3 months | 12-5-00 | 49. | | |
| 9. | Amdt. B (W/2) | 2-28-01 | 50. | | |
| 10. | Interview Summary | 3-9-01 | 51. | | |
| 11. | Ex Amdt. C | 3/19/01 | 52. | | |
| 12. | Amdt. D (Rule 312) | 4-2-01 | 53. | | |
| 13. | RN Notice to 312 | 5/17/01 | 54. | | |
| 14. | Rej. 103 CPA | 5-17-01 | 55. | | |
| 15. | | 5-17-01 | 56. | | |
| 16. | Notice of Allowability | 6-19-01 | 57. | | |
| 17. | Formal Drawings (1 sheet) | 8/27/01 | 58. | | |
| 18. | | | 59. | | |
| 19. | | | 60. | | |
| 20. | | | 61. | | |
| 21. | | | 62. | | |
| 22. | | | 63. | | |
| 23. | | | 64. | | |
| 24. | | | 65. | | |
| 25. | | | 66. | | |
| 26. | | | 67. | | |
| 27. | | | 68. | | |
| 28. | | | 69. | | |
| 29. | | | 70. | | |
| 30. | | | 71. | | |
| 31. | | | 72. | | |
| 32. | | | 73. | | |
| 33. | | | 74. | | |
| 34. | | | 75. | | |
| 35. | | | 76. | | |
| 36. | | | 77. | | |
| 37. | | | 78. | | |
| 38. | | | 79. | | |
| 39. | | | 80. | | |
| 40. | | | 81. | | |
| 41. | | | 82. | | |

(FRONT)

BRK_000210



US006323780B1

(12) **United States Patent** (10) **Patent No.: US 6,323,780 B1**
Morris (45) **Date of Patent: *Nov. 27, 2001**

(54) **COMMUNICATIVE ENVIRONMENTAL ALARM SYSTEM WITH VOICE INDICATION**

(76) Inventor: **Gary J. Morris**, 2026 Glenmark Ave., Morgantown, WV (US) 26505

( * ) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/417,154**

(22) Filed: **Oct. 12, 1999**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/299,483, filed on Apr. 26, 1999, now Pat. No. 6,144,310.
(60) Provisional application No. 60/104,217, filed on Oct. 14, 1998.

(51) Int. Cl.[7] ..................................... G08B 25/08
(52) U.S. Cl. ..................... 340/692; 340/539; 340/577; 340/505; 340/506; 340/628; 340/632; 340/693.11
(58) Field of Search ......................... 340/692, 539, 340/628, 632, 577, 693.11, 505, 506, 500, 517, 520–524, 531–534, 540, 584, 605, 691.1, 691.4, 693.5, 693.6, 693.7, 693.9, 286.01, 286.05, 286.11, 328, 329, 384.1, 384.3, 384.4, 384.73

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,906,491 | 9/1975 | Gosswiller et al. . |
| 4,101,872 * | 7/1978 | Pappas ..................... 340/539 |
| 4,141,007 * | 2/1979 | Kavasilios et al. ........... 340/539 |
| 4,160,246 | 7/1979 | Martin et al. . |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

90/01759 2/1990 (WO) .

OTHER PUBLICATIONS

NFPA 72 National Fire Alarm Code 1996 Edition, 72–1 to 72–106 (partial copy); NFPA 720, Recommended Practice for the Installation of Household Carbon Monoxide (CO) Warning Equipment 1998 Edition.
UL 217 ISBN 0–7629–0062–8, Single and Multiple Station Smoke Alarms, Mar. 16, 1998–Feb. 21, 1997; UL 2034 ISBN 0–7629–274–9, Single and Multiple Station Carbon Monoxide Alarms, Dec. 21, 1998–Oct. 29, 1996.

*Primary Examiner*—Nina Tong
(74) *Attorney, Agent, or Firm*—Rockey, Milanow & Katz, Ltd.

(57) **ABSTRACT**

The battery powered or 120 VAC powered environmental condition detector of the present invention is designed to provide an early warning of the presence of an environmental condition (smoke or carbon monoxide gas or natural gas or propane gas or any multiple combination of these offending agents) to persons in remote areas of a building. The detector sensing the environmental condition emits an audible tonal pattern alarm, while transmitting a radio signal directly to other environmental condition detectors to activate their alarms and to activate an electronically stored human voice recording (or synthesized voice) that indicates the location of the environmental condition detector sensing the environmental condition, or the type of environmental condition, or both. Rechargeable light modules separate from the detector are included that receive the signal from the detector sensing the environmental condition and illuminate areas and paths of egress for the duration of the alarm condition or in case of 120 VAC power failure. All components of the system are easy to install due to the modular design and conventional power sources. An intermittent activation of the electronic circuitry in the detector unit may be used to conserve battery energy in the battery powered embodiment.

**59 Claims, 7 Drawing Sheets**



**US 6,323,780 B1**

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,275,274 | 6/1981 | English . |
| 4,282,519 | 8/1981 | Haglund et al. . |
| 4,288,789 | 9/1981 | Molnick et al. . |
| 4,335,379 | 6/1982 | Martin . |
| 4,343,990 | 8/1982 | Ueda . |
| 4,350,860 | 9/1982 | Ueda . |
| 4,351,999 | 9/1982 | Nagamoto et al. . |
| 4,363,031 * | 12/1982 | Reinowitz ........................ 340/539 |
| 4,365,315 | 12/1982 | Jannik . |
| 4,366,873 | 1/1983 | Levy et al. . |
| 4,375,329 | 3/1983 | Park . |
| 4,389,639 | 6/1983 | Torii et al. . |
| 4,400,786 | 8/1983 | Mandel et al. . |
| 4,453,222 | 6/1984 | Goszyk . |
| 4,455,551 | 6/1984 | Lemelson . |
| 4,481,507 | 11/1984 | Takiguchi et al. . |
| 4,498,078 | 2/1985 | Yoshimura et al. . |
| 4,500,971 | 2/1985 | Futaki et al. . |
| 4,519,027 | 5/1985 | Vogelsberg . |
| 4,531,114 * | 7/1985 | Topol et al. ........................ 340/539 |
| 4,560,978 | 12/1985 | Lemelson . |
| 4,572,652 | 2/1986 | Tada et al. . |
| 4,682,348 | 7/1987 | Dawson et al. . |
| 4,688,021 * | 8/1987 | Buck et al. ........................ 340/521 |
| 4,754,266 | 6/1988 | Shand et al. . |
| 4,810,996 | 3/1989 | Glen et al. . |
| 4,816,809 | 3/1989 | Kim . |
| 4,821,027 | 4/1989 | Mallory et al. . |
| 4,851,823 | 7/1989 | Mori . |
| 4,862,147 | 8/1989 | Thomas . |
| 4,894,642 | 1/1990 | Ashbaugh et al. . |
| 4,940,965 | 7/1990 | Umehara . |
| 4,988,980 | 1/1991 | Graham . |
| 5,019,805 * | 5/1991 | Curl et al. ........................ 340/628 |

| | | |
|---|---|---|
| 5,103,206 * | 4/1992 | Yu ........................ 340/506 |
| 5,117,217 | 5/1992 | Nykerk . |
| 5,229,753 | 7/1993 | Berg et al. . |
| 5,291,183 | 3/1994 | Chiang . |
| 5,349,338 | 9/1994 | Routman et al. . |
| 5,379,028 | 1/1995 | Chung . |
| 5,460,228 | 10/1995 | Butler . |
| 5,506,565 * | 4/1996 | De Leon et al. ........................ 340/522 |
| 5,587,705 | 12/1996 | Morris . |
| 5,657,380 | 8/1997 | Mozer . |
| 5,663,714 | 9/1997 | Fray . |
| 5,673,023 | 9/1997 | Smith . |
| 5,724,020 | 3/1998 | Hsu . |
| 5,726,629 | 3/1998 | Yu . |
| 5,764,134 | 6/1998 | Carr et al. . |
| 5,786,749 | 7/1998 | Johnson et al. . |
| 5,786,768 | 7/1998 | Chan et al. . |
| 5,798,686 | 8/1998 | Schreiner . |
| 5,841,347 | 11/1998 | Kim . |
| 5,846,089 | 12/1998 | Weiss et al. . |
| 5,856,781 | 1/1999 | Michel et al. . |
| 5,864,288 | 1/1999 | Hogan . |
| 5,874,893 | 2/1999 | Ford . |
| 5,877,698 | 3/1999 | Kusnier et al. . |
| 5,886,631 | 3/1999 | Ralph . |
| 5,894,275 | 4/1999 | Swingle . |
| 5,898,369 * | 4/1999 | Godwin ........................ 340/539 |
| 5,914,650 | 6/1999 | Segan . |
| 5,936,515 | 8/1999 | Right et al. . |
| 5,986,540 | 11/1999 | Nakagaki et al. . |
| 6,114,967 | 9/2000 | Yousif . |
| 6,144,310 | 11/2000 | Morris . |
| 6,229,449 | 5/2001 | Kirchner et al. . |

* cited by examiner

BRK_000212

**U.S. Patent**    Nov. 27, 2001    Sheet 1 of 7    US 6,323,780 B1



**Fig. 1**

Case: 1:13-cv-07900 Document #: 143-1 Filed: 05/05/14 Page 218 of 380 PageID #:3751

# Fig. 1A



BRK_000214



**Fig. 2**

BRK_000215



**Fig. 3**

**Fig. 4**

BRK_000216



**Fig. 5**

BRK_000217



Fig. 6



Fig. 7

BRK_000218

Case: 1:13-cv-07900 Document #: 143-1 Filed: 05/05/14 Page 223 of 380 PageID #:3756



**Fig. 8**

BRK_000219

US 6,323,780 B1

**1**

## COMMUNICATIVE ENVIRONMENTAL ALARM SYSTEM WITH VOICE INDICATION

This application claims the benefit of Provisional Patent Application No. 60/104,217, including Disclosure Document 415668, filed Oct. 14, 1998. This application is a continuation-in-part of U.S. Patent application entitled Environmental Condition Detector With Audible Alarm And Voice Identifier, Ser. No. 09/299,483, filed Apr. 26, 1999 now issued as Pat. No. 6,144,310.

### FIELD OF THE INVENTION

The invention pertains to ambient condition detectors. More particularly, the invention pertains to such detectors which incorporate verbal outputs.

### BACKGROUND OF THE INVENTION

Harmful agents such as smoke, carbon monoxide gas, natural gas, or propane gas may unknowingly exist for significant periods of time in areas of dwellings before the occupants are warned through conventional environmental condition detector systems. Even with a plurality of conventional detectors, occupants in remote locations of an involved dwelling may not be able to hear the local alarm horn, know where the problem exists, or know what type of problem has been detected based on the audible tonal alarm pattern alone.

A need exists for environmental condition detection systems that can effectively provide an early warning to dwelling occupants in remote locations or levels away from the source of the environmental condition and can provide a means for lighted areas and paths of egress while doing so in a cost effective and simple manner. Such a system should be easy to install and operate to encourage usage.

Environmental condition detectors designed for remote sensing are commonly electrically hardwired to a central annunciator/controller panel to indicate the location of the environmental condition within a building. Unfortunately, only some businesses and few residences are currently equipped with hardwired detection systems with centralized smoke/fire annunciator panels.

Installing and retrofitting of remote environmental condition detection systems within buildings and residences without centralized annunciator panels is greatly facilitated with the environmental condition detector system described herein. Such detectors can incorporate wireless, for example radio frequency, intercommunication capabilities, to verbally indicate the location of an environmental condition in a remote location. The type of environmental condition detected can be verbally indicated. Areas and paths of egress can be illuminated all without the need for a central control unit.

### SUMMARY OF THE INVENTION

An environmental condition detection system signals occupants of a building or residence through the combined use of an audible tonal pattern alarm and voice when a selected environmental condition, such as an alarm condition, is detected in the area of any of the detectors. In one embodiment, remotely controlled light modules illuminate paths of egress or other desired areas during the selected environmental condition.

The detectors can be stand alone units for smoke detection, carbon monoxide detection, natural gas detection,

**2**

or propane gas detection. Alternately, multiple sensors can be incorporated into a combination unit.

In another embodiment, two or more wirelessly coupled detectors form a system. Additional detectors or light modules may be employed as needed for desired coverage.

If a selected environmental condition is sensed by any one detector, it emits an audible tonal pattern alarm and also emits an electronically recorded verbal message indicating that the environmental condition is in close proximity to the detector. The verbal message can, for example, state the type of alarm, fire, gas and/or location. Simultaneously, that detector transmits a preset coded, wireless signal to all other such detectors within the region or building tuned to the same said wireless code. This results in the remotely located detector units emitting an audible tonal alarm pattern and an electronically recorded human voice (or synthesized voice) to indicate where, elsewhere in the region or building, the environmental condition has been detected to serve as an early and descriptive warning for the occupants.

The voice recording is selectively indicative of the location of the environmental condition sensed or the type of environmental condition sensed, or both. This voice recording can be selected by the user.

As an option, the user can record a message into the electronic memory using a microphone for specific dwellings. For example, a smoke detector located on the second floor of a dwelling receiving a radio frequency signal from a smoke detector located in the basement of the same dwelling would, in one embodiment emit the smoke detector tonal pattern alarm and intermittently emit the voice saying "Basement", or "Smoke in Basement", "Fire" or similar messages, during periods of silence within the tonal pattern alarm.

In one aspect of the invention, a system includes two or more autonomous environmental condition detectors which directly, and wirelessly communicate with other like environmental condition detectors through a radio frequency link (or other wireless link) between units without the need for a centralized control unit. This provides flexibility in location selection, reduced risk of total system failure in the absence of a single centralized control unit, and ease of installation of the system.

In yet another aspect of the invention, wireless communication can be provided to remote light modules to illuminate paths of egress or to illuminate any other room or area desired by the system user for the duration of the sensing of an environmental condition. The light modules are, in one embodiment, 120 VAC rechargeable battery powered units designed to energize a lamp during a 120 VAC power failure or upon receiving a properly coded radio signal from any of the detectors which within radio signal range have sensed the environmental condition.

The light modules are intended to be plugged into standard wall mounted 120 VAC receptacles to provide illumination in close proximity to the floor (approximately 40 cm above the floor). These light modules may be fixed to the wall outlets with screw fasteners to prevent their removal or may be simply held in place by the outlet plug friction so that the light module may be removed and carried as an emergency flashlight during the environmental condition.

Numerous other advantages and features of the present invention will become readily apparent from the following detailed description of the invention and the embodiments thereof, from the claims and from the accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a detector with voice indication according to the invention;

BRK_000220

US 6,323,780 B1

3

FIG. 1A illustrates a multi-detector system wherein the detectors communicate wirelessly directly with one another;

FIG. 2 is a block diagram of a light module usable in conjunction with the preferred embodiment of the detector diagram shown in FIG. 1;

FIG. 3 illustrates an exemplary audible tonal pattern alarm and recorded voice message combination emitted by the detector of FIG. 1 when configured as a fire detector and using a recorded voice message as an environmental condition type identifier;

FIG. 4 illustrates an exemplary audible tonal pattern alarm and recorded voice message combination emitted by the detector of FIG. 1 when configured as a fire detector using a recorded voice message as an environmental condition location identifier;

FIG. 5 illustrates an exemplary audible tonal pattern alarm and recorded voice message combination emitted by the detector of FIG. 1 when configured as a carbon monoxide detector using a recorded voice message as an environmental condition type identifier;

FIG. 6 illustrates an alternate verbal message emitable by a fire or smoke detector as in FIG. 1;

FIG. 7 illustrates an alternate verbal message emitable by a gas detector as in FIG. 1; and

FIG. 8 illustrates one method for the user to specify the installation location of the detector of FIG. 1.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

While this invention is susceptible of embodiment in many different forms, specific embodiments are shown in the drawing and will be described herein in detail with the understanding that the present disclosure is to be considered as an exemplification of the principles of the invention and is not intended to limit the invention to the specific embodiments illustrated.

This application is a continuation-in-part of Ser. No. 09/299,483 filed Apr. 26, 1999. The specification and figures thereof are incorporated herein by reference.

A block diagram of a detector 6-i is illustrated in FIG. 1. Detector 6-i is contained within and carried by a housing 8.

Detector 6-i is powered, for example by a long life battery (alkaline or lithium, for example) 10. Alternately, a plug can be provided for coupling to standard 120 VAC. AC power with a battery back-up is an alternative.

An environmental condition sensor 20, for example a conventional smoke sensor, carbon monoxide sensor, natural gas sensor, or propane gas sensor, (or any multiple combination thereof) is any sensor type utilizing methods typically known in the art.

In one embodiment, sensor(s) 20 could each contain electronics (an ASIC for example) for purposes of making an alarm determination. For example, sensed smoke can be compared to a pre-selected threshold to establish the presence of a fire alarm condition. One or more values of sensed gas concentration can be processed to establish the presence of a gas alarm condition. In such a structure, upon sensing the alarm condition, the sensor 20 energizes an alarm unit 22 which sounds its local alarm to indicate that an environmental alarm condition has been sensed in proximity of the sensor 20.

In an alternate embodiment, processor 30, in conjunction with instructions prestored in ROM, PROM, EEPROM 32 or the like could be programmed to make an alarm deter-

4

mination. Random access memory 34 could also be coupled to processor 30 to provide temporary data storage. In this embodiment, processor 30 could select from one or more sets of tonal output patterns, stored in memory unit 32, and use a selected pre-stored set to drive output transducer 22. Types of storable patterns include a U.S. standard fire alarm pattern, a Canadian standard fire alarm pattern and one or more U.S. standard gas alarm patterns.

While the detector 6-i of FIG. 1 could be used as a stand alone unit, with or without the transmitter 40 and receiver 70, in an alternate embodiment, it can be one of a plurality of substantially identical detectors in a system. FIG. 1A illustrates a system which incorporates a plurality of detectors 6-1, 6-2 . . . 6-n all of which are substantially identical to the detector 6-i of FIG. 1.

In multi-detector systems, see FIG. 1A, the microprocessor 30 (in an active detector such as detector 6-1), signals a wireless transmitter 40 to transmit a coded, wireless signal defined by a location code detector 50 to all other detectors, 6-2, 6-3 . . . 6-n. At the same time, optional light modules 100-1 . . . 100-2 (FIG. 2) within receiving range can also be energized.

In the system of FIG. 1A, if one of the detectors goes into alarm, for example detector 6-1, in addition to sounding a local tonal alarm with an intervening verbal alarm identifying message, the active detector communicates wirelessly with other detectors 6-2 . . . 6-n in the range of transmitter 40. This communication is direct, detector-to-detector. This communication can be implemented by RF transmission, optical transmission, or sonic transmission without limitation. It will be understood that references to "Radio" as a form of wireless transmission in the figures is intended to be exemplary only and not limiting.

Each of the detectors 6-2 . . . 6-n which receives a wireless communication from a displaced detector such as detector 6-1, recognizes the alarm type and location of the originating detector given the contents of the received message. Hence, each of the receiving detectors can go into an appropriate alarm state and verbally provide location information and/or type information as to the source of the alarm. It will be understood that a detector, such as detector 6-3, in direct communication with active detector 6-1 could also relay a similar message to detector 6-n which might be out of direct range of the detector 6-1.

Additionally, the active detector, such as detector 6-1, can via the same transmission, activate a plurality of light modules 100-1 . . . 100-n corresponding to the light module 100-i of FIG. 2 and discussed subsequently. The activated light modules can provide a lighted escape pathway for an individual in the vicinity of the active detector 6-1 and can provide lighted regions in the vicinity of all light modules 100-1 . . . 100-n located within range.

As discussed below, each of the detectors 6-i can include a location code selector element and a radio address code selector element which is user settable. These user specifiable settings customize the behavior of an otherwise standard detector and provide advantageous flexibility.

The location code selector 50 is a user-set dip-switch/jumper arrangement that enables the user to define the location voice information that remote units will play upon receiving a signal from an alarmed detector that initially senses the environmental condition, such as a fire or a gas concentration. The location code selector 50 programs the transmitter 40 to transmit the coded signal.

By way of example, detectors located on the first floor of a dwelling may be set by the location code selector 50 to

US 6,323,780 B1

5

transmit a wireless signal to all other detectors instructing them to emit the audible tonal pattern alarm suitable for the detector type plus a voice playback indicating "First Floor" or "Smoke on First Floor", "Fire", "Fire First Floor" or the like, with periodicity.

Detectors located on the second floor of a dwelling may be set by the location code selector 50 to transmit a wireless signal to all other detectors instructing them to emit the audible tonal pattern alarm suitable for the detector type plus a voice playback indicating "Second Floor" or "Smoke on Second Floor" with periodicity. The voice messages are played during periods of silence in the audible tonal pattern alarm.

The address code selector 60 is a user-set switch that enables the user to select a coded wireless signal to be used for both transmission and reception, the intercommunication link between the detector units. This code is user-selectable to alleviate interference with spurious radio waves, optical waves or sonic waves and with other similar systems that may be operating in close proximity and are not desired to be operated within the same system.

Upon reception of a valid wireless signal, the receiver and decoder 70 decodes the signal according to the address code selector 60 setting. Upon verification that the received wireless signal originating from a desired transmitter, the receiver and decoder 70 then signals the microprocessor 30 to energize and drive the alarm unit 22 to sound its audible tonal alarm pattern.

Processor 30 also signals the electronic voice storage 80 to play or output the proper pre-stored voice information through the audio transducer/speaker 90 to verbally indicate the location of the detector sensing the environmental condition. An optional microphone 96 provides a means for the user to record short custom location information into the electronic voice storage 80.

It will be understood that a wide variety of electronic configurations for the detector 6-i come within the spirit and scope of the present invention. As noted previously, the detector 6-i can incorporate one or more different environmental condition sensors 20. For example, detector 6-i can incorporate a smoke sensor such an ionization-type smoke sensor or a photoelectric-type smoke sensor. In addition, that detector can incorporate a gas sensor, such a carbon monoxide sensor, a position sensor, a motion sensor or the like without limitation.

Various types of processing come within the spirit and scope of the detector 6-i. For example, processor 30 can detect signals from the sensors 20 carried by the detector 6-i, and, based on pre-stored executable instructions, make all necessary alarm decisions. This includes processing of signals from smoke sensors and/or processing of signals from gas sensors, thermal sensors and the like. Alternately, one or more of the sensors 20 can be coupled to an application specific integrated circuit (ASIC) which can carry out processing specific to that type of sensor. Output from the ASIC can in turn be coupled to the processor 30 if desired.

Further, it will be understood that the alarm output transducer 22 and the audio transducer 90 can be separate elements or they can be integrated into a single unitary output transducer without departing from the spirit and scope of the present invention. Processor 30 can be augmented, or replaced, with hard wired circuits as desired within the spirit and scope of the present invention.

An output light module 100-i is illustrated in FIG. 2. The module 100-i is intended to be coupled to a 120 VAC electrical outlet by prongs 110. Received AC powers a 120

6

VAC to low-voltage DC electrical power supply 120. The low-voltage DC electrical power supply 120 maintains a rechargeable battery pack 130 in a state of full charge.

An internal lamp switch control 140 energizes a low-voltage lamp 150 during a 120 VAC power failure as determined by a 120 VAC power failure circuit 160 or by reception of a properly coded wireless signal by the receiver and decoder 170. This signal will have been transmitted from a detector unit that has sensed an environmental alarm condition.

The receiver and decoder 170 is continuously active and is powered by the power supply 120 through the battery pack 130 when 120 VAC power 110 is available or by the battery pack 130 upon 120 VAC power failure. The receiver and decoder 170 interprets the wireless signals received as programmed by the user-selectable address code selector 180. The address code selector 180 is set to the same address code as the address code selector 70 in FIG. 1 if the light module 100-i is to be part of the same system, see FIG. 1A.

Upon reception of a valid wireless signal from a detector that has sensed an environmental alarm condition, the receiver and decoder 170 signals the internal electronic switch 140 to energize the low-voltage lamp 150.

The low-voltage lamp 150 is powered from the power supply 120 as long as the 120 VAC power supply 110 is functioning. Otherwise, the low-voltage lamp 150 is powered by the rechargeable battery pack 130.

Once activated by reception of a valid wireless signal, the low-voltage lamp 150 remains energized at least until no further valid wireless signals are received. If desired, a manual reset can be provided by a user operating the reset switch 190. When the low-voltage lamp 150 is energized due to a 120 VAC supply failure, it remains energized until the 120 VAC power supply is reactivated or the energy of the battery pack 130 is expended.

In addition, other types of receiving units are within the spirit and scope of the present invention. One alternate type of receiving unit is a wirelessly coupled fire extinguisher.

FIG. 3 is an exemplary smoke alarm timing plot 200 of the sound emitted by an alarmed detector 6-i which incorporates a smoke sensor. In the output pattern of FIG. 3, both an audible tonal pattern alarm 210 and a recorded voice message 220 convey information about the specific environmental condition detected.

In FIG. 3, the detector embodiment is a fire detector implemented as a smoke detector using voice as an environmental condition type identifier only. The recorded voice message 220 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 210 consistent with conventional smoke detector alarms.

Other messages identifying alarm type could be used. For example, instead of "Smoke", the detector could verbalize "Fire" or "Fire Fire". In the example of FIG. 3, groups of three spaced apart 0.5 second fire alarm tones, generated by output transducer 22 (FIG. 1), are spaced apart by 1.5 second silent intervals. The verbal alarm message 220 is output repetitiously during the 1.5 second silence interval. The verbal messages specify and can reinforce the type of alarm. Other tone patterns and silent intervals come within the spirit and scope of the present invention.

FIG. 4 illustrates an exemplary alarm timing plot of the sound 230 emitted by a smoke detector using an audible tonal pattern alarm 240 to convey a smoke alarm tone and a recorded voice message 250 to convey the location of the detected fire and smoke. In FIG. 4, the environmental

US 6,323,780 B1

7

condition detector embodiment is a smoke detector using voice as an environmental condition location identifier only. The recorded voice message 250 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 240 consistent with conventional smoke detector alarms.

FIG. 5 illustrates an exemplary alarm timing plot of sound 260 emitted by a detector such as detector 6-i (FIG. 1) with a CO sensor. An audible tonal pattern alarm 280 indicative of detected carbon monoxide and a recorded voice message 280 convey the specific type of environmental condition, carbon monoxide and the location of the alarmed detector sensing the dangerous levels of carbon monoxide.

In FIG. 5, the environmental condition detector embodiment is a carbon monoxide detector using voice as both an environmental condition type identifier and location identifier. The recorded voice message 280 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 270 consistent with conventional carbon monoxide alarms.

FIG. 6 illustrates a tonal/verbal smoke detector output with an alternate verbal message. FIG. 7 illustrates a tonal/verbal carbon monoxide detector output with an alternate verbal message. The exemplary tonal pattern alarms and recorded voice messages are illustrative and not intended to exhaustively illustrate all possible tonal alarm patterns and recorded voice messages.

FIG. 8 illustrates a selectable coding apparatus 290, corresponding to selector 50 for the user to select one of the pre-defined locations when the detector 6-i (FIG. 1) has been installed in a dwelling. Selectable coding elements such as a jumper 300 on DIP header pins 310 or DIP switches (not shown) are alternate methods to define the installation location of a detector. Typical dwelling locations are shown in FIG. 6. The list of FIG. 6 is not intended to be exhaustive. Alternate mechanisms for specifying location also come within the spirit and scope of the present invention.

In summary, in one embodiment, the present inventive wireless communicative environmental alarm system with voice indication for indicating an alarm condition due to the presence of smoke, carbon monoxide gas, natural gas, propane gas or any multiple combination of these offending agents includes one or more sensors for indicating the presence of the selected environmental conditions wherein the sensor(s) is/are any known type. Actuation of an output transducer generates an audible tonal alarm pattern with voice for the duration of the environmental condition.

Wireless direct communication between detectors utilizes user-selectable, coded, signal transmission. The detectors can include a user-selectable, coded wireless transmitter and receiver.

The communication signal can be coded to verbally indicate the location within the dwelling of the detector that has sensed the respective environmental condition(s) by preset switches or manually settable elements for the user to manually select the verbal information indicative of each environmental condition detector location to be emitted. This selected information will be verbally emitted by all environmental condition detectors that receive the coded wireless signal transmission from the detector that has gone into alarm.

Circuitry is included for conservation of battery energy through intermittent activation of the wireless receiving circuitry. Low power electronic circuitry is included to control the activation intermittency of the receiving circuitry.

Test circuits for electronically simulating an environmental condition within the respective detector include a test

8

switch accessible to the user operating the test switch activates the local audible alarm and initiates a wireless transmission to all other environmental condition detector units with an embedded code indicative of the location of the detector under test to determine operability of components therein.

Verbal information regarding the location of the sensed environmental condition, the type of the sensed environmental condition, or both, is emitted during silent periods within the audible tonal pattern alarm emitted by the active detector during an alarm condition. Multiple tonal patterns can be stored in detector memory.

The invention also pertains to a low voltage direct current, rechargeable light module to illuminate areas of a dwelling and paths of egress from a dwelling during an alarm condition. Exemplary modules include connectors for direct connection to a 120 VAC power supply wall outlet or the like; circuitry for conversion of 120 VAC power to a low voltage direct current, and a source of illumination wherein the illumination source includes, for example, a low voltage lamp.

The module may include circuitry by which to energize the low voltage lamp upon failure of 120 VAC power supply; or upon reception of a coded wireless signal from a detector's transmission. Circuitry is included for reception and decoding of the received wireless signal wherein a user can select the code for decoding. The system may also include a facility for manually de-energizing the lamp, such as a reset switch, accessible to the user.

It will be understood that in instances where a detector includes two or more sensors that it will include multiple tonal alarms and verbal messages, one set for each sensor. Similarly, multiple coded messages specifying alarm type, associated with each respective sensor, can be wirelessly transmitted to other detectors.

Output transducers, such as transducer 22, can include loud speakers or piezoelectric elements. Transducer 90 can include loud speakers.

The various preferred embodiments described above are merely descriptive of the present invention and are in no way intended to limit the scope of the invention. Modifications of the present invention will become obvious to those skilled in the art in light of the detailed description above, and such modifications are intended to fall within the scope of the appended claims.

What is claimed:

1. An environmental condition detection system having a minimum of two environmental condition detectors, each said environmental condition detector comprising

(a) at least one sensor for detecting the presence of a selected environmental condition,

(b) an audible alarm having at least one user unalterable, prescribed audible tonal pattern active in response to sensing said environmental condition in accordance with a predetermined criterion;

(c) voice circuitry for playing at least one user unalterable, pre-recorded voice message wherein the message verbally describes the type of detected environmental condition for the duration of detection thereof in accordance with said criterion such that said pre-recorded voice message is emitted during periods of silence in said prescribed audible tonal pattern alarm; and

(d) a transmitter and a receiver for wireless direct communication with other detectors of the system wherein each transmitter transmits coded wireless

US 6,323,780 B1

| 9 | 10 |

signals and each said receiver responds to received, coded signals, each said detector emitting at least one user unalterable electronically pre-recorded voice message, the selection of which is defined by electronic decoding of the received wireless signal transmitted by a condition detector sensing said environmental condition;

(e) selectable coding circuitry to define the installation location of the respective detector and wherein the voice circuitry plays a location specifying message; wherein said at least one sensor is selected from a group including a smoke sensor, a carbon monoxide gas sensor, a natural gas sensor, and a propane gas sensor.

2. The system of claim 1 wherein at least some of the detectors include at least a second sensor of a different type and wherein the voice circuitry therein plays a second user unalterable pre-recorded voice message which describes a second type of detected environmental condition such that the pre-recorded voice is emitted during periods of silence in a prescribed audible tonal pattern.

3. The system of claim 1 further comprising a light module to illuminate adjacent areas during the detection of said environmental condition, said a light module comprising a lamp, an element for a plug-in type connection of the module to a power supply, a rechargeable battery for powering said light module upon a power failure, a control circuit and a wireless receiver, said circuit causing said lamp to be energized by upon receipt of a selected coded wireless signal by the receiver.

4. The system of claim 1 wherein said voice circuitry for playing said pre-recorded voice messages has further circuitry to provide for the selection of language type presentation of said pre-recorded voice messages.

5. The system of claim 1 wherein said audible alarm comprises storage for multiple tonal alarm patterns.

6. The system of claim 5 which includes a processor programmed for retrieving a selected tonal alarm pattern and presenting same to the audible alarm.

7. A system as in claim 1 wherein the type of wireless communication is selected from a class which includes acoustic transmission, optical transmission and radio frequency transmission.

8. A system as in claim 1 which includes at least one light module having:

a wireless receiver;

control circuitry coupled to the receiver; and

a source of illumination coupled to the control circuitry wherein the control circuitry energizes the source in response to receipt of a selected wireless signal.

9. A system as in claim 8 which includes a power supply.

10. A system as in claim 9 wherein the supply comprises a battery.

11. A system as in claim 9 wherein the supply includes a connector for engaging an exterior source of energy.

12. An environmental condition detection system comprising:

a minimum of two environmental condition detectors, each said environmental condition detector comprising

(a) at least one sensor for detecting the presence of a selected environmental condition;

(b) an audible alarm having at least one user unalterable prescribed audible tonal pattern active in response to sensing said environmental condition in accordance with a predetermined parameter;

(c) circuitry for playing at least one user unalterable pre-recorded voice message wherein the message verbally describes the location of the detected environmental condition for the duration of detection thereof in accordance with the parameter such that said pre-recorded voice message is emitted during selected periods of silence in said prescribed audible tonal pattern alarm;

(d) a transmitter and a receiver for wireless direct communication with other detectors of the system wherein each transmitter transmits coded wireless signals and each said receiver responds to received, coded signals, each said detector emitting at least one user unalterable electronically pre-recorded voice message, the selection of which is defined by electronic decoding of the received wireless signal transmitted by a detector sensing said environmental condition; and

(e) wherein said circuitry for playing said pre-recorded voice messages has a second circuit to provide for the selection of language-type presentation of said pre-recorded voice messages.

13. The system as in claim 12 wherein the circuitry plays a user unalterable condition specifying message during other periods of silence.

14. The system of claim 13 wherein at least some of the detectors include at least a second sensor of a different type and wherein the circuitry therein plays a second, user unalterable condition specifying pre-recorded voice message such that the pre-recorded voice is emitted during periods of silence in a prescribed audible tonal pattern.

15. The system of claim 14 wherein said audible alarm comprises storage for multiple tonal alarm patterns.

16. The system of claim 15 which includes a processor programmed for retrieving a selected tonal alarm pattern and presenting same to the audible alarm.

17. The system of claim 12 wherein said sensors are selected from a group including a smoke sensor, a carbon monoxide gas sensor, a natural gas sensor, and a propane gas sensor.

18. The system of claim 12 further comprising a light module to illuminate adjacent areas during the detection of said environmental condition, said a light module comprising a lamp, an element for a plug-in type connection of the module to a power supply, a rechargeable battery for powering said light module upon a power failure, a control circuit and a wireless receiver, said circuit causing said lamp to be energized by upon receipt of a selected coded wireless signal by the receiver.

19. A system as in claim 12 wherein the type of wireless communication is selected from a class which includes acoustic transmission, optical transmission and radio frequency transmission.

20. A system as in claim 12 which includes at least one light module having:

a wireless receiver;

control circuitry coupled to the receiver; and

a source of illumination coupled to the control circuitry wherein the control circuitry energizes the source in response to receipt of a selected wireless signal.

21. A system as in claim 20 which includes a power supply.

22. A system as in claim 21 wherein the supply includes at least one prong for engaging an exterior source.

23. A method for providing environmental condition detection for a multi-section region comprising:

(a) locating a minimum of two environmental condition detectors in different sections of the region;

(b) setting a selectable coding element in each detector to define the location of the respective detector within a section;

US 6,323,780 B1

11

(c) sensing an environmental condition and playing a user unalterable pre-recorded voice message, which verbally describes at least the location of the sensed condition;

(d) communicating wirelessly with another, selected detector such that the pre-recorded voice message at the sensed location is also emitted at the another detector.

24. A method as in claim 23 which includes verbally stating a type of sensed condition.

25. A method as in claim 23 which includes:

selecting the wireless communication from a class which includes acoustic communication, optical communication radio-type communication.

26. A method as in claim 23 which includes:

communicating wirelessly with a displaced source of illumination; and

energizing the source in response to receipt of a selected communication.

27. A detector comprising:

a) at least one sensor for sensing the presence of an environmental condition, wherein said sensor is selected from a group including a smoke sensor, a carbon monoxide gas sensor, a natural gas sensor, and a propane gas sensor and wherein said sensor further includes at least a second, different sensor,

b) a transmitter for transmitting a radio frequency signal,

c) a selector to define a coded radio frequency signal to be transmitted by said transmitter,

d) a receiver for radio signal reception,

e) an alarm code selector to define a voice information code to be transmitted in said radio signal, and

f) an audio transducer that emits selected user unalterable voice information in response to the receiver receiving a selected radio signal transmitted by another transmitter.

28. A detector as in claim 27 which includes circuitry for storage of at least one user unalterable alarm type voice message.

29. A detector as in claim 28 which includes circuitry for storage of a second, location specifying voice message.

30. A self-contained ambient condition detector comprising:

a housing;

at least one ambient condition sensor carried by the housing;

a control element, carried by the housing and coupled to the sensor, for establishing the presence of a selected alarm condition;

a wireless receiver coupled to the control element wherein the receiver and control element receive and decode wireless messages transmitted by other detectors;

a manually settable location specifying member, coupled to the control element whereby a user can specify a location at which the housing is installed;

voice annunciating circuitry and a plurality of stored user unalterable verbal outputs with one output identifying, at least in part, an alarm type and at least one output identifying, at least in part, an alarm location wherein in response to a received wireless message from another detector, the voice annunciation circuitry outputs at least one of a verbal alarm type and a verbal alarm location; and

a wireless transmitter, coupled to the control element whereby the control element includes circuitry for

12

formatting wireless alarm specifying messages for transmission to displaced, substantially identical, detectors whereby the receiving detectors receive the alarm specifying messages for verbal presentation thereat;

wherein transmitted messages include location information as specified by the manually settable member.

31. A detector as in claim 30 wherein the at least one sensor is selected from a class which includes a position sensor, a motion sensor, a breakage sensor, a gas sensor, and a fire sensor.

32. A detector as in claim 30 which includes a second, different, sensor wherein the sensors are selected from a class which includes a gas sensor, a smoke sensor and a thermal sensor.

33. A detector as in claim 30 wherein the control element comprises a programmed processor and associated storage unit which includes at least one prestored audible alarm indicating tonal output pattern.

34. A detector as in claim 33 which includes a plurality of tonal output patterns pre-stored in the unit wherein one of the patterns is a fire alarm pattern.

35. A detector as in claim 34 wherein another of the prestored patterns is a gas alarm pattern.

36. A detector as in claim 30 wherein the control element comprises a storage unit for digitally storing at least one alarm indicating tonal output pattern.

37. A detector as in claim 30 wherein the annunciating circuitry comprises a speech synthesizer.

38. A detector as in claim 30 which includes a tonal output device coupled to the control element wherein the control element in response to the presence of the selected alarm condition, drives the output device to emit pluralities of alarm specifying output tones wherein the pluralities are temporally spaced apart from one another a selected interval and wherein the voice annunciating circuitry outputs at least one of the verbal alarm type and the verbal alarm location during the selected intervals.

39. A detector as in claim 38 wherein the pluralities of output tones are user unalterable.

40. A detector as in claim 39 wherein in response to the received wireless message, the voice annunciation circuitry outputs at least one of the verbal alarm type and the verbal alarm location during the selected intervals.

41. An alarm system comprising:

a plurality of wirelessly coupled, self-contained detectors wherein each detector includes a transceiver for wireless transmission of and reception of coded messages, directly communicated between detectors, wherein the messages include at least alarm specifying information transmitted by a detector exhibiting an alarm condition; and

wherein at least some detectors include voice output circuitry for verbally broadcasting user unalterable messages identifying the existence of an alarm condition at a different detector in response to a coded message directly received therefrom;

wherein at least some of the detectors include manually settable location specifying circuitry and the transmitted messages therefrom include both alarm and location information;

wherein the voice output circuitry of at least some of the detectors verbally outputs both alarm and location information received from another detector.

42. A system as in claim 41 wherein at least some of the detectors include at least one ambient condition sensor

US 6,323,780 B1

13

selected from a class which includes at least a fire sensor, a gas sensor, a position sensor, a motion sensor and a breakage sensor.

43. A system as in claim 42 wherein the fire sensors comprise one or more of a thermal sensor, a photoelectric smoke sensor and an ionization smoke sensor.

44. A system as in claim 41 wherein at least some of the detectors include an alarm indicating audible output transducer.

45. A system as in claim 44 wherein at least some of the transducers comprise piezoelectric transducers.

46. A system as in claim 44 wherein verbal alarm specifying messages are interleaved with user unalterable tonal alarm indicating messages.

47. A system as in claim 46 wherein verbal alarm location messages are interleaved with tonal alarm indicating messages.

48. A system comprising:

at least one detector wherein the detector includes an ambient condition sensor and control circuitry for detecting the presence of a selected ambient condition and for emitting a user unalterable, patterned tonal alarm indicative of the detected condition wherein groups of tones are spaced apart by a first interval and tones in a group are spaced apart by a second, shorter, interval;

a transmitter coupled to the control circuitry for wirelessly emitting a condition specifying control signal to at least one displaced illumination module wherein the module comprises at least one prong for releasably coupling to an external source of power, a receiver for receipt of the condition specifying control signal, a light source and circuitry for illuminating the source in response to receipt of the condition specifying control signal; and

voice annunciating circuitry for playing at least one, user unalterable, pre-recorded voice message during the first intervals wherein the message specifies the type of condition and wherein the voice annunciating circuitry is located at least in part at the detector;

a settable location specifying element coupled to the control circuit and wherein the annunciating circuitry verbally introduces a location specifying message, in accordance with a setting of the location specifying element, into some of the first intervals which would otherwise be silent;

a second detector, substantially identical to the at least one detector wherein the detectors can both be in wireless communication with the module.

49. A system as in claim 48 wherein the detectors each include a manually changeable, system specifying code incorporated into the condition specifying control signal.

50. A system as in claim 49 wherein the module includes circuitry for establishing the presence of a predetermined system specifying code in a received condition specifying control signal.

51. A system as in claim 50 wherein the module includes a manually changeable, system specifying code.

52. A system as in claim 48 wherein the module includes a battery.

53. A system as in claim 48 wherein the verbal type specifying message and the location specifying message are stored at the at least one detector.

54. An electrical unit comprising:

at least one of a condition sensor and source of illumination;

a control circuit responsive to a selected ambient condition to produce at least one output signal indicative thereof;

14

an audible output device, coupled to the control circuit and drivable thereby in response to the selected condition, to produce groups of user unalterable, alarm-type indicating tones wherein groups of tones are spaced apart a first interval and wherein tones in a group are spaced apart from one another a second, shorter interval;

voice output circuitry, coupled to the control circuit and driven thereby to produce at least one user unalterable alarm specifying output message which verbally identifies the same alarm as does the tonal output pattern wherein the output message is injected into at least some of the first intervals between tonal groups;

a settable system specifying element coupled to the control circuit for establishing a coded system specific identifier; and

at least one of a transmitter and a receiver coupled to the control circuitry to respectively send or receive a wireless signal indicative of the condition wherein sent signals include a system identifier and wherein received signals include a system identifier.

55. An electrical unit as in claim 54 wherein the sensor and the transmitter are coupled to the control circuit.

56. An electrical unit as in claim 54 wherein the source and the receiver are coupled to the control circuit.

57. An electrical unit as in claim 54 wherein the control circuit includes a programmed processor and wherein instructions for implementing at least the alarm condition indicating tones are executed thereby.

58. An electrical unit as in claim 54 which includes a settable location specifying element and wherein the voice output circuitry, when driven by the control circuit verbally produces a location specifying message, in accordance with a setting of the location specifying element in some of the first intervals which would otherwise be silent, provided, that the coded system specific identifier matches any received system identifier.

59. An electrical unit comprising:

at least one of a condition sensor and a source of illumination;

a control circuit responsive to a selected ambient condition to produce at least one output signal indicative thereof;

an audible output device, coupled to the control circuit and drivable thereby in response to the selected condition, to produce groups of user unalterable, alarm type indicating tones wherein groups of tones are spaced apart a first interval and wherein tones in a group are spaced apart from one another a second, shorter interval;

voice output circuitry, coupled to the control circuit and driven thereby to produce at least one user unalterable output message which verbally identifies an alarm location wherein the output message is injected into at least some of the first intervals between tonal groups;

a settable system specifying element coupled to the control circuit for establishing a coded system specific identifier; and

at least one of a transmitter and a receiver coupled to the control circuitry to respectively send or receive a wireless signal indicative of the condition wherein sent signals include a system identifier and wherein received signals include a system identifier.

\* \* \* \* \*



Comparable to Form PTO/SB/05 (12/97)
Approved for use through 09/30/00. OMB0651-0032

## UTILITY PATENT APPLICATION TRANSMITTAL
(For new Non-provisional applications under 37 CFR1.53(b))

Attorney Docket No.: __BRC 208.0 US__
First Named Inventor: __Gary J. Morris__
Express Mail Label No. __EL 437 090 800 US__

Box PATENT APPLICATION
Assistant Commissioner For Patents
Washington, D.C. 20231

Sir:

Transmitted herewith for filing is a new utility patent application of inventor(s): Gary J. Morris, entitled:
**Communicative Environmental Alarm System With Voice Indication**.

### Application Elements:

1.  [x]   Specification containing __25__ pages (preferred arrangement set forth below)
    --      Descriptive Title of the Invention
    --      Cross-reference to related applications (if applicable)
    --      Statement regarding Federally-sponsored Research & Development (if applicable)
    --      Reference to Microfiche Appendix (if applicable);
    --      Background of the Invention
    --      Brief Summary of the Invention
    --      Brief Description of the Drawings (if filed)
    --      Detailed Description
    --      Claim(s)
    --      Abstract of the Disclosure

2.  [x]   Drawings:   __7__   Sheets of [x] formal drawings    [ ]  informal drawings

3.  Oath or Declaration
    a.   [x]   An executed declaration or oath for the utility patent application including a power of attorney,
    b.   [ ]   A copy from a prior application (37 CFR 1.63(d), for continuation with No. 16 completed).
         i.   [ ]   Signed statement attached deleting inventor(s) named in the prior application (see 37 CFR 1.63(d)(2) and 1.33(b).

4.  [ ]   Incorporation by Reference (useable if Box 3b is checked) - The entire disclosure of the prior application, from which a copy of the oath or declaration is supplied under Box 3b, is considered as being part of the disclosure of the accompanying application and is hereby incorporated by reference therein.

5.  [ ]   Microfiche Computer Program (Appendix)

BRK_000227

6.  [ ]  Nucleotide and/or Amino Acid Sequence submission. including:
    [ ]   Computer readable copy,
    [ ]   Paper copy (identical to computer copy),
    [ ]   Statement verifying identity of above copies.

**Accompanying Application Parts:**

7.  [ ]  Assignment Papers (cover sheet, document(s), and requisite fee ($40.00 for each property of each conveyance or transfer)) (copy of assignment from parent application which has been recorded).

8.  [ ]  37 CFR 3.73(b) Statement (where there is an assignee)
    [ ]   Power of Attorney

9.  [ ]  English Translation document (if applicable)

10. [ ]  Information Disclosure Statement (IDS), including PTO-1449
    [ ]   Copies of IDS Citations

11. [ ]  Preliminary Amendment

12. [x]  Return Postcard for PTO Mail Room Date Stamp (should be specifically itemized).

13. [x]  Small Entity Statement(s)
    [ ]   Statement filed in prior application, status still proper and desired.

14. [ ]  Certified Copy of Priority Document(s) (if foreign priority os claimed).

15. [ ]  Other _____

16. [x]  **If Continuing Application**, check appropriate box and supply the requisite information:
    [ ] Continuation  [ ] Divisional  [x] Continuation-in-part (CIP) of prior application
    No. 60/104,217 filed October 14, 1998 and Ser. No. 09/299,483 filed April 26, 1999.

**FEE CALCULATION**

The fee has been calculated as shown below:

| FOR | No. Filed | No. Allowed | No. Extra | Rate | Fee | OR | Rate | Fee |
|---|---|---|---|---|---|---|---|---|
| | | | | | Small Entity | | Large Entity | |
| Basic Fee | | | | | $380.00 | OR | | $760.00 |
| Total Claims | 65 | - 20 = | 45 | x $9.00 | $405.00 | OR | x $18.00 | $ |
| Independent Claims | 9 | - 3 = | 6 | x $39.00 | $234.00 | OR | x $78.00 | $ |
| Multiple Dep. Claims | | | | + $130.00 | $ | OR | + $260.00 | $ |
| Other Fees | | | | $ | $ | OR | $ | $ |
| | | | | TOTAL | $1019.00 | OR | TOTAL | $ |

BRK_000228

17. [x ]   A check in the amount of $ 1019.00  to cover the filing fee is enclosed.

18. [  ]   Please charge my Deposit Account No. 04-1644 in the amount of $_____

19. [x ]   The Commissioner is authorized to charge payment of the following amounts associated with this communication or credit any overpayment to Deposit Account No. 04-1644:

    a.    [x ]   Additional filing fees under 37 CFR 1.16 or deficiencies in remittances therefor.

    b.    [x ]   Additional processing fees under 37 CFR 1.17 or deficiencies in remittances therefor.

    c.    [x ]   **ONLY if applicant has partially paid** the patent issue fee under 37 C.F.R. §1.18, then the **deficiency** shall be charged to Deposit Account No. 04-1644, and the Commissioner if authorized to so charge the Deposit Account.

Date:  October 12, 1999          Attorney's Signature _____

                                                    Paul M. Vargo, Reg. No. 29,116

Correspondence Address:
ROCKEY, MILNAMOW & KATZ, LTD.
Two Prudential Plaza
180 North Stetson Avenue, Suite 4700
Chicago, Illinois  60601
Telephone:  (312) 616-5400
Facsimile:  (312) 616-5460

### CERTIFICATE OF EXPRESS MAIL

I hereby certify that this Utility Patent Application Transmittal, enclosed application, and any other documents referred to as enclosed herein, are being deposited in an envelope with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated below and addressed to Box PATENT APPLICATION, Assistant Commissioner for Patents, Washington, D.C. 20231.

   EL 437 090 800 US
         *Express Mail Label No.*

   October 12, 1999
         *Date of Deposit*

   Rowena K. Lieber
*Typed or Printed Name of Person Mailing Correspondence*

*Signature of Person Mailing Correspondence*

Utility Patent Application Transmittal                                       Page 3

BRK_000229

## CERTIFICATE OF MAILING BY EXPRESS MAIL

"Express Mail" Mailing Label Number EL 437 090 800 US

**Date of Deposit:**     October 12, 1999

    I hereby certify that this correspondence is being deposited with the United

States Postal "Express Mail Post Office to Addressee" service under 37 CFR

1.10(c) on the date indicated above and is addressed to:

        **Box PATENT APPLICATION**
        **Assistant Commissioner for Patents**
        **Washington, D.C. 20231**

**Case Number:  BRC 208.0 US**

**Serial No.  None      Filing Date:  None**
**Patent No.          Issue Date:**

**Inventor:**     Gary J. Morris

**For:**   "Communicative Environmental Alarm System With Voice Indication"

Enclosed are the following documents:

    Certificate of Mailing by Express Mail; Utility Patent Application Transmittal (3 pages), in duplicate, with Check No. *28869*  for $1019.00 attached; and the application consisting of 13 pages of specification, 11 pages of claims comprising 65 claims; and 1 sheet of the Abstract of the Disclosure; 7 sheets of formal drawings; an executed Declaration and Power of Attorney consisting of 3 pages; an executed Verified Statement (Declaration) Claiming Small Entity Status (Independent Inventor)

*Rowena K Lieber*
Signature of person mailing documents

BRK_000230

- 1 -

BRC 208.0

October 11, 1999

## COMMUNICATIVE ENVIRONMENTAL
## ALARM SYSTEM WITH VOICE INDICATION

5      This application claims the benefit of Provisional Patent Application
60/104,217, including Disclosure Document 415668, filed October 14, 1998.
This application is a continuation-in-part of U.S. Patent application entitled
Environmental Condition Detector With Audible Alarm And Voice Identifier,
Serial No. 09/299,483, filed April 26, 1999. *now issued as patent 6,144,310.*  *A-7.*

10     **Field of the Invention:**

The invention pertains to ambient condition detectors. More particularly,
the invention pertains to such detectors which incorporate verbal outputs.

**Background of the Invention:**

Harmful agents such as smoke, carbon monoxide gas, natural gas, or
15     propane gas may unknowingly exist for significant periods of time in areas of
dwellings before the occupants are warned through conventional environmental
condition detector systems. Even with a plurality of conventional detectors,
occupants in remote locations of an involved dwelling may not be able to hear
the local alarm horn, know where the problem exists, or know what type of
20     problem has been detected based on the audible tonal alarm pattern alone.

A need exists for environmental condition detection systems that can
effectively provide an early warning to dwelling occupants in remote locations
or levels away from the source of the environmental condition and can provide
a means for lighted areas and paths of egress while doing so in a cost effective
25     and simple manner. Such a system should be easy to install and operate to
encourage usage.

Environmental condition detectors designed for remote sensing are
commonly electrically hardwired to a central annunciator/controller panel to
indicate the location of the environmental condition within a building.
30     Unfortunately, only some businesses and few residences are currently equipped

BRK_000231

- 2 -

with hardwired detection systems with centralized smoke/fire annunciator panels.

Installing and retrofitting of remote environmental condition detection systems within buildings and residences without centralized annunciator panels is greatly facilitated with the environmental condition detector system described herein. Such detectors can incorporate wireless, for example radio frequency, intercommunication capabilities, to verbally indicate the location of the detector which sensed the environmental condition in a remote location. The type of environmental condition detected can be verbally indicated. Areas and paths of egress can be illuminated all without the need for a central control unit.

**Summary of the Invention:**

An environmental condition detection system signals occupants of a building or residence through the combined use of an audible tonal pattern alarm and voice when a selected environmental condition, such as an alarm condition, is detected in the area of any of the detectors. In one embodiment, remotely controlled light modules illuminate paths of egress or other desired areas during the selected environmental condition.

The detectors can be stand alone units for smoke detection, carbon monoxide detection, natural gas detection, or propane gas detection. Alternately, multiple sensors can be incorporated into a combination unit.

In another embodiment, two or more wirelessly coupled detectors form a system. Additional detectors or light modules may be employed as needed for desired coverage.

If a selected environmental condition is sensed by any one detector, it emits an audible tonal pattern alarm and also emits an electronically recorded verbal message indicating that the environmental condition is in close proximity to the detector. The verbal message can, for example, state the type of alarm, fire, gas and/or location. Simultaneously, that detector transmits a preset coded, wireless signal to all other such detectors within the region or building tuned to the same said wireless code. This results in the remotely located detector units emitting an audible tonal alarm pattern and an electronically recorded human

- 3 -

voice (or synthesized voice) to indicate where, elsewhere in the region or building, the environmental condition has been detected to serve as an early and descriptive warning for the occupants.

The voice recording is selectively indicative of the location of the environmental condition sensed or the type of environmental condition sensed, or both. This voice recording can be selected by the user.

As an option, the user can record a message into the electronic memory using a microphone for specific dwellings. For example, a smoke detector located on the second floor of a dwelling receiving a radio frequency signal from a smoke detector located in the basement of the same dwelling would, in one embodiment emit the smoke detector tonal pattern alarm and intermittently emit the voice saying *"Basement"*, or *"Smoke in Basement"*, *"Fire"* or similar messages, during periods of silence within the tonal pattern alarm.

In one aspect of the invention, a system includes two or more autonomous environmental condition detectors which directly, and wirelessly communicate with other like environmental condition detectors through a radio frequency link (or other wireless link) between units without the need for a centralized control unit. This provides flexibility in location selection, reduced risk of total system failure in the absence of a single centralized control unit, and ease of installation of the system.

In yet another aspect of the invention, wireless communication can be provided to remote light modules to illuminate paths of egress or to illuminate any other room or area desired by the system user for the duration of the sensing of an environmental condition. The light modules are, in one embodiment, 120 VAC rechargeable battery powered units designed to energize a lamp during a 120 VAC power failure or upon receiving a properly coded radio signal from any of the detectors which within radio signal range have sensed the environmental condition.

The light modules are intended to be plugged into standard wall mounted 120 VAC receptacles to provide illumination in close proximity to the floor

BRK_000233

- 4 -

(approximately 40 cm above the floor). These light modules may be fixed to the wall outlets with screw fasteners to prevent their removal or may be simply held in place by the outlet plug friction so that the light module may be removed and carried as an emergency flashlight during the environmental condition.

5        Numerous other advantages and features of the present invention will become readily apparent from the following detailed description of the invention and the embodiments thereof, from the claims and from the accompanying drawings.

**Brief Description of the Drawings:**

10        FIG. 1 is a block diagram of a detector with voice indication according to the invention;

FIG. 1A illustrates a multi-detector system wherein the detectors communicate wirelessly directly with one another;

FIG. 2 is a block diagram of a light module usable in conjunction with

15        the preferred embodiment of the detector diagram shown in FIG. 1;

FIG. 3 illustrates an exemplary audible tonal pattern alarm and recorded voice message combination emitted by the detector of FIG. 1 when configured as a fire detector and using a recorded voice message as an environmental condition type identifier;

20        FIG. 4 illustrates an exemplary audible tonal pattern alarm and recorded voice message combination emitted by the detector of FIG. 1 when configured as a fire detector using a recorded voice message as an environmental condition location identifier;

FIG. 5 illustrates an exemplary audible tonal pattern alarm and recorded

25        voice message combination emitted by the detector of FIG. 1 when configured as a carbon monoxide detector using a recorded voice message as an environmental condition type identifier;

FIG. 6 illustrates an alternate verbal message emittable by a fire or smoke detector as in FIG. 1;

30        FIG. 7 illustrates an alternate verbal message emittable by a gas detector

- 5 -

as in FIG. 1; and

FIG. 8 illustrates one method for the user to specify the installation location of the detector of FIG. 1.

### Detailed Description of the Preferred Embodiments:

5      While this invention is susceptible of embodiment in many different forms, specific embodiments are shown in the drawing and will be described herein in detail with the understanding that the present disclosure is to be considered as an exemplification of the principles of the invention and is not intended to limit the invention to the specific embodiments illustrated.

10     This application is a continuation-in-part of Ser. No. 09/299,483 filed April 26, 1999. The specification and figures thereof are incorporated herein by reference.

A block diagram of a detector 6-i is illustrated in FIG. 1. Detector 6-i is contained within and carried by a housing 8.

15     Detector 6-i is powered, for example by a long life battery (alkaline or lithium, for example) 10. Alternately, a plug can be provided for coupling to standard 120VAC. AC power with a battery back-up is an alternative.

An environmental condition sensor 20, for example a conventional smoke sensor, carbon monoxide sensor, natural gas sensor, or propane gas sensor, (or

20     any multiple combination thereof) is any sensor type utilizing methods typically known in the art.

In one embodiment, sensor(s) 20 could each contain electronics (an ASIC for example) for purposes of making an alarm determination. For example, sensed smoke can be compared to a pre-selected threshold to establish the

25     presence of a fire alarm condition. One or more values of sensed gas concentration can be processed to establish the presence of a gas alarm condition. In such a structure, upon sensing the alarm condition, the sensor 20 energizes an alarm unit 22 which sounds its local alarm to indicate that an environmental alarm condition has been sensed in proximity of the sensor 20.

30     In an alternate embodiment, processor 30, in conjunction with instructions

- 6 -

prestored in ROM, PROM, EEPROM 32 or the like could be programmed to make an alarm determination. Random access memory 34 could also be coupled to processor 30 to provide temporary data storage. In this embodiment, processor 30 could select from one or more sets of tonal output patterns, stored
5    in memory unit 32, and use a selected pre-stored set to drive output transducer 22. Types of storable patterns include a U.S. standard fire alarm pattern, a Canadian standard fire alarm pattern and one or more U.S. standard gas alarm patterns.

While the detector 6-i of FIG. 1 could be used as a stand alone unit, with
10    or without the transmitter 40 and receiver 70, in an alternate embodiment, it can be one of a plurality of substantially identical detectors in a system. FIG. 1A illustrates a system which incorporates a plurality of detectors 6-1, 6-2 ... 6-n all of which are substantially identical to the detector 6-i of FIG. 1.

In multi-detector systems, see FIG. 1A, the microprocessor 30 (in an
15    active detector such as detector 6-1), signals a wireless transmitter 40 to transmit a coded, wireless signal defined by a location code selector 50 to all other detectors, 6-2, 6-3 .. 6-n. At the same time, optional light modules 100-1 .... 100-2 (FIG. 2) within receiving range can also be energized.

In the system of FIG. 1A, if one of the detectors goes into alarm, for
20    example detector 6-1, in addition to sounding a local tonal alarm with an intervening verbal alarm identifying message, the active detector communicates wirelessly with other detectors 6-2 .. 6-n in the range of transmitter 40. This communi-cation is direct, detector-to-detector. This communication can be implemented by RF transmission, optical transmission, or sonic transmission
25    without limitation. It will be understood that references to "Radio" as a form of wireless transmission in the figures is intended to be exemplary only and not limiting.

Each of the detectors 6-2 .. 6-n which receives a wireless communication from a displaced detector such as detector 6-1, recognizes the alarm type and
30    location of the originating detector given the contents of the received message.

- 7 -

Hence, each of the receiving detectors can go into an appropriate alarm state and verbally provide location information and/or type information as to the source of the alarm. It will be understood that a detector, such as detector 6-3, in direct communication with active detector 6-1 could also relay a similar message to

5 detector 6-n which might be out of direct range of the detector 6-1.

Additionally, the active detector, such as detector 6-1, can via the same transmission, activate a plurality of light modules 100-1 ... 100-n corresponding to the light module 100-i of FIG. 2 and discussed subsequently. The activated light modules can provide a lighted escape pathway for an individual in the

10 vicinity of the active detector 6-1 and can provide lighted regions in the vicinity of all light modules 100-1 .... 100-n located within range.

As discussed below, each of the detectors 6-i can include a location code selector element and a radio address code selector element which is user settable. These user specifiable settings customize the behavior of an otherwise standard

15 detector and provide advantageous flexibility.

The location code selector 50 is a user-set dip-switch/jumper arrangement that enables the user to define the location voice information that remote units will play upon receiving a signal from an alarmed detector that initially senses the environmental condition, such as a fire or a gas concentration. The location

20 code selector 50 programs the transmitter 40 to transmit the coded signal.

By way of example, detectors located on the first floor of a dwelling may be set by the location code selector 50 to transmit a wireless signal to all other detectors instructing them to emit the audible tonal pattern alarm suitable for the detector type plus a voice playback indicating *"First Floor"* or *"Smoke on First*

25 *Floor"*, *"Fire"*, *"Fire First Floor"* or the like, with periodicity.

Detectors located on the second floor of a dwelling may be set by the location code selector 50 to transmit a wireless signal to all other detectors instructing them to emit the audible tonal pattern alarm suitable for the detector type plus a voice playback indicating *"Second Floor"* or *"Smoke on Second*

30 *Floor"* with periodicity. The voice messages are played during periods of



- 8 -

silence in the audible tonal pattern alarm.

The address code selector 60 is a user-set switch that enables the user to select a coded wireless signal to be used for both transmission and reception, the intercommunication link between the detector units. This code is user-selectable
5    to alleviate interference with spurious radio waves, optical waves or sonic waves and with other similar systems that may be operating in close proximity and are not desired to be operated within the same system.

Upon reception of a valid wireless signal, the receiver and decoder 70 decodes the signal according to the address code selector 60 setting. Upon verifi-
10    cation that the received wireless signal originating from a desired transmitter, the receiver and decoder 70 then signals the microprocessor 30 to energize and drive the alarm unit 22 to sound its audible tonal alarm pattern.

Processor 30 also signals the electronic voice storage 80 to play or output the proper pre-stored voice information through the audio transducer/speaker 90
15    to verbally indicate the location of the detector sensing the environmental condition. An optional microphone 96 provides a means for the user to record short custom location information into the electronic voice storage 80.

It will be understood that a wide variety of electronic configurations for the detector 6-i come within the spirit and scope of the present invention. As
20    noted previously, the detector 6-i can incorporate one or more different environ-mental condition sensors 20. For example, detector 6-i can incorporate a smoke sensor such an ionization-type smoke sensor or a photoelectric-type smoke sensor. In addition, that detector can incorporate a gas sensor, such a carbon monoxide sensor, a position sensor, a motion sensor or the like without
25    limitation.

Various types of processing come within the spirit and scope of the detector 6-i. For example, processor 30 can detect signals from the sensors 20 carried by the detector 6-i, and, based on pre-stored executable instructions, make all necessary alarm decisions. This includes processing of signals from
30    smoke sensors and/or processing of signals from gas sensors, thermal sensors and

- 9 -

the like. Alternately, one or more of the sensors 20 can be coupled to an application specific integrated circuit (ASIC) which can carry out processing specific to that type of sensor. Output from the ASIC can in turn be coupled to the processor 30 if desired.

5          Further, it will be understood that the alarm output transducer 22 and the audio transducer 90 can be separate elements or they can be integrated into a single unitary output transducer without departing from the spirit and scope of the present invention. Processor 30 can be augmented, or replaced, with hard wired circuits as desired within the spirit and scope of the present invention.

10          An output light module 100-i is illustrated in FIG. 2. The module 100-i is intended to be coupled to a 120 VAC electrical outlet by prongs 110. Received AC powers a 120 VAC to low-voltage DC electrical power supply 120. The low-voltage DC electrical power supply 120 maintains a rechargeable battery pack 130 in a state of full charge.

15          An internal lamp switch control 140 energizes a low-voltage lamp 150 during a 120 VAC power failure as determined by a 120 VAC power failure circuit 160 or by reception of a properly coded wireless signal by the receiver and decoder 170. This signal will have been transmitted from a detector unit that has sensed an environmental alarm condition.

20          The receiver and decoder 170 is continuously active and is powered by the power supply 120 through the battery pack 130 when 120 VAC power 110 is available or by the battery pack 130 upon 120 VAC power failure. The receiver and decoder 170 interprets the wireless signals received as programmed by the user-selectable address code selector 180. The address code selector 180 is set to the same address code as the address code selector 70 in FIG.1 if the light module 100-i is to be part of the same system, see FIG 1A.

25          Upon reception of a valid wireless signal from a detector that has sensed an environmental alarm condition, the receiver and decoder 170 signals the internal electronic switch 140 to energize the low-voltage lamp 150.

30          The low-voltage lamp 150 is powered from the power supply 120 as long

/0

- 10 -

as the 120 VAC power supply 110 is functioning. Otherwise, the low-voltage lamp 150 is powered by the rechargeable battery pack 130.

Once activated by reception of a valid wireless signal, the low-voltage lamp 150 remains energized at least until no further valid wireless signals are received. If desired, a manual reset can be provided by a user operating the reset switch 190. When the low-voltage lamp 150 is energized due to a 120 VAC supply failure, it remains energized until the 120 VAC power supply is reactivated or the energy of the battery pack 130 is expended.

In addition, other types of receiving units are within the spirit and scope of the present invention. One alternate type of receiving unit is a wirelessly coupled fire extinguisher.

FIG. 3 is an exemplary smoke alarm timing plot 200 of the sound emitted by an alarmed detector 6-i which incorporates a smoke sensor. In the output pattern of FIG. 3, both an audible tonal pattern alarm 210 and a recorded voice message 220 convey information about the specific environmental condition detected.

In FIG. 3, the detector embodiment is a fire detector implemented as a smoke detector using voice as an environmental condition type identifier only. The recorded voice message 220 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 210 consistent with conventional smoke detector alarms.

Other messages identifying alarm type could be used. For example, instead of *"Smoke"*, the detector could verbalize *"Fire"* or *"Fire Fire"*. In the example of FIG. 3, groups of three spaced apart .5 second fire alarm tones, generated by output transducer 22 (FIG. 1), are spaced apart by 1.5 second silent intervals. The verbal alarm message 220 is output repetitiously during the 1.5 second silence interval. The verbal messages specify and can reinforce the type of alarm. Other tone patterns and silent intervals come within the spirit and scope of the present invention.

FIG. 4 illustrates an exemplary alarm timing plot of the sound 230

- 11 -

emitted by a smoke detector using an audible tonal pattern alarm 240 to convey a smoke alarm and a recorded voice message 250 to convey the location of the detected fire and smoke. In FIG. 4, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition location identifier only. The recorded voice message 250 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 240 consistent with conventional smoke detector alarms.

FIG. 5 illustrates an exemplary alarm timing plot of sound 260 emitted by a detector such as detector 6-i (FIG. 1) with a CO sensor. An audible tonal pattern alarm 270 indicative of detected carbon monoxide and a recorded voice message 280 convey the specific type of environmental condition, carbon monoxide and the location of the alarmed detector sensing the dangerous levels of carbon monoxide.

In FIG. 5, the environmental condition detector embodiment is a carbon monoxide detector using voice as both an environmental condition type identifier and location identifier. The recorded voice message 280 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 270 consistent with conventional carbon monoxide alarms.

FIG. 6 illustrates a tonal/verbal smoke detector output with an alternate verbal message. FIG. 7 illustrates a tonal/verbal carbon monoxide detector output with an alternate verbal message. The exemplary tonal pattern alarms and recorded voice messages are illustrative and not intended to exhaustively illustrate all possible tonal alarm patterns and recorded voice messages.

FIG. 8 illustrates a selectable coding apparatus 290, corresponding to selector 50 for the user to select one of the pre-defined locations when the detector 6-i (FIG. 1) has been installed in a dwelling. Selectable coding elements such as a jumper 300 on DIP header pins 310 or DIP switches (not shown) are alternate methods to define the installation location of a detector. Typical dwelling locations are shown in FIG. 6. The list of FIG. 6 is not intended to be exhaustive. Alternate mechanisms for specifying location also

BRK_000241

- 12 -

come within the spirit and scope of the present invention.

In summary, in one embodiment, the present inventive wireless communicative environmental alarm system with voice indication for indicating an alarm condition due to the presence of smoke, carbon monoxide gas, natural gas, propane gas or any multiple combination of these offending agents includes one or more sensors for indicating the presence of the selected environmental conditions wherein the sensor(s) is/are any known type. Actuation of an output transducer generates an audible tonal alarm pattern with voice for the duration of the environmental condition.

Wireless direct communication between detectors utilizes user-selectable, coded, signal transmission. The detectors can include a user-selectable, coded wireless transmitter and receiver.

The communication signal can be coded to verbally indicate the location within the dwelling of the detector that has sensed the respective environmental condition(s) by preset switches or manually settable elements for the user to manually select the verbal information indicative of each environmental condition detector location to be emitted. This selected information will be verbally emitted by all environmental condition detectors that receive the coded wireless signal transmission from the detector that has gone into alarm.

Circuitry is included for conservation of battery energy through intermittent activation of the wireless receiving circuitry. Low power electronic circuitry is included to control the activation intermittency of the receiving circuitry.

Test circuits for electronically simulating an environmental condition within the respective detector include a test switch accessible to the user operating the test switch activates the local audible alarm and initiates a wireless transmission to all other environmental condition detector units with an embedded code indicative of the location of the detector under test to determine operability of components therein.

Verbal information regarding the location of the sensed environmental

BRK_000242

- 13 -

condition, the type of the sensed environmental condition, or both, is emitted
during silent periods within the audible tonal pattern alarm emitted by the active
detector during an alarm condition. Multiple tonal patterns can be stored in
detector memory.

5      The invention also pertains to a low voltage direct current, rechargeable
light module to illuminate areas of a dwelling and paths of egress from a
dwelling during an alarm condition. Exemplary modules include connectors for
direct connection to a 120 VAC power supply wall outlet or the like; circuitry
for conversion of 120 VAC power to a low voltage direct current, and a source

10     of illumination wherein the illumination source includes, for example, a low
voltage lamp.

       The module may include circuitry by which to energize the low voltage
lamp upon failure of 120 VAC power supply; or upon reception of a coded
wireless signal from a detector's transmission. Circuitry is included for

15     reception and decoding of the received wireless signal wherein a user can select
the code for decoding. The system may also include a facility for manually de-
energizing the lamp, such as a reset switch, accessible to the user.

       It will be understood that in instances where a detector includes two or
more sensors that it will include multiple tonal alarms and verbal messages, one

20     set for each sensor. Similarly, multiple coded messages specifying alarm type,
associated with each respective sensor, can be wirelessly transmitted to other
detectors.

       Output transducers, such as transducer 22, can include loud speakers or
piezoelectric elements. Transducer 90 can include loud speakers.

25     The various preferred embodiments described above are merely
descriptive of the present invention and are in no way intended to limit the scope
of the invention. Modifications of the present invention will become obvious to
those skilled in the art in light of the detailed description above, and such
modifications are intended to fall within the scope of the appended claims.

/4

- 14 -

**What is Claimed:**

1. An environmental condition detection system having:

a minimum of two environmental condition detectors, each said environmental condition detector comprising

5     (a) at least one sensor for detecting the presence of a selected environmental condition,

    (b) an audible alarm having at least one prescribed audible tonal pattern active in response to sensing said environmental condition in accordance with a predetermined criterion;

10     (c) circuitry for playing at least one pre-recorded voice message wherein the message verbally describes the type of detected environmental condition for the duration of detection thereof in accordance with said criterion such that said pre-recorded voice message is emitted during periods of silence in said prescribed audible tonal pattern alarm; and

15     (d) a transmitter and a receiver for wireless direct communication with other detectors of the system wherein each transmitter transmits user-selectable, coded wireless signals and each said receiver responds to received, coded signals, each said detector emitting at least one electronically pre-recorded voice message, the selection of which is defined by electronic

20 decoding of the received wireless signal transmitted by a condition detector sensing said environmental condition.

2. The system as in claim 1 wherein each detector includes:

selectable coding means to define the installation location of the respective detector and wherein the circuitry plays a location specifying message.

25 ~~3. The system of claim 1 wherein said sensors are selected from a group including a smoke sensor, a carbon monoxide gas sensor, a natural gas sensor, and a propane gas sensor.~~

4. The system of claim 3 wherein at least some of the detectors include at least a second sensor of a different type and wherein the circuitry

30 therein plays a second pre-recorded voice message which describes a second type

15

- 15 -

of detected environmental condition such that the pre-recorded voice is emitted during periods of silence in a prescribed audible tonal pattern.

3. The system of claim 1 further comprising light module to illuminate adjacent areas during the detection of said environmental condition,

5 said light module comprising a lamp, an element for a plug-in type connection of the module to power supply, a rechargeable battery for powering said light module upon a power failure, a control circuit and a wireless receiver, said circuit causing said lamp to be energized by upon receipt of a selected coded wireless signal by the receiver.

10 6. The system of claim 1 wherein the transmitter and receiver wirelessly communicate using radio frequency transmission and reception.

7. The system of claim 1 wherein said electronic means to play said circuitry for playing said pre-recorded voice messages has further circuitry to provide for the selection of language type presentation of said pre-recorded voice

15 messages.

8. The system of Claim 1 wherein said audible alarm comprises storage for multiple tonal alarm patterns.

9. The system of Claim 8 which includes a processor programmed for retrieving a selected tonal alarm pattern and presenting same to the audible

20 alarm.

10. An environmental condition detection system housing:

a minimum of two environmental condition detectors, each said environmental condition detector comprising

(a) at least one sensor for detecting the presence of a

25 selected environmental condition,

(b) an audible alarm having at least one prescribed audible tonal pattern active in response to sensing said environmental condition in accordance with a predetermined parameter;

(c) circuitry for playing at least one pre-recorded voice

30 message wherein the message verbally describes the location of the detected

16

- 16 -

environmental condition for the duration of detection thereof in accordance with the parameter such that said pre-recorded voice message is emitted during periods of silence in said prescribed audible tonal pattern alarm; and

        (d) a transmitter and a receiver for wireless direct communication with other detectors of the system wherein each transmitter transmits user-selectable, coded wireless signals and each said receiver is user-selectable to respond to received, coded signals, each said detector emitting at least one electronically pre-recorded voice message, the selection of which is defined by electronic decoding of the received wireless signal transmitted by a condition detector sensing said environmental condition.

        The system as in claim 10 wherein the circuitry plays a condition specifying message.

17.        The system of claim 10 wherein said sensors are selected from a group including a smoke sensor, a carbon monoxide gas sensor, a natural gas sensor, and a propane gas sensor.

        The system of claim 11 wherein at least some of the detectors include at least a second sensor of a different type and wherein the circuitry therein plays a second, condition specifying pre-recorded voice message such that the pre-recorded voice is emitted during periods of silence in a prescribed audible tonal pattern.

18.        The system of claim 10 further comprising a light module to illuminate adjacent areas during the detection of said environmental condition, said light module comprising a lamp, an element for a plug-in type connection of the module to a power supply, a rechargeable battery for powering said light module upon a power failure, a control circuit and a wireless receiver, said circuit causing said lamp to be energized by upon receipt of a selected coded wireless signal by the receiver.

        15.        The system of claim 10 wherein the transmitter and receiver wirelessly communicate using radio frequency transmission and reception.

- 17 -

16. The system of claim 10 wherein said electronic means to play said circuitry for playing said pre-recorded voice messages has further circuitry to provide for the selection of language type presentation of said pre-recorded voice messages.

15 17. The system of Claim 14 wherein said audible alarm comprises storage for multiple tonal alarm patterns.

16 18. The system of Claim 15 which includes a processor programmed for retrieving a selected tonal alarm pattern and presenting same to the audible alarm.

19. A method for providing environmental condition detection for a multi-section region comprising:

(a) locating a minimum of two environmental condition detectors in different sections of the region;

(b) setting a selectable coding element in each detector to define the location of the respective detector within a section;

(c) sensing an environmental condition and playing a pre-recorded voice message, which verbally describes at least the location of the sensed condition;

(d) communicating wirelessly with another, selected detector such that the pre-recorded voice message at the sensed location is also emitted at the another detector.

20. A method as in claim 19 which includes verbally stating a type of sensed condition.

21. The method of claim 19 which includes providing a first environmental condition detector selected from a group including a smoke detector, a gas detector, a natural gas detector, and a propane gas detector.

22. The method of claim 21 which provides at least a second, different environmental condition detector type selected from a group including a smoke detector and a gas detector.

23. A method for providing environmental condition detection for a

18

- 18 -

multi-section region comprising:

(a) locating a minimum of two environmental condition detectors in different sections of the region;

(b) sensing an environmental condition and playing a pre-recorded voice message, which verbally describes the type of sensed condition;

(c) communicating wirelessly with another, selected detector such that the pre-recorded voice message at the sensed location is also emitted at the another detector.

24.    A method as in claim 23 which includes verbally stating a location of the sensed condition.

25.    A detector comprising:

a) at least one sensor for sensing the presence of an environmental condition,

b) a transmitter for transmitting a radio frequency signal,

c) a selector to define a coded radio frequency signal to be transmitted by said transmitter;

d) a receiver for radio signal reception.

e) an alarm code selector to define a voice information code to be transmitted in said radio signal,

f) an audio transducer that emits selected voice information in response to the receiver receiving a selected radio signal transmitted by another transmitter.

26.    The detector of claim 25 wherein said sensor selected from a group including a smoke detector, a carbon monoxide gas detector, a natural gas detector, and a propane gas detector.

27.    A detector as in claim 26 which includes at least a second, different sensor.

28.    A detector as in claim 25 which includes circuitry for storage of at least one alarm type voice message.

29.    A detector as in claim 28 which includes circuitry for storage of

- 19 -

a second, location specifying voice message.

30. A self-contained ambient condition detector comprising:

a housing;

at least one ambient condition sensor carried by the housing;

a control element, carried by the housing and coupled to the sensor, for establishing the presence of a selected alarm condition;

a wireless receiver coupled to the control element wherein the receiver and control element receive and decode wireless messages transmitted by other detectors;

a manually settable location specifying member, coupled to the control element whereby a user can specify a location at which the housing is installed;

voice annunciating circuitry and a plurality of stored verbal outputs with one output identifying, at least in part, an alarm type and at least one output identifying, at least in part, an alarm location wherein in response to a receiver wireless message from another detector, the voice annunciation circuitry outputs at least one of a verbal alarm type and a verbal alarm location.

31. A detector as in claim 30 wherein the at least one sensor is selected from a class which includes a position sensor, a motion sensor, a breakage sensor, a gas sensor, and a fire sensor.

32. A detector as in claim 30 which includes a wireless transmitter, coupled to the control element whereby the control element includes circuitry for formatting wireless alarm specifying messages for transmission to displaced, substantially identical, detectors whereby the receiving detectors receive the alarm specifying messages for verbal presentation thereat.

33. A detector as in claim 32 wherein transmitted messages include location information as specified by the manually settable member.

32 34. A detector as in claim 30 which includes a second, different, sensor wherein the sensors are selected from a class which includes a gas sensor,

- 20 -

a smoke sensor and a thermal sensor.

33 35. A detector as in claim 30 wherein the control element comprises a programmed processor and associated storage unit which includes at least one prestored audible alarm indicating tonal output pattern.

34 36. A detector as in claim 33 35 which includes a plurality of tonal output patterns pre-stored in the unit wherein one of the patterns is a fire alarm pattern.

35 37. A detector as in claim 34 36 wherein another of the prestored patterns is a gas alarm pattern.

36 38. A detector as in claim 30 wherein the control element comprises a storage unit for digitally storing at least one alarm indicating tonal output pattern.

37 39. A detector as in claim 30 wherein the annunciating circuitry comprises a speech synthesizer.

40. An alarm system comprising:

a plurality of wirelessly coupled, self-contained detectors wherein each detector includes a transceiver for wireless transmission of and reception of coded messages, directly communicated between detectors, wherein the messages include at least alarm specifying information transmitted by a detector exhibiting an alarm condition; and

wherein at least some detectors include voice output circuitry for verbally broadcasting the existence of an alarm condition at a different detector in response to a coded message directly received therefrom.

41. A system as in claim 40 wherein at least some of the detectors include manually settable location specifying circuitry and the transmitted messages therefrom include both alarm and location information.

42. A system as in claim 41 wherein the voice output circuitry of at least some of the detectors verbally output both alarm and location information received from another detector.

42 43. A system as in claim 41 wherein at least some of the detectors include at least one ambient condition sensor selected from a class which

- 21 -

includes at least a fire sensor, a gas sensor, a position sensor, a motion sensor and a breakage sensor.

44. A system as in claim 40 wherein at least some of the detectors include an alarm indicating audible output transducer.

5    45. A system as in claim 44 wherein at least some of the transducers comprise piezoelectric transducers.

46. A system as in claim 44 wherein verbal alarm specifying messages are interleaved with tonal alarm indicating messages.

47. A system as in claim 46 wherein verbal alarm location messages

10   are interleaved with tonal alarm indicating messages.

48. A system as in claim 42 wherein the fire sensors comprise one or more of a thermal sensor, a photoelectric smoke sensor and an ionization smoke sensor.

49. A detector comprising:

15        a housing;

at least a first ambient condition sensor carried by the housing;

a control element, in part programmable, coupled to the sensor, wherein the element incudes circuitry for detecting a first alarm condition;

an alarm indicating audible output device coupled to the control

20   element wherein the control element, in response to an alarm condition, drives the output device to repetitively emit a first, interrupted, plurality of alarm tones wherein at least some of the tones are spaced apart from one another by a first time interval, and wherein others of the tones are closer together; and

a voice circuit for storing at least a first verbal, alarm-type output

25   message, coupled to the control element and associated with the first sensor, wherein the circuit, in response to the presence of a first detected alarm condition, injects the verbal, alarm-type output message repetitively into the first intervals.

50. A detector as in claim 49 wherein the first interval is on the order

30   of 1.5 seconds.

- 22 -

51.     A detector as in claim 50 wherein others of the tones are spaced apart on the order of .5 seconds.

52.     A detector as in claim 49 which includes a second, different ambient condition sensor coupled to the control element.

53.     A detector as in claim 52 wherein the control element includes circuitry for detecting a second alarm condition, associated with the second sensor, and for driving the output device to emit a second interrupted plurality of alarm tones at least some of which are spaced apart from one another by a second time interval and wherein others of the tones are closer together and wherein the voice circuit stores a second verbal, alarm-type output message associated with the second sensor wherein the element in response to the presence of a second detected alarm condition injects the second verbal, alarm-type output message into the second intervals.

54.     A detector as in claim 49 wherein a word associated with a fire is stored as the first verbal alarm-type output whereby in response to the first detected alarm condition that word is verbally injected, repetitively into the first intervals in the tones.

55.     A detector as in claim 49 wherein the first sensor comprises a smoke sensor.

56.     A detector as in claim 53 wherein the first sensor comprises a fire sensor and the second sensor comprises a gas sensor.

57.     A detector as in claim 56 wherein the gas sensor comprises a carbon monoxide sensor and a phrase indicative of that gas is stored as, at least part of, the second verbal, alarm-type output message whereby in response to the second detected alarm condition, at least that phrase is verbally injected, repetitively into the second intervals in the tones.

58.     An ambient condition detector comprising:

first and second, different, ambient condition sensors;

control electronics which includes a programmed processor, coupled to the sensors wherein the electronics emits at least two, different, pre-

- 23 -

stored alarm indicating tonal, output patterns wherein each pattern is associated with respective one of the sensors;

voice output circuitry, coupled to the electronics, wherein the voice circuitry includes at least two pre-stored verbal alarm starting output messages wherein each of the pre-stored messages is associated with a respective one of the tonal output patterns and verbalizes the respective alarm type and wherein the control electronics, in response to a detected alarm condition, outputs an audio representation of a respective one of the tonal patterns and an interleaved respective verbal alarm type message.

59. A detector as in claim 58 wherein one of the sensors is a smoke sensor and the respective, prestored verbal message is a fire alarm to reinforce the respective tonal output pattern indicative of a fire alarm.

60. A detector as in claim 59 wherein the other sensor is a carbon monoxide sensor and the respective pre-stored verbal message is a carbon monoxide alarm to reinforce the respective tonal output pattern, indicative of a carbon monoxide alarm.

61. A detector as in claim 58 wherein each tonal output pattern defines groups of substantially identical output tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount wherein the second amount is at least two times greater than the first amount.

62. A detector as in claim 60 wherein at least one tonal output pattern defines groups of three substantially identical output tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount wherein another tonal output pattern defines groups of four substantially identical output tones with constant intragroup spacing of a third amount and constant intergroup spacing of a fourth amount.

63. A detector as in claim 61 wherein one tonal pattern has an intragroup spacing on the order of .5 seconds and an intergroup spacing on the order of 1.5 seconds.

64. A detector as in claim 62 wherein each tone of one tonal pattern

- 24 -

has a duration on the order of .5 seconds.

65.    A detector as in claim 58 wherein the tonal patterns are prestored in a memory unit coupled to the processor.

BRK_000254

- 25 -

## ABSTRACT OF THE DISCLOSURE

The battery powered or 120VAC powered environmental condition detector of the present invention is designed to provide an early warning of the presence of an environmental condition (smoke or carbon monoxide gas or natural gas or propane gas or any multiple combination of these offending agents) to persons in remote areas of a building. The detector sensing the environmental condition emits an audible tonal pattern alarm, while transmitting a radio signal directly to other environmental condition detectors to activate their alarms and to activate an electronically stored human voice recording (or synthesized voice) that indicates the location of the environmental condition detector sensing the environmental condition, or the type of environmental condition, or both. Rechargeable light modules separate from the detector are included that receive the signal from the detector sensing the environmental condition and illuminate areas and paths of egress for the duration of the alarm condition or in case of 120VAC power failure. All components of the system are easy to install due to the modular design and conventional power sources. An intermittent activation of the electronic circuitry in the detector unit may be used to conserve battery energy in the battery powered embodiment.

BRK_000255

**APPLICATION DATA SHEET**
(Inventor(s) With Representation)

## Inventor Information

| | |
|---|---|
| Inventor One, Given Name:: | Gary J. |
| Family Name:: | Morris |
| Postal Address Line One:: | 2026 Glenmark Avenue |
| Postal Address Line Two:: | |
| City:: | Morgantown |
| State or Province:: | West Virginia |
| Postal or Zip Code:: | 26505 |
| Citizenship Country:: | USA |

Inventor Two, Given Name::
Family Name::
Postal Address Line One::
Postal Address Line Two::
City::
State or Province::
Postal or Zip Code::
Citizenship Country::

Inventor Three, Given Name::
Family Name::
Postal Address Line One::
Postal Address Line Two::
City::
State or Province::
Postal or Zip Code::
Citizenship Country::

## Correspondence Information

| | |
|---|---|
| Correspondence Customer Number:: | 01942 |
| Name Line One:: | Rockey, Milnamow & Katz, Ltd. |
| Address Line One:: | Two Prudential Plaza, Suite 4700 |
| Address Line Two:: | 180 North Stetson Avenue |
| City:: | Chicago |
| State or Province:: | Illinois |
| Postal Or Zip Code:: | 60601 |
| Telephone:: | 312-616-5400 |
| Facsimile:: | 312-616-5460 |

BRK_000256

## Application Information

| | |
|---|---|
| Title Line One:: | Communicative Environmental Alarm System |
| Title Line Two:: | With Voice Identifier |
| Total Drawing Sheets:: | |
| Formal Drawings? | |
| Application Type:: | CPA |
| Docket Number:: | BRC 208.0 US |

## Representative Information

| | |
|---|---|
| Registration Number One:: | 29,116 |
| Registration Number Two:: | 33,872 |
| Registration Number Three:: | |
| Registration Number Four:: | |

## Continuity Information

| | |
|---|---|
| This application is a:: | Continued Prosecution Application of |
| >Application One:: | 09/417,154 |
| Filing Date:: | October 12, 1999 |
| | |
| which is a:: | CIP |
| >>Application Two:: | 09/299,483 |
| Filing Date:: | April 26, 1999 |
| | |
| which is a:: | Utility Application of |
| >>>Application Three:: | 60/104,217 |
| Filing Date:: | October 14, 1998 |

## Prior Foreign Applications

| | |
|---|---|
| Foreign Application One:: | None |
| Filing Date:: | |
| Country:: | |
| Priority Claimed:: | |

BRK_000257

Comparable to Form PTO/SB/01
Approved for use through 09/30/00. OMB 0651-0032
Patent and Trademark Office; U.S. Department of Commerce

| DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63) | | Attorney Docket No.: | BRC 208 |
|---|---|---|---|
| | | First Named Inventor: | Gary J. Morris |
| | | *COMPLETE IF KNOWN* | |
| [ x ] Declaration Submitted With Initial Filing | [ ] Declaration Submitted After Initial Filing (surcharge (37 CFR 1.16(a)) required | Application Number: | |
| | | Filing Date: | |
| | | Group Art Unit: | |
| | | Examiner Name: | |

As a below-named inventor, I hereby declare that:

My residence, post office address, and citizenship are as stated below next to my name.

I believe I am the original, first, and sole inventor (if only one name is listed) or an original, first, and joint inventor (if plural names are listed) of the subject matter which is claimed and for which a patent is sought on the invention entitled: Communicative Environmental Alarm System With Voice Indication the specification of which:

    [x ]  is attached hereto; or

    [ ]  was filed on _____
           as Application Serial No. _____
           and was amended on _____(if applicable).

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose all information to the Patent and Trademark Office known to me to be material to patentability of this application, as defined in 37 CFR. 1.56.

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or 365(b) of any foreign application(s) for patent or inventor's certificate, or 365(a) of any PCT International application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or of any PCT International application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Numbers | Country | Foreign Filing Date | Priority Not Claimed | Certified Copy Attached? | |
|---|---|---|---|---|---|
| | | | | YES | NO |
| | | | | | |
| | | | | | |
| | | | | | |

[ ] Additional foreign application numbers are listed on a supplemental priority data sheet (PTO/SB/02B) attached hereto.

Page 1

BRK_000258

I hereby claim the benefit under 35 U.S.C. 119 (e) of any United States application(s) listed below.

| Application Number(s) | Filing Date | [ ] Additional provisional application numbers are listed on a supplemental priority data sheet (PTO/SB/02B) attached hereto. |
|---|---|---|
| 60/104,217 (including Disclosure Document 415668) | 10-14-98 | |

I hereby claim the benefit under 35 U.S.C. 120 of any United States application(s), or 365(c) of any PCT International application designating the United States of America, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of 35 U.S.C. 112, I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56 which became available between the filing date of the prior application and the national or PCT International filing date of this application.

| U.S. Parent Application or PCT Parent Number | Parent Filing Date | Parent Patent Number (if applicable) |
|---|---|---|
| 09/299,483 | April 26, 1999 | |

[ ]  Additional U.S. or PCT International application numbers are listed on a supplemental priority data sheet (PTO/SB/02B) attached hereto.

As a named inventor, I hereby appoint the following registered practitioner(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

| | | | |
|---|---|---|---|
| Lawrence J. Chapa | Reg. No. 39,135 | Paul M. Odell | Reg. No. 28,332 |
| Randall T. Erickson | Reg. No. 33,872 | Robert B. Polit | Reg. No. 33,993 |
| Stephen D. Geimer | Reg. No. 28,846 | Elaine M. Ramesh | Reg. No. 43,032 |
| Allen J. Hoover | Reg. No. 24,103 | Keith V. Rockey | Reg. No. 24,713 |
| Martin L. Katz | Reg. No. 25,011 | Thomas I. Ross | Reg. No. 29,275 |
| Kathleen A. Lyons | Reg. No. 31,852 | Joel E. Siegel | Reg. No. 25,440 |
| John P. Milnamow | Reg. No. 20,635 | Paul M. Vargo | Reg. No. 29,116 |
| Lisa V. Mueller | Reg. No. 38,978 | | |

whose mailing address for this application is:  ROCKEY, MILNAMOW & KATZ, LTD.
Two Prudential Plaza - Suite 4700
180 North Stetson Avenue
Chicago, Illinois 60601
Telephone: (312) 616-5400
Facsimile: (312) 616-5460

I hereby declare that all statements made herein of my knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| Name of Sole or First Inventor: | Gary J. Morris |
|---|---|
| Citizenship: | U.S.A. |
| Residence: | 2026 Glenmark Avenue, Morgantown, West Virginia 26505 |
| Post Office Address: | Same as residence |
| Signature: X _[signature]_ | Date: October 11, 1999 |

| Name of Additional Inventor, if any: | |
|---|---|
| Citizenship: | |
| Residence: | |
| Post Office Address: | |
| Signature: | Date: |

| Name of Additional Inventor, if any: | |
|---|---|
| Citizenship: | |
| Residence: | |
| Post Office Address: | |
| Signature: | Date: |

| Name of Additional Inventor, if any: | |
|---|---|
| Citizenship: | |
| Residence: | |
| Post Office Address: | |
| Signature: | Date: |

| Name of Additional Inventor, if any: | |
|---|---|
| Citizenship: | |
| Residence: | |
| Post Office Address: | |
| Signature: | Date: |

BRK_000260

Applicant or Patentee: __Gary J. Morris__      Atty Docket ed. __BRC 208.0__

Serial or Patent No.: _____

Filed or Issued: _____

For: __Communicative Environmental Alarm System With Voice Indication__

### VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS
(37 C.F.R. 1.9(f) AND 1.27(b) - INDEPENDENT INVENTOR)

As a below named inventor, I hereby declare that I qualify as an independent inventor as defined in 37 C.F.R. 1.9(c) for purposes of paying reduced fees to the United States Patent and Trademark Office with regard to the invention entitled: __Communicative Environmental Alarm System With Voice Indication__ described in:

     [x]   the specification filed herewith.

     [ ]   Application Serial No. _____, filed _____

     [ ]   Patent No. _____, issued _____

I have not assigned, granted, conveyed, or licensed, and am under no obligation under contract or law to assign, grant, convey, or license, any rights in the invention to any person who would not qualify as an independent inventor under 37 C.F.R. 1.9(c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 C.F.R. 1.9(d) or a nonprofit organization under 37 C.F.R. 1.9(e).

Each person, concern, or organization to which I have assigned, granted, conveyed, or licensed, or am under an obligation under contract or under law to assign, grant, convey, or license any rights in the invention, is listed below:

     [x]   no such person, concern, or organization.

     [ ]   person, concerns, or organizations listed below.*

     *NOTE: Separate verified statements are required from each named person, concern, or organization having rights to the invention averring to their status as small entities. (37 C.F.R. 1.27)

FULL NAME _____

ADDRESS _____

     [ ] INDIVIDUAL    [ ] SMALL BUSINESS CONCERN    [ ] NONPROFIT ORGANIZATION

FULL NAME _____

ADDRESS _____

     [ ] INDIVIDUAL    [ ] SMALL BUSINESS CONCERN    [ ] NONPROFIT ORGANIZATION

FULL NAME _____

ADDRESS _____

     [ ] INDIVIDUAL    [ ] SMALL BUSINESS CONCERN    [ ] NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 C.F.R. 1.28(b))

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

__Gary J. Morris__

NAME OF INVENTOR      NAME OF INVENTOR      NAME OF INVENTOR

Signature of Inventor      Signature of Inventor      Signature of Inventor

__October 11, 1999__

Date      Date      Date

BRK_000261

PRINT OF DRAWINGS
AS ORIGINALLY FIL



**Fig. 1**

PRINT OF DRAWINGS
AS ORIGINALLY FILED



**Fig. 1A**

BRK_000263

PRINT OF DRAWINGS
AS ORIGINALLY FII



**Fig. 2**

PRINT OF DRAWINGS
AS ORIGINALLY FILED



**Fig. 3**



**Fig. 4**

BRK_000265

PRINT OF DRAWINGS
AS ORIGINALLY FII



Fig. 5



Fig. 6

Fig. 7

PRINT OF DRAWINGS
AS ORIGINALLY FILED



**Fig. 8**

- PATENT APPLICATION -

P 2736

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant(s): | Gary J. Morris |
| For: | Communicative Environmental Alarm System With Voice Indication |
| Serial No.: | 09/417,154 |
| Filed: | October 12, 1999 |
| Examiner: | Unknown |
| Group Art Unit: | 2736 |

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope address to:

Assistant Commissioner for Patents
Washington, D.C. 20231

_Rowena K Lieber_

Date: _Jan 6, 2000_

**RECEIVED**

JAN 1 4 2000

Group 2700

## INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

For the convenience of the Patent and Trademark Office, record is made below of published art for consideration by the Patent and Trademark Office in connection with the above-identified application. No representation is made or intended that a search has been made or, if made, was complete, or that no more pertinent art than that listed is available. It is expected that the Patent and Trademark Office will independently conduct a complete search for relevant prior art.

Also enclosed is a completed form PTO-1449.

The Commissioner is hereby authorized to charge any additional fees which may be required to this application under 37 CFR §§1.16-1.17, or credit any overpayment, to Deposit Account No. 04-1644. Should no proper payment be enclosed herewith, as by a check being in the wrong amount, unsigned, post-dated, otherwise improper or informal or even entirely missing, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 04-1644. A duplicate copy of this sheet is enclosed.

Respectfully submitted,

ROCKEY, MILNAMOW & KATZ, LTD.

BY _____
Paul M. Vargo, Reg. No. 29,116
Two Prudential Plaza
180 North Stetson Avenue
Suite 4700
Chicago, Illinois 60601
(312) 616-5400

BRK_000269

GP2736

- PATENT APPLICATION -

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant(s): | Gary J. Morris | CERTIFICATE OF MAILING |
| For: | Communicative Environmental Alarm System With Voice Indication | I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope address to: |
| Serial No.: | 09/417,154 | |
| Filed: | October 12, 1999 | |
| Examiner: | Unknown | Assistant Commissioner for Patents Washington, D.C. 20231 |
| Group Art Unit: | 2736 | |

*Rowena A. Lecher*

Date: *Feb. 22, 2000*

---

### SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

    For the convenience of the Patent and Trademark Office, record is made below of published art for consideration by the Patent and Trademark Office in connection with the above-identified application. No representation is made or intended that a search has been made or, if made, was complete, or that no more pertinent art than that listed is available. It is expected that the Patent and Trademark Office will independently conduct a complete search for relevant prior art. Specifically, enclosed is a copy of the International Search Report for the PCT counterpart of the above application with a copy of Patent No. 5,587,705, the only patent cited which was not included in our original Information Disclosure Statement.

    Also enclosed is a completed form PTO-1449.

    The Commissioner is hereby authorized to charge any additional fees which may be required to this application under 37 CFR §§1.16-1.17, or credit any overpayment, to Deposit Account No. 04-1644. Should no proper payment be enclosed herewith, as by a check being in the wrong amount, unsigned, post-dated, otherwise improper or informal or even entirely missing, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 04-1644. A duplicate copy of this sheet is enclosed.

    Respectfully submitted,

    ROCKEY, MILNAMOW & KATZ, LTD.

BY _____
    Paul M. Vargo, Reg. No. 29,116

Two Prudential Plaza
180 North Stetson Avenue
Suite 4700
Chicago, Illinois 60601
(312) 616-5400

BRK1326P117C

PATENT COOPERATION TREATY

PmV

From the INTERNATIONAL SEARCHING AUTHORITY

RECEIVED
DEC 2 1 1999
Rockey, Milnamow & Katz, Ltd.

To: PAUL M. VARGO
ROCKEY, MILNAMOW & KATZ. LTD.
TWO PRUDENTIAL PLAZA
180 N. STETSON. SUITE 4700
CHICAGO, IL 60601

**PCT**

NOTIFICATION OF TRANSMITTAL OF
THE INTERNATIONAL SEARCH REPORT
OR THE DECLARATION

*(PCT Rule 44.1)*

| Date of Mailing *(day/month/year)* | **17 DEC 1999** |
|---|---|

| Applicant's or agent's file reference<br>BRC208.0PCT | **FOR FURTHER ACTION** See paragraphs 1 and 4 below |
|---|---|

| International application No.<br>PCT/US99/23664 | International filing date *(day/month/year)*<br>12 OCTOBER 1999 |
|---|---|

Applicant
MORRIS, GARY J.

TECH CENTER 2700    RECEIVED MAR -3 2000

1. [X]   The applicant is hereby notified that the international search report has been established and is transmitted herewith.

Filing of amendments and statement under Article 19:
The applicant is entitled, if he so wishes, to amend the claims of the international application (see Rule 46):

   **When?**   The time limit for filing such amendments is normally 2 months from the date of transmittal of the international search report; however, for more details, see the notes on the accompanying sheet.

   **Where?**   Directly to the International Bureau of WIPO
   34, chemin des Colombettes
   1211  Geneva 20, Switzerland
   Facsimile No.: (41-22) 740.14.35

   For more detailed instructions, see the notes on the accompanying sheet.

2. [ ]   The applicant is hereby notified that no international search report will be established and that the declaration under Article 17(2)(a) to that effect is transmitted herewith.

3. [ ]   **With regard to the protest against payment of (an) additional fee(s) under Rule 40.2, the applicant is notified that:**

   [ ]   the protest together with the decision thereon has been transmitted to the International Bureau together with the applicant's request to forward the texts of both the protest and the decision thereon to the designated Offices.

   [ ]   no decision has been made yet on the protest; the applicant will be notified as soon as a decision is made.

4. **Further action(s):**   The applicant is reminded of the following:

   Shortly after 18 months from the priority date, the international application will be published by the International Bureau. If the applicant wishes to avoid or postpone publication, a notice of withdrawal of the international application, or of the priority claim, must reach the International Bureau as provided in rules 90 *bis* 1 and 90 *bis* 3, respectively, before the completion of the technical preparations for international publication.

   Within 19 months from the priority date, a demand for international preliminary examination must be filed if the applicant wishes to postpone the entry into the national phase until 30 months from the priority date (in some Offices even later).

   Within 20 months from the priority date, the applicant must perform the prescribed acts for entry into the national phase before all designated Offices which have not been elected in the demand or in a later election within 19 months from the priority date or could not be elected because they are not bound by Chapter II.

| Name and mailing address of the ISA/US<br>Commissioner of Patents and Trademarks<br>Box PCT<br>Washington, D.C. 20231 | Authorized officer<br>Nina Tong |
|---|---|
| Facsimile No. (703) 305-3230 | Telephone No. ~~(703) 305-4500~~  B. Matthews |

Form PCT/ISA/220 (January 1994)∗                                      *(See notes on accompanying sheet)*

PATENT COOPERATION TREATY

# PCT

INTERNATIONAL SEARCH REPORT

(PCT Article 18 and Rules 43 and 44)

| Applicant's or agent's file reference<br>BRC208.0PCT | **FOR FURTHER ACTION** | see Notification of Transmittal of International Search Report (Form PCT/ISA/220) as well as, where applicable, item 5 below. | |
|---|---|---|---|
| International application No.<br>PCT/US99/23664 | International filing date *(day/month/year)*<br>12 OCTOBER 1999 | | (Earliest) Priority Date *(day/month/year)*<br>14 OCTOBER 1998 |

Applicant
MORRIS, GARY J.

This international search report has been prepared by this International Searching Authority and is transmitted to the applicant according to Article 18. A copy is being transmitted to the International Bureau.

This international search report consists of a total of _4_ sheets.

[X] It is also accompanied by a copy of each prior art document cited in this report.

1. [ ] **Certain claims were found unsearchable (See Box I).**

2. [ ] **Unity of invention is lacking (See Box II).**

3. [ ] The international application contains disclosure of a **nucleotide and/or amino acid sequence listing** and the international search was carried out on the basis of the sequence listing

    [ ] filed with the international application.

    [ ] furnished by the applicant separately from the international application,

        [ ] but not accompanied by a statement to the effect that it did not include matter going beyond the disclosure in the international application as filed.

    [ ] transcribed by this Authority.

4. With regard to the title, [X] the text is approved as submitted by the applicant.

    [ ] the text has been established by this Authority to read as follows:

5. With regard to the abstract,

    [ ] the text is approved as submitted by the applicant.

    [X] the text has been established, according to Rule 38.2(b), by this Authority as it appears in Box III. The applicant may, within one month from the date of mailing of this international search report, submit comments to this Authority.

6. The figure of the drawings to be published with the abstract is:

    Figure No. _1_

    [ ] as suggested by the applicant.

    [X] because the applicant failed to suggest a figure.

    [ ] because this figure better characterizes the invention.

    [ ] None of the figures.

Form PCT/ISA/210 (first sheet)(July 1992)＊

| INTERNATIONAL SEARCH REPORT | International application No. |
| --- | --- |
| | PCT/US99/23664 |

**Box III TEXT OF THE ABSTRACT (Continuation of item 5 of the first sheet)**

## NEW ABSTRACT

The environmental condition detector (6-i) is for providing an early warning of the presence of an environmental condition (smoke or carbon monoxide gas, etc.) to persons in remote areas of a building. The detector (6-1) sensing the environmental condition emits an audible tonal pattern alarm (figs.3-7), while transmitting a radio signal directly to other environmental condition detectors (6-2 to 6-n) to activate their alarms and to activate an electronically stored human voice recording (or synthesized voice) that indicates the location of the environmental condition detector sensing the environmental condition, or the type of environmental condition, or both. Rechargeable light modules (130,140,150) separate from the detector are included that receive the signal from the detector (170, 180) and illuminate areas and paths of egress for the duration of the alarm condition or in case of power failure (160).

Form PCT/ISA/210 (continuation of first sheet(2))(July 1992)∗

BRK_000273

| INTERNATIONAL SEARCH REPORT | International application No. PCT/US99/23664 |
|---|---|

**A.    CLASSIFICATION OF SUBJECT MATTER**
IPC(6)   :G08B 25/08
US CL   : 340/692
According to International Patent Classification (IPC) or to both national classification and IPC

**B.    FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)

U.S. :  Please See Extra Sheet.

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)

**C.    DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| Y | US 5,663,714 A (FRAY) 02 SEPTEMBER 1997, ABSTRACT | 1-65 |
| Y | US 5,587,705 A (MORRIS) 24 DECEMBER 1996, ABSTRACT | 1-65 |
| A | US 4,754,266 A (SHAND ET AL.) 28 JUNE 1988, ABSTRACT | 1-65 |
| A | US 4,816,809 A (KIM) 28 MARCH 1989, ABSTRACT | 1-65 |

☐ Further documents are listed in the continuation of Box C.       ☐ See patent family annex.

| | | |
|---|---|---|
| *  | Special categories of cited documents: | "T" | later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
| "A" | document defining the general state of the art which is not considered to be of particular relevance | | |
| "E" | earlier document published on or after the international filing date | "X" | document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "L" | document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" | document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" | document referring to an oral disclosure, use, exhibition or other means | | |
| "P" | document published prior to the international filing date but later than the priority date claimed | "&" | document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 05 DECEMBER 1999 | **17 DEC 1999** |

| Name and mailing address of the ISA/US | Authorized officer |
|---|---|
| Commissioner of Patents and Trademarks Box PCT Washington, D.C. 20231 | Nina Tong *James R. Matthews* |
| Facsimile No.    (703) 305-3230 | Telephone No.    (703) 305-4831 |

Form PCT/ISA/210 (second sheet)(July 1992)*

| INTERNATIONAL SEARCH REPORT | International application No. |
|---|---|
| | PCT/US99/23664 |

**B. FIELDS SEARCHED**
Minimum documentation searched
Classification System: U.S.

340/692, 628, 691.1, 691.2, 693.1, 693.2, 693.3, 693.5, 693.6, 693.7, 629, 630, 539, 540, 577, 578, 579, 581, 584, 586, 605, 632, 633,634, 500, 505, 506, 517, 520, 521, 522, 523, 524, 531, 532, 534, 286.02, 286.05, 286.11, 287-299, 384.1, 384.3, 384.5, 384.72

Form PCT/ISA/210 (extra sheet)(July 1992)∗

## NOTES TO FORM PCT/ISA/220

These Notes are intended to give the basic instructions concerning the filing of amendments under Article 19. The Notes are based on the requirements of the Patent Cooperation Treaty and of the Regulations and the Administrative Instructions under that Treaty. In case of discrepancy between these Notes and those requirements, the latter are applicable. For more detailed information, see also the PCT Applicant's Guide, a publication of WIPO.

In these Notes, "Article", "Rule" and "Section" refer to the provisions of the PCT, the PCT Regulations and the PCT Administrative Instructions, respectively.

## INSTRUCTIONS CONCERNING AMENDMENTS UNDER ARTICLE 19

The applicant has, after having received the international search report, one opportunity to amend the claims of the international application. It should however be emphasized that, since all parts of the international application (claims, description and drawings) may be amended during the international preliminary examination procedure, there is usually no need to file amendments of the claims under Article 19 except where, e.g. the applicant wants the latter to be published for the purposes of provisional protection or has another reason for amending the claims before international publication. Furthermore, it should be emphasized that provisional protection is available in some States only.

**What parts of the international application may be amended ?**

The claims only.

The description and the drawings may only be amended during international preliminary examination under Chapter II.

**When ?**  Within 2 months from the date of transmittal of the international search report or 16 months from the priority date, whichever time limit expires later. It should be noted, however, that the amendments will be considered as having been received on time if they are received by the International Bureau after the expiration of the applicable time limit but before the completion of the technical preparations for international publication (Rule 46.1).

**Where not to file the amendments ?**

The amendments may only be filed with the International Bureau and not with the receiving Office or the International Searching Authority (Rule 46.2).

Where a demand for international preliminary examination has been/is filed, see below.

**How ?**  Either by cancelling one or more entire claims, by adding one or more new claims or by amending the text of one or more of the claims as filed.

A replacement sheet must be submitted for each sheet of the claims which, on account of an amendment or amendments, differs from the sheet originally filed.

All the claims appearing on a replacement sheet must be numbered in Arabic numerals. Where a claim is cancelled, no renumbering of the other claims is required. In all cases where claims are renumbered, they must be renumbered consecutively (Administrative Instructions, Section 205(b)).

**What documents must/may accompany the amendments ?**

Letter (Section 205(b)):

The amendments must be submitted with a letter.

The letter will not be published with the international application and the amended claims. It should not be confounded with the "Statement under Article 19(1)" (see below, under "Statement under Article 19(1)").

The letter must indicate the differences between the claims as filed and the claims as amended. It must, in particular, indicate, in connection with each claim appearing in the international application (it being understood that identical indications concerning several claims may be grouped), whether

    (i)   the claim is unchanged;
    (ii)  the claim is cancelled;
    (iii) the claim is new;
    (iv)  the claim replaces one or more claims as filed;
    (v)   the claim is the result of the division of a claim as filed.

BRK_000276

NOTES TO FORM PCT/ISA/220 (continued)

The following examples illustrate the manner in which amendments must be explained in the accompanying letter:

1. [Where originally there were 48 claims and after amendment of some claims there are 51]:
   "Claims 1 to 29, 31, 32, 34, 35, 37 to 48 replaced by amended claims bearing the same numbers; claims 30, 33 and 36 unchanged; new claims 49 to 51 added."

2. [Where originally there were 15 claims and after amendment of all claims there are 11]:
   "Claims 1 to 15 replaced by amended claims 1 to 11."

3. [Where originally there were 14 claims and the amendments consist in cancelling some claims and in adding new claims]:
   "Claims 1 to 6 and 14 unchanged; claims 7 to 13 cancelled; new claims 15, 16 and 17 added." or
   "Claims 7 to 13 cancelled; new claims 15, 16 and 17 added; all other claims unchanged."

4. [Where various kinds of amendments are made]:
   "Claims 1-10 unchanged; claims 11 to 13, 18 and 19 cancelled; claims 14, 15 and 16 replaced by amended claim 14; claim 17 subdivided into amended claims 15, 16 and 17; new claims 20 and 21 added."

**"Statement under Article 19(1)" (Rule 46.4)**

The amendments may be accompanied by a statement explaining the amendments and indicating any impact that such amendments might have on the description and the drawings (which cannot be amended under Article 19(1)).

The statement will be published with the international application and the amended claims.

The statement should be brief, it should not exceed 500 words if in English or if translated into English.

It should not be confounded with and does not replace the letter indicating the differences between the claims as filed and as amended. It must be filed on a separate sheet and must be identified as such by a heading, preferably by using the words "Statement under Article 19(1)."

It should not contain any disparaging comments on the international search report or the relevance of citations contained in that report. Reference to citations, relevant to a given claim, contained in the international search report may be made only in connection with an amendment of that claim.

**In what language ?**

The amendments must be made in the language in which the international application is published. The letter and any statement accompanying the amendments must be in the same language as the international application if that language is English or French; otherwise, it must be in English or French, at the choice of the applicant.

**Consequence if a demand for international preliminary examination has already been filed ?**

If, at the time of filing any amendments under Article 19, a demand for international preliminary examination has already been submitted, the applicant must preferably, at the same time of filing the amendments with the International Bureau, also file a copy of such amendments with the International Preliminary Examining Authority (see Rule 62.2(a), first sentence).

**Consequence with regard to translation of the international application for entry into the national phase ?**

The applicant's attention is drawn to the fact that, where upon entry into the national phase, a translation of the claims as amended under Article 19 may have to be furnished to the designated/elected Offices, instead of, or in addition to, the translation of the claims as filed.

For further details on the requirements of each designated/elected Office, see Volume II of the PCT Applicant's Guide.

BRK_000277



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/417,154 | 10/12/99 | MORRIS | G | BRC-208.0-US |

LM02/0615

| | EXAMINER |
|---|---|
| | TONG, N |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2736 | 4 |

ROCKEY MILNAMOW & KATZ LTD
TWO PRUDENTIAL PLAZA
180 NORTH STETSON AVENUE
SUITE 4700
CHICAGO IL 60601

DATE MAILED:
06/15/00

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)                                                1- File Copy

BRK_000278

| ***Office Action Summary*** | Application No. 09/417,154 | Applica~~ti~~~~o~~ns) Morris | |
|---|---|---|---|
| | Examiner Nina Tong | Group Art Unit 2736 | |

[X] Responsive to communication(s) filed on  *Oct 12, 1999*

[ ] This action is FINAL.

[ ] Since this application is in condition for allowance except for formal matters,     prosecution as to the merits is closed in accordance with the practice under  *Ex parte Quayle,* 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire _____ **3** __ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned.  (35 U.S.C. § 133).  Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claim**

[X] Claim(s) *1-65* _____ is/are pending in the applicat

Of the above, claim(s) _____ is/are withdrawn from consideration

[ ] Claim(s) _____ is/are allowed.

[X] Claim(s) *1-65* _____ is/are rejected.

[ ] Claim(s) _____ is/are objected to.

[ ] Claims _____ are subject to restriction or election requirement.

**Application Papers**

[X] See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

[ ] The drawing(s) filed on _____ is/are objected to by the Examiner.

[ ] The proposed drawing correction, filed on _____ is [ ] approved   [X] disapproved.

[ ] The specification is objected to by the Examiner.

[ ] The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

[ ] Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    [ ] All  [ ] Some*  [ ] None   of the CERTIFIED copies of the priority documents have been

        [ ] received.

        [ ] received in Application No. (Series Code/Serial Number) _____

        [ ] received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

[ ] Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

[X] Notice of References Cited, PTO-892

[X] Information Disclosure Statement(s), PTO-1449, Paper No(s). ____ 2,3 __

[ ] Interview Summary, PTO-413

[X] Notice of Draftsperson's Patent Drawing Review, PTO-948

[ ] Notice of Informal Patent Application, PTO-152

— SEE OFFICE ACTION ON THE FOLLOWING PAGES —

Application/Control Number: 09/417,154                                    Page 2

Art Unit: 2736

## DETAILED ACTION

### *Drawings*

1.      The drawings are objected to because the boxes of fig.1A should be labeled.  Correction is

required.

### *Double Patenting*

2.      The nonstatutory double patenting rejection is based on a judicially created doctrine
grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or
improper timewise extension of the "right to exclude" granted by a patent and to prevent possible
harassment by multiple assignees.  See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed.
Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686
F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA
1970);and, *In re Thorington,* 418 F.2d 528, 163 USPQ 644 (CCPA 1969).
        A timely filed terminal disclaimer in compliance with 37 CFR 1.321© may be used to
overcome an actual or provisional rejection based on a nonstatutory double patenting ground
provided the conflicting application or patent is shown to be commonly owned with this
application.  See 37 CFR 1.130(b).
        Effective January 1, 1994, a registered attorney or agent of record may sign a terminal
disclaimer.  A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

3.      Claims 1-65 provisionally rejected under the judicially created doctrine of obviousness-

type double patenting as being unpatentable over claims 14,15,17,19-21,31-37,44-52 of

Application/Control Number: 09/417,154                                    Page 3

Art Unit: 2736

copending Application No. 09/299,483 in view of Morris (5,587,705). Both sets of claims are

similar except the wireless transmitter and receiver with a selectable code setting means.

However, it is well-known in the art of transmitting a selected code from an environmental

condition detector when a condition is being sensed to other detectors in order to provide alarm

messages of the location and type of the sensed detector as taught by Morris. It would have been

obvious to one of ordinary skill in the art at the time the invention was made to employ the

teaching of Morris in Patent No. '483 with the well-known wireless transceiver with the selecting

code means for activating other sensors to provide alarm messages of the location and the type of

the sensed sensor for increasing safety.

This is a provisional obviousness-type double patenting rejection.

### Claim Rejections - 35 U.S.C. § 103

4.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness

rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the
> manner in which the invention was made.

5.      Claims 1-57 are rejected under 35 U.S.C. 103(a) as being unpatentable over Morris

(5,587,705) in view of Fray (5,587,705) and Molinick et al. (4,288,789).

Application/Control Number: 09/417,154                                     Page 4

Art Unit: 2736

Regarding claims 1-3,5,6,8-12,14,15,17-21,23-26,28-33,35-36,38-51,54,55, Morris

discloses a multiple alert smoke detector, which comprises a plurality of smoke detectors, each

detector includes a power supply system with AC and rechargeable battery, a test switch, a FM

code selector, a FM transmitter, a FM receiver, an alarm device, a smoke sensor, a light module.

When a detector senses an environmental condition, said detector will emit an alarm sound (alarm

sound including different audible tone patterns to indicate the location) and transmit a code upon

the user FM code selection to other detectors. Other detectors receive the code and emit the

alarm sound to indicate the location of the sensed detector.

Morris fails to specify the claimed pre-recorded voice message during the silence periods

between the tone patterns.

However, Fray shows a warning system for giving verbal instruction during fire, which

comprises the smoke detector 13, an electronic means for activation of an alarm having a

prescribed audible tonal pattern (the alarm tone generator 10), the electronic means for playing of

pre-recorded voice messages (the digital recording and playback device), the power source 31.

Such a system emits a number of tones, followed by a verbal message, followed by the same

number of tones. The pattern is repeated and may be adjusted and changed easily. Also, the

verbal messages could be changed or recorded regularly. (Col.5 lines 35-41, lines 57-59, col.6

lines 20-27). Therefore, the voice messages could be any messages, such as the type and/or the

location of the sensor. It would have been obvious to one of ordinary skill in the art at the time

the invention was made to provide any voice messages (such as, type and/or location of the

BRK_000282

Application/Control Number: 09/417,154                                    Page 5

Art Unit: 2736

sensor) during the silence periods between the audible tone patterns in Morris as taught by Fray

for increasing safety.

     In addition, it is well-known in the art that the maximum silence period between the tonal

alarm patterns is 1.5 seconds under NFPA and UL regulations as admitted by the applicant in the

specification (page 5). Also, it is well-known in the art of providing a verbal message of the type

of the emergency and its location in the warning system as shown by Molinick et al.. It would

have been obvious to one of ordinary skill in the art at the time the invention was made to employ

the tone patterns as set by the NFPA and UL regulations in the system of Fray for safety. Since

Fray teaches the concept of providing verbal message between tone patterns, and it would have

been obvious to employ the above tone patterns, it would have been obvious to one of ordinary

skill in the art at the time the invention was made to provide the verbal message during the silence

period of the tone patterns as set by the NFPA and UL regulation in Fray for improving safety.

Also, it would have been obvious to one of ordinary skill in the art at the time the invention was

made to provide the verbal messages of the type of the emergency and its location as taught by

Molinick et al. in the above combination for improving safety.

     Regarding claims 4,13,22,27,34,37,52,53,56,57, as long as the other sensors received the

coded signals to provide the specific alarm, it would have been obvious to one of ordinary skill in

the art at the time the invention was made to send such a coded signals to other different and/or

Application/Control Number: 09/417,154                                    Page 6

Art Unit: 2736

similar sensors in the above combination for increasing safety and for performing the same

function as desired.

Regarding claims 7,16, it is well-known in the art of providing a selecting means for the

user to select different language. It would have been obvious to one of ordinary skill in the art at

the time the invention was made to employ the well-known language selecting means in the above

combination for convenience.

Regarding claims 22,27,34,37,52,53,56,57, it is well-known in the art of having a second

different sensor with different alarm signals in the same sensor unit. It would have been obvious to

one of ordinary skill in the art at the time the invention was made to employ an additional different

sensor with different audible tone with different voice message in the above combination for

providing a better sensor system.

6.      Claims 58-65, are rejected under 35 U.S.C. 103(a) as being unpatentable over Buck et al. in view of Frau.

Regarding claims 58-65, Buck et al. discloses a combined smoke and gas detection

apparatus for sensing both smoke and gas environmental condition in order to provide the

warning signals.

Buck et al. fails to specify the claimed audible tone with voice messages.

Application/Control Number: 09/417,154                                    Page 7

Art Unit: 2736

However, Fray teaches the concept of providing an audible tone with voice messages during the silence period between the tone patterns. Also, it would have been obvious to one of ordinary skill in the art at the time the invention was made to provide different warning sounds for different sensed sensor for increasing safety. It would have been obvious to one of ordinary skill in the art at the time the invention was made to provide two different sets of warning sound, each set included voice messages between tone patterns, in Buck et al. as taught by Fray for increasing safety.

Also, it is well-known in the art that the maximum silence period between the tonal alarm patterns is 1.5 seconds under NFPA and UL regulations as admitted by the applicant in the specification (page 5). It would have been obvious to one of ordinary skill in the art at the time the invention was made to employ the tone patterns as set by the NFPA and UL regulations in the above combination for safety.

### Conclusion

7.    The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

Godwin disclosed a communication hazardous condition detector.
Reinowitz disclosed a wireless alarm system.
Kavasilios et al. disclosed a central alarm conditioning detecting and alerting system.

Application/Control Number: 09/417,154                                    Page 8

Art Unit: 2736


Yu disclosed a security system.
Pappas disclosed a fire detection system.
Curl et al. disclosed a smoke detector with strobed visual alarm and remote alarm coupling.
Andrew de Leon et al. disclosed a device for signaling the felling of a tree and a system for forest
conservation.
Topol et al. disclosed an intelligent fire safety system.


8.       Any inquiry concerning this communication or earlier communications from the examiner
should be directed to Nina Tong whose telephone number is (703) 305-4831. The examiner can
normally be reached on Mon. to Thurs. from 8:30a.m. to 6:00p.m..
         If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,
Jeffery Hofsass, can be reached on (703) 305-4717.
         Any inquiry of a general nature or relating to the status of this application or proceeding
should be directed to the Group receptionist whose telephone number is (703) 308-8576.

9.       **Any response to this action should be mailed to :**

                         Commissioner of Patents and Trademarks
                         Washington, D.C. 20231

         **or faxed to:**
                         (703)308-9051, (for formal communication intended for entry)
         **Or:**
                         (703)308-6743 (for informal or draft communications, please label
“UNOFFICIAL” OR “INFORMAL“ OR “PROPOSED” or “DRAFT”)


         Hand-delivered responses should be brought to Crystal Park II, 2021 Crystal Drive,
Arlington. VA., Sixth Floor (Receptionist).



Nina Tong                           Nina Tong
June 13, 2000                       Primary Examiner

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *Notice of References Cited* | | | Application No.<br>09/417,154 | Applicant(s)<br>Morris | | | |
| | | | Examiner<br>Nina Tong | | Group Art Unit<br>2736 | | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|
| A | 5,898,369 | 4/1999 | Godwin | 340 | 539 |
| B | 4,363,031 | 12/1982 | Reinowitz | 340 | 539 |
| C | 4,141,007 | 2/1979 | Kavasilios et al. | 340 | 539 |
| D | 5,103,206 | 4/1992 | Yu | 340 | 506 |
| E | 4,101,872 | 7/1978 | Pappas | 340 | 539 |
| F | 5,019,805 | 5/1991 | Curl et al. | 340 | 628 |
| G | 5,506,565 | 4/1996 | Andrew De Leon et al. | 340 | 522 |
| H | 4,531,114 | 7/1985 | Topol et al | 340 | 539 |
| I | 4,688,021 | 8/1987 | Buck et al. | 340 | 521 |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |

### FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| N | | | | | | |
| O | | | | | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

### NON-PATENT DOCUMENTS

| | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| U | | |
| V | | |
| W | | |
| X | | |

Please type a plus sign (+) inside this box → [+]

# 3

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999.  OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO | Application Number | 417,154 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Filing Date | October 12, 1999 |
| | First Named Inventor | Gary J. Morris |
| | Group Art Unit | 2736 |
| *(Use as many sheets as necessary)* | Examiner Name | ~~Unknown~~ Tmp |
| Sheet 1 of 1 | Attorney Docket No. | BRC 208 |

**U.S. PATENT DOCUMENTS**

Class/Subclass

| Examiner Initials* | Cite No.[1] | U.S. Patent Document Number | Kind Code[2] (if known) | Name of Patentee or Applicant | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| N.T. | | 5,587,705 | | Morris | 12-24-96 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

RECEIVED MAR -3 2000 TC 2700 MAIL ROOM

| Examiner Signature | Wm Tmp | Date Considered | 6/12/00 |
|---|---|---|---|

*EXAMINER:  Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] Unique citation designation number.  [2] See attached Kinds of U.S. Patent Documents.  [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3).  [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [5] Kind of document by the appropriate symbols as indicate don the document under WIPO Standards ST.16, if possible.  [6] Applicant is to place a checkmark here if English language Translation is attached.

BRK_000288

#2

Sheet _1_ of _4_

| Comparable to Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. BRC 208.0 | | Serial No. 09/417,154 | |
|---|---|---|---|---|---|
| | INFORMATION DISCLOSURE CITATION (Use several sheets if necessary) | Applicant Gary J. Morris | | | |
| | | Filing Date 10/12/99 | | Group 2736 | |

### U.S. PATENT DOCUMENTS

| *Examiner Initial | | Document Number | Date | Name | Class | Subclass | If Appropriate |
|---|---|---|---|---|---|---|---|
| N.T. | | 4,160,246 | 07-03-79 | Martin et al | — | | RECEIVED |
| N.T. | | 4,275,274 | 06-23-81 | English | — | | JAN 1 4 2000 |
| N.T. | | 4,282,519 | 08-04-81 | Haglund et al | — | | Group 2700 |
| N.T. | | 4,288,789 | 09-08-81 | Molinick et al | — | | |
| N.T. | | 4,335,379 | 06-15-82 | Martin | — | | |
| N.T. | | 4,343,990 | 08-10-82 | Ueda | — | | |
| N.T. | | 4,350,860 | 09-21-82 | Ueda | — | | |
| N.T. | | 4,351,999 | 09-28-82 | Nagamoto et al | — | | |
| N.T. | | 4,365,315 | 12-21-82 | Jamnik | — | | |
| N.T. | | 4,366,873 | 01-04-83 | Levy et al | — | | |
| N.T. | | 4,375,329 | 03-01-83 | Park | — | | |
| N.T. | | 4,389,639 | 06-21-83 | Torii et al | — | | |
| N.T. | | 4,400,786 | 08-23-83 | Mandei et al | — | | |
| N.T. | | 4,455,551 | 06-19-84 | Lemelson | — | | |
| N.T. | | 4,498,078 | 02-05-85 | Yoshimura et al | — | | |
| N.T. | | 4,481,507 | 11-06-84 | Takiguchi et al | — | | |

### FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| | |
| | |
| | |
| | |

| Examiner   Nikol Tup | Date Considered   6/12/00 |
|---|---|

*Examiner: Initial if citation considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Sheet _2_ of _4_

| Comparable to Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No.   BRC 208.0 | | Serial No.  09/417,154 |
|---|---|---|---|---|
| INFORMATION DISCLOSURE CITATION (Use several sheets if necessary) | | Applicant  Gary J. Morris | | |
| | | Filing Date   10-12-99 | | Group  2736 |

JAN 11 2000

**U.S. PATENT DOCUMENTS**

RECEIVED
JAN 11 Approving
Group 2700

| *Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date |
|---|---|---|---|---|---|---|
| N.T. | 4,500,971 | 02-19-85 | Futaki et al | | | |
| N.T. | 4,519,027 | 05-21-85 | Vogelsberg | | | |
| N.T. | 4,531,114 | 07-23-85 | Topol et al | | | |
| N.T. | 4,560,978 | 12-24-85 | Lemelson | | | |
| N.T. | 4,572,652 | 02-25-86 | Tada et al | | | |
| N.T. | 4,682,348 | 07-21-87 | Dawson et al | | | |
| N.T. | 4,754,266 | 06-28-88 | Shand et al | | | |
| N.T. | 4,810,996 | 03-07-89 | Glen et al | | | |
| N.T. | 4,816,809 | 03-28-89 | Kim | | | |
| N.T. | 4,821,027 | 04-11-89 | Mallory et al | | | |
| N.T. | 4,851,823 | 07-25-89 | Mori | | | |
| N.T. | 4,862,147 | 08-29-89 | Thomas | | | |
| N.T. | 4,894,642 | 01-16-90 | Ashbaugh et al | | | |
| N.T. | 4,940,965 | 07-10-90 | Umehara | | | |
| N.T. | 4,988,980 | 01-29-91 | Graham | | | |
| N.T. | 5,117,217 | 05-26-92 | Nykerk | | | |

**FOREIGN PATENT DOCUMENTS**

| | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | |
|---|---|
| | |
| | |
| | |

| Examiner   Nha Tuy | Date Considered   6/12/c o |
|---|---|

*Examiner:  Initial if citation considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

BRK_000290

| Comparable to Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | | Atty. Docket No. BRC 208.0 | | Serial No. 09/417,154 |
|---|---|---|---|---|---|
| INFORMATION DISCLOSURE CITATION (Use several sheets if necessary) | | | Applicant Gary J. Morris | | |
| | | | Filing Date 10-12-99 | | Group 2736 |

**U.S. PATENT DOCUMENTS**

RECEIVED
JAN 1 4 2000
Group 2700

| *Examiner Initial | Document Number | Date | Name | Class | Subclass | If Appropriate |
|---|---|---|---|---|---|---|
| N.T. | 5,229,753 | 07-20-93 | Berg et al | | | |
| N.T. | 5,291,183 | 03-01-94 | Chiang | | | |
| N.T. | 5,349,338 | 09-20-94 | Routman et al | | | |
| N.T. | 5,379,028 | 01-03-95 | Chung | | | |
| N.T. | 5,460,228 | 10-24-95 | Butler | | | |
| N.T. | 5,657,380 | 08-12-97 | Mozer | | | |
| N.T. | 5,663,714 | 09-02-97 | Fray | | | |
| N.T. | 5,673,023 | 09-30-97 | Smith | | | |
| N.T. | 5,724,020 | 03-03-98 | Hsu | | | |
| N.T. | 5,726,629 | 03-10-98 | Yu | | | |
| N.T. | 5,764,134 | 06-09-98 | Carr et al | | | |
| N.T. | 5,786,749 | 07-28-98 | Johnson et al | | | |
| N.T. | 5,786,768 | 07-28-98 | Chan et al | | | |
| N.T. | 5,841,347 | 11-24-98 | Kim | | | |
| N.T. | 5,798,686 | 08-25-98 | Schreiner | | | |
| N.T. | 5,846,089 | 12-08-98 | Weiss et al | | | |

**FOREIGN PATENT DOCUMENTS**

| | | | | | | Translation | |
|---|---|---|---|---|---|---|---|
| | Document Number | Date | Country | Class | Subclass | Yes | No |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | |
|---|---|
| | |
| | |
| | |

| Examiner | Date Considered 6/12/00 |
|---|---|

*Examiner: Initial if citation considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

BRK_000291

Sheet 4 of 4

| Comparable to Form PTO-1449 | | U.S. Department of Commerce Patent and Trademark Office | | Atty. Docket No.   BRC 208.0 | | Serial No. 09/417,154 | |
|---|---|---|---|---|---|---|---|
| INFORMATION DISCLOSURE CITATION (Use several sheets if necessary) | | | | Applicant   Gary J. Morris | | | |
| | | | | Filing Date  10-12-99 | | Group  2736 | |

**U.S. PATENT DOCUMENTS**

| *Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| N. T. | 5,856,781 | 01-05-99 | Michel et al | | | |
| N-T | 5,864,288 | 01-26-99 | Hogan | | | |
| N-T | 5,874,893 | 02-23-99 | Ford | | | |
| N-T | 5,877,698 | 03-02-99 | Kusnier et al | | | |
| N-T | 5,886,631 | 03-23-99 | Ralph | | | |
| N. T. | 5,894,275 | 04-13-99 | Swingle | | | |
| N-T. | 5,914,650 | 06-22-99 | Segan | | | |
| N. T. | 5,936,515 | 08-10-99 | Right et al | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | |
|---|---|
| N. T. | NFPA 72 National Fire Alarm Code 1996 Edition, 72-1 to 72-106 (partial copy); NFPA 720, Recommended Practice for the Installation of Household Carbon Monoxide (CO) Warning Equipment 1998 Edition; |
| N. T. | UL 217 ISBN 0-7629-0062-8, Single and Multiple Station Smoke Alarms, March 16, 1998-February 21, 1997; UL 2034 ISBN 0-7629-274-9, Single and Multiple Station Carbon Monoxide Alarms, December 21, 1998-October 29, 1996 |
| | |

| Examiner | Date Considered   6/12/00 |
|---|---|

*Examiner:   Initial if citation considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

RECEIVED
JAN 1 4 2000
Group 2700

Form PTO 948 (Rev. 8-98)    U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office    Application No. 09/417154

## NOTICE OF DRAFTSPERSON'S
## PATENT DRAWING REVIEW

The drawing(s) filed (insert date) 10/8/99 are:

A. ☐ approved by the Draftsperson under 37 CFR 1.84 or 1.152.

B. ☒ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 for the reasons indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawing must be submitted according to the instructions on the back of this notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   ____ Color drawings are not acceptable until petition is granted.
   Fig(s) _____
   ____ Pencil and non black ink not permitted. Fig(s) _____
2. PHOTOGRAPHS. 37 CFR 1.84 (b)
   ____ 1 full-tone set is required. Fig(s) _____
   ____ Photographs not properly mounted (must use bryistol board or photographic double-weight paper). Fig(s) _____
   ____ Poor quality (half-tone). Fig(s) _____
3. TYPE OF PAPER. 37 CFR 1.84(e)
   ____ Paper not flexible, strong, white, and durable.
   Fig(s) _____
   ____ Erasures, alterations, overwritings, interlineations, folds, copy machine marks not accepted. Fig(s) _____
   ____ Mylar, velum paper is not acceptable (too thin).
   Fig(s) _____
4. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:
   ____ 21.0 cm by 29.7 cm (DIN size A4)
   ____ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
   ____ All drawing sheets not the same size.
   Sheet(s) _____
   ____ Drawings sheets not an acceptable size. Fig(s) _____
5. MARGINS. 37 CFR 1.84(g): Acceptable margins:
   Top 2.5 cm  Left 2.5cm  Right 1.5 cm  Bottom 1.0 cm
   SIZE: A4 Size
   Top 2.5 cm  Left 2.5 cm  Right 1.5 cm  Bottom 1.0 cm
   SIZE: 8 1/2 x 11
   Margins not acceptable. Fig(s) _____
   ____ Top (T)       ____ Left (L)
   ____ Right (R)     ____ Bottom (B)
6. VIEWS. 37 CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to drawing changes.
   Partial views. 37 CFR 1.84(h)(2)
   ____ Brackets needed to show figure as one entity.
   Fig(s) _____
   ____ Views not labeled separately or properly.
   Fig(s) _____
   ____ Enlarged view not labeled separetely or properly.
   Fig(s) _____
7. SECTIONAL VIEWS. 37 CFR 1.84 (h)(3)
   ____ Hatching not indicated for sectional portions of an object.
   Fig(s) _____
   ____ Sectional designation should be noted with Arabic or Roman numbers. Fig(s) _____

8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   ____ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned so that the top becomes the right side, except for graphs. Fig(s) _____
9. SCALE. 37 CFR 1.84(k)
   ____ Scale not large enough to show mechanism without crowding when drawing is reduced in size to two-thirds in reproduction.
   Fig(s) _____
10. CHARACTER OF LINES, NUMBERS, & LETTERS.
    37 CFR 1.84(l)
    ____ Lines, numbers & letters not uniformly thick and well defined, clean, durable, and black (poor line quality).
    Fig(s) _____
11. SHADING. 37 CFR 1.84(m)
    ____ Solid black areas pale. Fig(s) _____
    ____ Solid black shading not permitted. Fig(s) _____
    ____ Shade lines, pale, rough and blurred. Fig(s) _____
12. NUMBERS, LETTERS, & REFERENCE CHARACTERS.
    37 CFR 1.84(p)
    ____ Numbers and reference characters not plain and legible.
    Fig(s) _____
    ____ Figure legends are poor. Fig(s) _____
    ____ Numbers and reference characters not oriented in the same direction as the view. 37 CFR 1.84(p)(1)
    Fig(s) _____
    ____ English alphabet not used. 37 CFR 1.84(p)(2)
    Figs _____
    ____ Numbers, letters and reference characters must be at least .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3)
    Fig(s) _____
13. LEAD LINES. 37 CFR 1.84(q)
    ____ Lead lines cross each other. Fig(s) _____
    ____ Lead lines missing. Fig(s) _____
14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)
    ____ Sheets not numbered consecutively, and in Arabic numerals beginning with number 1. Sheet(s) _____
15. NUMBERING OF VIEWS. 37 CFR 1.84(u)
    ____ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig(s) _____
16. CORRECTIONS. 37 CFR 1.84(w)
    ____ Corrections not made from prior PTO-948 dated _____
17. DESIGN DRAWINGS. 37 CFR 1.152
    ____ Surface shading shown not appropriate. Fig(s) _____
    ____ Solid black shading not used for color contrast.
    Fig(s) _____

COMMENTS

REVIEWER _____A.D_____  DATE _12/6/99_  TELEPHONE NO. _____

ATTACHMENT TO PAPER NO. _4_



## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| For: | Communicative Environ-<br>mental Alarm System With<br>Voice Identifier | ) |
| Serial No.: | 09/417,154 | ) |
| Filed: | October 12, 1999 | ) |
| Examiner: | N. Tong | ) |
| Art Unit: | 2736 | ) |

<u>CERTIFICATE OF MAILING</u>

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to: **Assistant Commissioner of Patents, Washington, D.C. 20231**, on the date below.

_Sep 14, 2000_

_Rowena K. Lieber_
(Date)

## <u>LETTER TO OFFICIAL DRAFTSPERSON</u>

Hon. Commissioner of Patents
Washington, D.C. 20231

Dear Sir:

Responsive to the drawing amendment required in the Office Action mailed June 15, 2000, paper No. 4, undersigned attorney submits the attached Fig. 1A wherein the boxes have been labeled. Upon notification from the Official Draftsperson that this drawing amendment satisfies the requirement, we will have the change made by our draftsperson and resubmit the drawing.

Respectfully submitted,

BY _____

Paul M. Vargo, Reg. No. 29,116

ROCKEY, MILNAMOW & KATZ, LTD.
180 N. Stetson, Suite 4700
Chicago, Illinois 60601
(312) 616-5400

BRK_000294



**Fig. 1A**

BRK_000295

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| | | ) |
| For: | Communicative Environ- | ) |
| | mental Alarm System With | ) |
| | Voice Identifier | ) |
| | | ) |
| Serial No.: | 09/417,154 | ) |
| | | ) |
| Filed: | October 12, 1999 | ) |
| | | ) |
| Examiner: | N. Tong | ) |
| | | ) |
| Art Unit: | 2736 | ) |

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner of Patents, Washington, D.C. 20231, on the date below.

*Rowena K. Lieber*

*Sep. 14, 2000*
(Date)

**AMENDMENT A**

Hon. Commissioner of Patents
Washington, D.C. 20231

Dear Sir:

Responsive to the Office Action mailed June 15, 2000 with a three-month response interval, please amend as follows:

**IN THE CLAIMS:**

1.      (Amended)  An environmental condition detection system having:

a minimum of two environmental condition detectors, each said environmental condition detector comprising

(a) at least one sensor for detecting the presence of a selected environmental condition,

(b) an audible alarm having at least one user unalterable, prescribed audible tonal pattern active in response to sensing said environmental condition in accordance with a predetermined criterion;

(c) voice circuitry for playing at least one user unalterable, pre-recorded voice message wherein the message verbally describes the type of detected environmental condition for the duration of detection thereof in accordance with said criterion

09/20/2000 NYUSUF1 00000003 09417154
02 FC:103                    504.00 OP
03 FC:102                    234.00 OP

BRK_000296

such that said pre-recorded voice message is emitted during periods of silence in said prescribed audible tonal pattern alarm; and

(d) a transmitter and a receiver for wireless direct communication with other detectors of the system wherein each transmitter transmits [user-selectable,] coded wireless signals and each said receiver responds to received, coded signals, each said detector emitting at least one <u>user unalterable</u> electronically pre-recorded voice message, the selection of which is defined by electronic decoding of the received wireless signal transmitted by a condition detector sensing said environmental ~~condition~~.

~~2. (Amended) The system as in claim 1 wherein each detector includes: selectable coding [means] circuitry to define the installation location of the respective detector and wherein the voice circuitry plays a location specifying message.~~

2 4. (Amended) The system of claim 1 wherein at least some of the detectors include at least a second sensor of a different type and wherein the <u>voice</u> circuitry therein plays a second <u>user unalterable</u> pre-recorded voice message which describes a second type of detected environmental condition such that the pre-recorded voice is emitted during periods of silence in a prescribed audible tonal pattern.

In claim 5, in each of line 1, before "light" and line 4, before "power", please insert -- a --.

4 7. (Amended) The system of claim 1 wherein said [electronic means to play said] <u>voice</u> circuitry for playing said pre-recorded voice messages has further circuitry to provide for the selection of language type presentation of said pre-recorded voice messages.

12 10. (Amended) An environmental condition detection system [housing:] comprising:

a minimum of two environmental condition detectors, each said environmental condition detector comprising

(a) at least one sensor for detecting the presence of a selected environmental condition,

(b) an audible alarm having at least one <u>user unalterable</u> prescribed audible tonal pattern active in response to sensing said environmental condition in accordance with a predetermined parameter;

- 2 -

(c) circuitry for playing at least one <u>user unalterable</u> pre-recorded voice message wherein the message verbally describes the location of the detected environmental condition for the duration of detection thereof in accordance with the parameter such that said pre-recorded voice message is emitted during <u>selected</u> periods of silence in said prescribed audible tonal pattern alarm; and

(d) a transmitter and a receiver for wireless direct communication with other detectors of the system wherein each transmitter transmits [user-selectable,] coded wireless signals and each said receiver [is user-selectable to] respond<u>s</u> to received, coded signals, each said detector emitting at least one <u>user unalterable</u> electronically pre-recorded voice message, the selection of which is defined by electronic decoding of the received wireless signal transmitted by a [condition] detector sensing said environmental condition.

Please cancel claims 6 and 15 without prejudice.

13 11. (Amended) The system as in claim 10 wherein the circuitry plays a <u>user unalterable</u>, condition specifying message <u>during other periods of silence.</u>

14 13. (amended) The system of claim 11 wherein at least some of the detectors include at least a second sensor of a different type and wherein the circuitry therein plays a second, <u>user unalterable</u> condition specifying pre-recorded voice message such that the pre-recorded voice is emitted during periods of silence in a prescribed audible tonal pattern.

In claim 14, in of each of line 1, before "light" and in line 4, before "power", please insert --a--.

23 19. (Amended) A method for providing environmental condition detection for a multi-section region comprising:

(a) locating a minimum of two environmental condition detectors in different sections of the region;

(b) setting a selectable coding element in each detector to define the location of the respective detector within a section;

(c) sensing an environmental condition and playing a <u>user unalterable</u> pre-recorded voice message, which verbally describes at least the location of the sensed condition;

- 3 -

(d) communicating wirelessly with another, selected detector such that the pre-recorded voice message at the sensed location is also emitted at the another detector.

23. (Amended) A method for providing environmental condition detection for a multi-section region comprising:

(a) locating a minimum of two environmental condition detectors in different sections of the region;

(b) sensing an environmental condition and playing a user unalterable pre-recorded voice message, which verbally describes the type of sensed condition;

(c) communicating wirelessly with another, selected detector such that the pre-recorded voice message at the sensed location is also emitted at the another detector.

24. 23. (Amended) A detector comprising:

a) at least one sensor for sensing the presence of an environmental condition,

b) a transmitter for transmitting a radio frequency signal,

c) a selector to define a coded radio frequency signal to be transmitted by said transmitter;

d) a receiver for radio signal reception.

e) an alarm code selector to define a voice information code to be transmitted in said radio signal,

f) an audio transducer that emits selected user unalterable voice information in response to the receiver receiving a selected radio signal transmitted by another transmitter.

27 28. (Amended) A detector as in claim 25 which includes circuitry for storage of at least one user unalterable alarm type voice message.

In claim 29, first line thereof, after "of", please insert -- at least --.

30 30. (Amended) A self-contained ambient condition detector comprising:

a housing;

at least one ambient condition sensor carried by the housing;

a control element, carried by the housing and coupled to the sensor, for establishing the presence of a selected alarm condition;

- 4 -

a wireless receiver coupled to the control element wherein the receiver and control element receive and decode wireless messages transmitted by other detectors;

a manually settable location specifying member, coupled to the control element whereby a user can specify a location at which the housing is installed;

voice annunciating circuitry and a plurality of stored user unalterable verbal outputs with one output identifying, at least in part, an alarm type and at least one output identifying, at least in part, an alarm location wherein in response to a [receiver] received wireless message from another detector, the voice annunciation circuitry outputs at least one of a verbal alarm type and a verbal alarm location.

Ins. 05

41. 40. (Amended) An alarm system comprising:

a plurality of wirelessly coupled, self-contained detectors wherein each detector includes a transceiver for wireless transmission of and reception of coded messages, directly communicated between detectors, wherein the messages include at least alarm specifying information transmitted by a detector exhibiting an alarm condition; and

wherein at least some detectors include voice output circuitry for verbally broadcasting user unalterable messages identifying the existence of an alarm condition at a different detector in response to a coded message directly received therefrom.

Ins. 06

42. (Amended) A system as in claim 41 wherein the voice output circuitry of at least some of the detectors verbally outputs both alarm and location information received from another detector.

46. (Amended) A system as in claim 44 wherein verbal alarm specifying messages are interleaved with user unalterable tonal alarm indicating messages.

49. (Amended) A detector comprising:

a housing;

at least a first ambient condition sensor carried by the housing;

a control element, [in part programmable,] coupled to the sensor, wherein the element [incudes] includes circuitry for detecting a first alarm condition;

an alarm indicating audible output device coupled to the control element wherein the control element, in response to an alarm condition, drives the output device to repetitively emit a first, user unalterable, interrupted, plurality of alarm tones

- 5 -

wherein at least some of the tones are spaced apart from one another by a first time interval, and wherein others of the tones are closer together; and



a voice circuit for storing at least a first, user unalterable, verbal, alarm-type output message, coupled to the control element and associated with the first sensor, wherein the circuit, in response to the presence of a first detected alarm condition, injects the verbal, alarm-type output message repetitively into the first intervals.

50.     (Amended)  A detector as in claim 49 wherein the first interval is on the order of 1.5 seconds and the sensor comprises a fire sensor.

Please cancel claims 53, 56 and 57 without prejudice.

58.     (Amended)  An ambient condition detector comprising:

        first and second, different, ambient condition sensors;

        control electronics which includes a programmed processor, coupled to the sensors wherein the electronics emits at least two, different, user unalterable, pre-stored alarm indicating tonal, output patterns wherein each pattern is associated with a respective one of the sensors;

        voice output circuitry, coupled to the electronics, wherein the voice circuitry includes at least two pre-stored, user unalterable verbal alarm [starting] stating output messages wherein each of the pre-stored messages is associated with a respective one of the tonal output patterns and verbalizes the respective alarm type and wherein the control electronics, in response to a detected alarm condition, outputs an audio representation of a respective one of the tonal patterns and an interleaved respective verbal alarm type message.

Please add the following new claims:

        7 -- 66.   A system as in claim 1 wherein the type of wireless communication is selected from a class which includes acoustic transmission, optical transmission and radio frequency transmission. --

        19 -- 67.   A system as in claim 12 wherein the type of wireless communication is selected from a class which includes acoustic transmission, optical transmission and radio frequency transmission. --

        25 -- 68.   A method as in claim 23 which includes:

                selecting the wireless communication from a class which includes acoustic communication, optical communication radio-type communication.--

- 6 -



--69. A method as in claim 23 which includes:

selecting the wireless communication from a class which includes
acoustic communication, optical communication radio-type communication.--

--70. A system as in claim 1 which includes at least one light module having:

a wireless receiver;

control circuitry coupled to the receiver; and

a source of illumination coupled to the control circuitry wherein the control circuitry energizes the source in response to receipt of a selected wireless signal.--

--71. A system as in claim 70 which includes a power supply.--

--72. A system as in claim 71 wherein the supply comprises a battery.--

--73. A system as in claim 71 wherein the supply includes a connector for engaging an exterior source of energy.--

--74. A system as in claim 70 which includes at least one light module having:

a wireless receiver;

control circuitry coupled to the receiver; and

a source of illumination coupled to the control circuitry wherein the control circuitry energizes the source in response to receipt of a selected wireless signal.--

--75. A system as in claim 74 which includes a power supply.--

--76. A system as in claim 75 wherein the supply includes at least one prong for engaging an exterior source.--

--77. A method as in claim 23 which includes:

communicating wirelessly with a displaced source of illumination; and

energizing the source in response to receipt of a selected communication.--

--78. A detector as in claim 30 which includes a tonal output device coupled to the control element wherein the control element in response to the presence of the selected alarm condition, drives the output device to emit pluralities of alarm specifying output tones wherein the pluralities are temporally spaced apart from one another a selected interval and wherein the voice annunciating circuitry outputs at least one of the verbal alarm type and the verbal alarm location during the selected intervals.--

- 7 -





BRK_000302

--79. A detector as in claim 78 wherein the pluralities of output tones are user unalterable.--

--80. A detector as in claim 79 wherein in response to the received wireless message, the voice annunciation circuitry outputs at least one of the verbal alarm type and the verbal alarm location during the selected intervals.--

--81. A detector as in claim 49 wherein the first time interval is on the order of 5 seconds and the sensor comprises a gas sensor. --

--82. A detector as in claim 49 wherein the control element is in part programmed.--

83. A system comprising:

at least one detector wherein the detector includes an ambient condition sensor and control circuitry for detecting the presence of a selected ambient condition and for emitting a user unalterable, patterned tonal alarm indicative of the detected condition wherein groups of tones are spaced apart by a first interval and tones in a group are spaced apart by a second, shorter, interval;

a transmitter coupled to the control circuitry for wirelessly emitting a condition specifying control signal to at least one displaced illumination module wherein the module comprises at least one prong for releasably coupling to an external source of power, a receiver for receipt of the condition specifying control signal, a light source and circuitry for illuminating the source in response to receipt of the condition specifying control signal; and

voice annunciating circuitry for playing at least one, user unalterable, pre-recorded voice message during the first intervals wherein the message specifies the type of condition and wherein the voice annunciating circuitry is located at least in part at the detector.

--84. A system as in claim 83 which includes a settable location specifying element coupled to the control circuit and wherein the annunciating circuitry verbally introduces a location specifying message, in accordance with a setting of the location specifying element, into some of the first intervals which would otherwise be silent. --

--85. A system as in claim 83 which includes a second detector, substantially identical to the at least one detector wherein the detectors can both be in wireless communication with the module. --

- 8 -

--86.   A system as in claim 85 wherein the detectors each include a manually changeable, system specifying code incorporated into the condition specifying control signal.--

--87.   A system as in claim 86 wherein the module includes circuitry for establishing the presence of a predetermined system specifying code in a received condition specifying control signal.--

--88.   A system as in claim 87 wherein the module includes a manually changeable, system specifying code.--

--89.   A system as in claim 88 wherein the module includes a battery.--

--90.   A system as in claim 89 wherein the verbal type specifying message and the location specifying message are stored at the at least one detector.--

--91.   An electrical unit comprising:

a control circuit responsive to a selected ambient condition to produce at least one output signal indicative thereof;

an audible output device, coupled to the control circuit and drivable thereby in response to the selected condition, to produce groups of user unalterable, alarm-type indicating tones wherein groups of tones are spaced apart a first interval and wherein tones in a group are spaced apart from one another a second, shorter interval;

voice output circuitry, coupled to the control circuit and driven thereby to produce at least one user unalterable alarm specifying output message which verbally identifies the same alarm as does the tonal output pattern wherein the output message is injected into at least some of the first intervals between tonal groups;

a settable system specifying element coupled to the control circuit for establishing a coded system specific identifier; and

at least one of a transmitter and a receiver coupled to the control circuitry to respectively send or receive a wireless signal indicative of the condition wherein sent signals include a system identifier and wherein received signals include a system identifier.--

--92.   An electrical unit as in claim 91 which includes at least one of a condition sensor and a source of illumination.--

- 9 -

-- 93. An electrical unit as in claim 92 wherein the sensor and the transmitter are coupled to the control circuit. --

56 -- 94. An electrical unit as in claim 92 wherein the source and the receiver are coupled to the control circuit. --

57 -- 95. An electrical unit as in claim 91 wherein the control circuit includes a programmed processor and wherein instructions for implementing at least the alarm condition indicating tones are executed thereby. --

58 -- 96. An electrical unit as in claim 91 which includes a settable location specifying element and wherein the voice output circuitry, when driven by the control circuit verbally produces a location specifying message, in accordance with a setting of the location specifying element in some of the first intervals which would otherwise be silent, provided, that the coded system specific identifier matches any received system identifier. --

59 -- 97. An electrical unit comprising:

a control circuit responsive to a selected ambient condition to produce at least one output signal indicative thereof;

an audible output device, coupled to the control circuit and drivable thereby in response to the selected condition, to produce groups of user unalterable, alarm-type indicating tones wherein groups of tones are spaced apart a first interval and wherein tones in a group are spaced apart from one another a second, shorter interval;

voice output circuitry, coupled to the control circuit and driven thereby to produce at least one user unalterable output message which verbally identifies an alarm location wherein the output message is injected into at least some of the first intervals between tonal groups;

a settable system specifying element coupled to the control circuit for establishing a coded system specific identifier; and

at least one of a transmitter and a receiver coupled to the control circuitry to respectively send or receive a wireless signal indicative of the condition wherein sent signals include a system identifier and wherein received signals include a system identifier.--

~~--98. An electrical unit as in claim 97 which includes at least one of a condition sensor and a source of illumination.~~

- 10 -

### R E M A R K S

Reexamination and reconsideration of the above-identified application are hereby requested. Applicant has very carefully studied the outstanding Office Action and the Examiner's comments in connection with the prior art. In response, a number of the claims have been amended so as to more clearly set forth the present invention. Other claims have been canceled. Finally, a number of new claims, allowable as explained below, have been added.

Filed concurrently herewith is a proposed change to Fig. 1A to address the draftsman's objection. Assuming that the proposed change to Fig. 1A is acceptable, a revised formal copy of Fig. 1A will be filed. A terminal disclaimer, as required by the Examiner, is also enclosed.

Embodiments of the present invention provide user unalterable alarm condition specifying tones combined with user unalterable speech information identifying, for example, a type of alarm condition such as fire or gas, or, alternately, a location of an alarm condition such as a bedroom or basement. The audible messages are provided during silent intervals of multiple tone audible signals which indicate the presence and type of an alarm condition, such as fire or gas. The tonal patterns are also not alterable by the user.

The messages reinforce for anyone in the immediate area the type of alarm condition, or alternately, the location of the source of the alarm condition or both. In one embodiment, the detectors are coupled together wirelessly and without need for any separate control panel. In yet another embodiment, the messages can be verbalized in a preselected language. One or more ambient condition sensors, such as fire sensors or gas sensors, can be incorporated into the respective detector.

In yet another embodiment, an illumination module can be in wireless communication with one or more detectors in a multiple element system. In response to an appropriate received signal, the module can be energized.

The elements of the system can be identified by user settable system specifying code devices at each element. A plurality of elements in a system will each have a common system code. Transmitted and received signals carry the system code.

With respect to the rejections of claims 1-57, unlike the claimed apparatus, Morris is directed to a detector system which utilizes a variable tone output pattern, without

- 11 -



any incorporated speech. Morris' tones both indicate the presence of a singular alarm condition, such as fire, and specify the floor of a dwelling where the alarm has originated. The varying tonal pattern taught by Morris to indicate the floor of a building teaches away from the claimed apparatus.

The selection structure of Morris, unlike the claimed coding circuitry, alters tonal outputs to indicate the floor of a building. Using the selectable coding structure taught by Morris also teaches away from the claimed detector.

Fray, combined in support of the rejections fails to specify that pre-recorded voice messages are emitted during periods of silence in prescribed audible tonal patterns. Unlike the claimed invention, Fray teaches the use of user-recorded, user alterable messages and user alterable tonal outputs in a fire detection system (Col. 5, lines 19-23 and 35-42).

Fray very clearly teaches that his intent is to have the user record messages for the purpose of verbally instructing the listener on how to escape from a fire, not to specify that a fire or other type of condition exists. Fray's, patent includes no teaching of the value in annunciating one or more types of specific environmental conditions as claimed.

Fray teaches away from the claimed apparatus. Fray teaches storing messages which during a fire are played back to guide an "individual ... during moments of horror and confusion away from source of danger and into safety". (Col. 6, lines 25-27). This leads to variable tonal patterns as also taught by Fray. For these reasons, Fray teaches away from use of pre-specified tone patterns that are not user alterable. This approach is quite different from that of the claimed apparatus. In addition, one of skill in the art would not combine variable tonal patterns indicating floors of a building with variable tonal patterns indicative of different types of alarm conditions because of potentially confusing individuals hearing these outputs.

The approved NFPA and UL regulations allow only 1.5 seconds of silence in the tonal pattern for smoke detector units. It is submitted that the mere existence of a 1.5 second tonal silence period is not a suggestion to modify Fray given his teachings and that this time interval is insufficient to provide instructions on how to escape a fire. Based on Fray's teachings, and, based on his clearly defined intent to use variable length verbal messages to instruct occupants on how to escape a fire, use of the fixed NFPA and UL alarm tone patterns would not be practical in Fray's system.

- 12 -





Only Applicant's invention uses factory pre-recorded tones and pre-recorded messages to maintain safety and compliance with UL and NFPA standard tonal alarm patterns. Under the teachings of the Fray patent, the user must record his or her own message that can be a combination of verbal and tone messages (Col. 5, lines 22-23). Such messages and tonal patterns are variable (Col. 5, lines 35-38, Fray) and unlike the claimed invention.

Molinick et al, as described below is a multi-sensor, non-analogous system. It does not make up for the deficiencies in Morris or Fray. Molinick et al teaches the simultaneous annunciation or presentation of tones and variable pre-recorded messages:

> "A prerecorded message resulting from activation of one of the sensors 1-8 may play and be broadcast simultaneously with the emergency tone from the oscillator without stopping the latter." (Col. 5, line 66, Col. 6, line 2). (Emphasis ours).

Molinick et al clearly teach away from the claimed apparatus. The voice output in Molinick et al is for a different type of alarm than is the tone. As explained therein:

> "a relatively simple, but greatly improved audio and visual alarm with emergency warning by tone differentiated from verbal warnings of minor hazards." (Col. 6, lines 58-60).

Further, Molinick et al use one recording unit which outputs verbal messages throughout the entire system irrespective of the active sensor.

The Applicant's invention has in one embodiment, taken very significant advantage of the synergy of combining the use of electronically recorded message technology and an on-board processor with one or more environmental condition detector types to alert occupants of a residence or building that a specific type of environmental condition was detected through the combined use of an audible tonal pattern and verbal indication. The type of alarm condition is presented such that the verbal message is expressly emitted only during silent periods in the tonal alarm pattern.

In addition, Molinick et al. teaches a centrally controlled, distributed, non-analogous mining safety system rather than the claimed self-contained detectors. A designer of stand alone, self-contained detectors would not look to the teachings of Molinick et al.

- 13 -

As discussed above, Fray provides user alterable tones, and Morris provides location alterable tonal patterns. Molinick et al, unlike the claimed apparatus, broadcasts a tone warning of one condition simultaneously with broadcasting a speech message directed to a <u>different</u> alarm condition.

With regard to the proposed combination of Morris with Fray and Molinick et al., it is well known that in order for any prior art references to be validly combined for use in a 35 U.S.C. 103 § (a) rejection, the references themselves (or some other prior art) <u>must</u> suggest that they be combined.

Since there are very distinct differences in both the intent and embodiment of the system of Molinick et al. and the systems of Morris and Fray, Applicant respectively submits that these references themselves teach away from the claimed invention. None of Morris, Fray or Molinick et. al. contain any expressed or implied suggestion that they be combined in the manner suggested.

Without the teachings of the present application, Morris in combination with Fray and Molinick et al teach a distributed system with simultaneous output of tones and voice wherein both the tones and the voice outputs are user alterable. This is quite unlike the claimed apparatus.

Finally, Fray and Molinick et al teach monolingual systems. Morris does not teach the use of verbal outputs. Hence, given their monolingual teachings, combining Morris with Fray and/or Molinick et al cannot make obvious pending claims.

Accordingly, Applicant submits that claims 1-57 are patentable over the cited prior art and respectfully requests that the rejections of those claims be withdrawn.

With respect to the rejections of claims 58-65, Buck et al US Patent 4,688,021 discloses a detector which, unlike the claimed invention, outputs only tones. The tonal patterns therein are quite unlike those of the claimed invention.

Buck et al's smoke indicating tone is a repetitive on-off pattern. The on interval is 160 Ms long followed by an 80 Ms off interval (col. 2, l. 66- col 3, l. 1 and col 6 ll. 36-45). There are no groups of tones having intragroup spacing as claimed.

The gas indicating tone is a continuous, constant frequency output tone (col. 8, ll. 54-56 and col. 6, ll. 36-45). This tone is not interrupted.

- 14 -



Fray as noted above teaches variable length messages which provide emergency escape instructions and variable tonal patterns.

Buck et al. for the above reasons, whether taken alone or in combination with Fray or the other prior art of record does not teach, disclose or suggest the claimed invention.

In summary, the applicant's invention provides many features in a very simple and affordable system that has not been previously commercially available for residences and similar buildings. Commercial success of applicant's invention has been established in that a major U.S. manufacturer of home safety products has already licensed the rights from the applicant to manufacture and market products covered under this invention.

Accordingly, Applicant submits that all of the pending claims are allowable over the cited prior art and respectfully requests that the rejections of the pending claims be withdrawn. Allowance of the application is respectfully requested.

Respectfully submitted,

BY _____

Paul M. Vargo, Reg. No. 29,116

ROCKEY, MILNAMOW & KATZ, LTD.
180 N. Stetson, Suite 4700
Chicago, Illinois 60601
(312) 616-5400

- 15 -

BRK_000310

| **RESPONSE TRANSMITTAL LETTER** | Docket No.: | BRC 208.0 US |
| Serial No.: 09/417,154 | Filing Date: | October 12, 1999 |
| Group Art Unit: 2736 | Examiner: | N. Tong |
| Applicant(s): Gary J. Morris | | |
| Invention: Communicative Environmental Alarm System With Voice Identifier | | |

**HON. COMMISSIONER FOR PATENTS**
**WASHINGTON, D.C. 20231**

Sir:

Transmitted herewith is a response in the above-identified application.

☐ Small entity status of this application under 37 CFR §1.9 and §1.27 has been established by a verified statement previously submitted.

☐ A verified statement to establish small entity status under 37 CFR §1.9 and §1.27 is enclosed.

☐ A Petition for a _____ - month extension of time and the separate fee therefor is enclosed.

☐ No additional claim filing fee is required.

The fee has been calculated as shown below.

| CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | SMALL ENTITY | | LARGE ENTITY | |
| | | | RATE | ADDIT. FEE | RATE | ADDIT. FEE |
| TOTAL 93 | MINUS - 65 | = 28 | x $ 9.00 = | $ | x $ 18.00 = | $504.00 |
| INDEPENDENT 12 | MINUS - 9 | = 3 | x $ 39.00 = | $ | x $ 78.00 = | $234.00 |
| ☐ First presentation of multiple dependent claim | | | + $130.00 = | $ | + $260.00 = | $ |
| | | Total Fee | | $ | | $738.00 |

☐ Please charge Deposit Account No. 04-1644 in the amount of $_____ to cover the claim filing fee.

☒ A check in the amount of $848.00 to cover the claim filing fee and the terminal disclaimer is enclosed.

☒ **Conditional Petition For Extension of Time:** An extension of time, if necessary, is requested to provide for timely filing of this communication.

☒ A duplicate copy of this transmittal sheet is enclosed.

☐ Other: _____

☒ The Commissioner is hereby authorized to charge any additional fees which may be required in connection with this communication or credit any overpayment to Deposit Account No. 04-1644.

Date: _____ September 14, 2000 _____  By _____
                                                  Paul M. Vargo, Reg. No. 29,116

Correspondence Address:
ROCKEY, MILNAMOW & KATZ, LTD.
Two Prudential Plaza, Suite 4700
180 North Stetson Avenue
Chicago, Illinois 60601
(312) 616-5400

<u>CERTIFICATE OF MAILING</u>

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on **September 14, 2000.**

By _____

*148*
*#7*
*ACM*
*9-27-00*

Comparable to Form PTO/SB/26 (10-96)
Approved for use through 10/31/99. OMO0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER A PRIOR PATENT | Docket No.: BRC 208.0 |
|---|---|

| Applicant(s): | Gary J. Morris | | |
|---|---|---|---|
| Serial No.: | 09/417,154 | Filing Date: | October 12, 1999 |
| Group Art Unit: | 2736 | Examiner: | N. Tong |
| Invention: | Communicative Environmental Alarm System With Voice Identifier | | |

Hon. Commissioner For Patents
Washington, D.C. 20231

The owner,*, of 100% (one hundred percent) interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application, which would extend beyond the expiration date of the full statutory term defined in 35 U.S.C. 154 to 156 and 173, as presently shortened by any terminal disclaimer, of prior Patent No._____ issued on Ser. No. 09/299,483, filed April 26, 1999.. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 to 156 and 173 of any patent, as presently shortened by any terminal disclaimer, in the event that it later expires for failure to pay a maintenance fee, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321, has all claims canceled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

Check either box 1 or 2, if appropriate.

1.  ☐  For submission on behalf of an organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the organization.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful statements may jeopardize the validity of the application or any patent issued thereon.

2.  ☒  The undersigned is an attorney of record.

3.  Owner/applicant is   ☐ Small Entity   ☒ Large Entity

The terminal disclaimer fee under 37 CFR 1.20(d) is:
  ☒ $110.00 (Large Entity)
  ☐ $55.00 (Small Entity)
and is to be paid as follows:
  ☒  A check in the amount of for the fee is enclosed.

U.S. Serial No. 09/417,154

Page 1 of 2

☒    The Commissioner is hereby authorized to charge any fees which may be required, or credit any overpayment to Deposit Account Number 04-1644. A duplicate copy of this sheet is enclosed.

\* Certification under 37 CFR 3.73(b) is required if terminal disclaimer is signed by the assignee (owner) Form PTO/SB/96 may be used for making this certification. See MPEP §324.

_____

Paul M. Vargo, Reg. No. 29,116

Rockey, Milnamow & Katz, Ltd.
Two Prudential Plaza
180 North Stetson Avenue, Suite 4700
Chicago, Illinois 60601
(312) 616-5400

## CERTIFICATE OF MAILING

    I hereby certify that this paper is being deposited with the United States Postal Service with sufficient postage at First Class Mail in an envelope addressed to: Hon. Commissioner for Patents, Washington, D.C. 20231 on _Sep 14, 2000_ .

_Rowena K. Lieber_

U.S. Serial No. 09/417,154                                                      Page 2 of 2

BRK_000313



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/417,154 | 10/12/99 | MORRIS | G | BRC-208.0-US |

|  | EXAMINER |
|---|---|
| WM02/1205 | TONG, N |

ROCKEY MILNAMOW & KATZ LTD
TWO PRUDENTIAL PLAZA
180 NORTH STETSON AVENUE
SUITE 4700
CHICAGO IL 60601

| ART UNIT | PAPER NUMBER |
|---|---|
| 2632 | |

DATE MAILED:
12/05/00

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)
*U.S. GPO: 2000-473-000/44602

1- File Copy

BRK_000314

| *Office Action Summary* | Application No. 09/417,154 | Applicant(s) Morris |
|---|---|---|
| | Examiner Nina Tong | Group Art Unit 2632 |

[X] Responsive to communication(s) filed on _Sep 18, 2000_

[X] This action is **FINAL**.

[ ] Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle,* 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire _____3_____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claim**

   [X] Claim(s) _1-5, 7-14, 16-52, 54, 55, and 58-98_ is/are pending in the applicat

      Of the above, claim(s) _____ is/are withdrawn from consideration

   [ ] Claim(s) _____ is/are allowed.

   [X] Claim(s) _1-5, 7-14, 16-52, 54, 55, and 58-98_ is/are rejected.

   [ ] Claim(s) _____ is/are objected to.

   [ ] Claims _____ are subject to restriction or election requirement.

**Application Papers**

   [ ] See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

   [ ] The drawing(s) filed on _____ is/are objected to by the Examiner.

   [X] The proposed drawing correction, filed on _____Sep 18, 2000_____ is [X] approved [ ]disapproved.

   [ ] The specification is objected to by the Examiner.

   [ ] The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

   [ ] Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

     [ ]All [ ]Some* [X]None of the CERTIFIED copies of the priority documents have been

      [ ] received.

      [ ] received in Application No. (Series Code/Serial Number) _____ .

      [ ] received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

     *Certified copies not received: _____

   [ ] Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

   [ ] Notice of References Cited, PTO-892

   [ ] Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

   [ ] Interview Summary, PTO-413

   [ ] Notice of Draftsperson's Patent Drawing Review, PTO-948

   [ ] Notice of Informal Patent Application, PTO-152

— *SEE OFFICE ACTION ON THE FOLLOWING PAGES* —

BRK_000315

Application/Control Number: 09/417,154                                        Page 2

Art Unit: 2632

## DETAILED ACTION

### *Claim Rejections - 35 U.S.C. § 103*

1.     The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness

rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains.  Patentability shall not be negatived by the
> manner in which the invention was made.

2.     Claims 1-5,7-14,16-52,54,55,58-98 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Morris (5,587,705) in view of Fray (5,587,705) and Molinick et al.

(4,288,789).


       Regarding claims 1-3,5,8-12,14,17-21,23-26,28-33,35-36,38-51,54,55,66-98, Morris

discloses a multiple alert smoke detector, which comprises a plurality of smoke detectors, each

detector includes a power supply system with AC and rechargeable battery, a test switch, a FM

code selector, a FM transmitter, a FM receiver, an alarm device, a smoke sensor, a light module.

When a detector senses an environmental condition, said detector will emit an alarm sound (alarm

sound including different audible tone patterns to indicate the location) and transmit a code upon

the user FM code selection to other detectors. Other detectors receive the code and emit the

alarm sound to indicate the location of the sensed detector.

Application/Control Number: 09/417,154                                                    Page 3

Art Unit: 2632

      Morris fails to specify the claimed pre-recorded voice message during the silence periods

between the tone patterns.

      However, Fray shows a warning system for giving verbal instruction during fire, which

comprises the smoke detector 13, an electronic means for activation of an alarm having a

prescribed audible tonal pattern (the alarm tone generator 10), the electronic means for playing of

pre-recorded voice messages (the digital recording and playback device), the power source 31.

Such a system emits a number of tones, followed by a verbal message, followed by the same

number of tones. The pattern is repeated and may be adjusted and changed easily. Also, the

verbal messages could be changed or recorded regularly. (Col.5 lines 35-41, lines 57-59, col.6

lines 20-27). Therefore, the voice messages could be any messages, such as the type and/or the

location of the sensor. It would have been obvious to one of ordinary skill in the art at the time

the invention was made to provide any voice messages (such as, type and/or location of the

sensor) during the silence periods between the audible tone patterns in Morris as taught by Fray

for increasing safety.

      In addition, it is well-known in the art that the maximum silence period between the tonal

alarm patterns is 1.5 seconds under NFPA and UL regulations as admitted by the applicant in the

specification (page 5). Also, it is well-known in the art of providing a verbal message of the type

of the emergency and its location in the warning system as shown by Molinick et al.. It would

have been obvious to one of ordinary skill in the art at the time the invention was made to employ

the tone patterns as set by the NFPA and UL regulations in the system of Fray for safety. Since

BRK_000317

Application/Control Number: 09/417,154                    Page 4

Art Unit: 2632

Fray teaches the concept of providing verbal message between tone patterns, and it would have been obvious to employ the above tone patterns, it would have been obvious to one of ordinary skill in the art at the time the invention was made to provide the verbal message during the silence period of the tone patterns as set by the NFPA and UL regulation in Fray for improving safety. Also, it would have been obvious to one of ordinary skill in the art at the time the invention was made to provide the verbal messages of the type of the emergency and its location as taught by Molinick et al. in the above combination for improving safety.

Moreover, as long as the verbal warning signal is provided, employing either the user unalterable or user alterable verbal warning signals would not constitute an inventive step but an obvious design choice. It would have been obvious to one of ordinary skill in the art at the time the invention was made to employ the user unalterable verbal warning signals instead in the above combination for performing the same function as desired and for avoiding any false alarm. Also, as along as the wireless communication is provided, it would have been obvious to one of ordinary skill in the art at the time the invention was made to employ any well-known wireless communication system, such as the radio, optical, acoustic transmission system, in the above combination for performing the same function as desired. Furthermore, it would have been obvious to one of ordinary skill in the art at the time the invention was made to employ any well-known environment sensor and any well-known power supply and any well-known alarm signals as claimed in the above combinations for performing the same function as desired.

Application/Control Number: 09/417,154                                    Page 5

Art Unit: 2632

Regarding claims 4,13,22,27,34,37,52,78-80, as long as the other sensors received the coded signals to provide the specific alarm, it would have been obvious to one of ordinary skill in the art at the time the invention was made to send such a coded signals to other different and/or similar sensors in the above combination for increasing safety and for performing the same function as desired.

Regarding claims 7,16, it is well-known in the art of providing a selecting means for the user to select different language. It would have been obvious to one of ordinary skill in the art at the time the invention was made to employ the well-known language selecting means in the above combination for convenience.

Regarding claims 22,27,34,37,52, it is well-known in the art of having a second different sensor with different alarm signals in the same sensor unit. It would have been obvious to one of ordinary skill in the art at the time the invention was made to employ an additional different sensor with different audible tone with different voice message in the above combination for providing a better sensor system.

3.      Claims 58-65, are rejected under 35 U.S.C. 103(a) as being unpatentable over Buck et al. in view of Fray.

BRK_000319

Application/Control Number: 09/417,154                                    Page 6

Art Unit: 2632

     Regarding claims 58-65, Buck et al. discloses a combined smoke and gas detection apparatus for sensing both smoke and gas environmental condition in order to provide the warning signals.

     Buck et al. fails to specify the claimed audible tone with voice messages.

     However, Fray teaches the concept of providing an audible tone with voice messages during the silence period between the tone patterns. Also, it would have been obvious to one of ordinary skill in the art at the time the invention was made to provide different warning sounds for different sensed sensor for increasing safety. It would have been obvious to one of ordinary skill in the art at the time the invention was made to provide two different sets of warning sound, each set included voice messages between tone patterns, in Buck et al. as taught by Fray for increasing safety.

     Also, it is well-known in the art that the maximum silence period between the tonal alarm patterns is 1.5 seconds under NFPA and UL regulations as admitted by the applicant in the specification (page 5). It would have been obvious to one of ordinary skill in the art at the time the invention was made to employ the tone patterns as set by the NFPA and UL regulations in the above combination for safety.

BRK_000320

Application/Control Number: 09/417,154                                              Page 7

Art Unit: 2632

### *Response to Arguments*

4.      Applicant's arguments with respect to claims 1-5,7-14,16-52,54,55,58-98 have been

considered but are moot in view of the new ground(s) of rejection.

5.      Applicant's arguments filed 09/18/00 have been fully considered but they are not

persuasive.

Regarding applicant's arguments, the Examiner did not use the reference to Morris to

teach the combination of the audible tone and the verbal warning signals. Also, Fray shows the

verbal warning messages. However, as long as the verbal warning signal is provided, employing

either the user unalterable or user alterable verbal warning signals would not constitute an

inventive step but an obvious design choice. It would have been obvious to one of ordinary skill in

the art at the time the invention was made to employ the user unalterable verbal warning signals

in the above combination for performing the same function as desired and for avoiding any false

alarm. In addition, it would have been obvious to one of ordinary skill in the art to provide any

desired verbal messages as claimed in Fray for performing the same function. Also, the Examiner

only used the reference to Molinick et al. to teach the concept of providing the warning messages

of the type of the sensed condition and the location of the sensed condition.

BRK_000321

Application/Control Number: 09/417,154                                    Page 8

Art Unit: 2632

In response to applicant's argument that the examiner's conclusion of obviousness is based upon improper hindsight reasoning, it must be recognized that any judgment on obviousness is in a sense necessarily a reconstruction based upon hindsight reasoning. But so long as it takes into account only knowledge which was within the level of ordinary skill at the time the claimed invention was made, and does not include knowledge gleaned only from the applicant's disclosure, such a reconstruction is proper. See *In re McLaughlin*, 443 F.2d 1392, 170 USPQ 209 (CCPA 1971).

In response to applicant's argument that Molinick et al. is nonanalogous art, it has been held that a prior art reference must either be in the field of applicant's endeavor or, if not, then be reasonably pertinent to the particular problem with which the applicant was concerned, in order to be relied upon as a basis for rejection of the claimed invention. See *In re Oetiker*, 977 F.2d 1443, 24 USPQ2d 1443 (Fed. Cir. 1992). In this case, both invention are monitoring the environment condition in an area and to provide warning signals when the sensed dangerous condition is being sensed.

## *Conclusion*

6.      The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.


Godwin disclosed a communication hazardous condition detector.

Application/Control Number: 09/417,154                                    Page 9

Art Unit: 2632

Reinowitz disclosed a wireless alarm system.
Kavasilios et al. disclosed a central alarm conditioning detecting and alerting system.
Yu disclosed a security system.
Pappas disclosed a fire detection system.
Curl et al. disclosed a smoke detector with strobed visual alarm and remote alarm coupling.
Andrew de Leon et al. disclosed a device for signaling the felling of a tree and a system for forest
conservation.
Topol et al. disclosed an intelligent fire safety system.


7.      Any inquiry concerning this communication or earlier communications from the examiner
should be directed to Nina Tong whose telephone number is (703) 305-4831.  The examiner can
normally be reached on Mon. to Thurs. from 8:30a.m. to 6:00p.m..
        If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,
Jeffery Hofsass, can be reached on (703) 305-4717.
        Any inquiry of a general nature or relating to the status of this application or proceeding
should be directed to the Group receptionist whose telephone number is (703) 308-8576.

8.      Any response to this action should be mailed to :

                        Commissioner of Patents and Trademarks
                        Washington, D.C. 20231

        or faxed to:
                        (703)308-9051, (for formal communication intended for entry)
        Or:
                        (703)308-6743 (for informal or draft communications, please label
"UNOFFICIAL" OR "INFORMAL" OR "PROPOSED" or "DRAFT")


        Hand-delivered responses should be brought to Crystal Park II, 2021 Crystal Drive,
Arlington. VA., Sixth Floor (Receptionist).


Nina Tong                               Nina Tong
December 2, 2000                        Primary Examiner

BRC 208.0 US

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| | | ) |
| Appln. No.: | 09/417,154 | ) |
| | | ) |
| Filed: | October 12, 1999 | ) |
| | | ) |
| Title: | Communicative Environmental | ) |
| | Alarm System With Voice | ) |
| | Indication | ) |
| | | ) |
| Group Art Unit: | 2736 | ) |
| | | ) |
| Examiner: | N. Tong | ) |
| | | |
| Docket No.: | BRC 208.0 US | |

RECEIVED

FEB 2 8 2001

Technology Center 2600

### AMENDMENT B

Hon. Commissioner of Patents
Washington, D.C. 20231

Dear Sir:

Responsive to the Final Office Action mailed December 5, 2000, please make the following amendments:

### IN THE CLAIMS:

Please cancel claims 49-65, 81 and 82, without prejudice.

Please amend claim 21, first line thereof, by replacing "17" with --19--.

Serial No. 09/417,154

# R E M A R K S

In response to the outstanding Final Office Action, and to simplify the claim program, a number of the claims have been canceled. The Applicant does not agree with the Examiner's rejection of the pending claims which have been canceled. Claim 21 has been amended to correct a typographical error. Entry of this amendment does not raise new issues and would not necessitate a further search.

Applicant has recognized the value of combining user unalterable alarm location specifying or alarm type specifying messages with user unalterable alarm-type indicating tones both at an alarm initiating detector and at wirelessly coupled remote detectors. Thus, in accordance with the claimed invention, sensors remote from the source of the alarm will receive both voice and tones indicative of location of alarm (voice) and type of alarm (tones), or, type of alarm (voice) and type of alarm (tones).

The primary document relied on by the Examiner in establishing a prima facie determination of obviousness, the Morris patent, as acknowledged by the Examiner, incorporates no speech or voice messaging capability whatsoever. Additionally, and unlike the claimed apparatus and methods, the tonal patterns emitted by Morris' detectors are user alterable via code selector 3, based on the location at which the respective detector is installed. As correctly noted by the Examiner, Morris uses different audible tonal patterns to indicate the originating location of an alarm condition. In the system of the cited Morris patent, any tonal output is indicative of sensed smoke.

Fray cited by the Examiner does not have a "prescribed audible tonal pattern" as claimed as stated in line 5, page 3, of the Final Office Action. For example, independent claims 1 and 10 require a "user unalterable prescribed audible tonal pattern".

Fray does have an alarm tone generator 10. However, it is not disputed that Fray teaches that the messages "can be a combination of verbal and tonal messages" (Col. 5, ll. 21, 22). Fray teaches the use of variable verbal messages combined with variable tonal patterns. As noted in Fray, "the pattern may be adjusted and changed easily" (Col. 5, ll. 37, 38).

- 2 -

Serial No. 09/417,154

In the Office Action, relative to Fray, the Examiner has stated "the voice messages could be any messages, such as the type and/or the location of the sensor." (Page 3, ll. 10, 11, Final Office Action). However, Fray's clearly expressed intent is to have the user record messages for the purpose of verbally instructing the listener on how to escape from a fire, not to specify that a fire or other type of condition exists. Fray's patent includes no teaching of the value in enunciating either the type of environmental alarm condition or its location as claimed.

In summary, Morris teaches a variable tonal pattern without any voice or verbal messages. Fray teaches variable tonal patterns with interleaved user alterable messages.

The Examiner then went on to incorporate into the basis of the rejection a reference to "the maximum silence period between the tonal alarm patterns is 1.5 seconds under an NFPA and UL regulations as admitted by the applicant in the specification." (Page 3, ll. 15-17, Final Office Action). While what the Examiner has stated in the Office Action, as quoted, is a fact, it appears to have been combined with Fray in the Office Action. This combination is improper as it would require "a substantial reconstruction and redesign of the elements shown in [Fray] -- as well as a change in the basic principles under which" Fray "was designed to operate". In re Ratti 123 USPQ 349, 352 (CCPA 1959).

Fray with its user alterable tones and, user alterable variable length messages would have to be redesigned. Once applicant "taught how this could be done, the redesign may, by hindsight, seem to be obvious", Ratti, supra. However, the prior art "must be viewed, without the benefit of impermissible hindsight vision afforded by the claimed invention", Section 2141, MPEP. p. 2100-90.

The Examiner then went on to state:

> "Also, it is well-known in the art of providing a
> verbal message of the type of the emergency and its
> location in the warning system as shown by
> Molinick et al." (Page 3, ll. 17-28, Final Office
> Action).

- 3 -

Serial No. 09/417,154

It appears that in the above-quoted statement that the Examiner has taken a statement out of context, using the disclosure of the pending application as a road map for purposes of creating a prima facie case of obviousness.  Molinick et al teaches:

> "an improved alarm system which, in addition to broadcasting a distinctive warning tone or sound denoting an extreme emergency, also enables the simultaneous broadcast of an oral message from a tape player describing the nature and location of the emergency as well as suitable protective or corrective actions to be taken by the mine workers." (Molinick et al, Col. 1, ll. 60-66).

Thus, Molinick et al teach an overlay of changeable verbal messages onto a warning tone.  This is emphasized subsequently in Molinick et al wherein it is stated:

> "A pre-recorded message resulting from activation of one of the sensors 1-8 may play and be broadcast simultaneously with the emergency tone from the oscillator without stopping the latter."  (Col. 5, l. 66 - Col. 6, l. 2).

The deficiency in the Office Action in the combination relied on by the Examiner for a prima facie case of obviousness is that the Examiner continues to improperly use the teachings of the present application as a road map for picking and choosing among portions of various prior art documents to improperly create a rationale to sustain the rejection.  Section 2141, p. 2100-90 of the MPEP, mandates that, as noted above, the prior art "must be viewed without the benefit of impermissible hindsight vision afforded by the claimed invention."  This is not the case here.

- 4 -

BRK_000327

Serial No. 09/417,154

Indeed, the thought process described on pages 2-4 of the Office Action does not appear to be in keeping with the holding of *In re Mc Laughlin*, 443 F.2d 1392, 170 USPQ 209 (CCPA 1971) cited by the Examiner as authority for her position.

That decision stated:

> "It should be too well settled now to require citation or discussion that the test for combining references is not what the individual references themselves suggest but rather what the combination of disclosures taken as a whole would suggest as to one of ordinary skill in the art. Any judgment on obviousness is in a sense necessarily a reconstruction based upon hindsight reasoning, but so long as it takes into account only knowledge which was within the level of ordinary skill at the time the claimed invention was made and does not include knowledge gleaned only from applicant's disclosure, such a reconstruction is proper." (*Mc Laughlin, supra*, p. 212).

It is apparent that the Office Action does not consider the "combination of disclosures taken as a whole" but rather focuses on bits and pieces which have been selected using "knowledge gleaned only from applicant's disclosure". For example, the Examiner stated on page 3, lines 11-14, of the Office Action:

> "It would have been obvious to one of ordinary skill in the art at the time that the invention was made to provide any voice messages (such as, type and/or location of the sensor) during the silence periods between audible tonal patterns in Morris as taught by Fray for increasing safety."

The combination of Morris read in view of Fray taken as a whole teaches a detector having user specifiable messages, user specifiable message lengths, user alterable tonal

- 5 -

Serial No. 09/417,154

patterns and user alterable spaces between tones into which variable length messages can be inserted. None of the above corresponds to the claimed apparatus and methods.

Both Morris and Fray utilize user alterable tonal patterns as an integral part of their teachings. Fray is quite explicit in teaching user alterable variable length messages. Indeed, Morris requires variable tonal patterns as he uses differing members of tones to specify the location of a fire. Combinations proposed by the Examiner require modifications to Morris' detectors which make them inoperative for specifying location. One of skill in the art would not have been motivated to redesign Morris' detectors absent the disclosure of the present application.

> "The mere fact that the prior art could be so modified would not have made the modification obvious unless the prior art suggested the desirability of the modification" *In re Gordon* 733 F.2d 900, 902 (Fed. Cir. 1984). The lack of suggestion is clear where the modification would render the prior art device "inoperative for its intended purpose" *Gordon, supra.*

After stating the above quoted conclusion, the Examiner, page 3, lines 17, 18, of Office Action, last paragraph thereof, then went on to state:

> "Also, it is well-known in the art of providing a verbal message of the type of the emergency and its location in the warning system as shown by Molinick et al".

The above assertion is based on a failure to consider "what the combination of disclosures taken as a whole would suggest to one of ordinary skill in the art". *Mc Laughlin, supra.* Molinick et al generates a continuous beeping tone with a voice overlay from a tape player. Molinick et al discloses:

- 6 -

Serial No. 09/417,154

> "an improved alarm system which, in addition to
> broadcasting a distinctive warning tone or sound
> denoting an extreme emergency, also enables the
> simultaneous broadcast of an oral message from a
> tape player describing the nature and location of the
> emergency." (Col. 1, ll. 60-64).

The "combination of disclosures taken as a whole" including Morris, Fray, Molinick et al and the NFPA/UL regulations clearly teach the use of variable length, user alterable messages overlaying tonal patterns or between user variable tonal patterns having user variable periods based on the length of the message. This is not the claimed invention.

The Examiner's conclusion, first seven lines of page 4 of the Office Action, that "it would have been obvious to employ the above tonal patterns, it would have been obvious to one of ordinary skill in the art at the time the invention was made to provide the verbal message during the silence period of the tonal patterns as set by the NFPA and UL regulation [sic] in Fray for improving safety." can only have been arrived at using "knowledge gleaned only from applicant's disclosure", *Mc Laughlin, supra.* Such a reconstruction is improper.

The Examiner then went on to state:

> "Also, it would have been obvious to one of
> ordinary skill in the art at the time the invention was
> made to provide the oral messages of the type of the
> emergency and its location as taught by Molinick et
> al in the above combination for improving safety."

As described above, in the absence of the present application, the combination of Morris in view of Fray and Molinick et al teaches otherwise. The above conclusion can only be made using "knowledge gleaned only from applicant's disclosure", *Mc Laughlin, supra.* Such a reconstruction is improper.

On the same page, next full paragraph, the Examiner then went on to state:

- 7 -

BRK_000330

Serial No. 09/417,154

> "Moreover, as long as a verbal warning signal is provided, employing either the user unalterable or user alterable verbal warning signals would not constitute an inventive step but an obvious design choice. It would have been obvious to one of ordinary skill in the art at the time the invention was made to employ the user unalterable verbal warning signals instead in the above combination for performing the same function as desired and for avoiding any false alarm."

The above conclusory statement is not in keeping with the decisions of the Federal Circuit in connection with obviousness rejections. Obviousness rejections may not be based on "an inventive step" rationale nor "obvious design choice" rationale. A combination in support of an obviousness rejection requires "some teaching or suggestion supporting the combination" *ACS-Hospital Systems, Inc. v. Montifiore Hospital et al*, 221 USPQ 929, 933 (Fed. Cir. 1984). The required teaching or suggestion, in the present instance, comes only from the present application.

More specifically, pending claim 1, and the associated dependent claims, require:

> "an audible alarm having at least one user unalterable, prescribed audible tonal pattern"

and

> "voice circuitry playing at least one user unalterable, pre-recorded voice message wherein the message verbally describes the type of detected environmental condition".

Claim 2 adds to independent claim 1 the limitation of

- 8 -

BRK_000331

Serial No. 09/417,154

> "selectable coding circuitry to define the installation
> location of the respective detector and wherein the
> voice circuitry plays a location specifying message".

Independent claim 10 requires "an audible alarm having at least one user unalterable prescribed audible tonal pattern" in combination with "circuitry for playing at least one user unalterable prerecorded voice message wherein the message verbally describes the location of the detected environmental condition".

Independent claim 19 requires "sensing an environmental condition and playing a user unalterable pre-recorded voice message, which verbally describes at least the location of the sensed condition".

Independent claim 23 requires "sensing an environmental condition and playing a user unalterable pre-recorded voice message, which verbally describes the type of sensed condition ... communicating wirelessly with another, selected detector such that the pre-recorded voice message at the sensed location is also emitted at another detector."

Independent claim 25 includes "an audio transducer which emits selected user unalterable voice information in response to the receiver receiving a selected radio signal transmitted by another transmitter."

The above-noted limitations are representative of limitations present in the rejected claims. Unaddressed dependent claims add further structure in combination which is not suggested, disclosed or made obvious by the prior art.

None of the prior art of record, taken alone or in combination, (absent the teachings of applicant's disclosure of the value of combining unalterable voice messages with unalterable alarm indicating tones, or, enunciating unalterable alarm indicating location messages locally where the alarm condition has initiated as well as at displaced detectors) disclose, suggest in any way or make obvious the rejected claims.

Indeed, the "references fail not only to expressly disclose the claimed invention as a whole, but also to suggest to one of ordinary skill in the art modifications needed to meet all the

- 9 -

Serial No. 09/417,154

claim limitations." *Litton Industrial Products, Inc. v. Solid State Systems Corp.* 755 F.2d 158, 164; 225 USPQ 34, 38 (Fed. Cir. 1985).

Allowance of the pending claims is respectfully requested.

Respectfully submitted,

BY _____

Paul M. Vargo, Reg. No. 29,116

ROCKEY, MILNAMOW & KATZ, LTD.
180 N. Stetson, Suite 4700
Chicago, Illinois 60601
(312) 616-5400

- 10 -

BRK_000333

| **RESPONSE TRANSMITTAL LETTER** | Docket No.: | BRC 208.0 US |
|---|---|---|
| Serial No.: 09/417,154 | Filing Date: | October 12, 1999 |
| Group Art Unit: 2736 | Examiner: | N.Tong |
| Applicant(s): Gary J. Morris | | |
| Invention: Communicative Environmental Alarm System With Voice Indication | | |

**Hon. COMMISSIONER FOR PATENTS**
**WASHINGTON, D.C. 20231**

**RECEIVED**

FEB 2 8 2001

Sir:

Transmitted herewith is a response in the above-identified application.

Technology Center 2600

☐    Small entity status of this application under 37 CFR §1.9 and §1.27 has been established by a verified statement previously submitted.

☐    A verified statement to establish small entity status under 37 CFR §1.9 and §1.27 is enclosed.

☐    A Petition for a _____ - month extension of time and the separate fee therefor is enclosed.

☐    No additional claim filing fee is required.

The fee has been calculated as shown below.

| CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | SMALL ENTITY | | LARGE ENTITY | |
|---|---|---|---|---|---|---|
| | | | RATE | ADDIT.FEE | RATE | ADDIT. FEE |
| TOTAL 75 | MINUS - 9 | = 0 | x $ 9.00 = | $ | x $ 18.00 = | $ |
| INDEPENDENT 10 | MINUS - 12 | = 0 | x $ 39.00 = | $ | x $ 78.00 = | $ |
| ☐ First presentation of multiple dependent claim | | | + $ 130.00 = | $ | + $260.00 = | $ |
| | | Total Fee | | $ | | $0 |

☐    Please charge Deposit Account No. 04-1644 in the amount of $_____ to cover the claim filing fee.

☐    A check in the amount of $None to cover the claim filing fee is enclosed.

☒    **Conditional Petition For Extension of Time:** An extension of time, if necessary, is requested to provide for timely filing of this communication.

☒    A duplicate copy of this transmittal sheet is enclosed.

☐    Other: _____

☒    The Commissioner is hereby authorized to charge any additional fees which may be required in connection with this communication or credit any overpayment to Deposit Account No. 04-1644.

Date: 2 - 27 - 01      By _____

                 Paul M. Vargo, Reg. No. 29,116

Correspondence Address:
ROCKEY, MILNAMOW & KATZ, LTD.
Two Prudential Plaza, Suite 4700
180 North Stetson Avenue
Chicago, Illinois 60601
(312) 616-5400

CERTIFICATE OF HAND-DELIVERY

I hereby certify that this correspondence is being deposited by hand-deliver with
the Receptionist of Group 2600
on the 28 day of February , 2001.

         By Somchay Chunywong

BRK_000334

| *Interview Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 09/417,154 | MORRIS, GARY J. |
| | Examiner | Art Unit | |
| | Nina Tong | 2632 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) <u>Nina Tong</u>.                                        (3)_____.

(2) <u>Paul Vargo</u>.                                       (4)_____.

Date of Interview: <u>09 March 2001</u> .

Type:  a)☒ Telephonic   b)☐  Video Conference
       c)☐ Personal [copy given to: 1)☐ applicant    2)☐ applicant's representative]

Exhibit shown or demonstration conducted:   d)☐ Yes   e)☒ No.
       If Yes, brief description:          .

Claim(s) discussed: <u>all</u> .

Identification of prior art discussed: <u>None</u> .

Agreement with respect to the claims f)☒ was reached.   g)☐ was not reached.   h)☐ N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: <u>*Applicant agreed to specify the claims language to overcome the prior arts as shown in the Examiner Amendments*</u> .

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached.  Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

     i)☒  It is not necessary for applicant to provide a separate record of the substance of the interview(if box is checked).

Unless the paragraph above has been checked, THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW.  (See MPEP Section 713.04).  If a reply to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.  See Summary of Record of Interview requirements on reverse side or on attached sheet.

Examiner Note:  You must sign this form unless it is an
Attachment to a signed Office action.                          Examiner's Signature, if required

BRK_000335

| *Notice of Allowability* | Application No. 09/417,154 | Applicant(s) MORRIS, GARY J. |
|---|---|---|
| | Examiner Nina Tong | Art Unit 2632 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *after Final filed 02/28/01.*

2. ☒ The allowed claim(s) is/are *1,4,5,7-14,17-20,25,28-31,34-40,43-48,66-68,70-80,83,86-91 and 93-97.*

3. ☐ The drawings filed on _____ are acceptable as formal drawings.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   a) ☐ All   b) ☐ Some*   c) ☐ None   of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____.
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____.

5. ☒ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE FOR SUBMITTING NEW FORMAL DRAWINGS , OR A SUBSTITUTE OATH OR DECLARATION. This three-month period for complying with the REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL is extendable under 37 CFR 1.136(a).**

6. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

7. ☒ Applicant MUST submit NEW FORMAL DRAWINGS
   (a) ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review( PTO-948) attached
      1) ☐ hereto  or  2) ☒ to Paper No. *4.*
   (b) ☒ including changes required by the proposed drawing correction filed *10 September 2000,* which has been approved by the examiner.
   (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____.

   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

8. ☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE / SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)
1☐ Notice of References Cited (PTO-892)                    2☐ Notice of Informal Patent Application (PTO-152)
3☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)  4☒ Interview Summary (PTO-413), Paper No. ____.
5☐ Information Disclosure Statements (PTO-1449), Paper No. _____.  6☒ Examiner's Amendment/Comment
7☐ Examiner's Comment Regarding Requirement for Deposit     8☐ Examiner's Statement of Reasons for Allowance
   of Biological Material                                   9☐ Other

U.S. Patent and Trademark Office

BRK_000336

Application/Control Number: 09/417,154                                          Page 2

Art Unit: 2632

## EXAMINER'S AMENDMENT

1.      An examiner's amendment to the record appears below. Should the changes and/or

additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR

1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the

payment of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview with

Paul Vargo on 03/09/01.

2.      The application has been amended as follows:

Please cancel claims 2,3,16,21,22,23,24,26,27,32,33,41,42,69,84,85,92,98.

Regarding **claim 1** last line, please change "condition." To

--condition;

(e) selectable coding circuitry to define the installation location of the respective detector

and wherein the voice circuitry plays a location specifying message;

wherein said at least one sensor is selected from a group including a smoke sensor, a

carbon monoxide gas sensor, a natural gas sensor, and a propane gas sensor.--.

Regarding **claim 4** line 1, change "3" to --1--.

Application/Control Number: 09/417,154                                    Page 3

Art Unit: 2632

Regarding **claim 10** last line, change "condition." To

--condition;

(e) an electronic means to play said circuitry for playing said pre-recorded voice

messages has a second circuitry to provide for the selection of language type presentation of said

pre-recorded voice messages.--.

Regarding **claim 19** last line, change "detector." To

--detector;

(e) providing a first environmental condition detector selected from a group including a

smoke detector, a gas detector, a natural gas detector, and a propane gas detector;

(f) providing at least a second, different environmental condition detector selected from a

group including a smoke detector and a gas detector.--.

Regarding **claim 25** line 3, after "condition,", please insert --wherein said sensor selected

from a group including a smoke detector, a carbon monoxide gas detector, a natural gas detector,

and a propane gas detector; wherein said sensor further includes at least a second, different

sensor;--.

Regarding **claim 30** last line, change "location." To

--location; and

a wireless transmitter, coupled to the control element whereby the control element

includes circuitry for formatting wireless alarm specifying messages for transmission to

Application/Control Number: 09/417,154                    Page 4
Art Unit: 2632

displaced, substantially identical, detectors whereby the receiving detectors receive the alarm

specifying messages for verbal presentation thereat;

*C5*
*2add.*

    wherein transmitted messages include location information as specified by the manually

settable member.--.

---

    Regarding **claim 40** last line, change "received therefrom." To

    --received therefrom;

    wherein at least some of the detectors include manually settable location specifying

*C6*

circuitry and the transmitted messages therefrom include both alarm and location information;

    wherein the voice output circuitry of at least some of the detectors verbally outputs both

alarm and location information received from another detector.--.

---

    Regarding **claim 83** last line, change "detector." To

    --detector;

    a settable location specifying element coupled to the control circuit and wherein the

annunciating circuitry verbally introduces a location specifying message, in accordance with a

*C7*

setting of the location specifying element, into some of the first intervals which would otherwise

be silent;

    a second detector, substantially identical to the at least one detector wherein the detectors

can both be in wireless communication with the module.--.

---

    Regarding **claim 86** line 1, change "85" to --83--.

C

BRK_000339

Application/Control Number: 09/417,154                                                    Page 5

Art Unit: 2632

    Regarding **claim 90** line 1, change "84" to --83--.

    Regarding **claim 91** between line 1 and line 2, please insert

--at least one of a condition sensor and a source of illumination;--.

    Regarding **claim 93** line 1, change "92" to --91--.

    Regarding **claim 94** line 1, change "92" to --91--.

    Regarding **claim 97** between line 1 and line 2, please insert

--at least one of a condition sensor and a source of illumination;--.

3.    Any inquiry concerning this communication or earlier communications from the examiner should be directed to Nina Tong whose telephone number is 703-305-4831. The examiner can normally be reached on Mon-Fri. (9:30 -7:00), alternate Friday off.

    If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Jeffrey Hofsass can be reached on 703-305-4717. The fax phone numbers for the organization where this application or proceeding is assigned are 703-308-6743 for regular communications and 703-308-6743 for After Final communications.

    Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the receptionist whose telephone number is 703-305-4700.

                               Nina Tong
                               Primary Examiner
                               Art Unit 2632

Nina Tong
March 9, 2001





**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

WM01/0312

ROCKEY MILNAMOW & KATZ LTD
TWO PRUDENTIAL PLAZA
180 NORTH STETSON AVENUE
SUITE 4700
CHICAGO IL 60601

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/417,154 | 10/12/99 | 059 | TONG, N | 2632 | 03/12/01 |

| First Named Applicant | MORRIS, | 35 USC 154(b) term ext. = 0 Days. |
|---|---|---|

TITLE OF INVENTION   COMMUNICATIVE ENVIRONMENTAL ALARM SYSTEM WITH VOICE INDICATION

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2 | BRC-203.0-US | 340-692.000 | D26 | UTILITY | YES | $620.00 | 06/12/01 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN _THREE MONTHS_ FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. _THIS STATUTORY PERIOD CANNOT BE EXTENDED._**

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
   If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

If the SMALL ENTITY is shown as NO:

   A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
   B. If the status is the same, pay the FEE DUE shown above.

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
   Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

BRK_000341

BRC 208.0 US

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| Appln. No.: | 09/417,154 | ) |
| Filed: | October 12, 1999 | ) |
| Title: | Communicative Environmental Alarm System With Voice Indication | ) |
| Group Art Unit: | 2736 | ) |
| Examiner: | N. Tong | ) |
| Docket No.: | BRC 208.0 US | ) |

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Hon. Commissioner of Patents, Washington, D.C. 20231, on the date below.)

*Rowena K. Liebert*

*March 29, 2001*
(Date)

### AMENDMENT UNDER RULE 312

Hon. Commissioner of Patents
Washington, D.C. 20231

Dear Sir:

In response to the Notice of Allowability and Examiner's Amendment mailed March 12, 2001 in connection with the above-identified application, applicant hereby requests entry of the following amendments to claims 10 and 25 for the purpose of improving the readability of each claim. It is believed that the proposed amendments, grammatical in nature, are of the type contemplated by Rule 312. It is requested that the following amended claims be entered into the application. A marked-up copy of claims 10 and 25 is attached.

10. (Twice Amended) An environmental condition detection system comprising:

37

a minimum of two environmental condition detectors, each said environmental condition detector comprising

(a) at least one sensor for detecting the presence of a selected environmental condition,

(b) an audible alarm having at least one user unalterable prescribed audible tonal pattern active in response to sensing said environmental condition in accordance with a predetermined parameter;

(c) circuitry for playing at least one user unalterable pre-recorded voice message wherein the message verbally describes the location of the detected environmental condition for the duration of detection thereof in accordance with the parameter such that said pre-recorded voice message is emitted during selected periods of silence in said prescribed audible tonal pattern alarm;

(d) a transmitter and a receiver for wireless direct communication with other detectors of the system wherein each transmitter transmits coded wireless signals and each said receiver responds to received, coded signals, each said detector emitting at least one user unalterable electronically pre-recorded voice message, the selection of which is defined by electronic decoding of the received wireless signal transmitted by a detector sensing said environmental condition; and

(e) wherein said circuitry for playing said pre-recorded voice messages has a second circuit to provide for the selection of language-type presentation of said pre-recorded voice messages.

29 25. (Twice Amended) A detector comprising:

a) at least one sensor for sensing the presence of an environmental condition, wherein said sensor is selected from a group including a smoke sensor, a carbon monoxide gas sensor, a natural gas sensor, and a propane gas sensor and wherein said sensor further includes at least a second, different sensor,

b) a transmitter for transmitting a radio frequency signal,

c) a selector to define a coded radio frequency signal to be trans-mitted by said transmitter,

- 2 -

34



d) a receiver for radio signal reception,

e) an alarm code selector to define a voice information code to be transmitted in said radio signal, and

f) an audio transducer that emits selected user unalterable voice information in response to the receiver receiving a selected radio signal transmitted by another transmitter.

## R E M A R K S

Entry of the above amendments is respectfully requested.

Respectfully submitted,

BY _____

Paul M. Vargo, Reg. No. 29,116

ROCKEY, MILNAMOW & KATZ, LTD.
180 N. Stetson, Suite 4700
Chicago, Illinois 60601
(312) 616-5400

- 3 -



## MARKED CLAIMS

10.    (Twice Amended)  An environmental condition detection system comprising:

a minimum of two environmental condition detectors, each said environmental condition detector comprising

(a) at least one sensor for detecting the presence of a selected environmental condition,

(b) an audible alarm having at least one user unalterable prescribed audible tonal pattern active in response to sensing said environmental condition in accordance with a predetermined parameter;

(c) circuitry for playing at least one user unalterable pre-recorded voice message wherein the message verbally describes the location of the detected environmental condition for the duration of detection thereof in accordance with the parameter such that said pre-recorded voice message is emitted during selected periods of silence in said prescribed audible tonal pattern alarm; [and]

(d) a transmitter and a receiver for wireless direct communication with other detectors of the system wherein each transmitter transmits coded wireless signals and each said receiver responds to received, coded signals, each said detector emitting at least one user unalterable electronically pre-recorded voice message, the selection of which is  defined by electronic decoding of the received wireless signal transmitted by  a detector sensing said environmental condition: and

(e) [an electronic means to play] wherein said circuitry for playing said pre-recorded voice messages has a second [circuitry] circuit to provide for the selection of language type presentation of said pre-recorded voice messages.

25.    (Twice Amended)  A detector comprising:

a) at least one sensor for sensing the presence of an environmental condition, wherein said sensor is selected from a group including a smoke [detector,] sensor, a

- 4 -



BRK_000345

carbon monoxide gas [detector,] <u>sensor,</u> a natural gas [detector,] <u>sensor,</u> and a propane gas [detector;] <u>sensor, and,</u> wherein said sensor further includes at least a second, different sensor,

b) a transmitter for transmitting a radio frequency signal,

c) a selector to define a coded radio frequency signal to be transmitted by said transmitter[;]<u>,</u>

d) a receiver for radio signal reception[.]<u>,</u>

e) an alarm code selector to define a voice information code to be transmitted in said radio signal, <u>and</u>

f) an audio transducer that emits selected user unalterable voice information in response to the receiver receiving a selected radio signal transmitted by another transmitter.

- 5 -





**UNITED STAT DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/417,154 | 10/12/99 | MORRIS | G | BRC-208.0-US |

TM02/0517

ROCKEY MILNAMOW & KATZ LTD
TWO PRUDENTIAL PLAZA
180 NORTH STETSON AVENUE
SUITE 4700
CHICAGO IL 60601

| EXAMINER |
|---|
| TONG, N |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2632 | 13 |

DATE MAILED: 05/17/01

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

BRK_000347

| *Response to Rule 312 Communication* | Application No. | Applicant(s) |
|---|---|---|
| | 09/417,154 | MORRIS, GARY J. |
| | Examiner | Art Unit |
| | Nina Tong | 2632 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

1. ☐  The petition filed on _____ under 37 CFR 1.312(b) is granted.  The paper has been forwarded to the examiner for consideration on the merits.

2. ☐  The petition filed on _____ under 37 CFR 1.312(b) is dismissed.

    a) ☐  The requisite petition fee of $_____ has not been received.

    b) ☐  Other :

                           Director
                           Technology Center

3. ☒ The amendment filed on *02 April 2001* under 37 CFR 1.312 has been considered, and has been:

    a) ☒  entered.

    b) ☐  entered as directed to matters of form not affecting the scope of the invention.

    c) ☐  disapproved. See explanation below.

    d) ☐  entered in part. See explanation below.

Nina Tong
Primary Examiner
Art Unit: 2632

U.S. Patent and Trademark Office
PTO-271 (Rev. 03-98)            Reponse to Rule 312 Communication            Part of Paper No. 13

BRK_000348

05-18-01    *DP CPA(27001)
#4

# CONTINUED PROSECUTION APPLICATION (CPA)
# REQUEST TRANSMITTAL
*Submit an original, and a duplicate for fee processing*
*(Only for Continuation or Divisional applications under 37 CFR 1.53(d))*

CHECK BOX if applicable
☐ DIVISIONAL

RECEIVED
MAY 21 2001
Technology Center 2600

OIPE JC16
MAY 17 2001
PATENT & TM

| Address to: | |
|---|---|
| Commissioner for Patents | Atty. Docket No.: __BRC 208.0 US__ |
| Box CPA | First Named Inventor: __Gary J. Morris__ |
| Washington, D.C. 20231 | Examiner: __N. Tong__ |
| | Group Art Unit: __2632__ |
| | Express Mail Label No.: __EL 746 436 207 US__ |

This is a request for a ☒ continuation or a ☐ divisional application under 37 CFR 1.53(d), (continued prosecution application (CPA) of prior application number __09/417,154__ filed on __October 12, 1999__ and entitled __Communicative Environmental Alarm System With Voice Indication__

---

**NOTES**

**FILING QUALIFICATIONS:** The prior application identified above must be a nonprovisional application that is either (1) complete as defined by 37 C.F.R. §1.51(b), or (2) the national stage of an international application in compliance with 35 U.S.C. §371. Effective May 29, 2000, a CPA may only be filed in a utility or a plant application if the prior nonprovisional application was filed before May 29, 2000. A CPA may be filed in a design application regardless of the filing date of the prior application. See "Request for Continued Examination Practice changes to and Provisional Application Practice," Final Rule, 65 Fed. Reg. 50092 (Aug. 16, 2000), Interim Rule, 65 Fed. Reg. 14865 (Mar. 20, 2000); 1223 Off. Gaz. Pat. Office (April 11, 2000).

**C-I-P NOT PERMITTED:** A continuation-in-part application cannot be filed as a CPA under 37 CFR §1.53(d), but must be filed under 37 CFR §1.53(b)

**EXPRESS ABANDONMENT OF PRIOR APPLICATION:** The filing of this CPA is a request to expressly abandon the prior application as of the filing date of the request for a CPA. 37 C.F.R. §1.53(d) must be used to file a continuation, divisional, or continuation-in-part of an application that is not to be abandoned.

**ACCESS TO PRIOR APPLICATION:** The filing of this CPA will be construed to include a waiver of confidentiality by the applicant under 35 U.S.C. §122 to the extent that any member of the public who is entitled under the provisions of 37 C.F.R. §1.14 to access to, copies of, or information concerning, the prior application may be given similar access to, copies of, or similar information concerning, the other application or applications in the file jacket.

**35 U.S.C. 120 STATEMENT:** In a CPA, no reference to the prior application is needed in the first sentence of the specification and none should be submitted. If a sentence referencing the prior application is submitted, it will not be entered. A request for a CPA is the specific reference required by 35 U.S.C. §120 and every application assigned the application number identified in such request. 37 C.F.R. §1.78(a).

---

1. ☒ Enter the amendment previously filed on __March 29, 2001__ under 37 CFR 1.312, if unentered, in the prior nonprovisional application.

   06/19/2001 HMLBEE1  00000001 09417154
   01 FC:103                              762.00 OP

2. ☐ A preliminary amendment is enclosed.

3. ☐ This application is filed by fewer than all the inventors named in the prior application, 37 CFR 1.53(d)(4).

   Adjustment date: 06/19/2001 HMLBEE1
   05/21/2001 WKOROMA  00000065 041644      09417154
   03 FC:103                              -738.00 OP

   a. ☐ DELETE the following inventor(s) named in the prior nonprovisional application:

   Adjustment date: 06/19/2001 WKOROMA  00000065 041644 _____
   05/21/2001 WKOROMA  00000065
   04 FC:118         1390.00 CR

   b. ☐ The inventor(s) to be deleted are set forth on a separate sheet attached hereto.

4. ☐ A new power or attorney or authorization of agent (PTO/SB/81) is enclosed.

05/21 2001 WKOROMA 00000065 041644  09417154

                              750.00 OP
                              450.00 OP
                              730.00 OP

05/21 2001 WKOROMA  00000065 041644  09417.54

04 FC:118         1390.00 CR

E.H

BRK_000349

5.　☒　　Information Disclosure Statement (IDS) is enclosed:
　　　　　☒　　PTO-1449
　　　　　☒　　Copies of IDS Citations

| CLAIMS | NUMBER FILED | NUMBER ALLOWED | NUMBER EXTRA | RATE | CALCULATIONS |
|---|---|---|---|---|---|
| Total Claims | 61 | - 20* = | 41 | x $18.00 = | $ 738.00 |
| Independent Claims | 9 | - 3** = | 6 | x $80.00 = | $480.00 |
| Multiple Dependent Claims (if applicable) (37 CFR 1.16(d)) | | | | + $270.00 = | $ |
| | | | | Basic Fee | $710.00 |
| | | | Total of above Calculations = | | $1928.00 |
| | | Reduction by 50% for filing by small entity (Note 37 CFR 1.9, 1.27, 1.28) | | | $ |
| *　Reissue claims in excess of 20 and over original patent. | | | | | |
| **　Reissue independent claims over original patent. | | | TOTAL = | | $1928.00 |

6.　☐　　Small entity status:　Applicant claims small entity status.　See 37 CFR 1.27.

7.　☒　　The Commissioner is hereby authorized to credit overpayments or charge the following fees to
　　　　　Deposit Account No. 04-1644.

|  |  |  | Large Entity | Small Entity |
|---|---|---|---|---|
| a. | ☒ | Extension for reply within first month | ☒ $ 110.00 | ☐ $ 55.00 |
| b. | ☒ | Extension for reply within second month | ☒ $ 390.00 | ☐ $195.00 |
| c. | ☒ | Extension for reply within third month | ☒ $ 890.00 | ☐ $445.00 |
| d. | ☒ | Extension for reply within fourth month | ☒ $1,390.00 | ☐ $695.00 |

　　　　　e.　☒　　Additional filing fees or deficiencies in remittances therefor.
　　　　　f.　☒　　Additional processing fees or deficiencies in remittances therefor.
　　　　　g.　☒　　ONLY if applicant has partially paid the patent issue fee under 37 C.F.R. §1.18, then the
　　　　　　　　　　deficiency shall be charged to the Deposit Account.

8.　☒　　A check in the amount of $ 1928.00 ___ is enclosed.

9.　☐　　New Attorney Docket Number, if desired _____.
　　　　　(Prior application Attorney Docket Number will carry over to this CPA unless a new number has been provided herein.)

10.　☐　　Applicant requests suspension of action under 37 CFR 1.103(b) for a period of __ months (not to
　　　　　exceed three months) and the fee of $__ under 37 CFR 1.17(i) is enclosed.

11.　a.　☐　　Receipt For Facsimile Transmitted CPA (PTO O/SB/29A).
　　　b.　☒　　Return Receipt Postcard (Should be specifically itemized, see MPEP 503).

12.　☐　　Other:_____

Repln. Ref: 06/19/2001 MMCGEE1  0008051100
DA#:041644　Name/Number:09417154
FC: 704　　　　　　　$36.00 CR

> **NOTE:** The prior application's correspondence address will carry over to this CPA UNLESS a new correspondence address is provided below.

12. ☐ New correspondence address below:

Name:_____

Address:_____

City:_____State:_____Zip Code:_____

Country:_____Telephone:_____Fax:_____

**Customer Number (01942) and/or Bar Code Label:**

```
||||||||||||||||||||||||||
        01942
  PATENT TRADEMARK OFFICE
```

**Correspondence Address:**  ROCKEY, MILNAMOW & KATZ, LTD.
Two Prudential Plaza
180 North Stetson, Suite 4700
Chicago, Illinois 60601
Telephone: (312) 616-5400
Facsimile: (312) 616-5460

13. Signature of Applicant, Attorney, or Agent Required

Date:_____May 17, 2001_____   By _____

Paul M. Vargo, Reg. No. 29,116

| CERTIFICATE OF MAILING BY EXPRESS MAIL |
|---|
| I hereby certify that this Continued Prosecution Application (CPA) Request Transmittal, enclosed application, and any other documents referred to as enclosed herein, is being deposited with the United States Postal Service, "Express Mail Post Office to Addressee" service under 37 CFR §1.10 on the date indicated below and addressed to Box CPA, Commissioner for Patents, Washington, D.C. 20231. |

| | |
|---|---|
| Express Mail Label No.: | EL 746 436 207 US |
| Date of Deposit: | May 17, 2001 |
| Typed/Printed Name of Person Signing: | Rowena K. Lieber |
| Signature: | *Rowena K. Lieber* |

Page 3 of 3

BRK_000351



## CERTIFICATE OF MAILING BY EXPRESS MAIL

RECEIVED
MAY 2 2 2001
Technology Center 2600

"Express Mail" Mailing Label Number EL 746 436 207 US

Date of Deposit:    May 17, 2001

    I hereby certify that this correspondence is being deposited with the United

States Postal "Express Mail Post Office to Addressee" service under 37 CFR

1.10(c) on the date indicated above and is addressed to:

**Commissioner for Patents**
**Box CPA**
**Washington, D.C. 20231**

Case Number:  BRK1326P1170US - BRC 208.0 US

Serial No.  09/417,154

Filing Date:  October 12, 1999

Inventors:   Gary J. Morris

For:   "Communicative Environmental Alarm System With Voice Indication"

Enclosed are the following documents:

    Certificate of Mailing by Express Mail; Application Data Sheet; Continued
    Prosecution Application (CPA) Request Transmittal - 3 pages), in duplicate,
    with  Check No.  4138       for $1928.00 attached; Information
    Disclosure Statement; Form 1449 - US Patents; Form 1449 Foreign Patents;
    with copies of all documents listed on both forms; and a prepaid post card
    for acknowledgment of receipt by the mail room of the USPTO.

_____
Signature of person mailing documents

BRK_000352



*DP
#15

RECEIVED
MAY 2 2 2001
Technology Center 2600

IN THE UNITED STATES PATENT & TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| Serial No.: | 09/417,154 | ) |
| Filed: | October 12, 1999 | ) |
| Title: | Communicative Environmental Alarm System With Voice Indication | ) |
| Group Art Unit: | 2632 | ) |
| Examiner: | N. Tong | ) |
| Docket No. | BRC 208.0 US | ) |

INFORMATION DISCLOSURE STATEMENT

Hon. Commissioner for Patents
Washington, D.C. 20231

Sir:

      Attached Form PTO/SB/08A lists documents which may be considered to be material to the above-identified application by the Patent Examiner. Copies of the documents are enclosed. Entry into the record is respectfully requested.

      The Commissioner is hereby also authorized to charge any additional fees which may be required pursuant to 37 CFR 1.97(c)(2) and 37 CFR 1.17(p) in connection with filing this Statement as well as any other fees due under 37 CFR §§1.16-1.17, or credit any overpayment, to Deposit Account No. 04-1644. Should no proper payment be enclosed herewith, as by a check being in the wrong amount, unsigned, post-dated, otherwise improper or informal or even entirely missing, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 04-1644. A duplicate copy of this sheet is enclosed.

      Respectfully submitted

By _____
        Paul M. Vargo, Reg. No. 29,116

ROCKEY, MILNAMOW & KATZ, LTD.
180 North Stetson Avenue, Suite 4700
Chicago, Illinois 60601
(312) 616-5400

CERTIFICATE OF MAILING

      I hereby certify that this paper is being deposited with the United States Postal Service with sufficient postage at First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on May 17, 2001.

BRK_000353

| *Notice of Allowability* | Application No. | Applicant(s) |
|---|---|---|
| | 09/417,154 | MORRIS, GARY J. |
| | Examiner | Art Unit |
| | Nina Tong | 2632 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *CPA and IDS filed 05/17/01.*

2. ☒ The allowed claim(s) is/are *1,4,5,7-14,17-20,25,28-31,34-40,43-48,66-68,70-80,83,86-91 and 93-97.*

3. ☐ The drawings filed on _____ are acceptable as formal drawings.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All   b) ☐ Some*   c) ☐ None  of the:

      1. ☐ Certified copies of the priority documents have been received.

      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

5. ☒ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE FOR SUBMITTING NEW FORMAL DRAWINGS , OR A SUBSTITUTE OATH OR DECLARATION. This three-month period for complying with the REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL is extendable under 37 CFR 1.136(a).**

6. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

7. ☒ Applicant MUST submit NEW FORMAL DRAWINGS

    (a) ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review( PTO-948) attached

       1) ☐ hereto or  2) ☒ to Paper No. *4.*

    (b) ☒ including changes required by the proposed drawing correction filed *10 September 2000*, which has been approved by the examiner.

    (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.**

8. ☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE / SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

**Attachment(s)**

1 ☐ Notice of References Cited (PTO-892)            2 ☐ Notice of Informal Patent Application (PTO-152)

3 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)    4 ☐ Interview Summary (PTO-413), Paper No. ____ .

5 ☒ Information Disclosure Statements (PTO-1449), Paper No. *15.*    6 ☐ Examiner's Amendment/Comment

7 ☐ Examiner's Comment Regarding Requirement for Deposit    8 ☐ Examiner's Statement of Reasons for Allowance
    of Biological Material                         9 ☐ Other

Nina Tong
Primary Examiner
Art Unit: 2632

U.S. Patent and Trademark Office

Please type a plus sign (+) inside this box → 

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0031
Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO | | Application Number | 09/417,154 |
| --- | --- | --- | --- |
| | | Filing Date | October 12, 1999 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | First Named Inventor | Gary J. Morris |
| | | Group Art Unit | 2632 |
| (Use as many sheets as necessary) | | Examiner Name | N. Tong |
| Sheet | 1 | of | 2 | Attorney Docket No. | BRC 208.0 US |

RECEIVED MAY 2 2 2001 Technology Center 2600

MAY 17 2001

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Document | | Name of Patentee or Applicant | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
| --- | --- | --- | --- | --- | --- | --- |
| | | Number | Kind Code[2] (if known) | | | Class /subclass |
| N.T. | | 3,906,491 | | Gosswiller et al | 09/16/75 | |
| N.T. | | 4,453,222 | | Goszyk | 06/05/84 | — |
| N.T. | | 5,986,540 | | Nakagaki et al | 11/16/99 | — |
| N.T. | | 6,114,967 | | Yousif | 09/05/00 | — |
| N.T. | | 6,144,310 | | Morris | 11/07/00 | — |
| N.T. | | 6,229,449 | | Kirchner et al | 05/08/01 | — |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Examiner Signature | | *N/han Tong* | | | Date Considered | 6/15/01 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicate don the document under WIPO Standards ST.16, if possible. [6] Applicant is to place a checkmark here if English language Translation is attached.

BRK_000355

Please type a plus sign (+) inside this box → [ + ]

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | |
|---|---|
| Substitute for form 1449A/PTO | Application Number | 09/417,154 |
| | Filing Date | October 12, 1999 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | First Named Inventor | Gary J. Morris |
| *(Use as many sheets as necessary)* | Group Art Unit | 2632 |
| | Examiner Name | N. Tong |
| Sheet 1 of 2 | Attorney Docket No. | BRC 208.0 US |

RECEIVED
MAY 2 2 2001
Technology Center 2600

O I P E
MAY 1 7 2001

### FOREIGN PATENT DOCUMENTS

| Examiner Initials[1] | Cite No.[1] | Foreign Patent Document | | | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|---|
| | | Office[3] | Number[4] | Kind Code[5] *(if known)* | | | | |
| NT | | WIPO | 90/01759 | | Pioneer Data, Inc. | 22/02/90 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Examiner Signature | | Date Considered 6/26/01 |

**EXAMINER:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicate don the document under WIPO Standards ST.16, if possible. [6] Applicant is to place a checkmark here if English language Translation is attached.

BRK_000356



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office



## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

001942                                           WM02/0619
ROCKEY, MILNAMOW & KATZ, LTD.
TWO PRUDENTIAL PLAZA, STE. 4700
180 NORTH STETSON AVENUE
CHICAGO IL 60601

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/417,154 | 10/12/99 | 059 | TONG, N | 2632 | 06/19/01 |
| First Named Applicant | MORRIS, | | 35 USC 154(b) term ext. = | | 0 Days. |

TITLE OF INVENTION: COMMUNICATIVE ENVIRONMENTAL ALARM SYSTEM WITH VOICE INDICATION

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2   BRC-208.0-US | 340-692.000 | I02 | UTILITY | YES | $620.00 | 09/19/01 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**
_**PROSECUTION ON THE MERITS IS CLOSED.**_

**THE ISSUE FEE MUST BE PAID WITHIN _THREE MONTHS_ FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. _THIS STATUTORY PERIOD CANNOT BE EXTENDED._**

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
  If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

  If the SMALL ENTITY is shown as NO:

  A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or

  A. Pay FEE DUE shown above, or

  B. If the status is the same, pay the FEE DUE shown above.

  B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
   Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)



## PART B—ISSUE FEE TRANSMITTAL

Complete and mail this form, together with applicable fees, to: **Box ISSUE FEE**
**Assistant Commissioner for Patents**
**Washington, D.C. 20231**

MAILING INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

```
001942                      WM02/0619
ROCKEY, MILNAMOW & KATZ, LTD.
TWO PRUDENTIAL PLAZA, STE. 4700
180 NORTH STETSON AVENUE
CHICAGO IL 60601
```

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

Rowena K. Lieber _____ (Depositor's name)

_Rowena K. Lieber_ _____ (Signature)

**August 23, 2001** _____ (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 09/417,154 | 10/12/99 | 059 | TONG, N 2632 | 06/19/01 |

First Named Applicant: MORRIS, 35 USC 154(b) term ext. = 0 Days.

TITLE OF INVENTION: COMMUNICATIVE ENVIRONMENTAL ALARM SYSTEM WITH VOICE INDICATION

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2   BRC-208.0-US | 340-692.000 | I02 | UTILITY | NO | $620.00   $1240.00 | 09/19/01 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).** Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" Indication (or "Fee Address" Indication form PTO/SB/47) attached.

**2. For printing on the patent front page, list** (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1. Rockey, Milnamow & Katz, Ltd.
2. _____
3. _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY & STATE OR COUNTRY)

Please check the appropriate assignee category indicated below (will not be printed on the patent)
☐ individual   ☐ corporation or other private group entity   ☐ government

**4a. The following fees are enclosed** (make check payable to Commissioner of Patents and Trademarks):
☒ Issue Fee
☐ Advance Order - # of Copies _____

**4b. The following fees or deficiency in these fees should be charged to:**
DEPOSIT ACCOUNT NUMBER __04-1644__
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☐ Issue Fee
☐ Advance Order - # of Copies _____

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature) _____   (Date) 08/23/01

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

08/28/2001 MKENE1  00000054 09417154
01 FC:142                    1240.00 OP

**TRANSMIT THIS FORM WITH FEE**

PTOL-85B (REV.10-98) Approved for use through 06/30/99. OMB 0651-0033          Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

## SUBMISSION OF FORMAL APPLICATION DRAWINGS

| Docket No.: | BRC 208.0 US | Issue Batch No.: | I02 |
| --- | --- | --- | --- |
| Serial No.: | 09/417,154 | Filing Date: | October 12, 1999 |
| Group Art Unit: | 2632 | Examiner: | N. Tong |
| Applicant(s): | Gary J. Morris | | |
| Invention: | Communicative Environmental Alarm System With Voice Indication | | |

Commissioner For Patents
Washington, D.C. 20231

Sir:

In response to the request to submit Formal Drawings, enclosed please find 7 sheets of formal application drawing(s) to replace the originally-filed informal drawings for the above-identified application. Each sheet of drawings indicates the identifying information as suggested in 37 CFR §1.84(c) on the front side of the drawing(s). Entry into the record is respectfully requested.

Respectfully submitted,

By_____
Paul M. Vargo, Reg. No. 29,116

Rockey, Milnamow & Katz, Ltd.
Two Prudential Plaza
180 North Stetson, Suite 4700
Chicago, Illinois 60601
(312) 616-5400

### CERTIFICATE OF MAILING

I hereby certify that this document (along with any paper referred to as being attached or enclosed) is being deposited with the United States Postal Service with sufficient postage at First Class Mail in an envelope addressed to: Commissioner for Patents, Washington, D.C. 20231 on **August 23, 2001.**

BRK_000359

Gary J. Morris
Ser. No. 09/417,154
Group Art Unit 2632



6323780

1/7



**Fig. 1**

Gary J. Morris
Ser. No. 09/417,154
Group Art Unit 2632

2/7

# Fig. 1A



BRK_000361

Gary J. Morris
Ser. No. 09/417,154
Group Art Unit 2632

3/7



**Fig. 2**

Gary J. Morris
Ser. No. 09/417,154
Group Art Unit 2632

4/7



**Fig. 3**



**Fig. 4**

BRK_000363

Gary J. Morris
Ser. No. 09/417,154
Group Art Unit 2632

5/7



Fig. 5

BRK_000364

Gary J. Morris
Ser. No. 09/417,154
Group Art Unit 2632

6/7



**Fig. 6**



**Fig. 7**

Gary J. Morris
Ser. No. 09/417,154
Group Art Unit 2632

7/7



**Fig. 8**

BRK_000366

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | PATENT NUMBER | GROUP ART UNIT | FILE WRAPPER LOCATION |
|---|---|---|---|
| 09/417,154 | 6323780 | 2632 | 9200 L I0022 I010 I03 |

## Change of Address/Power of Attorney

**The following fields have been set to Customer Number 24628 on**

- Correspondence Address
- Power of Attorney

**The address of record for Customer Number 24628 is:**
WELSH & KATZ, LTD
120 S RIVERSIDE PLAZA
22ND FLOOR
CHICAGO, IL 60606

**The Practitioners of record for Customer Number 24628 are:**

**PTO INSTRUCTIONS:**

**Please take the following action when the correspondence address has been changed to a customer number:**
1) Add 'ADDRESS CHANGE TO CUSTOMER NUMBER' on the next available content line of the File Jacket.
2) Put a line through the old address on the File Jacket and enter the Customer Number as the new address.
3) File this Notice in the File Jacket.

**Please take the following action when the correspondence address has NOT been changed:**
1) File this Notice in the File Jacket

BRK_000367

Patent

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Patentee: | Gary J. Morris |
| Patent No. | 6,323,780 B1 |
| Issued: | November 27, 2001 |
| For: | Communicative Environmental Alarm System with Voice Indication |
| Atty Docket: | BRK-P-1170 US (8365-86085) |

**CERTIFICATE OF MAILING**

I hereby certify that his paper is being deposited with the United States Postal Service as first class mail in an envelope addressed to: MAIL STOP M Correspondence, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on this date:

*Patricia Del Gawski*

3-22-05

## CONFIRMATION OF LARGE ENTITY STATUS

MAIL STOP M Correspondence
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

This is to confirm that large entity status is appropriate in connection with paying the Maintenance Fees associated with the above-identified United States Patent.

Respectfully submitted,

WELSH & KATZ, LTD.

By _____
Paul M. Vargo
Registration No. 29,116

WELSH & KATZ, LTD.
120 South Riverside Plaza -22nd Floor
Chicago, IL 60606
Phone: (312) 655-1500

MAR. 22. 2005 11:05AM WELSH & KATZ CHICAGO NO. 4156 P. 386080

US006323780B1

(12) **United States Patent**
Morris

(10) Patent No.: **US 6,323,780 B1**
(45) Date of Patent: *Nov. 27, 2001*

(54) **COMMUNICATIVE ENVIRONMENTAL ALARM SYSTEM WITH VOICE INDICATION**

(76) Inventor: **Gary J. Morris**, 2026 Glenmark Ave., Morgantown, WV (US) 26505

( * ) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: 09/417,154

(22) Filed: **Oct. 12, 1999**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/099,488, filed on Apr. 26, 1999, now Pat. No. 6,144,310.
(60) Provisional application No. 60/104,217, filed on Oct. 14, 1998.

(51) Int. Cl.[7] ............................................ **G08B 25/08**
(52) U.S. Cl. ...................... 340/692; 340/539; 340/577; 340/505; 340/506; 340/628; 340/632; 340/693.11
(58) Field of Search ........................... 340/692, 539, 340/628, 632, 577, 593.11, 505, 506, 500, 517, 520–524, 531–534, 540, 584, 605, 691.1, 691.4, 693.5, 693.6, 693.7, 693.9, 286.01, 286.05, 286.11, 328, 329, 384.1, 384.3, 384.4, 384.73

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,906,491 | 9/1975 | Gonsalves et al. | |
| 4,101,872 | * 7/1978 | Pappas | 340/539 |
| 4,141,007 | * 2/1979 | Karsaklian et al. | 340/539 |
| 4,160,246 | 7/1979 | Morris et al. | |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

90/01759 2/1990 (WO) .

OTHER PUBLICATIONS

NFPA 72 National Fire Alarm Code 1996 Edition, 72–1 to 72–106 (partial copy); NFPA 720, Recommended Practice for the Installation of Household Carbon Monoxide (CO) Warning Equipment 1998 Edition.
UL 217 ISBN 0–7629–0002–8, Single and Multiple Station Smoke Alarms, Mar. 16, 1998–Feb. 21, 1997; UL 2034 ISBN 0–7629–274–9, Single and Multiple Station Carbon Monoxide Alarms, Dec. 21, 1998–Oct. 29, 1996.

*Primary Examiner*—Nina Tong
(74) *Attorney, Agent, or Firm*—Rockey, Milnow & Katz, Ltd.

(57) **ABSTRACT**

The battery powered or 120 VAC powered environmental condition detector of the present invention is designed to provide an early warning of the presence of an environmental condition (smoke or carbon monoxide gas or natural gas or propane gas or any multiple combination of these offending agents) to persons in remote areas of a building. The detector sensing the environmental condition emits an audible tonal pattern alarm, while transmitting a radio signal directly to other environmental condition detectors to activate their alarms and to activate an electronically stored human voice recording (or synthesized voice) that indicates the location of the environmental condition detector sensing the environmental condition, or the type of environmental condition, or both. Rechargeable light modules separate from the detector are included that receive the signal from the detected sensing the environmental condition and illuminate areas and paths of egress for the duration of the alarm condition or in case of 120 VAC power failure. All components of the system are easy to install due to the modular design and conventional power sources. An intermittent activation of the electronic circuitry in the detector unit may be used to conserve battery energy in the battery powered embodiment.

**59 Claims, 7 Drawing Sheets**



Patent

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patentee:     Gary J. Morris

Patent No.:    6,323,780 B1

Issued:       November 27, 2001

For:          Communicative Environmental
               Alarm System with Voice
               Indication

Atty Docket:   BRK-P-1170 US (8365-86085)

### CERTIFICATE OF MAILING

I hereby certify that his paper is being deposited with the United States Postal Service as first class mail in an envelope addressed to: MAIL STOP M Correspondence, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on this date:

*Patricia Piel Zgawski*

3-22-05

## CONFIRMATION OF LARGE ENTITY STATUS

**MAIL STOP M Correspondence**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

     This is to confirm that large entity status is appropriate in connection with paying the Maintenance Fees associated with the above-identified United States Patent.

Respectfully submitted,

WELSH & KATZ, LTD.

By                        
           Paul M. Vargo
           Registration No. 29,116

WELSH & KATZ, LTD.
120 South Riverside Plaza -22nd Floor
Chicago, IL 60606
Phone: (312) 655-1500



8365~86085

US006323780B1

(12) **United States Patent** (10) Patent No.: **US 6,323,780 B1**
Morris (45) Date of Patent: *Nov. 27, 2001

(54) **COMMUNICATIVE ENVIRONMENTAL ALARM SYSTEM WITH VOICE INDICATION**

(76) Inventor: **Gary J. Morris**, 2026 Glenmark Ave., Morgantown, WV (US) 26505

(*) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/417,154**

(22) Filed: **Oct. 12, 1999**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/299,483, filed on Apr. 26, 1999, now Pat. No. 6,144,310.

(60) Provisional application No. 60/104,217, filed on Oct. 14, 1998.

(51) Int. Cl.⁷ ................................. **G08B 25/08**

(52) U.S. Cl. ................ 340/692; 340/539; 340/577; 340/505; 340/628; 340/632; 340/693.11

(58) Field of Search .......................... 340/692, 539, 340/628, 632, 577, 693.11, 505, 506, 500, 517, 520–524, 531–534, 540, 584, 605, 691.1, 691.4, 693.5, 693.6, 693.7, 693.9, 286.01, 286.05, 286.11, 328, 329, 384.1, 384.3, 384.4, 384.73

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,906,491  9/1975  Gosswiller et al. .
4,101,872 *  7/1978  Pappas ......................... 340/539
4,141,007 *  2/1979  Kavasilics et al. ............. 340/539
4,160,246  7/1979  Martin et al. .

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

90/01759   2/1990  (WO) .

OTHER PUBLICATIONS

NFPA 72 National Fire Alarm Code 1996 Edition, 72-1 to 72–106 (partial copy); NFPA 720, Recommended Practice for the Installation of Household Carbon Monoxide (CO) Warning Equipment 1998 Edition.
UL 217 ISBN 0–7629–0062–8, Single and Multiple Station Smoke Alarms, Mar. 16, 1998–Feb. 21, 1997; UL 2034 ISBN 0–7629–274–9, Single and Multiple Station Carbon Monoxide Alarms, Dec. 21, 1998–Oct. 29, 1996.

*Primary Examiner*—Nina Tong
(74) *Attorney, Agent, or Firm*—Rockey, Milanow & Katz, Ltd.

(57) **ABSTRACT**

The battery powered or 120 VAC powered environmental condition detector of the present invention is designed to provide an early warning of the presence of an environmental condition (smoke or carbon monoxide gas or natural gas or propane gas or any multiple combination of these offending agents) to persons in remote areas of a building. The detector sensing the environmental condition emits an audible tonal pattern alarm, while transmitting a radio signal directly to other environmental condition detectors to activate their alarms and to activate an electronically stored human voice recording (or synthesized voice) that indicates the location of the environmental condition detector sensing the environmental condition, or the type of environmental condition, or both. Rechargeable light modules separate from the detector are included that receive the signal from the detector sensing the environmental condition and illuminate areas and paths of egress for the duration of the alarm condition or in case of 120 VAC power failure. All components of the system are easy to install due to the modular design and conventional power sources. An intermittent activation of the electronic circuitry in the detector unit may be used to conserve battery energy in the battery powered embodiment.

**59 Claims, 7 Drawing Sheets**



PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

```
10/22/1999 TDADE1   00000008 09417154

01 FC:201                 380.00 OP
02 FC:203                 405.00 OP
03 FC:202                 234.00 OP
```

PTO-1556
(5/87)
*U.S. GPO: 1998-433-214/80404

BRK_000372

(10) May 17, 2001

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective October 1, 2000

Application or Docket Number

09/414,154

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | | |
| FOR OA | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 59 minus 20= | 39 |
| INDEPENDENT CLAIMS | 9 minus 3 = | 6 |
| MULTIPLE DEPENDENT CLAIM PRESENT | ☐ | |

\* If the difference in column 1 is less than zero, enter "0" in column 2

| SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | FEE | | RATE | FEE |
| BASIC FEE | 355.00 | OR | BASIC FEE | 710.00 |
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL | | | TOTAL | 1192 |

## CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | * | Minus ** | = |
| Independent | * | Minus *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | |

| SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | * | Minus ** | = |
| Independent | * | Minus *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | * | Minus ** | = |
| Independent | * | Minus *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\*If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

BRK_000373

| PATENT APPLICATION FEE DETERMINATION RECORD Effective November 10, 1998 | | | | Application or Docket Number *09/417154* | | | | |
|---|---|---|---|---|---|---|---|---|

### CLAIMS AS FILED - PART I

| | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| FOR | | | RATE | FEE | | RATE | FEE |
| BASIC FEE | | | | 380.00 | OR | | 760.00 |
| TOTAL CLAIMS | *65* minus 20= | * *45* | X$ 9= | *405* | OR | X$18= | |
| INDEPENDENT CLAIMS | *9* minus 3 = | * *6* | X39= | *234* | OR | X78= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +130= | | OR | +260= | |
| * If the difference in column 1 is less than zero, enter "0" in column 2 | | | TOTAL | *1019* | | TOTAL | |

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * *65* | Minus | ** *20* | = *45* | X$ 9= | *405.0* | OR | X$18= | |
| Independent | * *9* | Minus | *** *3* | = *6* | X39= | *239.0* | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | *1019.0* | | TOTAL ADDIT. FEE | |

*9-26-00*

**AMENDMENT B**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * *93* | Minus | ** *65* | = *28* | X$ 9= | | OR | X$18= | *504* |
| Independent | * *12* | Minus | *** *9* | = *3* | X39= | | OR | X78= | *234* |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | *738* |

**AMENDMENT C**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * *77* | Minus | ** *93* | = *0* | X$ 9= | | OR | X$18= | |
| Independent | * *10* | Minus | *** *12* | = *0* | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
Rev. 11/98

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
☆U.S. GPO:1998-454-473/90301

BRK_000374

ISSUE SLIP STAPLE AREA (for additional cross references)

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| FEE DETERMINATION | T.D | | 10/21/99 |
| O.I.P.E. CLASSIFIER | | 8 | 10-26-99 |
| FORMALITY REVIEW | M. V., 9/62P | | 10-25-99 |

## INDEX OF CLAIMS

| | | | |
|---|---|---|---|
| ✔ | Rejected | N | Non-elected |
| = | Allowed | I | Interference |
| − (Through numeral) | Canceled | A | Appeal |
| ÷ | Restricted | O | Objected |

If more than 150 claims or 10 actions
staple additional sheet here

(LEFT INSIDE)

# SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 340 | 692 *<br>539 * | 6/12/00 | N.T. |
| | 628 ( | | |
| | 632 + | | |
| | 577 + | | |
| | 693.11 * | | |
| | 505 + | | |
| | 506 * | | |
| | 500 | | |
| | 507 | | |
| | 520 — | | |
| | 524 | | |
| | 531-534 | | |
| | 540 | | |
| | 582 | | |
| | 605 | | |
| | 691.1 | | |
| | 691.4 | | |
| | 693.5 | | |
| | 693.6 | | |
| | 693.7 | | |
| | 693.9 | | |
| | 286.01 | | |
| | 286.05 | | |
| | 286.11 | | |
| | 328 | | |
| | 329 | | |
| | 584.1 | | |
| | 584.3 | | |
| | 584.6 — | | |
| | 584.73 | 6/12/00 | N.T. |
| updated | | 12/1/00 | N.T. |
| updated | | 3/9/01 | N.T. |

# SEARCH NOTES
### (INCLUDING SEARCH STRATEGY)

| | | Date | Exmr. |
|---|---|---|---|
| QK 09/899 483 | | 6/12/00 | N.T. |
| EAST | | 6/8 — | |
| | | 6/10/2000 | N.T. |
| 6/144, 310 | | | |
| EAST | | 6/8 4/10/2000 | |

# INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 340 | 692<br>539 | 3/9/01 | N.T. |
| | 628 | | |
| | 632 | | |
| | 577 | | |
| | 693.11 | | |
| | 505 | | |
| | 506 | 3/9/01 | N.T. |

2.6

(RIGHT OUTSIDE)

BRK_000376