# EXHIBIT E

US006377182B1

(12) **United States Patent**  (10) **Patent No.:**  **US 6,377,182 B1**

Devine et al.  (45) **Date of Patent:**  **Apr. 23, 2002**

(54) **SMOKE DETECTOR WITH SENSOR HAVING IMPROVED MOUNTING CONFIGURATION**

(75) Inventors: **Mark A. Devine**, Shorewood; **Mark A. Watson**, Plainfield; **Andrew J. Ivanecky**, Aurora; **Lulzim Osmani**, Glen Ellyn; **Kenneth L. Venzant**, Bolingbrook; **Samuel D. Lopez**, Oswego, all of IL (US)

(73) Assignee: **BRK Brands, Inc.**, Aurora, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/692,758**

(22) Filed: **Oct. 19, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/165,874, filed on Nov. 16, 1999.

(51) Int. Cl.$^7$ ............................................. **G08B 17/10**
(52) **U.S. Cl.** ......................... **340/628**; 340/629; 340/630
(58) **Field of Search** ................................ 340/628, 629, 340/630, 632

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,319,234 A | * | 3/1982 | Rice | 340/328 |
| 4,796,015 A | * | 1/1989 | Admirc, Jr. | 340/693 |
| 4,887,073 A | * | 12/1989 | Nakao et al. | 340/693 |
| 5,729,207 A | * | 3/1998 | Yamano | 340/628 |

OTHER PUBLICATIONS

The configuration of a smoke detector as shown in Figures 1A, 1B and 1C of the attached sheet from the present application illustrating the configuration of a prior art smoke detector of a type on sale in the USA more than a year before the earliest filing date the present application is entitled to claim.

* cited by examiner

*Primary Examiner*—Edward Lefkowitz
(74) *Attorney, Agent, or Firm*—Rockey, Milnamow & Katz, Ltd.

(57) **ABSTRACT**

A smoke detector has a geometry that locates a sensor or sensors at or near a boundary layer of smoke movement thus facilitating smoke entry into the sensor and/or sensors. The sensors are mounted so as to protrude from the bottom of a cover instead of into the cover of the detector.

**38 Claims, 3 Drawing Sheets**





PRIOR ART

BRK_000378



FIG 2A

FIG 2C

FIG 2B

INVERTED SENSOR SMOKE DETECTOR

BRK_000379



BRK_000380

US 6,377,182 B1

1

## SMOKE DETECTOR WITH SENSOR HAVING IMPROVED MOUNTING CONFIGURATION

This application claims the benefit of the earlier filing date of Provisional Application Ser. No. 60/165,874, filed Nov. 16, 1999.

### FIELD OF THE INVENTION

This invention pertains to ambient type sensors such as photoelectric and ionization smoke detectors. More particularly, the invention pertains to structures for locating the respective sensor/sensors with an orientation that facilitates the ingress of smoke into the sensors

### BACKGROUND OF THE INVENTION

Known smoke detector designs mount the respective sensor inside a housing or on top of the housing. Both ionization and photoelectric sensors have been located inside housings having complicated vents and baffling designs in order to promote the ingress of smoke. Smoke detectors having sensors mounted inside the cover of the detector may have barriers such as the p-horn, battery, or other electrical components that interfere with smoke detection due to interference with smoke flow.

FIGS. 1A–1C illustrate relevant aspects of a prior art smoke detector 10. The detector 10 includes a base 12 intended to be attached to a ceiling C. A cover 14 is carried on the base 12. A plurality of openings indicated generally at 16 provide smoke pathways into and out of the cover 14.

In the detector 10, a printed circuit board 20 is carried adjacent to the mounting base 12. The printed circuit board 20 in turn carries an ambient condition sensor, such as a smoke sensor 22, an audible output device such as a horn or the like 24, and a power supply such as a battery 26. Other electrical or electronic components generally indicated at 28, are conventionally carried by the printed circuit board 20 often on the same side as are sensor 22, horn 24 and battery 26.

The configuration illustrated in FIGS. 1A, 1B and 1C results in convoluted and tortuous smoke flow paths in and out of openings 16 and into cover 14. Placing the sensor 22 on the printed circuit board as in FIGS. 1A, 1B and 1C directs the sensor 22 into the internal volume of the cover 14 away from smoke flow adjacent ceiling C. To compensate for placement of the sensor 22, known detectors have included vents and baffles for the purpose of promoting smoke flow to and from the respective sensor.

It would be desirable from a cost and design manufacturing perspective to be able to eliminate known vents, baffles and flanges. Preferably such reduced complexity might promote improved flow into and out of the respective housings.

### SUMMARY OF THE INVENTION

The invention takes advantage of both the laminar and turbulent nature of smoke flow. Often smoke detectors are ceiling mounted. The sensor or sensors are arranged within the detector so as to be located near the respective mounting surface, such as near or on the ceiling.

The sensors are carried adjacent to a mounting surface of the detector as opposed to being mounted in the cover as in prior art smoke detectors. The design hereof displaces the sensor/sensors away from electronic components and closer to the mounting surface such as the ceiling. An air sampling gap exposes the sensor/sensors to air and smoke adjacent to the ceiling.

2

One or more sensors (ionization or photoelectric) may be carried adjacent to the mounting member for the detector. The present invention promotes omni-directional ingress of smoke into the detector.

Unlike the prior art, this invention eliminates the need for complicated venting geometries and complex baffling designs. This follows since the sensors are located adjacent to the mounting surface so as to promote direct ingress and egress of airborne smoke, and thus improved directionality.

Numerous other advantages and features of the present invention will become more readily apparent from the following detailed description of the invention and the embodiments thereof, from the claims and from the accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1A, 1B and 1C taken together are various views of a prior art smoke detector;

FIG. 2A is a side elevational view of a detector in accordance with the present invention;

FIG. 2B is a top plan view of the detector of FIG. 2A taken along plane 2A—2A;

FIG. 2C is a side sectional view of the detector of FIG. 2A taken along plane 2C—2C;

FIG. 3A is a side elevational view of a dual sensor detector in accordance with the present invention;

FIG. 3B is a view taken along plane 3B—3B of FIG. 3A; and

FIG. 3C is a side sectional view taken along plane 3C—3C of FIG. 3B.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

While this invention is susceptible of embodiment in many different forms, there are shown in the drawing and will be described herein in detail specific embodiments thereof with the understanding that the present disclosure is to be considered as an exemplification of the principles of the invention and is not intended to limit the invention to the specific embodiments illustrated.

FIGS. 2A, 2B, 2C illustrate various views of a detector 30 in accordance with the present invention. The detector 30 includes a housing generally indicated at 32 having a base 32a which is intended to be attached to a mounting surface such as a ceiling C. The housing 32 includes a cover 32b coupled to the base 32a.

The cover 32b substantially defines an internal region 34. The region 34 is open to the ambient atmosphere via slots, ports or openings generally indicated at 36 located adjacent to the base 32a. The openings or slots 36 are disposed around the housing 32.

The housing 32 carries an ambient condition sensor 40, which could be a smoke sensor, with a portion thereof positioned adjacent to the base 32a. The sensor 40 could be carried within the region 34 by a planar mounting element 42. Element 42 could be implemented as one or more printed circuit boards.

The element 42 carries an audible output device 46 and a power supply, for example a replaceable battery 48, on a side 42a displaced from a side 42b upon which the sensor 40 is mounted. Other electronic components 50, for example control circuitry, as would be understood by those of skill in the art could be carried on the side 42a interconnected with audible output device 46 and battery 48. Electrical connec-

US 6,377,182 B1

3

tions to sensor **40** could be made using plated through holes or vias in the board **42** or other known methods as would be understood by those of skill in the art.

The configuration of detector **30** is particularly advantageous in that sensor **40** has input/output openings **40a, 40b** which are in an ambient atmospheric flow pattern indicated generally at F1 and F2 through openings **36**. In this regard, the position of other components **46, 48** and **50** on side **42a** of the board or element **42** has located those components out of the ambient flow stream, F1, F2.

An inflow and outflow F1, F2 of ambient atmosphere, which could carry fire indicating smoke, is able to flow unimpeded into and out of sensor **40** in a symmetrical fashion relative to the housing **32**. No special vanes or deflecting elements are required to cause inflow or outflowing ambient, smoke carrying, atmosphere to flow into openings **40a, 40b** of sensor **40** since those openings and the associated portions of sensor **40** are located directly in the flow path.

It will be understood that the sensor **40** could be implemented as an ionization-type or photoelectric-type smoke sensor without departing from the spirit and scope of the present invention. Other types of smoke sensors or gas sensors if desired could also be used without departing from the spirit and scope of the present invention. Preferably sensor **40** would be symmetrically located on a center line I, of housing **32**.

FIGS. 3A, 3B and 3C illustrate various views of a dual sensor detector **60** in accordance with the present invention. Detector **60** includes a housing generally indicated at **62** which has a base **62a** intended to be mounted to a surface such as a ceiling C. Additionally, housing **62** includes a cover **62b** which substantially defines an internal region **64**. A plurality of openings, generally indicated at **66**, provides for an inflow and outflow of ambient atmosphere which could include airborne smoke which has accumulated adjacent to ceiling C.

Detector **30** includes first and second ambient condition sensors **70a** and **70b**. By way of example, and not limitation, sensor **70a** could be implemented as an ionization-type smoke sensor. Sensor **70b** could be implemented as a photoelectric-type smoke sensor. One of the sensors could be a gas sensor.

The sensors **70a, 70b** are mounted on a printed circuit board **72a** carried in housing **62**. The printed circuit board **72a** and the sensors **70a, b** are oriented such that inflow and outflow ports of the respective sensors are located adjacent the ports or openings **66** to promote a direct inflow and outflow of ambient atmosphere including airborne smoke therein.

For exemplary purposes, a second printed circuit board **72b** can be mounted adjacent to the circuit board **72a** and carry additional components such as audible output device, a piezo electric horn, control circuitry and a power supply which could include a replaceable battery. These respective components would be carried on printed circuit board **72b** and oriented so as to not impinge upon or alter the ingress and egress of airborne ambient, such as airborne smoke, through openings **66**. As illustrated in FIG. 3B, ingress and egress of airborne ambient can occur symmetrically relative to housing **62** and impinge upon the sensors **70a, b** without obstruction from or deflection due to other components in the detector.

It will be understood that the choice of sensors **70a, b** is exemplary. Other choices such as smoke and gas sensors could also be used without departing from the spirit and

4

scope of the present invention. It will also be understood a variety of mounting arrangements could be implemented with base **62a** without departing from the spirit and scope of the present invention.

The cover of the sensor may include a myriad of designs since adding vents, holes, etc. will not affect the sensor/ sensors behavior in the detection of airborne smoke particulates, gas, etc.

From the foregoing, it will be observed that numerous variations and modifications may be effected without departing from the spirit and scope of the invention. It is to be understood that no limitation with respect to the specific apparatus illustrated herein is intended or should be inferred. It is, of course, intended to cover by the appended claims all such modifications as fall within the scope of the claims.

What is claimed:

1. A surface mountable smoke detector comprising:

a housing which bounds, at least in part, an internal volume and which has a mounting side positionable adjacent a mounting surface;

at least one smoke sensor carried within the housing and located adjacent to the mounting side wherein the housing is open, in part, to provide substantially symmetrical in-flow and out-flow of ambient atmosphere adjacent the mounting surface to and from the sensor.

2. A detector as in claim 1 wherein the sensor is mounted on a center line of the housing without obstruction of ambient inflow and outflow by other components.

3. A detector as in claim 1 which includes a printed circuit board wherein that board has first and second sides with the sensor mounted on one side and including an output transducer mounted on another side.

4. A detector as in claim 1 which includes a printed circuit board wherein that board has first and second sides with the sensor mounted on one side and including control circuitry mounted substantially on another side.

5. A detector as in claim 4 which includes a power supply substantially mounted on the another side.

6. A detector as in claim 5 wherein the power supply includes a replaceable battery.

7. A detector as in claim 1 which includes a second ambient condition sensor.

8. A detector as in claim 7 wherein the second sensor is one of a smoke sensor, a CO sensor, a gas sensor, and a flame sensor.

9. A detector as in claim 7 wherein the sensors are co-located adjacent to the mounting side so as to exhibit substantially no asymmetrical restrictions on in-flow and out-flow of ambient smoke.

10. An ambient condition detector comprising:

a housing which has a base and a cover;

an ambient condition sensor which protrudes from the cover and extends toward the base whereby the housing facilitates a symmetrical inflow of ambient atmosphere into the sensor.

11. A detector as in claim 10 wherein portions of the housing, adjacent to the base, are open to the inflow of ambient atmosphere.

12. A detector as in claim 10 wherein the housing is symmetrical about a centerline and the sensor is located on the centerline.

13. A detector as in claim 10 which includes a support element having first and second mounting surfaces wherein the sensor is mounted on the surface closest to the base.

14. A detector as in claim 13 which includes components mounted on the other surface so as not to block the inflow of ambient atmosphere to the sensor.

BRK_000382

US 6,377,182 B1

5

**15**. A detector as in claim **14** wherein the housing is symmetrical about a centerline and the sensor is symmetrically located on the centerline.

**16**. A detector as in claim **14** wherein the base, relative to the housing, has an exterior mounting surface and an interior surface adjacent to openings in the cover.

**17**. A detector as in claim **16** wherein the sensor comprises a smoke sensor.

**18**. A detector as in claim **17** which includes a second sensor selected from a class which includes a fire sensor and a gas sensor.

**19**. A detector as in claim **17** wherein the housing is substantially cylindrical.

**20**. A detector comprising:

a housing which defines an internal region wherein the housing has a mounting section with an exterior surface and an interior surface and wherein the housing has at least one region, adjacent to the interior surface, for atmospheric ingress and egress with a substantially planar flow path through the housing adjacent to the interior surface; and

an ambient condition sensor having an atmospheric input/output region wherein the sensor is carried within the housing with the input/output region, at least in part, extending into the planar flow path.

**21**. A detector as in claim **20** wherein the sensor includes a mounting region, displaced from the input/output region, whereby the sensor is coupled to and carried by the housing.

**22**. A detector as in claim **21** which includes a support member in the housing wherein the support member has first and second spaced apart surfaces wherein the sensor is coupled to one surface and an audible output device is coupled to another surface wherein the one surface is located between the flow path and the another surface.

**23**. A detector as in claim **21** which includes a support member in the housing wherein the support member has first and second spaced apart surfaces wherein the mounting region of the sensor is coupled to one surface and an audible output device is coupled to another surface wherein at least one of the surfaces is between the input-output region of the sensor and the audible output device.

**24**. A detector as in claim **21** which includes a two-sided, mounting element carried in the housing wherein the sensor is mounted on one side with the one side located between the input/output region of the sensor and a second side and wherein control electronics coupled to the sensor is carried, in substantial part on the second side.

**25**. A detector as in claim **24** wherein the mounting element is planar.

**26**. An ambient condition detector comprising:

a substantially planar support element for conducting electrical signals wherein the element includes first and second spaced apart mounting surfaces;

a first sensor carried on a first surface of the element; and

an audible output device carried on a second surface of the element which includes a housing which defines a substantially enclosed internal region with a perforated

6

section so as to permit an inflow and outflow of ambient atmosphere wherein the planar support element is carried by the housing in the region oriented with a selected end region of the sensor extending toward the perforated section and with the audible output device extending away from the perforated section.

**27**. A detector as in claim **26** which includes a second sensor, carried in the housing and oriented to extend a sensing region thereof toward the inflow and outflow of ambient atmosphere.

**28**. A detector as in claim **26** wherein the perforated section comprises a substantially planar atmospheric flow path through the housing wherein the selected end region of the sensor extends, at least in part, into the flow path.

**29**. A detector as in claim **28** which includes a second sensor, carried on the planar support element and extending toward the flow path.

**30**. A surface mountable smoke detector comprising:

a housing which bounds, at least in part, an internal volume and which has a mounting wall;

at least one smoke sensor carried within the housing with a sensing region located adjacent to the mounting wall wherein the housing is open, in part, adjacent to the mounting wall to provide substantially symmetrical in-flow and out-flow of ambient atmosphere to and from the sensing region of the sensor; and

an alarm indicating output transducer carried within the housing displaced from the inflow and outflow.

**31**. A detector as in clam **30** which includes a printed circuit board wherein that board has first and second sides with the sensor mounted on one side and the output transducer mounted on another side.

**32**. A detector as in clam **31** which includes a power supply substantially mounted on the another side.

**33**. A detector as in clam **32** wherein the power supply includes a replaceable battery.

**34**. A detector as in claim **31** which includes a second ambient condition sensor carried on the printed circuit board.

**35**. A detector as in claim **31** wherein a planar flow path is provided in the housing between the printed circuit board and the mounting wall.

**36**. An ambient condition detector comprising:

a base and a cover;

a planar flow path for flow of ambient atmosphere through the cover; an ambient condition sensor which protrudes from the cover and extends toward the base into the flow path.

**37**. A detector as in claim **36** which includes a support element having first and second mounting surfaces wherein the sensor is mounted on the surface closest to the base.

**38**. A detector as in claim **37** which includes components mounted on the other surface so as not to block the flow of ambient atmosphere to/from the sensor.

\* \* \* \* \*

# EXHIBIT F

6377182

6377182

## U.S. UTILITY Patent Application

| O.I.P.E. | PATENT DATE |
|---|---|
| SCANNED | APR 23 2002 |

| | APPLICATION NO. | CONT/PRIOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|---|---|
| | 09/692758 | D | 340 | 628 | 2632 | Lefkowitz |

**APPLICANTS**

Mark Devine
Mark Watson
Andrew Ivanecky
Lulzim Osmani

**TITLE**

Smoke detector with sensor having improved mounting configuration

PTO-2040
12/99

## ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | |
|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | |
| 340 | 628 | 340 | 621 | 630 | |
| INTERNATIONAL CLASSIFICATION | | | | | |
| G 08 B | 17/10 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | ☐ Continued on Issue Slip Inside File Jacket | |

3/18/02 Formal Drawings ( 3 shts) set    10/19/00

| TERMINAL DISCLAIMER ☐ | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | 3 | 9 | 2C | 38 | 1 |
| ☐ The term of this patent subsequent to _____ (date) has been disclaimed. | (Assistant Examiner) | | (Date) | NOTICE OF ALLOWANCE MAILED | |
| ☐ The term of this patent shall not extend beyond the expiration date of U.S Patent No. _____ | EDWARD LEFKOWITZ PRIMARY EXAMINER | | 11/6/01 | 11-6-01 | |
| | | | | ISSUE FEE | |
| | | | | Amount Due | Date Paid |
| ☐ The terminal _____ months of this patent have been disclaimed. | (Primary Examiner) | | (Date) | $1280.00 | 1-14-02 |
| | H. Little | | 11-7-01 | ISSUE BATCH NUMBER | |
| | (Legal Instruments Examiner) | | (Date) | 052 | |

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 6/99)

FILED WITH: ☐ DISK (CRF)   ☐ FICHE   ☐ CD-ROM
(Attached in pocket on right inside flap)

## ISSUE FEE IN FILE

K. KING
QUERY

Format Drawings( _____ shts) set

(FACE)

BRK_000384



UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

Bib Data Sheet

| SERIAL NUMBER 09/692,758 | FILING DATE 10/19/2000 RULE _ | CLASS 340 | GROUP ART UNIT 2632 | ATTORNEY DOCKET NO. BRC 206.1 |
|---|---|---|---|---|

**APPLICANTS**

Mark A. Devine, Shorewood, IL ;
Mark A. Watson, Plainfield, IL ;
Andrew J. Ivanecky, Aurora, IL ;
Lulzim Osmani, Glen Ellyn, IL ;
Kenneth L. Venzant, Bolingbrook, IL ;
Samuel D. Lopez, Oswego, IL ;

** CONTINUING DATA **************************
THIS APPLN CLAIMS BENEFIT OF 60/165,874 11/16/1999

** FOREIGN APPLICATIONS *******************

IF REQUIRED, FOREIGN FILING LICENSE
GRANTED ** 12/12/2000

| Foreign Priority claimed ☐ yes ☒ no | STATE OR COUNTRY IL | SHEETS DRAWING 3 | TOTAL CLAIMS 19 | INDEPENDENT CLAIMS 2 |
|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☒ no ☐ Met after Allowance | | | | |
| Verified and Acknowledged ____ Examiner's Signature ____ Initials | | | | |

**ADDRESS**

ROCKEY, MILNAMOW & KATZ, LTD.
Two Prudential Plaza
180 North Stetson Avenue, Suite 4700
Chicago , IL 60601

**TITLE**

Smoke detector with sensor having improved mounting configuration

| | | |
|---|---|---|
| | | ☐ All Fees |
| | | ☐ 1.16 Fees ( Filing ) |
| FILING FEE RECEIVED 710 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BRK_000385

**PATENT APPLICATION**

09692758

JC-63 U.S. PTO
09/692758
10/19/00

INITIALS

NOV 0 1 0 0 4 7

# CONTENTS

|   | Date Received (Incl. C. of M.) or Date Mailed | | | Date Received (Incl. C. of M.) or Date Mailed |
|---|---|---|---|---|
| 1. Application _3_ papers. | | 42. | | |
| 2. I.D.S. | 01/25/01 | 43. | | |
| 3. Rej. 5 months | 6/5/01 | 44. | | |
| 4. Amit. A | 9-20-01 | 45. | | |
| 5. Interview Summary | 11-2-01 | 46. | | |
| 6. Ex Amit. B | 11-6-01 | 47. | | |
| 7. | | 48. | | |
| 8. | | 49. | | |
| 9. | | 50. | | |
| 10. | | 51. | | |
| 11. | | 52. | | |
| 12. | | 53. | | |
| 13. | | 54. | | |
| 14. | | 55. | | |
| 15. | | 56. | | |
| 16. | | 57. | | |
| 17. | | 58. | | |
| 18. | | 59. | | |
| 19. | | 60. | | |
| 20. | | 61. | | |
| 21. | | 62. | | |
| 22. | | 63. | | |
| 23. | | 64. | | |
| 24. | | 65. | | |
| 25. | | 66. | | |
| 26. | | 67. | | |
| 27. | | 68. | | |
| 28. | | 69. | | |
| 29. | | 70. | | |
| 30. | | 71. | | |
| 31. | | 72. | | |
| 32. | | 73. | | |
| 33. | | 74. | | |
| 34. | | 75. | | |
| 35. | | 76. | | |
| 36. | | 77. | | |
| 37. | | 78. | | |
| 38. | | 79. | | |
| 39. | | 80. | | |
| 40. | | 81. | | |
| 41. | | 82. | | |

(LEFT OUTSIDE)

BRK_000386

US006377182B1

(12) **United States Patent**
Devine et al.

(10) Patent No.: **US 6,377,182 B1**
(45) Date of Patent: **Apr. 23, 2002**

(54) **SMOKE DETECTOR WITH SENSOR HAVING IMPROVED MOUNTING CONFIGURATION**

(75) Inventors: **Mark A. Devine**, Shorewood; **Mark A. Watson**, Plainfield; **Andrew J. Ivanecky**, Aurora; **Lulzim Osmani**, Glen Ellyn; **Kenneth L. Venzant**, Bolingbrook; **Samuel D. Lopez**, Oswego, all of IL (US)

(73) Assignee: **BRK Brands, Inc.**, Aurora, IL (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/692,758**

(22) Filed: **Oct. 19, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/165,874, filed on Nov. 16, 1999.

(51) Int. Cl.⁷ .................................. G08B 17/10
(52) U.S. Cl. .................. 340/628; 340/629; 340/630
(58) Field of Search ...................... 340/628, 629, 340/630, 632

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,319,234 A | * | 3/1982 | Rice | 340/328 |
| 4,796,015 A | * | 1/1989 | Admire, Jr. | 340/693 |
| 4,887,073 A | * | 12/1989 | Nakao et al. | 340/693 |
| 5,729,207 A | * | 3/1998 | Yamano | 340/628 |

OTHER PUBLICATIONS

The configuration of a smoke detector as shown in Figures 1A, 1B and 1C of the attached sheet from the present application illustrating the configuration of a prior art smoke detector of a type on sale in the USA more than a year before the earliest filing date the present application is entitled to claim.

* cited by examiner

Primary Examiner—Edward Lefkowitz
(74) Attorney, Agent, or Firm—Rockey, Milnamow & Katz, Ltd.

(57) **ABSTRACT**

A smoke detector has a geometry that locates a sensor or sensors at or near a boundary layer of smoke movement thus facilitating smoke entry into the sensor and/or sensors. The sensors are mounted so as to protrude from the bottom of a cover instead of into the cover of the detector.

**38 Claims, 3 Drawing Sheets**





PRIOR ART

BRK_000388

**U.S. Patent**　　Apr. 23, 2002　　Sheet 2 of 3　　**US 6,377,182 B1**



FIG 2A

FIG 2C

FIG 2B

INVERTED SENSOR SMOKE DETECTOR



US 6,377,182 B1

**1**

## SMOKE DETECTOR WITH SENSOR HAVING IMPROVED MOUNTING CONFIGURATION

This application claims the benefit of the earlier filing date of Provisional Application Ser. No. 60/165,874, filed Nov. 16, 1999.

### FIELD OF THE INVENTION

This invention pertains to ambient type sensors such as photoelectric and ionization smoke detectors. More particularly, the invention pertains to structures for locating the respective sensor/sensors with an orientation that facilitates the ingress of smoke into the sensors

### BACKGROUND OF THE INVENTION

Known smoke detector designs mount the respective sensor inside a housing or on top of the housing. Both ionization and photoelectric sensors have been located inside housings having complicated vents and baffling designs in order to promote the ingress of smoke. Smoke detectors having sensors mounted inside the cover of the detector may have barriers such as the p-horn, battery, or other electrical components that interfere with smoke detection due to interference with smoke flow.

FIGS. 1A–1C illustrate relevant aspects of a prior art smoke detector 10. The detector 10 includes a base 12 intended to be attached to a ceiling C. A cover 14 is carried on the base 12. A plurality of openings indicated generally at 16 provide smoke pathways into and out of the cover 14.

In the detector 10, a printed circuit board 20 is carried adjacent to the mounting base 12. The printed circuit board 20 in turn carries an ambient condition sensor, such as a smoke sensor 22, an audible output device such as a horn or the like 24, and a power supply such as a battery 26. Other electrical or electronic components generally indicated at 28, are conventionally carried by the printed circuit board 20 often on the same side as are sensor 22, horn 24 and battery 26.

The configuration illustrated in FIGS. 1A, 1B and 1C results in convoluted and tortuous smoke flow paths in and out of openings 16 and into cover 14. Placing the sensor 22 on the printed circuit board as in FIGS. 1A, 1B and 1C directs the sensor 22 into the internal volume of the cover 14 away from smoke flow adjacent ceiling C. To compensate for placement of the sensor 22, known detectors have included vents and baffles for the purpose of promoting smoke flow to and from the respective sensor.

It would be desirable from a cost and design manufacturing perspective to be able to eliminate known vents, baffles and flanges. Preferably such reduced complexity might promote improved flow into and out of the respective housings.

### SUMMARY OF THE INVENTION

The invention takes advantage of both the laminar and turbulent nature of smoke flow. Often smoke detectors are ceiling mounted. The sensor or sensors are arranged within the detector so as to be located near the respective mounting surface, such as near or on the ceiling.

The sensors are carried adjacent to a mounting surface of the detector as opposed to being mounted in the cover as in prior art smoke detectors. The design hereof displaces the sensor/sensors away from electronic components and closer to the mounting surface such as the ceiling. An air sampling gap exposes the sensor/sensors to air and smoke adjacent to the ceiling.

**2**

One or more sensors (ionization or photoelectric) may be carried adjacent to the mounting member for the detector. The present invention promotes omni-directional ingress of smoke into the detector.

Unlike the prior art, this invention eliminates the need for complicated venting geometries and complex baffling designs. This follows since the sensors are located adjacent to the mounting surface so as to promote direct ingress and egress of airborne smoke, and thus improved directionality.

Numerous other advantages and features of the present invention will become readily apparent from the following detailed description of the invention and the embodiments thereof, from the claims and from the accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1A, 1B and 1C taken together are various views of a prior art smoke detector;

FIG. 2A is a side elevational view of a detector in accordance with the present invention;

FIG. 2B is a top plan view of the detector of FIG. 2A taken along plane 2A—2A;

FIG. 2C is a side sectional view of the detector of FIG. 2A taken along plane 2C—2C;

FIG. 3A is a side elevational view of a dual sensor detector in accordance with the present invention;

FIG. 3B is a view taken along plane 3B—3B of FIG. 3A; and

FIG. 3C is a side sectional view taken along plane 3C—3C of FIG. 3B.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

While this invention is susceptible of embodiment in many different forms, there are shown in the drawing and will be described herein in detail specific embodiments thereof with the understanding that the present disclosure is to be considered as an exemplification of the principles of the invention and is not intended to limit the invention to the specific embodiments illustrated.

FIGS. 2A, 2B, 2C illustrate various views of a detector 30 in accordance with the present invention. The detector 30 includes a housing generally indicated at 32 having a base 32a which is intended to be attached to a mounting surface such as a ceiling C. The housing 32 includes a cover 32b coupled to the base 32a.

The cover 32b substantially defines an internal region 34. The region 34 is open to the ambient atmosphere via slots, ports or openings generally indicated at 36 located adjacent to the base 32a. The openings or slots 36 are disposed around the housing 32.

The housing 32 carries an ambient condition sensor 40, which could be a smoke sensor, with a portion thereof positioned adjacent to the base 32a. The sensor 40 could be carried within the region 34 by a planar mounting element 42. Element 42 could be implemented as one or more printed circuit boards.

The element 42 carries an audible output device 46 and a power supply, for example a replaceable battery 48, on a side 42a displaced from a side 42b upon which the sensor 40 is mounted. Other electronic components 50, for example control circuitry, as would be understood by those of skill in the art could be carried on the side 42a interconnected with audible output device 46 and battery 48. Electrical connec-

BRK_000391

US 6,377,182 B1

3

tions to sensor 40 could be made using plated through holes or vias in the board 42 or other known methods as would be understood by those of skill in the art.

The configuration of detector 30 is particularly advantageous in that sensor 40 has input/output openings 40a, 40b which are in an ambient atmospheric flow pattern indicated generally at F1 and F2 through openings 36. In this regard, the position of other components 46, 48 and 50 on side 42a of the board or element 42 has located those components out of the ambient flow stream, F1, F2.

An inflow and outflow F1, F2 of ambient atmosphere, which could carry fire indicating smoke, is able to flow unimpeded into and out of sensor 40 in a symmetrical fashion relative to the housing 32. No special vanes or deflecting elements are required to cause inflow or outflowing ambient, smoke carrying, atmosphere to flow into openings 40a, 40b of sensor 40 since those openings and the associated portions of sensor 40 are located directly in the flow path.

It will be understood that the sensor 40 could be implemented as an ionization-type or photoelectric-type smoke sensor without departing from the spirit and scope of the present invention. Other types of smoke sensors or gas sensors if desired could also be used without departing from the spirit and scope of the present invention. Preferably sensor 40 would be symmetrically located on a center line L of housing 32.

FIGS. 3A, 3B and 3C illustrate various views of a dual sensor detector 60 in accordance with the present invention. Detector 60 includes a housing generally indicated at 62 which has a base 62a intended to be mounted to a surface such as a ceiling C. Additionally, housing 62 includes a cover 62b which substantially defines an internal region 64. A plurality of openings, generally indicated at 66, provides for an inflow and outflow of ambient atmosphere which could include airborne smoke which has accumulated adjacent to ceiling C.

Detector 30 includes first and second ambient condition sensors 70a and 70b. By way of example, and not limitation, sensor 70a could be implemented as an ionization-type smoke sensor. Sensor 70b could be implemented as a photoelectric-type smoke sensor. One of the sensors could be a gas sensor.

The sensors 70a, 70b are mounted on a printed circuit board 72a carried in housing 62. The printed circuit board 72a and the sensors 70a, b are oriented such that inflow and outflow ports of the respective sensors are located adjacent the ports or openings 66 to promote a direct inflow and outflow of ambient atmosphere including airborne smoke therein.

For exemplary purposes, a second printed circuit board 72b can be mounted adjacent to the circuit board 72a and carry additional components such as audible output device, a piezo electric horn, control circuitry and a power supply which could include a replaceable battery. These respective components would be carried on printed circuit board 72b and oriented so as to not impinge upon or alter the ingress and egress of airborne ambient, such as airborne smoke, through openings 66. As illustrated in FIG. 3B, ingress and egress of airborne ambient can occur symmetrically relative to housing 62 and impinge upon the sensors 70a, b without obstruction from or deflection due to other components in the detector.

It will be understood that the choice of sensors 70a, b is exemplary. Other choices such as smoke and gas sensors could also be used without departing from the spirit and

4

scope of the present invention. It will also be understood a variety of mounting arrangements could be implemented with base 62a without departing from the spirit and scope of the present invention.

The cover of the sensor may include a myriad of designs since adding vents, holes, etc. will not affect the sensor/sensors behavior in the detection of airborne smoke particulates, gas, etc.

From the foregoing, it will be observed that numerous variations and modifications may be effected without departing from the spirit and scope of the invention. It is to be understood that no limitation with respect to the specific apparatus illustrated herein is intended or should be inferred. It is, of course, intended to cover by the appended claims all such modifications as fall within the scope of the claims.

What is claimed:

1. A surface mountable smoke detector comprising:
   a housing which bounds, at least in part, an internal volume and which has a mounting side positionable adjacent a mounting surface;
   at least one smoke sensor carried within the housing and located adjacent to the mounting side wherein the housing is open, in part, to provide substantially symmetrical in-flow and out-flow of ambient atmosphere adjacent the mounting surface to and from the sensor.

2. A detector as in claim 1 wherein the sensor is mounted on a center line of the housing without obstruction of ambient inflow and outflow by other components.

3. A detector as in claim 1 which includes a printed circuit board wherein that board has first and second sides with the sensor mounted on one side and including an output transducer mounted on another side.

4. A detector as in claim 1 which includes a printed circuit board wherein that board has first and second sides with the sensor mounted on one side and including control circuitry mounted substantially on another side.

5. A detector as in claim 4 which includes a power supply substantially mounted on the another side.

6. A detector as in claim 5 wherein the power supply includes a replaceable battery.

7. A detector as in claim 1 which includes a second ambient condition sensor.

8. A detector as in claim 7 wherein the second sensor is one of a smoke sensor, a CO sensor, a gas sensor, and a flame sensor.

9. A detector as in claim 7 wherein the sensors are co-located adjacent to the mounting side so as to exhibit substantially no asymmetrical restrictions on in-flow and out-flow of ambient smoke.

10. An ambient condition detector comprising:
    a housing which has a base and a cover;
    an ambient condition sensor which protrudes from the cover and extends toward the base whereby the housing facilitates a symmetrical inflow of ambient atmosphere into the sensor.

11. A detector as in claim 10 wherein portions of the housing, adjacent to the base, are open to the inflow of ambient atmosphere.

12. A detector as in claim 10 wherein the housing is symmetrical about a centerline and the sensor is located on the centerline.

13. A detector as in claim 10 which includes a support element having first and second mounting surfaces wherein the sensor is mounted on the surface closest to the base.

14. A detector as in claim 13 which includes components mounted on the other surface so as not to block the inflow of ambient atmosphere to the sensor.

US 6,377,182 B1

5

**15.** A detector as in claim **14** wherein the housing is symmetrical about a centerline and the sensor is symmetrically located on the centerline.

**16.** A detector as in claim **14** wherein the base, relative to the housing, has a exterior mounting surface and an interior surface adjacent to openings in the cover.

**17.** A detector as in claim **16** wherein the sensor comprises a smoke sensor.

**18.** A detector as in claim **17** which includes a second sensor selected from a class which includes a fire sensor and a gas sensor.

**19.** A detector as in claim **17** wherein the housing is substantially cylindrical.

**20.** A detector comprising:

a housing which defines an internal region wherein the housing has a mounting section with an exterior surface and an interior surface and wherein the housing has at least one region, adjacent to the interior surface, for atmospheric ingress and egress with a substantially planar flow path through the housing adjacent to the interior surface; and

an ambient condition sensor having an atmospheric input/output region wherein the sensor is carried within the housing with the input/output region, at least in part, extending into the planar flow path.

**21.** A detector as in claim **20** wherein the sensor includes a mounting region, displaced from the input/output region, whereby the sensor is coupled to and carried by the housing.

**22.** A detector as in claim **21** which includes a support member in the housing wherein the support member has first and second spaced apart surfaces wherein the sensor is coupled to one surface and an audible output device is coupled to another surface wherein the one surface is located between the flow path and the another surface.

**23.** A detector as in claim **21** which includes a support member in the housing wherein the support member has first and second spaced apart surfaces wherein the mounting region of the sensor is coupled to one surface and an audible output device is coupled to another surface wherein at least one of the surfaces is between the input-output region of the sensor and the audible output device.

**24.** A detector as in claim **21** which includes a two-sided, mounting element carried in the housing wherein the sensor is mounted on one side with the one side located between the input/output region of the sensor and a second side and wherein control electronics coupled to the sensor is carried, in substantial part on the second side.

**25.** A detector as in claim **24** wherein the mounting element is planar.

**26.** An ambient condition detector comprising:

a substantially planar support element for conducting electrical signals wherein the element includes first and second spaced apart mounting surfaces;

a first sensor carried on a first surface of the element; and

an audible output device carried on a second surface of the element which includes a housing which defines a substantially enclosed internal region with a perforated

6

section so as to permit an inflow and outflow of ambient atmosphere wherein the planar support element is carried by the housing in the region oriented with a selected end region of the sensor extending toward the perforated section and with the audible output device extending away from the perforated section.

**27.** A detector as in claim **26** which includes a second sensor, carried in the housing and oriented to extend a sensing region thereof toward the inflow and outflow of ambient atmosphere.

**28.** A detector as in claim **26** wherein the perforated section comprises a substantially planar atmospheric flow path through the housing wherein the selected end region of the sensor extends, at least in part, into the flow path.

**29.** A detector as in claim **28** which includes a second sensor, carried on the planar support element and extending toward the flow path.

**30.** A surface mountable smoke detector comprising:

a housing which bounds, at least in part, an internal volume and which has a mounting wall;

at least one smoke sensor carried within the housing with a sensing region located adjacent to the mounting wall wherein the housing is open, in part, adjacent to the mounting wall to provide substantially symmetrical in-flow and out-flow of ambient atmosphere to and from the sensing region of the sensor; and

an alarm indicating output transducer carried within the housing displaced from the inflow and outflow.

**31.** A detector as in claim **30** which includes a printed circuit board wherein that board has first and second sides with the sensor mounted on one side and the output transducer mounted on another side.

**32.** A detector as in claim **31** which includes a power supply substantially mounted on the another side.

**33.** A detector as in claim **32** wherein the power supply includes a replaceable battery.

**34.** A detector as in claim **31** which includes a second ambient condition sensor carried on the printed circuit board.

**35.** A detector as in claim **31** wherein a planar flow path is provided in the housing between the printed circuit board and the mounting wall.

**36.** An ambient condition detector comprising:

a base and a cover;

a planar flow path for flow of ambient atmosphere through the cover; an ambient condition sensor which protrudes from the cover and extends toward the base into the flow path.

**37.** A detector as in claim **36** which includes a support element having first and second mounting surfaces wherein the sensor is mounted on the surface closest to the base.

**38.** A detector as in claim **37** which includes components mounted on the other surface so as not to block the flow of ambient atmosphere to/from the sensor.

\* \* \* \* \*

10 - 20 - 00

Comparable to Form PTO/SB/05 (12/00)
Approved for use through 09/30/00, OMB0651
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE.
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

## UTILITY PATENT APPLICATION TRANSMITTAL
(For new Non-provisional applications under 37 CFR1.53(b))

| | |
|---|---|
| Attorney Docket No.: | BRC 206.1 |
| First Named Inventor: | Mark A. Devine |
| Express Mail Label No. | EL 713 886 945 US |

Box PATENT APPLICATION
Hon. Commissioner For Patents
Washington, D.C. 20231

Sir:

Transmitted herewith for filing is a new utility patent application of inventor(s): **Mark A. Devine, Mark A. Watson, Andrew J. Ivanecky, Lulzim Osmani, Kenneth L. Venzant, Samuel D. Lopez** and entitled: **Smoke Detector With Sensor Having Improved Mounting Configuration.**

**Application Elements:**

1.  ☒ Specification containing 9 pages (preferred arrangement set forth below)
    - Descriptive Title of the Invention
    - Cross-reference to related applications (if applicable)
    - Statement regarding Federally-sponsored Research & Development (if applicable)
    - Reference to Microfiche Appendix (if applicable);
    - Background of the Invention
    - Brief Summary of the Invention
    - Brief Description of the Drawings (if filed)
    - Detailed Description
    - Claim(s)
    - Abstract of the Disclosure

2.  ☒ Drawings: 3 Sheets of ☒ formal drawings ☐ informal drawings

3.  ☒ Oath or Declaration
    a. ☒ An executed declaration or oath for the utility patent application including a power of attorney,
    b. ☐ An unexecuted declaration or oath for the utility patent application including a power of attorney;
    c. ☐ Copy from a prior application (37 CFR 1.63(d), for continuation/divisional with No. 16 completed. [Note No. 4 below.]).
        i. ☐ Signed statement attached deleting inventor(s) named in the prior application (see 37 CFR 1.63(d)(2) and 1.33(b).

4.  ☐ **For CONTINUATION or DIVISIONAL Applications only:** The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 3c, is considered as being part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.

BRK_000394

5.  ☐   Microfiche Computer Program (Appendix)

6.  ☐   Nucleotide and/or Amino Acid Sequence submission. including:
    ☐   Computer readable copy,
    ☐   Paper copy (identical to computer copy),
    ☐   Statement verifying identity of above copies.

**Accompanying Application Parts:**

7.  ☐   Assignment Papers (cover sheet, document(s) and requisite fee).

8.  ☐   37 CFR 3.73(b) Statement (where there is an assignee)
    ☐   Power of Attorney

9.  ☐   English Translation document (if applicable)

10. ☐   Information Disclosure Statement (IDS), including PTO-1449
    ☐   Copies of IDS Citations

11. ☐   Preliminary Amendment

12. ☒   Return Postcard for PTO Mail Room Date Stamp (should be specifically itemized).

13. ☐   Small Entity Statement(s)
    ☐   Statement filed in prior application, status still proper and desired.

14. ☐   ' Certified Copy of Priority Document(s) (if foreign priority is claimed).

15. ☒   Other Provisional Application No. 60/165,874 filed November 16, 1999

16. ☐   **If Continuing Application,** check appropriate box and supply the requisite information below and in a preliminary amendment:
    ☐ Continuation   ☐ Divisional   ☐ Continuation-in-part (CIP) of prior application No.
    _____ , filed _____ .
    Prior application information:   Examiner: _____     Group/Art Unit: _____

**Fee Calculation**

The filing fee has been calculated as shown below:

| For | No. Filed | No. Allowed | No. Extra | Rate | Fee | | Rate | Fee |
|---|---|---|---|---|---|---|---|---|
| Basic Fee | | | | | $345.00 | OR | | $710.00 |
| Total Claims | 19 | - 20 = | 0 | x  $9.00 | $ | OR | x  $18.00 | $0 |
| Indep. Claims | 2 | - 3 = | 0 | x $39.00 | $ | OR | x  $78.00 | $0 |
| Multiple Dependent Claims Present | | | | + $130.00 | $ | OR | + $260.00 | $0 |
| | | | | TOTAL | $ | OR | TOTAL | $710.00 |

Small Entity / Large Entity

BRK_000395

17. ☒     A check in the amount of $_____710.00 to cover the filing fee is enclosed.

18. ☐     Please charge my Deposit Account No. 04-1644 in the amount of $_____.

19. ☒     The Commissioner is authorized to charge payment of the following amounts associated with this communication or credit any overpayment to Deposit Account No. 04-1644:
        ☒   Additional filing fees under 37 CFR 1.16 or deficiencies in remittances therefor.
        ☒   Additional processing fees under 37 CFR 1.17 or deficiencies in remittances therefor.
        ☒   **ONLY if applicant has partially paid** the patent issue fee under 37 C.F.R. §1.18, then the **deficiency** shall be charged to Deposit Account No. 04-1644, and the Commissioner is authorized to so charge the Deposit Account.

Date: _____October 19, 2000_____      Attorney's Signature _____

                                                                                         Paul M. Vargo , Reg. No. 29,116

Correspondence Address:
ROCKEY, MILNAMOW & KATZ, LTD.
Two Prudential Plaza
180 North Stetson Avenue, Suite 4700
Chicago, Illinois 60601
Telephone: (312) 616-5400
Facsimile: (312) 616-5460

| CERTIFICATE OF MAILING BY EXPRESS MAIL |
|---|
| I hereby certify that this Utility Patent Application Transmittal, enclosed application, and any other documents referred to as enclosed herein, are being deposited in an envelope with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated below and addressed to Box PATENT APPLICATION, Assistant Commissioner for Patents, Washington, D.C. 20231. |

| | |
|---|---|
| Express Mail Label No.: | EL 713 886 945 US |
| Date of Deposit: | October 19, 2000 |
| Typed/Printed Name of Person Signing: | Rowena K. Lieber |
| Signature: | _Rowena K. Lieber_ |

BRK_000396



## CERTIFICATE OF MAILING BY EXPRESS MAIL

"Express Mail" Mailing Label Number EL 713 886 945 US

**Date of Deposit:**   October 19, 2000

     I hereby certify that this correspondence is being deposited with the United

States Postal "Express Mail Post Office to Addressee" service under 37 CFR

1.10(c) on the date indicated above and is addressed to:

> **Box PATENT APPLICATION**
> **Hon. Commissioner for Patents**
> **Washington, D.C. 20231**

**Case Number:**  BRC 206.1 US

**Serial No.  None**

**Filing Date:**  October 19, 2000

**Inventors:**   Mark A. Devine, Mark A. Watson, Andrew J. Ivanecky, Lulzim
              Osmani, Kenneth L. Venzant, Samuel D. Lopez

**For:**   "Smoke Detector With Sensor Having Improved Mounting Configuration

Enclosed are the following documents:

> Certificate of Mailing by Express Mail; Utility Patent Application Transmittal (3
> pages), in duplicate, with  Check No. *05662*     for $710.00 attached;
> and the application consisting of 6 pages of specification; 2 pages of claims
> comprising 19 claims; 1 page of the Abstract of the Disclosure; 3 sheets of
> informal drawings;  and an executed Declaration and Power of Attorney
> consisting of 4 pages; and a prepaid post card for acknowledgment of receipt
> by the mail room of the USPTO.

*Rowena K Lieber*
Signature of person mailing documents

*692,758*

- 1 -

BRC 206.1
BRKBRD-2-3345
September 28, 2000

5

## SMOKE DETECTOR WITH SENSOR
## HAVING IMPROVED MOUNTING CONFIGURATION

This application claims the benefit of the earlier filing date of Provisional Application Ser. No. 60/165,874, filed November 16, 1999.

### Field of the Invention:

10      This invention pertains to ambient type sensors such as photoelectric and ionization smoke detectors. More particularly, the invention pertains to structures for locating the respective sensor/sensors with an orientation that facilitates the ingress of smoke into the sensors

### Background of the Invention:

15      Known smoke detector designs mount the respective sensor inside a housing or on top of the housing. Both ionization and photoelectric sensors have been located inside housings having complicated vents and baffling designs in order to promote the ingress of smoke. Smoke detectors having sensors mounted inside the cover of the detector may have barriers such as the p-horn, battery, or other

20      electrical components that interfere with smoke detection due to interference with smoke flow.

Figs. 1A-1C illustrate relevant aspects of a prior art smoke detector 10. The detector 10 includes a base 12 intended to be attached to a ceiling C. A cover 14 is carried on the base 12. A plurality of openings indicated generally at 16 provide

25      smoke pathways into and out of the cover 14.

In the detector 10, a printed circuit board 20 is carried adjacent to the mounting base 12. The printed circuit board 20 in turn carries an ambient condition sensor, such as a smoke sensor 22, an audible output device such as a horn or the like 24, and a power supply such as a battery 26. Other electrical or electronic

30      components generally indicated at 28, are conventionally carried by the printed circuit board 20 often on the same side as are sensor 22, horn 24 and battery 26.



BRK_000398

- 2 -

The configuration illustrated in Figs. 1A, 1B and 1C results in convoluted and tortuous smoke flow paths in and out of openings 16 and into cover 14. Placing the sensor 22 on the printed circuit board as in Figs. 1A, 1B and 1C directs the sensor 22 into the internal volume of the cover 14 away from smoke flow adjacent ceiling C. To compensate for placement of the sensor 22, known detectors have included vents and baffles for the purpose of promoting smoke flow to and from the respective sensor.

It would be desirable from a cost and design manufacturing perspective to be able to eliminate known vents, baffles and flanges. Preferably such reduced complexity might promote improved flow into and out of the respective housings.

**Summary of the Invention:**

The invention takes advantage of both the laminar and turbulent nature of smoke flow. Often smoke detectors are ceiling mounted. The sensor or sensors are arranged within the detector so as to be located near the respective mounting surface, such as near or on the ceiling.

The sensors are carried adjacent to a mounting surface of the detector as opposed to being mounted in the cover as in prior art smoke detectors. The design hereof displaces the sensor/sensors away from electronic components and closer to the mounting surface such as the ceiling. An air sampling gap exposes the sensor/sensors to air and smoke adjacent to the ceiling.

One or more sensors (ionization or photoelectric) may be carried adjacent to the mounting member for the detector. The present invention promotes omni-directional ingress of smoke into the detector.

Unlike the prior art, this invention eliminates the need for complicated venting geometries and complex baffling designs. This follows since the sensors are located adjacent to the mounting surface so as to promote direct ingress and egress of airborne smoke, and thus improved directionality.

Numerous other advantages and features of the present invention will become readily apparent from the following detailed description of the invention and the embodiments thereof, from the claims and from the accompanying drawings.

- 3 -

## Brief Description of the Drawings:

Figs. 1A, 1B and 1C taken together are various views of a prior art smoke detector;

Fig. 2A is a side elevational view of a detector in accordance with the

5   present invention;

Fig. 2B is a top plan view of the detector of Fig. 2A taken along plane 2A-2A;

Fig. 2C is a side sectional view of the detector of Fig. 2A taken along plane 2C-2C;

10   Fig. 3A is a side elevational view of a dual sensor detector in accordance with the present invention;

Fig. 3B is a view taken along plane 3B-3B of Fig. 3A; and

Fig. 3C is a side sectional view taken along plane 3C-3C of Fig. 3B.

## Detailed Description of the Preferred Embodiments:

15   While this invention is susceptible of embodiment in many different forms, there are shown in the drawing and will be described herein in detail specific embodiments thereof with the understanding that the present disclosure is to be considered as an exemplification of the principles of the invention and is not intended to limit the invention to the specific embodiments illustrated.

20   Figs. 2A, 2B, 2C illustrate various views of a detector 30 in accordance with the present invention. The detector 30 includes a housing generally indicated at 32 having a base 32a which is intended to be attached to a mounting surface such as a ceiling C. The housing 32 includes a cover 32b coupled to the base 32a.

The cover 32b substantially defines an internal region 34. The region 34 is

25   open to the ambient atmosphere via slots, ports or openings generally indicated at 36 located adjacent to the base 32a. The openings or slots 36 are disposed around the housing 32.

The housing 32 carries an ambient condition sensor 40, which could be a smoke sensor, with a portion thereof positioned adjacent to the base 32a. The

30   sensor 40 could be carried within the region 34 by a planar mounting element 42. Element 42 could be implemented as one or more printed circuit boards.

- 4 -

The element 42 carries an audible output device 46 and a power supply, for example a replaceable battery 48, on a side 42a displaced from a side 42b upon which the sensor 40 is mounted. Other electronic components 50, for example control circuitry, as would be understood by those of skill in the art could be carried

5    on the side 42a interconnected with audible output device 46 and battery 48. Electrical connections to sensor 40 could be made using plated through holes or vias in the board 42 or other known methods as would be understood by those of skill in the art.

The configuration of detector 30 is particularly advantageous in that sensor

10    40 has input/output openings 40a, 40b which are in an ambient atmospheric flow pattern indicated generally at F1 and F2 through openings 36. In this regard, the position of other components 46, 48 and 50 on side 42a of the board or element 42 has located those components out of the ambient flow stream, F1,F2.

An inflow and outflow F1, F2 of ambient atmosphere, which could carry fire

15    indicating smoke, is able to flow unimpeded into and out of sensor 40 in a symmetrical fashion relative to the housing 32. No special vanes or deflecting elements are required to cause inflow or outflowing ambient, smoke carrying, atmosphere to flow into openings 40a, 40b of sensor 40 since those openings and the associated portions of sensor 40 are located directly in the flow path.

20    It will be understood that the sensor 40 could be implemented as an ionization-type or photoelectric-type smoke sensor without departing from the spirit and scope of the present invention. Other types of smoke sensors or gas sensors if desired could also be used without departing from the spirit and scope of the present invention. Preferably sensor 40 would be symmetrically located on a center line L

25    of housing 32.

Figs. 3A, 3B and 3C illustrate various views of a dual sensor detector 60 in accordance with the present invention. Detector 60 includes a housing generally indicated at 62 which has a base 62a intended to be mounted to a surface such as a ceiling C. Additionally, housing 62 includes a cover 62b which substantially

30    defines an internal region 64. A plurality of openings, generally indicated at 66,

- 5 -

provides for an inflow and outflow of ambient atmosphere which could include airborne smoke which has accumulated adjacent to ceiling C.

Detector 30 includes first and second ambient condition sensors 70a and 70b. By way of example, and not limitation, sensor 70a could be implemented as an ionization-type smoke sensor. Sensor 70b could be implemented as a photoelectric-type smoke sensor. One of the sensors could be a gas sensor.

The sensors 70a, 70b are mounted on a printed circuit board 72a carried in housing 62. The printed circuit board 72a and the sensors 70a, b are oriented such that inflow and outflow ports of the respective sensors are located adjacent the ports or openings 66 to promote a direct inflow and outflow of ambient atmosphere including airborne smoke therein.

For exemplary purposes, a second printed circuit board 72b can be mounted adjacent to the circuit board 72a and carry additional components such as audible output device, a piezo electric horn, control circuitry and a power supply which could include a replaceable battery. These respective components would be carried on printed circuit board 72b and oriented so as to not impinge upon or alter the ingress and egress of airborne ambient, such as airborne smoke, through openings 66. As illustrated in Fig. 3B, ingress and egress of airborne ambient can occur symmetrically relative to housing 62 and impinge upon the sensors 70a, b without obstruction from or deflection due to other components in the detector.

It will be understood that the choice of sensors 70a, b is exemplary. Other choices such as smoke and gas sensors could also be used without departing from the spirit and scope of the present invention. It will also be understood a variety of mounting arrangements could be implemented with base 62a without departing from the spirit and scope of the present invention.

The cover of the sensor may include a myriad of designs since adding vents, holes, etc. will not affect the sensor/sensors behavior in the detection of airborne smoke particulates, gas, etc.

From the foregoing, it will be observed that numerous variations and modifications may be effected without departing from the spirit and scope of the invention. It is to be understood that no limitation with respect to the specific



- 6 -

apparatus illustrated herein is intended or should be inferred.  It is, of course,

intended to cover by the appended claims all such modifications as fall within the

scope of the claims.

BRK_000403

- 7 -

**What is Claimed:**

1. A surface mountable smoke detector comprising:

a housing which bounds, at least in part, an internal volume and which has a mounting side positionable adjacent a mounting surface;

5    at least one smoke sensor carried within the housing and located adjacent to the mounting side wherein the housing is open, in part, to provide substantially symmetrical in-flow and out-flow of ambient atmosphere adjacent the mounting surface to and from the sensor.

2. A detector as in claim 1 wherein the sensor is mounted on a center
10    line of the housing without obstruction of ambient inflow and outflow by other components.

3. A detector as in claim 1 which includes a printed circuit board wherein that board has first and second sides with the sensor mounted on one side and including an output transducer mount on another side.

15    4. A detector as in claim 1 which includes a printed circuit board wherein that board has first and second sides with the sensor mounted on one side and including control circuitry mounted substantially on another side.

5. A detector as in claim 4 which includes a power supply substantially mounted on the another side.

20    6. A detector as in claim 5 wherein the power supply includes a replaceable battery.

7. A detector as in claim 1 which includes a second ambient condition sensor.

8. A detector as in claim 7 wherein the second sensor is one of a smoke
25    sensor, a CO sensor, a gas sensor, and a flame sensor.

9. A detector as in claim 7 wherein the sensors are co-located adjacent to the mounting side so as to exhibit substantially no asymmetrical restrictions on in-flow and out-flow of ambient smoke.

10. An ambient condition detector comprising:
30    a housing which has a base and a cover;

- 8 -

an ambient condition sensor which protrudes from the cover and extends toward the base whereby the housing facilitates a symmetrical inflow of ambient atmosphere into the sensor.

11.    A detector as in claim 10 wherein portions of the housing, adjacent to the base, are open to the inflow of ambient atmosphere.

12.    A detector as in claim 10 wherein the housing is symmetrical about a centerline and the sensor is located on the centerline.

13.    A detector as in claim 10 which includes a support element having a first and second mounting surfaces wherein the sensor is mounted on the surface closest to the base.

14.    A detector as in claim 13 which includes components mounted on the other surface so as not to block the inflow of ambient atmosphere to the sensor.

15.    A detector as in claim 14 wherein the housing is symmetrical about a centerline and the sensor is symmetrically located on the centerline.

16.    A detector as in claim 14 wherein the base, relative to the housing, has an exterior mounting surface and an interior surface adjacent to openings in the cover.

17.    A detector as in claim 16 wherein the sensor comprises a smoke sensor.

18.    A detector as in claim 17 which includes a second sensor selected from a class which includes a fire sensor and a gas sensor.

19.    A detector as in claim 17 wherein the housing is substantially cylindrical.

692,758

- 9 -

### Abstract Of The Disclosure

A smoke detector has a geometry that locates a sensor or  sensors at or near a boundary layer of smoke movement thus facilitating smoke entry into the sensor and/or sensors.  The sensors are mounted so as to protrude from the bottom of a cover instead of into the cover of the detector.

5

BRK_000406

Comparable to Form PTO/SB/01
Approved for use through 09/30/00. OMB 0651-0032
Patent and Trademark Office; U.S. Department of Commerce

| DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63) | Attorney Docket No.: | BRC 206.1 US |
|---|---|---|
| | First Named Inventor: | Mark A. Devine |
| | *COMPLETE IF KNOWN* | |
| ☒ Declaration Submitted With Initial Filing    ☐ Declaration Submitted After Initial Filing (surcharge (37 CFR 1.16(a)) required | Application Number: | |
| | Filing Date: | |
| | Group Art Unit: | |
| | Examiner Name: | |

As a below-named inventor, I hereby declare that:

My residence, post office address, and citizenship are as stated below next to my name.

I believe I am the original, first, and sole inventor (if only one name is listed) or an original, first, and joint inventor (if plural names are listed) of the subject matter which is claimed and for which a patent is sought on the invention entitled: **SMOKE DETECTOR WITH SENSOR HAVING IMPROVED MOUNTING CONFIGURATION**, the specification of which:

    ☒    is attached hereto; or

    ☐    was filed on _____
            as Application Serial No. _____
            and was amended on _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose all information to the Patent and Trademark Office known to me to be material to patentability of this application, as defined in 37 CFR. 1.56.

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or 365(b) of any foreign application(s) for patent or inventor's certificate, or 365(a) of any PCT International application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or of any PCT International application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Numbers | Country | Foreign Filing Date | Priority Not Claimed | Certified Copy Attached? | |
|---|---|---|---|---|---|
| | | | | YES | NO |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |

☐    Additional foreign application numbers are listed on a supplemental priority data sheet (PTO/SB/02B) attached hereto.

BRK_000407

I hereby claim the benefit under 35 U.S.C. 119 (e) of any United States application(s) listed below.

| Application Number(s) | Filing Date | ☐ | Additional provisional application numbers are listed on a supplemental priority data sheet (PTO/SB/02B) attached hereto. |
|---|---|---|---|
| 60/165,874 | 11/16/99 | | |
| | | | |

I hereby claim the benefit under 35 U.S.C. 120 of any United States application(s), or 365(c) of any PCT International application designating the United States of America, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of 35 U.S.C. 112, I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56 which became available between the filing date of the prior application and the national or PCT International filing date of this application.

| U.S. Parent Application or PCT Parent Number | Parent Filing Date | Parent Patent Number (if applicable) |
|---|---|---|
| | | |

☐     Additional U.S. or PCT International application numbers are listed on a supplemental priority data sheet (PTO/SB/02B) attached hereto.

As a named inventor, I hereby appoint the following registered practitioner(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

| | | | |
|---|---|---|---|
| Lawrence J. Chapa | Reg. No. 39,135 | Paul M. Odell | Reg. No. 28,332 |
| Randall T. Erickson | Reg. No. 33,872 | Robert B. Polit | Reg. No. 33,993 |
| Stephen D. Geimer | Reg. No. 28,846 | Elaine M. Ramesh | Reg. No. 43,032 |
| Allen J. Hoover | Reg. No. 24,103 | Keith V. Rockey | Reg. No. 24,713 |
| Martin L. Katz | Reg. No. 25,011 | John F. Rollins | Reg. No. 38,013 |
| Kathleen A. Lyons | Reg. No. 31,852 | Thomas I. Ross | Reg. No. 29,275 |
| John P. Milnamow | Reg. No. 20,635 | Joel E. Siegel | Reg. No. 25,440 |
| Lisa V. Mueller | Reg. No. 38,978 | Paul M. Vargo | Reg. No. 29,116 |

whose mailing address for this application is:     ROCKEY, MILNAMOW & KATZ, LTD.
Two Prudential Plaza - Suite 4700
180 North Stetson Avenue
Chicago, Illinois 60601
Telephone: (312) 616-5400
Facsimile: (312) 616-5460

I hereby declare that all statements made herein of my knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

BRK_000408

| Name of Sole or First Inventor: | Mark A. Devine | |
|---|---|---|
| Citizenship: | USA | |
| Residence: | 1111 Cambridge Lane, Shorewood, Illinois 60431 | |
| Post Office Address *(if different)*: | Same as residence | |
| Signature: *Mark A. Devine* | | Date: Oct. 18, 00 |

| Name of Additional Inventor, if any: | Mark A. Watson | |
|---|---|---|
| Citizenship: | USA | |
| Residence: | 5750 Emerald Pointe Drive, Plainfield, Illinois 60544 | |
| Post Office Address *(if different)*: | Same as residence | |
| Signature: *Mark A Watson* | | Date: 10/18/2000 |

| Name of Additional Inventor, if any: | Andrew J. Ivanecky | |
|---|---|---|
| Citizenship: | USA | |
| Residence: | 4212 Chesapeake Drive, Aurora, Illinois 60504 | |
| Post Office Address *(if different)*: | Same as residence | |
| Signature: | | Date: 10/18/2000 |

| Name of Additional Inventor, if any: | Lulzim Osmani | |
|---|---|---|
| Citizenship: | USA | |
| Residence: | 251 Woodstock Avenue, Glen Ellyn, Illinois 60137 | |
| Post Office Address *(if different)*: | Same as residence | |
| Signature: | | Date: Oct. 18, 2000 |

| Name of Additional Inventor, if any: | Kenneth L. Venzant | |
|---|---|---|
| Citizenship: | USA | |
| Residence: | 596 Hillcrest Drive, Bolingbrook, Illinois 60440 | |
| Post Office Address *(if different)*: | Same as residence | |
| Signature: *Kenneth L Venzant* | | Date: Oct. 18, 00 |

BRK_000409

| Name of Additional Inventor, if any: | Samuel D. Lopez |
|---|---|
| Citizenship: | USA |
| Residence: | 409 Gloria Lane, Oswego, Illinois 60543 |
| Post Office Address *(if different)*: | Same as residence |
| Signature: | Date: 10/18/00 |

| Name of Additional Inventor, if any: |
|---|
| Citizenship: |
| Residence: |
| Post Office Address *(if different)*: |
| Signature: | Date: |

BRK_000410





PRINT OF DRAWINGS
AS ORIGINALLY F   'D



INVERTED SENSOR SMOKE DETECTOR





BRK_000413



6377182

PRIOR ART



FIG 2A

SMOKE FLOW

FIG 2C

FIG 2B

2C

2C

30

36

F2

42b

40b

42

34

40

48

50

42a

46

40a

32a

36

F1

32

32b

INVERTED SENSOR SMOKE DETECTOR

BRK_000415



FIG 3A

FIG 3C

FIG 3B

TOP VIEW

DUAL SENSOR

SMOKE FLOW

ELECTRONICS ON PCB BOARDS

IONIZATION SENSOR

PHOTOELECTRIC SENSOR

NOTE: DIRECT SMOKE ENTRY TO SENSORS.

BRK_000416

IN THE UNITED STATES PATENT & TRADEMARK OFFICE

Applicant:    Mark A. Devine et al     )

Serial No.:    09/692,758      )    Group Art Unit: 2632

Filed:    October 19, 2000    )    Docket No. BRC 206.1

For:    Smoke Detector With Sensor    )
        Having Improved Mounting    )
        Configuration    )
                    )

Examiner:    Unknown    )

## INFORMATION DISCLOSURE STATEMENT

Hon. Commissioner for Patents
Washington, D.C. 20231

Sir:

        Attached Form PTO/SB/08A lists references which may be considered to be material to the above-identified application by the Patent Examiner. Copies of the references are enclosed. Entry into the record is respectfully requested.

        The Commissioner is hereby also authorized to charge any additional fees which may be required pursuant to 37 CFR 1.97(c)(2) and 37 CFR 1.17(p) in connection with filing this Statement as well as any other fees due under 37 CFR §§1.16-1.17, or credit any overpayment, to Deposit Account No. 04-1644. Should no proper payment be enclosed herewith, as by a check being in the wrong amount, unsigned, post-dated, otherwise improper or informal or even entirely missing, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 04-1644. A duplicate copy of this sheet is enclosed.

        Respectfully submitted

By _____

        Paul M. Vargo, Reg. No. 29,116

ROCKEY, MILNAMOW & KATZ, LTD.
180 North Stetson Avenue, Suite 4700
Chicago, Illinois 60601
(312) 616-5400

## CERTIFICATE OF MAILING

        I hereby certify that this paper is being deposited with the United States Postal Service with sufficient postage at First Class Mail in an envelope addressed to: Hon. Commissioner for Patents, Washington, D.C. 20231 on January 22, 2001.

BRK_000417



**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address:  COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/692,759 | 10/19/00 | DEVINE | M | BRC 206.1 |

|  |  |
|---|---|
| TM01/0605 | EXAMINER |
| ROCKEY, MILNAMOW & KATZ, LTD. | LEFKOWITZ, E |
| TWO PRUDENTIAL PLAZA |  |
| 180 NORTH STETSON AVENUE, SUITE 4700 | ART UNIT | PAPER NUMBER |
| CHICAGO IL 60601 | 2632 | 3 |
|  | DATE MAILED: |
|  | 06/05/01 |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

1- File Copy

BRK_000418

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 09/692,758 | Devine et al. |
| | Examiner | Art Unit |
| | Edward Lefkowitz | 2632 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136 (a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☐ Responsive to communication(s) filed on _____ .

2a) ☐ This action is FINAL.    2b) ☒ This action is non-final.

3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) <u>1-19</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5) ☐ Claim(s) _____ is/are allowed.

6) ☒ Claim(s) <u>1-19</u> is/are rejected.

7) ☐ Claim(s) _____ is/are objected to.

8) ☐ Claims _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.

10) ☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

11) ☐ The proposed drawing correction filed on _____ is: a) ☐ approved b) ☐ disapproved.

12) ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

13) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All  b) ☐ Some *  c) ☐ None of:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

14) ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

15) ☒ Notice of References Cited (PTO-892)

16) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

17) ☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) <u>2</u> .

18) ☐ Interview Summary (PTO-413) Paper No(s). _____ .

19) ☐ Notice of Informal Patent Application (PTO-152)

20) ☐ Other: _____ .

Application/Control Number: 09/692,758                                   Page 2
Art Unit: 2632

1.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(b) the invention was patented or described in a printed publication in this or a foreign country or in public
use or on sale in this country, more than one year prior to the date of application for patent in the United
States.

2.      Claims 1-19 are rejected under 35 U.S.C. 102(b) as being anticipated by Rice.

        With respect to claims 1-19, Rice discloses a surface mountable smoke detector

comprising a housing which has an internal volume and a mounting side positionable

adjacent a mounting surface, and at least one smoke sensor carried within the housing

and located adjacent to the mounting side where the housing is open to provide

substantially in-flow and out-flow of ambient atmosphere adjacent the mounting surface

to and from the sensor (note Figures 1 and 3).


3.      The prior art made of record and not relied upon is considered pertinent to

applicant's disclosure.

        U.S. Patents 5,729,207, 4,887,073 and 4,796,015 which disclose various types

of smoke detectors in which the sensor readily receives the ambient atmosphere

without any additional baffles or vents.


4.      Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Edward Lefkowitz whose telephone number is 703-305-

4816. The examiner can normally be reached on Monday-Friday, 7:00-3:30.

BRK_000420

Application/Control Number: 09/692,758                                    Page 3
Art Unit: 2632

    If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Jeff Hofsass can be reached on 703-305-4717. The fax phone numbers for

the organization where this application or proceeding is assigned are 703-308-6743 for

regular communications and 703-308-6743 for After Final communications.

    Any inquiry of a general nature or relating to the status of this application or

proceeding should be directed to the receptionist whose telephone number is 305-3900.


Edward Lefkowitz
June 2, 2001

EDWARD LEFKOWITZ
PRIMARY EXAMINER

BRK_000421

| | Application/Control No. | Applicant(s)/Patent Under |
|---|---|---|
| ***Notice of References Cited*** | 09/692,758 | Reexamination<br>Devine et al. |
| | Examiner | Art Unit | |
| | Edward Lefkowitz | 2632 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification | |
|---|---|---|---|---|---|---|
| | A | US-5729207- | 03-1998 | Yamano | 340 | 628 |
| | B | US-4887073- | 12-1989 | Nakao et al | 340 | 693 |
| | C | US-4796015- | 01-1989 | Admire, Jr | 340 | 693 |
| | D | US-4319234- | 03-1982 | Rice | 340 | 328 |
| | E | US- - | | | | |
| | F | US- - | | | | |
| | G | US- - | | | | |
| | H | US- - | | | | |
| | I | US- - | | | | |
| | J | US- - | | | | |
| | K | US- - | | | | |
| | L | US- - | | | | |
| | M | US- - | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | - - | | | | |
| | O | - - | | | | |
| | P | - - | | | | |
| | Q | - - | | | | |
| | R | - - | | | | |
| | S | - - | | | | |
| | T | - - | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    Notice of References Cited                    Part of Paper No. 3

BRK_000422

Please type a plus sign (+) inside this box → [+]

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999  OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO | | | | | Application Number | 09/692,758 |
|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | | Filing Date | October 19, 2000 |
| | | | | | Named Inventor | Mark A. Devine |
| *(Use as many sheets as necessary)* | | | | | Group Art Unit | 2632 |
| | | | | | Examiner Name | Not assigned |
| Sheet | 1 | of | 1 | | Attorney Docket No. | BRC 206.1 |

| OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| *K.Z* | | the configuration of a smoke detector as shown in Figures 1A, 1B and 1C of the attached sheet from the present application illustrating the configuration of a prior art smoke detector of a type on sale in the USA more than a year before the earliest filing date the present application is entitled to claim | |
| | | | |
| | | | |
| | ' | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | . | | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2] Applicant is to place a check mark here if English language Translation is attached.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE RECEIVED

AUG 2 4 2001

Technology Center 2600

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Hon. Commissioner of Patents, Washington, D.C. 20231, on the date below.

_Rowena R. Lieber_

_Aug 16, 2001_
(Date)

| | | |
|---|---|---|
| Applicant: | Mark A. Devine et al | ) |
| Appln. No.: | 09/692,758 | ) |
| Filed: | October 19, 2000 | ) |
| Title: | Smoke Detector With Sensor Having Improved Mounting Configuration | ) |
| Group Art Unit: | 2632 | ) |
| Examiner: | Edward Lefkowitz | ) |
| Docket No.: | BRC 206.1 US | ) |

## AMENDMENT A

Hon. Commissioner of Patents
Washington, D.C. 20231

Dear Sir:

Responsive to an Office Action dated June 8, 2001, please amend as follows:

### IN THE CLAIMS:

3.    (Amended)  A detector as in claim 1 which includes a printed circuit board wherein that board has first and second sides with the sensor mounted on one side and including an output transducer mounted on another side.

13.    (Amended)  A detector as in claim 10 which includes a support element having first and second mounting surfaces wherein the sensor is mounted on the surface closest to the base.

08/22/2001 SSESHEI 00000089 09692758
01 FC:103                    342.00 OP
02 FC:102                    240.00 OP

Serial No. 09/692,758

Please add the following new claims:

--20.  A detector comprising:

a housing which defines an internal region wherein the housing has a mounting section with an exterior surface and an interior surface and wherein the housing has at least one region, adjacent to the interior surface, for atmospheric ingress and egress with a substantially planar flow path through the housing adjacent to the interior surface; and

an ambient condition sensor having an atmospheric input/output region wherein the sensor is carried within the housing with the input/output region, at least in part, extending into the planar flow path.--

--21.  A detector as in claim 20 wherein the sensor includes a mounting region, displaced from the input/output region, whereby the sensor is coupled to and carried by the housing.--

--22.  A detector as in claim 21 which includes a support member in the housing wherein the support member has first and second spaced apart surfaces wherein the sensor is coupled to one surface and an audible output device is coupled to another surface wherein the one surface is located between the flow path and the another surface.--

--23.  A detector as in claim 21 which includes a support member in the housing wherein the support member has first and second spaced apart surfaces wherein the mounting region of the sensor is coupled to one surface and an audible output device is coupled to another surface wherein at least one of the surfaces is between the input-output region of the sensor and the audible output device.--

--24.  A detector as in claim 21 which includes a two-sided, mounting element carried in the housing wherein the sensor is mounted on one side with the one side located between the input/output region of the sensor and a second side and wherein control electronics coupled to the sensor is carried, in substantial part on the second side.--

--25.  A detector as in claim 24 wherein the mounting element is planar.--

--26.  An ambient condition detector comprising:

- 2 -

Serial No. 09/692,758

a substantially planar support element for conducting electrical signals wherein the element includes first and second spaced apart mounting surfaces;

a first sensor carried on a first surface of the element; and

an audible output device carried on a second surface of the element.--

*Ins.B1*

--27. A detector as in claim 26 which includes a housing which defines a substantially enclosed internal region with a perforated section so as to permit an inflow and outflow of ambient atmosphere wherein the planar support element is carried by the housing in the region oriented with a selected end region of the sensor extending toward the perforated section and with the audible output device extending away from the perforated section.--

*B*

27.28. A detector as in claim 27 which includes a second sensor, carried in the housing and oriented to extend a sensing region thereof toward the inflow and outflow of ambient atmosphere.--

*B*

. 28.29. A detector as in claim 28 wherein the perforated section comprises a substantially planar atmospheric flow path through the housing wherein the selected end region of the sensor extends, at least in part, into the flow path.--

29.30. A detector as in claim 28 which includes a second sensor, carried on the planar support element and extending toward the flow path.--

30.31. A surface mountable smoke detector comprising:

a housing which bounds, at least in part, an internal volume and which has a mounting wall;

at least one smoke sensor carried within the housing with a sensing region located adjacent to the mounting wall wherein the housing is open, in part, adjacent to the mounting wall to provide substantially symmetrical in-flow and out-flow of ambient atmosphere to and from the sensing region of the sensor; and

an alarm indicating output transducer carried within the housing displaced from the inflow and outflow.--

- 3 -

Serial No. 09/692,758

31
-32. A detector as in claim 30 which includes a printed circuit board wherein that board has first and second sides with the sensor mounted on one side and the output transducer mounted on another side.--

32
33. A detector as in claim 31 which includes a power supply substantially mounted on the another side.--

33
34. A detector as in claim 32 wherein the power supply includes a replaceable battery.--

34
35. A detector as in claim 31 which includes a second ambient condition sensor carried on the printed circuit board.--

35
36. A detector as in claim 31 wherein a planar flow path is provided in the housing between the printed circuit board and the mounting wall.--

36
37. An ambient condition detector comprising:

a base and a cover;

a planar flow path for flow of ambient atmosphere through the cover; an ambient condition sensor which protrudes from the cover and extends toward the base into the flow path.--

37
-38. A detector as in claim 36 which includes a support element having first and second mounting surfaces wherein the sensor is mounted on the surface closest to the base.--

38
39. A detector as in claim 37 which includes components mounted on the other surface so as not to block the flow of ambient atmosphere to/from the sensor.--

## REMARKS

Reexamination and reconsideration of the above-identified application are hereby requested. Applicants have carefully considered the outstanding Office Action and the prior art document noted therein by the Examiner. Two grammatical errors have been noted and claims 3 and 13 have been amended only to obviate those grammatical errors. A number of additional claims have been added by this Amendment. For the following reasons, the disclosure of Rice

- 4 -

Serial No. 09/692,758

does not anticipate any of claims 1-19. Additionally, the newly added claims are all allowable over Rice.

A detector which embodies the present invention has a mounting section wall is suitable for being attached to a mounting surface such as a ceiling. The mounting wall has a first surface which is adjacent to the ceiling and a second surface which is displaced from the first surface and which supports a cover which bounds an interior region. The second surface is located between the first surface and the cover. Alternately, the wall can engage a pre-mounted base, attached to a ceiling for example.

A fluid flow path is provided for atmospheric gases between the cover and the second surface. A substantially planar flow path is present between the second surface and the cover permitting a flow of atmospheric gases therethrough. Such gases might carry and or include airborne smoke or particulate matter as well as gases such as carbon monoxide. A sensor carried by the cover extends into the flow path such that airborne gases and particulate matter flowing along the flow path can enter the respective sensor thereby facilitating the detection of airborne smoke or gases.

In one embodiment, a planar printed circuit board can be carried in the cover with a sensor mounted on one surface thereof extending toward the flow path and with control electronics and/or an audible output device mounted on a different surface of the printed circuit board extending away from the one surface. In this embodiment, the printed circuit board or boards provide a modular configuration with the sensor or sensors mounted on one side of the printed circuit board or boards and the control electronics and audible output device mounted on a displaced second side of the printed circuit board extending away from the input/output section of the sensor or sensors.

Rice discloses a smoke detector having a housing 12 with a configuration quite unlike that of the claimed invention. A grill 14 covers an open end of housing 12 and extends toward pivot pont 26c. Rice's detector exhibits an orientation with sensor 20 located adjacent to

- 5 -



BRK_000428

Serial No. 09/692,758

grill 14 as is audible alarm output device 24. Grill 14 provides a plurality of openings which asymmetrically surround sensor 20 in the vicinity of pivot point 26c.

Rice's detector has a bounding side wall 12c and a bottom surface or back surface located between the bounding side wall 12c and the door 32 on which the bracket 26 rests. To the extent that Rice's detector has a "mounting side", it is the rear surface between the bounding side wall 12c and the door 32 . Neither this surface nor the bounding side wall 12c as disclosed by Rice have openings suitable for ingress or an egress of airborne smoke or gas. Instead, Rice provides an open grill 14 adjacent the pivot point 26c, displaced from the bottom surface adjacent the door 32. Rice's flow path relative to sensor 20 is thus adjacent to the pivot point 26c and is not adjacent to the mounting side of the housing 12 which abuts the door 32. The housing 12 has no other surface which abuts the door 32.

In the Office Action, the Examiner rejected pending claims 1-19 as anticipated by Rice. With respect to the wording of claim 1, the Examiner has asserted that Rice discloses "a housing which has an internal volume and a mounting side positionable adjacent the mounting surface". As discussed above, that mounting side in Rice can only correspond to the bottom surface of housing 12 located between bounding side wall 12c and the support door 32. As noted above, neither that surface nor bounding side wall 12c of Rice exhibit any flow permitting openings near the intersection thereof.

In further support of the rejection, the Examiner then asserted that Rice discloses "at least one smoke sensor carried within the housing and located adjacent to the mounting side where the housing is open to provide substantially [sic] in-flow and out-flow of ambient atmosphere adjacent the mounting surface to and from the sensor." The wording of claim 1 is "substantially symmetrical in-flow and out-flow". The structure of claim 1 is simply not present in Rice.

In Rice, unlike the claimed structure, grill 14 wherein ambient atmosphere flows into and out of Rice's asymmetrically located sensor 20, is in fact not "adjacent the mounting

- 6 -



Serial No. 09/692,758

surface" but rather displaced therefrom toward pivot point 26c. As required by claim 1, the housing must be open to provide the claimed symmetrical flow "adjacent the mounting surface." As noted above, the only surface of Rice's structure which can correspond to the claimed mounting surface is the back of the Rice detector which is between bounding side wall 12c and the support door 32. There are no flow openings there. In contradistinction, to the claimed structure, Rice's grill 14 is displaced away from the back surface, toward pivot point 26c, and is simply not "adjacent the mounting surface" as claimed. Hence, for all of the above reasons, the pending claims are not anticipated by Rice. Additional reasons for non-anticipation follow.

Beyond the above reasons for non-anticipation, claim 2 requires "the sensor is mounted on a centerline of the housing without obstruction of ambient inflow and outflow by other components." Rice clearly does not meet this limitation. Sensor 20 is not mounted on a centerline of the housing 12. In addition, audible output device 24 intrudes into an obstructs the ambient inflow and outflow of airborne gases and particulate matter to and from sensor 20.

Claim 3 adds to the limitations of claim 1, "a printed circuit board wherein that board has first and second sides with the sensor mounted on one side and including an output transducer mounted on another side." Not only does Rice not disclose a printed circuit board, it is quite clear that sensor 20 and audible output device 24 extend from the same side of whatever mounting structure they are attached to.

Claim 4 adds to the limitation of claim 1 "a printed circuit board wherein that board has first and second sides with the sensor mounted on one side and including control circuitry mounted substantially on another side." No printed circuit board or mounting details of any type are disclosed in Rice. No control circuitry or mounting for control circuitry are disclosed in Rice.

Claims 5 and 6 depend from claim 4 and are also allowable for the same reasons. Claims 7-9 add a second ambient condition sensor to the limitations of claim 1. More particularly, claim 9 requires that "the sensors are co-located adjacent to the mounting side so as to exhibit substantially no asymmetrical restrictions on in-flow and out-flow of ambient smoke."

- 7 -



Serial No. 09/692,758

The structure of claim 9 is simply not present in Rice. Rice's second sensor 28 is clearly not "co-located adjacent to the mounting side" as claimed. Hence, for all of the above reasons, claims 1-9 are not anticipated by Rice.

Pending claims 10-19 are also not anticipated by Rice. Claim 10 requires "an ambient condition sensor which protrudes from the cover and extends toward the base whereby the housing facilitates a symmetrical inflow of ambient atmosphere into the sensor." Rice's grill will provide an asymmetrical inflow of ambient atmosphere given the fact that sensor 20 of Rice is located adjacent to an edge of the grill. Hence, claim 10 is not anticipated by Rice.

Claim 11 adds to claim 10 a requirement that "portions of the housing, adjacent to the base, are open to the inflow of ambient atmosphere." In Rice, the bounding side wall 12c has no openings or perforations in the vicinity of the back surface of Rice's detector, the surface adjacent to the door 32.

Claim 12 adds to the limitations of claim 10 the requirement that "the housing is symmetrical about a center line and the sensor is located on the center line". Rice's sensor 20 is clearly offset from any center line of the housing 12.

Claims 13-16 add limitations pertaining to "a support element having first and second mounting surfaces wherein the sensor is mounted on the surface closest to the base." Rice discloses no structural mounting features and cannot teach the specific structure and orientation as claimed.

Claim 14 requires "components mounted on the other surface so as not to block the inflow of ambient atmosphere to the sensor." Clearly, audible output device 24 of Rice is mounted and oriented so as to block the inflow of ambient atmosphere to the sensor 20 and as a result Rice cannot anticipate claim 14.

Claim 15 adds to claim 14 the limitation that the housing "is symmetrical about a center line and the sensor is symmetrically located on the center line." For these additional

- 8 -



Serial No. 09/692,758

reasons, Rice cannot anticipate claim 15 in that sensor 20 is asymmetrically located relative to housing 12 thereof.

Claim 16 adds to claim 14 the requirement that "the base, relative to the housing, has an exterior mounting surface and an interior surface adjacent to openings in the cover." Rice has no openings in the bounding side wall 12c adjacent the back wall of housing 12 which abuts the door 32. Rice's grill 14 extends toward pivot point 26c which is unlike and does not anticipate the structure of claim 16. For at least all of the above reasons, none of claims 10-19 are anticipated.

It is requested that the pending claims of the application be allowed. Attached hereto is a copy of the amended claims marked to show the amendments.

Respectfully submitted,

BY _____

Paul M. Vargo, Reg. No. 29,116

ROCKEY, MILNAMOW & KATZ, LTD.
180 N. Stetson, Suite 4700
Chicago, Illinois 60601
(312) 616-5400

- 9 -



BRK_000432

Serial No. 09/692,758

### Marked-up Copy Of Amended Claims

3.      (Amended)  A detector as in claim 1 which includes a printed circuit board wherein that board has first and second sides with the sensor mounted on one side and including an output transducer [mount] mounted on another side.

13.      (Amended)  A detector as in claim 10 which includes a support element having [a] first and second mounting surfaces wherein the sensor is mounted on the surface closest to the base.

- 10 -



BRK_000433

*2⁶ρ₄*

| RESPONSE TRANSMITTAL LETTER | Docket No.: | BRC 206.1 US |
|---|---|---|
| Serial No.: 09/692,758 | Filing Date: | October 19, 2000 |
| Group Art Unit: 2632 | Examiner: | Edward Lefkowitz |
| Applicant(s): Mark A. Devine et al | | |
| Invention: Smoke Detector With Sensor Having Improved Mounting Configuration | | |

COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231

**RECEIVED**

**AUG 2 4 2001**

Technology Center 2600

Sir:

Transmitted herewith is a response in the above-identified application.

☐  Small entity status of this application under 37 CFR §1.9 and §1.27 has been established by a verified statement previously submitted.

☐  A verified statement to establish small entity status under 37 CFR §1.9 and §1.27 is enclosed.

☐  A Petition for a _____- month extension of time and the separate fee therefor is enclosed.

☒  No additional claim filing fee is required.

The fee has been calculated as shown below.

| CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | SMALL ENTITY | | LARGE ENTITY | |
|---|---|---|---|---|---|---|
| | | | RATE | ADDIT. FEE | RATE | ADDIT. FEE |
| TOTAL 39 | MINUS - 19 | = 19 | x $ 9.00 = | $ | x $ 18.00 = | $342.00 |
| INDEPENDENT 6 | MINUS - 2 | = 3 | x $40.00 = | $ | x $ 80.00 = | $240.00 |
| ☐ First presentation of multiple dependent claim | | | + $135.00 = | $ | + $270.00 = | $ |
| | | Total Fee | | $ | | $582.00 |

☐  Please charge Deposit Account No. 04-1644 in the amount of $_____ to cover the claim filing fee.

☒  A check in the amount of $582.00 to cover the claim filing fee is enclosed.

☒  **Conditional Petition For Extension of Time:** An extension of time, if necessary, is requested to provide for timely filing of this communication.

☒  A duplicate copy of this transmittal sheet is enclosed.

☐  Other: _____

☒  . The Commissioner is hereby authorized to charge any additional fees which may be required in connection with this communication or credit any overpayment to Deposit Account No. 04-1644.

Date:    August 16, 2001            By _____

Paul M. Vargo, Reg. No. 29,116

Correspondence Address:
ROCKEY, MILNAMOW & KATZ, LTD.
Two Prudential Plaza, Suite 4700
180 North Stetson Avenue
Chicago, Illinois 60601
(312) 616-5400

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, Washington, D.C. 20231 on August 16, 2001.

By _____

BRK_000434

| *Interview Summary* | Application N. | Applicant(s) | |
|---|---|---|---|
| | 09/692,758 | Devine et al. | |
| | Examiner | Art Unit | |
| | Edward Lefkowitz | 2632 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) _Edward Lefkowitz_.             (3)_____.

(2) _Paul Vargo_.             (4)_____.

Date of Interview: _02 November 2001_ .

Type: a)☒ Telephonic   b)☐  Video Conference
c)☐ Personal [copy given to: 1)☐ applicant   2)☐ applicant's representative]

Exhibit shown or demonstration conducted:   d)☐ Yes     e)☒  No.
If Yes, brief description: _____ .

Claim(s) discussed: _____ .

Identification of prior art discussed: _____ .

Agreement with respect to the claims  f)☒  was reached.   g)☐  was not reached.  h)☐  N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: _Agreed to amend claim 26 in order to place the case in condition for allowance_ .

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached.  Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

i)☒  It is not necessary for applicant to provide a separate record of the substance of the interview(if box is checked).

Unless the paragraph above has been checked, THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW.  (See MPEP Section 713.04.  If a reply to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.  See Summary of Record of Interview requirements on reverse side or on attached sheet.

Examiner Note:  You must sign this form unless it is an
Attachment to a signed Office action.                    _____
                                                                          Examiner's signature, if required

U.S. Patent and Trademark Office
PTO-413 (Rev. 03- 98)                         Interview Summary                         Paper No. 5.

BRK_000435

### Summary of Record of Interview Requi~   ~nts

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

**Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews**
Paragraph (b)
In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

**37 CFR §1.2 Business to be transacted in writing.**
All business with the Patent and Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

_____

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
– Application Number (Series Code and Serial Number)
– Name of applicant
– Name of examiner
– Date of interview
– Type of interview (telephonic, video-conference, or personal)
– Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
– An indication whether or not an exhibit was shown or a demonstration conducted
– An identification of the specific prior art discussed
– An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
– The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case unless both applicant and examiner agree that the examiner will record same. Where the examiner agrees to record the substance of the interview, or when it is adequately recorded on the Form or in an attachment to the Form, the examiner should check the appropriate box at the bottom of the Form which informs the applicant that the submission of a separate record of the substance of the interview as a supplement to the Form is not required.

It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
   (The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.

Examiners are expected to carefully review the applicant's record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

### Examiner to Check for Accuracy

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

2

| ***Notice of Allowability*** | Application No. | Applicant(s) |
|---|---|---|
| | 09/692,758 | Devine et al. |
| | Examiner | Art Unit |
| | Edward Lefkowitz | 2632 |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the Amendment filed on 6-20-01*.

2. ☒ The allowed claim(s) is/are *1-26 and 28-39*.

3. ☒ The drawings filed on *19 October 2000* are accepted by the Examiner.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All   b) ☐ Some*   c) ☐ None   of the:
        1. ☐ Certified copies of the priority documents have been received.
        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the
           International Bureau (PCT Rule 17.2(a)).
    * Certified copies not received: _____ .

5. ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).
    (a) ☐ The translation of the foreign language provisional application has been received.

6. ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

7. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

8. ☐ CORRECTED DRAWINGS must be submitted.
    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
        1) ☐ hereto or 2) ☐ to Paper No. _____ .
    (b) ☐ including changes required by the proposed drawing correction filed _____ , which has been approved by the Examiner.
    (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the top margin (not the back) of each sheet. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.**

9. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

| | |
|---|---|
| 1☐ Notice of References Cited (PTO-892) | 2☐ Notice of Informal Patent Application (PTO-152) |
| 3☐ Notice of Draftsperson's Patent Drawing Review (PTO-948) | 4☒ Interview Summary (PTO-413), Paper No. *5* . |
| 5☐ Information Disclosure Statements (PTO-1449), Paper No. _____ . | 6☒ Examiner's Amendment/Comment |
| 7☐ Examiner's Comment Regarding Requirement for Deposit | 8☐ Examiner's Statement of Reasons for Allowance |
|     of Biological Material | 9☐ Other |

U.S. Patent and Trademark Office
PTO-37 (Rev. 04-01)                  Notice of Allowability                  Part of Paper No. 5

Application/Control Number: 09/692,758                                    Page 2 

Art Unit: 2632

An examiner's amendment to the record appears below. Should the changes

and/or additions be unacceptable to applicant, an amendment may be filed as provided

by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be

submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview

with Paul Vargo on 11-2-01.

The application has been amended as follows:

In claim 26, last line, after element, insert --, which includes a housing which

defines a substantially enclosed internal region with a perforated section so as to permit

an inflow and outflow of ambient atmosphere wherein the planar support element is

carried by the housing in the region oriented with a selected end region of the sensor

extending toward the perforated section and with the audible output device extending

away from the perforated section. --

Cancel claim 27.

As to claim 28, line 1, delete "27" and insert --26--.

As to claim 29, line 1, delete "27" and insert --26--.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Edward Lefkowitz whose telephone number is 703-305-

4816. The examiner can normally be reached on Monday-Friday, 7:00-3:30.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Jeff Hofsass can be reached on 703-305-4717. The fax phone numbers for



Application/Control Number: 09/692,758                                    Page 3
Art Unit: 2632

the organization where this application or proceeding is assigned are 703-872-9314 for

regular communications and 703-872-9314 for After Final communications.

    Any inquiry of a general nature or relating to the status of this application or

proceeding should be directed to the receptionist whose telephone number is 703-306-

0377.


Edward Lefkowitz
November 5, 2001

                                                    EDWARD LEFKOWITZ
                                                    PRIMARY EXAMINER



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

WM01/1106

ROCKEY, MILNAMOW & KATZ, LTD.
TWO PRUDENTIAL PLAZA
180 NORTH STETSON AVENUE, SUITE 4700
CHICAGO IL 60601

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 09/692,758 | 10/19/00 | 038 | LEFKOWITZ, E        2632 | 11/06/01 |

| First Named Applicant | DEVINE. | 35 USC 154(b) term ext. = 0 Days. |
|---|---|---|

TITLE OF INVENTION   SMOKE DETECTOR WITH SENSOR HAVING IMPROVED MOUNTING CONFIGURATION

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 0   BRC 206.1 | 340-628.000 | 052 | UTILITY | NO | $1280.00 | 02/06/02 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**
**PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
If the SMALL ENTITY is shown as YES, verify your
current SMALL ENTITY status:

  A. If the status is changed, pay twice the amount of the
    FEE DUE shown above and notify the Patent and
    Trademark Office of the change in status, or
  B. If the status is the same, pay the FEE DUE shown
    above.

If the SMALL ENTITY is shown as NO:

  A. Pay FEE DUE shown above, or

  B. File verified statement of Small Entity Status before, or with,
    payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your
  ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal
  should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part
  B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
  Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance
fees when due.**

**PATENT AND TRADEMARK OFFICE COPY**

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)                    *U.S. GPO: 1999-454-457/24601

BRK_000440

**PART B—ISSUE FEE TRANSMITTAL**

Complete and mail this form, together with applicable fees, to: **Box ISSUE FEE**
Assistant Commissioner for Patents
Washington, D.C. 20231

*MAILING INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.*

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

WM01/1106

ROCKEY, MILNAMOW & KATZ, LTD.
TWO PRUDENTIAL PLAZA
180 NORTH STETSON AVENUE, SUITE 4700
CHICAGO IL 60601

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

Rowena K. Lieber _____ (Depositor's name)

Rowena K. Lieber _____ (Signature)

**January 14, 2002** _____ (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/692,758 | 10/19/00 | 038 | LEFKOWITZ, E | 2632 | 11/06/0 |

| First Named Applicant | DEVINE, | 35 USC 154(b) term ext. = | 0 Days. |
|---|---|---|---|

TITLE OF INVENTION    SMOKE DETECTOR WITH SENSOR HAVING IMPROVED MOUNTING CONFIGURATION

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 0   BRC 206.1 | 340-628.000 | 052 | UTILITY | NO | $1280.00 | 02/06/02 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 **Rockey, Milnamow & Katz, Ltd.**

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type) PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

* (A) NAME OF ASSIGNEE    BRK Brands, Inc.

(B) RESIDENCE: (CITY & STATE OR COUNTRY)    Aurora, Illinois

Please check the appropriate assignee category indicated below (will not be printed on the patent)

☐ individual    ☒ corporation or other private group entity    ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):

☒ Issue Fee
☐ Advance Order - # of Copies _____

4b. The following fees or deficiency in these fees should be charged to:

DEPOSIT ACCOUNT NUMBER    04-1644
(ENCLOSE AN EXTRA COPY OF THIS FORM)

☒ Issue Fee
☐ Advance Order - # of Copies _____

The COMMISSIONER OF PATENTS AND TRADEMARKS IS requested to apply the Issue Fee to the application identified above.

(Authorized Signature) _____    01-14-02

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

*Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231*

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

02/12/2002 SKINNER 00000144 09692758
01 FC:142                                    1280.00 OP

**TRANSMIT THIS FORM WITH FEE**

PTOL-85B (REV.10-98) Approved for use through 06/30/99. OMB 0651-0033    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

BRK_000441

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

10/26/2000 KZEMDIE  00000015 09692758
01 FC:101                    710.00 OP

PTO-1556
(5/87)
*U.S. GPO: 1999-459-082/19144

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective October 1, 2000

| Application or Docket Number |
| --- |
| |

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) | | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TOTAL CLAIMS | | | | TYPE ☐ | | | | |
| | | | | RATE | FEE | | RATE | FEE |
| FOR | NUMBER FILED | NUMBER EXTRA | | BASIC FEE | 355.00 | OR | BASIC FEE | 710.00 |
| TOTAL CHARGEABLE CLAIMS | 19 minus 20= | * | | X$ 9= | | OR | X$18= | |
| INDEPENDENT CLAIMS | 2 minus 3 = | * | | X40= | | OR | X80= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ | | +135= | | OR | +270= | |
| | | | | TOTAL | | OR | TOTAL | 710. |

* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| AMENDMENT A | Total | * 30 | Minus ** 11 | = 19 | X$ 9= | | OR | X$18= | 342.0 |
| | Independent | * 6 | Minus *** 3 | = 3 | X40= | | OR | X80= | 240.00 |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | +135= | | OR | +270= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | 582.00 |

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | | ADDI-TIONAL FEE | | | ADDI-TIONAL FEE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | RATE | | | RATE | |
| AMENDMENT B | Total | * | Minus ** | = | X$ 9= | | OR | X$18= | |
| | Independent | * | Minus *** | = | X40= | | OR | X80= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | +135= | | OR | +270= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | | ADDI-TIONAL FEE | | | ADDI-TIONAL FEE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | RATE | | | RATE | |
| AMENDMENT C | Total | * | Minus ** | = | X$ 9= | | OR | X$18= | |
| | Independent | * | Minus *** | = | X40= | | OR | X80= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | +135= | | OR | +270= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1

# CLAIMS ONLY

| | SERIAL NO. | | FILING DATE |
|---|---|---|---|
| | APPLICANT(S) | | |

## CLAIMS

| | AS FILED | | AFTER 1st AMENDMENT | | AFTER 2nd AMENDMENT | | | | * | | * | | * | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IND. | DEP. | IND. | DEP. | IND. | DEP. | | | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 1 | I | | | | | | | 51 | | | | | | |
| 2 | | ) | | | | | | 52 | | | | | | |
| 3 | | \ | | | | | | 53 | | | | | | |
| 4 | | I | | | | | | 54 | | | | | | |
| 5 | | ) | | | | | | 55 | | | | | | |
| 6 | | ) | | | | | | 56 | | | | | | |
| 7 | | I | | | | | | 57 | | | | | | |
| 8 | | ) | | | | | | 58 | | | | | | |
| 9 | | ) | | | | | | 59 | | | | | | |
| 10 | \ | | | | | | | 60 | | | | | | |
| 11 | | I | | | | | | 61 | | | | | | |
| 12 | | \ | | | | | | 62 | | | | | | |
| 13 | | \ | | | | | | 63 | | | | | | |
| 14 | | \ | | | | | | 64 | | | | | | |
| 15 | | \ | | | | | | 65 | | | | | | |
| 16 | | \ | | | | | | 66 | | | | | | |
| 17 | | I | | | | | | 67 | | | | | | |
| 18 | | \ | | | | | | 68 | | | | | | |
| 19 | | \ | | | | | | 69 | | | | | | |
| 20 | | | | | | | | 70 | | | | | | |
| 21 | | | | | | | | 71 | | | | | | |
| 22 | | | | | | | | 72 | | | | | | |
| 23 | | | | | | | | 73 | | | | | | |
| 24 | | | | | | | | 74 | | | | | | |
| 25 | | | | | | | | 75 | | | | | | |
| 26 | | | | | | | | 76 | | | | | | |
| 27 | | | | | | | | 77 | | | | | | |
| 28 | | | | | | | | 78 | | | | | | |
| 29 | | | | | | | | 79 | | | | | | |
| 30 | | | | | | | | 80 | | | | | | |
| 31 | | | | | | | | 81 | | | | | | |
| 32 | | | | | | | | 82 | | | | | | |
| 33 | | | | | | | | 83 | | | | | | |
| 34 | | | | | | | | 84 | | | | | | |
| 35 | | | | | | | | 85 | | | | | | |
| 36 | | | | | | | | 86 | | | | | | |
| 37 | | | | | | | | 87 | | | | | | |
| 38 | | | | | | | | 88 | | | | | | |
| 39 | | | | | | | | 89 | | | | | | |
| 40 | | | | | | | | 90 | | | | | | |
| 41 | | | | | | | | 91 | | | | | | |
| 42 | | | | | | | | 92 | | | | | | |
| 43 | | | | | | | | 93 | | | | | | |
| 44 | | | | | | | | 94 | | | | | | |
| 45 | | | | | | | | 95 | | | | | | |
| 46 | | | | | | | | 96 | | | | | | |
| 47 | | | | | | | | 97 | | | | | | |
| 48 | | | | | | | | 98 | | | | | | |
| 49 | | | | | | | | 99 | | | | | | |
| 50 | | | | | | | | 100 | | | | | | |
| TOTAL IND. | 2 | | | | | | | TOTAL IND. | | | | | | |
| TOTAL DEP. | 17 | | | | | | | TOTAL DEP. | | | | | | |
| TOTAL CLAIMS | 19 | | | | | | | TOTAL CLAIMS | | | | | | |

*MAY BE USED FOR ADDITIONAL CLAIMS OR AMDENDMENTS*

FORM PTO-2022 (1-98)

U.S.DEPARTMENT OF COMMERCE
Patent and Trademark Office

*U.S. GPO: 1998-443-593/89152

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| **FEE DETERMINATION** | | | |
| **O.I.P.E. CLASSIFIER** | | CF | 11 · 00 |
| **FORMALITY REVIEW** | SLP | JC-922 | 12/12/00 |
| **RESPONSE FORMALITY REVIEW** | | | |

### INDEX OF CLAIMS

| | | | |
|---|---|---|---|
| ✔ | ................................. Rejected | N | ................................. Non-elected |
| = | ................................. Allowed | I | ................................. Interference |
| — | (Through numeral)... Canceled | A | ................................. Appeal |
| ÷ | ................................. Restricted | O | ................................. Objected |

| Claim | | Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | | | | | | | | | |
| 1 | 1 | | | | | | | | | |
| 2 | 2 | | | | | | | | | |
| 3 | 3 | | | | | | | | | |
| 4 | 4 | | | | | | | | | |
| 5 | 5 | | | | | | | | | |
| 6 | 6 | | | | | | | | | |
| 7 | 7 | | | | | | | | | |
| 8 | 8 | | | | | | | | | |
| 9 | 9 | | | | | | | | | |
| 10 | 10 | | | | | | | | | |
| | 11 | | | | | | | | | |
| | 12 | | | | | | | | | |
| | 13 | | | | | | | | | |
| | 14 | | | | | | | | | |
| | 15 | | | | | | | | | |
| | 16 | | | | | | | | | |
| | 17 | | | | | | | | | |
| | 18 | | | | | | | | | |
| | 19 | | | | | | | | | |
| | 20 | | | | | | | | | |
| | 21 | | | | | | | | | |
| | 22 | | | | | | | | | |
| | 23 | | | | | | | | | |
| | 24 | | | | | | | | | |
| | 25 | | | | | | | | | |
| | 26 | | | | | | | | | |
| | 27 | | | | | | | | | |
| | 28 | | | | | | | | | |
| | 29 | | | | | | | | | |
| | 30 | | | | | | | | | |
| | 31 | | | | | | | | | |
| | 32 | | | | | | | | | |
| | 33 | | | | | | | | | |
| | 34 | | | | | | | | | |
| | 35 | | | | | | | | | |
| | 36 | | | | | | | | | |
| | 37 | | | | | | | | | |
| | 38 | | | | | | | | | |
| | 39 | | | | | | | | | |
| | 40 | | | | | | | | | |
| | 41 | | | | | | | | | |
| | 42 | | | | | | | | | |
| | 43 | | | | | | | | | |
| | 44 | | | | | | | | | |
| | 45 | | | | | | | | | |
| | 46 | | | | | | | | | |
| | 47 | | | | | | | | | |
| | 48 | | | | | | | | | |
| | 49 | | | | | | | | | |
| | 50 | | | | | | | | | |

| Claim | | Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | | | | | | | | | |
| | 51 | | | | | | | | | |
| | 52 | | | | | | | | | |
| | 53 | | | | | | | | | |
| | 54 | | | | | | | | | |
| | 55 | | | | | | | | | |
| | 56 | | | | | | | | | |
| | 57 | | | | | | | | | |
| | 58 | | | | | | | | | |
| | 59 | | | | | | | | | |
| | 60 | | | | | | | | | |
| | 61 | | | | | | | | | |
| | 62 | | | | | | | | | |
| | 63 | | | | | | | | | |
| | 64 | | | | | | | | | |
| | 65 | | | | | | | | | |
| | 66 | | | | | | | | | |
| | 67 | | | | | | | | | |
| | 68 | | | | | | | | | |
| | 69 | | | | | | | | | |
| | 70 | | | | | | | | | |
| | 71 | | | | | | | | | |
| | 72 | | | | | | | | | |
| | 73 | | | | | | | | | |
| | 74 | | | | | | | | | |
| | 75 | | | | | | | | | |
| | 76 | | | | | | | | | |
| | 77 | | | | | | | | | |
| | 78 | | | | | | | | | |
| | 79 | | | | | | | | | |
| | 80 | | | | | | | | | |
| | 81 | | | | | | | | | |
| | 82 | | | | | | | | | |
| | 83 | | | | | | | | | |
| | 84 | | | | | | | | | |
| | 85 | | | | | | | | | |
| | 86 | | | | | | | | | |
| | 87 | | | | | | | | | |
| | 88 | | | | | | | | | |
| | 89 | | | | | | | | | |
| | 90 | | | | | | | | | |
| | 91 | | | | | | | | | |
| | 92 | | | | | | | | | |
| | 93 | | | | | | | | | |
| | 94 | | | | | | | | | |
| | 95 | | | | | | | | | |
| | 96 | | | | | | | | | |
| | 97 | | | | | | | | | |
| | 98 | | | | | | | | | |
| | 99 | | | | | | | | | |
| | 100 | | | | | | | | | |

| Claim | | Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | | | | | | | | | |
| | 101 | | | | | | | | | |
| | 102 | | | | | | | | | |
| | 103 | | | | | | | | | |
| | 104 | | | | | | | | | |
| | 105 | | | | | | | | | |
| | 106 | | | | | | | | | |
| | 107 | | | | | | | | | |
| | 108 | | | | | | | | | |
| | 109 | | | | | | | | | |
| | 110 | | | | | | | | | |
| | 111 | | | | | | | | | |
| | 112 | | | | | | | | | |
| | 113 | | | | | | | | | |
| | 114 | | | | | | | | | |
| | 115 | | | | | | | | | |
| | 116 | | | | | | | | | |
| | 117 | | | | | | | | | |
| | 118 | | | | | | | | | |
| | 119 | | | | | | | | | |
| | 120 | | | | | | | | | |
| | 121 | | | | | | | | | |
| | 122 | | | | | | | | | |
| | 123 | | | | | | | | | |
| | 124 | | | | | | | | | |
| | 125 | | | | | | | | | |
| | 126 | | | | | | | | | |
| | 127 | | | | | | | | | |
| | 128 | | | | | | | | | |
| | 129 | | | | | | | | | |
| | 130 | | | | | | | | | |
| | 131 | | | | | | | | | |
| | 132 | | | | | | | | | |
| | 133 | | | | | | | | | |
| | 134 | | | | | | | | | |
| | 135 | | | | | | | | | |
| | 136 | | | | | | | | | |
| | 137 | | | | | | | | | |
| | 138 | | | | | | | | | |
| | 139 | | | | | | | | | |
| | 140 | | | | | | | | | |
| | 141 | | | | | | | | | |
| | 142 | | | | | | | | | |
| | 143 | | | | | | | | | |
| | 144 | | | | | | | | | |
| | 145 | | | | | | | | | |
| | 146 | | | | | | | | | |
| | 147 | | | | | | | | | |
| | 148 | | | | | | | | | |
| | 149 | | | | | | | | | |
| | 150 | | | | | | | | | |

If more than 150 claims or 10 actions
staple additional sheet here

(LEFT INSIDE)

BRK_000445

| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 345 | 628 | 6/1/01 | EL |
| | 629 | | |
| | 630 | | |
| | 632 | | |
| | Updated Search | 11/2/01 | EL |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 345 | 628 | 1/1/01 | EL |
| | 629 | | |
| | 630 | | |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | | |
|---|---|---|
| | Date | Exmr. |

(RIGHT OUTSIDE)

BRK_000446

# EXHIBIT G



US006600424B1

(12) **United States Patent**　　(10) **Patent No.:** 　US 6,600,424 B1

Morris　　(45) **Date of Patent:** 　Jul. 29, 2003

(54) **ENVIRONMENT CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER**

(76) Inventor: **Gary Jay Morris**, 2026 Glenmark Ave., Morgantown, WV (US) 26505

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/651,454**

(22) Filed: **Aug. 30, 2000**

**Related U.S. Application Data**

(63) Continuation of application No. 09/299,483, filed on Apr. 26, 1999, now Pat. No. 6,144,310.

(60) Provisional application No. 60/117,307, filed on Jan. 26, 1999.

(51) Int. Cl.[7] ................................................ G08B 17/10

(52) U.S. Cl. ............. 340/628; 340/539.22; 340/539.26; 340/577; 340/632; 340/693.11

(58) Field of Search .............................. 340/628, 692, 340/505, 506, 577, 632, 693.11, 539, 517, 520, 521, 522, 523, 524, 531, 532, 533, 534, 540, 584, 605, 691.1, 691.4, 693.5, 693.6, 693.7, 693.9, 286.01, 286.05, 286.11, 328, 329, 386.1, 384.3, 384.4, 384.73

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,906,491 A | 9/1975 | Gosswiller et al. |
| 4,101,872 A | 7/1978 | Pappas |
| 4,141,007 A | 2/1979 | Kavasilios et al. |
| 4,160,246 A | 7/1979 | Martin et al. |
| 4,275,274 A | 6/1981 | English |
| 4,282,519 A | 8/1981 | Hagland et al. |
| 4,288,789 A | 9/1981 | Molinick et al. |
| 4,335,379 A | 6/1982 | Martin |
| 4,343,990 A | 8/1982 | Ueda |
| 4,350,860 A | 9/1982 | Ueda |
| 4,351,999 A | 9/1982 | Nagamoto et al. |

| | | |
|---|---|---|
| 4,363,031 A | 12/1982 | Reinowitz |
| 4,365,315 A | 12/1982 | Jamnik |
| 4,366,873 A | 1/1983 | Levy et al. |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

WO　　WO 90/01759　　2/1990

OTHER PUBLICATIONS

*National Fire Protection Association—NFPA72—National Fire Alarm Code 1996 Edition pp. 72 through 106. Quincy, MA USA.
*NFPA 720, Recommended Practice for the Installation of Household Carbon Monoxide (CO) Warning Equipment 1998 Edition.
UL 217 ISBN 0–7629–0062–8, Single and Multiple Station Smoke Alarms, Mar. 16,1998–Feb. 21, 1997; UL 2034 ISBN 0–7629–274–9, Single and Multiple Station Carbon Monoxide Alarms, Dec. 21, 1998–Oct. 29, 1996.

*Primary Examiner*—Nina Tong
(74) *Attorney, Agent, or Firm*—Welsh & Katz, Ltd.

(57) **ABSTRACT**

Due to the presence of various environmental condition detectors in the home and businesses such as smoke detectors, carbon monoxide detectors, natural gas detectors, etc., each having individual but similar sounding alarm patterns, it can be difficult for occupants of such dwellings to immediately determine the specific type of environmental condition that exists during an alarm condition. The present invention comprises an environmental condition detector using both tonal pattern alarms and pre-recorded voice messages to indicate information about the environmental condition being sensed. Single-station battery-powered and 120VAC detectors are described as are multiple-station interconnected 120VAC powered detectors. The pre-recorded voice messages describe the type of environmental condition detected or the location of the environmental condition detector sensing the condition, or both, in addition to the tonal pattern alarm. Provisions are made for multi-lingual pre-recorded voice messages.

**41 Claims, 5 Drawing Sheets**



BRK_000447

**US 6,600,424 B1**

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,375,329 A | 3/1983 | Park |
| 4,389,639 A | 6/1983 | Torii et al. |
| 4,400,786 A | 8/1983 | Mandei et al. |
| 4,453,222 A | 6/1984 | Gosyk |
| 4,455,551 A | 6/1984 | Lemelson |
| 4,481,507 A | 11/1984 | Takiguchi et al. |
| 4,498,078 A | 2/1985 | Yoshimura et al. |
| 4,500,971 A | 2/1985 | Futaki et al. |
| 4,519,027 A | 5/1985 | Vogelsberg |
| 4,531,114 A | 7/1985 | Topol et al. |
| 4,560,978 A | 12/1985 | Lemelson |
| 4,572,652 A | 2/1986 | Tada et al. |
| 4,682,348 A | 7/1987 | Dawson et al. |
| 4,688,021 A | 8/1987 | Buck et al. |
| 4,698,619 A | 10/1987 | Loeb |
| 4,754,266 A | 6/1988 | Shand et al. |
| 4,810,996 A | 3/1989 | Glen et al. |
| 4,816,809 A | 3/1989 | Kim |
| 4,821,027 A | 4/1989 | Mallory et al. |
| 4,851,823 A | 7/1989 | Mori |
| 4,862,147 A | 8/1989 | Thomas |
| 4,894,642 A | 1/1990 | Ashbaugh et al. |
| 4,904,988 A | 2/1990 | Nesbit et al. |
| 4,940,965 A | 7/1990 | Umehara |
| 4,951,045 A | 8/1990 | Knapp et al. |
| 4,988,980 A | 1/1991 | Graham |
| 5,019,805 A | 5/1991 | Curl et al. |
| 5,103,206 A | 4/1992 | Yu |
| 5,117,217 A | 5/1992 | Nykerk |
| 5,153,567 A | 10/1992 | Chimento |
| 5,229,753 A | 7/1993 | Berg et al. |
| 5,291,183 A | 3/1994 | Chiang |
| 5,349,338 A | 9/1994 | Routman et al. |
| 5,379,028 A | 1/1995 | Chung |
| 5,460,228 A | 10/1995 | Butler |
| 5,506,565 A | 4/1996 | Andrew de Leon et al. |
| 5,548,276 A | 8/1996 | Thomas |
| 5,587,705 A | 12/1996 | Morris |
| 5,657,380 A | 8/1997 | Mozer |
| 5,663,714 A | 9/1997 | Fray |
| 5,673,023 A | 9/1997 | Smith |
| 5,724,020 A | 3/1998 | Hsu |
| 5,726,629 A | 3/1998 | Yu |
| 5,764,134 A | 6/1998 | Carr et al. |
| 5,786,749 A | 7/1998 | Johnson et al. |
| 5,786,768 A | 7/1998 | Chan et al. |
| 5,793,280 A | 8/1998 | Hincher |
| 5,798,686 A | 8/1998 | Schreiner |
| 5,841,347 A | 11/1998 | Kim |
| 5,846,089 A | 12/1998 | Weiss et al. |
| 5,856,781 A | 1/1999 | Michel et al. |
| 5,864,288 A | 1/1999 | Hogan |
| 5,874,893 A | 2/1999 | Ford |
| 5,877,698 A | 3/1999 | Kusnier et al. |
| 5,886,631 A | 3/1999 | Ralph |
| 5,894,275 A | 4/1999 | Swingle |
| 5,898,369 A | 4/1999 | Godwin |
| 5,905,438 A | 5/1999 | Weiss et al. |
| 5,914,650 A | 6/1999 | Segan |
| 5,936,515 A | 8/1999 | Right et al. |
| 5,986,540 A | 11/1999 | Nakagaki et al. |
| 6,043,750 A | 3/2000 | Mallory |
| 6,097,289 A | 8/2000 | Li et al. |
| 6,114,967 A | 9/2000 | Yousif |
| 6,121,885 A | 9/2000 | Masone et al. |
| 6,144,310 A | 11/2000 | Morris |
| 6,307,482 B1 | 10/2001 | Le Bel |

BRK_000448



**Fig. 1**

BRK_000449

Case: 1:13-cv-07900 Document #: 143-2 Filed: 05/05/14 Page 77 of 327 PageID #:3990



**Fig. 2**

BRK_000450



**Fig. 3**

BRK_000451



**Fig. 4**



**Fig. 5**

BRK_000452



**Fig. 6**



**Fig. 7**

BRK_000453

US 6,600,424 B1

1

## ENVIRONMENT CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER

This application is a continuation and claims the benefit of the filing date of Ser. No. 09/299,483 filed Apr. 26, 1999, now U.S. Pat. No. 6,144,310 which claimed the benefit of Provisional Application Serial No. 60/117,307, filed Jan. 26, 1999 and Disclosure Document 415668.

### BACKGROUND FOR THE INVENTION

1. Field of Invention

The present invention relates to environmental condition detection for dwellings including smoke detection, carbon monoxide gas detection, natural gas detection, propane gas detection, combination smoke and carbon monoxide gas detection, etc. such that the audible tonal pattern alarm emitted by a detector sensing an abnormal environmental condition is accompanied by a pre-recorded voice message that clearly indicates the specific type of condition sensed or the specific location of the detector sensing the condition, or both.

2. Background

With the widespread use of environmental condition detectors such as smoke detectors, carbon monoxide detectors, natural gas detectors, propane detectors, etc. in residences and businesses today, there is a critical need to provide definite distinction between the tonal pattern alarms emitted by each type of detector so that the occupants of the involved dwelling are immediately made aware of the specific type of condition detected along with its location so they can take the proper immediate action. Regulating and governing bodies for products of the home safety industry (National Fire Protection Association, Underwriters Laboratories, etc.) have recently regulated the tonal patterns emitted from such environmental detectors, however, much confusion still exists among the very similar tonal pattern alarms emitted by various detector types. This is particularly true for those individuals partially overcome by the environmental condition, those asleep when the alarm occurs, young children, or the elderly. Therefore, a need exists whereby the environmental detector sensing an abnormal condition plays a recorded voice message stating the specific condition and/or location of the condition in addition to the required tonal pattern alarm. In conventional smoke detectors and carbon monoxide detectors, there are silent periods within the prescribed audible tonal pattern alarms where recorded verbal messages such as "smoke" or "CO" or "carbon monoxide" or "smoke in basement" or "utility room" (as examples) can be played during this alarm silence period to clearly discriminate between the types of audible alarms and environmental conditions and where the environmental condition was detected. Such messages immediately provide the occupants in an involved dwelling important safety information during potentially hazardous environmental conditions. The occupants can make informed decisions about how to respond to the alarm condition. Occupants residing in the uninvolved area of the dwelling may choose to assist those residing in the involved area depending on the location and type of condition detected. The type of environmental condition sensed or the location of the condition, or both are immediately made clear through the use of recorded voice messages in addition to conventional tonal pattern alarms.

### DISCUSSION OF PRIOR ART

While there are inventions in the prior art pertaining to emergency alarm systems utilizing verbal instructions, none

2

are known to the inventor which use a combination of tonal pattern alarms and factory pre-recorded voice messages with function or intent to clearly and specifically identify and clarify what type of environmental condition is present in a dwelling. Nor are there known inventions that use such pre-recorded voice messages to specifically identify the location of the environmental condition sensed by environmental condition detectors in dwellings without the use of a central control unit.

Morris (U.S. Pat. No. 5,587,705) describes a wireless smoke detector system using a minimum of two smoke detectors to indicate the location of the smoke detector sensing the smoke through coded alarm patterns. The present invention does not use wireless communication between detectors; each detector may operate without any others or may operate as a hardwired system with interconnected units for those powered by 120 VAC. Fray (U.S. Pat. No. 5,663,714) describes a warning system for giving user-recorded verbal instructions during a fire. Fray teaches an object of his invention is to warn individuals of the presence of smoke and fire and to provide verbal instructions and guidance as how to escape the hazard. Routman et al (U.S. Pat. No. 5,349,338) describe a fire detector and alarm system that uses personally familiar user-recorded verbal messages specifically for a small child or adult in need of verbal instructions during the presence of a fire. Chiang (U.S. Pat. No. 5,291,183) describes a multi-functional alarming system using a microphone to sense ambient conditions and user-recorded verbal instructions for indicating the way to escape a fire. Kim (U.S. Pat. No. 4,816,809) describes a speaking fire alarm system that uses a central control system with remote temperature sensors. Haglund et al (U.S. 4,282,519) describe a hardwired smoke detector system whereby two audible alarm codes are indicated to determine whether the smoke was detected locally or not. Only two possible alarm patterns are used and no voice message is used with Haglund's hardwired system. Molinick and Shields (U.S. Pat. No. 4,288,789) describe an oral warning system for monitoring mining operations that uses a plurality of non-emergency condition sensors and second sensors for detecting emergencies. The patent further describes the use of a single and system-central multiple-track magnetic tape player for storing the verbal messages and links the alarm system to control the operation of mechanical devices (mining conveyor belts, etc.) during emergency conditions when verbal messages are played.

Additionally, Morris (U.S. Pat. No. 5,587,705), Fray (U.S. Pat. No. 5,663,714), Routman et al (U.S. Pat. No. 5,349,338), Chaing (U.S. Pat. No. 5,291,183), Kim (U.S. Pat. No. 4,816,809), and Haglund et al (U.S. Pat. No. 4,282,519) do not recite the specific use of factory pre-recorded voice messages to indicate the specific location of the environmental condition, or the use of voice messages to identify the specific type of environmental condition detected, or the use of a plurality of interconnected detectors emitting identical verbal messages, or a selectable means to define the installation location of the detector, all of which are taught in the present invention and afford significant safety advantages. While Molinick and Shields (U.S. Pat. No. 4,288,789) refer to verbally describing an emergency condition in mining operations, their patent teaches of a much more complex system than the present invention and describes a central control system with multiple stages of various configuration sensors and the use of user-recorded voice messages. Furthermore, the patent does not describe a selectable coding means to define the installation location of the sensors.

US 6,600,424 B1

3

All known prior art providing user-recorded verbal instructions on how to escape a hazardous condition has become impractical for use in dwellings in view of the recent National Fire Protection Association (NFPA) and Underwriters Laboratories (UL) regulations that require a maximum silence period between tonal alarm patterns of 1.5 seconds (Ref. UL2034, UL217, NFPA72 and NFPA720). This period of time is sufficient for the present invention to verbally indicate the type and location of the sensed environmental condition but is unlikely to be useful to provide detailed instructions, as taught in the prior art, to occupants on how to respond to a hazardous condition.

The present invention employs either single station environmental condition detectors or a system comprising direct, hardwired communication links between a plurality of environmental condition detectors to provide a tonal pattern alarm with pre-recorded voice message information regarding the specific type of environmental condition detected or the specific location of the detector sensing the environmental condition, or both, all without the need of a centralized control unit. For detector embodiments using pre-recorded voice messages to indicate the location of the detected condition, each detector is set-up by the user during installation to define the physical location of the detector within the dwelling according to pre-defined location definitions pre-programmed into the electronic storage media. The recorded voice messages are pre-recorded into the electronic storage media during manufacture and are not normally changeable by the user. In view of the recent National Fire Protection Association and Underwriters Laboratories regulations for tonal pattern alarms, it is not practical to have the user record their own sounds during the silent periods of the tonal pattern. The user may choose to record other alarm sounds that would violate the regulations governing such tonal patterns and compromise the safety features of the device. The use of factory pre-recorded voice messages alleviates this problem.

It is emphasized that no other related prior art known to the inventor makes use of factory pre-recorded voice messages to indicate the location of the environmental condition or the type of condition or both. Sufficient addressable electronic memory is available in the preferred embodiment of the invention to afford numerous pre-recorded voice messages.

## SUMMARY OF THE INVENTION

Described herein is the Environmental Condition Detector with Audible Alarm and Voice Identifier invention, which comprises an environmental condition detector, such as a smoke detector, carbon monoxide gas detector, natural gas detector, propane detector, or any combination detector thereof, which detects the desired environmental condition(s) by those methods well known and described in the art and emits the prescribed audible tonal pattern alarm in accordance with the industry's empowered governing bodies (National Fire Protection Association, Underwriters Laboratories etc.) criteria for such environmental conditions. Simultaneously, the environmental condition detector sensing the condition emits a verbal message to indicate, through a recorded voice message or synthesized human voice, the condition being sensed. This recorded voice message is emitted simultaneously with the audible tonal pattern alarm so as normally to occur during silent segments of the prescribed tonal pattern alarm. For example, for the condition of smoke detection, the smoke detector emits the following combination audible tonal pattern alarm (Beep) and recorded voice message. "Beep - - - Beep - - - Beep - - -

4

'SMOKE' - - - Beep - - - Beep - - - Beep - - - 'SMOKE' - - - "in a periodic manner for as long as the environmental condition is detected. As a second example, for carbon monoxide detection, a carbon monoxide detector emits "Beep - - - Beep - - - Beep - - - Beep - - - 'CO' - - - Beep - - - Beep - - - Beep - - - Beep - - - 'CO' - - -". As a third example, for smoke detection with the location identifier, a smoke detector emits "Beep - - - Beep - - - Beep - - - "SMOKE IN BASEMENT' - - - Beep - - - Beep - - - Beep - - - 'SMOKE IN BASEMENT' - - - ". As a fourth example, for carbon monoxide detection with a voice location only identifier, a carbon monoxide detector emits ""Beep - - - Beep - - - Beep - - - 'Utility Room' - - - Beep - - - Beep - - - Beep - - - Beep - - - 'Utility Room' - - -".

## OBJECTS AND ADVANTAGES OF THE PRESENT INVENTION

It is one object of the present invention to provide environmental condition detectors that function as single station (non-interconnected) detector units equipped to emit a tonal pattern alarm and a recorded voice message. The recorded voice message clearly identifies the location of the environmental condition detector sensing the condition, or describes the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The single station detector embodiment is battery powered or 120 VAC powered. User-selectable coding switches or jumpers permit the user to define the physical location of the single station unit within the dwelling. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both, of an abnormal environmental condition as related to single station units.

It is another object of the present invention to provide an environmental condition detection system where one detector sensing an environmental condition causes all other interconnected detectors to emit identical tonal pattern alarms and recorded voice messages. The hardwired, directly interconnected detectors forming the environmental condition detection system are 120 VAC powered with optional battery back-up and use the recorded voice message to identify the location of the environmental condition detector sensing the condition, or to describe the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The environmental condition detection system embodiments of the present invention do not require the use of a centralized control unit (control panel) between detectors. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both, of an abnormal environmental condition as related to a directly interconnected environmental condition detector system having no central control unit or panel.

A major advantage of both the single station embodiment and the system embodiment of the present invention is the use of factory pre-recorded voice messages that fit within the National Fire Protection Association and Underwriters Laboratories specified 1.5 second silence period of the standard smoke detector and carbon monoxide detector tonal pattern alarms. Prior art using user-recorded voice messages are intended to indicate directions on how to escape the hazard or how to respond to a hazard. Such messages would not practically fit into the maximum 1.5 second silent time period in conventional tonal alarm patterns for smoke detec-

US 6,600,424 B1

5

tors and carbon monoxide detectors used in dwellings. The allowance for a user to record his or her own messages may actually add to the confusion and danger that results during an alarm condition if the user chooses to record additional alarm sounds or errs in the directions given in the message on how to properly respond to a hazardous conditon.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a sketch of a preferred embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 2 is a sketch of a preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 3 is a sketch of a second preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 4 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector and using a recorded voice message as an environmental condition type identifier according to the invention.

FIG. 5 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector using a recorded voice message as an environmental condition location identifier according to the invention.

FIG. 6 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a carbon monoxide detector and using a recorded voice message as an environmental condition type identifier and location identifier according to the invention.

FIG. 7 shows one method for the user to select the installation location coding of the Environmental Condition Detector With Alarm and Voice Identifier according to the invention.

## DETAILED DESCRIPTION OF THE INVENTION

A preferred embodiment of the Environmental Condition Detector with Alarm and Voice Identifier 6 is shown in FIG. 1. The unit is powered by a battery 40 and/or by standard 120 VAC (not shown). The environmental condition sensor and alarm unit 10 (conventional smoke detector, carbon monoxide detector, combination smoke detector and carbon monoxide detector, natural gas detector, propane detector, abnormal temperature etc.) is any sensor type(s) utilizing environmental detection methods and alarm devices typically known in the art of smoke detectors, carbon monoxide detectors and other hazard detectors. Upon sensing the environmental condition, the environmental condition sensor and alarm unit 10 sounds its tonal pattern alarm to indicate that an environmental condition has been sensed in the immediate area. The alarm pattern is a prescribed audible tonal pattern alarm corresponding to the environmental condition as set forth by the empowered governing body (National Fire Protection Association, Underwriters Laboratories etc.). The interface and control unit 20 electronically interfaces with the environmental condition sensor and alarm unit 10 and controls the timing of a recorded voice

6

message that is emitted simultaneously with the audible tonal pattern alarm such that the recorded voice message is emitted only during the period when the audible tonal pattern alarm cycles through a silent period. In one embodiment, an electronic signal frequency counter (not shown) is used to determine when the silent period of the audible alarm is occurring. The recorded voice message or synthesized human voice message is factory-recorded on an electronic storage media 30 such as, but not limited to, a ROM device. The recorded voice message is emitted through a speaker or other audio transducer 70. For the embodiments of the invention requiring identification of the location of the environmental condition detector sensing the environmental condition, a selectable coding apparatus 50 (jumper selector or DIP switch) which connects to the interface and control unit 20 is provided to select one of several predefined physical locations of the environmental condition detectors within a residence. Recorded voice messages to identify physical locations consistent with the position of the selectable coding apparatus 50 are stored on the electronic storage media 30. The selectable coding apparatus 50 is set to correspond to the location within the dwelling where the particular environmental condition detector 6 is installed. A language code selector (jumper set or DIP switch) 60 is used to choose the language type (English, Spanish, etc.) used by the recorded voice. For interconnected 120 VAC units, when one environmental condition detector sounds its tonal pattern alarm and recorded voice message, all interconnected units will sound identical tonal pattern alarms and recorded voice messages in temporal phase. For the environmental condition detection system embodiment, an interconnecting conductor set 80 sends and receives a coded electrical signal encoded and decoded by the interface and control unit 20 by the sending and receiving detector, respectively. The coding of the signal sent over the interconnecting conductor set determines what specific recorded voice message is played from the electronic storage media 30 at the interconnected but remotely located environmental condition detectors. Another embodiment of the invention shown in FIG. 3 uses several interconnection conductors which alleviates the need for electrical encoding and decoding of the signal sent and received over the interconnecting conductor set 80.

Shown in FIG. 2 is a sketch of a preferred embodiment of the electronic circuitry for one detector unit of the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit 10 connects to the interface and control unit 20 to trigger the monostable multivibrator 21 for a predetermined period of time when an environmental condition is detected. The monostable multivibrator 21 enables the signal encoder 22 to send a coded electrical signal to the local signal decoder 23 and to all other signal decoders of interconnected detectors hardwired linked together through the conductor set 80 shown in FIG. 1. Upon receiving a local or remote encoded signal, the signal decoder 23 decodes the signal and validates or rejects the signal. Upon validation of a received signal, within each interconnected detector, the signal decoder 23 enables and addresses the electronic voice memory integrated circuit 31 to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All recorded voice messages emitted by the interconnected detector units connected through the conductor set 80 via electrical conductor connector 37 are in temporal phase. A selectable coding apparatus of switches or jumpers 51 defines the physical installation location of each envi-

BRK_000456

US 6,600,424 B1

7

ronmental condition detector through pre-defined location designations illustrated in FIG. 7. A language selector switch apparatus **60** is used to select which language is used during the playing of the recorded voice messages. The recorded voice message is played through a speaker **70**.

Shown in FIG. **3** is a sketch of a second preferred embodiment of the electronic circuitry for one detector unit for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit **10** connects to the interface and control unit **20** to trigger the monostable multivibrator **21** for a predetermined period of time when an environmental condition is detected. The monostable multivibrator **21** enables the electronic voice memory integrated circuit **31** to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All detector units within the interconnected system share common electrical connection to the address bits on each detector unit's electronic voice memory integrated circuit **31** through a multiple conductor connector interface **35** which results in all detector units emitting identical recorded voice messages in temporal phase. A selectable coding apparatus of switches or jumpers **52** defines the physical installation location of each environmental condition detector through pre-defined location designations illustrated in FIG. 7. A language selector **25** switch apparatus **60** is used to select which language is used during the playing of the recorded voice messages. The recorded voice message is played through a speaker **70**.

Shown in FIG. **4** is an example alarm timing plot of the sound emitted **82** by an environmental condition detector using both an audible tonal pattern alarm **85** and a recorded voice message **90** to convey information about the specific environmental condition detected. In the example exhibited in FIG. **2**. the environmental condition detector embodiment is a smoke detector using voice as an environmental condition type identifier only. The recorded voice message **90** is inserted into the defined silence periods of the prescribed audible tonal pattern alarm **85** consistent with conventional smoke detector alarms.

Shown in FIG. **5** is an example alarm timing plot of the sound emitted **92** by an environmental condition detector using an audible tonal pattern alarm **95** to convey the specific type of environmental condition and a recorded voice message **100** to convey the location of the detected environmental condition. In the example exhibited in FIG. **5**, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition location identifier only. The recorded voice message **100** is inserted into the defined silence periods of the prescribed audible tonal pattern alarm **95** consistent with conventional smoke detector alarms.

Shown in FIG. **6** is an example alarm timing plot of sound emitted **102** by an environmental condition detector using an audible tonal pattern alarm **105** and a recorded voice message **110** to convey the specific type of environmental condition detected and the location of the environmental condition detector sensing the environmental condition. In the example exhibited in FIG. **6**, the environmental condition detector embodiment is a carbon monoxide detector using voice as both an environmental condition type identifier and location identifier. The recorded voice message **110** is inserted into the defined silence periods of the prescribed audible tonal pattern alarm **105** consistent with conventional carbon monoxide alarms. The example tonal pattern alarms and recorded voice messages are illustrative and not intended to provide an exhaustive exhibit of all possible tonal alarm patterns and recorded voice messages.

8

Shown in FIG. **7** is a selectable coding apparatus **115** for the user to select one of the pre-defined locations of the Environmental Condition Detector with Alarm and Voice Identifier embodiment when and where it is installed in a dwelling. Selectable coding means such as a jumper **117** on DIP header pins **120** or DIP switches (not shown) are simple methods to define the installation location of a detector embodiment. Typical dwelling locations are shown in FIG. 7 and are not intended to exhibit an exhaustive list.

The various preferred embodiments described above are merely descriptive of the present invention and are in no way intended to limit the scope of the invention. Modifications of the present invention will become obvious to those skilled in the art in light of the detailed description above, and such modifications are intended to fall within the scope of the appended claims.

I claim:

1. A self-contained ambient condition detector comprising:

an ambient condition sensor;

control electronics coupled to the sensor and responsive thereto, in response to a predetermined ambient condition, a user unalterable, pre-stored, audible, alarm identifying tonal output pattern is emitted wherein the pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones wherein the tones are interrupted and are spaced apart from one another by silent intertonal spacing intervals of a common duration and wherein the common duration is always shorter than each of the silent intervals and where the control electronics includes voice output circuitry, the voice circuitry includes a factory pre-stored, user unalterable, verbal alarm-type output message, the pre-stored message is associated with the tonal output pattern and verbalizes the respective alarm type and where the control electronics, in response to the predetermined ambient condition, emits the audible tonal pattern and repetitively emits the verbal alarm-type message in respective silent intervals,

wherein the voice circuitry includes solid state storage circuitry for the pre-stored verbal message, a second sensor coupled to the control electronics, and a second condition warning audible message stored in the solid state storage circuitry, and a common housing which carries the sensors, the electronics, the output circuitry and a power supply.

2. A detector as in claim **1** wherein in response to sensing the second condition, the control electronics repetitively emits the second warning verbal message.

3. A detector as in claim **2** wherein the ambient condition sensor is selected from a class which includes a fire sensor, and a gas sensor.

4. A detector as in claim **3** wherein the second sensor is selected from a class which includes a fire sensor, and a gas sensor.

5. A self-contained ambient condition detector comprising:

an ambient condition sensor;

control electronics coupled to the sensor and responsive thereto wherein in response to a predetermined ambient condition, a user unalterable, pre-stored, audible, alarm identifying tonal output pattern is emitted, the pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones, the tones are interrupted and are spaced apart

BRK_000457

US 6,600,424 B1

9

10

from one another by silent intertonal spacing intervals of a common duration and wherein the common duration is always shorter than each of the silent intervals and wherein the control electronics includes voice output circuitry, the voice circuitry includes a factory pre-stored, user unalterable, verbal alarm-type output message where the pre-stored message is associated with the tonal output pattern and verbalizes the respective alarm type and wherein the control electronics, in response to the predetermined ambient condition, emits the audible tonal pattern and repetitively emits the verbal alarm-type message in respective silent intervals;

a common housing for the sensor, the electronics, the output circuitry and a power supply, wherein the sensor is a fire sensor and the pre-stored verbal message specifies a fire to reinforce a respective tonal output pattern indicative of sensed fire;

wherein the fire indicating tonal output pattern defines groups of substantially identical output tones with a common intertonal spacing of the common duration and where the silent intervals are at least twice as long as the common duration; and

which includes at least one pre-stored verbal counterpart to the pre-stored verbal message wherein the pre-stored verbal message and the verbal counterpart are in first and second different languages.

6. A detector as in claim 5 which includes a manually operable, language specifying element.

7. A detector comprising:

a housing;

a fire sensor carried by the housing;

a control element coupled to the sensor wherein the element includes circuitry for detecting a fire;

an alarm indicating audible output device coupled to the control element wherein the control element, in response to a detected fire, drives the output device to repetitively emit interrupted groups of fire alarm indicating tones wherein the members of the groups are spaced apart from one another by a first time interval and wherein groups are spaced apart by silent, longer second time intervals;

semiconductor storage for at least a word indicative of fire wherein in response to a detected fire the control element repetitively injects the stored fire indicating word into only the second time intervals between groups of fire alarm indicating tones, wherein the tonal patterns are predefined, and not user alterable and wherein the output word is pre-stored at manufacture and not user alterable;

the housing also carries a power supply and is installable by a user as a self-contained unit; and

which includes a second condition sensor and an associated verbal, condition warning phrase stored in the semiconductor storage.

8. A detector as in claim 7 wherein the control element emits the associated verbal condition warning phrase in response to a predetermined output from the second sensor.

9. An apparatus comprising:

a first detector having:

a housing;

at least one ambient condition sensor carried by the housing;

a control element, carried by the housing and coupled to the sensor, for establishing the presence of a local alarm condition;

a wired input/output port coupled to the control element wherein the port and control element receive signals from other detectors, or, transmit signals to other detectors;

an audible output device, coupled to the control element and responsive thereto for emitting at least one user unalterable prescribed, alarm specifying, audible tonal pattern, activated in response to one of, the presence of a local alarm condition or a received signal indicating an alarm condition at a displaced detector, wherein some of the tones are spaced apart from one another by a first time interval and wherein others of the tones are closer together;

a manually settable location specifying member, coupled to the control element whereby a user can specify a location at which the housing is installed; and

voice annunciating circuitry and a plurality of stored, user unalterable verbal outputs identifying at least a plurality of locations for specifying an alarm location wherein in response to one of, an established local alarm condition, or received signals from another detector, the voice annunciating circuitry verbally outputs at least one of an alarm type message, or, an alarm location message repetitively in at least some of the first intervals, such that where a local alarm condition has been detected, at least one of, the location established by the manually settable member, or, the type of alarm is verbalized, and where alarm indicating signals have been received, at least one of the alarm type at the detector transmitting the signals, or, the location specified by the settable member of the detector transmitting the signals is verbalized.

10. An apparatus as in claim 9 wherein the ambient condition sensor comprises at least one of a fire sensor and a gas sensor.

11. An apparatus as in claim 10 wherein the control element includes a programmed processor and at least one pre-stored tonal output pattern indicative of the sensed ambient condition.

12. An apparatus as in claim 11 which includes a second pre-stored tonal output pattern indicative of a second sensed ambient condition.

13. An apparatus as in claim 10 which includes at last a second detector, substantially identical to the first detector and coupled therewith via the input/output ports, wherein in response to the first detector establishing the presence of a local alarm condition and sending alarm and location indicating signals to the second detector whereby the second detector emits the prescribed audible tonal pattern identifying the alarm type and during at least some of the first intervals, and verbalizes the location specified by the location specifying member of the first detector.

14. An apparatus as in claim 13 wherein the detectors each include at least one, prestored, alarm type indicating message wherein the second detector, in response to the received alarm and location indicating message, from the first detector, verbalizes the type of alarm condition local to the first detector during at least some of the first intervals.

15. An apparatus as in claim 13 wherein each detector includes a power supply.

16. An apparatus as in claim 15 wherein the supply includes a connector for engaging an exterior source of energy.

17. An apparatus as in claim 15 wherein the input/output ports each exhibit a connector coupling one of a coded signal between detectors, or a plurality of signals between detectors.

US 6,600,424 B1

11

18. An apparatus as in claim 17 wherein input/output ports for coupling a coded signal between detectors comprise a plurality of conductors for coupling electrically coded signals between detectors.

19. An apparatus as in claim 18 wherein the plurality comprises two conductors.

20. An apparatus as in claim 17 wherein the input/output ports for coupling a plurality of signals between detectors comprise a plurality of conductors for carrying uncoded electrical signals between detectors.

21. An apparatus as in claim 13 which includes circuitry in the detectors for encoding and decoding the alarm and location indicating signals.

22. An apparatus as in claim 9 which includes a second, different sensor and wherein the voice annunciating circuitry outputs another user unalterable message, wherein the another message describes a second type of sensed ambient condition such that the message is emitted during periods of silence in a prescribed, user unalterable tonal alarm pattern indicative of the second type of sensor.

23. An environmental condition detector using pre-recorded voice messages to indicate the location of an environmental condition detected in a region comprising:

(a) at least one sensor for detecting the presence of an environmental condition in the region wherein the sensor comprises a type selected from a group including a smoke sensor, a carbon monoxide sensor, a natural gas sensor, a propane sensor, and any multiple combination of the sensors;

(b) an electronic storage device for storing user unalterable pre-recorded voice messages wherein at least some of the messages represent different locations;

(c) a selecting device for a user to select one of the pre-recorded voice messages to represent the location of the detector in the region;

(d) an electronic circuit coupled to the at least one sensor, and the devices for activation of an audible alarm device which emits user unalterable prescribed groups of pulsating, audible output tonal patterns for the duration of the sensed environmental condition, wherein groups of patterns are spaced apart by predetermined silent periods, wherein the electronic circuit repeatedly emits selected pre-recorded user unalterable voice messages that verbally describe the location of the detected environmental condition, as specified by the selecting device, for the duration of detection thereof wherein the selected pre-recorded voice message is repeatedly emitted during at least some of the silent periods; and

(e) a housing which carries the sensor, the electronic circuit, the electronic storage device, the alarm device and the selecting device.

24. A method for providing environmental condition detection for a building comprising:

(a) providing a plurality of detectors for a building having one or more distinctive regions;

(b) setting a selectable coding element to define each detector's installation location in the building whereupon a detector sensing an environmental condition emits a prescribed audible tonal pattern alarm and a user unalterable pre-recorded voice message which verbally describes the installation location of the detector sensing an environmental condition, during the periods of silence in the tonal pattern emitted by that detector, for the duration of the environmental condition; and

(c) interconnecting a minimum of two environmental condition detectors forming an environmental condi-

12

tion detection system such that the interconnected detectors respond to one detector which is sensing an environmental condition whereby all other interconnected detectors emit substantially the same tonal pattern alarm and pre-recorded voice message as those emitted by the environmental condition detector sensing the environmental condition.

25. The method of claim 24 wherein said method comprises emitting a pre-recorded voice message that verbally describes the type of environmental condition detected, for the duration of the detection of the said environmental condition, such that the pre-recorded voice message is repetitively emitted during at least some periods of silence in the prescribed audible tonal pattern alarm.

26. The method of claim 24 wherein said method comprises providing an environmental condition detector selected from a group which includes a smoke detector, a carbon monoxide detector, a natural gas detector, a propane detector, and any multiple combination of these environmental condition detector types.

27. An apparatus comprising:

a first detector having:

a housing;

at least one ambient condition sensor carried by the housing;

circuitry, carried by the housing and coupled to the sensor, for establishing the presence of a local alarm condition;

a wired input/output port coupled to the circuitry wherein the port and circuitry receive signals from other detectors, or, transmit signals to other detectors;

an audible output device, coupled to the circuitry and responsive thereto for emitting at least one user unalterable prescribed, alarm specifying, audible tonal pattern, activated in response to one of, the presence of a local alarm condition or a received signal indicating an alarm condition at a displaced detector, wherein some of the tones are spaced apart from one another by a first time interval and wherein others of the tones are closer together; and

wherein the circuitry includes voice annunciating circuits and at least one of a stored, user unalterable verbal alarm type output, and, a plurality of stored, user unalterable verbal outputs identifying at least a plurality of locations for specifying an alarm location wherein where a local alarm condition has been detected, at least one of, the alarm type or alarm location is verbalized, and where alarm indicating signals have been received, at least one of the alarm type at the detector transmitting the signals, or, the alarm location is verbalized.

28. An apparatus as in claim 27 wherein the ambient condition sensor comprises at least one of a fire sensor and a gas sensor.

29. An apparatus as in claim 28 wherein the circuitry includes a programmed processor and at least one pre-stored tonal output pattern indicative of the sensed ambient condition.

30. An apparatus as in claim 29 which includes a second pre-stored tonal output pattern indicative of a second sensed ambient condition.

31. An apparatus as in claim 29 which includes at least a second detector, substantially identical to the first detector and coupled therewith via the input/output ports, wherein in response to the first detector establishing the presence of a local alarm condition and sending an alarm indicating signal to the second detector, the second detector emits the pre-

BRK_000459

US 6,600,424 B1

13

scribed audible tonal pattern identifying the alarm type and during at least some of the first intervals, and verbalizes at least one of the type of alarm at the first detector or the location thereof.

**32**. An apparatus as in claim **27** which includes a second, different sensor and wherein the voice annunciating circuits output another user unalterable message, wherein the another message describes a second type of sensed ambient condition such that the message is emitted during periods of silence in a prescribed, user unalterable tonal alarm pattern indicative of the second type of sensor.

**33**. An apparatus as in claim **27** wherein each detector includes a power supply.

**34**. An apparatus as in claim **27** wherein the input/output ports each include a connector coupling one of a coded signal between detectors, or a plurality of signals between detectors.

**35**. An apparatus as in claim **34** wherein input/output ports for coupling a coded signal between detectors comprise at least one conductor for coupling electrically coded signals between detectors.

**36**. An apparatus as in claim **34** wherein the input/output ports for coupling a plurality of signals between detectors comprise a plurality of conductors for carrying uncoded electrical signals between detectors.

**37**. An environmental condition detector which uses pre-recorded voice messages to indicate the location of an environmental condition detected in a region comprising:

at least one sensor for detecting the presence of an environmental condition in the region wherein the sensor comprises a type selected from a group including a fire sensor, a carbon monoxide sensor, a natural gas sensor, a propane sensor, and any multiple combination of the sensors;

an electronic storage device for storing user unalterable pre-recorded voice messages wherein at least some of the messages represent different locations;

an electrical signal to select one of the pre-recorded voice messages to represent the location of the detector in the region;

an electronic circuit coupled to the at least one sensor, and the device for activation of an audible alarm device

14

which emits user unalterable prescribed groups of pulsating, audible output tonal patterns for the duration of the sensed environmental condition, wherein groups of patterns are spaced apart by predetermined tonal silent periods, wherein the electronic circuit repeatedly verbalizes the selected, pre-recorded, user unalterable location message during at least some of the silent periods; and

a housing which carries the sensor, the electronic circuit, the electronic storage device, and the alarm device.

**38**. A detector as in claim **37** wherein one of the pre-recorded voice messages specifies an alarm type and wherein the electronic circuit verbalizes the alarm type during some of the tonal silent periods.

**39**. A method for providing environmental condition detection for a building comprising:

(a) providing a plurality of detectors for a building having one or more distinctive regions;

(b) interconnecting the detectors with at least one conductor;

(c) sensing an environmental condition at a detector and emitting a prescribed audible tonal alarm pattern and a user unalterable pre-recorded voice message which verbally describes the type of environmental condition, during the periods of silence in the tonal pattern emitted by that detector, for the duration of the environmental condition; and wherein all other interconnected detectors emit substantially the same tonal alarm pattern and pre-recorded voice message as emitted by the detector sensing the environmental condition.

**40**. The method of claim **39** wherein a pre-recorded voice message that verbally describes the location of the sensed environmental condition is repetitively emitted during at least some periods of silence in the emitted tonal pattern at all interconnected detectors.

**41**. The method of claim **39** which includes providing an environmental condition detector selected from a group which includes a fire detector, a carbon monoxide detector, a natural gas detector, a propane detector, and any multiple combination of the detector types.

* * * * *

BRK_000460

# EXHIBIT H

PATENT NUMBER

**6600424**

6600424

## U.S. **UTILITY** Patent Application

| FF | O.I.P.E. | PATENT DATE |
|---|---|---|
| SCANNED N54 | O.A. A6. | JUL 29 2003 |

| APPLICATION NO. | CONT/PRIOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 09/651454 | D | 340 | 628 | 2632 | TONG |

APPLICANTS  Gary Morris

Cont of 0/2           NINA
                      Tong.

TITLE  Environment Condition detector with audible alarm and voice
identifier

APPL. REG/S):

PTO-2040
12/99

## ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
| 340 | 628 | 340 | 539.22 | 539.26 | 577 | 632 | 692 | 693.11 |

| INTERNATIONAL CLASSIFICATION | | | |
|---|---|---|---|
| G 0 8 B | 17 | 10 | |
| | | | |
| | | | |
| | | | |
| | | | ☐ Continued on Issue Slip Inside File Jacket |

6.24.03       Formal Drawings (5 shts) set 1        8.30.00

| ☐ TERMINAL DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | 3 | 7 | 1 | 41 | 1 |

| ☐ The term of this patent subsequent to _____ (date) has been disclaimed. | NOTICE OF ALLOWANCE MAILED |
|---|---|
| (Assistant Examiner)      (Date) | 3/31/03 |
| ☐ The term of this patent shall not extend beyond the expiration date of U.S Patent No. _____ | ISSUE FEE |
| Nina Tong Primary Examiner | Amount Due      Date Paid  WD |
| Nina Tong (Primary Examiner)   3/26/03 (Date) | $1300.00    5/16/03 |
| ☐ The terminal _____ months of this patent have been disclaimed. | ISSUE BATCH NUMBER |
| (Legal Instruments Examiner)   4-4-03 (Date) | |

WARNING:
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 6/99)

FILED WITH:  ☐ DISK (CRF)   ☐ FICHE   ☐ CD-ROM
(Attached in pocket on right inside flap)

**ISSUE FEE IN FILE**

Formal Drawings (____ shts) set ____

(FACE)



UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

**Bib Data Sheet**

**CONFIRMATION NO. 1000**

| SERIAL NUMBER 09/651,454 | FILING DATE 08/30/2000 RULE | CLASS 340 | GROUP ART UNIT 2632 | ATTORNEY DOCKET NO. BRC209.1US |
|---|---|---|---|---|

**APPLICANTS**
Gary Jay Morris, Morgantown, WV;

** CONTINUING DATA ************************* _N T_
    THIS APPLICATION IS A CON OF 09/299,483 04/26/1999 PAT 6,144,310
    WHICH CLAIMS BENEFIT OF 60/117,307 01/26/1999

** FOREIGN APPLICATIONS ******************** _none N 7_

IF REQUIRED, FOREIGN FILING LICENSE GRANTED
** 10/20/2000

| Foreign Priority claimed ☐ yes ☒ no | | STATE OR COUNTRY WV | SHEETS DRAWING 5 | TOTAL CLAIMS 21 | INDEPENDENT CLAIMS 7 |
|---|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☒ no ☐ Met after Allowance | | | | | |
| Verified and Acknowledged    Examiner's Signature    Initials | | | | | |

**ADDRESS**
PAUL M VARGO
WELSH & KATZ, LTD.
120 SOUTH RIVERSIDE PLAZA
22ND FLOOR
CHICAGO ,IL 60606

**TITLE**
Environment condition detector with audible alarm and voice identifier

| FILING FEE RECEIVED 2052 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

PATENT APPLICATION

JC836 U S PTO
09651454

09/30/00

INITIALS _____

# CONTENTS

| | | Date Received (Incl. C. of M.) or Date Mailed | | | Date Received (Incl. C. of M.) or Date Mailed |
|---|---|---|---|---|---|
| 1. | Application _____ papers. | | 42. | | |
| 2. | I.D.S. | 10-23-00 | 43. | | |
| 3. | Pre Amdt A | 11/16/00 | 44. | | |
| 4. | Supp. IDS | 2-26-01 | 45. | | |
| 5. | I.D.S. | 3-30-01 | 46. | | |
| 6. | Petition Special (Advanced Examination) | 6-29-01 | 47. | | |
| 7. | Decision - Granted | 7-17-01 | 48. | | |
| 8. | Pre Amdt B | 8/14/01 | 49. | | |
| 9. | Rej. 3 | 9-19-01 | 50. | | |
| 10. | Letter | 11-1-01 | 51. | | |
| 11. | Pre Amdt C | 3-15-01 | 52. | | |
| 12. | Pre Amdt D | 4-5-01 | 53. | | |
| 13. | Supp. IDS | 11-28-01 | 54. | | |
| 14. | Change of Add. | 3/28/02 | 55. | | |
| 15. | (Ext. 03) | 3/28/02 | 56. | | |
| 16. | Rl cons. | 3/28/02 | 57. | | |
| 17. | Int Summary 3-18-02 | | 58. | | |
| 18. | Rej. 3 months | 6-18-02 | 59. | | |
| 19. | Reconsideration | 9-23-02 | 60. | | |
| 20. | Terminal Disclaimer | 9/23/02 | 61. | | |
| 21. | Final Rej 3 months | 11-25-02 | 62. | | |
| 22. | Amdt E (ue) | 8-18-03 | 63. | | |
| 23. | Advisory Action | 3/3/03 | 64. | | |
| 24. | E.O.T. (mo.) | 3-12-03 | 65. | | |
| 25. | Amdt F (ue) | 3-12-03 | 66. | | |
| 26. | Notice of Allowability | 3/31/03 | 67. | | |
| 27. | | | 68. | | |
| 28. | | | 69. | | |
| 29. | | | 70. | | |
| 30. | | | 71. | | |
| 31. | | | 72. | | |
| 32. | | | 73. | | |
| 33. | | | 74. | | |
| 34. | | | 75. | | |
| 35. | | | 76. | | |
| 36. | | | 77. | | |
| 37. | | | 78. | | |
| 38. | | | 79. | | |
| 39. | | | 80. | | |
| 40. | | | 81. | | |
| 41. | | | 82. | | |

(LEFT OUTSIDE)

BRK_000463



US006600424B1

(12) **United States Patent**
Morris

(10) Patent No.: **US 6,600,424 B1**
(45) Date of Patent: **Jul. 29, 2003**

(54) **ENVIRONMENT CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER**

(76) Inventor: **Gary Jay Morris**, 2026 Glenmark Ave., Morgantown, WV (US) 26505

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/651,454**

(22) Filed: **Aug. 30, 2000**

**Related U.S. Application Data**

(63) Continuation of application No. 09/299,483, filed on Apr. 26, 1999, now Pat. No. 6,144,310.
(60) Provisional application No. 60/117,307, filed on Jan. 26, 1999.

(51) Int. Cl.7 .................................................. G08B 17/10
(52) U.S. Cl. ............. 340/628; 340/539.22; 340/539.26; 340/577; 340/632; 340/692; 340/693.11
(58) Field of Search ........................... 340/628, 692, 340/505, 506, 577, 632, 693.11, 539, 517, 520, 521, 522, 523, 524, 531, 532, 533, 534, 540, 584, 605, 691.1, 691.4, 693.5, 693.6, 693.7, 693.9, 286.01, 286.05, 286.11, 328, 329, 386.1, 384.3, 384.4, 384.73

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,906,491 A | 9/1975 | Gosswiller et al. |
| 4,101,872 A | 7/1978 | Pappas |
| 4,141,007 A | 2/1979 | Kavasilios et al. |
| 4,160,246 A | 7/1979 | Martin et al. |
| 4,275,274 A | 6/1981 | English |
| 4,282,519 A | 8/1981 | Hagland et al. |
| 4,288,789 A | 9/1981 | Molinick et al. |
| 4,335,379 A | 6/1982 | Martin |
| 4,343,990 A | 8/1982 | Ueda |
| 4,350,860 A | 9/1982 | Ueda |
| 4,351,999 A | 9/1982 | Nagamoto et al. |

| | | |
|---|---|---|
| 4,363,031 A | 12/1982 | Reinowitz |
| 4,365,315 A | 12/1982 | Jamnik |
| 4,366,873 A | 1/1983 | Levy et al. |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

WO    WO 90/01759    2/1990

OTHER PUBLICATIONS

*National Fire Protection Association—NFPA72—National Fire Alarm Code 1996 Edition pp. 72 through 106. Quincy, MA USA.
*NFPA 720, Recommended Practice for the Installation of Household Carbon Monoxide (CO) Warning Equipment 1998 Edition.
UL 217 ISBN 0–7629–0062–8, Single and Multiple Station Smoke Alarms, Mar. 16,1998–Feb. 21, 1997; UL 2034 ISBN 0–7629–274–9, Single and Multiple Station Carbon Monoxide Alarms, Dec. 21, 1998–Oct. 29, 1996.

*Primary Examiner*—Nina Tong
(74) *Attorney, Agent, or Firm*—Welsh & Katz, Ltd.

(57) **ABSTRACT**

Due to the presence of various environmental condition detectors in the home and businesses such as smoke detectors, carbon monoxide detectors, natural gas detectors, etc., each having individual but similar sounding alarm patterns, it can be difficult for occupants of such dwellings to immediately determine the specific type of environmental condition that exists during an alarm condition. The present invention comprises an environmental condition detector using both tonal pattern alarms and pre-recorded voice messages to indicate information about the environmental condition being sensed. Single-station battery-powered and 120VAC detectors are described as are multiple-station interconnected 120VAC powered detectors. The pre-recorded voice messages describe the type of environmental condition detected or the location of the environmental condition detector sensing the condition, or both, in addition to the tonal pattern alarm. Provisions are made for multilingual pre-recorded voice messages.

**41 Claims, 5 Drawing Sheets**



**US 6,600,424 B1**

Page 2

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| 4,375,329 A | 3/1983 | Park |
| 4,389,639 A | 6/1983 | Torii et al. |
| 4,400,786 A | 8/1983 | Mandel et al. |
| 4,453,222 A | 6/1984 | Gosyk |
| 4,455,551 A | 6/1984 | Lemelson |
| 4,481,507 A | 11/1984 | Takiguchi et al. |
| 4,468,078 A | 2/1985 | Yoshimura et al. |
| 4,500,971 A | 2/1985 | Futaki et al. |
| 4,519,027 A | 5/1985 | Vogelsberg |
| 4,531,114 A | 7/1985 | Topol et al. |
| 4,560,978 A | 12/1985 | Lemelson |
| 4,572,652 A | 2/1986 | Tada et al. |
| 4,682,348 A | 7/1987 | Dawson et al. |
| 4,688,021 A | 8/1987 | Buck et al. |
| 4,698,619 A | 10/1987 | Loeb |
| 4,754,266 A | 6/1988 | Shand et al. |
| 4,810,996 A | 3/1989 | Glen et al. |
| 4,816,809 A | 3/1989 | Kim |
| 4,821,027 A | 4/1989 | Mallory et al. |
| 4,851,823 A | 7/1989 | Mori |
| 4,862,147 A | 8/1989 | Thomas |
| 4,894,642 A | 1/1990 | Ashbaugh et al. |
| 4,904,988 A | 2/1990 | Nesbit et al. |
| 4,940,965 A | 7/1990 | Umehara |
| 4,951,045 A | 8/1990 | Knapp et al. |
| 4,988,980 A | 1/1991 | Graham |
| 5,019,805 A | 5/1991 | Curl et al. |
| 5,103,206 A | 4/1992 | Yu |
| 5,117,217 A | 5/1992 | Nykerk |
| 5,153,567 A | 10/1992 | Chimento |
| 5,229,753 A | 7/1993 | Berg et al. |
| 5,291,183 A | 3/1994 | Chiang |
| 5,349,338 A | 9/1994 | Routman et al. |
| 5,379,028 A | 1/1995 | Chung |
| 5,460,228 A | 10/1995 | Butler |
| 5,505,565 A | 4/1996 | Andrew de Leon et al. |
| 5,548,276 A | 8/1996 | Thomas |
| 5,587,705 A | 12/1996 | Morris |
| 5,657,380 A | 8/1997 | Mozer |
| 5,663,714 A | 9/1997 | Fray |
| 5,673,023 A | 9/1997 | Smith |
| 5,724,020 A | 3/1998 | Hsu |
| 5,726,629 A | 3/1998 | Yu |
| 5,764,134 A | 6/1998 | Carr et al. |
| 5,786,749 A | 7/1998 | Johnson et al. |
| 5,786,768 A | 7/1998 | Chan et al. |
| 5,793,280 A | 8/1998 | Hincher |
| 5,798,686 A | 8/1998 | Schreiner |
| 5,841,347 A | 11/1998 | Kim |
| 5,846,089 A | 12/1998 | Weiss et al. |
| 5,856,781 A | 1/1999 | Michel et al. |
| 5,864,288 A | 1/1999 | Hogan |
| 5,874,893 A | 2/1999 | Ford |
| 5,877,698 A | 3/1999 | Kusnier et al. |
| 5,886,631 A | 3/1999 | Ralph |
| 5,894,275 A | 4/1999 | Swingle |
| 5,898,369 A | 4/1999 | Godwin |
| 5,905,438 A | 5/1999 | Weiss et al. |
| 5,914,650 A | 6/1999 | Segan |
| 5,936,515 A | 8/1999 | Right et al. |
| 5,986,540 A | 11/1999 | Nakagaki et al. |
| 6,043,750 A | 3/2000 | Mallory |
| 6,097,289 A | 8/2000 | Li et al. |
| 6,114,967 A | 9/2000 | Yousif |
| 6,121,885 A | 9/2000 | Masone et al. |
| 6,144,310 A | 11/2000 | Morris |
| 6,307,482 B1 | 10/2001 | Le Bel |

**U.S. Patent**      Jul. 29, 2003      Sheet 1 of 5      **US 6,600,424 B1**



**Fig. 1**

BRK_000466

Case: 1:13-cv-07900 Document #: 143-2 Filed: 05/05/14 Page 95 of 327 PageID #:4008



**Fig. 2**

BRK_000467

Case: 1:13-cv-07900 Document #: 143-2 Filed: 05/05/14 Page 96 of 327 PageID #:4009



**Fig. 3**



Fig. 4



Fig. 5



Fig. 6



Fig. 7

US 6,600,424 B1

1

# ENVIRONMENT CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER

This application is a continuation and claims the benefit of the filing date of Ser. No. 09/299,483 filed Apr. 26, 1999, now U.S. Pat. No. 6,144,310 which claimed the benefit of Provisional Application Serial No. 60/117,307, filed Jan. 26, 1999 and Disclosure Document 415668.

## BACKGROUND FOR THE INVENTION

### 1. Field of Invention

The present invention relates to environmental condition detection for dwellings including smoke detection, carbon monoxide gas detection, natural gas detection, propane gas detection, combination smoke and carbon monoxide gas detection, etc. such that the audible tonal pattern alarm emitted by a detector sensing an abnormal environmental condition is accompanied by a pre-recorded voice message that clearly indicates the specific type of condition sensed or the specific location of the detector sensing the condition, or both.

### 2. Background

With the widespread use of environmental condition detectors such as smoke detectors, carbon monoxide detectors, natural gas detectors, propane detectors, etc. in residences and businesses today, there is a critical need to provide definite distinction between the tonal pattern alarms emitted by each type of detector so that the occupants of the involved dwelling are immediately made aware of the specific type of condition detected along with its location so they can take the proper immediate action. Regulating and governing bodies for products of the home safety industry (National Fire Protection Association, Underwriters Laboratories, etc.) have recently regulated the tonal patterns emitted from such environmental detectors, however, much confusion still exists among the very similar tonal pattern alarms emitted by various detector types. This is particularly true for those individuals partially overcome by the environmental condition, those asleep when the alarm occurs, young children, or the elderly. Therefore, a need exists whereby the environmental detector sensing an abnormal condition plays a recorded voice message stating the specific condition and/or location of the condition in addition to the required tonal pattern alarm. In conventional smoke detectors and carbon monoxide detectors, there are silent periods within the prescribed audible tonal pattern alarms where recorded verbal messages such as "smoke" or "CO" or "carbon monoxide" or "smoke in basement" or "utility room" (as examples) may be played during this alarm silence period to clearly discriminate between the types of audible alarms and environmental conditions and where the environmental condition was detected. Such messages immediately provide the occupants in an involved dwelling important safety information during potentially hazardous environmental conditions. The occupants can make informed decisions about how to respond to the alarm condition. Occupants residing in the uninvolved area of the dwelling may choose to assist those residing in the involved area depending on the location and type of condition detected. The type of environmental condition sensed or the location of the condition, or both are immediately made clear through the use of recorded voice messages in addition to conventional tonal pattern alarms.

## DISCUSSION OF PRIOR ART

While there are inventions in the prior art pertaining to emergency alarm systems utilizing verbal instructions, none

2

are known to the inventor which use a combination of tonal pattern alarms and factory pre-recorded voice messages with function or intent to clearly and specifically identify and clarify which type of environmental condition is present in a dwelling. Nor are there known inventions that use such pre-recorded voice messages to specifically identify the location of the environmental condition sensed by environmental condition detectors in dwellings without the use of a central control unit.

Morris (U.S. Pat. No. 5,587,705) describes a wireless smoke detector system using a minimum of two smoke detectors to indicate the location of the smoke detector sensing the smoke through coded alarm patterns. The present invention does not use wireless communication between detectors; each detector may operate without any others or may operate as a hardwired system with interconnected units for those powered by 120 VAC. Fray (U.S. Pat. No. 5,663,714) describes a warning system for giving user-recorded verbal instructions during a fire. Fray teaches an object of his invention is to warn individuals of the presence of smoke and fire and to provide verbal instructions and guidance as how to escape the hazard. Routman et al (U.S. Pat. No. 5,349,338) describe a fire detector and alarm system that uses personally familiar user-recorded verbal messages specifically for a small child or adult in need of verbal instructions during the presence of a fire. Chiang (U.S. Pat. No. 5,291,183) describes a multi-functional alarming system using a microphone to sense ambient conditions and user-recorded verbal instructions for indicating the way to escape a fire. Kim (U.S. Pat. No. 4,816,809) describes a speaking fire alarm system that uses a central control system with remote temperature sensors. Haglund et al (U.S. 4,282,519) describe a hardwired smoke detector system whereby two audible alarm codes are indicated to determine whether the smoke was detected locally or not. Only two possible alarm patterns are used and no voice message is used with Haglund's hardwired system. Molinick and Sheilds (U.S. Pat. No. 4,288,789) describe an oral warning system for monitoring mining operations that uses a plurality of non-emergency condition sensors and second sensors for detecting emergencies. The patent further describes the use of a single and system-central multiple-track magnetic tape player for storing the verbal messages and links the alarm system to control the operation of mechanical devices (mining conveyor belts, etc.) during emergency conditions when verbal messages are played.

Additionally, Morris (U.S. Pat. No. 5,587,705), Fray (U.S. Pat. No. 5,663,714), Routman et al (U.S. Pat. No. 5,349, 338), Chiang (U.S. Pat. No. 5,291,183), Kim (U.S. Pat. No. 4,816,809), and Haglund et al (U.S. Pat. No. 4,282,519) do not recite the specific use of factory pre-recorded voice messages to indicate the specific location of the environmental condition, or the use of voice messages to identify the specific type of environmental condition detected, or the use of a plurality of interconnected detectors emitting identical verbal messages, or a selectable means to define the installation location of the detector, all of which are taught in the present invention and afford significant safety advantages. While Molinick and Shields (U.S. Pat. No. 4,288,789) refer to verbally describing an emergency condition in mining operations, their patent teaches of a much more complex system than the present invention and describes a central control system with multiple stages of various configuration sensors and the use of user-recorded voice messages. Furthermore, the patent does not describe a selectable coding means to define the installation location of the sensors.

BRK_000471

US 6,600,424 B1

**3**

All known prior art providing user-recorded verbal instructions on how to escape a hazardous condition has become impractical for use in dwellings in view of the recent National Fire Protection Association (NFPA) and Underwriters Laboratories (UL) regulations that require a maximum silence period between tonal alarm patterns of 1.5 seconds (Ref. UL2034, UL217, NFPA72 and NFPA720). This period of time is sufficient for the present invention to verbally indicate the type and location of the sensed environmental condition but is unlikely to be useful to provide detailed instructions, as taught in the prior art, to occupants on how to respond to a hazardous condition.

The present invention employs either single station environmental condition detectors or a system comprising direct, hardwired communication links between a plurality of environmental condition detectors to provide a tonal pattern alarm with pre-recorded voice message information regarding the specific type of environmental condition detected or the specific location of the detector sensing the environmental condition, or both, all without the need of a centralized control unit. For detector embodiments using pre-recorded voice messages to indicate the location of the detected condition, each detector is set-up by the user during installation to define the physical location of the detector within the dwelling according to pre-defined location definitions pre-programmed into the electronic storage media. The recorded voice messages are pre-recorded into the electronic storage media during manufacture and are not normally changeable by the user. In view of the recent National Fire Protection Association and Underwriters Laboratories regulations for tonal pattern alarms, it is not practical to have the user record their own sounds during the silent periods of the tonal pattern. The user may choose to record other alarm sounds that would violate the regulations governing such tonal patterns and compromise the safety features of the device. The use of factory pre-recorded voice messages alleviates this problem.

It is emphasized that no other related prior art known to the inventor makes use of factory pre-recorded voice messages to indicate the location of the environmental condition or the type of condition or both. Sufficient addressable electronic memory is available in the preferred embodiment of the invention to afford numerous pre-recorded voice messages.

SUMMARY OF THE INVENTION

Described herein is the Environmental Condition Detector with Audible Alarm and Voice Identifier invention, which comprises an environmental condition detector, such as a smoke detector, carbon monoxide gas detector, natural gas detector, propane detector, or any combination detector thereof, which detects the desired environmental condition(s) by those methods well known and described in the art and emits the prescribed audible tonal pattern alarm in accordance with the industry's empowered governing bodies (National Fire Protection Association, Underwriters Laboratories etc.) criteria for such environmental conditions. Simultaneously, the environmental condition detector sensing the condition emits a verbal message to indicate, through a recorded voice message or synthesized human voice, the condition being sensed. This recorded voice message is emitted simultaneously with the audible tonal pattern alarm so as normally to occur during silent segments of the prescribed tonal pattern alarm. For example, for the condition of smoke detection, the smoke detector emits the following combination audible tonal pattern alarm (Beep) and recorded voice message. "Beep - - - Beep - - - Beep - - -

**4**

'SMOKE' - - - Beep - - - Beep - - - Beep - - - 'SMOKE' - - - "in a periodic manner for as long as the environmental condition is detected. As a second example, for carbon monoxide detection, a carbon monoxide detector emits "Beep - - - Beep - - - Beep - - - 'CO' - - - Beep - - - Beep - - - Beep - - - Beep - - - 'CO' - - -". As a third example, for smoke detection with the location identifier, a smoke detector emits "Beep - - - Beep - - - Beep - - - 'SMOKE IN BASEMENT' - - - Beep - - - Beep - - - Beep - - - 'SMOKE IN BASEMENT' - - - ". As a fourth example, for carbon monoxide detection with a voice location only identifier, a carbon monoxide detector emits ""Beep - - - Beep - - - Beep - - - Beep - - - 'Utility Room' - - - Beep - - - Beep - - - Beep - - - Beep - - - 'Utility Room' - - -".

OBJECTS AND ADVANTAGES OF THE PRESENT INVENTION

It is one object of the present invention to provide environmental condition detectors that function as single station (non-interconnected) detector units equipped to emit a tonal pattern alarm and a recorded voice message. The recorded voice message clearly identifies the location of the environmental condition detector sensing the condition, or describes the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The single station detector embodiment is battery powered or 120 VAC powered. User-selectable coding switches or jumpers permit the user to define the physical location of the single station unit within the dwelling. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both, of an abnormal environmental condition as related to single station units.

It is another object of the present invention to provide an environmental condition detection system where one detector sensing an environmental condition causes all other interconnected detectors to emit identical tonal pattern alarms and recorded voice messages. The hardwired, directly interconnected detectors forming the environmental condition detection system are 120 VAC powered with optional battery back-up and use the recorded voice message to identify the location of the environmental condition detector sensing the condition, or to describe the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The environmental condition detection system embodiments of the present invention do not require the use of a centralized control unit (control panel) between detectors. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both, of an abnormal environmental condition as related to a directly interconnected environmental condition detector system having no central control unit or panel.

A major advantage of both the single station embodiment and the system embodiment of the present invention is the use of factory pre-recorded voice messages that fit within the National Fire Protection Association and Underwriters Laboratories specified 1.5 second silence period of the standard smoke detector and carbon monoxide detector tonal pattern alarms. Prior art using user-recorded voice messages are intended to indicate directions on how to escape the hazard or how to respond to a hazard. Such messages would not practically fit into the maximum 1.5 second silent time period in conventional tonal alarm patterns for smoke detec-

US 6,600,424 B1

5

tors and carbon monoxide detectors used in dwellings. The allowance for a user to record his or her own messages may actually add to the confusion and danger that results during an alarm condition if the user chooses to record additional alarm sounds or errs in the directions given in the message on how to properly respond to a hazardous condition.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a sketch of a preferred embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 2 is a sketch of a preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 3 is a sketch of a second preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 4 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector and using a recorded voice message as an environmental condition type identifier according to the invention.

FIG. 5 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector using a recorded voice message as an environmental condition location identifier according to the invention.

FIG. 6 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a carbon monoxide detector and using a recorded voice message as an environmental condition type identifier and location identifier according to the invention.

FIG. 7 shows one method for the user to select the installation location coding of the Environmental Condition Detector With Alarm and Voice Identifier according to the invention.

### DETAILED DESCRIPTION OF THE INVENTION

A preferred embodiment of the Environmental Condition Detector with Alarm and Voice Identifier 6 is shown in FIG. 1. The unit is powered by a battery 40 and/or by standard 120 VAC (not shown). The environmental condition sensor and alarm unit 10 (conventional smoke detector, carbon monoxide detector, combination smoke detector and carbon monoxide detector, natural gas detector, propane detector, abnormal temperature etc.) is any sensor type(s) utilizing environmental detection methods and alarm devices typically known in the art of smoke detectors, carbon monoxide detectors and other hazard detectors. Upon sensing the environmental condition, the environmental condition sensor and alarm unit 10 sounds its tonal pattern alarm to indicate that an environmental condition has been sensed in the immediate area. The alarm pattern is a prescribed audible tonal pattern alarm corresponding to the environmental condition as set forth by the empowered governing body (National Fire Protection Association, Underwriters Laboratories etc.). The interface and control unit 20 electronically interfaces with the environmental condition sensor and alarm unit 10 and controls the timing of a recorded voice

6

message that is emitted simultaneously with the audible tonal pattern alarm such that the recorded voice message is emitted only during the period when the audible tonal pattern alarm cycles through a silent period. In one embodiment, an electronic signal frequency counter (not shown) is used to determine when the silent period of the audible alarm is occurring. The recorded voice message or synthesized human voice message is factory-recorded on an electronic storage media 30 such as, but not limited to, a ROM device. The recorded voice message is emitted through a speaker or other audio transducer 70. For the embodiments of the invention requiring identification of the location of the environmental condition detector sensing the environmental condition, a selectable coding apparatus 50 (jumper selector or DIP switch) which connects to the interface and control unit 20 is provided to select one of several predefined physical locations of the environmental condition detectors within a residence. Recorded voice messages to identify physical locations consistent with the position of the selectable coding apparatus 50 are stored on the electronic storage media 30. The selectable coding apparatus 50 is set to correspond to the location within the dwelling where the particular environmental condition detector 6 is installed. A language code selector (jumper set or DIP switch) 60 is used to choose the language type (English, Spanish, etc.) used by the recorded voice. For interconnected 120 VAC units, when one environmental condition detector sounds its tonal pattern alarm and recorded voice message, all interconnected units will sound identical tonal pattern alarms and recorded voice messages in temporal phase. For the environmental condition detection system embodiment, an interconnecting conductor set 80 sends and receives a coded electrical signal encoded and decoded by the interface and control unit 20 by the sending and receiving detector, respectively. The coding of the signal sent over the interconnecting conductor set determines what specific recorded voice message is played from the electronic storage media 30 at the interconnected lost remotely located environmental condition detectors. Another embodiment of the invention shown in FIG. 3 uses several interconnection conductors which alleviates the need for electrical encoding and decoding of the signal sent and received over the interconnecting conductor set 80.

Shown in FIG. 2 is a sketch of a preferred embodiment of the electronic circuitry for one detector unit of the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit 10 connects to the interface and control unit 20 to trigger the monostable multivibrator 21 for a predetermined period of time when an environmental condition is detected. The monostable multivibrator 21 enables the signal encoder 22 to send a coded electrical signal to the local signal decoder 23 and to all other signal decoders of interconnected detectors hardwired linked together through the conductor set 80 shown in FIG. 1. Upon receiving a local or remote encoded signal, the signal decoder 23 decodes the signal and validates or rejects the signal. Upon validation of a received signal, within each interconnected detector, the signal decoder 23 enables and addresses the electronic voice memory integrated circuit 31 to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All recorded voice messages emitted by the interconnected detector units connected through the conductor set 80 via electrical conductor connector 37 are in temporal phase. A selectable coding apparatus of switches or jumpers 51 defines the physical installation location of each envi-

BRK_000473

US 6,600,424 B1

7

ronmental condition detector through pre-defined location designations illustrated in FIG. 7. A language selector switch apparatus 60 is used to select which language is used during the playing of the recorded voice messages. The recorded voice message is played through a speaker 70.

Shown in FIG. 3 is a sketch of a second preferred embodiment of the electronic circuitry for one detector unit for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit 10 connects to the interface and control unit 20 to trigger the monostable multivibrator 21 for a predetermined period of time when an environmental condition is detected. The monostable multivibrator 21 enables the electronic voice memory integrated circuit 31 to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All detector units within the interconnected system share common electrical connection to the address bits on each detector unit's electronic voice memory integrated circuit 31 through a multiple conductor connector interface 35 which results in all detector units emitting identical recorded voice messages in temporal phase. A selectable coding apparatus of switches or jumpers 52 defines the physical installation location of each environmental condition detector through pre-defined location designations illustrated in FIG. 7. A language selector 21 switch apparatus 60 is used to select which language is used during the playing of the recorded voice messages. The recorded voice message is played through a speaker 70.

Shown in FIG. 4 is an example alarm timing plot of the sound emitted 82 by an environmental condition detector using both an audible tonal pattern alarm 85 and a recorded voice message 90 to convey information about the specific environmental condition detected. In the example exhibited in FIG. 2, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition type identifier only. The recorded voice message 90 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 85 consistent with conventional smoke detector alarms.

Shown in FIG. 5 is an example alarm timing plot of the sound emitted 92 by an environmental condition detector using an audible tonal pattern alarm 95 to convey the specific type of environmental condition and a recorded voice message 100 to convey the location of the detected environmental condition. In the example exhibited in FIG. 5, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition location identifier only. The recorded voice message 100 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 95 consistent with conventional smoke detector alarms.

Shown in FIG. 6 is an example alarm timing plot of sound emitted 102 by an environmental condition detector using an audible tonal pattern alarm 105 and a recorded voice message 110 to convey the specific type of environmental condition detected and the location of the environmental condition detector sensing the environmental condition. In the example exhibited in FIG. 6, the environmental condition detector embodiment is a carbon monoxide detector using voice as both an environmental condition type identifier and location identifier. The recorded voice message 110 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 105 consistent with conventional carbon monoxide alarms. The example tonal pattern alarms and recorded voice messages are illustrative and not intended to provide an exhaustive exhibit of all possible tonal alarm patterns and recorded voice messages.

8

Shown in FIG. 7 is a selectable coding apparatus 115 for the user to select one of the pre-defined locations of the Environmental Condition Detector with Alarm and Voice Identifier embodiment when and where it is installed in a dwelling. Selectable coding means such as a jumper 117 on DIP header pins 120 or DIP switches (not shown) are simple methods to define the installation location of a detector embodiment. Typical dwelling locations are shown in FIG. 7 and are not intended to exhibit an exhaustive list.

The various preferred embodiments described above are merely descriptive of the present invention and are in no way intended to limit the scope of the invention. Modifications of the present invention will become obvious to those skilled in the art in light of the detailed description above, and such modifications are intended to fall within the scope of the appended claims.

I claim:

1. A self-contained ambient condition detector comprising:

an ambient condition sensor;

control electronics coupled to the sensor and responsive thereto, in response to a predetermined ambient condition, a user unalterable, pre-stored, audible, alarm identifying tonal output pattern is emitted wherein the pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones wherein the tones are interrupted and are spaced apart from one another by silent intertonal spacing intervals of a common duration and wherein the common duration is always shorter than each of the silent intervals and where the control electronics includes voice output circuitry, the voice circuitry includes a factory pre-stored, user unalterable, verbal alarm-type output message, the pre-stored message is associated with the tonal output pattern and verbalizes the respective alarm type and where the control electronics, in response to the predetermined ambient condition, emits the audible tonal pattern and repetitively emits the verbal alarm-type message in respective silent intervals,

wherein the voice circuitry includes solid state storage circuitry for the pre-stored verbal message, a second sensor coupled to the control electronics, and a second condition warning audible message stored in the solid state storage circuitry, and a common housing which carries the sensors, the electronics, the output circuitry and a power supply.

2. A detector as in claim 1 wherein in response to sensing the second condition, the control electronics repetitively emits the second warning verbal message.

3. A detector as in claim 2 wherein the ambient condition sensor is selected from a class which includes a fire sensor, and a gas sensor.

4. A detector as in claim 3 wherein the second sensor is selected from a class which includes a fire sensor, and a gas sensor.

5. A self-contained ambient condition detector comprising:

an ambient condition sensor;

control electronics coupled to the sensor and responsive thereto wherein in response to a predetermined ambient condition, a user unalterable, pre-stored, audible, alarm identifying tonal output pattern is emitted, the pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones, the tones are interrupted and are spaced apart

US 6,600,424 B1

9

from one another by silent intertonal spacing intervals of a common duration and wherein the common duration is always shorter than each of the silent intervals and wherein the control electronics includes voice output circuitry, the voice circuitry includes a factory pre-stored, user unalterable, verbal alarm-type output message where the pre-stored message is associated with the tonal output pattern and verbalizes the respective alarm type and wherein the control electronics, in response to the predetermined ambient condition, emits the audible tonal pattern and repetitively emits the verbal alarm-type message in respective silent intervals;

a common housing for the sensor, the electronics, the output circuitry and a power supply, wherein the sensor is a fire sensor and the pre-stored verbal message specifies a fire to reinforce a respective tonal output pattern indicative of sensed fire;

wherein the fire indicating tonal output pattern defines groups of substantially identical output tones with a common interval spacing of the common duration and where the silent intervals are at least twice as long as the common duration; and

which includes at least one pre-stored verbal counterpart to the pre-stored verbal message wherein the pre-stored verbal message and the verbal counterpart are in first and second different languages.

6. A detector as in claim 5 which includes a manually operable, language specifying element.

7. A detector comprising:

a housing;

a fire sensor carried by the housing;

a control element coupled to the sensor wherein the element includes circuitry for detecting a fire;

an alarm indicating audible output device coupled to the control element wherein the control element, in response to a detected fire, drives the output device to repetitively emit interrupted groups of fire alarm indicating tones wherein the members of the groups are spaced apart from one another by a first time interval and wherein groups are spaced apart by silent, longer second time intervals;

semiconductor storage for at least a word indicative of fire wherein in response to a detected fire the control element repetitively injects the stored fire indicating word into only the second time intervals between groups of fire alarm indicating tones, wherein the tonal patterns are predefined, and not user alterable and wherein the output word is pre-stored at manufacture and not user alterable;

the housing also carries a power supply and is installable by a user as a self-contained unit; and

which includes a second condition sensor and an associated verbal, condition warning phrase stored in the semiconductor storage.

8. A detector as in claim 7 wherein the control element emits the associated verbal condition warning phrase in response to a predetermined output from the second sensor.

9. An apparatus comprising:

a first detector having:
a housing;
at least one ambient condition sensor carried by the housing;
a control element, carried by the housing and coupled to the sensor, for establishing the presence of a local alarm condition;

10

a wired input/output port coupled to the control element wherein the port and control element receive signals from other detectors, or, transmit signals to other detectors;

an audible output device, coupled to the control element and responsive thereto for emitting at least one user unalterable prescribed, alarm specifying, audible tonal pattern, activated in response to one of, the presence of a local alarm condition or a received signal indicating an alarm condition at a displaced detector, wherein some of the tones are spaced apart from one another by a first time interval and wherein others of the tones are closer together;

a manually settable location specifying member, coupled to the control element whereby a user can specify a location at which the housing is installed; and

voice annunciating circuitry and a plurality of stored, user unalterable verbal outputs identifying at least a plurality of locations for specifying an alarm location wherein in response to one of, an established local alarm condition, or received signals from another detector, the voice annunciating circuitry verbally outputs at least one of an alarm type message, or, an alarm location message repetitively in at least some of the first intervals, such that where a local alarm condition has been detected, at least one of, the location established by the manually settable member, or, the type of alarm is verbalized, and where alarm indicating signals have been received, at least one of the alarm type at the detector transmitting the signals, or, the location specified by the settable member of the detector transmitting the signals is verbalized.

10. An apparatus as in claim 9 wherein the ambient condition sensor comprises at least one of a fire sensor and a gas sensor.

11. An apparatus as in claim 10 wherein the control element includes a programmed processor and at least one pre-stored tonal output pattern indicative of the sensed ambient condition.

12. An apparatus as in claim 11 which includes a second pre-stored tonal output pattern indicative of a second sensed ambient condition.

13. An apparatus as in claim 10 which includes at last a second detector, substantially identical to the first detector and coupled therewith via the input/output ports, wherein in response to the first detector establishing the presence of a local alarm condition and sending alarm and location indicating signals to the second detector whereby the second detector emits the prescribed audible tonal pattern identifying the alarm type and during at least some of the first intervals, and verbalizes the location specified by the location specifying member of the first detector.

14. An apparatus as in claim 13 wherein the detectors each include at least one, prestored, alarm type indicating message wherein the second detector, in response to the received alarm and location indicating message, from the first detector, verbalizes the type of alarm condition local to the first detector during at least some of the first intervals.

15. An apparatus as in claim 13 wherein each detector includes a power supply.

16. An apparatus as in claim 15 wherein the supply includes a connector for engaging an exterior source of energy.

17. An apparatus as in claim 15 wherein the input/output ports each exhibit a connector coupling one of a coded signal between detectors, or a plurality of signals between detectors.

US 6,600,424 B1

11

**18.** An apparatus as in claim 17 wherein input/output ports for coupling a coded signal between detectors comprise a plurality of conductors for coupling electrically coded signals between detectors.

**19.** An apparatus as in claim 18 wherein the plurality comprises two conductors.

**20.** An apparatus as in claim 17 wherein the input/output ports for coupling of signals between detectors comprise a plurality of conductors for carrying uncoded electrical signals between detectors.

**21.** An apparatus as in claim 13 which includes circuitry in the detectors for encoding and decoding the alarm and location indicating signals.

**22.** An apparatus as in claim 9 which includes a second, different sensor and wherein the voice annunciating circuitry outputs another user unalterable message, wherein the another message describes a second type of sensed ambient condition such that the message is emitted during periods of silence in a prescribed, user unalterable tonal alarm pattern indicative of the second type of sensor.

**23.** An environmental condition detector using pre-recorded voice messages to indicate the location of an environmental condition detected in a region comprising:

(a) at least one sensor for detecting the presence of an environmental condition in the region wherein the sensor comprises a type selected from a group including a smoke sensor, a carbon monoxide sensor, a natural gas sensor, a propane sensor, and any multiple combination of the sensors;

(b) an electronic storage device for storing user unalterable pre-recorded voice messages wherein at least some of the messages represent different locations;

(c) a selecting device for a user to select one of the pre-recorded voice messages to represent the location of the detector in the region;

(d) an electronic circuit coupled to the at least one sensor, and the devices for activation of an audible alarm device which emits user unalterable prescribed groups of pulsating, audible output tonal patterns for the duration of the sensed environmental condition, wherein groups of patterns are spaced apart by predetermined silent periods, wherein the electronic circuit repeatedly emits selected pre-recorded user unalterable voice messages that verbally describe the location of the detected environmental condition, as specified by the selecting device, for the duration of detection thereof wherein the selected pre-recorded voice message is repeatedly emitted during at least some of the silent periods; and

(e) a housing which carries the sensor, the electronic circuit, the electronic storage device, the alarm device and the selecting device.

**24.** A method for providing environmental condition detection for a building comprising:

(a) providing a plurality of detectors for a building having one or more distinctive regions;

(b) setting a selectable coding element to define each detector's installation location in the building whereupon a detector sensing an environmental condition emits a prescribed audible tonal pattern alarm and a user unalterable pre-recorded voice message which verbally describes the installation location of the detector sensing an environmental condition, during the periods of silence in the tonal pattern emitted by that detector, for the duration of the environmental condition; and

(c) interconnecting a minimum of two environmental condition detectors forming an environmental condi-

12

tion detection system such that the interconnected detectors respond to one detector which is sensing an environmental condition whereby all other interconnected detectors emit substantially the same tonal pattern alarm and pre-recorded voice message as those emitted by the environmental condition detector sensing the environmental condition.

**25.** The method of claim 24 wherein said method comprises emitting a pre-recorded voice message that verbally describes the type of environmental condition detected, for the duration of the detection of the said environmental condition, such that the pre-recorded voice message is repetitively emitted during at least some periods of silence in the prescribed audible tonal pattern alarm.

**26.** The method of claim 24 wherein said method comprises providing an environmental condition detector selected from a group which includes a smoke detector, a carbon monoxide detector, a natural gas detector, a propane detector, and any multiple combination of these environmental condition detector types.

**27.** An apparatus comprising:

a first detector having:

a housing;

at least one ambient condition sensor carried by the housing;

circuitry, carried by the housing and coupled to the sensor, for establishing the presence of a local alarm condition;

a wired input/output port coupled to the circuitry wherein the port and circuitry receive signals from other detectors, or, transmit signals to other detectors;

an audible output device, coupled to the circuitry and responsive thereto for emitting at least one user unalterable prescribed, alarm specifying, audible tonal pattern, activated in response to one of, the presence of a local alarm condition or a received signal indicating an alarm condition at a displaced detector, wherein some of the tones are spaced apart from one another by a first time interval and wherein others of the tones are closer together; and

wherein the circuitry includes voice annunciating circuits and at least one of a stored, user unalterable verbal alarm type output, and, a plurality of stored, user unalterable verbal outputs identifying at least a plurality of locations for specifying an alarm location wherein where a local alarm condition has been detected, at least one of, the alarm type or alarm location is verbalized, and where alarm indicating signals have been received, at least one of the alarm type at the detector transmitting the signals, or, the alarm location is verbalized.

**28.** An apparatus as in claim 27 wherein the ambient condition sensor comprises at least one of a fire sensor and a gas sensor.

**29.** An apparatus as in claim 28 wherein the circuitry includes a programmed processor and at least one pre-stored tonal output pattern indicative of the sensed ambient condition.

**30.** An apparatus as in claim 29 which includes a second pre-stored tonal output pattern indicative of a second sensed ambient condition.

**31.** An apparatus as in claim 28 which includes at least a second detector, substantially identical to the first detector and coupled therewith via the input/output ports, wherein in response to the first detector establishing the presence of a local alarm condition and sending an alarm indicating signal to the second detector, the second detector emits the pre-

BRK_000476

US 6,600,424 B1

13

scribed audible tonal pattern identifying the alarm type and during at least some of the first intervals, and verbalizes at least one of the type of alarm at the first detector or the location thereof.

**32.** An apparatus as in claim 27 which includes a second, different sensor and wherein the voice annunciating circuits output another user unalterable message, wherein the another message describes a second type of sensed ambient condition such that the message is emitted during periods of silence in a prescribed, user unalterable tonal alarm pattern indicative of the second type of sensor.

**33.** An apparatus as in claim 27 wherein each detector includes a power supply.

**34.** An apparatus as in claim 27 wherein the input/output ports each include a connector coupling one of a coded signal between detectors, or a plurality of signals between detectors.

**35.** An apparatus as in claim 34 wherein input/output ports for coupling a coded signal between detectors comprise at least one conductor for coupling electrically coded signals between detectors.

**36.** An apparatus as in claim 34 wherein the input/output ports for coupling a plurality of signals between detectors comprise a plurality of conductors for carrying uncoded electrical signals between detectors.

**37.** An environmental condition detector which uses pre-recorded voice messages to indicate the location of an environmental condition detected in a region comprising:

  at least one sensor for detecting the presence of an environmental condition in the region wherein the sensor comprises a type selected from a group including a fire sensor, a carbon monoxide sensor, a natural gas sensor, a propane sensor, and any multiple combination of the sensors;

  an electronic storage device for storing user unalterable pre-recorded voice messages wherein at least some of the messages represent different locations;

  an electrical signal to select one of the pre-recorded voice messages to represent the location of the detector in the region;

  an electronic circuit coupled to the at least one sensor, and the device for activation of an audible alarm device

14

which emits user unalterable prescribed groups of pulsating, audible output tonal patterns for the duration of the sensed environmental condition, wherein groups of patterns are spaced apart by predetermined tonal silent periods, wherein the electronic circuit repeatedly verbalizes the selected, pre-recorded, user unalterable location message during at least some of the silent periods; and

  a housing which carries the sensor, the electronic circuit, the electronic storage device, and the alarm device.

**38.** A detector as in claim 37 wherein one of the pre-recorded voice messages specifies an alarm type and wherein the electronic circuit verbalizes the alarm type during some of the tonal silent periods.

**39.** A method for providing environmental condition detection for a building comprising:

  (a) providing a plurality of detectors for a building having one or more distinctive regions;

  (b) interconnecting the detectors with at least one conductor;

  (c) sensing an environmental condition at a detector and emitting a prescribed audible tonal alarm pattern and a user unalterable pre-recorded voice message which verbally describes the type of environmental condition, during the periods of silence in the tonal pattern emitted by that detector, for the duration of the environmental condition; and wherein all other interconnected detectors emit substantially the same tonal alarm pattern and pre-recorded voice message as emitted by the detector sensing the environmental condition.

**40.** The method of claim 39 wherein a pre-recorded voice message that verbally describes the location of the sensed environmental condition is repetitively emitted during at least some periods of silence in the emitted tonal pattern at all interconnected detectors.

**41.** The method of claim 39 which includes providing an environmental condition detector selected from a group which includes a fire detector, a carbon monoxide detector, a natural gas detector, a propane detector, and any multiple combination of the detector types.

* * * * *



08-31-00                                                                     A

Comparable to Form PTO/SB/05 (12/97)
Approved for use through 09/30/00. OMB0651-0032
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## UTILITY PATENT APPLICATION TRANSMITTAL
(For new Non-provisional applications under 37 CFR1.53(b))

| | |
|---|---|
| Attorney Docket No.: | BRC 209.1 US |
| First Named Inventor: | Gary J. Morris |
| Express Mail Label No. | EL 601 558 790 US |

Box PATENT APPLICATION
Hon. For Commissioner For Patents
Washington, D.C. 20231

Sir:

Transmitted herewith for filing is a new utility patent application of inventor(s): **Gary J. Morris** and entitled:
**Environmental Condition Detector With Audible Alarm and Voice Identifier.**

### Application Elements:

1. ☒   Specification containing 28 pages (preferred arrangement set forth below)
   - Descriptive Title of the Invention
   - Cross-reference to related applications (if applicable)
   - Statement regarding Federally-sponsored Research & Development (if applicable)
   - Reference to Microfiche Appendix (if applicable);
   - Background of the Invention
   - Brief Summary of the Invention
   - Brief Description of the Drawings (if filed)
   - Detailed Description
   - Claim(s)
   - Abstract of the Disclosure

2. ☒   Drawings:  5  Sheets of ☒ formal drawings    ☐ informal drawings

3. ☒   Oath or Declaration
   - a.  ☐   An executed declaration or oath for the utility patent application including a power of attorney,
   - b.  ☐   An unexecuted declaration or oath for the utility patent application including a power of attorney;
   - c.  ☒   Copy from a prior application (37 CFR 1.63(d), for continuation/divisional with No. 16 completed.  [Note No. 4 below.]).
     - i.  ☐   Signed statement attached deleting inventor(s) named in the prior application (see 37 CFR 1.63(d)(2) and 1.33(b).

4. ☒   **For CONTINUATION or DIVISIONAL Applications only:** The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 3c, is considered as being part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation <u>can only</u> be relied upon when a portion has been inadvertently omitted from the submitted application parts.

BRK_000478

5.  ☐   Microfiche Computer Program (Appendix)

6.  ☐   Nucleotide and/or Amino Acid Sequence submission. including:
    ☐   Computer readable copy,
    ☐   Paper copy (identical to computer copy),
    ☐   Statement verifying identity of above copies.

**Accompanying Application Parts:**

7.  ☐   Assignment Papers (cover sheet, document(s) and requisite fee).

8.  ☐   37 CFR 3.73(b) Statement (where there is an assignee)
    ☐   Power of Attorney

9.  ☐   English Translation document (if applicable)

10.  ☐   Information Disclosure Statement (IDS), including PTO-1449
    ☐   Copies of IDS Citations

11.  ☐   Preliminary Amendment

12.  ☒   Return Postcard for PTO Mail Room Date Stamp (should be specifically itemized).

13.  ☐   Small Entity Statement(s)
    ☐   Statement filed in prior application, status still proper and desired.

14.  ☐   Certified Copy of Priority Document(s) (if foreign priority is claimed).

15.  ☒   Other Substitute Power of Attorney _____

16.  ☒   **If Continuing Application,** check appropriate box and supply the requisite information below and in a preliminary amendment:
    ☒ Continuation    ☐ Divisional    ☐ Continuation-in-part (CIP) of prior application No.
    09/299,483___ , filed April 26, 1999___ .
    Prior application information:   Examiner: N. Tong_____    Group/Art Unit: ___2736_____

**Fee Calculation**

The filing fee has been calculated as shown below:

| For | No. Filed | No. Allowed | No. Extra | Rate | Fee | | Rate | Fee |
|---|---|---|---|---|---|---|---|---|
| | | | | Small Entity | | | Large Entity | |
| Basic Fee | | | | | $345.00 | OR | | $690.00 |
| Total Claims | 21 | - 20 = | 1 | x $9.00 | $ | OR | x $18.00 | $18.00 |
| Indep. Claims | 7 | - 3 = | 4 | x $39.00 | $ | OR | x $78.00 | $312.00 |
| Multiple Dependent Claims Present | | | | + $130.00 | $ | OR | + $260.00 | $ |
| | | | | TOTAL | $ | OR | TOTAL | $1020.00 |

BRK_000479

17. ☒   A check in the amount of $1020.00 __ to cover the filing fee is enclosed.

18. ☐   Please charge my Deposit Account No. 04-1644 in the amount of $_____.

19. ☒   The Commissioner is authorized to charge payment of the following amounts associated with this communication or credit any overpayment to Deposit Account No. 04-1644:

    ☒   Additional filing fees under 37 CFR 1.16 or deficiencies in remittances therefor.

    ☒   Additional processing fees under 37 CFR 1.17 or deficiencies in remittances therefor.

    ☒   **ONLY if applicant has partially paid** the patent issue fee under 37 C.F.R. §1.18, then the **deficiency** shall be charged to Deposit Account No. 04-1644, and the Commissioner is authorized to so charge the Deposit Account.

Date: ___August 30, 2000___   Attorney's Signature _____

                                       Paul M. Vargo, Reg. No. 29,116

Correspondence Address:
ROCKEY, MILNAMOW & KATZ, LTD.
Two Prudential Plaza
180 North Stetson Avenue, Suite 4700
Chicago, Illinois 60601
Telephone: (312) 616-5400
Facsimile: (312) 616-5460

---

**CERTIFICATE OF MAILING BY EXPRESS MAIL**

I hereby certify that this Utility Patent Application Transmittal, enclosed application, and any other documents referred to as enclosed herein, are being deposited in an envelope with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated below and addressed to Box PATENT APPLICATION, Assistant Commissioner for Patents, Washington, D.C. 20231.

| | |
|---|---|
| Express Mail Label No.: | EL 601 558 790 US |
| Date of Deposit: | August 30, 2000 |
| Typed/Printed Name of Person Signing: | Rowena K. Lieber |
| Signature: | _Rowena K. Lieber_ |

BRK_000480

<u>U.S. Patent Application:</u>

# Environmental Condition Detector with Audible Alarm and Voice Identifier

**Inventor: Gary J. Morris**
**2026 Glenmark Avenue**
**Morgantown, WV 26505**
**(304)599-5945**
**April 26, 1999**

This application is in reference to Provisional Patent Application 60/117.307 and Disclosure Document 415668.

## BACKGROUND FOR THE INVENTION

<u>Field of Invention</u>

The present invention relates to environmental condition detection for dwellings including smoke detection, carbon monoxide gas detection, natural gas detection, propane gas detection. combination smoke and carbon monoxide gas detection, etc. such that the audible tonal pattern alarm emitted by a detector sensing an abnormal environmental condition is accompanied by a pre-recorded voice message that clearly indicates the specific type of condition sensed or the specific location of the detector sensing the condition. or both.

<u>Background</u>

With the widespread use of environmental condition detectors such as smoke detectors, carbon monoxide detectors, natural gas detectors. propane detectors, etc. in residences and businesses today, there is a critical need to provide definite distinction between the tonal pattern alarms emitted by each type of detector so that the occupants of the involved dwelling are



CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

immediately made aware of the specific type of condition detected along with its location so they can take the proper immediate action. Regulating and governing bodies for products of the home safety industry (National Fire Protection Association, Underwriters Laboratories, etc.) have recently regulated the tonal patterns emitted from such environmental detectors, however, much confusion still exists among the very similar tonal pattern alarms emitted by various detector types. This is particularly true for those individuals partially overcome by the environmental condition, those asleep when the alarm occurs, young children, or the elderly. Therefore, a need exists whereby the environmental detector sensing an abnormal condition plays a recorded voice message stating the specific condition and/or location of the condition in addition to the required tonal pattern alarm. In conventional smoke detectors and carbon monoxide detectors, there are silent periods within the prescribed audible tonal pattern alarms where recorded verbal messages such as *"smoke"* or *"CO"* or *"carbon monoxide"* or *"smoke in basement"* or *"utility room"* (as examples) may be played during this alarm silence period to clearly discriminate between the types of audible alarms and environmental conditions and where the environmental condition was detected. Such messages immediately provide the occupants in an involved dwelling important safety information during potentially hazardous environmental conditions. The occupants can make informed decisions about how to respond to the alarm condition. Occupants residing in the uninvolved area of the dwelling may choose to assist those residing in the involved area depending on the location and type of condition detected. The type of environmental condition sensed or the location of the condition, or both

2

CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

are immediately made clear through the use of recorded voice messages in addition to conventional tonal pattern alarms.

Discussion of Prior Art

While there are inventions in the prior art pertaining to emergency alarm systems utilizing verbal instructions. none are known to the inventor which use a combination of tonal pattern alarms and factory pre-recorded voice messages with function or intent to clearly and specifically identify and clarify which type of environmental condition is present in a dwelling. Nor are there known inventions that use such pre-recorded voice messages to specifically identify the location of the environmental condition sensed by environmental condition detectors in dwellings without the use of a central control unit.

Morris (US5587705) describes a wireless smoke detector system using a minimum of two smoke detectors to indicate the location of the smoke detector sensing the smoke through coded alarm patterns. The present invention does not use wireless communication between detectors; each detector may operate without any others or may operate as a hardwired system with interconnected units for those powered by 120VAC. Fray (US5663714) describes a warning system for giving user-recorded verbal instructions during a fire. Fray teaches an object of his invention is to warn individuals of the presence of smoke and fire and to provide verbal instructions and guidance as how to escape the hazard. Routman et al (US5349338) describe a fire detector and alarm system that uses personally familiar user-recorded verbal messages

3

CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

specifically for a small child or adult in need of verbal instructions during the presence of a fire.
Chiang (US5291183) describes a multi-functional alarming system using a microphone to sense
ambient conditions and user-recorded verbal instructions for indicating the way to escape a fire.
Kim (US4816809) describes a speaking fire alarm system that uses a central control system with
remote temperature sensors. Haglund et al (US4282519) describe a hardwired smoke detector
system whereby two audible alarm codes are indicated to determine whether the smoke was
detected locally or not. Only two possible alarm patterns are used and no voice message is used
with Haglund's hardwired system. Molinick and Sheilds (US4288789) describe an oral warning
system for monitoring mining operations that uses a plurality of non-emergency condition
sensors and second sensors for detecting emergencies. The patent further describes the use of a
single and system-central multiple-track magnetic tape player for storing the verbal messages
and links the alarm system to control the operation of mechanical devices (mining conveyor
belts, etc.) during emergency conditions when verbal messages are played.

Additionally, Morris (US5587705), Fray (US5663714), Routman et al (US5349338),
Chaing (US5291183), Kim (US4816809), and Haglund et al (4282519) do not recite the specific
use of factory pre-recorded voice messages to indicate the specific location of the environmental
condition, or the use of voice messages to identify the specific type of environmental condition
detected, or the use of a plurality of interconnected detectors emitting identical verbal messages,
or a selectable means to define the installation location of the detector, all of which are taught in
the present invention and afford significant safety advantages. While Molinick and Shields

 4 CONFIDENTIAL

BRK_000484

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

(US4288789) refer to verbally describing an emergency condition in mining operations, their patent teaches of a much more complex system than the present invention and describes a central control system with multiple stages of various configuration sensors and the use of user-recorded voice messages. Furthermore, the patent does not describe a selectable coding means to define the installation location of the sensors.

All known prior art providing user-recorded verbal instructions on how to escape a hazardous condition has become impractical for use in dwellings in view of the recent National Fire Protection Association (NFPA) and Underwriters Laboratories (UL) regulations that require a maximum silence period between tonal alarm patterns of 1.5 seconds (Ref. *UL2034, UL217, NFPA72 and NFPA720*). This period of time is sufficient for the present invention to verbally indicate the type and location of the sensed environmental condition but is unlikely to be useful to provide detailed instructions, as taught in the prior art, to occupants on how to respond to a hazardous condition.

The present invention employs either single station environmental condition detectors or a system comprising direct, hardwired communication links between a plurality of environmental condition detectors to provide a tonal pattern alarm with pre-recorded voice message information regarding the specific type of environmental condition detected or the specific location of the detector sensing the environmental condition, or both, all without the need of a centralized control unit. For detector embodiments using pre-recorded voice messages to indicate the location of the detected condition, each detector is set-up by the user during installation to define



5

CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

the physical location of the detector within the dwelling according to pre-defined location definitions pre-programmed into the electronic storage media. The recorded voice messages are pre-recorded into the electronic storage media during manufacture and are not normally changeable by the user. In view of the recent National Fire Protection Association and Underwriters Laboratories regulations for tonal pattern alarms, it is not practical to have the user record their own sounds during the silent periods of the tonal pattern. The user may choose to record other alarm sounds that would violate the regulations governing such tonal patterns and compromise the safety features of the device. The use of factory pre-recorded voice messages alleviates this problem.

It is emphasized that no other related prior art known to the inventor makes use of factory pre-recorded voice messages to indicate the location of the environmental condition or the type of condition or both. Sufficient addressable electronic memory is available in the preferred embodiment of the invention to afford numerous pre-recorded voice messages.

6

CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

## SUMMARY OF THE INVENTION

Described herein is the Environmental Condition Detector with Audible Alarm and Voice Identifier invention, which comprises an environmental condition detector, such as a smoke detector, carbon monoxide gas detector, natural gas detector, propane detector, or any combination detector thereof, which detects the desired environmental condition(s) by those methods well known and described in the art and emits the prescribed audible tonal pattern alarm in accordance with the industry's empowered governing bodies' (National Fire Protection Association, Underwriters Laboratories etc.) criteria for such environmental conditions. Simultaneously, the environmental condition detector sensing the condition emits a verbal message to indicate, through a recorded voice message or synthesized human voice, the condition being sensed. This recorded voice message is emitted simultaneously with the audible tonal pattern alarm so as normally to occur during silent segments of the prescribed tonal pattern alarm. For example, for the condition of smoke detection, the smoke detector emits the following combination audible tonal pattern alarm (Beep) and recorded voice message, "Beep---Beep---Beep---'*SMOKE*'---Beep---Beep---Beep---'*SMOKE*'---" in a periodic manner for as long as the environmental condition is detected. As a second example, for carbon monoxide detection, a carbon monoxide detector emits "Beep---Beep---Beep---Beep---'*CO*'---Beep---Beep---Beep---Beep---'*CO*'---". As a third example, for smoke detection with the location identifier, a smoke detector emits "Beep---Beep---Beep---"*SMOKE IN BASEMENT*'---Beep---Beep---Beep---'*SMOKE IN BASEMENT*'---". As a fourth example, for carbon monoxide



7

CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

detection with a voice location only identifier, a carbon monoxide detector emits ""Beep---Beep-
--Beep---Beep---'Utility Room'---Beep---Beep---Beep---Beep---'Utility Room'---".

Objects and Advantages of the Present Invention

It is one object of the present invention to provide environmental condition detectors that
function as single station (non-interconnected) detector units equipped to emit a tonal pattern
alarm and a recorded voice message. The recorded voice message clearly identifies the location
of the environmental condition detector sensing the condition, or describes the type of
environmental condition that has been detected, or both, as illustrated in the above, non-
exhaustive examples. The single station detector embodiment is battery powered or 120VAC
powered. User-selectable coding switches or jumpers permit the user to define the physical
location of the single station unit within the dwelling. No other related prior art is known to the
inventor that uses factory pre-recorded voice messages in combination with conventional tonal
pattern alarms to indicate the specific type or specific location, or both, of an abnormal
environmental condition as related to single station units.

It is another object of the present invention to provide an environmental condition
detection system where one detector sensing an environmental condition causes all other
interconnected detectors to emit identical tonal pattern alarms and recorded voice messages. The
hardwired, directly interconnected detectors forming the environmental condition detection
system are 120VAC powered with optional battery back-up and use the recorded voice message

8

CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

to identify the location of the environmental condition detector sensing the condition, or to describe the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The environmental condition detection system embodiments of the present invention do not require the use of a centralized control unit (control panel) between detectors. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both, of an abnormal environmental condition as related to a directly interconnected environmental condition detector system having no central control unit or panel.

A major advantage of both the single station embodiment and the system embodiment of the present invention is the use of factory pre-recorded voice messages that fit within the National Fire Protection Association and Underwriters Laboratories specified 1.5 second silence period of the standard smoke detector and carbon monoxide detector tonal pattern alarms. Prior art using user-recorded voice messages are intended to indicate directions on how to escape the hazard or how to respond to a hazard. Such messages would not practically fit into the maximum 1.5 second silent time period in conventional tonal alarm patterns for smoke detectors and carbon monoxide detectors used in dwellings. The allowance for a user to record his or her own messages may actually add to the confusion and danger that results during an alarm condition if the user chooses to record additional alarm sounds or errs in the directions given in the message on how to properly respond to a hazardous conditon.

 9

CONFIDENTIAL

BRK_000489

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a sketch of a preferred embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 2 is a sketch of a preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 3 is a sketch of a second preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 4 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector and using a recorded voice message as an environmental condition type identifier according to the invention.

FIG. 5 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector using a recorded voice message as an environmental condition location identifier according to the invention.

FIG. 6 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a carbon monoxide detector and using a recorded voice message as an environmental condition type identifier and location identifier according to the invention.

10

CONFIDENTIAL

BRK_000490

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

FIG. 7 shows one method for the user to select the installation location coding of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

11

CONFIDENTIAL

BRK_000491

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

## DETAILED DESCRIPTION OF THE INVENTION

A preferred embodiment of the Environmental Condition Detector with Alarm and Voice Identifier **6** is shown in FIG. 1. The unit is powered by a battery **40** and/or by standard 120VAC (not shown). The environmental condition sensor and alarm unit **10** (conventional smoke detector, carbon monoxide detector, combination smoke detector and carbon monoxide detector, natural gas detector, propane detector, abnormal temperature etc.) is any sensor type(s) utilizing environmental detection methods and alarm devices typically known in the art of smoke detectors, carbon monoxide detectors and other hazard detectors. Upon sensing the environmental condition, the environmental condition sensor and alarm unit **10** sounds its tonal pattern alarm to indicate that an environmental condition has been sensed in the immediate area. The alarm pattern is a prescribed audible tonal pattern alarm corresponding to the environmental condition as set forth by the empowered governing body (National Fire Protection Association, Underwriters Laboratories etc.). The interface and control unit **20** electronically interfaces with the environmental condition sensor and alarm unit **10** and controls the timing of a recorded voice message that is emitted simultaneously with the audible tonal pattern alarm such that the recorded voice message is emitted only during the period when the audible tonal pattern alarm cycles through a silent period. In one embodiment, an electronic signal frequency counter (not shown) is used to determine when the silent period of the audible alarm is occurring. The recorded voice message or synthesized human voice message is factory-recorded on an electronic storage media **30** such as, but not limited to, a



12

CONFIDENTIAL

BRK_000492

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

ROM device.   The recorded voice message is emitted through a speaker or other audio

transducer **70**. For the embodiments of the invention requiring identification of the location of

the environmental condition detector sensing the environmental condition, a selectable coding

apparatus **50** (jumper selector or DIP switch) which connects to the interface and control unit

**20** is provided to select one of several predefined physical locations of the environmental

condition detectors within a residence.   Recorded voice messages to identify physical locations

consistent with the position of the selectable coding apparatus **50** are stored on the electronic

storage media **30**.   The selectable coding apparatus **50** is set to correspond to the location

within the dwelling where the particular environmental condition detector **6** is installed.   A

language code selector (jumper set or DIP switch) **60** is used to choose the language type

(English, Spanish, etc.) used by the recorded voice.  For interconnected 120VAC units, when

one environmental condition detector sounds its tonal pattern alarm and recorded voice

message, all interconnected units will sound identical tonal pattern alarms and recorded voice

messages in temporal phase.  For the environmental condition detection system embodiment,

an interconnecting conductor set **80** sends and receives a coded electrical signal encoded and

decoded by the interface and control unit **20** by the sending and receiving detector,

respectively.  The coding of the signal sent over the interconnecting conductor set  determines

what specific recorded voice message is played from the electronic storage media **30** at the

interconnected but remotely located environmental condition detectors.  Another embodiment

of the invention shown in FIG. 3 uses several interconnection conductors which alleviates the

 13

CONFIDENTIAL

BRK_000493

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

need for electrical encoding and decoding of the signal sent and received over the interconnecting conductor set **80**.

Shown in FIG. 2 is a sketch of a preferred embodiment of the electronic circuitry for one detector unit of the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit **10** connects to the interface and control unit **20** to trigger the monostable multivibrator **21** for a predetermined period of time when an environmental condition is detected. The monostable multivibrator **21** enables the signal encoder **22** to send a coded electrical signal to the local signal decoder **23** and to all other signal decoders of interconnected detectors hardwired linked together through the conductor set **80** shown in FIG. 1. Upon receiving a local or remote encoded signal, the signal decoder **23** decodes the signal and validates or rejects the signal. Upon validation of a received signal, within each interconnected detector, the signal decoder **23** enables and addresses the electronic voice memory integrated circuit **31** to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All recorded voice messages emitted by the interconnected detector units connected through the conductor set **80** via electrical conductor connector **37** are in temporal phase. A selectable coding apparatus of switches or jumpers **51** defines the physical installation location of each environmental condition detector through pre-defined location designations illustrated in FIG. 7. A language selector switch apparatus **60** is used to select which language is used

14

CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

during the playing of the recorded voice messages. The recorded voice message is played through a speaker 70.

Shown in FIG. 3 is a sketch of a second preferred embodiment of the electronic circuitry for one detector unit for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit 10 connects to the interface and control unit 20 to trigger the monostable multivibrator 21 for a predetermined period of time when an environmental condition is detected. The monostable multivibrator 21 enables the electronic voice memory integrated circuit 31 to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All detector units within the interconnected system share common electrical connection to the address bits on each detector unit's electronic voice memory integrated circuit 31 through a multiple conductor connector interface 35 which results in all detector units emitting identical recorded voice messages in temporal phase. A selectable coding apparatus of switches or jumpers 52 defines the physical installation location of each environmental condition detector through pre-defined location designations illustrated in FIG. 7. A language selector switch apparatus 60 is used to select which language is used during the playing of the recorded voice messages. The recorded voice message is played through a speaker 70.

Shown in FIG. 4 is an example alarm timing plot of the sound emitted 82 by an environmental condition detector using both an audible tonal pattern alarm 85 and a recorded

CONFIDENTIAL

BRK_000495

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

voice message 90 to convey information about the specific environmental condition detected. In the example exhibited in FIG. 2, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition type identifier only. The recorded voice message 90 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 85 consistent with conventional smoke detector alarms.

Shown in FIG. 5 is an example alarm timing plot of the sound emitted 92 by an environmental condition detector using an audible tonal pattern alarm 95 to convey the specific type of environmental condition and a recorded voice message 100 to convey the location of the detected environmental condition. In the example exhibited in FIG. 5, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition location identifier only. The recorded voice message 100 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 95 consistent with conventional smoke detector alarms.

Shown in FIG. 6 is an example alarm timing plot of sound emitted 102 by an environmental condition detector using an audible tonal pattern alarm 105 and a recorded voice message 110 to convey the specific type of environmental condition detected and the location of the environmental condition detector sensing the environmental condition. In the example exhibited in FIG. 6, the environmental condition detector embodiment is a carbon monoxide detector using voice as both an environmental condition type identifier and location identifier. The recorded voice message 110 is inserted into the defined silence periods of the prescribed

16          CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

audible tonal pattern alarm **105** consistent with conventional carbon monoxide alarms. The example tonal pattern alarms and recorded voice messages are illustrative and not intended to provide an exhaustive exhibit of all possible tonal alarm patterns and recorded voice messages.

Shown in FIG. 7 is a selectable coding apparatus **115** for the user to select one of the pre-defined locations of the Environmental Condition Detector with Alarm and Voice Identifier embodiment when and where it is installed in a dwelling. Selectable coding means such as a jumper **117** on DIP header pins **120** or DIP switches (not shown) are simple methods to define the installation location of a detector embodiment. Typical dwelling locations are shown in FIG. 7 and are not intended to exhibit an exhaustive list.

The various preferred embodiments described above are merely descriptive of the present invention and are in no way intended to limit the scope of the invention. Modifications of the present invention will become obvious to those skilled in the art in light of the detailed description above, and such modifications are intended to fall within the scope of the appended claims.

CONFIDENTIAL

BRK_000497

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

I claim:

1. An environmental condition detector using ~~pre-recorded voice messages~~ to indicate the specific type of environmental condition detected in a dwelling comprising:

    (a) sensor means for detecting the presence of an environmental condition in said dwelling,

    (b) electronic means for activation of an alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition.

    (c) electronic means for playing of pre-recorded voice messages that verbally describe the type of environmental condition detected for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages.

    (d) a power source selected from the group consisting of a battery, standard 120VAC power, and standard 120VAC with a battery back-up power supply.

2. An environmental condition detector using pre-recorded voice messages to indicate the specific location of the environmental condition detected in a dwelling comprising:

    (a) sensor means for detecting the presence of an environmental condition in said dwelling,

    (b) electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

18

CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

(c) selectable coding means to define the installation location, within said dwelling, of said environmental condition detector,

(d) electronic means for playing of pre-recorded voice messages that verbally describe the location, within said dwelling, of said environmental condition detector sensing said environmental condition for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages.

(e) a power source selected from the group consisting of a battery, standard 120VAC power, and standard 120VAC with a battery back-up power supply.

3. An environmental condition detector using pre-recorded voice messages to indicate the specific location and the specific type of the environmental condition detected in a dwelling comprising:

(a) sensor means for detecting the presence of an environmental condition in said dwelling,

(b) electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

(c) electronic means for playing pre-recorded voice messages that verbally describe the type of environmental condition detected for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted

19

CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages,

(d) selectable coding means to define the installation location, within said dwelling, of said environmental condition detector,

(e) electronic means for playing pre-recorded voice messages that verbally describe the location, within said dwelling, of said environmental condition detector sensing said environmental condition for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages.

(f) a power source selected from the group consisting of a battery, standard 120VAC power, and standard 120VAC with a battery back-up power supply.

4.  An environmental condition detection system using pre-recorded voice messages to indicate the specific type of an environmental condition detected in a dwelling comprising:

   (a) a minimum of two environmental condition detectors, each detector comprising sensor means for detecting the presence of an environmental condition in said dwelling,

   (b) each environmental condition detector comprising electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

20

**CONFIDENTIAL**

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

(c) each environmental condition detector comprising electronic means for playing of pre-recorded voice messages that verbally describe the type of said environmental condition detected for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal alarm emitted simultaneously with said pre-recorded voice messages,

(d) each environmental condition detector comprising direct hardwire interconnection means for electrically linking a plurality of like environmental condition detectors such that the detection of said environmental condition by one detector causes all other hardwired interconnected detectors to emit the same tonal pattern alarm and same pre-recorded voice messages emitted by said environmental condition detector sensing said environmental condition.

(e) each environmental condition detector comprising a power source selected from the group consisting of standard 120VAC power and standard 120VAC power with a battery back-up power supply.

5. An environmental condition detection system using pre-recorded voice messages to indicate the specific location of an environmental condition detected in a dwelling comprising:

(a) a minimum of two environmental condition detectors, each detector comprising sensor means for detecting the presence of an environmental condition in said dwelling,

CONFIDENTIAL

BRK_000501

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

(b) each environmental condition detector comprising electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

(c) each environmental condition detector comprising selectable coding means to define the installation location, within said dwelling, of said environmental condition detector,

(d) each environmental condition detector comprising electronic means for playing of pre-recorded voice messages that verbally describe the location, within said dwelling, of said environmental condition detector sensing said environmental condition for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages,

(e) each environmental condition detector comprising direct hardwire interconnection means for electrically linking a plurality of like environmental condition detectors such that the detection of said environmental condition by one detector causes all other hardwired interconnected detectors to emit the same tonal pattern alarm and same pre-recorded voice messages emitted by said environmental condition detector sensing said environmental condition,

(f) each environmental condition detector comprising a power source selected from the group consisting of standard 120VAC power and standard 120VAC power with a battery back-up power supply.

22

CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

6.  An environmental condition detection system using pre-recorded voice messages to indicate the specific location and specific type of the environmental condition detected in a dwelling comprising:

   (a) a minimum of two environmental condition detectors, each detector comprising sensor means for detecting the presence of an environmental condition in said dwelling,

   (b) each environmental condition detector comprising electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

   (c) each environmental condition detector comprising selectable coding means to define the installation location, within said dwelling, of said environmental condition detector,

   (d) each environmental condition detector comprising electronic means for playing of pre-recorded voice messages that verbally describe the location, within said dwelling, of said environmental condition detector sensing said environmental condition for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages,

   (e) each environmental condition detector comprising electronic means for playing of pre-recorded voice messages that verbally describe the type of environmental condition detected for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in

23                    CONFIDENTIAL

BRK_000503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

said prescribed audible tonal pattern simultaneously with said pre-recorded voice messages,

(f) each environmental condition detector comprising direct hardwire interconnection means for electrically linking a plurality of like environmental condition detectors such that the detection of said environmental condition by one detector causes all other hardwired interconnected detectors to emit the same tonal pattern alarm and same pre-recorded voice messages emitted by said environmental condition detector sensing said environmental condition,

(g) each environmental condition detector comprising a power source selected from the group consisting of standard 120VAC power and standard 120VAC power with a battery back-up power supply.

7. The environmental condition detector of Claim 1 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

8. The environmental condition detector of Claim 2 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

9. The environmental condition detector of Claim 3 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

10. The environmental condition detector of Claim 4 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type. a carbon monoxide detector type. a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

11. The environmental condition detector of Claim 5 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type. a carbon monoxide detector type, a natural gas detector type. a propane detector type. and any multiple combination of these environmental condition detector types.

12. The environmental condition detector of Claim 6 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type. a carbon monoxide detector type, a natural gas detector type, a propane detector type. and any multiple combination of these environmental condition detector types.

13. The environmental condition detector of Claim 1 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

14. The environmental condition detector of Claim 2 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

15. The environmental condition detector of Claim 3 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

25

CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

16. The environmental condition detector of Claim 4 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

17. The environmental condition detector of Claim 5 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

18. The environmental condition detector of Claim 6 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

19. A method for providing environmental condition detection for a dwelling comprising :

(a) providing an environmental condition detection system to a dwelling, said dwelling comprising one or more distinctive regions selected from the group consisting of rooms, floor levels, areas, closets, attics, basements, passages, hallways, stairways, crawlspaces, garages, and any multiple combination thereof.

(b) setting a selectable coding means to define the detector installation location, within said dwelling, for each detector comprising said environmental condition detection system to cause the detector sensing an environmental condition to play a pre-recorded voice message, which verbally describes said detector installation location of said detector sensing an environmental condition, during the periods of silence in a prescribed audible tonal pattern alarm emitted by said detector sensing an environmental condition simultaneously with said pre-recorded voice message for the duration of said environmental condition,

26

CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

(c) interconnecting a minimum of two environmental condition detectors forming said environmental condition detection system such that the tonal pattern alarm and pre-recorded voice messages emitted by one environmental condition detector sensing an environmental condition causes all other interconnected detectors to emit the same tonal pattern alarm and pre-recorded voice message as those emitted by said environmental condition detector sensing said environmental condition.

20. The method of Claim 19 wherein said method comprises playing a pre-recorded voice message that verbally describes the type of environmental condition detected for the duration of the detection of the said environmental condition such that said pre-recorded voice message is emitted during periods of silence in said prescribed audible tonal pattern alarm emitted simultaneously.

21. The method of Claim 19 wherein said method comprises providing an environmental condition detector type selected from the group consisting of a smoke detector type. a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

27

CONFIDENTIAL

BRK_000507

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

## ABSTRACT OF THE DISCLOSURE

Due to the presence of various environmental condition detectors in the home and businesses such as smoke detectors, carbon monoxide detectors, natural gas detectors, etc., each having individual but similar sounding alarm patterns, it can be difficult for occupants of such dwellings to immediately determine the specific type of environmental condition that exists during an alarm condition. The present invention comprises an environmental condition detector using both tonal pattern alarms and pre-recorded voice messages to indicate information about the environmental condition being sensed. Single-station battery-powered and 120VAC detectors are described as are multiple-station interconnected 120VAC powered detectors. The pre-recorded voice messages describe the type of environmental condition detected or the location of the environmental condition detector sensing the condition, or both, in addition to the tonal pattern alarm. Provisions are made for multi-lingual pre-recorded voice messages.

28

CONFIDENTIAL

BRK_000508

Please type a plus sign (+) inside this box ⟶ [+]

PTO/SB/01 (12-97)
Approved for use through 9/30/00. OMB 0651-0032
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63) | Attorney Docket Number | |
|---|---|---|
| | First Named Inventor | Gary J. Morris |
| | COMPLETE IF KNOWN | |
| ☒ Declaration Submitted with Initial Filing  OR  ☐ Declaration Submitted after Initial Filing (surcharge (37 CFR 1.16 (e)) required) | Application Number | / |
| | Filing Date | April 26, 1999 |
| | Group Art Unit | |
| | Examiner Name | |

**As a below named Inventor, I hereby declare that:**

My residence, post office address, and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

Environmental Condition Detector with Audible Alarm and Voice Identifier

the specification of which                  (Title of the Invention)
☒  is attached hereto
OR
☐  was filed on (MM/DD/YYYY) [          ] as United States Application Number or PCT International

Application Number [          ] and was amended on (MM/DD/YYYY) [          ] (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56.

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or 365(b) of any foreign application(s) for patent or inventor's certificate, or 365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or of any PCT international application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? YES | NO |
|---|---|---|---|---|---|
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |

☐ Additional foreign application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto:

I hereby claim the benefit under 35 U.S.C. 119(e) of any United States provisional application(s) listed below.

| Application Number(s) | Filing Date (MM/DD/YYYY) | |
|---|---|---|
| 60/117,307 | 01/24/1999 | ☐ Additional provisional application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto. |

[Page 1 of 2]

Burden Hour Statement: This form is estimated to take 0.4 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

CONFIDENTIAL

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| For: | Environmental Condition Detector With Audible Alarm and Voice Identifier | ) ) ) ) |
| Serial No.: | 09/299,483 | ) ) |
| Filed: | April 26, 1999 | ) ) |
| Examiner: | N. Tong | ) ) |
| Art Unit: | 2736 | |

**CERTIFICATE OF MAILING**

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to: **Assistant Commissioner of Patents, Washington, D.C. 20231**, on the date below.

_____

_____
(Date)

### SUBSTITUTE POWER OF ATTORNEY

Assistant Commissioner of Patents
Washington, D.C. 20231

Dear Sir:

      Attached for filing is a substitute Power of Attorney executed by the inventor, Gary J. Morris, appointing the undersigned attorney to represent him in connection with the above-identified patent application and instructing the United States Patent Office to communicate directly with undersigned attorney.

Respectfully submitted,

ROCKEY, MILNAMOW & KATZ, LTD.

BY: _____
Paul M. Vargo

PMV/rkl

Attachment

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| | | ) |
| For: | Environmental Condition | ) |
| | Detector With Audible | ) |
| | Alarm and Voice | ) |
| | Identifier | ) |
| | | ) |
| Serial No.: | 09/299,483 | ) |
| | | ) |
| Filed: | April 26, 1999 | ) |
| | | ) |
| Examiner: | N. Tong | ) |
| | | |
| Art Unit: | 2736 | |

### POWER OF ATTORNEY, UNITED STATES PATENT OFFICE

As a named sole inventor and owner of the above identified application; I hereby revoke any previously issued Powers of Attorney and I hereby appoint the following registered practitioner(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

| | | | |
|---|---|---|---|
| Lawrence J. Crapa | Reg. No. 39,135 | Paul M. Odell | Reg. No. 28,532 |
| Randall T. Erickson | Reg. No. 33,872 | Robert B. Polit | Reg. No. 33,993 |
| Stephen D. Oelsner | Reg. No. 28,846 | Elaine M. Ramesh | Reg. No. 43,032 |
| Allen J. Hoover | Reg. No. 24,103 | Keith V. Rockey | Reg. No. 24,713 |
| Martin L. Katz | Reg. No. 25,011 | John F. Rollins | Reg. No. 38,013 |
| Kathleen A. Lyons | Reg. No. 31,852 | Thomas I. Ross | Reg. No. 29,275 |
| John P. Milnamow | Reg. No. 20,635 | Joel E. Siegel | Reg. No. 25,440 |
| Lisa V. Mueller | Reg. No. 33,978 | Paul M. Vargo | Reg. No. 29,116 |

whose mailing address for this application is:    ROCKEY, MILNAMOW & KATZ, LTD.
Two Prudential Plaza - Suite 4700
180 North Stetson Avenue
Chicago, Illinois 60601
Telephone: (312) 616-5400
Facsimile: (312) 616-5460

Please forward all correspondence and issued patent to Paul M. Vargo, Esq. Of the above-designated law firm.

By: _____
Gary J. Morris
2026 Glenmark Avenue
Morgantown, WV 26505

Dated March 2, 2000

Page 1 of 1

BRK_000511



1/5



**Fig. 1**

CONFIDENTIAL

PRINT OF DRAWINGS
AS ORIGINALLY FILED

2/5



**Fig. 2**

CONFIDENTIAL

BRK_000513

PRINT OF DRAWINGS
AS ORIGINALLY FILED

3/5



**Fig. 3**


CONFIDENTIAL

PRINT OF DRAWINGS
AS ORIGINALLY FILED

4/5



Fig. 4

Fig. 5

CONFIDENTIAL

PRINT OF DRAWINGS
AS ORIGINALLY FILED



5/5

Fig. 6

Fig. 7

CONFIDENTIAL

6600424

1/5





**Fig. 1**

CONFIDENTIAL



2/5



**Fig. 2**

CONFIDENTIAL

BRK_000518

3/5



**Fig. 3**

CONFIDENTIAL

4/5



Fig. 4



Fig. 5

CONFIDENTIAL



5/5

Fig. 6

Fig. 7

CONFIDENTIAL

GP-2632

#2

IN THE UNITED STATES PATENT & TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| | | ) |
| Serial No.: | 09/651,454 | ) Group Art Unit: Not Assigned |
| | | ) |
| Filed: | August 30, 2000 | ) Examiner: Not Assigned |
| | | ) |
| For: | Environmental Condition | ) |
| | Detector With Audible Alarm | ) |
| | and Voice Identifier | ) |

INFORMATION DISCLOSURE STATEMENT

Commissioner for Patents
Washington, D.C. 20231

Sir:

Attached Form PTO-1449A lists references which may be relevant to the examination of the above-identified application. Entry into the record is respectfully requested. Copies of those references marked with "*" can be obtained from the parent application file (U.S. Serial No. 09/299,483 filed April 26, 1999). Copies of the remaining references are attached hereto.

Applicant discloses the pending applications: parent application "Environmental Condition Detector With Audible Alarm And Voice Identifier," U.S. Serial No. 09/299,483, filed April 26, 1999 (allowed); "Communicative Environmental Alarm System With Voice Indication," U.S. Serial No. 09/417,154, filed October 12, 1999; "Environmental Condition Detector with Remote Fire Extinguisher Locator System," U.S. Serial No. 09/487,064, filed January 19, 2000.

Respectfully submitted,

By _Randall T. Erickson_

Randall T. Erickson, Reg. No. 33,872

ROCKEY, MILNAMOW & KATZ, LTD.
180 North Stetson Avenue, Suite 4700
Chicago, Illinois 60601
(312) 616-5400

CERTIFICATE OF MAILING

I hereby certify that this paper is being deposited with the United States Postal Service with sufficient postage at First Class Mail in an envelope addressed to: Commissioner for Patents, Washington, D.C. 20231 on **October 19, 2000**.



Docket BRC 209.1 US

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| For: | Environmental Condition Detector With Audible Alarm and Voice Identifier | ) ) ) ) |
| Serial No.: | 09/651,454 | ) ) |
| Filed: | August 30, 2000 | ) ) |
| Examiner: | Not Assigned | ) ) |
| Art Unit: | 2632 | ) |

<u>CERTIFICATE OF MAILING</u>

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to: **Assistant Commissioner of Patents,** Washington, D.C. 20231, on the date below.

*Rowena K. Lieber*

*Nov 14 - 2000*
(Date)



## <u>PRELIMINARY AMENDMENT</u>

Hon. Commissioner of Patents
Washington, D.C. 20231

Dear Sir:

Please cancel the pending claims without prejudice. Please add the following new claims:

--22.  A self-contained ambient condition detector comprising:

an ambient condition sensor;

control electronics coupled to the sensor and responsive thereto wherein in response to a predetermined ambient condition, a user unalterable, pre-stored, audible, alarm identifying tonal output pattern is emitted wherein the pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones wherein the tones are interrupted and are spaced apart from one another by silent intertonal spacing intervals of a common duration and wherein the common duration is always shorter

11/20/2000 JADDDG1   00000053 09651454
01 FC:103                    54.00 OP

BRK_000523

than each of the silent intervals and wherein the control electronics includes voice output circuitry, wherein the voice circuitry includes a factory prestored, user unalterable, verbal alarm-type output message wherein the pre-stored message is associated with the tonal output pattern and verbalizes the respective alarm type and wherein the control electronics, in response to the predetermined ambient condition, emits the audible tonal pattern and repetitively emits the verbal alarm-type message in respective silent intervals; and

a common housing for the sensor, the electronics, the output circuitry and a power supply.--

--23.   A detector as in claim 22 wherein  the sensor is a fire sensor and the pre-stored verbal message specifies a fire to reinforce a respective tonal output pattern indicative of sensed fire.--

--24.   A detector as in claim 23 wherein the fire indicating tonal output pattern defines groups of substantially identical output tones with a common intertonal spacing of the common duration and wherein the silent intervals are at least twice as long as the common duration.--

--25.   A detector as in claim 22 wherein the sensor is a carbon monoxide sensor and the pre-stored verbal message specifies carbon monoxide to reinforce a respective tonal output pattern, indicative of sensed carbon monoxide.--

-26.   A detector as in claim 25 wherein the carbon monoxide indicating tonal output pattern defines groups of four substantially identical output tones with  common intertonal spacing of a first duration wherein the silent intervals are longer.--

--27.   A detector as in claim  23 wherein each tone of the tonal pattern has a duration on the order of .5 seconds.--

--28.   A detector as in claim 22 wherein the power supply comprises at least one of an AC/DC supply and a battery.--

--29.   A detector as in claim 28 wherein the voice circuitry includes semiconductor storage circuitry for the pre-stored verbal message.--

- 2 -



--30.   A detector as in claim 29 wherein at least one alarm  location specifying verbal  message is also pre-stored in the semiconductor storage circuit.--

--31.   A detector as in claim 30 wherein the electronics, in response to the predetermined ambient condition, emits the tonal output pattern and also repetitively emits first and second audible verbal output messages in respective silent intervals indicative of alarm type and location.--

--32.   A detector as in claim 31 which includes a plurality of pre-stored location specifying verbal messages and a manually operable location specifying element.--

--33.   A detector as in claim 22 wherein the voice circuitry includes semiconductor storage circuitry for the pre-stored verbal message.--

--34.   A detector as in claim 33 which includes a second sensor carried by the housing coupled to the control electronics, and a second condition warning audible message stored in the semiconductor storage circuitry.--

--35.   A detector as in claim 34 wherein in response to sensing the second condition, the control electronics repetitively emits the second warning verbal message.--

--36.   A detector as in claim 35 wherein the ambient condition sensor is selected from a class which includes a fire sensor, and a gas sensor.--

--37.   A detector as in claim 36 wherein the second sensor is selected from a class which includes a fire sensor, and a gas sensor.--

--38.   A detector as in claim 24 which includes at least one pre-stored verbal counterpart to the pre-stored verbal message wherein the pre-stored verbal message and the verbal counterpart are in first and second different languages.

--39.   A detector as in claim 38 which includes a manually operable, language specifying element.

--40.   A detector comprising:

a housing;

a fire sensor carried by the housing;

a control element coupled to the sensor wherein the element includes circuitry for detecting a fire;

- 3 -

an alarm indicating audible output device coupled to the control element wherein the control element in response to a detected fire, drives the output device to repetitively emit interrupted groups of fire alarm indicating tones wherein the members of the groups are spaced apart from one another by a first time interval and wherein groups are spaced apart by silent, longer second time intervals;

semiconductor storage for at least a word indicative of fire wherein in response to a detected fire the control element repetitively injects the stored fire indicating word into only the second time intervals between groups of fire alarm indicating tones wherein the tonal patterns are predefined, and not user alterable and wherein the output word is pre-stored at manufacture and not user alterable, and wherein the housing also carries a power supply and is installable by a user as a self-contained unit.--

--41. A detector as in claim 40 wherein the control element includes an interconnect port for receipt of alarm indicating signals from at least one remotely located detector.--

--42. A detector as in claim 41 wherein the control element includes circuitry responsive to received alarm indicating signals for repetitively emitting the fire alarm tones and intervening fire indicating verbal output word during the second time intervals.--

--43. A detector as in claim 40 which includes a second condition sensor and an associated verbal, condition warning phrase stored in the semiconductor storage.--

--44. A detector as in claim 42 wherein the control element emits the associated verbal condition warning phrase in response to a predetermined output from the second sensor.--

--45. A detector as in claim 42 wherein the received alarm indicating signals from the at least one remotely located detector include specific information such that the control element of the detector receiving the alarm indicating signals drives the output device to emit the same tonal pattern and verbal message as the at least one remotely located detector sensing the ambient condition.

- 4 -

## REMARKS

Prior to examination, it is requested that the above-identified new claims be substituted for the canceled, originally filed, claim program. Applicant had previously submitted an Information Disclosure Statement in connection with this application. A Supplemental Disclosure Statement had previously been filed. Examination of the enclosed claims is hereby requested.

Respectfully submitted,

ROCKEY, MILNAMOW & KATZ, LTD.

BY: _____

Paul M. Vargo

PMV/rkl

- 5 -



BRK_000527

GP 2632 #

| RESPONSE TRANSMITTAL LETTER | Docket No.: | BRS 209.1 US |
|---|---|---|
| Serial No.: 09/651,454 | Filing Date: | August 30, 2000 |
| Group Art Unit: 2632 | Examiner: | Not Assigned |
| Applicant(s): Gary J. Morris | | |
| Invention: Environmental Condition Detector With Audible Alarm And Voice Identifier | | |

RECEIVED

Hon. COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231

NOV 2 2 2000

Technology Center 2600

Sir:

Transmitted herewith is a response in the above-identified application.

- ☐ Small entity status of this application under 37 CFR §1.9 and §1.27 has been established by a verified statement previously submitted.
- ☐ A verified statement to establish small entity status under 37 CFR §1.9 and §1.27 is enclosed.
- ☐ A Petition for a _____- month extension of time and the separate fee therefor is enclosed.
- ☐ No additional claim filing fee is required.

The fee has been calculated as shown below.

| CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | SMALL ENTITY | | LARGE ENTITY | |
|---|---|---|---|---|---|---|
| | | | RATE | ADDIT.FEE | RATE | ADDIT. FEE |
| TOTAL 24 | MINUS - 21 | = 3 | x $ 9.00 = | $ | x $ 18.00 = | $54.00 |
| INDEPENDENT | MINUS - 7 | = 0 | x $ 39.00 = | $ | x $ 78.00 = | $ |
| ☐ First presentation of multiple dependent claim | | | + $130.00 = | $ | + $260.00 = | $ |
| | | Total Fee | | $ | | $54.00 |

- ☐ Please charge Deposit Account No. 04-1644 in the amount of $_____ to cover the claim filing fee.
- ☒ A check in the amount of $54.00 to cover the claim filing fee is enclosed.
- ☒ **Conditional Petition For Extension of Time:** An extension of time, if necessary, is requested to provide for timely filing of this communication.
- ☒ A duplicate copy of this transmittal sheet is enclosed.
- ☐ Other: _____
- ☒ The Commissioner is hereby authorized to charge any additional fees which may be required in connection with this communication or credit any overpayment to Deposit Account No. 04-1644.

Date: November 14, 2000        By _____
                                    Paul M. Vargo, Reg. No. 29,116

Correspondence Address:
ROCKEY, MILNAMOW & KATZ, LTD.
Two Prudential Plaza, Suite 4700
180 North Stetson Avenue
Chicago, Illinois 60601
(312) 616-5400

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on November 14, 2000.

By _____

IN THE UNITED STATES PATENT & TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| | | ) |
| Serial No.: | 09/651,454 | ) Group Art Unit: 2632 |
| | | ) |
| Filed: | August 30, 2000 | ) Docket BRC 209.1 US |
| | | ) |
| For: | Environmental Condition Detector | ) |
| | With Audible Alarm and Voice | ) |
| | Identifier | ) |
| | | ) |
| Examiner: | Unknown | ) |

<u>SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT</u>

Hon. Commissioner for Patents
Washington, D.C. 20231

Sir:

      Attached Form PTO/SB/08A lists references which may be considered to be material to the
above-identified application by the Patent Examiner. Copies of the references are enclosed. Entry into the
record is respectfully requested. Specifically, we are attaching a copy of the parent application Ser. No.
09/299,483, filed April 26, 1999, now Patent No. 6,144,310, parent to the above-identified application.

      The Commissioner is hereby authorized to charge any additional fees which may be required
to this application under 37 CFR §§1.16-1.17, or credit any overpayment, to Deposit Account No. 04-1644.
Should no proper payment be enclosed herewith, as by a check being in the wrong amount, unsigned, post-
dated, otherwise improper or informal or even entirely missing, the Commissioner is authorized to charge the
unpaid amount to Deposit Account No. 04-1644. A duplicate copy of this sheet is enclosed.

Respectfully submitted

By  _____
      Paul M. Vargo, Reg. No. 29,116

ROCKEY, MILNAMOW & KATZ, LTD.
180 North Stetson Avenue, Suite 4700
Chicago, Illinois 60601
(312) 616-5400

<u>CERTIFICATE OF MAILING</u>

      I hereby certify that this paper is being deposited with the United States Postal Service with sufficient
postage at First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C.
20231 on February 21, 2001.

BRK_000529

U.S. Patent Application:

# Environmental Condition Detector with Audible Alarm and Voice Identifier



**Inventor: Gary J. Morris**
**2026 Glenmark Avenue**
**Morgantown, WV 26505**
**(304)599-5945**
**April 26, 1999**

RECEIVED
FEB 2 8 2001
Technology Center 2600

This application is in reference to Provisional Patent Application 60/117,307 and Disclosure Document 415668.

## BACKGROUND FOR THE INVENTION

Field of Invention

The present invention relates to environmental condition detection for dwellings including smoke detection, carbon monoxide gas detection, natural gas detection, propane gas detection, combination smoke and carbon monoxide gas detection, etc. such that the audible tonal pattern alarm emitted by a detector sensing an abnormal environmental condition is accompanied by a pre-recorded voice message that clearly indicates the specific type of condition sensed or the specific location of the detector sensing the condition, or both.

Background

With the widespread use of environmental condition detectors such as smoke detectors, carbon monoxide detectors, natural gas detectors, propane detectors, etc. in residences and businesses today, there is a critical need to provide definite distinction between the tonal pattern alarms emitted by each type of detector so that the occupants of the involved dwelling are

CONFIDENTIAL



U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

immediately made aware of the specific type of condition detected along with its location so they can take the proper immediate action. Regulating and governing bodies for products of the home safety industry (National Fire Protection Association, Underwriters Laboratories, etc.) have recently regulated the tonal patterns emitted from such environmental detectors, however, much confusion still exists among the very similar tonal pattern alarms emitted by various detector types. This is particularly true for those individuals partially overcome by the environmental condition, those asleep when the alarm occurs, young children, or the elderly. Therefore, a need exists whereby the environmental detector sensing an abnormal condition plays a recorded voice message stating the specific condition and/or location of the condition in addition to the required tonal pattern alarm. In conventional smoke detectors and carbon monoxide detectors, there are silent periods within the prescribed audible tonal pattern alarms where recorded verbal messages such as "*smoke*" or "*CO*" or "*carbon monoxide*" or "*smoke in basement*" or "*utility room*" (as examples) may be played during this alarm silence period to clearly discriminate between the types of audible alarms and environmental conditions and where the environmental condition was detected. Such messages immediately provide the occupants in an involved dwelling important safety information during potentially hazardous environmental conditions. The occupants can make informed decisions about how to respond to the alarm condition. Occupants residing in the uninvolved area of the dwelling may choose to assist those residing in the involved area depending on the location and type of condition detected. The type of environmental condition sensed or the location of the condition, or both

2 **CONFIDENTIAL**

BRK_000531

 

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

are immediately made clear through the use of recorded voice messages in addition to conventional tonal pattern alarms.

<u>Discussion of Prior Art</u>

While there are inventions in the prior art pertaining to emergency alarm systems utilizing verbal instructions, none are known to the inventor which use a combination of tonal pattern alarms and factory pre-recorded voice messages with function or intent to clearly and specifically identify and clarify which type of environmental condition is present in a dwelling. Nor are there known inventions that use such pre-recorded voice messages to specifically identify the location of the environmental condition sensed by environmental condition detectors in dwellings without the use of a central control unit.

Morris (US5587705) describes a wireless smoke detector system using a minimum of two smoke detectors to indicate the location of the smoke detector sensing the smoke through coded alarm patterns. The present invention does not use wireless communication between detectors; each detector may operate without any others or may operate as a hardwired system with interconnected units for those powered by 120VAC. Fray (US5663714) describes a warning system for giving user-recorded verbal instructions during a fire. Fray teaches an object of his invention is to warn individuals of the presence of smoke and fire and to provide verbal instructions and guidance as how to escape the hazard. Routman et al (US5349338) describe a fire detector and alarm system that uses personally familiar user-recorded verbal messages

3

CONFIDENTIAL

 

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

specifically for a small child or adult in need of verbal instructions during the presence of a fire.

Chiang (US5291183) describes a multi-functional alarming system using a microphone to sense

ambient conditions and user-recorded verbal instructions for indicating the way to escape a fire.

Kim (US4816809) describes a speaking fire alarm system that uses a central control system with

remote temperature sensors. Haglund et al (US4282519) describe a hardwired smoke detector

system whereby two audible alarm codes are indicated to determine whether the smoke was

detected locally or not. Only two possible alarm patterns are used and no voice message is used

with Haglund's hardwired system. Molinick and Sheilds (US4288789) describe an oral warning

system for monitoring mining operations that uses a plurality of non-emergency condition

sensors and second sensors for detecting emergencies. The patent further describes the use of a

single and system-central multiple-track magnetic tape player for storing the verbal messages

and links the alarm system to control the operation of mechanical devices (mining conveyor

belts, etc.) during emergency conditions when verbal messages are played.

Additionally, Morris (US5587705), Fray (US5663714), Routman et al (US5349338),

Chaing (US5291183), Kim (US4816809), and Haglund et al (4282519) do not recite the specific

use of factory pre-recorded voice messages to indicate the specific location of the environmental

condition, or the use of voice messages to identify the specific type of environmental condition

detected, or the use of a plurality of interconnected detectors emitting identical verbal messages,

or a selectable means to define the installation location of the detector, all of which are taught in

the present invention and afford significant safety advantages. While Molinick and Shields

4

**CONFIDENTIAL**

 

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

(US4288789) refer to verbally describing an emergency condition in mining operations, their patent teaches of a much more complex system than the present invention and describes a central control system with multiple stages of various configuration sensors and the use of user-recorded voice messages. Furthermore, the patent does not describe a selectable coding means to define the installation location of the sensors.

All known prior art providing user-recorded verbal instructions on how to escape a hazardous condition has become impractical for use in dwellings in view of the recent National Fire Protection Association (NFPA) and Underwriters Laboratories (UL) regulations that require a maximum silence period between tonal alarm patterns of 1.5 seconds (Ref. *UL2034, UL217, NFPA72 and NFPA720*). This period of time is sufficient for the present invention to verbally indicate the type and location of the sensed environmental condition but is unlikely to be useful to provide detailed instructions, as taught in the prior art, to occupants on how to respond to a hazardous condition.

The present invention employs either single station environmental condition detectors or a system comprising direct, hardwired communication links between a plurality of environmental condition detectors to provide a tonal pattern alarm with pre-recorded voice message information regarding the specific type of environmental condition detected or the specific location of the detector sensing the environmental condition, or both, all without the need of a centralized control unit. For detector embodiments using pre-recorded voice messages to indicate the location of the detected condition, each detector is set-up by the user during installation to define

CONFIDENTIAL

BRK_000534



U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

the physical location of the detector within the dwelling according to pre-defined location definitions pre-programmed into the electronic storage media. The recorded voice messages are pre-recorded into the electronic storage media during manufacture and are not normally changeable by the user. In view of the recent National Fire Protection Association and Underwriters Laboratories regulations for tonal pattern alarms, it is not practical to have the user record their own sounds during the silent periods of the tonal pattern. The user may choose to record other alarm sounds that would violate the regulations governing such tonal patterns and compromise the safety features of the device. The use of factory pre-recorded voice messages alleviates this problem.

It is emphasized that no other related prior art known to the inventor makes use of factory pre-recorded voice messages to indicate the location of the environmental condition or the type of condition or both. Sufficient addressable electronic memory is available in the preferred embodiment of the invention to afford numerous pre-recorded voice messages.

6

CONFIDENTIAL

BRK_000535



U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

## SUMMARY OF THE INVENTION

Described herein is the Environmental Condition Detector with Audible Alarm and Voice Identifier invention, which comprises an environmental condition detector, such as a smoke detector, carbon monoxide gas detector, natural gas detector, propane detector, or any combination detector thereof, which detects the desired environmental condition(s) by those methods well known and described in the art and emits the prescribed audible tonal pattern alarm in accordance with the industry's empowered governing bodies' (National Fire Protection Association, Underwriters Laboratories etc.) criteria for such environmental conditions. Simultaneously, the environmental condition detector sensing the condition emits a verbal message to indicate, through a recorded voice message or synthesized human voice, the condition being sensed. This recorded voice message is emitted simultaneously with the audible tonal pattern alarm so as normally to occur during silent segments of the prescribed tonal pattern alarm. For example, for the condition of smoke detection, the smoke detector emits the following combination audible tonal pattern alarm (Beep) and recorded voice message, "Beep---Beep---Beep---'SMOKE'---Beep---Beep---Beep---'SMOKE'---" in a periodic manner for as long as the environmental condition is detected. As a second example, for carbon monoxide detection, a carbon monoxide detector emits "Beep---Beep---Beep---Beep---'CO'---Beep---Beep---Beep---Beep---'CO'---". As a third example, for smoke detection with the location identifier, a smoke detector emits "Beep---Beep---Beep---'SMOKE IN BASEMENT'---Beep---Beep---Beep---'SMOKE IN BASEMENT'---". As a fourth example, for carbon monoxide

7

CONFIDENTIAL

BRK_000536

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505


detection with a voice location only identifier, a carbon monoxide detector emits ""Beep---Beep---Beep---Beep---'Utility Room'---Beep---Beep---Beep---Beep---'Utility Room'---".


Objects and Advantages of the Present Invention

It is one object of the present invention to provide environmental condition detectors that function as single station (non-interconnected) detector units equipped to emit a tonal pattern alarm and a recorded voice message. The recorded voice message clearly identifies the location of the environmental condition detector sensing the condition, or describes the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The single station detector embodiment is battery powered or 120VAC powered. User-selectable coding switches or jumpers permit the user to define the physical location of the single station unit within the dwelling. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both, of an abnormal environmental condition as related to single station units.

It is another object of the present invention to provide an environmental condition detection system where one detector sensing an environmental condition causes all other interconnected detectors to emit identical tonal pattern alarms and recorded voice messages. The hardwired, directly interconnected detectors forming the environmental condition detection system are 120VAC powered with optional battery back-up and use the recorded voice message

8

CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

to identify the location of the environmental condition detector sensing the condition, or to describe the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The environmental condition detection system embodiments of the present invention do not require the use of a centralized control unit (control panel) between detectors. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both, of an abnormal environmental condition as related to a directly interconnected environmental condition detector system having no central control unit or panel.

A major advantage of both the single station embodiment and the system embodiment of the present invention is the use of factory pre-recorded voice messages that fit within the National Fire Protection Association and Underwriters Laboratories specified 1.5 second silence period of the standard smoke detector and carbon monoxide detector tonal pattern alarms. Prior art using user-recorded voice messages are intended to indicate directions on how to escape the hazard or how to respond to a hazard. Such messages would not practically fit into the maximum 1.5 second silent time period in conventional tonal alarm patterns for smoke detectors and carbon monoxide detectors used in dwellings. The allowance for a user to record his or her own messages may actually add to the confusion and danger that results during an alarm condition if the user chooses to record additional alarm sounds or errs in the directions given in the message on how to properly respond to a hazardous conditon.

9

CONFIDENTIAL

BRK_000538



U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a sketch of a preferred embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 2 is a sketch of a preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 3 is a sketch of a second preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 4 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector and using a recorded voice message as an environmental condition type identifier according to the invention.

FIG. 5 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector using a recorded voice message as an environmental condition location identifier according to the invention.

FIG. 6 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a carbon monoxide detector and using a recorded voice message as an environmental condition type identifier and location identifier according to the invention.

CONFIDENTIAL

BRK_000539

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

FIG. 7 shows one method for the user to select the installation location coding of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

11

CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

## DETAILED DESCRIPTION OF THE INVENTION

A preferred embodiment of the Environmental Condition Detector with Alarm and Voice Identifier **6** is shown in FIG. 1. The unit is powered by a battery **40** and/or by standard 120VAC (not shown). The environmental condition sensor and alarm unit **10** (conventional smoke detector, carbon monoxide detector, combination smoke detector and carbon monoxide detector, natural gas detector, propane detector, abnormal temperature etc.) is any sensor type(s) utilizing environmental detection methods and alarm devices typically known in the art of smoke detectors, carbon monoxide detectors and other hazard detectors. Upon sensing the environmental condition, the environmental condition sensor and alarm unit **10** sounds its tonal pattern alarm to indicate that an environmental condition has been sensed in the immediate area. The alarm pattern is a prescribed audible tonal pattern alarm corresponding to the environmental condition as set forth by the empowered governing body (National Fire Protection Association, Underwriters Laboratories etc.). The interface and control unit **20** electronically interfaces with the environmental condition sensor and alarm unit **10** and controls the timing of a recorded voice message that is emitted simultaneously with the audible tonal pattern alarm such that the recorded voice message is emitted only during the period when the audible tonal pattern alarm cycles through a silent period. In one embodiment, an electronic signal frequency counter (not shown) is used to determine when the silent period of the audible alarm is occurring. The recorded voice message or synthesized human voice message is factory-recorded on an electronic storage media **30** such as, but not limited to, a

12

CONFIDENTIAL

BRK_000541



U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

ROM device. The recorded voice message is emitted through a speaker or other audio transducer **70**. For the embodiments of the invention requiring identification of the location of the environmental condition detector sensing the environmental condition, a selectable coding apparatus **50** (jumper selector or DIP switch) which connects to the interface and control unit **20** is provided to select one of several predefined physical locations of the environmental condition detectors within a residence. Recorded voice messages to identify physical locations consistent with the position of the selectable coding apparatus **50** are stored on the electronic storage media **30**. The selectable coding apparatus **50** is set to correspond to the location within the dwelling where the particular environmental condition detector **6** is installed. A language code selector (jumper set or DIP switch) **60** is used to choose the language type (English, Spanish, etc.) used by the recorded voice. For interconnected 120VAC units, when one environmental condition detector sounds its tonal pattern alarm and recorded voice message, all interconnected units will sound identical tonal pattern alarms and recorded voice messages in temporal phase. For the environmental condition detection system embodiment, an interconnecting conductor set **80** sends and receives a coded electrical signal encoded and decoded by the interface and control unit **20** by the sending and receiving detector, respectively. The coding of the signal sent over the interconnecting conductor set determines what specific recorded voice message is played from the electronic storage media **30** at the interconnected but remotely located environmental condition detectors. Another embodiment of the invention shown in FIG. 3 uses several interconnection conductors which alleviates the

13

CONFIDENTIAL

 

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

need for electrical encoding and decoding of the signal sent and received over the interconnecting conductor set **80**.

Shown in FIG. 2 is a sketch of a preferred embodiment of the electronic circuitry for one detector unit of the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit **10** connects to the interface and control unit **20** to trigger the monostable multivibrator **21** for a predetermined period of time when an environmental condition is detected. The monostable multivibrator **21** enables the signal encoder **22** to send a coded electrical signal to the local signal decoder **23** and to all other signal decoders of interconnected detectors hardwired linked together through the conductor set **80** shown in FIG. 1. Upon receiving a local or remote encoded signal, the signal decoder **23** decodes the signal and validates or rejects the signal. Upon validation of a received signal, within each interconnected detector, the signal decoder **23** enables and addresses the electronic voice memory integrated circuit **31** to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All recorded voice messages emitted by the interconnected detector units connected through the conductor set **80** via electrical conductor connector **37** are in temporal phase. A selectable coding apparatus of switches or jumpers **51** defines the physical installation location of each environmental condition detector through pre-defined location designations illustrated in FIG. 7. A language selector switch apparatus **60** is used to select which language is used

14      CONFIDENTIAL

BRK_000543

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

during the playing of the recorded voice messages. The recorded voice message is played through a speaker 70.

Shown in FIG. 3 is a sketch of a second preferred embodiment of the electronic circuitry for one detector unit for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit 10 connects to the interface and control unit 20 to trigger the monostable multivibrator 21 for a predetermined period of time when an environmental condition is detected. The monostable multivibrator 21 enables the electronic voice memory integrated circuit 31 to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All detector units within the interconnected system share common electrical connection to the address bits on each detector unit's electronic voice memory integrated circuit 31 through a multiple conductor connector interface 35 which results in all detector units emitting identical recorded voice messages in temporal phase. A selectable coding apparatus of switches or jumpers 52 defines the physical installation location of each environmental condition detector through pre-defined location designations illustrated in FIG. 7. A language selector switch apparatus 60 is used to select which language is used during the playing of the recorded voice messages. The recorded voice message is played through a speaker 70.

Shown in FIG. 4 is an example alarm timing plot of the sound emitted 82 by an environmental condition detector using both an audible tonal pattern alarm 85 and a recorded

15    CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

voice message 90 to convey information about the specific environmental condition detected. In the example exhibited in FIG. 2, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition type identifier only. The recorded voice message 90 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 85 consistent with conventional smoke detector alarms.

Shown in FIG. 5 is an example alarm timing plot of the sound emitted 92 by an environmental condition detector using an audible tonal pattern alarm 95 to convey the specific type of environmental condition and a recorded voice message 100 to convey the location of the detected environmental condition. In the example exhibited in FIG. 5, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition location identifier only. The recorded voice message 100 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 95 consistent with conventional smoke detector alarms.

Shown in FIG. 6 is an example alarm timing plot of sound emitted 102 by an environmental condition detector using an audible tonal pattern alarm 105 and a recorded voice message 110 to convey the specific type of environmental condition detected and the location of the environmental condition detector sensing the environmental condition. In the example exhibited in FIG. 6, the environmental condition detector embodiment is a carbon monoxide detector using voice as both an environmental condition type identifier and location identifier. The recorded voice message 110 is inserted into the defined silence periods of the prescribed

16

CONFIDENTIAL

BRK_000545

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

audible tonal pattern alarm **105** consistent with conventional carbon monoxide alarms. The example tonal pattern alarms and recorded voice messages are illustrative and not intended to provide an exhaustive exhibit of all possible tonal alarm patterns and recorded voice messages.

Shown in FIG. 7 is a selectable coding apparatus **115** for the user to select one of the predefined locations of the Environmental Condition Detector with Alarm and Voice Identifier embodiment when and where it is installed in a dwelling. Selectable coding means such as a jumper **117** on DIP header pins **120** or DIP switches (not shown) are simple methods to define the installation location of a detector embodiment. Typical dwelling locations are shown in FIG. 7 and are not intended to exhibit an exhaustive list.

The various preferred embodiments described above are merely descriptive of the present invention and are in no way intended to limit the scope of the invention. Modifications of the present invention will become obvious to those skilled in the art in light of the detailed description above, and such modifications are intended to fall within the scope of the appended claims.

CONFIDENTIAL

17

BRK_000546

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

I claim:

1. An environmental condition detector using pre-recorded voice messages to indicate the specific type of environmental condition detected in a dwelling comprising:

    (a) sensor means for detecting the presence of an environmental condition in said dwelling,

    (b) electronic means for activation of an alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition.

    (c) electronic means for playing of pre-recorded voice messages that verbally describe the type of environmental condition detected for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages.

    (d) a power source selected from the group consisting of a battery, standard 120VAC power. and standard 120VAC with a battery back-up power supply.

2. An environmental condition detector using pre-recorded voice messages to indicate the specific location of the environmental condition detected in a dwelling comprising:

    (a) sensor means for detecting the presence of an environmental condition in said dwelling,

    (b) electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

CONFIDENTIAL

BRK_000547

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

(c) selectable coding means to define the installation location, within said dwelling, of said environmental condition detector,

(d) electronic means for playing of pre-recorded voice messages that verbally describe the location, within said dwelling, of said environmental condition detector sensing said environmental condition for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages.

(e) a power source selected from the group consisting of a battery, standard 120VAC power, and standard 120VAC with a battery back-up power supply.

3. An environmental condition detector using pre-recorded voice messages to indicate the specific location and the specific type of the environmental condition detected in a dwelling comprising:

(a) sensor means for detecting the presence of an environmental condition in said dwelling,

(b) electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

(c) electronic means for playing pre-recorded voice messages that verbally describe the type of environmental condition detected for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted

BRK_000548



U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages.

(d) selectable coding means to define the installation location, within said dwelling, of said environmental condition detector.

(e) electronic means for playing pre-recorded voice messages that verbally describe the location, within said dwelling, of said environmental condition detector sensing said environmental condition for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages.

(f) a power source selected from the group consisting of a battery, standard 120VAC power, and standard 120VAC with a battery back-up power supply.

4. An environmental condition detection system using pre-recorded voice messages to indicate the specific type of an environmental condition detected in a dwelling comprising:
(a) a minimum of two environmental condition detectors, each detector comprising sensor means for detecting the presence of an environmental condition in said dwelling,

(b) each environmental condition detector comprising electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

20

**CONFIDENTIAL**



U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

(c) each environmental condition detector comprising electronic means for playing of pre-recorded voice messages that verbally describe the type of said environmental condition detected for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal alarm emitted simultaneously with said pre-recorded voice messages,

(d) each environmental condition detector comprising direct hardwire interconnection means for electrically linking a plurality of like environmental condition detectors such that the detection of said environmental condition by one detector causes all other hardwired interconnected detectors to emit the same tonal pattern alarm and same pre-recorded voice messages emitted by said environmental condition detector sensing said environmental condition.

(e) each environmental condition detector comprising a power source selected from the group consisting of standard 120VAC power and standard 120VAC power with a battery back-up power supply.

5. An environmental condition detection system using pre-recorded voice messages to indicate the specific location of an environmental condition detected in a dwelling comprising:

(a) a minimum of two environmental condition detectors, each detector comprising sensor means for detecting the presence of an environmental condition in said dwelling,

21

CONFIDENTIAL

BRK_000550

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

(b) each environmental condition detector comprising electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

(c) each environmental condition detector comprising selectable coding means to define the installation location, within said dwelling, of said environmental condition detector,

(d) each environmental condition detector comprising electronic means for playing of pre-recorded voice messages that verbally describe the location, within said dwelling, of said environmental condition detector sensing said environmental condition for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages.

(e) each environmental condition detector comprising direct hardwire interconnection means for electrically linking a plurality of like environmental condition detectors such that the detection of said environmental condition by one detector causes all other hardwired interconnected detectors to emit the same tonal pattern alarm and same pre-recorded voice messages emitted by said environmental condition detector sensing said environmental condition,

(f) each environmental condition detector comprising a power source selected from the group consisting of standard 120VAC power and standard 120VAC power with a battery back-up power supply.

22

CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

6. An environmental condition detection system using pre-recorded voice messages to indicate the specific location and specific type of the environmental condition detected in a dwelling comprising:

    (a) a minimum of two environmental condition detectors, each detector comprising sensor means for detecting the presence of an environmental condition in said dwelling,

    (b) each environmental condition detector comprising electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition.

    (c) each environmental condition detector comprising selectable coding means to define the installation location, within said dwelling, of said environmental condition detector.

    (d) each environmental condition detector comprising electronic means for playing of pre-recorded voice messages that verbally describe the location, within said dwelling, of said environmental condition detector sensing said environmental condition for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages,

    (e) each environmental condition detector comprising electronic means for playing of pre-recorded voice messages that verbally describe the type of environmental condition detected for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in

23

CONFIDENTIAL

BRK_000552

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

said prescribed audible tonal pattern simultaneously with said pre-recorded voice messages,

(f) each environmental condition detector comprising direct hardwire interconnection means for electrically linking a plurality of like environmental condition detectors such that the detection of said environmental condition by one detector causes all other hardwired interconnected detectors to emit the same tonal pattern alarm and same pre-recorded voice messages emitted by said environmental condition detector sensing said environmental condition,

(g) each environmental condition detector comprising a power source selected from the group consisting of standard 120VAC power and standard 120VAC power with a battery back-up power supply.

7. The environmental condition detector of Claim 1 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

8. The environmental condition detector of Claim 2 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

9. The environmental condition detector of Claim 3 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

24

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV  26505

10. The environmental condition detector of Claim 4 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type. a carbon monoxide detector type. a natural gas detector type, a propane detector type. and any multiple combination of these environmental condition detector types.

11. The environmental condition detector of Claim 5 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type. a carbon monoxide detector type, a natural gas detector type. a propane detector type. and any multiple combination of these environmental condition detector types.

12. The environmental condition detector of Claim 6 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type. a carbon monoxide detector type, a natural gas detector type. a propane detector type. and any multiple combination of these environmental condition detector types.

13. The environmental condition detector of Claim 1 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

14. The environmental condition detector of Claim 2 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

15. The environmental condition detector of Claim 3 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

25

CONFIDENTIAL

BRK_000554

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

16. The environmental condition detector of Claim 4 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

17. The environmental condition detector of Claim 5 'wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

18. The environmental condition detector of Claim 6 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

19. A method for providing environmental condition detection for a dwelling comprising :

(a) providing an environmental condition detection system to a dwelling, said dwelling comprising one or more distinctive regions selected from the group consisting of rooms, floor levels, areas, closets, attics, basements, passages, hallways, stairways, crawlspaces, garages, and any multiple combination thereof,

(b) setting a selectable coding means to define the detector installation location, within said dwelling, for each detector comprising said environmental condition detection system to cause the detector sensing an environmental condition to play a pre-recorded voice message, which verbally describes said detector installation location of said detector sensing an environmental condition, during the periods of silence in a prescribed audible tonal pattern alarm emitted by said detector sensing an environmental condition simultaneously with said pre-recorded voice message for the duration of said environmental condition,

26  CONFIDENTIAL

BRK_000555

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

(c) interconnecting a minimum of two environmental condition detectors forming said environmental condition detection system such that the tonal pattern alarm and pre-recorded voice messages emitted by one environmental condition detector sensing an environmental condition causes all other interconnected detectors to emit the same tonal pattern alarm and pre-recorded voice message as those emitted by said environmental condition detector sensing said environmental condition.

20. The method of Claim 19 wherein said method comprises playing a pre-recorded voice message that verbally describes the type of environmental condition detected for the duration of the detection of the said environmental condition such that said pre-recorded voice message is emitted during periods of silence in said prescribed audible tonal pattern alarm emitted simultaneously.

21. The method of Claim 19 wherein said method comprises providing an environmental condition detector type selected from the group consisting of a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

CONFIDENTIAL

BRK_000556

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

## ABSTRACT OF THE DISCLOSURE

Due to the presence of various environmental condition detectors in the home and businesses such as smoke detectors, carbon monoxide detectors, natural gas detectors, etc., each having individual but similar sounding alarm patterns, it can be difficult for occupants of such dwellings to immediately determine the specific type of environmental condition that exists during an alarm condition. The present invention comprises an environmental condition detector using both tonal pattern alarms and pre-recorded voice messages to indicate information about the environmental condition being sensed. Single-station battery-powered and 120VAC detectors are described as are multiple-station interconnected 120VAC powered detectors. The pre-recorded voice messages describe the type of environmental condition detected or the location of the environmental condition detector sensing the condition, or both, in addition to the tonal pattern alarm. Provisions are made for multi-lingual pre-recorded voice messages.

CONFIDENTIAL

BRK_000557

1/5



Fig. 1

CONFIDENTIAL

2/5



**Fig. 2**

CONFIDENTIAL

BRK_000559

3/5



**Fig. 3**

CONFIDENTIAL

BRK_000560

4/5



Fig. 4

Fig. 5

CONFIDENTIAL

BRK_000561

5/5



Fig. 6



Fig. 7

CONFIDENTIAL

SS

IN THE UNITED STATES PATENT & TRADEMARK OFFICE

| | | | | |
|---|---|---|---|---|
| Applicant: | Gary J. Morris | ) | | |
| | | ) | | #§ |
| Serial No.: | 09/651,454 | ) | Group Art Unit: 2632 | |
| | | ) | | |
| Filed: | August 30, 2000 | ) | Docket BRC 209.1 US | |
| | | ) | | RECEIVED |
| For: | Environmental Condition Detector | ) | | |
| | With Audible Alarm and Voice | ) | | MAR 3 0 2001 |
| | Identifier | ) | | |
| | | ) | | Technology Center 2600 |
| Examiner: | Unknown | ) | | |

SECOND SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Hon. Commissioner for Patents
Washington, D.C. 20231

Sir:

Attached Form PTO/SB/08A lists documents which may be considered to be material to the above-identified application by the Patent Examiner. Copies of the documents are enclosed. Entry into the record is respectfully requested.

The Commissioner is hereby authorized to charge any additional fees which may be required to this application under 37 CFR §§1.16-1.17, or credit any overpayment, to Deposit Account No. 04-1644. Should no proper payment be enclosed herewith, as by a check being in the wrong amount, unsigned, post-dated, otherwise improper or informal or even entirely missing, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 04-1644. A duplicate copy of this sheet is enclosed.

Respectfully submitted

By _____
Paul M. Vargo, Reg. No. 29,116

ROCKEY, MILNAMOW & KATZ, LTD.
180 North Stetson Avenue, Suite 4700
Chicago, Illinois 60601
(312) 616-5400

CERTIFICATE OF MAILING

I hereby certify that this paper is being hand-delivered to the above-identified Group Art Unit under the Commissioner for Patents, Washington, D.C. 20231 on March _30_, 2001.

_____

# 6/Add
Petition
Make Special
Advanced Examinati
7-5-01

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| | | ) |
| Appln. No.: | 09/651,454 | ) |
| | | ) |
| Filed: | August 30, 2000 | ) |
| | | ) |
| Title: | Environmental Condition | ) |
| | Detector With Audible Alarm | ) |
| | And Voice Identifier | ) |
| | | ) |
| Group Art Unit: | 2632 | ) |
| | | ) |
| Examiner: | Unknown | ) |
| | | ) |
| Docket No.: | BRC 209.1 US | ) |

**RECEIVED**

JUN 2 9 2001

Technology Center 2600

## PETITION TO MAKE SPECIAL
## PURSUANT TO 37 CFR 1.102

Hon. Commissioner of Patents
Washington, D.C. 20231

Dear Sir:

Pursuant to 37 C.F.R. 1.102, Advancement of Examination, it is requested that
the above-identified continuation application be made special and advanced in examination
because of actual infringement. The necessary fee of $130.00 is enclosed herewith.

The following is the required statement, and such statement is made by the
undersigned attorney of record, registered to practice before the United States Patent and
Trademark Office:

A) I have examined a specimen detector purchased
at retail and have concluded that there is an
infringing device or product actually on the
market;

B: A rigid comparison of the alleged infringing
device with the claims of the above-identified

application has been made. In my opinion, some of the pending claims are unquestionably infringed; and

C. A careful and thorough search of the prior art was recently conducted. In addition to previously filing the prior art documents of record in the parent application, the results of the noted search have been forwarded to the Patent Office in a previously submitted Supplemental Disclosure Statement.

No prior art documents are enclosed herewith. It is believed that all such documents are already of record.

I hereby declare that all statements made herein of my knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Respectfully submitted,

BY _____

Paul M. Vargo, Reg. No. 29,116

ROCKEY, MILNAMOW & KATZ, LTD.
180 N. Stetson, Suite 4700
Chicago, Illinois 60601
(312) 616-5400

Dated: _6 — 28 — 01_____

- 2 -

BRK_000565

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| | | ) |
| Appln. No.: | 09/651,454 | ) |
| | | ) |
| Filed: | August 30, 2000 | ) |
| | | ) |
| Title: | Environmental Condition | ) |
| | Detector With Audible Alarm | ) |
| | And Voice Identifier | ) |
| | | ) |
| Group Art Unit: | 2632 | ) |
| | | ) |
| Examiner: | Unknown | ) |
| | | ) |
| Docket No.: | BRC 209.1 US | ) |

RECEIVED

JUN 2 9 2001

Technology Center 2600

## LETTER

Hon. Commissioner of Patents
Washington, D.C. 20231

Dear Sir:

Attached hereto for filing in the above-identified application are the following:

1. Petition To Make special Pursuant to 37 CFR 1.102;

2. Our check No. 41576 in the amount of $130.00. The Commissioner is hereby authorized to charge any additional fees which may be required in connection with this communication or credit any overpayment to Deposit Account No. 04-1644.

Respectfully submitted,

07/02/2001 TWITCHER 00000003 09651454
01 FC:122                    130.00 OP

BY _____

Paul M. Vargo, Reg. No. 29,116

ROCKEY, MILNAMOW & KATZ, LTD.
180 N. Stetson, Suite 4700
Chicago, Illinois 60601
(312) 616-5400

Dated: 6-28-01 _____

BRK_000566



UNITED STATES PATENT AND TRADEMARK OFFICE

United States Patent and Trademark Office
Commissioner for Patents
Washington, D.C. 20231
www.uspto.gov

Paper No. 7

Rockey Milnamow &Katz Ltd
Two Prudential Plaza
180 North Stetson Avenue
Suite 4700
Chicago, Il 60601

**MAIL**

`JUL 1 7 2001`

**DIRECTOR OFFICE
TECHNOLOGY CENTER 2600**

In re Application of :                              :
Gary Jay Morris                                    :
Application No.: 09/651,454                          :
Filed: August 30, 2000                              :      DECISION ON PETITION TO
For: ENVIRONMENT CONDITION                          :          MAKE SPECIAL
DETECTOR WITH AUDIBLE ALARM
AND VOICE IDENTIFIER

This is a decision on the petition under 37 C.F.R. § 1.102, filed June 29, 2001, to make the above-identified application special.

The petition requests that the above-identified application be made special under the procedure set forth in M.P.E.P. § 708.02, item II: Infringement.

A grantable petition under 37 C.F.R. § 1.102(d), M.P.E.P. § 708.02, item II: Infringement, must be accompanied by the required fee and a statement alleging:

(1) that there is an infringing device or product actually on the market or method in use;

(2) that a rigid comparison of the alleged infringing device, product, or method with the claims of the application has been made, and that, in his or her opinion, some of the claims are unquestionably infringed; and

(3) that he or she has made or caused to be made a careful and thorough search of the prior art or has a good knowledge or the pertinent prior art.

Further, Applicant must provide one copy of each of the references deemed most closely related to the subject matter encompassed by the claims if said references are not already of record.

The petition is **GRANTED**.

The application will retain its special status throughout its entire course of prosecution the Patent and Trademark Office, including appeal, if any to the Board of Patent Appeals and Interferences, subject only to diligent prosecution by the applicant.

BRK_000567

The application file will be forwarded to Technology Center 2600 technical staff for entry of the amendment filed April 2, 2001 and from there be forwarded to the examiner for expedited prosecution.

Krista Zele
Special Program Examiner
Technology Center 2600
Communications
(703) 305-4701

BRK_000568

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| | | ) |
| Appln. No.: | 09/651,454 | ) |
| | | ) |
| Filed: | August 30, 2000 | ) |
| | | ) |
| Title: | Environmental Condition | ) |
| | Detector With Audible Alarm | ) |
| | And Voice Identifier | ) |
| | | ) |
| Group Art Unit: | 2632 | ) |
| | | ) |
| Examiner: | Unknown | ) |
| | | ) |
| Docket No.: | BRC 209.1 US | ) |

### SECOND PRELIMINARY AMENDMENT

Hon. Commissioner of Patents
Washington, D.C. 20231

Dear Sir:

In the specification of the above-identified application, please delete the first full paragraph on page 1 of the specification, lines 9 and 10 and substitute therefor the following:

--This application is a continuation and claims the benefit of the filing date of Serial No. 09/299,483 filed April 26, 1999, now US Patent No. 6,144,310 which claimed the benefit of Provisional Application Serial No. 60/117,307, filed January 26, 1999 and Disclosure Document 415668.--

## R E M A R K S

Entry of the above noted cross reference into the specification of the above-identified application immediately before the section title, on line 11 of page 1, of "BACKGROUND FOR THE INVENTION" is hereby requested.

Respectfully submitted,

BY _____

Paul M. Vargo, Reg. No. 29,116

ROCKEY, MILNAMOW & KATZ, LTD.
180 N. Stetson, Suite 4700
Chicago, Illinois 60601
(312) 616-5400

Dated: _3-12-01_____

- 2 -

BRK_000570



THE UNITED STATES PATENT OFFICE IS REQUESTED TO IMPRESS
ITS STAMP ON THIS CARD AND PLACE SAME IN THE OUT-GOING
MAIL TO SHOW THE FOLLOWING PAPERS HAVE BEEN RECEIVED.

**BRK1326P1181US**

RECEIVED

MAR 1 4 2001

Technology Center 2600

Re:      U.S. Ser. No. 09/651,454 (BRC 209.1 US)
Applicant:  Gary J. Morris

Enclosed:  Paper entitled:  Second Preliminary Amendment; ~~Petition Under 37 CFR § 1.178(a)(3);~~ and a prepaid post card for receipt-acknowledgment by the Patent Office Mail Room.

MAILED:  March   14, 2001
PMV/rkl
Express Mail Label:

BRK_000571



**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/651,454 | 08/30/00 | MORRIS | G | BRC209.1US |

WM01/0919

ROCKEY MILNAMOW & KATZ LTD
TWO PRUDENTIAL PLAZA
180 NORTH STETSON AVENUE
SUITE 4700
CHICAGO IL 60601

| EXAMINER |
|---|
| TONG, N |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2632 | 9 |

DATE MAILED:
09/19/01

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev.11/00)

1- File Copy

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 09/651,454 | MORRIS, GARY JAY |
| | Examiner | Art Unit |
| | Nina Tong | 2632 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>30 August 2000</u> .

2a)☐ This action is **FINAL**.  2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>22-65</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>22-65</u> is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☒ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

11)☐ The proposed drawing correction filed on _____ is: a)☐ approved b)☐ disapproved by the Examiner.

    If approved, corrected drawings are required in reply to this Office action.

12)☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. §§ 119 and 120**

13)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____ .

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

14)☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

    a) ☐ The translation of the foreign language provisional application has been received.

15)☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

**Attachment(s)**

| | |
|---|---|
| 1)☐ Notice of References Cited (PTO-892). | 4)☐ Interview Summary (PTO-413) Paper No(s). _____ . |
| 2)☒ Notice of Draftsperson's Patent Drawing Review (PTO-948) | 5)☐ Notice of Informal Patent Application (PTO-152) |
| 3)☐ Information Disclosure Statement(s) (PTO-1449) Paper No(s) _____ . | 6)☐ Other: _____ |

U.S. Patent and Trademark Office
PTO-326 (Rev. 04-01)  Office Action Summary  Part of Paper No. 9

BRK_000573

Application/Control Number: 09/651,454                                Page 1
Art Unit: 2632

## DETAILED ACTION

*NOTE: Claims 67-86 have been renumbered as 46-65 since there is no claims provided between 46-66.*

### Information Disclosure Statement

1.      The information disclosure statement filed 10/23/00, 02/26/01, 03/30/01 (papers #2,4,5) fails to comply with 37 CFR 1.98(a)(2), which requires a legible copy of each U.S. and foreign patent; each publication or that portion which caused it to be listed; and all other information or that portion which caused it to be listed.  It has been placed in the application file, but the information referred to therein has not been considered.

### Specification

2.      The disclosure is objected to because of the following informalities:
        At the beginning of the specification, please mention that this application is a continuation of the application 09/299,483 filed April 26, 1999 now patent as 6,144,310 which claims benefit of 60/117,307 filed 01/26/1999.
        Appropriate correction is required.

Application/Control Number: 09/651,454　　　　　　　　　　　　　　　　Page 2
Art Unit: 2632

### *Double Patenting*

3.　　　The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970);and, *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

　　　A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the conflicting application or patent is shown to be commonly owned with this application.  See 37 CFR 1.130(b).

　　　Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer.  A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

4.　　　Claims 22-65 are rejected under the judicially created doctrine of double patenting over

claims 1-22 of U. S. Patent No. 6,144,310 since the claims, if allowed, would improperly extend

the "right to exclude" already granted in the patent.

　　　The subject matter claimed in the instant application is fully disclosed in the patent and is

covered by the patent since the patent and the application are claiming common subject matter,

as follows: they both claimed the same environment condition detector with audible alarm and

voice identifier as claimed.

　　　Furthermore, there is no apparent reason why applicant was prevented from presenting

claims corresponding to those of the instant application during prosecution of the application

which matured into a patent.  See *In re Schneller*, 397 F.2d 350, 158 USPQ 210 (CCPA 1968).

See also MPEP § 804.

Application/Control Number: 09/651,454                                    Page 3
Art Unit: 2632

### *Claim Rejections - 35 USC § 103*

5.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

6.      Claim 22-40,61,62 are rejected under 35 U.S.C. 103(a) as being unpatentable over Fray

(5,587,705) in view of Molinick et al. (4,288,789).

        Regarding claims 22-40,61,62, Fray discloses a warning system for giving verbal

instruction during fire, which comprises 1) the claimed sensor means is met by the smoke

detector 13; 2) the claimed electronic means for activation of an alarm having a prescribed

audible tonal pattern is met by the alarm tone generator 10; 3) the claimed "electronic means for

playing of pre-recorded voice messages" is met by the digital recording and playback device 7;

4) the claimed power source is met by the powered source 31.

        Fray fails to specify the claimed "unalterable pre-recorded voice message".

        However, Fray shows the system of emitting a number of tones, followed by a verbal

message, followed by the same number of tones. The pattern is repeated and may be adjusted and

changed easily. Also, it is well-known in the art that the maximum silence period between the

tonal alarm patterns is 1.5 seconds under NFPA and UL regulations as admitted by the applicant

in the specification (page 5). Also, it is well-known in the art of providing a verbal message of

Application/Control Number: 09/651,454                                    Page 4
Art Unit: 2632

the type of the emergency and its location in the warning system as shown by Molinick et al.. It

would have been obvious to one of ordinary skill in the art at the time the invention was made to

employ the tone patterns as set by the NFPA and UL regulations in Fray for safety. Since Fray

teaches the concept of providing verbal message between tone patterns, and it would have been

obvious to employ the above tone patterns, it would have been obvious to one of ordinary skill in

the art at the time the invention was made to provide the verbal message during the silence

period of the tone patterns as set by the NFPA and UL regulation in Fray for improving safety.

Also, it would have been obvious to one of ordinary skill in the art at the time the invention was

made to provide the verbal messages of the type of the emergency and its location as taught by

Molinick et al. in the above combination for improving safety. Also, the verbal messages could

be changed or recorded regularly. (Col.5 lines 35-41, lines 57-59, col.6 lines 20-27). However, as

long as the verbal message is provided, recorded the verbal messages during the manufacture

such that the other unauthorized user could not change the message for safety is well-known in

the art and would not constitute an inventive step but an obvious design choice. It would have

been obvious to one of ordinary skill in the art at the time the invention was made to employ the

unalterable pre-recorded verbal message instead in the above combination for increasing safety

and for performing the same function as desired.

In addition, employing various kind and number of detector/sensor for sensing the

environment condition would not constitute an inventive step but an obvious design choice.

Also, it is well-known in the art of providing different audible tone patterns for representing a

corresponding sensed environment condition. It would have been obvious to one of ordinary skill

in the art at the time the invention was made to employ any various kind and number of sensor

Application/Control Number: 09/651,454                                     Page 5
Art Unit: 2632

with a particular voice message and audible tone pattern to represent a corresponding sensed

environment condition in the above combination for performing the same function as desired and

for increasing safety.

    Moreover, since the verbal messages is given and it is well-known in the art of providing

the particular sensed environment condition and location signals/messages to the people for

safety, it would have been obvious to one of ordinary skill in the art at the time the invention was

made to provide the verbal messages with location and the particular sensed condition to the user

in the above combination for increasing safety.

    In addition, it is well-known in the art of providing a selecting means for the user to

select different language. It would have been obvious to one of ordinary skill in the art at the

time the invention was made to employ the well-known language selecting means in the above

combination for convenience.


7.    Claims 41-45 are rejected under 35 U.S.C. 103(a) as being unpatentable over Fray

(5,663,714) in view of Molinick et al. (4,288,789) as applied to claim 40 above, and further in

view of Morris (5,587,705).


    Regarding claims 41-45, Morris '705 teaches the concept of activating all the alarms

when one of sensor senses the dangerous such that the person would be notified of the dangerous

in any location; wherein said one of sensor would emit a different distinct sound to indicate the

location of the sensed sensor. Also, employing wire or wireless communication between each

sensor would not constitute an inventive step but an obvious design choice since the function is

Application/Control Number: 09/651,454                                    Page 6
Art Unit: 2632

the same. It would have been obvious to one of ordinary skill in the art at the time the invention

was made to employ the system of the above combination with a plurality of sensors which are

wire connected to each other, such that all sensors would activate the alarm at the same time for

alerting the person in all location and indicating the type and the location of the sensed sensor for

safety.

### *Claim Rejections - 35 USC § 103*

8.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the
> manner in which the invention was made.

9.      Claims 46-60,63-65 are rejected under 35 U.S.C. 103(a) as being unpatentable over

Morris (5,587,705) in view of Fray (5,587,705) and Molinick et al. (4,288,789).


        Regarding claims 46-60,63-65, Morris discloses a multiple alert smoke detector, which

comprises a plurality of smoke detectors, each detector includes a power supply system with AC

and rechargeable battery, a test switch, a FM code selector, a FM transmitter, a FM receiver, an

alarm device, a smoke sensor, a light module. When a detector senses an environmental

condition, said detector will emit an alarm sound (alarm sound including different audible tone

patterns to indicate the location) and transmit a code upon the user FM code selection to other

Application/Control Number: 09/651,454                                          Page 7
Art Unit: 2632

detectors. Other detectors receive the code and emit the alarm sound to indicate the location of

the sensed detector.

Morris fails to specify the claimed pre-recorded voice message during the silence periods

between the tone patterns.

However, Fray shows a warning system for giving verbal instruction during fire, which

comprises the smoke detector 13, an electronic means for activation of an alarm having a

prescribed audible tonal pattern (the alarm tone generator 10), the electronic means for playing

of pre-recorded voice messages (the digital recording and playback device), the power source 31.

Such a system emits a number of tones, followed by a verbal message, followed by the same

number of tones. The pattern is repeated and may be adjusted and changed easily. Also, the

verbal messages could be changed or recorded regularly. (Col.5 lines 35-41, lines 57-59, col.6

lines 20-27). Therefore, the voice messages could be any messages, such as the type and/or the

location of the sensor. It would have been obvious to one of ordinary skill in the art at the time

the invention was made to provide any voice messages (such as, type and/or location of the

sensor) during the silence periods between the audible tone patterns in Morris as taught by Fray

for increasing safety.

In addition, it is well-known in the art that the maximum silence period between the tonal

alarm patterns is 1.5 seconds under NFPA and UL regulations as admitted by the applicant in the

specification (page 5). Also, it is well-known in the art of providing a verbal message of the type

of the emergency and its location in the warning system as shown by Molinick et al.. It would

have been obvious to one of ordinary skill in the art at the time the invention was made to

employ the tone patterns as set by the NFPA and UL regulations in the system of Fray for safety.

Application/Control Number: 09/651,454                                    Page 8
Art Unit: 2632

Since Fray teaches the concept of providing verbal message between tone patterns, and it would
have been obvious to employ the above tone patterns, it would have been obvious to one of
ordinary skill in the art at the time the invention was made to provide the verbal message during
the silence period of the tone patterns as set by the NFPA and UL regulation in Fray for
improving safety. Also, it would have been obvious to one of ordinary skill in the art at the time
the invention was made to provide the verbal messages of the type of the emergency and its
location as taught by Molinick et al. in the above combination for improving safety.

Moreover, as long as the verbal warning signal is provided, employing either the user
unalterable or user alterable verbal warning signals would not constitute an inventive step but an
obvious design choice. It would have been obvious to one of ordinary skill in the art at the time
the invention was made to employ the user unalterable verbal warning signals instead in the
above combination for performing the same function as desired and for avoiding any false alarm.
Also, as along as the wireless communication is provided, it would have been obvious to one of
ordinary skill in the art at the time the invention was made to employ any well-known wireless
communication system, such as the radio, optical, acoustic transmission system, in the above
combination for performing the same function as desired. Furthermore, it would have been
obvious to one of ordinary skill in the art at the time the invention was made to employ any well-
known environment sensor and any well-known power supply and any well-known alarm signals
as claimed in the above combinations for performing the same function as desired.

Also, as long as the other sensors received the coded signals to provide the specific
alarm, it would have been obvious to one of ordinary skill in the art at the time the invention was

Application/Control Number: 09/651,454                                     Page 9
Art Unit: 2632

made to send such a coded signals to other different and/or similar sensors in the above

combination for increasing safety and for performing the same function as desired.

In addition, employing various kind and number of detector/sensor for sensing the

environment condition would not constitute an inventive step but an obvious design choice.

Also, it is well-known in the art of providing different audible tone patterns for representing a

corresponding sensed environment condition. It would have been obvious to one of ordinary skill

in the art at the time the invention was made to employ any various kind and number of sensor

with a particular voice message and audible tone pattern to represent a corresponding sensed

environment condition in the above combination for performing the same function as desired and

for increasing safety.

Moreover, since the verbal messages is given and it is well-known in the art of providing

the particular sensed environment condition and location signals/messages to the people for

safety, it would have been obvious to one of ordinary skill in the art at the time the invention was

made to provide the verbal messages with location and the particular sensed condition to the user

in the above combination for increasing safety.

In addition, it is well-known in the art of providing a selecting means for the user to

select different language. It would have been obvious to one of ordinary skill in the art at the

time the invention was made to employ the well-known language selecting means in the above

combination for convenience.

Also, it is well-known in the art of providing a selecting means for the user to select

different language. It would have been obvious to one of ordinary skill in the art at the time the

Application/Control Number: 09/651,454          Page 10
Art Unit: 2632

invention was made to employ the well-known language selecting means in the above

combination for convenience.

    Also, it is well-known in the art of having a second different sensor with different alarm

signals in the same sensor unit. It would have been obvious to one of ordinary skill in the art at

the time the invention was made to employ an additional different sensor with different audible

tone with different voice message in the above combination for providing a better sensor system.

    Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Nina Tong whose telephone number is 703-305-4831. The

examiner can normally be reached on Mon-Fri. (9:30 -7:00), alternate Friday off.

    If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Jeffrey Hofsass can be reached on 703-305-4717. The fax phone numbers for the

organization where this application or proceeding is assigned are 703-872-9314 for regular

communications and 703-872-9314 for After Final communications.

    Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the receptionist whose telephone number is 703-305-4700.

                                  Nina Tong
                                  Primary Examiner
                                  Art Unit 2632

Nina Tong
September 16, 2001

Attachment _____

The drawings submitted with this application were declared informal by the applicant. Accordingly they have not been reviewed by a draftsperson at this time. When formal drawings are submitted, the draftsperson will perform a review.

Direct any inquires concerning drawing review to the Drawing Review Branch (703) 305-8404.

Substitute PTO-948

BRK_000584

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Morris | ) |
| | | ) |
| For: | Environmental Condition Detector | ) |
| | with Audible Alarm and Smoke | ) |
| | Alarm with Anti-Dust Screen and | ) |
| | Voice Identifier | ) |
| | | ) |
| Serial No.: | 09/651,454 | ) |
| | | ) |
| Filed: | August 30, 2000 | ) |
| | | ) |
| Examiner: | Tong, N. | ) |
| | | ) |
| Art Unit: | 2632 | ) |

RECEIVED

NOV 0 7 2001

Technology Center 2600

### TRANSMITTAL LETTER

Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

The present letter is being filed in response to an Official Action, dated September 19, 2001, and a telephone conversation with the Examiner, dated November 2, 2001, where it was determined that the Patent Office's file is incomplete. The present letter includes duplicate copies of papers previously filed, but which can not be found in the Official file, as well as copies of the return receipt postcards confirming receipt of the original papers by the Patent Office.

Specifically, the present letter includes copies of the original papers filed and corresponding USPTO stamped return receipt postcards received for a second preliminary amendment, mailed March 12, 2001, and a third preliminary amendment, mailed March 15, 2001. The present letter additionally includes further copies of the references previously included as part of the information disclosure statements, mailed November 14, 2000, February 21, 2001, and March 30, 2001.

In order to avoid piecemeal prosecution (MPEP 707.07(g)) and in order to meet the Examiner's obligation to completely examine the application (37 CFR 1.104(a)(1)) including each and every claim, the Applicant would respectfully request that the Examiner re-issue the outstanding action, minimally supplementing the present action to address all of the claims presently pending,

and to take into account all of the references cited as part of several previously filed information disclosure statements.

By re-issuing the present action, the present prosecution will avoid the confusion which would be caused by the improper renumbering of the claims in the present action.

Respectfully submitted,

BY _Lawrence Chapa_

Lawrence J. Chapa, Reg. No. 39,135

ROCKEY, MILNAMOW & KATZ, LTD.
Two Prudential Plaza, 47th Floor
180 North Stetson
Chicago, Illinois 60601
Telephone: 312-616-5400

- 2 -

BRK_000586

Docket BRC 209.1 US

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

11-8-01

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| | | ) |
| For: | Environmental Condition | ) |
| | Detector With Audible Alarm | ) |
| | and Voice Identifier | ) |
| | | ) |
| Serial No.: | 09/651,454 | ) |
| | | ) |
| Filed: | August 30, 2000 | ) |
| | | ) |
| Examiner: | Not Assigned | ) |
| | | ) |
| Art Unit: | 2632 | ) |

### THIRD PRELIMINARY AMENDMENT

Hon. Commissioner of Patents
Washington, D.C. 20231

Dear Sir:

Prior to examination, please enter the following additional claims:

46. An apparatus comprising:

a first detector having:

a housing;

at least one ambient condition sensor carried by the housing;

a control element, carried by the housing and coupled to the sensor, for establishing the presence of a local alarm condition;

a wired input/output port coupled to the control element wherein the port and control element receive signals from other detectors, or, transmit signals to other detectors;

an audible output device, coupled to the control element and responsive thereto for emitting at least one user unalterable prescribed, alarm specifying,

audible tonal pattern, activated in response to one of, the presence of a local alarm condition or a received signal indicating an alarm condition at a displaced detector, wherein some of the tones are spaced apart from one another by a first time interval and wherein others of the tones are closer together;

a manually settable location specifying member, coupled to the control element whereby a user can specify a location at which the housing is installed; and

voice annunciating circuitry and a plurality of stored, user unalterable verbal outputs identifying at least a plurality of locations for specifying an alarm location wherein in response to one of, an established local alarm condition, or received signals from another detector, the voice annunciating circuitry verbally outputs at least one of an alarm type message, or, an alarm location message repetitively in at least some of the first intervals, such that where a local alarm condition has been detected, at least one of, the location established by the manually settable member, or, the type of alarm is verbalized, and where alarm indicating signals have been received, at least one of the alarm type at the detector transmitting the signals, or, the location specified by the settable member of the detector transmitting the signals is verbalized.

10   47.   An apparatus as in claim 9 wherein the ambient condition sensor comprises at least one of a fire sensor and a gas sensor.

22   48.   An apparatus as in claim 46 which includes a second, different sensor and wherein the voice annunciating circuitry outputs another user unalterable message, wherein the another message describes a second type of sensed ambient condition such that the message is emitted during periods of silence in a prescribed, user unalterable tonal alarm pattern indicative of the second type of sensor.

11   49.   An apparatus as in claim 10 wherein the control element includes a programmed processor and at least one pre-stored tonal output pattern indicative of the sensed ambient condition.

12   50.   An apparatus as in claim 11 which includes a second pre-stored tonal output pattern indicative of a second sensed ambient condition.

13   51.   An apparatus as in claim 10 which includes at last a second detector, substantially identical to the first detector and coupled therewith via the input/output ports, wherein in response to the first detector establishing the presence of a local alarm condition

- 2 -





BRK_000588

and sending alarm and location indicating signals to the second detector whereby the second detector emits the prescribed audible tonal pattern identifying the alarm type and during at least some of the first intervals, and verbalizes the location specified by the location specifying member of the first detector.

14 *51.* An apparatus as in claim *51* wherein the detectors each include at least one, prestored, alarm type indicating message wherein the second detector, in response to the received alarm and location indicating message, from the first detector, verbalizes the type of alarm condition local to the first detector during at least some of the first intervals.

15 *55.* An apparatus as in claim *51* wherein each detector includes a power supply.

16 *54.* An apparatus as in claim *15* wherein the supply includes a connector for engaging an exterior source of energy.

17 *55.* An apparatus as in claim *52* wherein the input/output ports each exhibit a connector coupling one of a coded signal between detectors, or a plurality of signals between detectors.

18 *56.* An apparatus as in claim *58* wherein input/output ports for coupling a coded signal between detectors comprise a plurality of conductors for coupling electrically coded signals between detectors.

19 *57.* An apparatus as in claim *56* wherein the plurality comprises two conductors.

20 *58.* An apparatus as in claim *56* wherein the input/output ports for coupling a plurality of signals between detectors comprise a plurality of conductors for carrying uncoded electrical signals between detectors.

21 *59.* An apparatus as in claim *57* which includes circuitry in the detectors for encoding and decoding the alarm and location indicating signals.

60. A method for providing environmental condition detection for a multi-section region comprising:

(a) locating a minimum of two environmental condition detectors in different sections of the region wherein each detector senses a first type of alarm condition;



- 3 -

(b)     setting a selectable coding element in each detector to define the location of the respective detector within a section;

(c)     sensing an alarm condition and outputting a user unalterable, pre-recorded, voice message, which verbally describes at least the location of the sensed alarm condition;

(d)     communicating via a wired connection with another detector such that the pre-recorded voice message voiced at the sensing location is also emitted at the another detector.

61.     A method as in claim 60 which includes verbally stating a type of sensed alarm condition.

62.     A method as in claim 60 which includes providing a first environmental condition detector selected from a group including a smoke detector, a gas detector, a natural gas detector, and a propane gas detector.

*23* 63.     An environmental condition detector using pre-recorded voice messages to indicate the location of an environmental condition detected in a region comprising:

(a)     at least one sensor for detecting the presence of an environmental condition in the region wherein the sensor comprises a type selected from a group including a smoke sensor, a carbon monoxide sensor, a natural gas sensor, a propane sensor, and any multiple combination of the sensors;

(b)     an electronic storage device for storing user unalterable pre-recorded voice messages wherein at least some of the messages represent different locations;

(c)     a selecting device for a user to select one of the pre-recorded voice messages to represent the location of the detector in the region;

(d)     an electronic circuit coupled to the at least one sensor, and the devices for activation of an audible alarm device which emits user unalterable prescribed groups of pulsating, audible output tonal patterns for the duration of the sensed environmental condition, wherein groups of patterns are spaced apart by predetermined silent periods, wherein the electronic circuit repeatedly emits selected pre-recorded user unalterable voice messages that verbally describe the location of the detected environmental



- 4 -

condition, as specified by the selecting device, for the duration of detection thereof wherein the selected pre-recorded voice message is repeatedly emitted during at least some of the silent periods; and

(e)     a housing which carries the sensor, the electronic circuit, the electronic storage device, the alarm device and the selecting device.

24 ~~54~~.     A method for providing environmental condition detection for a building comprising:

(a)     providing a plurality of detectors for a building having one or more distinctive regions;

(b)     setting a selectable coding element to define each detector's installation location in the building whereupon a detector sensing an environmental condition emits a prescribed audible tonal pattern alarm and  a user unalterable pre-recorded voice message which verbally describes the installation location of the detector sensing an environmental condition, during the periods of silence in the tonal pattern emitted by that detector, for the duration of the environmental condition; and

(c)     interconnecting a minimum of two environmental condition detectors forming an environmental condition detection system such that the interconnected detectors respond to one detector which is sensing an environmental condition whereby all other interconnected detectors emit substantially the same tonal pattern alarm and pre-recorded voice message as those emitted by the environmental condition detector sensing the environmental condition.

25 ~~65~~.     The method of claim ~~64~~ 24 wherein said method comprises emitting a pre-recorded voice message that verbally describes the type of environmental condition detected, for the duration of the detection of the said environmental condition, such that the pre-recorded voice message is repetitively emitted during at least some periods of silence in the prescribed audible tonal pattern alarm.

26 ~~66~~.     The method of claim ~~66~~ 24 wherein said method comprises providing an environmental condition detector selected from a group which includes a smoke detector, a carbon monoxide detector, a natural gas detector, a propane detector, and any multiple combination of these environmental condition detector types.

- 5 -



## R E M A R K S

Entry and examination of the above additional claims are hereby requested.

Respectfully submitted,

ROCKEY, MILNAMOW & KATZ, LTD.

BY: _____

Paul M. Vargo

PMV/rkl

- 6 -

BRK_000592



THE UNITED STATES PATENT OFFICE IS REQUESTED TO IMPRESS
ITS STAMP ON THIS CARD AND PLACE SAME IN THE OUT-GOING
MAIL TO SHOW THE FOLLOWING PAPERS HAVE BEEN RECEIVED.

BRK1326P1181US

OIPE JC67
MAR 1 5 2001
PATENT & TRADEMARK OFFICE

Re:     Ser. No. 09/651,454
For:    Environmental Condition Detector With Audible
        Alarm and Voice Identifier

Enclosed: Certificate of Mailing y Express Mail; Response Transmittal Letter with
Check No. 40507          in the amount of $378.00 attached thereto; Third
Preliminary Amendment (6 pages);  and a postage prepaid postcard for receipt-
acknowledgment by the Patent Office Mail Room.

MAILED: March 15, 2001
PMV/rkl
Express Mail Label:  EL 855 408 290 US

PMV

BRK_000593

| **RESPONSE TRANSMITTA  ETTER** | | Docket No.: | BR   09.1 US |
|---|---|---|---|
| Serial No.: | 09/651,454 | Filing Date: | August 30, 2000 |
| Group Art Unit: | 2632 | Examiner: | Not Assigned |
| Applicant(s): | Gary J. Morris | | |
| Invention: | Environmental Condition Detector With Audible Alarm and Voice Identifier | | |

**HON. COMMISSIONER FOR PATENTS**
**WASHINGTON, D.C. 20231**

Sir:

Transmitted herewith is a response in the above-identified application.

☐   Small entity status of this application under 37 CFR §1.9 and §1.27 has been established by a verified statement previously submitted.

☐   A verified statement to establish small entity status under 37 CFR §1.9 and §1.27 is enclosed.

☐   A Petition for a _____- month extension of time and the separate fee therefor is enclosed.

☐   No additional claim filing fee is required.

The fee has been calculated as shown below.

| CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | SMALL ENTITY | | LARGE ENTITY | |
|---|---|---|---|---|---|---|
| | | | RATE | ADDIT. FEE | RATE | ADDIT. FEE |
| TOTAL  45 | MINUS - 24 | = 21 | x $ 9.00 = | $ | x $ 18.00 = | $378.00 |
| INDEPENDENT 6 | MINUS - 7 | = 0 | x $40.00 = | $ | x $ 80.00 = | $ |
| ☐  First presentation of multiple dependent claim | | | + $135.00 = | $ | + $270.00 = | $ |
| | | Total Fee | | $ | | $378.00 |

☐   Please charge Deposit Account No. 04-1644 in the amount of $_____ to cover the claim filing fee.

☐   A check in the amount of $378.00 to cover the claim filing fee is enclosed.

☒   **Conditional Petition For Extension of Time:** An extension of time, if necessary, is requested to provide for timely filing of this communication.

☒   A duplicate copy of this transmittal sheet is enclosed.

☐   Other: _____

☒   The Commissioner is hereby authorized to charge any additional fees which may be required in connection with this communication or credit any overpayment to Deposit Account No. 04-1644.

Date:   /   March 15, 2001          By _____
/ Paul M. Vargo, Reg. No. 29,116

Correspondence Address:
ROCKEY, MILNAMOW & KATZ, LTD.
Two Prudential Plaza, Suite 4700
180 North Stetson Avenue
Chicago, Illinois  60601
(312) 616-5400

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:  Commissioner for Patents, Washington, D.C.  20231 on **March 15, 2001.**

By _____

BRK_000594

HE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |

CERTIFICATE OF MAILING

)

envelope addre
Patents, Washington, D.C. 20231, on the date
below.

*Rawinn K. Lieber*

*March 30, 2001*
(Date)

**RECEIVED**

APR 0 5 2001

Technology Center 2600

| | | |
|---|---|---|
| Filed: | August 30, 2000 | ) |
| Examiner: | Not Assigned | ) |
| Art Unit: | 2632 | ) |

## FOURTH PRELIMINARY AMENDMENT

Hon. Commissioner of Patents
Washington, D.C.  20231

Dear Sir:

        Prior to examination, please enter the following additional claims:

27 ~~37~~.        An apparatus comprising:

                a first detector having:

                        a housing;

                        at least one ambient condition sensor carried by the housing;

                        circuitry, carried by the housing and coupled to the sensor,

for establishing the presence of a local alarm condition;

                        a wired input/output port coupled to the circuitry wherein the port

and circuitry receive signals from other detectors, or, transmit signals to other detectors;

                        an audible output device, coupled to the circuitry and responsive

thereto for emitting at least one user unalterable prescribed, alarm specifying, audible tonal

pattern, activated in response to one of, the presence of a local alarm condition or a

received signal indicating an alarm condition at a displaced detector, wherein some of the

04/04/2001 EABUBAK1 00000036 09651454
01 FC:102                                240.00 0P
02 FC:103                                360.00 0P

BRK_000595

tones are spaced apart from one another by a first time interval and wherein others of the tones are closer together; and

wherein the circuitry includes voice annunciating circuits and at least one of a stored, user unalterable verbal alarm type output, and, a plurality of stored, user unalterable verbal outputs identifying at least a plurality of locations for specifying an alarm location wherein where a local alarm condition has been detected, at least one of, the alarm type or alarm location is verbalized, and where alarm indicating signals have been received, at least one of the alarm type at the detector transmitting the signals, or, the alarm location is verbalized.

28 68. An apparatus as in claim 27 wherein the ambient condition sensor comprises at least one of a fire sensor and a gas sensor.

32 69. An apparatus as in claim 27 which includes a second, different sensor and wherein the voice annunciating circuits output another user unalterable message, wherein the another message describes a second type of sensed ambient condition such that the message is emitted during periods of silence in a prescribed, user unalterable tonal alarm pattern indicative of the second type of sensor.

29 70. An apparatus as in claim 28 wherein the circuitry includes a programmed processor and at least one pre-stored tonal output pattern indicative of the sensed ambient condition.

30 71. An apparatus as in claim 29 which includes a second pre-stored tonal output pattern indicative of a second sensed ambient condition.

31 72. An apparatus as in claim 28 which includes at least a second detector, substantially identical to the first detector and coupled therewith via the input/output ports, wherein in response to the first detector establishing the presence of a local alarm condition and sending an alarm indicating signal to the second detector, the second detector emits the prescribed audible tonal pattern identifying the alarm type and during at least some of the first intervals, and verbalizes at least one of the type of alarm at the first detector or the location thereof.

33 73. An apparatus as in claim 27 wherein each detector includes a power supply.

- 2 -





BRK_000596

34 74. An apparatus as in claim 27 wherein the input/output ports each include a connector coupling one of a coded signal between detectors, or a plurality of signals between detectors.

35 75. An apparatus as in claim 34 wherein input/output ports for coupling a coded signal between detectors comprise at least one conductor for coupling electrically coded signals between detectors.

36 76. An apparatus as in claim 34 wherein the input/output ports for coupling a plurality of signals between detectors comprise a plurality of conductors for carrying uncoded electrical signals between detectors.

77. A method for providing environmental condition detection for a multi-section region comprising:

   (a) locating a minimum of two environmental condition detectors in different sections of the region wherein each detector senses at least a first type of alarm condition;

   (b) sensing an alarm condition at one of the detectors and outputting a user unalterable, pre-recorded, voice message, which verbally describes at least the type of the sensed alarm condition;

   (c) communicating via a wired connection with another detector such that substantially the same pre-recorded voice message voiced at the sensing detector is also emitted at the another detector.

78. A method as in claim 77 which includes verbally stating a location of the sensed alarm condition.

79. A method as in claim 77 which includes providing a first environmental condition detector selected from a group including a fire detector, a carbon monoxide detector, a natural gas detector, a propane gas detector and a combined fire and carbon monoxide detector.

80. A method as in claim 79 which includes providing at least two combined detectors in different sections of the region and interconnecting them with at least one wired connection.

81. A method as in claim 80 wherein in response to one of sensed fire and sensed carbon monoxide, the responding detector emits an interrupted, condition

- 3 -





specifying, tonal alarm pattern and outputs a user unalterable, pre-recorded voice message which verbally describes the type of alarm during silent intervals between tones; and,

couples a signal to the other detector which in turn emits the same type of alarm specifying tonal alarm and the same type of alarm specifying verbal output during respective silent intervals between tones.

37. An environmental condition detector which uses pre-recorded voice messages to indicate the location of an environmental condition detected in a region comprising:

at least one sensor for detecting the presence of an environmental condition in the region wherein the sensor comprises a type selected from a group including a fire sensor, a carbon monoxide sensor, a natural gas sensor, a propane sensor, and any multiple combination of the sensors;

an electronic storage device for storing user unalterable pre-recorded voice messages wherein at least some of the messages represent different locations;

an electrical signal to select one of the pre-recorded voice messages to represent the location of the detector in the region;

an electronic circuit coupled to the at least one sensor, and the device for activation of an audible alarm device which emits user unalterable prescribed groups of pulsating, audible output tonal patterns for the duration of the sensed environmental condition, wherein groups of patterns are spaced apart by predetermined tonal silent periods, wherein the electronic circuit repeatedly verbalizes the selected, pre-recorded, user unalterable location message during at least some of the silent periods; and

a housing which carries the sensor, the electronic circuit, the electronic storage device, and the alarm device.

38. A detector as in claim 37 wherein one of the pre-recorded voice messages specifies an alarm type and wherein the electronic circuit verbalizes the alarm type during some of the tonal silent periods.

39. A method for providing environmental condition detection for a building comprising:

(a)    providing a plurality of detectors for a building having one or more distinctive regions;

- 4 -

(b)     interconnecting the detectors with at least one conductor;

(c)     sensing an environmental condition at a detector and emitting a prescribed audible tonal alarm pattern and a user unalterable pre-recorded voice message which verbally describes the type of environmental condition, during the periods of silence in the tonal pattern emitted by that detector, for the duration of the environmental condition; and wherein all other interconnected detectors emit substantially the same tonal alarm pattern and pre-recorded voice message as emitted by the detector sensing the environmental condition.

40 38.     The method of claim 39 wherein a pre-recorded voice message that verbally describes the location of the sensed environmental condition is repetitively emitted during at least some periods of silence in the emitted tonal pattern at all interconnected detectors.

41 36.     The method of claim 39 which includes providing an environmental condition detector selected from a group which includes a fire detector, a carbon monoxide detector, a natural gas detector, a propane detector, and any multiple combination of the detector types.

## R E M A R K S

Entry and examination of the above additional claims are hereby requested.

Respectfully submitted,

ROCKEY, MILNAMOW & KATZ, LTD.

BY: _____

Paul M. Vargo

PMV/rkl

ROCKEY, MILNAMOW & KATZ, LTD.
180 N. Stetson, Suite 4700
Chicago, Illinois 60601
(312) 616-5400

- 5 -

GAU 2632

| RESPONSE TRANSMITTAL LETTER | | Docket No.: | BRC 209.1 US |
|---|---|---|---|
| Serial No.: | 09/651,454 | Filing Date: | August 30, 2000 |
| Group Art Unit: | 2632 | Examiner: | Not assigned |
| Applicant(s): | Gary J. Morris | | |
| Invention: | Environmental Condition Detector With Audible Alarm and Voice Identifier | | |

**Hon. COMMISSIONER FOR PATENTS**
**WASHINGTON, D.C. 20231**

RECEIVED

APR 05 2001

Technology Center 2600

Sir:

Transmitted herewith is a response in the above-identified application.

☐    Small entity status of this application under 37 CFR §1.9 and §1.27 has been established by a verified statement previously submitted.

☐    A verified statement to establish small entity status under 37 CFR §1.9 and §1.27 is enclosed.

☐    A Petition for a _____- month extension of time and the separate fee therefor is enclosed.

☐    No additional claim filing fee is required.

The fee has been calculated as shown below.

| CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | SMALL ENTITY | | LARGE ENTITY | |
|---|---|---|---|---|---|---|
| | | | RATE | ADDIT.FEE | RATE | ADDIT. FEE |
| TOTAL 65 | MINUS - 45 | = 20 | x $ 9.00 = | $ | x $ 18.00 = | $360.00 |
| INDEPENDENT 10 | MINUS - 7 | = 3 | x $ 39.00 = | $ | x $ 80.00= | $240.00 |
| ☐ First presentation of multiple dependent claim | | | + $130.00 = | $ | + $260.00 = | $ |
| | | Total Fee | | $ | | $600.00 |

☐    Please charge Deposit Account No. 04-1644 in the amount of $_____ to cover the claim filing fee.

☒    A check in the amount of $600.00 to cover the claim filing fee is enclosed.

☐    **Conditional Petition For Extension of Time:** An extension of time, if necessary, is requested to provide for timely filing of this communication.

☒    A duplicate copy of this transmittal sheet is enclosed.

☐    Other: _____

☒    The Commissioner is hereby authorized to charge any additional fees which may be required in connection with this communication or credit any overpayment to Deposit Account No. 04-1644.

Date: March 30, 2001

By _____
Paul M. Vargo, Reg. No. 29,116

Correspondence Address:
ROCKEY, MILNAMOW & KATZ, LTD.
Two Prudential Plaza, Suite 4700
180 North Stetson Avenue
Chicago, Illinois 60601
(312) 616-5400

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on **March 30, 2001**.

By _____

BRK_000600

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Morris | ) |
| | | ) |
| For: | Environmental Condition | ) |
| | Detector with Audible Alarm and | ) |
| | Smoke Alarm with Anti-Dust | ) |
| | Screen and Voice Identifier | ) |
| | | ) |
| Serial No.: | 09/651,454 | ) |
| | | ) |
| Filed: | August 30, 2000 | ) |
| | | ) |
| Examiner: | Tong, N. | ) |
| | | ) |
| Art Unit: | 2632 | ) |

**RECEIVED**

NOV 2 8 2001

Technology Center 2600

### THIRD SUPPLEMENTAL
### INFORMATION DISCLOSURE STATEMENT

Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

For the convenience of the Patent and Trademark Office, record is made below of published art for consideration by the Patent and Trademark Office in connection with the above-identified application. The references, being cited herewith, were cited in a search report dated October 31, 2001. No representation is made or intended that a search has been made or, if made, was complete, or that no more pertinent art than that listed is available. It is expected that the Patent and Trademark Office will independently conduct a complete search for relevant prior art.

Enclosed with the present Information Disclosure Statement is a form PTO-1449, which lists the references being brought to the Examiner's attention. Similarly enclosed are copies of the cited references. The references are in English.

The present Information disclosure statement is being filed after the mailing date of a first Office Action on the merits, but prior to the mailing date of either a final action under

BRK_000601

§1.113, or a notice of allowance under §1.311. No item of information contained in the Information Disclosure Statement was cited in any communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in § 1.56(c) more than three months prior to the filing of the Information Disclosure Statement. Consequently, **no fee is believed to be due**, and consideration by the Examiner is believed to be appropriate.

Should a fee be deemed to be necessary, for purposes of consideration of present disclosure statement and the references cited herein, the Commissioner is authorized to charge any such fees which may be required under 37 CFR §§1.16-1.17, or credit any overpayment, to Deposit Account No. 04-1644.

Respectfully submitted,

BY _____
Lawrence J. Chapa, Reg. No. 39,135

ROCKEY, MILNAMOW & KATZ, LTD.
Two Prudential Plaza, 47th Floor
180 North Stetson
Chicago, Illinois 60601
Telephone: 312-616-5400

- 2 -

BRK_000602



#14
4/9/02

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Gary J. Morris | ) | **CERTIFICATE OF MAILING** |
| | | ) | |
| Ser. No.: | 09/651,454 | ) | I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Hon. Commissioner of Patents, Washington, D.C. 20231, on the date below. |
| | | ) | |
| Filed: | August 30, 2000 | ) | |
| | | ) | |
| Title: | Environmental Condition Detector With Audible Alarm and Voice Identifier | ) | |
| | | ) | |
| | | ) | *Laura K. Lueber* |
| Group Art Unit: | 2632 | ) | *March 18, 2002* |
| | | ) | (Date) |
| Examiner: | N. Tong | ) | |
| | | ) | |
| Docket No.: | 8365/86087 | | |

RECEIVED
APR 0 3 2002
Technology Center 2600

### CHANGE OF CORRESPONDENCE ADDRESS PURSUANT TO 37 CFR 1.33

Hon. Commissioner of Patents
Washington, D.C. 20231

Dear Sir:

      Undersigned attorney is hereby advising the United States Patent Office of a change in correspondence address in the above-identified application. All correspondence should be addressed to Paul M. Vargo at the following law firm:

WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
(312) 655-1500 (telephone)
(312) 655-1501 (facsimile)

Respectfully submitted,

BY _____
Paul M. Vargo, Reg. No. 29,116

WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
(312) 655-1500

| PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a) (Large Entity) | Docket No. 8365/86087 |
|---|---|

In Re Application Of:  Gary J. Morris

| Serial No. 09/651,454 | Filing Date August 30, 2000 | Examiner N. Tong | Group Art Unit 2632 |
|---|---|---|---|

Invention:  **Environmental Condition Detector With Audible Alarm and Voice Identifier**

### TO THE ASSISTANT COMMISSIONER FOR PATENTS:

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a response to the Office Action of ___September 19, 2001___ above-identified application.
      *Date*

The requested extension is as follows (check time period desired):

  ☐ One month    ☐ Two months    ☒ Three months    ☐ Four months    ☐ Five months

  from:    ___September 19, 2001___    until:    ___March 19, 2002___
              *Date*                           *Date*

**RECEIVED**

**APR 0 3 2002**

**Technology Center 2600**

The fee for the extension of time is    **$920**    and is to be paid as follows:

  ☒ A check in the amount of the fee is enclosed.

  ☒ The Commissioner is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account No.  **23-0920**
    A duplicate copy of this sheet is enclosed.

  ☒ If an additional extension of time is required, please consider this a petition therefor and charge any additional fees which may be required to Deposit Account No.  **23-0920**
    A duplicate copy of this sheet is enclosed.

_____        Dated:  **March 18, 2002**
        *Signature*

Paul M. Vargo, Reg. No. 29,116

03/29/2002 SSITHIB1 00000015 09651454
01 FC:117              920.00 OP

I certify that this document and fee is being deposited on March 18, 2002 with the U.S. Postal Service as first class mail under 37 C.F.R. 1.8 and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 2023?

_____
*Signature of Person/Mailing Correspondence*

Rowena K. Lieber
*Typed or Printed Name of Person Mailing Correspondence*

cc:

P12LARGE/REV06

BRK_000604

$2632

OIPE
MAR 2 8 2002
PATENT & TRADEMARK OFFICE

AO

PTO/SB/17 (11-01)
Approved for use through 10/31/2002. OMB 0651-0032
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL
## for FY 2002

*Patent fees are subject to annual revision.*

☐ Applicant claims small entity status. See 37 CFR 1.27

| TOTAL AMOUNT OF PAYMENT | $920.00 |
|---|---|

### Complete if Known

| | |
|---|---|
| Application Number | 09/651,454 |
| Filing Date | August 30, 2000 |
| First Named Inventor | Gary J. Morris |
| Examiner Name | N. Tong |
| Group Art Unit | 2632 |
| Attorney Docket No. | 8365/86087 |

### METHOD OF PAYMENT (check all that apply)

☒ Check ☐ Credit card ☐ Money ☐ Other ☐ None
order

☒ Deposit Account:

| Deposit Account Number | 23-0920 |
|---|---|
| Deposit Account Name | Welsh & Katz, Ltd. |

The Commissioner is authorized to: (check all that apply)

☐ Charge fee(s) indicated below   ☒ Credit any overpayments
☒ Charge any additional fee(s) during the pendency of this application
☐ Charge fee(s) indicated below, except for the filing fee
to the above identified deposit account.

### FEE CALCULATION

#### 1. BASIC FILING FEE

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 101 | 740 | 201 | 370 | Utility filing fee | |
| 106 | 330 | 206 | 165 | Design filing fee | |
| 107 | 510 | 207 | 255 | Plant filing fee | |
| 108 | 740 | 208 | 370 | Reissue filing fee | |
| 114 | 160 | 214 | 80 | Provisional filing fee | |

SUBTOTAL (1)

#### 2. EXTRA CLAIM FEES FOR UTILITY AND

| | Extra Claims | | Fee from below | | Fee Paid |
|---|---|---|---|---|---|
| Total Claims | -20** = | 0 | X | = | 0.00 |
| Independent Claims | - 3** = | 0 | X | = | 0.00 |
| Multiple Dependent | | | | = | |

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | |
| 103 | 18 | 203 | 9 | Claims in excess of 20 | |
| 102 | 84 | 202 | 42 | Independent claims in excess of 3 | |
| 104 | 280 | 204 | 140 | Multiple dependent claim, if not paid | |
| 109 | 84 | 209 | 42 | ** Reissue independent claims over original patent | |
| 110 | 18 | 210 | 9 | ** Reissue claims in excess of 20 and over original patent | |

SUBTOTAL (2)   $0.00

**of number previously paid, if greater; For Reissues, see above

### 3. ADDITIONAL FEES

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | ($) | Fee Code | ($) | Fee Description | Fee Paid |
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 139 | 130 | 139 | 130 | Non - English specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for ex parte reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | |
| 115 | 110 | 215 | 55 | Extension for reply within first month | |
| 116 | 400 | 216 | 200 | Extension for reply within second month | |
| 117 | 920 | 217 | 460 | Extension for reply within third month | 920.00 |
| 118 | 1,440 | 218 | 720 | Extension for reply within fourth month | |
| 128 | 1,980 | 228 | 980 | Extension for reply within fifth month | |
| 119 | 320 | 219 | 160 | Notice of Appeal | |
| 120 | 320 | 220 | 160 | Filing a brief in support of an appeal | |
| 121 | 280 | 221 | 140 | Request for oral hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive - unavoidable | |
| 141 | 1,280 | 241 | 640 | Petition to revive - unintentional | |
| 142 | 1,280 | 242 | 640 | Utility issue fee (or reissue) | |
| 143 | 460 | 243 | 230 | Design issue fee | |
| 144 | 620 | 244 | 310 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | |
| 123 | 50 | 123 | 50 | Processing fee under 37 CFR § 1.17(q) | |
| 126 | 180 | 126 | 180 | Submission of Information Disclosure Statement | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | |
| 146 | 740 | 246 | 370 | Filing a submission after final rejection (37 CFR § 1.129(a)) | |
| 149 | 740 | 249 | 370 | For each additional invention to be examined (37 CFR § 1.129(b)) | |
| 179 | 740 | 279 | 370 | Request for Continued Examination (RCE) | |
| 169 | 900 | 169 | 900 | Request for expedited examination of a design application | |

Other fee (specify) _____

*Reduced by Basic Filing Fee Paid   SUBTOTAL (3)   $920.00

RECEIVED
APR 03 2002
Technology Center 2600

### SUBMITTED BY

Complete if applicable

| Name (Print/Type) | Paul M. Vargo | Registration No. (Attorney/Agent) | 29,116 | Telephone | 312-655-1500-401 |
|---|---|---|---|---|---|
| Signature | | | | Date | March 18, 2002 |

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

BRK_000605



Docket No. 8365/86087



## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| | | ) |
| For: | Environmental Condition | ) |
| | Detector With Audible Alarm | ) |
| | and Voice Identifier | ) |
| | | ) |
| Serial No.: | 09/651,454 | ) |
| | | ) |
| Filed: | August 30, 2000 | ) |
| | | ) |
| Examiner: | N. Tong | ) |
| | | ) |
| Art Unit: | 2632 | ) |
| | | ) |

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to: **Hon. Commissioner of Patents, Washington, D.C. 20231**, on the date below.

_Lowena K. Lecher_

_Mar 18 2002_

(Date)

RECEIVED

APR 0 3 2002

Technology Center 2600

### AMENDMENT B

Hon. Commissioner of Patents
Washington, D.C. 20231

Dear Sir:

Responsive to the outstanding Office Action mailed September 19, 2001.

### R E M A R K S

This response to the above-identified Office Action is for the purpose of making of record the status of the application as currently understood by Applicant and in response to the outstanding Office Action. Applicant has had several communications with the Examiner between December and the date of filing this Response in connection with the outstanding Office Action. It is Applicant's understanding of the Examiner's position that in view of the fact that at least one Preliminary Amendment previously filed was not

Ser. No. 09/651,454

present in the Examiner's copy of the file nor were several of the Disclosure Statements present in the file at the time she issued the first Office Action, that the Examiner intends to withdraw the first Office Action and issue a replacement therefor with an examination of all of the pending claims.

Applicant's concern and the reason for filing this Response is that the six-month statutory interval for responding to the outstanding Office Action is shortly going to end without a replacement Office Action having been issued. Hence, the following is a Response to the outstanding Office Action, although abbreviated.

With respect to paragraph 1, the Information Disclosure Statements, it is believed that the disclosure statements which were filed did include a legible copy of each US and foreign patent or publication. In the event that for some reason, the up-dated copy of the Examiner's file does not include all of these documents, please advise and we will forward same.

In connection with numbered paragraph 2, the required cross-reference to the parent application was inserted in a second Preliminary Amendment which was received at the Patent Office March 14, 2001.

Numbered sections 3 and 4 refer to a double patenting rejection. Applicant is prepared to file the required Terminal Disclaimer; however, given the confusion as the number of claims in the application, it is respectfully requested that this requirement be re-presented in the replacement Office Action so that Applicant can address the Terminal Disclaimer to the appropriate number of claims.

Turning to the rejections in view of the prior art, it is respectfully noted that the prior art of record does not suggest, disclose or make obvious the claimed invention. Absent the present application, there would be no suggestion or motivation to make the combination suggested by the Examiner. Applicant is prepared to present a more detailed response to the outstanding rejections, in response to the replacement Office Action, wherein an examination of all of the claims can be presented.

The drawings were filed as formals. They were not declared informal as stated in the draftsman's attachment.

- 2 -

BRK_000607

Ser. No. 09/651,454

It is requested that this Response be accepted as a complete Response to the outstanding Office Action which is to be replaced by another Office Action when the Examiner is able to turn her attention to it.

Respectfully submitted,

Welsh & KATZ, LTD.

BY: _____
Paul M. Vargo, Reg. No. 29,116

PMV/rkl

WELSH& KATZ, LTD.
120 South Riverside Plaza
22nd Floor
Chicago, Illinois 60606
(312) 655-1500

- 3 -

| *Interview Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 09/651,454 | MORRIS, GARY JAY |
| | Examiner | Art Unit |
| | Nina Tong | 2632 |

All participants (applicant, applicant's representative, PTO personnel):

(1) *Nina Tong*.                                                    (3)_____.

(2) *Paul Vargo*.                                                   (4)_____.

Date of Interview: *18 March 2002* .

Type:  a)☒ Telephonic   b)☐ Video Conference
     c)☐ Personal [copy given to: 1)☐ applicant   2)☐ applicant's representative]

Exhibit shown or demonstration conducted:  d)☐ Yes   e)☒ No.
    If Yes, brief description: _____ .

Claim(s) discussed: *22-86* .

Identification of prior art discussed: *None* .

Agreement with respect to the claims  f)☐  was reached.  g)☐  was not reached.  h)☒  N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: *The Examiner will restart the time and resend a new office action upon the preliminary amendments was filed before the office action mailed on 09/09/01;wherein the preliminary amendments were not being considered/reviewed in the office action. Therefore, the Examiner will sent a new office action which will consider all the pre. amdt's and IDSs filed between 10-23/00 to 03/18-02 and restart the time* .

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached. Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

    i)☒  It is not necessary for applicant to provide a separate record of the substance of the interview(if box is checked).

Unless the paragraph above has been checked, THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a reply to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW. See Summary of Record of Interview requirements on reverse side or on attached sheet.

| | |
|---|---|
| Examiner Note:  You must sign this form unless it is an Attachment to a signed Office action. | _____<br>Examiner's signature, if required |

BRK_000609

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/651,454 | 08/30/2000 | Gary Jay Morris | BRC209.1US | 1000 |

7590          06/18/2002

PAUL M VARGO
WELSH & KATZ, LTD.
120 SOUTH RIVERSIDE PLAZA
22ND FLOOR
CHICAGO, IL  60606

| EXAMINER |
|---|
| TONG, NINA C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2632 | |

DATE MAILED: 06/18/2002

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

BRK_000610

|  | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 09/651,454 | MORRIS, GARY JAY |
|  | **Examiner** | **Art Unit** |  |
|  | Nina Tong | 2632 |  |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM
THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed
  after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any
  earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on <u>10-23/00 to 03/18-02</u> .

2a) ☐ This action is **FINAL**.      2b) ☒ This action is non-final.

3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is
closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) <u>22-86</u> is/are pending in the application.

     4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5) ☐ Claim(s) _____ is/are allowed.

6) ☒ Claim(s) <u>22-86</u> is/are rejected.

7) ☐ Claim(s) _____ is/are objected to.

8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.

10) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.

     Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

11) ☐ The proposed drawing correction filed on _____ is: a) ☐ approved b) ☐ disapproved by the Examiner.

     If approved, corrected drawings are required in reply to this Office action.

12) ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. §§ 119 and 120**

13) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

     a) ☐ All b) ☐ Some * c) ☐ None of:

         1. ☐ Certified copies of the priority documents have been received.

         2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

         3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage
application from the International Bureau (PCT Rule 17.2(a)).

     * See the attached detailed Office action for a list of the certified copies not received.

14) ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

     a) ☐ The translation of the foreign language provisional application has been received.

15) ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)        4) ☒ Interview Summary (PTO-413) Paper No(s). <u>17</u> .

2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)    5) ☐ Notice of Informal Patent Application (PTO-152)

3) ☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) <u>2,4,5,13</u> .    6) ☐ Other: ____

U.S. Patent and Trademark Office

PTO-326 (Rev. 04-01)            Office Action Summary            Part of Paper No. 17

Application/Control Number: 09/651,454                                   Page 2
Art Unit: 2632

### DETAILED ACTION

#### *Double Patenting*

1.      The nonstatutory double patenting rejection is based on a judicially created doctrine
grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or
improper timewise extension of the "right to exclude" granted by a patent and to prevent possible
harassment by multiple assignees. See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed.
Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686
F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA
1970);and, *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).
        A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) may be used to
overcome an actual or provisional rejection based on a nonstatutory double patenting ground
provided the conflicting application or patent is shown to be commonly owned with this
application. See 37 CFR 1.130(b).
        Effective January 1, 1994, a registered attorney or agent of record may sign a terminal
disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37
CFR 3.73(b).

2.      Claims 22-86 are rejected under the judicially created doctrine of double patenting over

claims 1-22 of U. S. Patent No. 6,144,310 since the claims, if allowed, would improperly extend

the "right to exclude" already granted in the patent.

        The subject matter claimed in the instant application is fully disclosed in the patent and is

covered by the patent since the patent and the application are claiming common subject matter,

as follows: they both claimed the same environment condition detector with audible alarm and

voice identifier as claimed.

        Furthermore, there is no apparent reason why applicant was prevented from presenting

claims corresponding to those of the instant application during prosecution of the application

which matured into a patent. See *In re Schneller*, 397 F.2d 350, 158 USPQ 210 (CCPA 1968).

See also MPEP § 804.

Application/Control Number: 09/651,454                                        Page 3
Art Unit: 2632

### Claim Rejections - 35 USC § 103

3.     The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the
> manner in which the invention was made.

4.     Claim 22-40,82,83 are rejected under 35 U.S.C. 103(a) as being unpatentable over Fray

(5,587,705) in view of Molinick et al. (4,288,789).

       Regarding claims 22-40,82,83, Fray discloses a warning system for giving verbal

instruction during fire, which comprises 1) the claimed sensor means is met by the smoke

detector 13; 2) the claimed electronic means for activation of an alarm having a prescribed

audible tonal pattern is met by the alarm tone generator 10; 3) the claimed "electronic means for

playing of pre-recorded voice messages" is met by the digital recording and playback device 7;

4) the claimed power source is met by the powered source 31.

       Fray fails to specify the claimed "unalterable pre-recorded voice message".

       However, Fray shows the system of emitting a number of tones, followed by a verbal

message, followed by the same number of tones. The pattern is repeated and may be adjusted and

changed easily. Also, it is well-known in the art that the maximum silence period between the

tonal alarm patterns is 1.5 seconds under NFPA and UL regulations as admitted by the applicant

in the specification (page 5). Also, it is well-known in the art of providing a verbal message of

the type of the emergency and its location in the warning system as shown by Molinick et al.. It

Application/Control Number: 09/651,454                                    Page 4
Art Unit: 2632

would have been obvious to one of ordinary skill in the art at the time the invention was made to

employ the tone patterns as set by the NFPA and UL regulations in Fray for safety. Since Fray

teaches the concept of providing verbal message between tone patterns, and it would have been

obvious to employ the above tone patterns, it would have been obvious to one of ordinary skill in

the art at the time the invention was made to provide the verbal message during the silence

period of the tone patterns as set by the NFPA and UL regulation in Fray for improving safety.

Also, it would have been obvious to one of ordinary skill in the art at the time the invention was

made to provide the verbal messages of the type of the emergency and its location as taught by

Molinick et al. in the above combination for improving safety. Also, the verbal messages could

be changed or recorded regularly. (Col.5 lines 35-41, lines 57-59, col.6 lines 20-27). However, as

long as the verbal message is provided, recorded the verbal messages during the manufacture

such that the other unauthorized user could not change the message for safety is well-known in

the art and would not constitute an inventive step but an obvious design choice. It would have

been obvious to one of ordinary skill in the art at the time the invention was made to employ the

unalterable pre-recorded verbal message instead in the above combination for increasing safety

and for performing the same function as desired.

In addition, employing various kind and number of detector/sensor for sensing the

environment condition would not constitute an inventive step but an obvious design choice.

Also, it is well-known in the art of providing different audible tone patterns for representing a

corresponding sensed environment condition. It would have been obvious to one of ordinary skill

in the art at the time the invention was made to employ any various kind and number of sensor

with a particular voice message and audible tone pattern to represent a corresponding sensed

Application/Control Number: 09/651,454            Page 5
Art Unit: 2632

environment condition in the above combination for performing the same function as desired and

for increasing safety.

Moreover, since the verbal messages is given and it is well-known in the art of providing

the particular sensed environment condition and location signals/messages to the people for

safety, it would have been obvious to one of ordinary skill in the art at the time the invention was

made to provide the verbal messages with location and the particular sensed condition to the user

in the above combination for increasing safety.

In addition, it is well-known in the art of providing a selecting means for the user to

select different language. It would have been obvious to one of ordinary skill in the art at the

time the invention was made to employ the well-known language selecting means in the above

combination for convenience.


5.     Claims 41-45, are rejected under 35 U.S.C. 103(a) as being unpatentable over Fray

(5,663,714) in view of Molinick et al. (4,288,789) as applied to claim 40 above, and further in

view of Morris (5,587,705).


Regarding claims 41-45, Morris '705 teaches the concept of activating all the alarms

when one of sensor senses the dangerous such that the person would be notified of the dangerous

in any location; wherein said one of sensor would emit a different distinct sound to indicate the

location of the sensed sensor. Also, employing wire or wireless communication between each

sensor would not constitute an inventive step but an obvious design choice since the function is

the same. It would have been obvious to one of ordinary skill in the art at the time the invention

Application/Control Number: 09/651,454                                         Page 6
Art Unit: 2632

was made to employ the system of the above combination with a plurality of sensors which are
wire connected to each other, such that all sensors would activate the alarm at the same time for
alerting the person in all location and indicating the type and the location of the sensed sensor for
safety.

### *Claim Rejections - 35 USC § 103*

6.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all
obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the
> manner in which the invention was made.

7.      Claims 46-81,84-86 are rejected under 35 U.S.C. 103(a) as being unpatentable over
Morris (5,587,705) in view of Fray (5,587,705) and Molinick et al. (4,288,789).


        Regarding claims 46-81,84-86, Morris discloses a multiple alert smoke detector, which
comprises a plurality of smoke detectors, each detector includes a power supply system with AC
and rechargeable battery, a test switch, a FM code selector, a FM transmitter, a FM receiver, an
alarm device, a smoke sensor, a light module. When a detector senses an environmental
condition, said detector will emit an alarm sound (alarm sound including different audible tone
patterns to indicate the location) and transmit a code upon the user FM code selection to other
detectors. Other detectors receive the code and emit the alarm sound to indicate the location of
the sensed detector.

Application/Control Number: 09/651,454                                   Page 7
Art Unit: 2632

    Morris fails to specify the claimed pre-recorded voice message during the silence periods
between the tone patterns.

    However, Fray shows a warning system for giving verbal instruction during fire, which
comprises the smoke detector 13, an electronic means for activation of an alarm having a
prescribed audible tonal pattern (the alarm tone generator 10), the electronic means for playing
of pre-recorded voice messages (the digital recording and playback device), the power source 31.
Such a system emits a number of tones, followed by a verbal message, followed by the same
number of tones. The pattern is repeated and may be adjusted and changed easily. Also, the
verbal messages could be changed or recorded regularly. (Col.5 lines 35-41, lines 57-59, col.6
lines 20-27). Therefore, the voice messages could be any messages, such as the type and/or the
location of the sensor. It would have been obvious to one of ordinary skill in the art at the time
the invention was made to provide any voice messages (such as, type and/or location of the
sensor) during the silence periods between the audible tone patterns in Morris as taught by Fray
for increasing safety.

    In addition, it is well-known in the art that the maximum silence period between the tonal
alarm patterns is 1.5 seconds under NFPA and UL regulations as admitted by the applicant in the
specification (page 5). Also, it is well-known in the art of providing a verbal message of the type
of the emergency and its location in the warning system as shown by Molinick et al.. It would
have been obvious to one of ordinary skill in the art at the time the invention was made to
employ the tone patterns as set by the NFPA and UL regulations in the system of Fray for safety.
Since Fray teaches the concept of providing verbal message between tone patterns, and it would
have been obvious to employ the above tone patterns, it would have been obvious to one of

Application/Control Number: 09/651,454                           Page 8
Art Unit: 2632

ordinary skill in the art at the time the invention was made to provide the verbal message during

the silence period of the tone patterns as set by the NFPA and UL regulation in Fray for

improving safety. Also, it would have been obvious to one of ordinary skill in the art at the time

the invention was made to provide the verbal messages of the type of the emergency and its

location as taught by Molinick et al. in the above combination for improving safety.

Moreover, as long as the verbal warning signal is provided, employing either the user

unalterable or user alterable verbal warning signals would not constitute an inventive step but an

obvious design choice. It would have been obvious to one of ordinary skill in the art at the time

the invention was made to employ the user unalterable verbal warning signals instead in the

above combination for performing the same function as desired and for avoiding any false alarm.

Also, as along as the wireless communication is provided, it would have been obvious to one of

ordinary skill in the art at the time the invention was made to employ any well-known wireless

communication system, such as the radio, optical, acoustic transmission system, in the above

combination for performing the same function as desired. Furthermore, it would have been

obvious to one of ordinary skill in the art at the time the invention was made to employ any well-

known environment sensor and any well-known power supply and any well-known alarm signals

as claimed in the above combinations for performing the same function as desired.

Also, as long as the other sensors received the coded signals to provide the specific

alarm, it would have been obvious to one of ordinary skill in the art at the time the invention was

made to send such a coded signals to other different and/or similar sensors in the above

combination for increasing safety and for performing the same function as desired.

BRK_000618

Application/Control Number: 09/651,454                                    Page 9
Art Unit: 2632

     In addition, employing various kind and number of detector/sensor for sensing the environment condition would not constitute an inventive step but an obvious design choice. Also, it is well-known in the art of providing different audible tone patterns for representing a corresponding sensed environment condition. It would have been obvious to one of ordinary skill in the art at the time the invention was made to employ any various kind and number of sensor with a particular voice message and audible tone pattern to represent a corresponding sensed environment condition in the above combination for performing the same function as desired and for increasing safety.

     Moreover, since the verbal messages is given and it is well-known in the art of providing the particular sensed environment condition and location signals/messages to the people for safety, it would have been obvious to one of ordinary skill in the art at the time the invention was made to provide the verbal messages with location and the particular sensed condition to the user in the above combination for increasing safety.

     Also, it is well-known in the art of providing a selecting means for the user to select different location/language. It would have been obvious to one of ordinary skill in the art at the time the invention was made to employ the well-known language/location selecting means in the above combination for convenience.

     Also, it is well-known in the art of having a second different sensor with different alarm signals in the same sensor unit. It would have been obvious to one of ordinary skill in the art at the time the invention was made to employ an additional different sensor with different audible tone with different voice message in the above combination for providing a better sensor system.

Application/Control Number: 09/651,454                                    Page 10
Art Unit: 2632

    Any inquiry concerning this communication or earlier communications from the
examiner should be directed to Nina Tong whose telephone number is 703-305-4831. The
examiner can normally be reached on Mon-Fri. (9:30 -7:00), alternate Friday off.

    If attempts to reach the examiner by telephone are unsuccessful, the examiner's
supervisor, Jeffrey Hofsass can be reached on 703-305-4717. The fax phone numbers for the
organization where this application or proceeding is assigned are 703-872-9314 for regular
communications and 703-872-9314 for After Final communications.

    Any inquiry of a general nature or relating to the status of this application or proceeding
should be directed to the receptionist whose telephone number is 703-305-4700.

                                Nina Tong
                                Primary Examiner
                                Art Unit 2632

Nina Tong
June 14, 2002

Please type a plus sign (+) inside this box →

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | | | | |
|---|---|---|---|---|
| Substitute for form 1449A/PTO | | | Application Number | 09/651,454 |
| | | | Filing Date | August 30, 2000 |
| **INFORMATION DISCLOSURE** | | | First Named Inventor | Gary J. Morris |
| **STATEMENT BY APPLICANT** | | | Group Art Unit | Not Assigned 2632 |
| *(Use as many sheets as necessary)* | | | Examiner Name | Not assigned |
| Sheet | 5 | of | 5 | Attorney Docket No. | BRK1326P1181US |

| OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| NT | | *National Fire Protection Association - NFPA72 - National Fire Alarm Code 1996 Edition pages 72 through 106. Quincy, MA USA | |
| NT | | *NFPA 720, Recommended Practice for the Installation of Household Carbon Monoxide (CO) Warning Equipment 1998 Edition. | |
| NT | | *UL 217 ISBN 0-7629-0062-8, Single and Multiple Station Smoke Alarms, March 16, 1998-February 21, 1997; UL 2034 ISBN 0-7629-274-9, Single and Multiple Station Carbon Monoxide Alarms, December 21, 1998-October 29, 1996. | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Examiner Signature | | Date Considered | 6/12/02 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2] Applicant is to place a check mark here if English language Translation is attached.

BRK_000621

Please type a plus sign (+) inside this box → [+]

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | |
|---|---|
| Substitute for form 1449A/PTO | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | |
| *(Use as many sheets as necessary)* | |

| | | | |
|---|---|---|---|
| Application Number | 09/651,454 | | |
| Filing Date | August 30, 2000 | | |
| First Named Inventor | Gary J. Morris | | |
| Group Art Unit | Not Assigned 2632 | | |
| Examiner Name | Not Assigned Toup | | |

| Sheet | 4 | of | 5 | Attorney Docket No. | BRK1326P1181US |
|---|---|---|---|---|---|

### U.S. PATENT DOCUMENTS

*Oass Kulda*

| Examiner Initials* | Cite No.¹ | U.S. Patent Document | | Name of Patentee or Applicant | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number | Kind Code² (if known) | | | |
| NT | | 5,153,567 | | Chimento | 10-06-92 | — |
| NT | | 5,548,276 | | Thomas | 08-20-96 | — |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials¹ | Cite No.¹ | Foreign Patent Document | | | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|---|---|
| | | Office³ | Number⁴ | Kind Code⁵ (if known) | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Examiner Signature | *N/ha T2p* | Date Considered | *6/12/02* |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
¹ Unique citation designation number. ² See attached Kinds of U.S. Patent Documents. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicate don the document under WIPO Standards ST.16, if possible. ⁶ Applicant is to place a checkmark here if English language Translation is attached.

Please type a plus sign (+) inside this box → [+]

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999  OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO | | Application Number | 09/651,454 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | Filing Date | August 30, 2000 |
| | | First Named Inventor | Gary J. Morris |
| | | Group Art Unit | Not Assigned  2632 |
| | | Examiner Name | Not assigned  Tour |
| Sheet | 3 of 5 | Attorney Docket No. | BRK1326P1181US |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | U.S. Patent Document Number | Kind Code¹ (if known) | Name of Patentee or Applicant | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| NT | | 4,365,315 | | Jamnik | 12/82 | |
| NT | | 4,366,873 | | Levy et al. | 1/4/83 | |
| NT | | 4,375,329 | | Park | 3/1/83 | |
| NT | | 4,389,639 | | Torii et al. | 6/21/83 | |
| NT | | 4,400,786 | | Mandel et al. | 8/23/83 | |
| NT | | 4,455,551 | | Lemelson | 6/19/84 | |
| NT | | 4,498,078 | | Yoshimura et al. | 2/5/85 | |
| NT | | 4,481,507 | | Takiguchi et al. | 11/6/84 | |
| NT | | 4,500,971 | | Futaki et al. | 2/19/85 | |
| NT | | 4,519,027 | | Vogelsberg | 5/21/85 | |
| NT | | 4,560,978 | | Lemelson | 12/24/85 | |
| NT | | 4,572,652 | | Tada et al. | 2/25/86 | |
| NT | | 4,682,348 | | Dawson et al. | 7/21/87 | |
| NT | | 4,754,266 | | Shand et al. | 6/28/88 | |
| NT | | 4,816,809 | | Glen et al.  Kim | 3/7/89 | |
| NT | | 4,821,027 | | Mallory et al. | 4/11/89 | |
| NT | | 4,851,823 | | Mori | 7/25/89 | |
| NT | | 4,894,642 | | Ashbaugh et al. | 1/16/90 | |
| NT | | 4,810,996 | | Glen et al. | 3/7/89 | |
| NT | | 4,940,965 | | Umehara | 7/10/90 | |
| NT | | 4,988,980 | | Graham | 1/29/91 | |
| NT | | 5,117,217 | | Nykerk | 5/26/92 | |

| Examiner Signature | Nua T | Date Considered | 6/12/02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ Unique citation designation number. ² See attached Kinds of U.S. Patent Documents. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicate don the document under WIPO Standards ST.16, if possible. ⁶ Applicant is to place a checkmark here if English language Translation is attached.

Please type a plus sign (+) inside this box → +

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 09/651,454 |
| | Filing Date | August 30, 2000 |
| | First Named Inventor | Gary J. Morris |
| | Group Art Unit | Not Assigned 2632 |
| | Examiner Name | Not Assigned Trf |
| Sheet 2 of 5 | Attorney Docket No. | BRK1326P1181US |

**U.S. PATENT DOCUMENTS**                          *Class/subclass*

| Examiner Initials* | Cite No.¹ | U.S. Patent Document | | Name of Patentee or Applicant | Date of Publication of Cited Document MM-DD-YYY | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number | Kind Code² *(if known)* | | | |
| NT | | *5,724,020 | | Hsu | 3/3/98 | |
| NT | | *5,726,629 | | Yu | 3/10/98 | |
| NT | | *5,764,134 | | Carr et al. | 6/9/98 | |
| NT | | *5,786,749 | | Johnson et al. | 7/28/98 | |
| NT | | *5,786,768 | | Chan et al. | 7/28/98 | |
| NT | | *5,798,686 | | Schreiner | 8/25/98 | |
| NT | | *5,841,347 | | Kim | 11/24/98 | |
| NT | | *5,846,089 | | Weiss et al. | 12/08/98 | |
| NT | | *5,856,781 | | Michel et al. | 1/5/99 | |
| NT | | *5,864,288 | | Hogan | 1/26/99 | |
| NT | | *5,874,893 | | Ford | 2/23/99 | |
| NT | | *5,877,698 | | Kusnier et al. | 3/2/99 | |
| NT | | *5,886,631 | | Ralph | 3/23/99 | |
| NT | | *5,894,275 | | Swingle | 4/13/99 | |
| NT | | *5,914,650 | | Segan | 6/22/99 | |
| NT | | *5,936,515 | | Right et al. | 8/10/99 | |
| NT | | 5,898,369 | | Godwin | 4/99 | |
| NT | | 4,363,031 | | Reinowitz | 12/82 | |
| NT | | 4,141,007 | | Kavasilios et al. | 2/79 | |
| NT | | 5,103,206 | | Yu | 4/92 | |
| NT | | 4,101,872 | | Pappas | 7/78 | |
| NT | | 5,019,805 | | Curl et al. | 5/91 | |
| NT | | 5,506,565 | | Andrew De Leon et al. | 4/96 | |
| | | *4,531,114 | | Topol et al. | 7/85 | |

| Examiner Signature | KhaTrp | Date Considered | 6/R?/02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹ Unique citation designation number. ² See attached Kinds of U.S. Patent Documents. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicate don the document under WIPO Standards ST.16, if possible. ⁶ Applicant is to place a checkmark here if English language Translation is attached.

Please type a plus sign (+) inside this box → ⊞

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/37/1999. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Substitute for form 1449A/PTO

## INFORMATION DISCLOSURE
## STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| | | | |
|---|---|---|---|
| Application Number | 09/651,454 | | |
| Filing Date | August 30, 2000 | | |
| First Named Inventor | Gary J. Morris | | |
| Group Art Unit | Not assigned  2632 | | |
| Examiner Name | Not assigned  Tong | | |

| Sheet | 1 | of | 5 | Attorney Docket No. | BRK1326P1181US |
|---|---|---|---|---|---|

Class/subclass

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Document | | Name of Patentee or Applicant | Date of Publication of Cited Document MM-DD-YYY | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number | Kind Code[2] *(if known)* | | | |
| NT | | 5,153,567 | | Chimento | 10/6/92 | |
| NT | | *5,587,705 | | Morris | 12/24/96 | |
| NT | | 5,793,280 | | Hincher | 8/11/98 | |
| NT | | *4,688,021 | | Buck et al. | 8/18/87 | |
| NT | | *6,043,750 | | Mallory | 3/28/00 | |
| NT | | *4,698,619 | | Loeb | 10/6/87 | |
| NT | | *4,951,045 | | Knapp et al. | 8/21/90 | |
| NT | | *4,862,147 | | Thomas | 8/29/89 | |
| NT | | *4,288,789 | | Molinick et al. | 9/8/81 | |
| NT | | *5,905,438 | | Weiss et al. | 5/18/99 | |
| NT | | *4,282,519 | | Hagland and Payne | 8/4/81 | |
| NT | | *4,288,789 | | Molinick and Shields | 9/8/81 | |
| NT | | *4,754,266 | | Shand and Highfill | 6/28/88 | |
| NT | | *4,816,809 | | Kim | 3/28/89 | |
| NT | | *5,291,183 | | Chiang | 3/1/94 | |
| NT | | 5,349,338 | | Routrian and Stults | 9/20/94 | |
| NT | | *5,663,714 | | Fray | 9/2/97 | |
| NT | | *4,160,246 | | Martin et al. | 7/3/79 | |
| NT | | *4,275,274 | | English | 6/23/81 | |
| NT | | *4,335,379 | | Martin | 6/15/82 | |
| NT | | *4,343,990 | | Ueda | 8/10/82 | |
| NT | | *4,350,860 | | Ueda | 9/21/82 | |
| NT | | *4,351,999 | | Nagamoto et al. | 9/28/82 | |
| NT | | *5,229,753 | | Berg et al. | 7/20/93 | |
| NT | | *5,379,028 | | Chung | 1/3/95 | |
| NT | | *5,460,228 | | Butler | 10/24/95 | |
| NT | | *5,657,380 | | Mozer | 8/12/97 | |
| NT | | *5,673,023 | | Smith | 9/30/97 | |

Klina Tong 6/12/02

Please type a plus sign (+) inside this box → +



Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-00?
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO | | | | Application Number | 09/~~651~~,454 651 |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Filing Date | August 30, 2000 |
| | | | | First Named Inventor | Gary J. Morris |
| | | | | Group Art Unit | 2632 |
| *(Use as many sheets as necessary)* | | | | Examiner Name | ~~Not assigned~~ Tong |
| Sheet | 2 | of | 2 | Attorney Docket No. | BRC 209.1 US |

### U.S. PATENT DOCUMENTS

Class 340

| Examiner Initials* | Cite No.¹ | U.S. Patent Document | | Name of Patentee or Applicant | Date of Publication of Cited Document MM-DD-YYY | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number | Kind Code² (if known) | | | |
| N.T. | | ~~Ser. No. 09/299,483~~ ~~Now Pat.~~ 6,144,310 ~~Patent to Present Application~~ | | Gary J. Morris | 11/07/00 | — |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | William Tong | Date Considered | 6/12/02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant

BRK_000626

Please type a plus sign (+) inside this box → 

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0021
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO | | | Application Number | 09/651,454 |
|---|---|---|---|---|
| | | | Filing Date | August 30, 2000 |
| **INFORMATION DISCLOSURE** | | | First Named Inventor | Gary J. Morris |
| **STATEMENT BY APPLICANT** | | | Group Art Unit | 2632 |
| *(Use as many sheets as necessary)* | | | Examiner Name | ~~Not Assigned~~ Toup |
| Sheet | 3 | of 3 | Attorney Docket No. | BRC 209.1 US |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document | | | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|---|---|
| | | Office¹ | Number⁴ | Kind Code³ *(if known)* | | | | |
| NT | | PCT | WO 90/01759 | | Pioneer Data, Inc. | 02/22/90 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Examiner Signature | | Nina Toup | | | | Date Considered | 6/12/02 | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
¹ Unique citation designation number. ² See attached Kinds of U.S. Patent Documents. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3) ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicate don the document under WIPO Standards ST.16, if possible. ⁶ Applicant is to place a checkmark here if English language Translation is attached.

BRK_000627



Please type a plus sign (+) inside this box → 

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO | Application Number | 09/651,454 |
| | Filing Date | August 30, 2000 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | First Named Inventor | Gary J. Morris |
| | Group Art Unit | 2632 |
| *(Use as many sheets as necessary)* | Examiner Name | Not assigned  Tong |
| Sheet | 2 | of | 3 | Attorney Docket No. | BRC 209 1 US |

**U.S. PATENT DOCUMENTS**   Class/Sub.

| Examiner Initials* | Cite No.¹ | U.S. Patent Document | | Name of Patentee or Applicant | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
| | | Number | Kind Code² (if known) | | | |
|---|---|---|---|---|---|---|
| NT | | 3,906,491 | | Gosswiller et al | 09/16/75 | |
| NT | | 4,453,222 | | Gosyk | 06/05/84 | |
| NT | | 5,986,540 | | Nakagaki et al | 11/16/99 | |
| NT | | 6,114,967 | | Yousif | 09/05/00 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Examiner Signature | Nina Ting | | | | Date Considered | 6/12/02 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
¹ Unique citation designation number. ² See attached Kinds of U.S. Documents. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicate don the document under WIPO Standards ST.16, if possible. ⁶ Applicant is to place a checkmark here if English language Translation is attached.

BRK_000628

Please type a plus sign (+) inside this box →

| Substitute for form 1449A/PTO | | Application Number | 09/651,454 |
|---|---|---|---|
| | | Filing Date | August 30, 2000 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | First Named Inventor | Morris, Gary J. |
| | | Group Art Unit | 2632 |
| *(Use as many sheets as necessary)* | | Examiner Name | Tong, N. |
| Sheet | 1 | of | 1 | Attorney Docket No. | BRK1326P1181US/BRC 209.1 US |

**U.S. PATENT DOCUMENTS**                                         Class Xxxx

| Examiner Initials* | Cite No.¹ | U.S. Patent Document | | Name of Patentee or Applicant | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number | Kind Code² *(if known)* | | | |
| NT | | 4,904,988 | | Nesbit et al. | 02/27/90 | — |
| NT | | 6,097,289 | | Li et al. | 08/01/00 | — |
| NT | | 6,121,885 | | Masone et al. | 09/19/00 | — |
| NT | | 6,307,482 B1 | | Le Bel | 10/23/01 | — |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | Nha Tong | Date Considered | 6/12/02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
¹ Unique citation designation number. ² See attached Kinds of U.S. Patent Documents. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standards ST.16, if possible. ⁶ Applicant is to place a checkmark here if English language Translation is attached.



Docket No. 8365/8608?

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| | | ) |
| For: | Environmental Condition | ) |
| | Detector With Audible Alarm | ) |
| | and Voice Identifier | ) |
| | | ) |
| Serial No.: | 09/651,454 | ) |
| | | ) |
| Filed: | August 30, 2000 | ) |
| | | ) |
| Examiner: | N. Tong | ) |
| | | ) |
| Art Unit: | 2632 | ) |
| | | ) |

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to: **Hon. Commissioner of Patents, Washington, D.C. 20231**, on the date below.

_Lavona K. Fisher_

_Sep 18 2002_
(Date)

RECEIVED

SEP 27 2002

Technology Center 2600

## AMENDMENT C

Hon. Commissioner of Patents
Washington, D.C. 20231

Dear Sir:

This is in response to the outstanding Office Action mailed June 18, 2002.

## R E M A R K S

Reexamination and reconsideration of the above-identified application are hereby requested. Applicant has carefully considered the Examiner's Office Action. For the following reasons, the pending claims are, in fact, not obvious in view of the prior art of record. Additionally, attached hereto is the required terminal disclaimer with respect to Morris US Patent 6,144,310.

We first note with respect to the rejection of claims 22-40, 82 and 83 as obvious and unpatentable over Fray in view of Molinick et al that after acknowledging that both Fray and Molinick et al teach user changeable messages, the Examiner has concluded that:

BRK_000630

Ser. No. 09/651,454

> "However, as long as the verbal message is provided,
> recorded [sic] the verbal messages during manufacture such
> that the other unauthorized user could not change the message
> for safety is well-known in the art and would not constitute an
> inventive step but an obvious design choice." (Page 4 of
> Office Action)

It is submitted that the above conclusatory statement is not in keeping with the requirements of 35 U.S.C. § 103 of the US Patent Act. Pursuant to that section, as interpreted by the Supreme Court, a prima facie case of obviousness cannot be based on a lack of "inventive step" or "obvious design choice". Rather, the claim must be considered as a whole and the "Graham" considerations applied. Additionally, the prior art must also be considered as a whole and must suggest the desirability, and thus the obviousness of making the claimed combination. See the required steps as set forth on page 2100-113 MPEP relative to the standard of patentability to be applied in obviousness rejections.

> The prior art must be viewed without the benefit of impermissible hindsight vision afforded by the claimed invention. (Section 2141 MPEP, page 2100-114). After admitting in the Office Action that both Fray and Molinick et al teach changeable tonal outputs (Page 3, Office Action), the express limitations of claim 22, namely:

> "a user unalterable, pre-stored, audible, alarm identifying
> tonal output pattern.... a factory pre-stored, user unalterable,
> verbal alarm-type output message"

were disregarded and claims 22-39 were rejected. Claims 40, 82, 83 which include similar limitations were similarly rejected. The prior art must suggest the claimed invention, not teach away from it. The rejection of claims 22-40, 82 and 83 is defective and should be withdrawn for at least the above reasons. Additional reasons follow.

> The above noted reliance based on a lack of inventive step and the "obvious design choice" rationale implicitly relates to the level of skill in the art. However, it has

- 2 -

BRK_000631

Ser. No. 09/651,454

been clearly recognized that "[t]he level of skill in the art cannot be relied upon to provide
the suggestion to combine references." (MPEP page 2100-123). The same can be said for
impliedly using the level of skill to conclude what would not represent a inventive step and
what would represent an obvious design choice. As also noted in the MPEP:

> "The teaching or suggestion to make the claimed combination
> and the reasonable expectation of success must both be found
> in the prior art, not in applicant's disclosure." (MPEP, page
> 2100-122).

We note that both Fray and Molinick et al are directed to detectors or
detector systems which teach the desirability of <u>user modification</u> of alarm output messages.
In this regard, Fray states:

> "The recording switch, when activated, allows a voice
> message to be recorded through the microphone on a digital
> recording and playback device. ... The controlled output of
> the digital recording and playback device and of the alarm
> tone generator is then sent to the amplifier. Then, the output
> of the amplifier is sent to the number of speakers which send
> messages and tones, alerting by standing [sic] individuals of
> presence of fire or smoke. ... Individuals, especially younger
> children can be taught to cope with different situations
> accordingly upon replay of different instructions. By using
> the digital recording and playback device, said instructions
> may be easily and economically change regularly, before,
> during and after emergency situations." (Fray, Col. 2, lines
> 21-46).

Thus, as set forth above, Fray clearly teaches the desirability of <u>user
alteration</u> of output messages. More particularly, Fray teaches the use of providing "verbal

- 3 -

Ser. No. 09/651,454

instructions in cases of emergency situations, comprising fire or smoke hazzards." (Col. 3, lines 15-17 of Fray). Because of numerous different installation circumstances, Fray recognized that his objectives would be met by permitting the user to specify the messages to be output in-between tonal sequences in alarm condition. The messages Fray permits to be stored can be of variable length based on user requirements and needs. Fray's teaching is thus quite distinct from and unlike the teachings of the rejected claims 22-40, 82 and 83.

      The above comments are especially indicative of a lack of proper <u>prima facie</u> case of obviousness when one considers that Molinick et al also teach the use of user alterable messages. As stated by Molinick et al:

> "an improved alarm system which, in addition to broadcasting
> a distinctive warning tone or sound denoting an extreme
> emergency, also enables the <u>simultaneous</u> broadcast of an oral
> message from a tape player describing the nature and location
> of the emergency as well as suitable protective or corrective
> actions to be taken by the mine workers." (Molinick et al,
> Col. 1, lines 60-66; emphasis added).

The fact that in Molinick et al the verbal messages could be changed or recorded regularly was acknowledged by the Examiner on page 4 of the Office Action. The ability to revise the messages in a system as in Molinick et al is important because such systems need to be adaptable to various installation-specific conditions. Molinick et al, unlike the claimed invention overlay the voice on the warning tone.

      We also note that Molinick et al are non-analogous prior art. It is not directed to substantially self-contained detector systems such as Fray and Morris. Rather, Molinick et al is a distributed detector system wherein the source of messages is substantially displaced from the detectors or sensors themselves. Unlike the teachings of Fray and Molinick et al, which taken either alone or together, teach the use of variable messages, applicant's invention has different requirements.

      Claim 22 requires that:

- 4 -

Ser. No. 09/651,454

> "the voice circuitry includes a factory pre-stored, user
> unalterable, verbal alarm-type output message wherein the
> pre-stored message is associated with the tonal output pattern
> and verbalizes the respective alarm type ...   a common
> housing for the sensor, the electronics, the output circuitry
> and a power supply."

Independent claim 40 requires:

> "semiconductor storage for at least a word indicative of fire
> wherein in response to a detected fire the control element
> repetitively injects the stored fire indicating word into only the
> second time intervals between groups of fire alarm indicating
> tones wherein the tonal patterns are predefined, and not user
> alterable and wherein the output word is pre-stored at
> manufacture and not user alterable; and wherein the housing
> also carries a power supply and is installable by a user as a
> self-contained unit."

The claims which relate back to independent claim 22 and independent claim 40, along with claims 22 and 40 are all allowable for the above reasons. Neither Fray nor Molinick et al, alone or in combination, suggest, disclose or make obvious the claimed structure for at least the above reasons.

The Examiner relied on the same combination to improperly reject claims 82 and 83 as obvious and unpatentable over Fray in view of Molinick et al. In addition to the above-stated reasons, claims 82 and 83 require:

> "an electronic storage device for storing user unalterable pre-
> recorded voice messages wherein at least some of the
> messages represent different locations; an electrical signal to

- 5 -

BRK_000634

Ser. No. 09/651,454

select one of the pre-recorded voice messages to represent the
location of the detector in the region".

Neither Fray nor Molinick et al address in any way the structures of claims
82 and 83 which include the above limitations. Hence, for at least the above reasons,
claims 82 and 83 are allowable over the prior art of record.

Morris is not directed to the use of speech in detectors in any way. As such,
it cannot make up for the above-noted defects in Fray or Molinick et al alone or in
combination. Morris teaches the use of different pulse tone patterns to indicate the <u>location</u>
of sensed smoke.

Claims 41-45 which were rejected as obvious and unpatentable over Fray in
view of Molinick et al and further in view of Morris also are allowable. As noted above,
Morris teaches the use of variable tone patterns to specify an alarm indicating location. As
noted above, Morris does not incorporate or address speech in detectors in any way. As
required in claims 41-45:

"an alarm indicating audible output device coupled to the
control element wherein the control element in response to a
detected fire, drives the output device to repetitively emit
interrupted groups of fire alarm indicating tones wherein the
members of the groups are spaced apart from one another by a
first time interval and wherein groups are spaced apart by
silent, longer second time intervals".

Unlike the detectors of claims 41-45, Morris teaches the use of various tone
patterns to indicate location of sensed smoke which is quite unlike the claimed structures.
Given the deficiencies noted above in the teachings of Fray and Molinick et al, the
teachings of Morris alone or in combination with Fray or Molinick et al simply do not
address the characteristics and structures claimed. For example, claim 43 requires in
addition:

- 6 -

BRK_000635

Ser. No. 09/651,454

> "a second condition sensor and an associated verbal, condition
> warning phrase stored in semiconductor storage."

None of Fray, Morris or Molinick et al, alone or in combination, address a structure as in
claim 43. Similar comments apply with respect to claim 44 which is dependent upon claim
43. Finally, we note that claim 45 requires that:

> "the received alarm indicating signals from the at least one
> remotely located detector include specific information such
> that the control element of the detector receiving the alarm
> indicating signals drives the output device to emit the same
> tonal pattern and verbal message as the at least one remotely
> located detector sensing the ambient condition."

As noted above, Morris produces different alarm tones at different detectors.
For example, in this regard:

> "If the smoke is sensed by any one detector, it emits a
> constant alarm tone (or other discernable tone) indicating that
> the smoke is in close proximity to said detector while it
> simultaneously transmits a preset, coded frequency modulated
> radio signal to all other Multiple Alert Smoke Detectors
> within the building tuned to same said frequency which results
> in the remote smoke detector units emitting a pulsed tone to
> indicate that smoke has been detected elsewhere in the
> building to serve as an early warning for occupants. The said
> pulsed tone pattern is selectively indicative of the location of
> the smoke and this pattern can be selected by the user."
> (Morris, Col. 1, lines 54-65).

- 7 -

Ser. No. 09/651,454

Morris teaches away from the claimed invention alone or in combination with Fray and Molinick et al. The Office Action is merely conclusory in articulating this rejection. No explanation has been provided as to the motivation to combine the teachings of the three prior art documents as proposed by the Examiner. This is especially significant in light of the deficiencies (not addressed in this rejection) in the teachings of these documents as set forth above. Thus, for all of the above reasons, claims 41-45 are allowable over the prior art of record.

The Examiner rejected remaining claims 46-81, 84-86 as obvious and unpatentable over Morris in view of Fray and Molinick et al. For the following reasons, the rejections are inappropriate and should be withdrawn.

As noted above, the teaching of Morris is to alter the tonal output signals at various detectors to specify the location of sensed smoke. Morris does not address the use of speech in detectors in any way.

Also as noted above, Fray's stand alone detector teaches the use of user specified and user variable messages for the reasons set forth therein. Molinick et al as noted above, also teaches the use of user alterable verbal messages. It is only the present application which teaches, as in claim 46:

"voice enunciating circuitry and a plurality of stored, user-unalterable verbal outputs identifying at least a plurality of locations for specifying an alarm location wherein in response to one of, an established local alarm condition, or received signals from another detector, the voice authenticating circuitry verbally outputs at least one of an alarm type message, or, an alarm location message repetitively in at least some of the first intervals, such that where a local alarm condition has been detected, at least one of, the location established by the manually settable member, or, the alarm type is verbalized, and where alarm indicating signals have been received, at least one of the alarm type at the detector transmitting the signals or, the location specified by the

- 8 -

BRK_000637

Ser. No. 09/651,454

> manually settable member of the detector transmitting the
> signals is verbalized."

For all of the above reasons, the teachings of the prior art of record are away from the structure of claims 46-59. Dependent claims add additional structure not suggested, disclosed or made obvious by the prior art of record. For example, claim 48 requires:

> "a second, different sensor and wherein the voice enunciating
> circuitry outputs another user unalterable message, wherein
> the another message describes a second type of sensed ambient
> condition such that the message is emitted during periods of
> silence in a prescribed, user unalterable tonal alarm pattern
> indicative of the second type of sensor."

None of Morris, Fray and Molinick, alone or in combination suggest, disclose or make obvious the structure of claim 48 for at least the above reasons. Similar reasons for allowability apply to method claims 60-66.

Similar comments apply to the allowability of remaining rejected claims 67-81 and 84-86. By way of example, claim 67 includes the following structure not suggested, disclosed or made obvious for the reasons by Morris in view of Fray and Molinick:

> "wherein the circuitry includes voice enunciating circuits and at
> least one of a stored, user unalterable verbal alarm type output,
> and, a plurality of stored, user unalterable verbal outputs
> identifying at least a plurality of locations for specifying an
> alarm location wherein where a local alarm condition has been
> detected, at least one of, the alarm-type or alarm location is
> verbalized, and where alarm indicating signals have been
> received, at least one of the alarm type at the detector
> transmitting the signals, or, the alarm location is verbalized."

- 9 -

Ser. No. 09/651,454

As described, Morris teaches the use of variable alarm tonal patterns to indicate location of detected smoke. Fray, a single detector disclosure, strongly teaches the use of user specifiable output messages as does Molinick et al.

Molinick et al as noted above is not analogous art. It is a distributed detector system wherein components of that system are scattered over a substantial area having discrete separate housings. The message storing tape recorder is displaced from all of the detector units in Molinick et al which is also unlike the claimed apparatus.

Dependent claims add additional structure not suggested, disclosed or made obvious by the prior art of record. For example, claim 69 requires:

> "a second, different sensor and wherein the voice enunciating
> circuits output another user unalterable message, wherein the
> another message describes a second type of sensed ambient
> condition such that the message is emitted during periods of
> silence in a prescribed, user unalterable tonal alarm pattern
> indicative of the second type of sensor."

None of Morris, Fray or Molinick alone or in combination address a structure as in claim 69. Similar comments apply to the structure of claim 72:

> "An apparatus as in claim 68 which includes at least a second
> detector, substantially identical to the first detector and coupled
> therewith via the input/output ports, wherein in response to the
> first detector establishing the presence of a local alarm
> condition and sending an alarm indicating signal to the second
> detector, the second detector emits the prescribed audible tonal
> pattern identifying the alarm type and during at least some of
> the first intervals, and verbalizes at least one of the type of
> alarm at the first detector or the location thereof."

- 10 -

Ser. No. 09/651,454

     As noted above, Morris uses variable alarm patterns to specify location and is not using the alarm patterns to specify type of alarm condition. Neither Fray nor Molinick et al make up for the deficiencies of Morris as discussed in more detail previously.

     Method claims 77-81 and 84-86 are all allowable for the reasons discussed above. Allowance of the application is respectfully requested.

Respectfully submitted,

Welsh & KATZ, LTD.

BY: _____
          Paul M. Vargo, Reg. No. 29,116

PMV/rkl

WELSH& KATZ, LTD.
120 South Riverside Plaza
22nd Floor
Chicago, Illinois 60606
(312) 655-1500

- 11 -

BRK_000640

| Terminal Disclaimer To Obviate A Double Patenting Rejection Over A Prior Patent | Docket No. 8365/86087 (BRK 1181US) |
|---|---|

In Re Application Of:

Gary J. Morris

| Serial No. 09/651,454 | Filing Date August 30, 2000 | Examiner N. Tong | Group Art Unit 2632 |
|---|---|---|---|

Invention:

**Environmental Condition Detector With Audible Alarm and Voice Identifier**

Owner of Record:

**Gary Jay Morris**

## TO THE ASSISTANT COMMISSIONER FOR PATENTS:

The above-identified owner of record of a   100   percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application, which would extend beyond the expiration date of the full statutory term defined in 35 U.S.C. 154 to 156 and 173, as presently shortened by any terminal disclaimer, of prior Patent No.   6,144,310  . The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors and/or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 to 156 and 173 of the prior patent, as presently shortened by any terminal disclaimer, in the event that it later expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 C.F.R. 1.321, has all claims cancelled by a reexamination certificate, is reissued, or is in any manner terminated prior to, the expiration of its full statutory term as presently shortened by any terminal disclaimer.

Check either box 1 or 2 below, if appropriate.

1. ☐  For submissions on behalf of an organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the organization.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

2. ☒  The undersigned is an attorney of record.

09/25/2002 DTESSEM 00000098 09651454

01 FC:148                 410.00 OP                 Dated:   September   , 2002

_____
Signature

Paul M. Vargo, Reg. No. 29,116
Typed or Printed Name

☒  Terminal disclaimer fee under 37 C.F.R. 1.20(d) included.
☒  PTO suggested wording for terminal disclaimer was unchanged.
☐  Certification under 37 C.F.R. 3.73(b) is required if terminal disclaimer is signed by the assignee.

Copyright 1997 LegalStar                                                                 P32/REV01



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/651,454 | 08/30/2000 | Gary Jay Morris | BRC209.1US | 1000 |

7590          11/25/2002

PAUL M VARGO
WELSH & KATZ, LTD.
120 SOUTH RIVERSIDE PLAZA
22ND FLOOR
CHICAGO, IL   60606

| EXAMINER |
|---|
| TONG, NINA C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2632 | |

DATE MAILED: 11/25/2002

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

BRK_000642

| | Application No. | Applicant(s) |
|---|---|---|
| ***Office Action Summary*** | 09/651,454 | MORRIS, GARY JAY |
| | Examiner | Art Unit |
| | Nina Tong | 2632 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒   Responsive to communication(s) filed on <u>23 September 2002</u> .

2a)☒   This action is **FINAL**.          2b)☐   This action is non-final.

3)☐   Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒   Claim(s) <u>22-86</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐   Claim(s) _____ is/are allowed.

6)☒   Claim(s) <u>22-30,33,40-42,60-62 and 77-80</u> is/are rejected.

7)☒   Claim(s) <u>31,32,34-39,43-59,63-76,81-86</u> is/are objected to.

8)☐   Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐   The specification is objected to by the Examiner.

10)☐   The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

11)☐   The proposed drawing correction filed on _____ is: a)☐ approved b)☐ disapproved by the Examiner.

    If approved, corrected drawings are required in reply to this Office action.

12)☐   The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. §§ 119 and 120**

13)☐   Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐   Certified copies of the priority documents have been received.

      2.☐   Certified copies of the priority documents have been received in Application No. _____ .

      3.☐   Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

14)☐   Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

    a) ☐ The translation of the foreign language provisional application has been received.

15)☐   Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☐ Information Disclosure Statement(s) (PTO-1449) Paper No(s) _____ .
4) ☐ Interview Summary (PTO-413) Paper No(s). _____ .
5) ☐ Notice of Informal Patent Application (PTO-152)
6) ☐ Other: _____ .

Application/Control Number: 09/651,454                                          Page 2
Art Unit: 2632

## DETAILED ACTION

### *Claim Rejections - 35 USC § 103*

1.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the
> manner in which the invention was made.

2.      Claims 22-30,33,40 are rejected again under 35 U.S.C. 103(a) as being unpatentable over

Fray (5,663,714) in view of Molinick et al. (4,288,789). Please notes the same rejection as

recited in the previous office action.

3.      Claims 41-42 are rejected again under 35 U.S.C. 103(a) as being unpatentable over Fray

(5,663,714) in view of Molinick et al. (4,288,789) as applied to claim 40 above, and further in

view of Morris (5,587,705). Please notes the same rejection as recited in the previous office

action.

4.      Claims 60-62,77-80 are rejected again under 35 U.S.C. 103(a) as being unpatentable over

Morris (5,587,705) in view of Fray (5,587,705) and Molinick et al. (4,288,789). Please notes the

same rejection as recited in the previous office action.

Application/Control Number: 09/651,454           Page 3

Art Unit: 2632

### *Allowable Subject Matter*

5.      Claims 31,32,34-39,43-59,63-76,81-86 are objected to as being dependent upon a

rejected base claim, but would be allowable if rewritten in independent form including all of the

limitations of the base claim and any intervening claims.

### *Response to Arguments*

6.      Applicant's arguments filed 09/23/02 have been fully considered but they are not

persuasive.

     Regarding applicant's arguments, the applicant argued that under 103 rejection that the

prima facie case of obviousness cannot be based on a lack of "inventive step" or "obvious design

choice". In response to applicant's argument that the examiner's conclusion of obviousness is

based upon improper hindsight reasoning, it must be recognized that any judgment on

obviousness is in a sense necessarily a reconstruction based upon hindsight reasoning. But so

long as it takes into account only knowledge which was within the level of ordinary skill at the

time the claimed invention was made, and does not include knowledge gleaned only from the

applicant's disclosure, such a reconstruction is proper. See *In re McLaughlin*, 443 F.2d 1392,

170 USPQ 209 (CCPA 1971). In addition, in response to applicant's argument that there is no

suggestion to combine the references, the examiner recognizes that obviousness can only be

established by combining or modifying the teachings of the prior art to produce the claimed

invention where there is some teaching, suggestion, or motivation to do so found either in the

references themselves or in the knowledge generally available to one of ordinary skill in the art.

Application/Control Number: 09/651,454                                    Page 4
Art Unit: 2632

See *In re Fine*, 837 F.2d 1071, 5 USPQ2d 1596 (Fed. Cir. 1988)and *In re Jones*, 958 F.2d 347,

21 USPQ2d 1941 (Fed. Cir. 1992). Please notes the same obviousness statements under 103

rejections.

     The applicant also argued that the verbal messages in Monlinick et al. could be changed

or recorded regularly. The ability to revise the messages in a system as in Molinick et al. is

important because such systems need to be adaptable to various installation-specific conditions.

Molinick et al. Unlike the claimed invention overlay the voice on the warning tone. Also,

Molinick et al. are non-analogous prior art. It is not directed to substantially self-contained

detector systems such as Fray and Morris. Rather, Molinick et al is a distributed detector system

wherein the source of messages is substantially displaced from the detectors or sensors

themselves. Unlike the teachings of Fay and Molinick et al, which taken either alone or together,

teach the use of variable messages, applicant's invention has different requirements. In response

to applicant's argument that Molinick et al. is nonanalogous art, it has been held that a prior art

reference must either be in the field of applicant's endeavor or, if not, then be reasonably

pertinent to the particular problem with which the applicant was concerned, in order to be relied

upon as a basis for rejection of the claimed invention. See *In re Oetiker*, 977 F.2d 1443, 24

USPQ2d 1443 (Fed. Cir. 1992). In this case, the reference to Molinick et al. is a hazard warning

system for providing a warning signal when the hazard or dangerous environment is detected.

Also, the Examiner only use the reference to Molinick et al. to teach that it is well-known in the

art of providing verbal messages of the type of emergency and specific location in a warning

BRK_000646

Application/Control Number: 09/651,454            Page 5
Art Unit: 2632

system. The Examiner did not use this reference to teach the self-contained detector or the non-revisable messages.

The applicant also argued that Morris is not directed to the use of speech in detectors in any way. As such, it cannot make up for the above-noted defects in Fray or Molinick et al alone or in combination. Morris teaches the use of different pulse tone patterns to indicate the location of sensed smoke. However, the Examiner disagreed. The Examiner only use the reference to Morris to teach the concept of employing a plurality of sensors in different location and when one of the sensors detect the hazard will activate all the sensors for providing the specific location of the alarm signal. This way people would know which location actually has occurred the hazard for safety. Although Morris is using different audible tone to indicate the specific location, Molinick et al. already teaches the concept of using verbal messages instead of the audible tone in the alarm signals.

### *Conclusion*

7.     **THIS ACTION IS MADE FINAL.** Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action. In the event a first reply is filed within TWO MONTHS of the mailing date of this final action and the advisory action is not mailed until after the end of the THREE-MONTH shortened statutory period, then the shortened statutory period

Application/Control Number: 09/651,454                                    Page 6
Art Unit: 2632

will expire on the date the advisory action is mailed, and any extension fee pursuant to 37

CFR 1.136(a) will be calculated from the mailing date of the advisory action. In no event,

however, will the statutory period for reply expire later than SIX MONTHS from the mailing

date of this final action.

    Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Nina Tong whose telephone number is 703-305-4831. The

examiner can normally be reached on Mon-Fri. (9:30 -7:00), alternate Friday off.

    If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Jeffrey Hofsass can be reached on 703-305-4717. The fax phone numbers for the

organization where this application or proceeding is assigned are 703-872-9314 for regular

communications and 703-872-9314 for After Final communications.

    Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the receptionist whose telephone number is 703-305-4700.

                                  Nina Tong
                                  Primary Examiner
                                  Art Unit 2632

Nina Tong
November 21, 2002

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

Applicant: Gary J. Morris )
)
For:    Environmental Condition Detector )
        With Audible Alarm and Voice )
        Identifier )
)
Serial No.:    09/651,454 )
)
Filed:         August 30, 2000 )
)
Examiner:      N. Tong )
)
Art Unit:      2632 )
)
Docket No. 8365/86087 )

**AMENDMENT D**

Hon. Comm. For Patents

Washington, D.C. 20231

Sir:

Responding to a Final Office Action mailed on November 25, 2002, please make the following amendments to the claims:

Please cancel claims 40-42, 60-62 and 77-80, without prejudice.

Please amend the following claims as indicated:

22.    (Amended)    A self-contained ambient condition detector comprising:

an ambient condition sensor;

control electronics coupled to the sensor and responsive thereto wherein in response to a predetermined ambient condition, a user unalterable, pre-stored, audible, alarm identifying tonal output pattern is emitted wherein the pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones wherein the tones are interrupted and are spaced apart from one another by silent intertonal spacing intervals of a

02/21/2003 SDENBOB1 00000061 09651454

01 FC:1201                    252.00 OP

Serial No. 09/917,101
Page 2

common duration and wherein the common duration is always shorter than each of the silent intervals and wherein the control electronics includes voice output circuitry, wherein the voice circuitry includes a factory pre-stored, user unalterable, verbal alarm-type output message wherein the pre-stored message is associated with the tonal output pattern and verbalizes the respective alarm type and at least one location specifying verbal message, wherein the control electronics, in response to the predetermined ambient condition, emits the audible tonal pattern and repetitively emits the verbal alarm-type and location messages in respective silent intervals; and

a common housing for the sensor, the electronics, the output circuitry and a power supply.

31.    (Amended)    A self-contained ambient condition detector comprising:
an ambient condition sensor;

control electronics coupled to the sensor and responsive thereto wherein in response to a predetermined ambient condition, a user unalterable, pre-stored, audible, alarm identifying tonal output pattern is emitted wherein the pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones wherein the tones are interrupted and are spaced apart from one another by silent intertonal spacing intervals of a common duration and wherein the common duration is always shorter than each of the silent intervals and wherein the control electronics includes voice output circuitry, wherein the voice circuitry includes a factory pre-stored, user unalterable, verbal alarm-type output message wherein the pre-stored message is associated with the tonal output pattern and verbalizes the respective alarm type;

at least one alarm location specifying verbal message; and

wherein the electronics, in response to the predetermined ambient condition, emits the tonal output pattern and also repetitively emits prestored first and second audible verbal output messages in respective silent intervals indicative of alarm-type and location.

34.    (Amended)    A self-contained ambient condition detector comprising:
an ambient condition sensor;

control electronics coupled to the sensor and responsive thereto wherein in response to a predetermined ambient condition, a user unalterable, pre-stored, audible, alarm

Serial No. 09/917,101
Page 3

identifying tonal output pattern is emitted wherein the pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones wherein the tones are interrupted and are spaced apart from one another by silent intertonal spacing intervals of a common duration and wherein the common duration is always shorter than each of the silent intervals and wherein the control electronics includes voice output circuitry, wherein the voice circuitry includes a factory pre-stored, user unalterable, verbal alarm-type output message wherein the pre-stored message is associated with the tonal output pattern and verbalizes the respective alarm type and wherein the control electronics, in response to the predetermined ambient condition, emits the audible tonal pattern and repetitively emits the verbal alarm-type message in respective silent intervals,

wherein the voice circuitry includes solid state storage circuitry for the pre-stored verbal message, a second sensor carried by the housing coupled to the control electronics, and a second condition warning audible message stored in the solid state storage circuitry.

38.     (Amended)     A self-contained ambient condition detector comprising:

an ambient condition sensor;

control electronics coupled to the sensor and responsive thereto wherein in response to a predetermined ambient condition, a user unalterable, pre-stored, audible, alarm identifying tonal output pattern is emitted wherein the pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones wherein the tones are interrupted and are spaced apart from one another by silent intertonal spacing intervals of a common duration and wherein the common duration is always shorter than each of the silent intervals and wherein the control electronics includes voice output circuitry, wherein the voice circuitry includes a factory pre-stored, user unalterable, verbal alarm-type output message wherein the pre-stored message is associated with the tonal output pattern and verbalizes the respective alarm type and wherein the control electronics, in response to the predetermined ambient condition, emits the audible tonal pattern and repetitively emits the verbal alarm-type message in respective silent intervals;

wherein the sensor is a fire sensor and the pre-stored verbal message specifies a fire to reinforce a respective tonal output pattern indicative of sensed fire;

Serial No. 09/917,101
Page 4

wherein the fire indicating tonal output pattern defines groups of substantially identical output tones with a common intertonal spacing of the common duration and

which includes at least one pre-stored verbal counterpart to the pre-stored verbal message wherein the pre-stored verbal message and the verbal counterpart are in first and second different languages.

43.    (Amended)    A detector comprising:

a housing;

a fire sensor carried by the housing;

a control element coupled to the sensor wherein the element includes circuitry for detecting a fire;

an alarm indicating audible output device coupled to the control element wherein the control element in response to a detected fire, drives the output device to repetitively emit interrupted groups of fire alarm indicating tones wherein the members of the groups are spaced apart from one another by a first time interval and wherein groups are spaced apart by silent, longer second time intervals;

semiconductor storage for at least a word indicative of fire wherein in response to a detected fire the control element repetitively injects the stored fire indicating word into only the second time intervals between groups of fire alarm indicating tones, wherein the tonal patterns are predefined, and not user alterable and wherein the output word is pre-stored at manufacture and not user alterable; and

which includes a second condition sensor and an associated verbal condition warning phrase stored in the semiconductor storage.

45.    (Amended)    A detector comprising:

a housing;

a fire sensor carried by the housing;

a control element coupled to the sensor wherein the element includes circuitry for detecting a fire;

an alarm indicating audible output device coupled to the control element wherein the control element in response to a detected fire, drives the output device to repetitively emit interrupted groups of fire alarm indicating tones wherein the members of the groups are spaced

RECEIVED FEB 24 2003 TC 2800 MAIL ROOM

Serial No. 09/917,101
Page 5

apart from one another by a first time interval and wherein groups are spaced apart by silent, longer second time intervals;

storage for at least a word indicative of fire wherein in response to a detected fire the control element repetitively injects the stored fire indicating word into only the second time intervals between groups of fire alarm indicating tones, wherein the tonal patterns are predefined, and not user alterable and wherein the output word is pre-stored at manufacture and not user alterable;

wherein the control element includes an interconnect port for receipt of alarm indicating signals from at least one remotely located detector;

wherein the received alarm indicating signals from the at least one remotely located detector include specific information such that the control element of the detector receiving the alarm indicating signals drives the output device to emit the same tonal pattern and verbal message as the at least one remotely located detector sensing the ambient condition.

81.    (Amended)    A method for providing environmental condition detection for a multi-section region comprising:

locating a minimum of two environmental condition detectors in different sections of the region and interconnecting them with at least one wired connection wherein each detector senses at least a first type of alarm condition;

sensing an alarm condition at one of the detectors and outputting a user unalterable, pre-recorded, voice message, which verbally describes at least the type of the sensed alarm condition;

communicating via the wired connection with another detector such that substantially the same pre-recorded voice message voiced at the sensing detector is also emitted at the another detector;

wherein a first environmental condition detector is selected from a group including a fire detector, a carbon monoxide detector, a natural gas detector, a propane gas detector and a combined fire and carbon monoxide detector;

wherein in response to one of sensed fire or sensed gas the responding detector emits an interrupted, condition specifying, tonal alarm pattern and outputs a user unalterable,

BRK_000653

Serial No. 09/917,101
Page 6

pre-recorded voice message which verbally describes the type of alarm during silent intervals between tones; and,

couples a signal to the another detector which in turn emits the same type of alarm specifying tonal alarm and the same type of alarm specifying verbal output during respective silent intervals between tones.

## R E M A R K S

Responding to the Examiner's above-noted Final Office Action wherein various of the claims were indicated as being objected to, by this Amendment, claims 31, 34, 38, 43, 45, and 81 have been rewritten in independent form and should now be found to be allowable. The amendment of claim 22 includes the limitation of claim 31 which is believed to make amended claim 22 allowable. All of the other amended claims had been objected to by the Examiner.

The following claims are believed to contain allowable subject matter. They were indicated as being objected to but they are independent claims, namely, 46, 63, 64, 67, 82 and 84. Those claims have not been amended, as, based on a telephone discussion with the Examiner, it appears that they were not designated as allowed merely due to typographical error. The associated dependent claims are all, as a result, also allowable without further amendment. These include claims 47-59 (depend directly or indirectly from allowable independent claim 46), claims 65 and 66 (depend directly or indirectly from allowable independent claim 64), claim 68-76 (depend directly or indirectly from allowable independent claim 67), claim 83 depends from allowable independent claim 82, and claims 85, 86 dependent from allowable independent claim 84.

Claims 21-30 which dependent directly or indirectly from claim 22 as amended are also deemed to be allowable for at least the same reasons that claim 22 is allowable. The remaining rejected claims have been cancelled by this amendment.

A marked copy of the amended claims is attached.

BRK_000654

Serial No. 09/917,101
Page 7


Allowance of the application is respectfully requested.


Respectfully submitted,

WELSH & KATZ, LTD.

BY: _____
    Paul M. Vargo, Reg. No. 29,116

120 South Riverside Plaza
22nd Floor
Chicago, Illinois 60606
Phone: 312-655-1500-401
Fax:    312-655-1501

Serial No. 09/917,101
Page 8

### Marked Version of the Amended Claims

22.    (Amended)    A self-contained ambient condition detector comprising:

an ambient condition sensor;

control electronics coupled to the sensor and responsive thereto wherein in response to a predetermined ambient condition, a user unalterable, pre-stored, audible, alarm identifying tonal output pattern is emitted wherein the pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones wherein the tones are interrupted and are spaced apart from one another by silent intertonal spacing intervals of a common duration and wherein the common duration is always shorter than each of the silent intervals and wherein the control electronics includes voice output circuitry, wherein the voice circuitry includes a factory pre-stored, user unalterable, verbal alarm-type output message wherein the pre-stored message is associated with the tonal output pattern and verbalizes the respective alarm type and at least one location specifying verbal message, wherein the control electronics, in response to the predetermined ambient condition, emits the audible tonal pattern and repetitively emits the verbal alarm-type and location messages [message] in respective silent intervals; and

a common housing for the sensor, the electronics, the output circuitry and a power supply.

31.    (Amended)    [A detector as in claim 30]   A self-contained ambient condition detector comprising:

an ambient condition sensor;

control electronics coupled to the sensor and responsive thereto wherein in response to a predetermined ambient condition, a user unalterable, pre-stored, audible, alarm identifying tonal output pattern is emitted wherein the pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones wherein the tones are interrupted and are spaced apart from one another by silent intertonal spacing intervals of a common duration and wherein the common duration is always shorter than each of the silent intervals and wherein the control electronics includes voice output circuitry, wherein the voice circuitry includes a factory pre-stored, user unalterable, verbal alarm-type output message

Serial No. 09/917,101
Page 9

wherein the pre-stored message is associated with the tonal output pattern and verbalizes the respective alarm type;

at least one alarm location specifying verbal message; and

wherein the electronics, in response to the predetermined ambient condition, emits the tonal output pattern and also repetitively emits prestored first and second audible verbal output messages in respective silent intervals indicative of [a type] alarm-type and location.

34.    (Amended)    [A detector as in claim 33] A self-contained ambient condition detector comprising:

an ambient condition sensor;

control electronics coupled to the sensor and responsive thereto wherein in response to a predetermined ambient condition, a user unalterable, pre-stored, audible, alarm identifying tonal output pattern is emitted wherein the pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones wherein the tones are interrupted and are spaced apart from one another by silent intertonal spacing intervals of a common duration and wherein the common duration is always shorter than each of the silent intervals and wherein the control electronics includes voice output circuitry, wherein the voice circuitry includes a factory pre-stored, user unalterable, verbal alarm-type output message wherein the pre-stored message is associated with the tonal output pattern and verbalizes the respective alarm type and wherein the control electronics, in response to the predetermined ambient condition, emits the audible tonal pattern and repetitively emits the verbal alarm-type message in respective silent intervals,

wherein the voice circuitry includes solid state storage circuitry for the pre-stored verbal message, [which includes] a second sensor carried by the housing coupled to the control electronics, and a second condition warning audible message stored in the solid state [semiconductor] storage circuitry.

38.    (Amended)    [A detector as in claim 24] A self-contained ambient condition detector comprising:

an ambient condition sensor;

control electronics coupled to the sensor and responsive thereto wherein in response to a predetermined ambient condition, a user unalterable, pre-stored, audible, alarm

BRK_000657

Serial No. 09/917,101
Page 10

identifying tonal output pattern is emitted wherein the pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones wherein the tones are interrupted and are spaced apart from one another by silent intertonal spacing intervals of a common duration and wherein the common duration is always shorter than each of the silent intervals and wherein the control electronics includes voice output circuitry, wherein the voice circuitry includes a factory pre-stored, user unalterable, verbal alarm-type output message wherein the pre-stored message is associated with the tonal output pattern and verbalizes the respective alarm type and wherein the control electronics, in response to the predetermined ambient condition, emits the audible tonal pattern and repetitively emits the verbal alarm-type message in respective silent intervals;

wherein the sensor is a fire sensor and the pre-stored verbal message specifies a fire to reinforce a respective tonal output pattern indicative of sensed fire;

wherein the fire indicating tonal output pattern defines groups of substantially identical output tones with a common intertonal spacing of the common duration and

which includes at least one pre-stored verbal counterpart to the pre-stored verbal message wherein the pre-stored verbal message and the verbal counterpart are in first and second different languages.

43.     (Amended)     [A detector as in claim 40] A detector comprising:
a housing;

a fire sensor carried by the housing;

a control element coupled to the sensor wherein the element includes circuitry for detecting a fire;

an alarm indicating audible output device coupled to the control element wherein the control element in response to a detected fire, drives the output device to repetitively emit interrupted groups of fire alarm indicating tones wherein the members of the groups are spaced apart from one another by a first time interval and wherein groups are spaced apart by silent, longer second time intervals;

semiconductor storage for at least a word indicative of fire wherein in response to a detected fire the control element repetitively injects the stored fire indicating word into only the second time intervals between groups of fire alarm indicating tones, wherein the tonal patterns

Serial No. 09/917,101
Page 11

are predefined, and not user alterable and wherein the output word is pre-stored at manufacture and not user alterable; and

which includes a second condition sensor and an associated verbal, condition warning phrase stored in the semiconductor storage.

45.     (Amended)     [A detector as in claim 42]  A detector comprising:

a housing;

a fire sensor carried by the housing;

a control element coupled to the sensor wherein the element includes circuitry for detecting a fire;

an alarm indicating audible output device coupled to the control element wherein the control element in response to a detected fire, drives the output device to repetitively emit interrupted groups of fire alarm indicating tones wherein the members of the groups are spaced apart from one another by a first time interval and wherein groups are spaced apart by silent, longer second time intervals;

storage for at least a word indicative of fire wherein in response to a detected fire the control element repetitively injects the stored fire indicating word into only the second time intervals between groups of fire alarm indicating tones, wherein the tonal patterns are predefined, and not user alterable and wherein the output word is pre-stored at manufacture and not user alterable;

wherein the control element includes an interconnect port for receipt of alarm indicating signals from at least one remotely located detector;

wherein the received alarm indicating signals from the at least one remotely located detector include specific information such that the control element of the detector receiving the alarm indicating signals drives the output device to emit the same tonal pattern and verbal message as the at least one remotely located detector sensing the ambient condition.

81.     (Amended)     [A method as in claim 80]  A method for providing environmental condition detection for a multi-section region comprising:

locating a minimum of two environmental condition detectors in different sections of the region and interconnecting them with at least one wired connection wherein each detector senses at least a first type of alarm condition;

Serial No. 09/917,101
Page 12

sensing an alarm condition at one of the detectors and outputting a user unalterable, pre-recorded, voice message, which verbally describes at least the type of the sensed alarm condition;

communicating via the wired connection with another detector such that substantially the same pre-recorded voice message voiced at the sensing detector is also emitted at the another detector;

wherein a first environmental condition detector is selected from a group including a fire detector, a carbon monoxide detector, a natural gas detector, a propane gas detector and a combined fire and carbon monoxide detector;

wherein in response to one of sensed fire or [and] sensed [carbon monoxide,] gas the responding detector emits an interrupted, condition specifying, tonal alarm pattern and outputs a user unalterable, pre-recorded voice message which verbally describes the type of alarm during silent intervals between tones; and,

couples a signal to the [other] another detector which in turn emits the same type of alarm specifying tonal alarm and the same type of alarm specifying verbal output during respective silent intervals between tones.

BRK_000660



## CERTIFICATE OF MAILING BY EXPRESS MAIL

"Express Mail" Mailing Label Number EL 245 938 359 US

<u>Date of Deposit:</u>    February 18, 2003

      I hereby certify that this correspondence is being deposited with the United States Postal "Express Mail Post Office to Addressee" service under 37 CFR 1.10(c) on the date indicated above and is addressed to:

                Assistant Commissioner of Patents
                Box Fee Amendment
                Washington, D.C. 20231

<u>Applicant:  Gary J. Morris</u>

<u>Ser. No.  09/651,454</u>

<u>Entitled:  Environmental Condition Detector With Audible Alarm and Voice Identifier</u>

<u>Enclosed are the following documents:</u>

Express mail certificate of mailing; Amendment Transmittal Letter (Large Entity) with Check No. _079559_____ in the amount of $252.00 attached; Amendment D (12 pages); and a self-addressed postage prepaid post card for receipt-acknowledgement by the Patent Office.

                            _____
                          Signature of Person Mailing Correspondence

BRK_000661

2 20-3                                OP 2632

| AMENDMENT TRANSMITTAL LETTER (Large Entity) | Docket No. |
|---|---|
| Applicant(s): Gary J. Morris | 8365/86087 |

| Serial No. | Filing Date | Examiner | Group Art Unit |
|---|---|---|---|
| 09/651,454 | August 30, 2000 | N. Tong | 2632 |

Invention: Environmental Condition Detector With Audible Alarm and Voice Identifier

**TO THE ASSISTANT COMMISSIONER FOR PATENTS:**

Transmitted herewith is an amendment in the above-identified application.

The fee has been calculated and is transmitted as shown below.

### CLAIMS AS AMENDED

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST # PREV. PAID FOR | NUMBER EXTRA CLAIMS PRESENT | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|
| TOTAL CLAIMS | 55 - | 65 = | 0 | x $18.00 | $0.00 |
| INDEP. CLAIMS | 13 - | 10 = | 3 | x $84.00 | $252.00 |
| Multiple Dependent Claims (check if applicable) ☐ | | | | | $0.00 |
| TOTAL ADDITIONAL FEE FOR THIS AMENDMENT | | | | | $252.00 |

☐ No additional fee is required for amendment.

☐ Please charge Deposit Account No.        in the amount of
    A duplicate copy of this sheet is enclosed.

☒ A check in the amount of  $252.00  to cover the filing fee is enclosed.

☒ The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No.   23-0920
    A duplicate copy of this sheet is enclosed.

    ☒ Any additional filing fees required under 37 C.F.R. 1.16.

    ☐ Any patent application processing fees under 37 CFR 1.17.

Dated:   February 1, 2003

_____
Signature

Paul M. Vargo, Reg. No. 29,116
Welsh  & Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, Illinois 60606

I certify that this document and fee is being deposited on       with the U.S. Postal Service as first class mail under 37 C.F.R. 1.8 and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

_____
Signature of Person Mailing Correspondence

_____
Typed or Printed Name of Person Mailing Correspondence

cc:

P11LARGE/REV06

BRK_000662



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/651,454 | 08/30/2000 | Gary Jay Morris | BRC209.1US | 1000 |

7590      03/03/2003

PAUL M VARGO
WELSH & KATZ, LTD.
120 SOUTH RIVERSIDE PLAZA
22ND FLOOR
CHICAGO, IL  60606

| EXAMINER |
|---|
| TONG, NINA C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2632 | |

DATE MAILED: 03/03/2003

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

BRK_000663

| *Advisory Action* | Application No. | Applicant(s) |
|---|---|---|
| | 09/651,454 | MORRIS, GARY JAY |
| | Examiner | Art Unit |
| | Nina Tong | 2632 |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

THE REPLY FILED 18 February 2003 FAILS TO PLACE THIS APPLICATION IN CONDITION FOR ALLOWANCE. Therefore, further action by the applicant is required to avoid abandonment of this application. A proper reply to a final rejection under 37 CFR 1.113 may only be either: (1) a timely filed amendment which places the application in condition for allowance; (2) a timely filed Notice of Appeal (with appeal fee); or (3) a timely filed Request for Continued Examination (RCE) in compliance with 37 CFR 1.114.

PERIOD FOR REPLY [check either a) or b)]

a) ☒ The period for reply expires <u>3</u> months from the mailing date of the final rejection.

b) ☐ The period for reply expires on: (1) the mailing date of this Advisory Action, or (2) the date set forth in the final rejection, whichever is later. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the mailing date of the final rejection. ONLY CHECK THIS BOX WHEN THE FIRST REPLY WAS FILED WITHIN TWO MONTHS OF THE FINAL REJECTION. See MPEP 706.07(f).

 Extensions of time may be obtained under 37 CFR 1.136(a). The date on which the petition under 37 CFR 1.136(a) and the appropriate extension fee have been filed is the date for purposes of determining the period of extension and the corresponding amount of the fee. The appropriate extension fee under 37 CFR 1.17(a) is calculated from: (1) the expiration date of the shortened statutory period for reply originally set in the final Office action; or (2) as set forth in (b) above, if checked. Any reply received by the Office later than three months after the mailing date of the final rejection, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

1. ☐ A Notice of Appeal was filed on _____. Appellant's Brief must be filed within the period set forth in 37 CFR 1.192(a), or any extension thereof (37 CFR 1.191(d)), to avoid dismissal of the appeal.

2. ☒ The proposed amendment(s) will not be entered because:

 (a) ☒ they raise new issues that would require further consideration and/or search (see NOTE below);

 (b) ☐ they raise the issue of new matter (see Note below);

 (c) ☒ they are not deemed to place the application in better form for appeal by materially reducing or simplifying the issues for appeal; and/or

 (d) ☐ they present additional claims without canceling a corresponding number of finally rejected claims.

  NOTE: *See Continuation Sheet.*

3. ☐ Applicant's reply has overcome the following rejection(s): _____.

4. ☐ Newly proposed or amended claim(s) _____ would be allowable if submitted in a separate, timely filed amendment canceling the non-allowable claim(s).

5. ☐ The a)☐ affidavit, b)☐ exhibit, or c)☐ request for reconsideration has been considered but does NOT place the application in condition for allowance because: _____.

6. ☐ The affidavit or exhibit will NOT be considered because it is not directed SOLELY to issues which were newly raised by the Examiner in the final rejection.

7. ☒ For purposes of Appeal, the proposed amendment(s) a)☒ will not be entered or b)☐ will be entered and an explanation of how the new or amended claims would be rejected is provided below or appended.

 The status of the claim(s) is (or will be) as follows:

 Claim(s) allowed: <u>46-59,63-76 and 82-86</u>.

 Claim(s) objected to: <u>31,32,34-39,43-45 and 81</u>.

 Claim(s) rejected: <u>22-30,33,40-42,60-62 and 77-80</u>.

 Claim(s) withdrawn from consideration: _____.

8. ☐ The proposed drawing correction filed on _____ is a)☐ approved or b)☐ disapproved by the Examiner.

9. ☐ Note the attached Information Disclosure Statement(s)( PTO-1449) Paper No(s). _____.

10. ☐ Other: _____

Nina Tong
Primary Examiner
Art Unit: 2632

**Continuation Sheet (PTO-303)**                                    **Application No. 09/651,454**

Continuation of 2. NOTE: although the examiner has indicated some of the allowable or objectable claims, the applicant did not incorporate the claims as indicated for allowance. For example, the claimed housing was not included in the new proposed claims as shown in the original independent claim; also, for instance, the objected claim 31 depends on claim 30 which depends on claim 29 which depends on claim 28 which depends on claim 22; however, the new proposed claim 31 does not included all the features of claims 22,28,29,30 together; this happens to the rest of the proposed independent claims. Therefore, the scope is changed and which raised ne issues .

BRK_000665

03/13/03

#GP2632

| PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a) (Large Entity) | Docket No. 8365/86087 BRK-R-1181 |
|---|---|

In Re Application Of:

Gary J. Morris

| Serial No. 09/651,454 | Filing Date August 30, 2000 | Examiner N. Tong | Group Art Unit 2632 |
|---|---|---|---|

MAR 1 2 2003

Environmental Condition Detector With Audible Alarm and Voice Identifier

**RECEIVED**

MAR 2 0 2003

Technology Center 2600

### TO THE ASSISTANT COMMISSIONER FOR PATENTS:

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a response to the Office Action of ___November 25, 2002__ above-identified application.
Date

The requested extension is as follows (check time period desired):

☒ One month ☐ Two months ☐ Three months ☐ Four months ☐ Five months

from: __February 25, 2003__ until: __March 25, 2003__
Date Date

The fee for the extension of time is $110 and is to be paid as follows:

☒ A check in the amount of the fee is enclosed.

☒ The Commissioner is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account No. 23-0920
A duplicate copy of this sheet is enclosed.

☒ If an additional extension of time is required, please consider this a petition therefor and charge any additional fees which may be required to Deposit Account No. 23-0920
A duplicate copy of this sheet is enclosed.

Dated: 3-12-03

Signature

Paul M. Vargo, Reg. No. 29,116
Welsh & Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, Illinois 60606
Ph. 312 655 1500, Ext. 401
Fax 312 655 1501

I certify that this document and fee is being deposited of EXPRESS MAIL with the U.S. Postal Service as first class mail under 37 C.F.R. 1.8 and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

_____
Signature of Person Mailing Correspondence

_____
Typed or Printed Name of Person Mailing Correspondence

03/13/2003 CNGUYEN  00000032 09651454
01 FC:1251          110.00 OP
cc:

P12LARGE/REV08

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant: Gary J. Morris | ) |
| | ) |
| For: Environmental Condition Detector | ) |
| With Audible Alarm and Voice | ) |
| Identifier | ) |
| | ) |
| Serial No.: 09/651,454 | ) |
| | ) |
| Filed: August 30, 2000 | ) |
| | ) |
| Examiner: N. Tong | ) |
| | ) |
| Art Unit: 2632 | ) |
| | ) |
| Docket No. 8365/86087 | ) |

RECEIVED

MAR 2 0 2003

Technology Center 2600

**AMENDMENT E**

Hon. Comm. For Patents

Washington, D.C. 20231

Sir:

Responding to a Final Office Action mailed on November 25, 2002, and an Advisory Action mailed March 3, 2003, please make the following amendments to the claims:

Please cancel claims 22-33, 40-42, 45, 60-62 and 77-81, without prejudice.

Please amend the following claims as indicated:

34. (Amended) A self-contained ambient condition detector comprising:

an ambient condition sensor;

control electronics coupled to the sensor and responsive thereto, in response to a predetermined ambient condition, a user unalterable, pre-stored, audible, alarm identifying tonal output pattern is emitted wherein the pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones wherein the tones are interrupted and are spaced apart from one another by silent intertonal spacing intervals of a common duration

Serial No. 09/917,101
Page 2

and wherein the common duration is always shorter than each of the silent intervals and where the control electronics includes voice output circuitry, the voice circuitry includes a factory pre-stored, user unalterable, verbal alarm-type output message, the pre-stored message is associated with the tonal output pattern and verbalizes the respective alarm type and where the control electronics, in response to the predetermined ambient condition, emits the audible tonal pattern and repetitively emits the verbal alarm-type message in respective silent intervals,



wherein the voice circuitry includes solid state storage circuitry for the pre-stored verbal message, a second sensor coupled to the control electronics, and a second condition warning audible message stored in the solid state storage circuitry, and a common housing which carries the sensors, the electronics, the output circuitry and a power supply.

26. (Amended)    A self-contained ambient condition detector comprising:
an ambient condition sensor;

control electronics coupled to the sensor and responsive thereto wherein in response to a predetermined ambient condition, a user unalterable, pre-stored, audible, alarm identifying tonal output pattern is emitted, the pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones, the tones are interrupted and are spaced apart from one another by silent intertonal spacing intervals of a common duration and wherein the common duration is always shorter than each of the silent intervals and wherein the control electronics includes voice output circuitry, the voice circuitry includes a factory pre-stored, user unalterable, verbal alarm-type output message where the pre-stored message is associated with the tonal output pattern and verbalizes the respective alarm type and wherein the control electronics, in response to the predetermined ambient condition, emits the audible tonal pattern and repetitively emits the verbal alarm-type message in respective silent intervals;

a common housing for the sensor, the electronics, the output circuitry and a power supply, wherein the sensor is a fire sensor and the pre-stored verbal message specifies a fire to reinforce a respective tonal output pattern indicative of sensed fire;

wherein the fire indicating tonal output pattern defines groups of substantially identical output tones with a common intertonal spacing of the common duration and where the silent intervals are at least twice as long as the common duration; and

34

Serial No. 09/917,101
Page 3



which includes at least one pre-stored verbal counterpart to the pre-stored verbal message wherein the pre-stored verbal message and the verbal counterpart are in first and second different languages.

**7** ~~38.~~     (Amended)     A detector comprising:

a housing;

a fire sensor carried by the housing;

a control element coupled to the sensor wherein the element includes circuitry for detecting a fire;

an alarm indicating audible output device coupled to the control element wherein the control element, in response to a detected fire, drives the output device to repetitively emit interrupted groups of fire alarm indicating tones wherein the members of the groups are spaced apart from one another by a first time interval and wherein groups are spaced apart by silent, longer second time intervals;

semiconductor storage for at least a word indicative of fire wherein in response to a detected fire the control element repetitively injects the stored fire indicating word into only the second time intervals between groups of fire alarm indicating tones, wherein the tonal patterns are predefined, and not user alterable and wherein the output word is pre-stored at manufacture and not user alterable;

the housing also carries a power supply and is installable by a user as a self-contained unit; and

which includes a second condition sensor and an associated verbal, condition warning phrase stored in the semiconductor storage.

## R E M A R K S

Responding to the Examiner's above-noted Final Office Action and an Advisory Action mailed March 3, 2003, wherein various of the claims were indicated as being objected to, by this Amendment, claims 34, 38, 43, have been rewritten in independent form and should now be found to be allowable. The respective dependent claims, if any, should now also be allowable.



Serial No. 09/917,101
Page 4


The remaining rejected claims have been cancelled by this Amendment. A marked copy
of the amended claims is attached.

Allowance of the application is respectfully requested.


Respectfully submitted,

WELSH & KATZ, LTD.

BY: _____
        Paul M. Vargo, Reg. No. 29,116

120 South Riverside Plaza
22nd Floor
Chicago, Illinois 60606
Phone: 312-655-1500-401
Fax:    312-655-1501

Serial No. 09/917,101
Page 5

### Marked Version of the Amended Claims

    34.    (Amended)    [A detector as in claim 33] <u>A self-contained ambient condition</u> <u>detector comprising:</u>

    <u>an ambient condition sensor;</u>

    <u>control electronics coupled to the sensor and responsive thereto, in response to a</u> <u>predetermined ambient condition, a user unalterable, pre-stored, audible, alarm identifying tonal</u> <u>output pattern is emitted wherein the pattern includes a plurality of spaced apart predetermined</u> <u>silent intervals bounded by pluralities of spaced apart tones wherein the tones are interrupted and</u> <u>are spaced apart from one another by silent intertonal spacing intervals of a common duration</u> <u>and wherein the common duration is always shorter than each of the silent intervals and where</u> <u>the control electronics includes voice output circuitry, the voice circuitry includes a factory pre-</u> <u>stored, user unalterable, verbal alarm-type output message, the pre-stored message is associated</u> <u>with the tonal output pattern and verbalizes the respective alarm type and where the control</u> <u>electronics, in response to the predetermined ambient condition, emits the audible tonal pattern</u> <u>and repetitively emits the verbal alarm-type message in respective silent intervals,</u>

    <u>wherein the voice circuitry includes solid state storage circuitry for the pre-stored</u> <u>verbal message,</u> [which includes] a second sensor [carried by the housing] <u>coupled to the control</u> electronics, and a second condition warning audible message stored in the <u>solid state</u> [semiconductor] storage circuitry, <u>and a common housing which carries the sensors, the</u> <u>electronics, the output circuitry and a power supply.</u>

    38.    (Amended)    [A detector as in claim 24] <u>A self-contained ambient condition</u> <u>detector comprising:</u>

    <u>an ambient condition sensor;</u>

    <u>control electronics coupled to the sensor and responsive thereto wherein in</u> <u>response to a predetermined ambient condition, a user unalterable, pre-stored, audible, alarm</u> <u>identifying tonal output pattern is emitted, the pattern includes a plurality of spaced apart</u> <u>predetermined silent intervals bounded by pluralities of spaced apart tones, the tones are</u> <u>interrupted and are spaced apart from one another by silent intertonal spacing intervals of a</u> <u>common duration and wherein the common duration is always shorter than each of the silent</u>



Serial No. 09/917,101
Page 6

intervals and wherein the control electronics includes voice output circuitry, the voice circuitry includes a factory pre-stored, user unalterable, verbal alarm-type output message where the pre-stored message is associated with the tonal output pattern and verbalizes the respective alarm type and wherein the control electronics, in response to the predetermined ambient condition, emits the audible tonal pattern and repetitively emits the verbal alarm-type message in respective silent intervals;

a common housing for the sensor, the electronics, the output circuitry and a power supply, wherein the sensor is a fire sensor and the pre-stored verbal message specifies a fire to reinforce a respective tonal output pattern indicative of sensed fire;

wherein the fire indicating tonal output pattern defines groups of substantially identical output tones with a common intertonal spacing of the common duration and where the silent intervals are at least twice as long as the common duration; and

which includes at least one pre-stored verbal counterpart to the pre-stored verbal message wherein the pre-stored verbal message and the verbal counterpart are in first and second different languages.

43.    (Amended)    [A detector as in claim 40]  A detector comprising:

a housing;

a fire sensor carried by the housing;

a control element coupled to the sensor wherein the element includes circuitry for detecting a fire;

an alarm indicating audible output device coupled to the control element wherein the control element, in response to a detected fire, drives the output device to repetitively emit interrupted groups of fire alarm indicating tones wherein the members of the groups are spaced apart from one another by a first time interval and wherein groups are spaced apart by silent, longer second time intervals;

semiconductor storage for at least a word indicative of fire wherein in response to a detected fire the control element repetitively injects the stored fire indicating word into only the second time intervals between groups of fire alarm indicating tones, wherein the tonal patterns are predefined, and not user alterable and wherein the output word is pre-stored at manufacture and not user alterable;



Serial No. 09/917,101
Page 7

the housing also carries a power supply and is installable by a user as a self-contained unit; and

which includes a second condition sensor and an associated verbal, condition warning phrase stored in the semiconductor storage.





## CERTIFICATE OF MAILING BY EXPRESS MAIL

"Express Mail" Mailing Label Number EL 245 938 610 US

Date of Deposit:        March 11, 2003

I hereby certify that this correspondence is being deposited with the United States Postal "Express Mail Post Office to Addressee" service under 37 CFR 1.10(c) on the date indicated above and is addressed to:

Assistant Commissioner of Patents

Box Fee Amendment

Washington, D.C. 20231

Applicant:  Gary J. Morris

Ser. No.  09/651,454

Entitled:  Environmental Condition Detector With Audible Alarm and Voice Identifier

Enclosed are the following documents:

Express mail certificate of mailing; Petition for Extension of Time under 37 CFR 1.136(a); Amendment Transmittal Letter (Large Entity) with Check No. 079921 in the amount of $110.00 attached; Amendment E (7 pages); and a self-addressed postage prepaid post card for receipt-acknowledgment by the Patent Office.

_____

Signature of Person Mailing Correspondence

BRK_000674

| **AMENDMENT TRANSMITTAL LETTER (Large Entity)** | | **Docket No.** |
| --- | --- | --- |
| Applicant(s): Gary J. Morris | | 8365/86087 BRK-P-1181 |

| Serial No. | Filing Date | Examiner | Group Art Unit |
| --- | --- | --- | --- |
| 09/651,454 | August 30, 2000 | N. Tong | 2632 |

Invention: Environmental Condition Detector With Audible Alarm and Voice Identifier

*OIPE MAR 12 2003 PATENT & TRADEMARK OFFICE*

TO THE ASSISTANT COMMISSIONER FOR PATENTS: **RECEIVED**

Transmitted herewith is an amendment in the above-identified application.

The fee has been calculated and is transmitted as shown below.

MAR 2 0 2003

Technology Center 2600

**CLAIMS AS AMENDED**

| | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST # PREV. PAID FOR | | NUMBER EXTRA CLAIMS PRESENT | RATE | ADDITIONAL FEE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| TOTAL CLAIMS | 42 | - | 65 | = | 0 | x $18.00 | $0.00 |
| INDEP. CLAIMS | 9 | - | 43 | = | 0 | x $84.00 | $0.00 |
| Multiple Dependent Claims (check if applicable) ❏ | | | | | | | $0.00 |
| TOTAL ADDITIONAL FEE FOR THIS AMENDMENT | | | | | | | $0.00 |

☒ No additional fee is required for amendment.
❏ Please charge Deposit Account No.      in the amount of
     A duplicate copy of this sheet is enclosed.
❏ A check in the amount of      to cover the filing fee is enclosed.
☒ The Commissioner is hereby authorized to charge payment of the following fees associated with this
     communication or credit any overpayment to Deposit Account No.   23-0920
     A duplicate copy of this sheet is enclosed.
     ☒ Any additional filing fees required under 37 C.F.R. 1.16.
     ❏ Any patent application processing fees under 37 CFR 1.17.

*Paul*          Dated:   March 12, 2003
_____
        *Signature*

Paul M. Vargo, Reg. No. 29,116
Welsh & Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, Illinois 60606
Ph. 312 655 1500, Ext. 401
Fax 312 655 1501

| I certify that this document and fee is being deposited ⊠ EXPRESS MAIL with the U.S. Postal Service as ~~first class mail under 37 C.F.R. 1.8~~ and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231. |
| --- |
| *Signature of Person Mailing Correspondence* |
| *Typed or Printed Name of Person Mailing Correspondence* |

cc:

P11LARGE/REV06

BRK_000675

| | Application No. | Applicant(s) |
|---|---|---|
| ***Notice of Allowability*** | 09/651,454 | MORRIS, GARY JAY |
| | Examiner | Art Unit | |
| | Nina Tong | 2632 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *After Final filed 03/12/03*.

2. ☒ The allowed claim(s) is/are *34-39,43,44,46-59,63-76 and 82-86*.

3. ☒ The drawings filed on *08/30/00* are accepted by the Examiner.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All    b) ☐ Some*   c) ☐ None  of the:

       1. ☐ Certified copies of the priority documents have been received.

       2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

       3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

5. ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

    (a) ☐ The translation of the foreign language provisional application has been received.

6. ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE**

7. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

8. ☐ CORRECTED DRAWINGS must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

       1) ☐ hereto or 2) ☐ to Paper No. _____.

    (b) ☐ including changes required by the proposed drawing correction filed _____ , which has been approved by the Examiner.

    (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____.

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the top margin (not the back) of each sheet. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

9. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Attachment(s)

| | |
|---|---|
| 1☐ Notice of References Cited (PTO-892) | 2☐ Notice of Informal Patent Application (PTO-152) |
| 3☐ Notice of Draftsperson's Patent Drawing Review (PTO-948) | 4☐ Interview Summary (PTO-413), Paper No. _____ . |
| 5☐ Information Disclosure Statements (PTO-1449), Paper No. _____. | 6☐ Examiner's Amendment/Comment |
| 7☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material | 8☐ Examiner's Statement of Reasons for Allowance |
| | 9☐ Other |

Nina Tong
Primary Examiner
Art Unit: 2632

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

| 7590 | 03/31/2003 |
|---|---|

PAUL M VARGO
WELSH & KATZ, LTD.
120 SOUTH RIVERSIDE PLAZA
22ND FLOOR
CHICAGO, IL 60606

| EXAMINER |
|---|
| TONG, NINA C |

| ART UNIT | CLASS-SUBCLASS |
|---|---|
| 2632 | 340-628000 |

DATE MAILED: 03/31/2003

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/651,454 | 08/30/2000 | Gary Jay Morris | BRC209.1US | 1000 |

TITLE OF INVENTION: ENVIRONMENT CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1300 | $0 | $1300 | 06/30/2003 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS.
THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON
PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE
MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY
PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT
FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT)
MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS
ABANDONED.

HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current
SMALL ENTITY status:
A. If the status is the same, pay the TOTAL FEE(S) DUE shown
above.
B. If the status is changed, pay the PUBLICATION FEE (if required)
and twice the amount of the ISSUE FEE shown above and notify the
United States Patent and Trademark Office of the change in status, or

If the SMALL ENTITY is shown as NO:
A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now
claiming SMALL ENTITY status, check the box below and enclose
the PUBLICATION FEE and 1/2 the ISSUE FEE shown above.
☐ Applicant claims SMALL ENTITY status.
See 37 CFR 1.27.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with
your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be
completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be
completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to
Box ISSUE FEE unless advised to the contrary.

IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.

Page 1 of 4

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004.

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail** Box ISSUE FEE
Commissioner for Patents
Washington, D.C. 20231
**Fax** (703)746-4000

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

7590     03/31/2003

PAUL M VARGO
WELSH & KATZ, LTD.
120 SOUTH RIVERSIDE PLAZA
22ND FLOOR
CHICAGO, IL 60606

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above, or being facsimile transmitted to the USPTO, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/651,454 | 08/30/2000 | Gary Jay Morris | BRC209.1US | 1000 |

TITLE OF INVENTION: ENVIRONMENT CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1300 | $0. | $1300 | 06/30/2003 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| TONG, NINA C | 2632 | 340-628000 |

| 1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). | 2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed. |
|---|---|
| ☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached. | 1 _____ |
| ☐ "Fee Address" Indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required. | 2 _____ |
| | 3 _____ |

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent)   ☐ individual   ☐ corporation or other private group entity   ☐ government

| 4a. The following fee(s) are enclosed: | 4b. Payment of Fee(s): |
|---|---|
| ☐ Issue Fee | ☐ A check in the amount of the fee(s) is enclosed. |
| ☐ Publication Fee | ☐ Payment by credit card. Form PTO-2038 is attached. |
| ☐ Advance Order - # of Copies _____ | ☐ The Commissioner is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form). |

Commissioner for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

(Authorized Signature)                    (Date)

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Washington, DC 20231.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

TRANSMIT THIS FORM WITH FEE(S)

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004. OMB 0651-0033     U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

BRK_000678



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/651,454 | 08/30/2000 | Gary Jay Morris | BRC209.1US | 1000 |

7590      03/31/2003

PAUL M VARGO
WELSH & KATZ, LTD.
120 SOUTH RIVERSIDE PLAZA
22ND FLOOR
CHICAGO, IL 60606

| EXAMINER |
|---|
| TONG, NINA C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2632 | |

DATE MAILED: 03/31/2003

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
### (application filed on or after May 29, 2000)

The patent term adjustment to date is 0 days. If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the term adjustment will be 0 days.

If a continued prosecution application (CPA) was filed in the above-identified application, the filing date that determines patent term adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) system. (http://pair.uspto.gov)

Any questions regarding the patent term extension or adjustment determination should be directed to the Office of Patent Legal Administration at (703)305-1383.

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004.

BRK_000679



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/651,454 | 08/30/2000 | Gary Jay Morris | BRC209.1US | 1000 |

| | | |
|---|---|---|
| 7590 | 03/31/2003 | EXAMINER |

PAUL M VARGO
WELSH & KATZ, LTD.
120 SOUTH RIVERSIDE PLAZA
22ND FLOOR
CHICAGO, IL 60606
UNITED STATES

TONG, NINA C

| ART UNIT | PAPER NUMBER |
|---|---|
| 2632 | |

DATE MAILED: 03/31/2003

### Notice of Fee Increase on January 1, 2003

If a reply to a "Notice of Allowance and Fee(s) Due" is filed in the Office on or after January 1, 2003, then the amount due will be higher than that set forth in the "Notice of Allowance and Fee(s) Due" since there will be an increase in fees effective on January 1, 2003. See Revision of Patent and Trademark Fees for Fiscal Year 2003: Final Rule, 67 Fed. Reg. 70847, 70849 (November 27, 2002).

The current fee schedule is accessible from: http://www.uspto.gov/main/howtofees.htm.

If the issue fee paid is the amount shown on the "Notice of Allowance and Fee(s) Due," but not the correct amount in view of the fee increase, a "Notice to Pay Balance of Issue Fee" will be mailed to applicant. In order to avoid processing delays associated with mailing of a "Notice to Pay Balance of Issue Fee," if the response to the Notice of Allowance and Fee(s) due form is to be filed on or after January 1, 2003 (or mailed with a certificate of mailing on or after January 1, 2003), the issue fee paid should be the fee that is required at the time the fee is paid. If the issue fee was previously paid, and the response to the "Notice of Allowance and Fee(s) Due" includes a request to apply a previously-paid issue fee to the issue fee now due, then the difference between the issue fee amount at the time the response is filed and the previously paid issue fee should be paid. See Manual of Patent Examining Procedure, Section 1308.01 (Eighth Edition, August 2001).

Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

Page 4 of 4

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004.

BRK_000680

*CW*

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail** **Box ISSUE FEE**
**Commissioner for Patents**
**Washington, D.C. 20231**
**Fax** **(703)746-4000**

O.I.P.E.
MAY 16 2003
PATENT

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)   03/31/2003

7990

PAUL M VARGO
WELSH & KATZ, LTD.
120 SOUTH RIVERSIDE PLAZA
22ND FLOOR
CHICAGO, IL 60606

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above, or being facsimile transmitted to the USPTO, on the date indicated below.

Kristina K. Lieber _____ (Depositor's name)
_Laurena K. Lieber_ (Signature)
May 12, 2003 (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/651,454 | 08/30/2000 | Gary Jay Morris | BRC209.1US | 1000 |

TITLE OF INVENTION: ENVIRONMENT CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1300 | $0 | $1300 | 06/30/2003 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| TONG, NINA C | 2632 | 340-628000 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☒ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

**2.** For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Welsh & Katz, Ltd.
2 _____
3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)**

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent)   ☐ individual   ☐ corporation or other private group entity   ☐ government

**4a.** The following fee(s) are enclosed:

☒ Issue Fee
☐ Publication Fee
☐ Advance Order - # of Copies _____

**4b.** Payment of Fee(s):

☒ A check in the amount of the fee(s) is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☒ The Commissioner is hereby authorized to charge the required fee(s), or credit any overpayment, to Deposit Account Number __23-0920__ (enclose an extra copy of this form).

Commissioner for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

(Authorized Signature)                    (Date)
_____ May 12, 2003

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Washington, DC 20231.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**TRANSMIT THIS FORM WITH FEE(S)**

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004. OMB 0651-0033   U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

BRK_000681

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

09/07/2000 MPEOPLES 00000064 09651454
01 FC:101                    690.00 OP
02 FC:103                     18.00 OP
03 FC:102                    312.00 OP

PTO-1556
(5/87)

*U.S. GPO: 1999-459-082/19144

BRK_000682

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective October 1, 2001

Application or Docket Number
09/651,454

### CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) | | SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY |
|---|---|---|---|---|---|---|---|

| | | NUMBER FILED | NUMBER EXTRA | RATE | FEE | | RATE | FEE |
|---|---|---|---|---|---|---|---|---|
| TOTAL CLAIMS | | | | BASIC FEE | 370.00 | OR | BASIC FEE | 740.00 |
| FOR | | | | | | | | |
| TOTAL CHARGEABLE CLAIMS | | minus 20= | * | X$ 9= | | OR | X$18= | |
| INDEPENDENT CLAIMS | | minus 3 = | * | X42= | | OR | X84= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | ☐ | +140= | | OR | +280= | |
| | | | | TOTAL | | OR | TOTAL | |

\* If the difference in column 1 is less than zero, enter "0" in column 2

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (Column 1) | (Column 2) | (Column 3) | | SMALL ENTITY | OR | OTHER THAN SMALL ENTITY |
|---|---|---|---|---|---|---|---|

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * 41 | Minus | ** 65 | = 0 | X$ 9= | | OR | X$18= | |
| Independent | * 6 | Minus | *** 13 | = 0 | X42= | | OR | X84= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | ☐ | +140= | | OR | +280= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus | *** | = | X42= | | OR | X84= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | ☐ | +140= | | OR | +280= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus | *** | = | X42= | | OR | X84= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | ☐ | +140= | | OR | +280= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\*If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875   (Rev. 8/01)

☆U.S. GPO 2001 482-124 / 59107

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

BRK_000683

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| FEE DETERMINATION | | | |
| O.I.P.E. CLASSIFIER | | | |
| FORMALITY REVIEW | | 68608 | 10/20/2000 |
| RESPONSE FORMALITY REVIEW | | | |

## INDEX OF CLAIMS

| | | | |
|---|---|---|---|
| ✓ | Rejected | N | Non-elected |
| = | Allowed | I | Interference |
| − (Through numeral) | Canceled | A | Appeal |
| ÷ | Restricted | O | Objected |



If more than 150 claims or 10 actions
staple additional sheet here

(LEFT INSIDE)

BRK_000684

340/539.1
340/539.26
340/539.26

3/26/07 N7

updated 3/26/03 N.7.

## SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 340 | 628 | 9/15/01 | N 7 |
|  | 692 |  |  |
|  | 505 |  |  |
|  | 506 |  |  |
|  | 539 |  |  |
|  | 577 |  |  |
|  | 632 |  |  |
|  | 693.11 | 9/15/01 | N 7 |
|  | 539.X |  |  |

updated 6/12/02 N.7.

| 340 | 517 | | |
|  | 520 | | |
|  | 521 | | |
| 693.6 | 522 | | |
| 693.7 | 523 | | |
| 693.9 | 524 | | |
| 286.01 | 531 | | |
| 286.05 | 532 | | |
| 286.11 | 533 | | |
| 328 | 534 | | |
| 329 | 540 | | |
| 286.1 | 584 | | |
| 284.3 | 605 | | |
| 284.4 | 691.1 | | N7 |
| 539 | 691.4 | | |
|  | 693.5 | | |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 340 | 628 | 3/20/03 | N7 |
|  | 692 |  |  |
|  | 577 |  |  |
|  | 632 |  |  |
|  | 693.11 |  |  |
|  | 539.22 |  |  |
|  | 539.26 | 3/26/03 | N7 |

## SEARCH NOTES
### (INCLUDING SEARCH STRATEGY)

| | Date | Exmr. |
|---|------|-------|
| | | |

45

(RIGHT OUTSIDE)

BRK_000685

# EXHIBIT K

US006784798B2

(12) **United States Patent** (10) **Patent No.: US 6,784,798 B2**
Morris (45) **Date of Patent: *Aug. 31, 2004**

(54) **ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER**

(76) Inventor: **Gary Jay Morris**, 2026 Glenmark Ave., Morgantown, WV (US) 26505

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/396,068**

(22) Filed: **Mar. 25, 2003**

(65) **Prior Publication Data**

US 2003/0179090 A1 Sep. 25, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 09/651,454, filed on Aug. 30, 2000, now Pat. No. 6,600,424, which is a continuation of application No. 09/299,483, filed on Apr. 26, 1999, now Pat. No. 6,144,310.

(60) Provisional application No. 60/117,307, filed on Jan. 26, 1999.

(51) Int. Cl.[7] ............................................. **G08B 17/10**

(52) U.S. Cl. ...................... **340/628**; 340/577; 340/632; 340/692; 340/693.11

(58) Field of Search ................................. 340/628, 692, 340/577, 505, 506, 632, 693.11, 500, 517, 520–524, 531–534, 540, 584, 605, 691.1, 691.4, 693.5, 693.7, 693.9, 286.01, 286.05, 286.11, 328, 329, 384.1, 384.3, 384.4, 384.73

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,906,491 A | 9/1975 | Gosswiller et al. | |
| 4,101,872 A | 7/1978 | Pappas | |
| 4,141,007 A | 2/1979 | Kavasilios et al. | |
| 4,160,246 A | 7/1979 | Martin et al. | |

| | | | |
|---|---|---|---|
| 4,275,274 A | 6/1981 | English | |
| 4,282,519 A | 8/1981 | Haglund et al. | |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

WO WO 90/01759 2/1990

OTHER PUBLICATIONS

National Fire Protection Association—NFPA72—National Fire Alarm Code 1996 Edition pp. 72 through 106. Quincy, MA USA.

NFPA 720, Recommended Practice for the Installation of Household Carbon Monoxide (CO) Warning Equipment 1998 Edition.

UL 217 ISBN 0–7629–0062–8, Single and Multiple Station Smoke Alarms, Mar. 16, 1998–Feb. 21, 1997.

UL 2034 ISBN 0–7629–274–9, Single and Multiple Station Carbon Monoxide Alarms, Dec. 21, 1998–Oct. 29, 1996.

*Primary Examiner*—Nina Tong
(74) *Attorney, Agent, or Firm*—Welsh & Katz, Ltd.

(57) **ABSTRACT**

Due to the presence of various environmental condition detectors in the home and businesses such as smoke detectors, carbon monoxide detectors, natural gas detectors, etc., each having individual but similar sounding alarm patterns, it can be difficult for occupants of such dwellings to immediately determine the specific type of environmental condition that exists during an alarm condition. The present invention comprises an environmental condition detector using both tonal pattern alarms and pre-recorded voice messages to indicate information about the environmental condition being sensed. Single-station battery-powered and 120VAC detectors are described as are multiple-station interconnected 120VAC powered detectors. The pre-recorded voice messages describe the type of environmental condition detected or the location of the environmental condition detector sensing the condition, or both, in addition to the tonal pattern alarm. Provisions are made for multi-lingual pre-recorded voice messages.

**35 Claims, 5 Drawing Sheets**



## US 6,784,798 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,288,789 A | 9/1981 | Molinick et al. | |
| 4,335,379 A | 6/1982 | Martin | |
| 4,343,990 A | 8/1982 | Ueda | |
| 4,350,860 A | 9/1982 | Ueda | |
| 4,351,999 A | 9/1982 | Nagamoto et al. | |
| 4,363,031 A | 12/1982 | Reinowitz | |
| 4,365,315 A | 12/1982 | Jamnik | |
| 4,366,873 A | 1/1983 | Levy et al. | |
| 4,375,329 A | 3/1983 | Park | |
| 4,389,639 A | 6/1983 | Torii et al. | |
| 4,400,786 A | 8/1983 | Mandel et al. | |
| 4,453,222 A | 6/1984 | Goszyk | |
| 4,455,551 A | 6/1984 | Lemelson | |
| 4,481,507 A | 11/1984 | Takiguchi et al. | |
| 4,498,078 A | 2/1985 | Yoshimura et al. | |
| 4,500,971 A | 2/1985 | Futaki et al. | |
| 4,519,027 A | 5/1985 | Vogelsberg | |
| 4,531,114 A | 7/1985 | Topol et al. | |
| 4,560,978 A | 12/1985 | Lemelson | |
| 4,572,652 A | 2/1986 | Tada et al. | |
| 4,682,348 A | 7/1987 | Dawson et al. | |
| 4,688,021 A  * | 8/1987 | Buck et al. | 340/521 |
| 4,698,619 A | 10/1987 | Loeb | |
| 4,754,266 A | 6/1988 | Shand et al. | |
| 4,810,996 A | 3/1989 | Glen et al. | |
| 4,816,809 A | 3/1989 | Kim | |
| 4,821,027 A | 4/1989 | Mallory et al. | |
| 4,851,823 A | 7/1989 | Mori | |
| 4,862,147 A | 8/1989 | Thomas | |
| 4,894,642 A | 1/1990 | Ashbaugh et al. | |
| 4,904,988 A | 2/1990 | Nesbit et al. | |
| 4,940,965 A | 7/1990 | Umehara | |
| 4,951,045 A | 8/1990 | Knapp et al. | |
| 4,988,980 A | 1/1991 | Graham | |
| 5,019,805 A | 5/1991 | Curl et al. | |
| 5,103,206 A | 4/1992 | Yu | |
| 5,117,217 A | 5/1992 | Nykerk | |
| 5,153,567 A | 10/1992 | Chimento | |
| 5,229,753 A | 7/1993 | Berg et al. | |
| 5,291,183 A | 3/1994 | Chiang | |
| 5,349,338 A | 9/1994 | Routman et al. | |
| 5,379,028 A | 1/1995 | Chung | |
| 5,460,228 A | 10/1995 | Butler | |
| 5,506,565 A | 4/1996 | de Leon et al. | |
| 5,548,276 A | 8/1996 | Thomas | |
| 5,587,705 A | 12/1996 | Morris | |
| 5,657,380 A | 8/1997 | Mozer | |
| 5,663,714 A  * | 9/1997 | Fray | 340/692 |
| 5,673,023 A | 9/1997 | Smith | |
| 5,724,020 A | 3/1998 | Hsu | |
| 5,726,629 A | 3/1998 | Yu | |
| 5,764,134 A | 6/1998 | Carr et al. | |
| 5,786,749 A | 7/1998 | Johnson et al. | |
| 5,786,768 A | 7/1998 | Chan et al. | |
| 5,793,280 A | 8/1998 | Hincher | |
| 5,798,686 A | 8/1998 | Schreiner | |
| 5,841,347 A | 11/1998 | Kim | |
| 5,846,089 A | 12/1998 | Weiss et al. | |
| 5,856,781 A | 1/1999 | Michel et al. | |
| 5,864,288 A | 1/1999 | Hogan | |
| 5,874,893 A | 2/1999 | Ford | |
| 5,877,698 A | 3/1999 | Kusnier et al. | |
| 5,886,631 A | 3/1999 | Ralph | |
| 5,894,275 A | 4/1999 | Swingle | |
| 5,898,369 A | 4/1999 | Godwin | |
| 5,905,438 A | 5/1999 | Weiss et al. | |
| 5,914,650 A | 6/1999 | Segan | |
| 5,936,515 A | 8/1999 | Right et al. | |
| 5,986,540 A | 11/1999 | Nakagaki et al. | |
| 6,043,750 A | 3/2000 | Mallory | |
| 6,097,289 A | 8/2000 | Li et al. | |
| 6,114,967 A | 9/2000 | Yousif | |
| 6,121,885 A | 9/2000 | Masone et al. | |
| 6,144,310 A  * | 11/2000 | Morris | 340/692 |
| 6,307,482 B1 | 10/2001 | Le Bel | |
| 6,323,780 B1  * | 11/2001 | Morris | 340/692 |
| 6,344,799 B1  * | 2/2002 | Walker | 340/691.1 |
| 6,600,424 B1  * | 7/2003 | Morris | 340/628 |

* cited by examiner

**U.S. Patent**     Aug. 31, 2004     Sheet 1 of 5     US 6,784,798 B2



**Fig. 1**

BRK_000688



**Fig. 2**



**Fig. 3**

BRK_000690



Fig. 4



Fig. 5



**Fig. 6**



**Fig. 7**

US 6,784,798 B2

1

# ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER

This application is a continuation of Ser. No. 09/651,454 filed Aug. 30, 2000, now U.S. Pat. No. 6,600,424; which was a continuation of Ser. No. 09/299,483, filed Apr. 26, 1999, now U.S. Pat. No. 6,144,310 which was a utility application claiming the benefit of the earlier filing date of Provisional Ser. No. 60/117,307 filed Jan. 26, 1999.

## BACKGROUND FOR THE INVENTION

### 1. Field of Invention

The present invention relates to environmental condition detection for dwellings including smoke detection, carbon monoxide gas detection, natural gas detection, propane gas detection, combination smoke and carbon monoxide gas detection, etc. such that the audible tonal pattern alarm emitted by a detector sensing an abnormal environmental condition is accompanied by a pre-recorded voice message that clearly indicates the specific type of condition sensed or the specific location of the detector sensing the condition, or both.

### 2. Background

With the widespread use of environmental condition detectors such as smoke detectors, carbon monoxide detectors, natural gas detectors, propane detectors, etc. in residences and businesses today, there is a critical need to provide definite distinction between the tonal pattern alarms emitted by each type of detector so that the occupants of the involved dwelling are immediately made aware of the specific type of condition detected along with its location so they can take the proper immediate action. Regulating and governing bodies for products of the home safety industry (National Fire Protection Association, Underwriters Laboratories, etc.) have recently regulated the tonal patterns emitted from such environmental detectors, however, much confusion still exists among the very similar tonal pattern alarms emitted by various detector types. This is particularly true for those individuals partially overcome by the environmental condition, those asleep when the alarm occurs, young children, or the elderly. Therefore, a need exists whereby the environmental detector sensing an abnormal condition plays a recorded voice message stating the specific condition and/or location of the condition in addition to the required tonal pattern alarm. In conventional smoke detectors and carbon monoxide detectors, there are silent periods within the prescribed audible tonal pattern alarms where recorded verbal messages such as "smoke" or "CO" or "carbon monoxide" or "smoke in basement" or "utility room" (as examples) may be played during this alarm silence period to clearly discriminate between the types of audible alarms and environmental conditions and where the environmental condition was detected. Such messages immediately provide the occupants in an involved dwelling important safety information during potentially hazardous environmental conditions. The occupants can make informed decisions about how to respond to the alarm condition. Occupants residing in the uninvolved area of the dwelling may choose to assist those residing in the involved area depending on the location and type of condition detected. The type of environmental condition sensed or the location of the condition, or both are immediately made clear through the use of recorded voice messages in addition to conventional tonal pattern alarms.

## DISCUSSION OF PRIOR ART

While there are inventions in the prior art pertaining to emergency alarm systems utilizing verbal instructions none

2

are known to the inventor which use a combination of tonal pattern alarms and factory pre-recorded voice messages with function or intent to clearly and specifically identify and clarify which type of environmental condition is present in a dwelling. Nor are there known inventions that use such pre-recorded voice messages to specifically identify the location of the environmental condition sensed by environmental condition detectors in dwellings without the use of a central control unit.

Morris (U.S. Pat. No. 5,587,705) describes a wireless smoke detector system using a minimum of two smoke detectors to indicate the location of the smoke detector sensing the smoke through coded alarm patterns. The present invention does not use wireless communication between detectors; each detector may operate without any others or may operate as a hardwired system with interconnected units for those powered by 120VAC. Fray (U.S. Pat. No. 5,663,714) describes a warning system for giving user-recorded verbal instructions during a fire. Fray teaches an object of his invention is to warn individuals of the presence of smoke and fire and to provide verbal instructions and guidance as how to escape the hazard. Routman et al (U.S. Pat. No. 5,349,338) describe a fire detector and alarm system that uses personally familiar user-recorded verbal messages specifically for a small child or adult in need of verbal instructions during the presence of a fire. Chiang (U.S. Pat. No. 5,291,183) describes a multi-functional alarming system using a microphone to sense ambient conditions and user-recorded verbal instructions for indicating the way to escape a fire. Kim (U.S. Pat. No. 4,816,809) describes a speaking fire alarm system that uses a central control system with remote temperature sensors. Haglund et al (U.S. Pat. No. 4,282,519) describe a hardwired smoke detector system whereby two audible alarm codes are indicated to determine whether the smoke was detected locally or not. Only two possible alarm patterns are used and no voice message is used with Haglund's hardwired system. Molinick and Sheilds (U.S. Pat. No. 4,288,789) describe an oral warning system for monitoring mining operations that uses a plurality of non-emergency condition sensors and second sensors for detecting emergencies. The patent further describes the use of a single and system-central multiple-track magnetic tape player for storing the verbal messages and links the alarm system to control the operation of mechanical devices (mining conveyor belts, etc.) during emergency conditions when verbal messages are played.

Additionally, Morris (U.S. Pat. No. 5,587,705), Fray (U.S. Pat. No. 5,663,714), Routman et al (U.S. Pat. No. 5,349, 338), Chaing (U.S. Pat. No. 5,291,183), Kim (U.S. Pat. No. 4,816,809), and Haglund et al (U.S. Pat. No. 4,282,519) do not recite the specific use of factory pre-recorded voice messages to indicate the specific location of the environmental condition, or the use of voice messages to identify the specific type of environmental condition detected, or the use of a plurality of interconnected detectors emitting identical verbal messages, or a selectable means to define the installation location of the detector, all of which are taught in the present invention and afford significant safety advantages. While Molinick and Shields (U.S. Pat. No. 4,288,789) refer to verbally describing an emergency condition in mining operations, their patent teaches of a much more complex system than the present invention and describes a central control system with multiple stages of various configuration sensors and the use of user-recorded voice messages. Furthermore, the patent does not describe a selectable coding means to define the installation location of the sensors.

US 6,784,798 B2

3

All known prior art providing user-recorded verbal instructions on how to escape a hazardous condition has become impractical for use in dwellings in view of the recent National Fire Protection Association (NFPA) and Underwriters Laboratories (UL) regulations that require a maximum silence period between tonal alarm patterns of 1.5 seconds (Ref UL2034, UL217, NFPA72 and NFPA720). This period of time is sufficient for the present invention to verbally indicate the type and location of the sensed environmental condition but is unlikely to be useful to provide detailed instructions, as taught in the prior art, to occupants on how to respond to a hazardous condition.

The present invention employs either single station environmental condition detectors or a system comprising direct, hardwired communication links between a plurality of environmental condition detectors to provide a tonal pattern alarm with pre-recorded voice message information regarding the specific type of environmental condition detected or the specific location of the detector sensing the environmental condition, or both, all without the need of a centralized control unit. For detector embodiments using pre-recorded voice messages to indicate the location of the detected condition, each detector is set-up by the user during installation to define the physical location of the detector within the dwelling according to pre-defined location definitions pre-programmed into the electronic storage media. The recorded voice messages are pre-recorded into the electronic storage media during manufacture and are not normally changeable by the user. In view of the recent National Fire Protection Association and Underwriters Laboratories regulations for tonal pattern alarms, it is not practical to have the user record their own sounds during the silent periods of the tonal pattern. The user may choose to record other alarm sounds that would violate the regulations governing such tonal patterns and compromise the safety features of the device. The use of factory pre-recorded voice messages alleviates this problem.

It is emphasized that no other related prior art known to the inventor makes use of factory pre-recorded voice messages to indicate the location of the environmental condition or the type of condition or both. Sufficient addressable electronic memory is available in the preferred embodiment of the invention to afford numerous pre-recorded voice messages.

SUMMARY OF THE INVENTION

Described herein is the Environmental Condition Detector with Audible Alarm and Voice Identifier invention, which comprises an environmental condition detector, such as a smoke detector, carbon monoxide gas detector, natural gas detector, propane detector, or any combination detector thereof, which detects the desired environmental condition(s) by those methods well known and described in the art and emits the prescribed audible tonal pattern alarm in accordance with the industry's empowered governing bodies' (National Fire Protection Association, Underwriters Laboratories etc.) criteria for such environmental conditions. Simultaneously, the environmental condition detector sensing the condition emits a verbal message to indicate, through a recorded voice message or synthesized human voice, the condition being sensed. This recorded voice message is emitted simultaneously with the audible tonal pattern alarm so as normally to occur during silent segments of the prescribed tonal pattern alarm. For example, for the condition of smoke detection, the smoke detector emits the following combination audible tonal pattern alarm (Beep) and recorded voice message "Beep - - - Beep - - - Beep - - -

4

'SMOKE' - - - Beep - - - Beep - - - Beep - - - 'SMOKE' - - -" in a periodic manner for as long as the environmental condition is detected. As a second example, for carbon monoxide detection, a carbon monoxide detector emits "Beep - - - Beep - - - Beep - - - Beep - - - 'CO' - - - Beep - - - Beep - - - Beep - - - 'CO' - - - ". As a third example, for smoke detection with the location identifier, a smoke detector emits "Beep - - - Beep - - - Beep - - - "SMOKE IN BASEMENT" - - - Beep - - - Beep - - - Beep - - - 'SMOKE IN BASEMENT' - - - ". As a fourth example, for carbon monoxide detection with a voice location only identifier, a carbon monoxide detector emits ""Beep - - - Beep - - - Beep - - - Beep - - - 'Utility Room' - - - Beep - - - Beep - - - Beep - - - Beep - - - 'Utility Room' - - - ".

OBJECTS AND ADVANTAGES OF THE PRESENT INVENTION

It is one object of the present invention to provide environmental condition detectors that function as single station (non-interconnected) detector units equipped to emit a tonal pattern alarm and a recorded voice message. The recorded voice message clearly identifies the location of the environmental condition detector sensing the condition, or describes the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The single station detector embodiment is battery powered or 120VAC powered. User-selectable coding switches or jumpers permit the user to define the physical location of the single station unit within the dwelling. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both, of an abnormal environmental condition as related to single station units.

It is another object of the present invention to provide an environmental condition detection system where one detector sensing an environmental condition causes all other interconnected detectors to emit identical tonal pattern alarms and recorded voice messages. The hardwired, directly interconnected detectors forming the environmental condition detection system are 120VAC powered with optional battery back-up and use the recorded voice message to identify the location of the environmental condition detector sensing the condition, or to describe the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The environmental condition detection system embodiments of the present invention do not require the use of a centralized control unit (control panel) between detectors. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both, of an abnormal environmental condition as related to a directly interconnected environmental condition detector system having no central control unit or panel.

A major advantage of both the single station embodiment and the system embodiment of the present invention is the use of factory pre-recorded voice messages that fit within the National Fire Protection Association and Underwriters Laboratories specified 1.5 second silence period of the standard smoke detector and carbon monoxide detector tonal pattern alarms. Prior art using user-recorded voice messages are intended to indicate directions on how to escape the hazard or how to respond to a hazard. Such messages would not practically fit into the maximum 1.5 second silent time period in conventional tonal alarm patterns for smoke detec-

US 6,784,798 B2

5

tors and carbon monoxide detectors used in dwellings. The allowance for a user to record his or her own messages may actually add to the confusion and danger that results during an alarm condition if the user chooses to record additional alarm sounds or errs in the directions given in the message on how to properly respond to a hazardous condition.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a sketch of a preferred embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 2 is a sketch of a preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 3 is a sketch of a second preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 4 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector and using a recorded voice message as an environmental condition type identifier according to the invention.

FIG. 5 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector using a recorded voice message as an environmental condition location identifier according to the invention.

FIG. 6 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a carbon monoxide detector and using a recorded voice message as an environmental condition type identifier and location identifier according to the invention.

FIG. 7 shows one method for the user to select the installation location coding of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

DETAILED DESCRIPTION OF THE INVENTION

A preferred embodiment of the Environmental Condition Detector with Alarm and Voice Identifier 6 is shown in FIG. 1. The unit is powered by a battery 40 and/or by standard 120VAC (not shown). The environmental condition sensor and alarm unit 10 (conventional smoke detector, carbon monoxide detector, combination smoke detector and carbon monoxide detector natural gas detector, propane detector, abnormal temperature etc.) is any sensor type(s) utilizing environmental detection methods and alarm devices typically known in the art of smoke detectors, carbon monoxide detectors and other hazard detectors. Upon sensing the environmental condition, the environmental condition sensor and alarm unit 10 sounds its tonal pattern alarm to indicate that an environmental condition has been sensed in the immediate area. The alarm pattern is a prescribed audible tonal pattern alarm corresponding to the environmental condition as set forth by the empowered governing body (National Fire Protection Association, Underwriters Laboratories etc.). The interface and control unit 20 electronically interfaces with the environmental condition sensor and alarm unit 10 and controls the timing of a recorded voice

6

message that is emitted simultaneously with the audible tonal pattern alarm such that the recorded voice message is emitted only during the period when the audible tonal pattern alarm cycles through a silent period. In one embodiment, an electronic signal frequency counter (not shown) is used to determine when the silent period of the audible alarm is occurring. The recorded voice message or synthesized human voice message is factory-recorded on an electronic storage media 30 such as, but not limited to, a ROM device. The recorded voice message is emitted through a speaker or other audio transducer 70. For the embodiments of the invention requiring identification of the location of the environmental condition detector sensing the environmental condition, a selectable coding apparatus 50 (jumper selector or DIP switch) which connects to the interface and control unit 20 is provided to select one of several predefined physical locations of the environmental condition detectors within a residence. Recorded voice messages to identify physical locations consistent with the position of the selectable coding apparatus 50 are stored on the electronic storage media 30. The selectable coding apparatus 50 is set to correspond to the location within the dwelling where the particular environmental condition detector 6 is installed. A language code selector (jumper set or DIP switch) 60 is used to choose the language type (English, Spanish, etc.) used by the recorded voice. For interconnected 120VAC units, when one environmental condition detector sounds its tonal pattern alarm and recorded voice message, all interconnected units will sound identical tonal pattern alarms and recorded voice messages in temporal phase. For the environmental condition detection system embodiment, an interconnecting conductor set 80 sends and receives a coded electrical signal encoded and decoded by the interface and control unit 20 by the sending and receiving detector, respectively. The coding of the signal sent over the interconnecting conductor set determines what specific recorded voice message is played from the electronic storage media 30 at the interconnected but remotely located environmental condition detectors. Another embodiment of the invention shown in FIG. 3 uses several interconnection conductors which alleviates the need for electrical encoding and decoding of the signal sent and received over the interconnecting conductor set 80.

Shown in FIG. 2 is a sketch of a preferred embodiment of the electronic circuitry for one detector unit of the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit 10 connects to the interface and control unit 20 to trigger the monostable multivibrator 21 for a predetermined period of time when an environmental condition is detected. The monostable multivibrator 21 enables the signal encoder 22 to send a coded electrical signal to the local signal decoder 23 and to all other signal decoders of interconnected detectors hardwired linked together through the conductor set 80 shown in FIG. 1. Upon receiving a local or remote encoded signal, the signal decoder 23 decodes the signal and validates or rejects the signal. Upon validation of a received signal, within each interconnected detector, the signal decoder 23 enables and addresses the electronic voice memory integrated circuit 31 to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All recorded voice messages emitted by the interconnected detector units connected through the conductor set 80 via electrical conductor connector 37 are in temporal phase. A selectable coding apparatus of switches or jumpers 51 defines the physical installation location of each envi-

BRK_000695

US 6,784,798 B2

7

ronmental condition detector through pre-defined location designations illustrated in FIG. 7. A language selector switch apparatus 60 is used to select which language is used during the playing of the recorded voice messages. The recorded voice message is played through a speaker 70.

Shown in FIG. 3 is a sketch of a second preferred embodiment of the electronic circuitry for one detector unit for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit 10 connects to the interface and control unit 20 to trigger the monostable multivibrator 21 for a predetermined period of time when an environmental condition is detected. The monostable multivibrator 21 enables the electronic voice memory integrated circuit 31 to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All detector units within the interconnected system share common electrical connection to the address bits on each detector unit's electronic voice memory integrated circuit 31 through a multiple conductor connector interface 35 which results in all detector units emitting identical recorded voice messages in temporal phase. A selectable coding apparatus of switches or jumpers 52 defines the physical installation location of each environmental condition detector through pre-defined location designations illustrated in FIG. 7. A language selector switch apparatus 60 is used to select which language is used during the playing of the recorded voice messages. The recorded voice message is played through a speaker 70.

Shown in FIG. 4 is an example alarm timing plot of the sound emitted 82 by an environmental condition detector using both an audible tonal pattern alarm 85 and a recorded voice message 90 to convey information about the specific environmental condition detected. In the example exhibited in FIG. 2, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition type identifier only. The recorded voice message 90 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 85 consistent with conventional smoke detector alarms.

Shown in FIG. 5 is an example alarm timing plot of the sound emitted 92 by an environmental condition detector using an audible tonal pattern alarm 95 to convey the specific type of environmental condition and a recorded voice message 100 to convey the location of the detected environmental condition. In the example exhibited in FIG. 5, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition location identifier only. The recorded voice message 100 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 95 consistent with conventional smoke detector alarms.

Shown in FIG. 6 is an example alarm timing plot of sound emitted 102 by an environmental condition detector using an audible tonal pattern alarm 105 and a recorded voice message 110 to convey the specific type of environmental condition detected and the location of the environmental condition detector sensing the environmental condition. In the example exhibited in FIG. 6, the environmental condition detector embodiment is a carbon monoxide detector using voice as both an environmental condition type identifier and location identifier. The recorded voice message 110 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 105 consistent with conventional carbon monoxide alarms. The example tonal pattern alarms and recorded voice messages are illustrative and not intended to provide an exhaustive exhibit of all possible tonal alarm patterns and recorded voice messages.

8

Shown in FIG. 7 is a selectable coding apparatus 115 for the user to select one of the pre-defined locations of the Environmental Condition Detector with Alarm and Voice Identifier embodiment when and where it is installed in a dwelling. Selectable coding means such as a jumper 117 on DIP header pins 120 or DIP switches (not shown) are simple methods to define the installation location of a detector embodiment. Typical dwelling locations are shown in FIG. 7 and are not intended to exhibit an exhaustive list.

The various preferred embodiments described above are merely descriptive of the present invention and are in no way intended to limit the scope of the invention. Modifications of the present invention will become obvious to those skilled in the art in light of the detailed description above, and such modifications are intended to fall within the scope of the appended claims.

I claim:

1. A self-contained ambient condition detector comprising:

an ambient condition sensor;

control electronics coupled to the sensor and responsive thereto wherein in response to a predetermined ambient condition, a user unalterable, pre-stored, audible, alarm identifying tonal output pattern is emitted wherein the pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones wherein the tones are interrupted and are spaced apart from one another by silent intertonal spacing intervals of a common duration and wherein the common duration is always shorter than each of the silent intervals and including voice output circuitry and a plurality of pre-stored, user unalterable, verbal alarm location output messages, one of the pre-stored messages is user selectable and verbalizes the selected location, where the control electronics, in response to the predetermined ambient condition, causes the audible tonal pattern to be emitted, and, causes the selected location message to be repetitively emitted in respective silent intervals; and

a common housing for the sensor, the electronics, the output circuitry and a power supply.

2. A detector as in claim 1 wherein the sensor is a fire sensor and including a pre-stored fire specifying, verbal message to reinforce a respective tonal output pattern indicative of sensed fire.

3. A detector as in claim 2 wherein the fire indicating tonal output pattern defines groups of substantially identical output tones with a common intertonal spacing of a common duration and wherein the silent intervals are at least twice as long as the common duration.

4. A detector as in claim 2 wherein each tone of the tonal pattern has a duration on the order of 0.5 seconds.

5. A detector as in claim 1 wherein the sensor is a gas sensor and including a gas specifying pre-stored verbal message to reinforce a respective tonal output pattern, indicative of sensed gas.

6. A detector as in claim 5 wherein the gas indicating tonal output pattern defines groups of four substantially identical output tones with common intertonal spacing of a first duration wherein the silent intervals are longer.

7. A detector as in claim 1 wherein the power supply comprises at least one of an AC/DC supply or a battery.

8. A detector as in claim 7 wherein the voice circuitry includes semiconductor storage circuitry for the pre-stored verbal message.

9. A detector as in claim 8 wherein at least one alarm-type specifying verbal message is also pre-stored in the semiconductor storage circuit.

BRK_000696

9

10

10. A detector as in claim 9 wherein the electronics, in response to the predetermined ambient condition, emits the tonal output pattern and also repetitively emits first and second audible verbal output messages in respective silent intervals indicative of alarm type and location.

11. A detector as in claim 10 which includes a manually operable location specifying element.

12. A detector as in claim 1 wherein the voice circuitry includes semiconductor storage circuitry for the pre-stored message.

13. A detector as in claim 12 which includes a second sensor carried by the housing coupled to the control electronics, and a second condition warning audible message stored in the semiconductor storage circuitry.

14. A detector as in claim 13 wherein in response to sensing the second condition, the control electronics repetitively emits the second warning verbal message.

15. A detector as in claim 1 wherein representations of the location specifying messages are pre-stored in at least two different languages.

16. A detector as in claim 15 wherein the sensor is selected from a class which includes a fire sensor, and a gas sensor.

17. A detector as in claim 15 which includes at least two pre-stored alarm-type verbal counterparts wherein the verbal counterparts are in first and second different languages.

18. A detector as in claim 17 which includes a manually operable, language specifying element.

19. A detector comprising:

a housing;

a fire sensor carried by the housing;

a control element coupled to the sensor, the element includes circuitry for detecting a fire;

an alarm indicating audible output device coupled to the control element wherein the control element, in response to a detected fire drives the output device to repetitively emit interrupted groups of fire indicating tones, the members of the groups are spaced apart from one another by a first time interval and the groups are spaced apart by silent, longer second time intervals;

semiconductor storage for at least a word indicative of the presence of fire where in response to a detected fire the control element repetitively injects the stored fire indicating word into only the second time intervals between groups of fire alarm indicating tones, where the tonal patterns are predefined, and not user alterable and wherein the output word is pre-stored and not user alterable; and

which includes at least one pre-stored verbal counterpart to the pre-stored verbal message where the pre-stored verbal message and the verbal counterpart are in two different languages.

20. A detector as in claim 19 wherein the control element includes an interconnect port for receipt of alarm indicating signals from at least one remotely located detector.

21. A detector as in claim 20 wherein the control element includes circuitry responsive to received alarm indicating signals for repetitively emitting the fire alarm tones and intervening fire indicating verbal output word during the second time intervals.

22. A detector as in claim 21 wherein the received alarm indicating signals from the at least one remotely located detector include specific information such that the control element of the detector receiving the alarm indicating signals drives the output device to emit the same tonal pattern and verbal message as the at least one remotely located detector sensing the ambient condition.

23. A detector as in claim 19 which includes a second condition sensor and an associated verbal, condition warning phrase stored in the semiconductor storage.

24. A detector as in claim 23 wherein the control element emits the associated verbal condition warning phrase in response to a predetermined output from the second sensor.

25. An apparatus for the detection and enunciation of hazardous conditions within an environment comprising:

at least first and second sensors responsive to respective first and second conditions in the environment;

an alarm circuit, responsive to the sensors for generating at least a first alarm pattern;

voice synthesizing circuitry responsive to the sensors for generating at least a first voice message;

control circuitry coupled to the alarm circuit and the voice synthesizing circuitry with at least the first alarm pattern and the first voice message sequentially emitted in response to the presence of the first alarm condition where the alarm patterns and the voice messages are pre-set and not user alterable and are emitted by first and second different respective output transducers.

26. An apparatus as in claim 25 where the first sensor comprises a smoke sensor and the second sensor comprises a gas sensor.

27. An apparatus as in claim 25, where the alarm circuit generates a second, different alarm pattern, the first alarm pattern is associated with the condition to which the first sensor responds and the second alarm pattern is associated with the condition to which the second sensor responds.

28. An apparatus as in claim 27 where the voice synthesizing circuitry includes further circuitry for generating at least a second voice message with the second alarm pattern and the second voice message sequentially emitted in response to the presence of the second alarm condition.

29. An apparatus as in claim 28 where the first sensor is a fire sensor, the second sensor is a gas sensor with the first voice message indicative of fire and the second voice message indicative of gas.

30. An apparatus as in claim 29 where the alarm patterns each include a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones, the members of the respective pluralities of tones are spaced apart from one another by silent intertonal spacing intervals of a respective common duration, the common duration is always shorter than the respective silent intervals.

31. An apparatus as in claim 30 where the voice synthesizing circuitry generates the first voice message in a selected one of at least two languages.

32. An apparatus as in claim 31 includes a manually settable language selecting element.

33. An apparatus as in claim 25 where the voice synthesizing circuitry generates the first voice message in a selected one of at least two languages.

34. An apparatus as in claim 33 which includes a manually settable language selecting element.

35. A self-contained ambient condition detector comprising:

an ambient condition sensor;

control electronics coupled to the sensor and responsive thereto where in response to a predetermined ambient condition, a user unalterable, pre-stored, audible, alarm identifying tonal output pattern is emitted, the pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones wherein the tones are interrupted and are spaced

US 6,784,798 B2

11

apart from one another by silent intertonal spacing intervals of a common duration and wherein the common duration is always shorter than each of the silent intervals and including voice output circuitry, the voice circuitry includes a pre-stored, user unalterable, verbal alarm-type output message where the pre-stored message is associated with the tonal output pattern and verbalizes the respective alarm type and where the control electronics, in response to the predetermined

12

ambient condition intermittently activates a first transducer to emit the audible tonal pattern and repetitively activates a second different transducer to emit the verbal alarm-type in respective silent intervals; and

a common housing which carries the sensor, the electronics, the voice output circuitry, the transducers and a power supply without any recording circuitry.

*  *  *  *  *

BRK_000698