# EXHIBIT L

P

AUG 3 1 2004

PATENT NUMBER and
ISSUE DATE
6784798

## U.S. UTILITY Patent Application

6784798

G-6821 U.S. PTO
10/396068
03/25/03

CO218180

| APPL NUM | FILING DATE | CLASS | SUBCLASS | GAU | EXAMINER |
|---|---|---|---|---|---|
| 10396068 | 03/25/2003 | 340 | 62 | 2632 | |

**APPLICANTS:** Gary Morris

**CONTINUING DATA VERIFIED:** NT  Tong 304/028

This application is a CON of 09/651,454 08/30/2000 PAT 6,600,424

which is a CON of 09/299,483 04/26/1999 PAT 6,144,310

which claims benefit of 60/117,307 01/26/1999  now abandoned.

** FOREIGN APPLICATIONS VERIFIED: (None) NT

PG-PUB: DO NOT PUBLISH ☐          RESCIND ☐

| | | ATTORNEY DOCKET NO |
|---|---|---|
| Foreign priority claimed | ☐ yes ☑ no | |
| 35 USC 119 conditions met | ☐ yes ☑ no | 8365/89349 |
| Verified and Acknowledged Examiner's initials  NT | | |

TITLE: Environmental condition detector with audible alarm and voice identifier

U.S. DEPT. OF COMM/PAT & TM-PTO-436L(Rev. 12/94)

730-04 Formal Drawings (5 shts) set  3·25·03

| NOTICE OF ALLOWANCE MAILED | | CLAIMS ALLOWED | |
|---|---|---|---|
| 5·17·04 | Assistant Examiner | Total Claims 35 | Print Claim for O.G. 1 |

| ISSUE FEE | | | DRAWING | | |
|---|---|---|---|---|---|
| Amount Due | Date Paid | Nina Tong | Sheets Drwg. | Figs.Drwg. | Print Fig. |
| 1330 | 7/26/04  JMM | Primary Examiner | 5 | 7 | 1 |
| | | Primary Examiner | | | |
| ☑ TERMINAL | | PREPARED FOR ISSUE | Application Examiner  5-18-04 | | |
| DISCLAMER | | | | | |

- 6,600,424
- 6,323,780
- 6,144,310

ISSUE FEE IN FILE

WARNING: The information disclosed herein may be restricted.
Unauthorized disclosure may be prohibited by the United States Code Title 35,
Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark
Office is restricted to authorized employees and contractors only.

| FILED WITH: | ☐ DISK (CRF) | ☐ CD-ROM |
|---|---|---|
| | (Attached in pocket on right inside flap) | |

BRK_000699

Page 1 o

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

**\*BIBDATASHEET\***

Bib Data Sheet

CONFIRMATION NO. 59

| SERIAL NUMBER 10/396,068 | FILING DATE 03/25/2003 RULE | CLASS 340 | GROUP ART UNIT 2632 | ATTORNEY DOCKE NO. 8365/89349 |
|---|---|---|---|---|

APPLICANTS

    Gary Jay Morris, Morgantown, WV;

** CONTINUING DATA ·························· *N7*
    This application is a CON of 09/651,454 08/30/2000 PAT 6,600,424
    which is a CON of 09/299,483 04/26/1999 PAT 6,144,310
    which claims benefit of 60/117,307 01/26/1999

** FOREIGN APPLICATIONS ···················*(None)  N-7.*

IF REQUIRED, FOREIGN FILING LICENSE GRANTED
** 06/17/2003

| Foreign Priority claimed ☐ yes ☒ no 35 USC 119 (a-d) conditions met ☐ yes ☒ no ☐ Met after Allowance Verified and Acknowledged _____ Examiner's Signature _____ Initials | STATE OR COUNTRY WV | SHEETS DRAWING 5 | TOTAL CLAIMS 39 | INDEPENDE CLAIMS 4 |
|---|---|---|---|---|

ADDRESS
24628
WELSH & KATZ, LTD
120 S RIVERSIDE PLAZA
22ND FLOOR
CHICAGO , IL
60606

TITLE
Environmental condition detector with audible alarm and voice identifier

| FILING FEE RECEIVED 1176 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees ☐ 1.16 Fees ( Filing ) ☐ 1.17 Fees ( Processing Ext. of time ☐ 1.18 Fees ( Issue ) ☐ Other _____ ☐ Credit |
|---|---|---|

h   e     e   e   e   c

BRK_000700

10396068

10/396068

INITIALS

# CONTENTS

| | Application | Date Received (incl. C. of M.) or Date Mailed | | | Date Received (incl. C. of M.) or Date Mailed |
|---|---|---|---|---|---|
| 1. | Application 5drug papers | | 31. | | |
| 2. | Pre-amdt. a | 3-25-03 | 32. | | |
| 3. | Fig. 3 months | D.2.3 | 33. | | |
| 4. | I D-S | 07-21-03 | 34. | | |
| 5. | E.O.T (2 mos.) | 2-23-04 | 35. | | |
| 6. | Supp. Declaration | 2-23-04 | 36. | | |
| 7. | Amdt. B | 2-23-04 | 37. | | |
| 8. | Terminal Disclaimer | 2/23/04 | 38. | | |
| 9. | Allow | 5-17-04 | 39. | | |
| 10. | | | 40. | | |
| 11. | | | 41. | | |
| 12. | | | 42. | | |
| 13. | | | 43. | | |
| 14. | | | 44. | | |
| 15. | | | 45. | | |
| 16. | | | 46. | | |
| 17. | | | 47. | | |
| 18. | | | 48. | | |
| 19. | | | 49. | | |
| 20. | | | 50. | | |
| 21. | | | 51. | | |
| 22. | | | 52. | | |
| 23. | | | 53. | | |
| 24. | | | 54. | | |
| 25. | | | 55. | | |
| 26. | | | 56. | | |
| 27. | | | 57. | | |
| 28. | | | 58. | | |
| 29. | | | 59. | | |
| 30. | | | 60. | | |

BRK_000701



US006784798B2

(12) **United States Patent**
Morris

(10) Patent No.: **US 6,784,798 B2**
(45) Date of Patent: **\*Aug. 31, 2004**

(54) **ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER**

(76) Inventor: **Gary Jay Morris**, 2026 Glenmark Ave., Morgantown, WV (US) 26505

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/396,068**

(22) Filed: **Mar. 25, 2003**

(65) **Prior Publication Data**

US 2003/0179090 A1 Sep. 25, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 09/651,454, filed on Aug. 30, 2000, now Pat. No. 6,600,424, which is a continuation of application No. 09/299,483, filed on Apr. 26, 1999, now Pat. No. 6,144,310.
(60) Provisional application No. 60/117,307, filed on Jan. 26, 1999.

(51) Int. Cl.$^7$ ............................................. G08B 17/10
(52) U.S. Cl. ...................... 340/628; 340/577; 340/632; 340/692; 340/693.11
(58) Field of Search ................................. 340/628, 692, 340/577, 505, 506, 632, 693.11, 500, 517, 520–524, 531–534, 540, 584, 605, 691.1, 691.4, 693.5, 693.7, 693.9, 286.01, 286.05, 286.11, 328, 329, 384.1, 384.3, 384.4, 384.73

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,906,491 A | 9/1975 | Gosswiller et al. | |
| 4,101,872 A | 7/1978 | Pappas | |
| 4,141,007 A | 2/1979 | Kavasilios et al. | |
| 4,160,246 A | 7/1979 | Martin et al. | |
| 4,275,274 A | 6/1981 | English | |
| 4,282,519 A | 8/1981 | Haglund et al | |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

WO      WO 90/01759      2/1990

OTHER PUBLICATIONS

National Fire Protection Association—NFPA72—National Fire Alarm Code 1996 Edition pp. 72 through 106. Quincy, MA USA.
NFPA 720, Recommended Practice for the Installation of Household Carbon Monoxide (CO) Warning Equipment 1998 Edition.
UL 217 ISBN 0–7629–0062–8, Single and Multiple Station Smoke Alarms, Mar. 16, 1998–Feb. 21, 1997.
UL 2034 ISBN 0–7629–274–9, Single and Multiple Station Carbon Monoxide Alarms, Dec. 21, 1998–Oct. 29, 1996.

*Primary Examiner*—Nina Tong
(74) *Attorney, Agent, or Firm*—Welsh & Katz, Ltd.

(57) **ABSTRACT**

Due to the presence of various environmental condition detectors in the home and businesses such as smoke detectors, carbon monoxide detectors, natural gas detectors, etc., each having individual but similar sounding alarm patterns, it can be difficult for occupants of such dwellings to immediately determine the specific type of environmental condition that exists during an alarm condition. The present invention comprises an environmental condition detector using both tonal pattern alarms and pre-recorded voice messages to indicate information about the environmental condition being sensed. Single-station battery-powered and 120VAC detectors are described as are multiple-station interconnected 120VAC powered detectors. The pre-recorded voice messages describe the type of environmental condition detected or the location of the environmental condition detector sensing the condition, or both, in addition to the tonal pattern alarm. Provisions are made for multilingual pre-recorded voice messages.

**35 Claims, 5 Drawing Sheets**



**US 6,784,798 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,288,789 A | 9/1981 | Molinick et al. |
| 4,335,379 A | 6/1982 | Martin |
| 4,343,990 A | 8/1982 | Ueda |
| 4,350,860 A | 9/1982 | Ueda |
| 4,351,999 A | 9/1982 | Nagamoto et al. |
| 4,363,031 A | 12/1982 | Reinowiz |
| 4,365,315 A | 12/1982 | Jamuik |
| 4,366,873 A | 1/1983 | Levy et al. |
| 4,375,329 A | 3/1983 | Park |
| 4,389,639 A | 6/1983 | Torii et al. |
| 4,401,786 A | 8/1983 | Mandel et al. |
| 4,453,222 A | 6/1984 | Goszyk |
| 4,455,551 A | 6/1984 | Lemelson |
| 4,481,507 A | 11/1984 | Takiguchi et al. |
| 4,498,078 A | 2/1985 | Yoshimura et al. |
| 4,500,971 A | 2/1985 | Futaki et al. |
| 4,519,027 A | 5/1985 | Vogelsberg |
| 4,531,114 A | 7/1985 | Topol et al. |
| 4,560,978 A | 12/1985 | Lemelson |
| 4,572,652 A | 2/1986 | Tada et al. |
| 4,682,348 A | 7/1987 | Dawson et al. |
| 4,688,021 A | * 8/1987 | Buck et al. ................. 340/521 |
| 4,698,619 A | 10/1987 | Loeh |
| 4,754,266 A | 6/1988 | Shand et al. |
| 4,810,996 A | 3/1989 | Glen et al. |
| 4,816,809 A | 3/1989 | Kim |
| 4,821,027 A | 4/1989 | Mallory et al. |
| 4,851,823 A | 7/1989 | Mori |
| 4,862,147 A | 8/1989 | Thomas |
| 4,894,642 A | 1/1990 | Ashbaugh et al. |
| 4,904,988 A | 2/1990 | Nesbit et al. |
| 4,949,065 A | 7/1990 | Umehara |
| 4,951,045 A | 8/1990 | Knapp et al. |
| 4,988,980 A | 1/1991 | Graham |
| 5,019,805 A | 5/1991 | Curl et al. |
| 5,105,206 A | 4/1992 | Yu |
| 5,117,217 A | 5/1992 | Nykerk |
| 5,153,567 A | 10/1992 | Chimento |
| 5,229,753 A | 7/1993 | Berg et al. |
| 5,291,183 A | 3/1994 | Chiang |
| 5,349,338 A | 9/1994 | Routman et al. |
| 5,339,028 A | 1/1995 | Chung |
| 5,460,228 A | 10/1995 | Butler |
| 5,506,565 A | 4/1996 | de Leon et al. |
| 5,548,276 A | 8/1996 | Thomas |
| 5,587,705 A | 12/1996 | Morris |
| 5,657,380 A | 8/1997 | Mozer |
| 5,663,714 A | * 9/1997 | Fray ............................ 340/692 |
| 5,673,023 A | 9/1997 | Smith |
| 5,724,020 A | 3/1998 | Hsu |
| 5,726,629 A | 3/1998 | Yu |
| 5,764,134 A | 6/1998 | Carr et al. |
| 5,786,749 A | 7/1998 | Johnson et al. |
| 5,786,768 A | 7/1998 | Chan et al. |
| 5,793,280 A | 8/1998 | Hincher |
| 5,798,686 A | 8/1998 | Schreiner |
| 5,841,347 A | 11/1998 | Kim |
| 5,846,089 A | 12/1998 | Weiss et al. |
| 5,856,781 A | 1/1999 | Michel et al. |
| 5,864,288 A | 1/1999 | Hogan |
| 5,874,893 A | 2/1999 | Ford |
| 5,877,698 A | 3/1999 | Kusnier et al. |
| 5,886,631 A | 3/1999 | Ralph |
| 5,894,275 A | 4/1999 | Swingle |
| 5,898,369 A | 4/1999 | Godwin |
| 5,905,438 A | 5/1999 | Weiss et al. |
| 5,914,650 A | 6/1999 | Segan |
| 5,936,515 A | 8/1999 | Right et al. |
| 5,986,540 A | 11/1999 | Nakagaki et al. |
| 6,043,750 A | 3/2000 | Mallory |
| 6,097,289 A | 8/2000 | Li et al. |
| 6,114,967 A | 9/2000 | Yousif |
| 6,121,885 A | 9/2000 | Masone et al. |
| 6,144,310 A | * 11/2000 | Morris ...................... 340/692 |
| 6,307,482 B1 | 10/2001 | Le Bel |
| 6,323,780 B1 | * 11/2001 | Morris ...................... 340/692 |
| 6,344,799 B1 | * 2/2002 | Walker ................... 340/691.1 |
| 6,600,424 B1 | * 7/2003 | Morris ...................... 340/628 |

* cited by examiner



**Fig. 1**

U.S. Patent    Aug. 31, 2004    Sheet 2 of 5    US 6,784,798 B2



**Fig. 2**

BRK_000705



**Fig. 3**

BRK_000706



Fig. 4



Fig. 5



Fig. 6



Fig. 7

US 6,784,798 B2

1

## ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER

This application is a continuation of Ser. No. 09/651,454 filed Aug. 30, 2000, now U.S. Pat. No. 6,600,424; which was a continuation of Ser. No. 09/259,483, filed Apr. 26, 1999, now U.S. Pat. No. 6,144,310 which was a utility application claiming the benefit of the earlier filing date of Provisional Ser. No. 60/117,307 filed Jan. 26, 1999.

### BACKGROUND FOR THE INVENTION

1. Field of Invention

The present invention relates to environmental condition detection for dwellings including smoke detection, carbon monoxide gas detection, natural gas detection, propane gas detection, combination smoke and carbon monoxide gas detection, etc. such that the audible tonal pattern alarm emitted by a detector sensing an abnormal environmental condition is accompanied by a pre-recorded voice message that clearly indicates the specific type of condition sensed or the specific location of the detector sensing the condition, or both.

2. Background

With the widespread use of environmental condition detectors such as smoke detectors, carbon monoxide detectors, natural gas detectors, propane detectors, etc. in residences and businesses today, there is a critical need to provide definite distinction between the tonal pattern alarms emitted by each type of detector so that the occupants of the involved dwelling are immediately made aware of the specific type of condition detected along with its location so they can take the proper immediate action. Regulating and governing bodies for products of the home safety industry (National Fire Protection Association, Underwriters Laboratories, etc.) have recently regulated the tonal patterns emitted from such environmental detectors, however, much confusion still exists among the very similar tonal pattern alarms emitted by various detector types. This is particularly true for those individuals partially overcome by the environmental condition, those asleep when the alarm occurs, young children, or the elderly. Therefore, a need exists whereby the environmental detector sensing an abnormal condition plays a recorded voice message stating the specific condition and/or location of the condition in addition to the required tonal pattern alarm. In conventional smoke detectors and carbon monoxide detectors, there are silent periods within the prescribed audible tonal pattern alarms where recorded verbal messages such as "smoke" or "CO" or "carbon monoxide" or "smoke in basement" or "utility room" (as examples) may be played during this alarm silence period to clearly discriminate between the types of audible alarms and environmental conditions and where the environmental condition was detected. Such messages immediately provide the occupants in an involved dwelling important safety information during potentially hazardous environmental conditions. The occupants can make informed decisions about how to respond to the alarm condition. Occupants residing in the uninvolved area of the dwelling may choose to assist those residing in the involved area depending on the location and type of condition detected. The type of environmental condition sensed or the location of the condition, or both are immediately made clear through the use of recorded voice messages in addition to conventional tonal pattern alarms.

### DISCUSSION OF PRIOR ART

While there are inventions in the prior art pertaining to emergency alarm systems utilizing verbal instructions none

2

are known to the inventor which use a combination of tonal pattern alarms and factory pre-recorded voice messages with function or intent to clearly and specifically identify which type of environmental condition is present in a dwelling. Nor are there known inventions that use such pre-recorded voice messages to specifically identify the location of the environmental condition sensed by environmental condition detectors in dwellings without the use of a central control unit.

Morris (U.S. Pat. No. 5,587,705) describes a wireless smoke detector system using a minimum of two smoke detectors to indicate the location of the smoke detector sensing the smoke through coded alarm patterns. The present invention does not use wireless communication between detectors; each detector may operate without any others or may operate as a hardwired system with interconnected units for those powered by 120VAC. Fray (U.S. Pat. No. 5,663,714) describes a warning system for giving user-recorded verbal instructions during a fire. Fray teaches an object of his invention is to warn individuals of the presence of smoke and fire and to provide verbal instructions and guidance as how to escape the hazard. Routman et al (U.S. Pat. No. 5,349,338) describe a fire detector and alarm system that uses personally familiar user-recorded verbal messages specifically for a small child or adult in need of verbal instructions during the presence of a fire. Chiang (U.S. Pat. No. 5,291,183) describes a multi-functional alarming system using a microphone to sense ambient conditions and user-recorded verbal instructions for indicating the way to escape a fire. Kim (U.S. Pat. No. 4,816,809) describes a speaking fire alarm system that uses a central control system with remote temperature sensors. Haglund et al (U.S. Pat. No. 4,282,519) describe a hardwired smoke detector system whereby two audible alarm codes are indicated to determine whether the smoke was detected locally or not. Only two possible alarm patterns are used and no voice message is used with Haglund's hardwired system. Molinick and Sheilds (U.S. Pat. No. 4,288,789) describe an oral warning system for monitoring mining operations that uses a plurality of non-emergency condition sensors and second sensors for detecting emergencies. The patent further describes the use of a single and system-central multiple-track magnetic tape player for storing the verbal messages and links the alarm system to control the operation of mechanical devices (mining conveyor belts, etc.) during emergency conditions when verbal messages are played.

Additionally, Morris (U.S. Pat. No. 5,587,705), Fray (U.S. Pat. No. 5,663,714), Routman et al (U.S. Pat. No. 5,349,338), Chaing (U.S. Pat. No. 5,291,183), Kim (U.S. Pat. No. 4,816,809), and Haglund et al (U.S. Pat. No. 4,282,519) do not recite the specific use of factory pre-recorded voice messages to indicate the specific location of the environmental condition, or the use of voice messages to identify the specific type of environmental condition detected, or the use of a plurality of interconnected detectors emitting identical verbal messages, or a selectable means to define the installation location of the detector, all of which are taught in the present invention and afford significant safety advantages. While Molinick and Sheilds (U.S. Pat. No. 4,288,789) refer to verbally describing an emergency condition in mining operations, their patent teaches of a much more complex system than the present invention and describes a central control system with multiple stages of various configuration sensors and the use of user-recorded voice messages. Furthermore, the patent does not describe a selectable coding means to define the installation location of the sensors.

US 6,784,798 B2

3

All known prior art providing user-recorded verbal instructions on how to escape a hazardous condition has become impractical for use in dwellings in view of the recent National Fire Protection Association (NFPA) and Underwriters Laboratories (UL) regulations that require a maximum silence period between tonal alarm patterns of 1.5 seconds (Ref UL2034, UL217, NFPA72 and NFPA720). This period of time is sufficient for the present invention to verbally indicate the type and location of the sensed environmental condition but is unlikely to be useful to provide detailed instructions, as taught in the prior art, to occupants on how to respond to a hazardous condition.

The present invention employs either single station environmental condition detectors or a system comprising direct, hardwired communication links between a plurality of environmental condition detectors to provide a tonal pattern alarm with pre-recorded voice message information regarding the specific type of environmental condition detected or the specific location of the detector sensing the environmental condition, or both, all without the need of a centralized control unit. For detector embodiments using pre-recorded voice messages to indicate the location of the detected condition, each detector is set-up by the user during installation to define the physical location of the detector within the dwelling according to pre-defined location definitions pre-programmed into the electronic storage media. The recorded voice messages are pre-recorded into the electronic storage media during manufacture and are not normally changeable by the user. In view of the recent National Fire Protection Association and Underwriters Laboratories regulations for tonal pattern alarms, it is not practical to have the user record their own sounds during the silent periods of the tonal pattern. The user may choose to record other alarm sounds that would violate the regulations governing such tonal patterns and compromise the safety features of the device. The use of factory pre-recorded voice messages alleviates this problem.

It is emphasized that no other related prior art known to the inventor makes use of factory pre-recorded voice messages to indicate the location of the environmental condition or the type of condition or both. Sufficient addressable electronic memory is available in the preferred embodiment of the invention to afford numerous pre-recorded voice messages.

## SUMMARY OF THE INVENTION

Described herein is the Environmental Condition Detector with Audible Alarm and Voice Identifier invention, which comprises an environmental condition detector, such as a smoke detector, carbon monoxide gas detector, natural gas detector, propane detector, or any combination detector thereof, which detects the desired environmental condition(s) by those methods well known and described in the art and emits the prescribed audible tonal pattern alarm in accordance with the industry's empowered governing bodies' (National Fire Protection Association, Underwriters Laboratories etc.) criteria for such environmental conditions. Simultaneously, the environmental condition detector sensing the condition emits a verbal message to indicate, through a recorded voice message or synthesized human voice, the condition being sensed. This recorded voice message is emitted simultaneously with the audible tonal pattern alarm so as normally to occur during silent segments of the prescribed tonal pattern alarm. For example, for the condition of smoke detection, the smoke detector emits the following combination audible tonal pattern alarm (Beep) and recorded voice message "Beep - - - Beep - - - Beep - - -

4

'SMOKE' - - - Beep - - - Beep - - - Beep - - - 'SMOKE' - - -" in a periodic manner for as long as the environmental condition is detected. As a second example, for carbon monoxide detection, a carbon monoxide detector units emits "Beep - - - Beep - - - Beep - - - Beep - - - 'CO' - - - Beep - - - Beep - - - Beep - - - 'CO' - - -". As a third example, for smoke detection with the location identifier, a smoke detector emits "Beep - - - Beep - - - Beep - - - "SMOKE IN BASEMENT" - - - Beep - - - Beep - - - 'SMOKE IN BASEMENT' - - -". As a fourth example, for carbon monoxide detection with a voice location only identifier, a carbon monoxide detector emits ""Beep - - - Beep - - - Beep - - - Beep - - - 'Utility Room' - - - Beep - - - Beep - - - Beep - - - Beep - - - 'Utility Room' - - -".

## OBJECTS AND ADVANTAGES OF THE PRESENT INVENTION

It is one object of the present invention to provide environmental condition detectors that function as single station (non-interconnected) detector units equipped to emit a tonal pattern alarm and a recorded voice message. The recorded voice message clearly identifies the location of the environmental condition detector sensing the condition, or describes the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The single station detector embodiment is battery powered or 120VAC powered. User-selectable coding switches or jumpers permit the user to define the physical location of the single station unit within the dwelling. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both, of an abnormal environmental condition as related to single station units.

It is another object of the present invention to provide an environmental condition detection system where one detector sensing an environmental condition causes all other interconnected detectors to emit identical tonal pattern alarms and recorded voice messages. The hardwired, directly interconnected detectors forming the environmental condition detection system are 120VAC powered with optional battery back-up and use the recorded voice message to identify the location of the environmental condition detector sensing the condition, or to describe the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The environmental condition detection system embodiments of the present invention do not require the use of a centralized control unit (control panel) between detectors. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both, of an abnormal environmental condition as related to a directly interconnected environmental condition detector system having no central control unit or panel.

A major advantage of both the single station embodiment and the system embodiment of the present invention is the use of factory pre-recorded voice messages that fit within the National Fire Protection Association and Underwriters Laboratories specified 1.5 second silence period of the standard smoke detector and carbon monoxide detector tonal pattern alarms. Prior art using user-recorded voice messages are intended to indicate directions on how to escape the hazard or how to respond to a hazard. Such messages would not practically fit into the maximum 1.5 second silent time period in conventional tonal alarm patterns for smoke detec-

BRK_000710

US 6,784,798 B2

5                                                             6

tors and carbon monoxide detectors used in dwellings. The
allowance for a user to record his or her own messages may
actually add to the confusion and danger that results during
an alarm condition if the user chooses to record additional
alarm sounds or errs in the directions given in the message
on how to properly respond to a hazardous condition.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a sketch of a preferred embodiment of the
Environmental Condition Detector with Alarm and Voice
Identifier according to the invention.

FIG. 2 is a sketch of a preferred embodiment of the
electronic circuitry for the interconnected system embodi-
ment of the Environmental Condition Detector with Alarm
and Voice Identifier according to the invention.

FIG. 3 is a sketch of a second preferred embodiment of the
electronic circuitry for the interconnected system embodi-
ment of the Environmental Condition Detector with Alarm
and Voice Identifier according to the invention.

FIG. 4 shows an example audible tonal pattern alarm and
recorded voice message combination used for the Environ-
mental Condition Detector with Alarm and Voice Identifier
configured as a smoke detector and using a recorded voice
message as an environmental condition type identifier
according to the invention.

FIG. 5 shows an example audible tonal pattern alarm and
recorded voice message combination used for the Environ-
mental Condition Detector with Alarm and Voice Identifier
configured as a smoke detector using a recorded voice
message as an environmental condition location identifier
according to the invention.

FIG. 6 shows an example audible tonal pattern alarm and
recorded voice message combination used for the Environ-
mental Condition Detector with Alarm and Voice Identifier
configured as a carbon monoxide detector and using a
recorded voice message as an environmental condition type
identifier and location identifier according to the invention.

FIG. 7 shows one method for the user to select the
installation location coding of the Environmental Condition
Detector with Alarm and Voice Identifier according to the
invention.

## DETAILED DESCRIPTION OF THE INVENTION

A preferred embodiment of the Environmental Condition
Detector with Alarm and Voice Identifier 6 is shown in FIG.
1. The unit is powered by a battery 40 and/or by standard
120VAC (not shown). The environmental condition sensor
and alarm unit 10 (conventional smoke detector, carbon
monoxide detector, combination smoke detector and carbon
monoxide detector natural gas detector, propane detector,
abnormal temperature etc.) is any sensor type(s) utilizing
environmental detection methods and alarm devices typi-
cally known in the art of smoke detectors, carbon monoxide
detectors and other hazard detectors. Upon sensing the
environmental condition, the environmental condition sen-
sor and alarm unit 10 sounds its tonal pattern alarm to
indicate that an environmental condition has been sensed in
the immediate area. The alarm pattern is a prescribed audible
tonal pattern alarm corresponding to the environmental
condition as set forth by the empowered governing body
(National Fire Protection Association, Underwriters Labo-
ratories etc.). The interface and control unit 20 electronically
interfaces with the environmental condition sensor and
alarm unit 10 and controls the timing of a recorded voice

message that is emitted simultaneously with the audible
tonal pattern alarm such that the recorded voice message is
emitted only during the period when the audible tonal
pattern alarm cycles through a silent period. In one
embodiment, an electronic signal frequency counter (not
shown) is used to determine when the silent period of the
audible alarm is occurring. The recorded voice message or
synthesized human voice message is factory-recorded on an
electronic storage media 30 such as, but not limited to, a
ROM device. The recorded voice message is emitted
through a speaker or other audio transducer 70. For the
embodiments of the invention requiring identification of the
location of the environmental condition detector sensing the
environmental condition, a selectable coding apparatus 50
(jumper selector or DIP switch) which connects to the
interface and control unit 20 is provided to select one of
several predefined physical locations of the environmental
condition detectors within a residence. Recorded voice mes-
sages to identify physical locations consistent with the
position of the selectable coding apparatus 50 are stored on
the electronic storage media 30. The selectable coding
apparatus 50 is set to correspond to the location within the
dwelling where the particular environmental condition
detector 6 is installed. A language code selector (jumper set
or DIP switch) 60 is used to choose the language type
(English, Spanish, etc.) used by the recorded voice. For
interconnected 120VAC units, when one environmental con-
dition detector sounds its tonal pattern alarm and recorded
voice message, all interconnected units will sound identical
tonal pattern alarms and recorded voice messages in tem-
poral phase. For the environmental condition detection
system embodiment, an interconnecting conductor set 80
sends and receives a coded electrical signal encoded and
decoded by the interface and control unit 20 by the sending
and receiving detector, respectively. The coding of the signal
sent over the interconnecting conductor set determines what
specific recorded voice message is played from the elec-
tronic storage media 30 at the interconnected but remotely
located environmental condition detectors. Another embodi-
ment of the invention shown in FIG. 3 uses several inter-
connection conductors which alleviates the need for electri-
cal encoding and decoding of the signal sent and received
over the interconnecting conductor set 80.

Shown in FIG. 2 is a sketch of a preferred embodiment of
the electronic circuitry for one detector unit of the intercon-
nected system embodiment of the Environmental Condition
Detector with Alarm and Voice Identifier. The environmental
condition sensor and alarm unit 10 connects to the interface
and control unit 20 to trigger the monostable multivibrator
21 for a predetermined period of time when an environmen-
tal condition is detected. The monostable multivibrator 21
enables the signal encoder 22 to send a coded electrical
signal to the local signal decoder 23 and to all other signal
decoders of interconnected detectors hardwired linked
together through the conductor set 80 shown in FIG. 1. Upon
receiving a local or remote encoded signal, the signal
decoder 23 decodes the signal and validates or rejects the
signal. Upon validation of a received signal, within each
interconnected detector, the signal decoder 23 enables and
addresses the electronic voice memory integrated circuit 31
to emit a recorded voice message verbally describing the
location or type, or both, of the environmental condition
sensed. All recorded voice messages emitted by the inter-
connected detector units connected through the conductor
set 80 via electrical conductor connector 37 are in temporal
phase. A selectable coding apparatus of switches or jumpers
51 defines the physical installation location of each envi-

BRK_000711

US 6,784,798 B2

7

ronmental condition detector through pre-defined location designations illustrated in FIG. 7. A language selector switch apparatus 60 is used to select which language is used during the playing of the recorded voice messages. The recorded voice message is played through a speaker 70.

Shown in FIG. 3 is a sketch of a second preferred embodiment of the electronic circuitry for one detector unit for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit 10 connects to the interface and control unit 20 to trigger the monostable multivibrator 21 for a predetermined period of time when an environmental condition is detected. The monostable multivibrator 21 enables the electronic voice memory integrated circuit 31 to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All detector units within the interconnected system share common electrical connection to the address bits on each detector unit's electronic voice memory integrated circuit 31 through a multiple conductor connector interface 35 which results in all detector units emitting identical recorded voice messages in temporal phase. A selectable coding apparatus of switches or jumpers 52 defines the physical installation location of each environmental condition detector through pre-defined location designations illustrated in FIG. 7. A language selector switch apparatus 60 is used to select which language is used during the playing of the recorded voice messages. The recorded voice message is played through a speaker 70.

Shown in FIG. 4 is an example alarm timing plot of the sound emitted 82 by an environmental condition detector using both an audible tonal pattern alarm 85 and a recorded voice message 90 to convey information about the specific environmental condition detected. In the example exhibited in FIG. 2, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition type identifier only. The recorded voice message 90 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 85 consistent with conventional smoke detector alarms.

Shown in FIG. 5 is an example alarm timing plot of the sound emitted 92 by an environmental condition detector using an audible tonal pattern alarm 95 to convey the specific type of environmental condition and a recorded voice message 100 to convey the location of the detected environmental condition. In the example exhibited in FIG. 5, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition location identifier only. The recorded voice message 100 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 95 consistent with conventional smoke detector alarms.

Shown in FIG. 6 is an example alarm timing plot of sound emitted 102 by an environmental condition detector using an audible tonal pattern alarm 105 and a recorded voice message 110 to convey the specific type of environmental condition detected and the location of the environmental condition detector sensing the environmental condition. In the example exhibited in FIG. 6, the environmental condition detector embodiment is a carbon monoxide detector using voice as both an environmental condition type identifier and location identifier. The recorded voice message 110 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 105 consistent with conventional carbon monoxide alarms. The example tonal pattern alarms and recorded voice messages are illustrative and not intended to provide an exhaustive exhibit of all possible tonal alarm patterns and recorded voice messages.

8

Shown in FIG. 7 is a selectable coding apparatus 115 for the user to select one of the pre-defined locations of the Environmental Condition Detector with Alarm and Voice Identifier embodiment when and where it is installed in a dwelling. Selectable coding means such as a jumper 117 on DIP header pins 120 or DIP switches (not shown) are simple methods to define the installation location of a detector embodiment. Typical dwelling locations are shown in FIG. 7 and are not intended to exhibit an exhaustive list.

The various preferred embodiments described above are merely descriptive of the present invention and are in no way intended to limit the scope of the invention. Modifications of the present invention will become obvious to those skilled in the art in light of the detailed description above, and such modifications are intended to fall within the scope of the appended claims.

I claim:

1. A self-contained ambient condition detector comprising:

an ambient condition sensor;

control electronics coupled to the sensor and responsive thereto wherein in response to a predetermined ambient condition, a user unalterable, pre-stored, audible, alarm identifying tonal output pattern is emitted wherein the pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones wherein the tones are interrupted and are spaced apart from one another by silent intertonal spacing intervals of a common duration and wherein the common duration is always shorter than each of the silent intervals and including voice output circuitry and a plurality of pre-stored, user unalterable, verbal alarm location output messages, one of the pre-stored messages is user selectable and verbalizes the selected location, where the control electronics, in response to the predetermined ambient condition, causes the audible tonal pattern to be emitted, and, causes the selected location message to be repetitively emitted in respective silent intervals; and

a common housing for the sensor, the electronics, the output circuitry and a power supply.

2. A detector as in claim 1 wherein the sensor is a fire sensor and including a pre-stored fire specifying, verbal message to reinforce a respective tonal output pattern indicative of sensed fire.

3. A detector as in claim 2 wherein the fire indicating tonal output pattern defines groups of substantially identical output tones with a common intertonal spacing of the common duration and wherein the silent intervals are at least twice as long as the common duration.

4. A detector as in claim 2 wherein each tone of the tonal pattern has a duration on the order of 0.5 seconds.

5. A detector as in claim 1 wherein the sensor is a gas sensor and including a gas specifying pre-stored verbal message to reinforce a respective tonal output pattern, indicative of sensed gas.

6. A detector as in claim 5 wherein the gas indicating tonal output pattern defines groups of four substantially identical output tones with common intertonal spacing of a first duration wherein the silent intervals are at least twice the duration wherein the silent intervals are at least twice the duration.

7. A detector as in claim 1 wherein the power supply comprises at least one of an AC/DC supply or a battery.

8. A detector as in claim 7 wherein the voice circuitry includes semiconductor storage circuitry for the pre-stored verbal message.

9. A detector as in claim 8 wherein at least one alarm-type specifying verbal message is also pre-stored in the semiconductor storage circuit.

US 6,784,798 B2

**9**

10. A detector as in claim 9 wherein the electronics, in response to the predetermined ambient condition, emits the tonal output pattern and also repetitively emits first and second audible verbal output messages in respective silent intervals of alarm type and location.

11. A detector as in claim 10 which includes a manually operable location specifying element.

12. A detector as in claim 1 wherein the voice circuitry includes semiconductor storage circuitry for the pre-stored message.

13. A detector as in claim 12 which includes a second sensor carried by the housing coupled to the control electronics, and a second condition warning audible message stored in the semiconductor storage circuitry.

14. A detector as in claim 13 wherein in response to sensing the second condition, the control electronics repetitively emits the second warning verbal message.

15. A detector as in claim 1 wherein representations of the location specifying messages are pre-stored in at least two different languages.

16. A detector as in claim 15 wherein the sensor is selected from a class which includes a fire sensor, and a gas sensor.

17. A detector as in claim 15 which includes at least two pre-stored alarm-type verbal counterparts wherein the verbal counterparts are in first and second different languages.

18. A detector as in claim 17 which includes a manually operable, language specifying element.

19. A detector comprising:

a housing;

a fire sensor carried by the housing;

a control element coupled to the sensor, the element includes circuitry for detecting a fire;

an alarm indicating audible output device coupled to the control element wherein the control element, in response to a detected fire drives the output device to repetitively emit interrupted groups of fire indicating tones, the members of the groups are spaced apart from one another by a first time interval and the groups are spaced apart by silent, longer second time intervals;

semiconductor storage for at least a word indicative of the presence of fire where in response to a detected fire the control element repetitively injects the stored fire indicating word into only the second time intervals between groups of fire alarm indicating tones, where the tonal patterns are predefined, and not user alterable and wherein the output word is pre-stored and not user alterable; and

which includes at least one pre-stored verbal counterpart to the pre-stored verbal message where the pre-stored verbal message and the verbal counterpart are in two different languages.

20. A detector as in claim 19 wherein the control element includes an interconnect port for receipt of alarm indicating signals from at least one remotely located detector.

21. A detector as in claim 20 wherein the control element includes circuitry responsive to received alarm indicating signals for repetitively emitting the fire alarm tones and intervening fire indicating verbal output word during the second time intervals.

22. A detector as in claim 21 wherein the received alarm indicating signals from the at least one remotely located detector include specific information such that the control element of the detector receiving the alarm indicating signals drives the output device to emit the same tonal pattern and verbal message as the at least one remotely located detector sensing the ambient condition.

**10**

23. A detector as in claim 19 which includes a second condition sensor and an associated verbal, condition warning phrase stored in the semiconductor storage.

24. A detector as in claim 23 wherein the control element emits the associated verbal condition warning phrase in response to a predetermined output from the second sensor.

25. An apparatus for the detection and enunciation of hazardous conditions within an environment comprising:

at least first and second sensors responsive to respective first and second conditions in the environment;

an alarm circuit, responsive to the sensors for generating at least a first alarm pattern;

voice synthesizing circuitry responsive to the sensors for generating at least a first voice message;

control circuitry coupled to the alarm circuit and the voice synthesizing circuitry with at least the first alarm pattern and the first voice message sequentially emitted in response to the presence of the first alarm condition where the alarm patterns and the voice messages are pre-set and not user alterable and are emitted by first and second different respective output transducers.

26. An apparatus as in claim 25 where the first sensor comprises a smoke sensor and the second sensor comprises a gas sensor.

27. An apparatus as in claim 25, where the alarm circuit generates a second, different alarm pattern, the first alarm pattern is associated with the condition to which the first sensor responds and the second alarm pattern is associated with the condition to which the second sensor responds.

28. An apparatus as in claim 27 where the voice synthesizing circuitry includes further circuitry for generating at least a second voice message with the second alarm pattern and the second voice message sequentially emitted in response to the presence of the second alarm condition.

29. An apparatus as in claim 28 where the first sensor is a fire sensor, the second sensor is a gas sensor with the first voice message indicative of fire and the second voice message indicative of gas.

30. An apparatus as in claim 29 where the alarm patterns each include a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones, the members of the respective pluralities of tones are spaced apart from one another by silent intertonal spacing intervals of a respective common duration, the common duration is always shorter than the respective silent intervals.

31. An apparatus as in claim 30 where the voice synthesizing circuitry generates the first voice message in a selected one of at least two languages.

32. An apparatus as in claim 31 includes a manually settable language selecting element.

33. An apparatus as in claim 25 where the voice synthesizing circuitry generates the first voice message in a selected one of at least two languages.

34. An apparatus as in claim 33 which includes a manually settable language selecting element.

35. A self-contained ambient condition detector comprising:

an ambient condition sensor;

control electronics coupled to the sensor and responsive thereto where in response to a predetermined ambient condition, a user unalterable, pre-stored, audible, alarm identifying tonal output pattern is emitted, the pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones wherein the tones are interrupted and are spaced

BRK_000713

US 6,784,798 B2

11

apart from one another by silent intertonal spacing intervals of a common duration and wherein the common duration is always shorter than each of the silent intervals and including voice output circuitry, the voice circuitry includes a pre-stored, user unalterable, verbal alarm-type output message where the pre-stored message is associated with the tonal output pattern and verbalizes the respective alarm type and where the control electronics, in response to the predetermined

12

ambient condition intermittently activates a first transducer to emit the audible tonal pattern and repetitively activates a second different transducer to emit the verbal alarm-type in respective silent intervals; and a common housing which carries the sensor, the electronics, the voice output circuitry, the transducers and a power supply without any recording circuitry.

* * * * *

Express Mail Label No. EL 245 938 ^06 US    03-26-03    10396068.03250A

| | |
|---|---|
| **UTILITY PATENT APPLICATION TRANSMITTAL**<br>**(Large Entity)**<br>*(Only for new nonprovisional applications under 37 CFR 1.53(b))* | **Docket No.**<br>8365/89349 (BRK-P-1182) |
| | **Total Pages in this Submission**<br>52 |

**TO THE ASSISTANT COMMISSIONER FOR PATENTS**
Box Patent Application
Washington, D.C. 20231

Transmitted herewith for filing under 35 U.S.C. 111(a) and 37 C.F.R. 1.53(b) is a new utility patent application for an invention entitled:

> **Environmental Condition Detector With Audible Alarm And Voice Identifier**

and invented by:

> Gary J. Morris

**If a CONTINUATION APPLICATION,** *check appropriate box and supply the requisite information:*

☒ **Continuation**  ☐ **Divisional**  ☐ **Continuation-in-part (CIP)**  of prior application No.:  09/651,454

Which is a:

☒ **Continuation**  ☐ **Divisional**  ☐ **Continuation-in-part (CIP)**  of prior application No.:  09/299,483

Which is a:

☐ **Continuation**  ☐ **Divisional**  ☐ **Continuation-in-part (CIP)**  of prior application No.:  _____

Enclosed are:

### Application Elements

1. ☒  Filing fee as calculated and transmitted as described below

2. ☒  Specification having _____28_____ pages and including the following:

   a. ☒  Descriptive Title of the Invention

   b. ☒  Cross References to Related Applications *(if applicable)*

   c. ☐  Statement Regarding Federally-sponsored Research/Development *(if applicable)*

   d. ☐  Reference to Sequence Listing, a Table, or a Computer Program Listing Appendix

   e. ☒  Background of the Invention

   f. ☒  Brief Summary of the Invention

   g. ☒  Brief Description of the Drawings *(if filed)*

   h. ☒  Detailed Description

   i. ☒  Claim(s) as Classified Below

   j. ☒  Abstract of the Disclosure

BRK_000715

10396068.032503

| **UTILITY PATENT APPLICATION TRANSMITTAL**<br>**(Large Entity)**<br>*(Only for new nonprovisional applications under 37 CFR 1.53(b))* | Docket No.<br>8365/89349 (BRK-P-1182) |
|---|---|
| | Total Pages in this Submission<br>**52** |

**Application Elements (Continued)**

3. ☒ Drawing(s) *(when necessary as prescribed by 35 USC 113)*

     a. ☒ Formal      Number of Sheets      5

     b. ☐ Informal      Number of Sheets

4. ☒ Oath or Declaration

     a. ☒ Newly executed *(original or copy)*      ☐ Unexecuted

     b. ☒ Copy from a prior application (37 CFR 1.63(d)) *(for continuation/divisional application only)*

     c. ☒ With Power of Attorney      ☐ Without Power of Attorney

     d. ☐ *DELETION OF INVENTOR(S)*<br>         Signed statement attached deleting inventor(s) named in the prior application,<br>         see 37 C.F.R. 1.63(d)(2) and 1.33(b).

5. ☐ Incorporation By Reference *(usable if Box 4b is checked)*<br>     The entire disclosure of the prior application, from which a copy of the oath or declaration is supplied under<br>     Box 4b, is considered as being part of the disclosure of the accompanying application and is hereby<br>     incorporated by reference therein.

6. ☐ CD ROM or CD-R in duplicate, large table or Computer Program (Appendix)

7. ☒ Application Data Sheet (See 37 CFR 1.76)

8. ☐ Nucleotide and/or Amino Acid Sequence Submission *(if applicable, all must be included)*

     a. ☐ Computer Readable Form (CRF)

     b. ☐ Specification Sequence Listing on:

         i. ☐ CD-ROM or CD-R (2 copies); or

         ii. ☐ Paper

     c. ☐ Statement(s) Verifying Identical Paper and Computer Readable Copy

**Accompanying Application Parts**

9. ☐ Assignment Papers *(cover sheet & document(s))*

10. ☐ 37 CFR 3.73(B) Statement *(when there is an assignee)*

11. ☐ English Translation Document *(if applicable)*

12. ☐ Information Disclosure Statement/PTO-1449      ☐ Copies of IDS Citations

13. ☒ Preliminary Amendment

14. ☒ Return Receipt Postcard (MPEP 503) *(Should be specifically itemized)*

15. ☐ Certified Copy of Priority Document(s) *(if foreign priority is claimed)*

16. ☒ Certificate of Mailing

     ☐ First Class      ☒ Express Mail *(Specify Label No.)*:    **EL 245 938 606 US**

P01ULRG/REV06

BRK_000716

10396068.032503

| UTILITY PATENT APPLICATION TRANSMITTAL<br>(Large Entity)<br>(Only for new nonprovisional applications under 37 CFR 1.53(b)) | Docket No.<br>8365/89349 (BRK-P-1182) |
| | Total Pages in this Submission<br>52 |

## Accompanying Application Parts (Continued)

17. ☒ Additional Enclosures *(please identify below):*

> Revocation of Prior Power of Attorney

## Request That Application Not Be Published Pursuant To 35 U.S.C. 122(b)(2)

18. ☐ Pursuant to 35 U.S.C. 122(b)(2), Applicant hereby requests that this patent application not be published pursuant to 35 U.S.C. 122(b)(1). Applicant hereby certifies that the invention disclosed in this application has not and will not be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication of applications 18 months after filing of the application.

### Warning

*An applicant who makes a request not to publish, but who subsequently files in a foreign country or under a multilateral international agreement specified in 35 U.S.C. 122(b)(2)(B)(i), must notify the Director of such filing not later than 45 days after the date of the filing of such foreign or international application. A failure of the applicant to provide such notice within the prescribed period shall result in the application being regarded as abandoned, unless it is shown to the satisfaction of the Director that the delay in submitting the notice was unintentional.*

P01ULRG/REV06

BRK_000717

10396068.032503

| UTILITY PATENT APPLICATION TRANSMITTAL<br>(Large Entity)<br>*(Only for new nonprovisional applications under 37 CFR 1.53(b))* | Docket No.<br>8365/89349 (BRK-P-1182) |
| --- | --- |
| | Total Pages in this Submission<br>52 |

### Fee Calculation and Transmittal

**CLAIMS AS FILED**

| For | #Filed | #Allowed | #Extra | Rate | Fee |
| --- | --- | --- | --- | --- | --- |
| Total Claims | 39 | - 20 = | 19 | x $18.00 | $342.00 |
| Indep. Claims | 4 | - 3 = | 1 | x $84.00 | $84.00 |
| Multiple Dependent Claims (check if applicable) ☐ | | | | | $0.00 |
| | | | | **BASIC FEE** | $750.00 |
| OTHER FEE *(specify purpose)* | | | | | $0.00 |
| | | | | **TOTAL FILING FEE** | $1,176.00 |

☒ A check in the amount of $1,176.00 to cover the filing fee is enclosed.
☒ The Commissioner is hereby authorized to charge and credit Deposit Account No. 23-0920
as described below. A duplicate copy of this sheet is enclosed.
    ☐ Charge the amount of      as filing fee.
    ☒ Credit any overpayment.
    ☒ Charge any additional filing fees required under 37 C.F.R. 1.16 and 1.17.
    ☐ Charge the issue fee set in 37 C.F.R. 1.18 at the mailing of the Notice of Allowance,
       pursuant to 37 C.F.R. 1.311(b).

*Signature*

Paul M. Vargo, Reg. No. 29,116
Welsh & Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, Illinois 60606
Ph. 312 655 1500, Ext 401
Fax 312 655 1501

Dated: March 25, 2003

cc:

Page 4 of 4

P01ULRG/REV06

BRK_000718

10396068 .032503

## CERTIFICATE OF MAILING BY EXPRESS MAIL

**"Express Mail" Mailing Label Number** EL 245 938 606 US

**Date of Deposit:**     March 25, 2003

      I hereby certify that this correspondence is being deposited with the United States Postal

"Express Mail Post Office to Addressee" service under 37 CFR 1.10(c) on the date indicated

above and is addressed to:

                      **Assistant Commissioner for Patents**
                      **Box Patent Application**
                      **Washington, D.C. 20231**

**Applicant: Gary J. Morris** (8365/89349)

**Entitled: Environmental Condition Detector With Audible Alarm and Voice Identifier**

**Serial No.**     **New Application for Filing**

**Enclosed are the following documents:**
Utility Patent Application Transmittal (Large Entity) (4 pages) with Check No.
in the amount of $1176.00  attached; patent application consisting of 17 pages of
specification, 10 pages of claims (21 claims), 1 page of the Abstract of the Disclosure, 5
sheets of formal drawings, copies of two executed Declarations; copy of a Power of
Attorney (1 page); an executed Revocation of Power of Attorney and an executed
Power of Attorney; Application Data Sheet (2 pages); a Preliminary Amendment (8
pages) and a self-addressed, postage-prepaid post card for receipt by the Mail Room of
the United States Patent Office.

_____
Signature of person mailing documents

10396068.032503

U.S. Patent Application:

# Environmental Condition Detector with Audible Alarm and Voice Identifier

**Inventor: Gary J. Morris**
**2026 Glenmark Avenue**
**Morgantown, WV 26505**
**(304)599-5945**
**April 26, 1999**

Sub. al ~~This~~ application is in reference to Provisional Patent Application 60/117,307 and Disclosure Document 415668.

## BACKGROUND FOR THE INVENTION

Field of Invention

The present invention relates to environmental condition detection for dwellings including smoke detection, carbon monoxide gas detection, natural gas detection, propane gas detection, combination smoke and carbon monoxide gas detection, etc. such that the audible tonal pattern alarm emitted by a detector sensing an abnormal environmental condition is accompanied by a pre-recorded voice message that clearly indicates the specific type of condition sensed or the specific location of the detector sensing the condition, or both.

Background

With the widespread use of environmental condition detectors such as smoke detectors, carbon monoxide detectors, natural gas detectors, propane detectors, etc. in residences and businesses today, there is a critical need to provide definite distinction between the tonal pattern alarms emitted by each type of detector so that the occupants of the involved dwelling are

CONFIDENTIAL

1039606 8 .032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

immediately made aware of the specific type of condition detected along with its location so they can take the proper immediate action.   Regulating and governing bodies for products of the home safety industry (National Fire Protection Association, Underwriters Laboratories, etc.) have recently regulated the tonal patterns emitted from such environmental detectors, however, much confusion still exists among the very similar tonal pattern alarms emitted by various detector types.   This is particularly true for those individuals partially overcome by the environmental condition, those asleep when the alarm occurs, young children, or the elderly. Therefore, a need exists whereby the environmental detector sensing an abnormal condition plays a recorded voice message stating the specific condition and/or location of the condition in addition to the required tonal pattern alarm.   In conventional smoke detectors   and carbon monoxide detectors, there are silent periods within the prescribed audible tonal pattern alarms where recorded verbal messages such as "*smoke*" or "*CO*" or "*carbon monoxide*" or "*smoke in basement*" or "*utility room*" (as examples) may be played during this alarm silence period to clearly discriminate between the types of audible alarms and environmental conditions and where the environmental condition was detected.   Such messages immediately provide the occupants in an involved dwelling important safety information during potentially hazardous environmental conditions. The occupants can make informed decisions about how to respond to the alarm condition.  Occupants residing in the uninvolved area of the dwelling may choose to assist those residing in the involved area depending on the location and type of condition detected.  The type of environmental condition sensed or the location of the condition, or both

2   CONFIDENTIAL

BRK_000721

10396068 .032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

are immediately made clear through the use of recorded voice messages in addition to conventional tonal pattern alarms.

Discussion of Prior Art

While there are inventions in the prior art pertaining to emergency alarm systems utilizing verbal instructions, none are known to the inventor which use a combination of tonal pattern alarms and factory pre-recorded voice messages with function or intent to clearly and specifically identify and clarify which type of environmental condition is present in a dwelling. Nor are there known inventions that use such pre-recorded voice messages to specifically identify the location of the environmental condition sensed by environmental condition detectors in dwellings without the use of a central control unit.

Morris (US5587705) describes a wireless smoke detector system using a minimum of two smoke detectors to indicate the location of the smoke detector sensing the smoke through coded alarm patterns. The present invention does not use wireless communication between detectors; each detector may operate without any others or may operate as a hardwired system with interconnected units for those powered by 120VAC. Fray (US5663714) describes a warning system for giving user-recorded verbal instructions during a fire. Fray teaches an object of his invention is to warn individuals of the presence of smoke and fire and to provide verbal instructions and guidance as how to escape the hazard. Routman et al (US5349338) describe a fire detector and alarm system that uses personally familiar user-recorded verbal messages

3    CONFIDENTIAL

10396068.032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

specifically for a small child or adult in need of verbal instructions during the presence of a fire.

Chiang (US5291183) describes a multi-functional alarming system using a microphone to sense

ambient conditions and user-recorded verbal instructions for indicating the way to escape a fire.

Kim (US4816809) describes a speaking fire alarm system that uses a central control system with

remote temperature sensors. Haglund et al (US4282519) describe a hardwired smoke detector

system whereby two audible alarm codes are indicated to determine whether the smoke was

detected locally or not. Only two possible alarm patterns are used and no voice message is used

with Haglund's hardwired system. Molinick and Sheilds (US4288789) describe an oral warning

system for monitoring mining operations that uses a plurality of non-emergency condition

sensors and second sensors for detecting emergencies. The patent further describes the use of a

single and system-central multiple-track magnetic tape player for storing the verbal messages

and links the alarm system to control the operation of mechanical devices (mining conveyor

belts, etc.) during emergency conditions when verbal messages are played.

Additionally, Morris (US5587705), Fray (US5663714), Routman et al (US5349338),

Chaing (US5291183), Kim (US4816809), and Haglund et al (4282519) do not recite the specific

use of factory pre-recorded voice messages to indicate the specific location of the environmental

condition, or the use of voice messages to identify the specific type of environmental condition

detected, or the use of a plurality of interconnected detectors emitting identical verbal messages,

or a selectable means to define the installation location of the detector, all of which are taught in

the present invention and afford significant safety advantages. While Molinick and Shields

4

CONFIDENTIAL

10396068.032603

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

(US4288789) refer to verbally describing an emergency condition in mining operations, their patent teaches of a much more complex system than the present invention and describes a central control system with multiple stages of various configuration sensors and the use of user-recorded voice messages. Furthermore, the patent does not describe a selectable coding means to define the installation location of the sensors.

All known prior art providing user-recorded verbal instructions on how to escape a hazardous condition has become impractical for use in dwellings in view of the recent National Fire Protection Association (NFPA) and Underwriters Laboratories (UL) regulations that require a maximum silence period between tonal alarm patterns of 1.5 seconds (Ref. *UL2034, UL217, NFPA72 and NFPA720*). This period of time is sufficient for the present invention to verbally indicate the type and location of the sensed environmental condition but is unlikely to be useful to provide detailed instructions, as taught in the prior art, to occupants on how to respond to a hazardous condition.

The present invention employs either single station environmental condition detectors or a system comprising direct, hardwired communication links between a plurality of environmental condition detectors to provide a tonal pattern alarm with pre-recorded voice message information regarding the specific type of environmental condition detected or the specific location of the detector sensing the environmental condition, or both, all without the need of a centralized control unit. For detector embodiments using pre-recorded voice messages to indicate the location of the detected condition, each detector is set-up by the user during installation to define

5

CONFIDENTIAL

BRK_000724

10396068.032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

the physical location of the detector within the dwelling according to pre-defined location definitions pre-programmed into the electronic storage media. The recorded voice messages are pre-recorded into the electronic storage media during manufacture and are not normally changeable by the user. In view of the recent National Fire Protection Association and Underwriters Laboratories regulations for tonal pattern alarms. it is not practical to have the user record their own sounds during the silent periods of the tonal pattern. The user may choose to record other alarm sounds that would violate the regulations governing such tonal patterns and compromise the safety features of the device. The use of factory pre-recorded voice messages alleviates this problem.

It is emphasized that no other related prior art known to the inventor makes use of factory pre-recorded voice messages to indicate the location of the environmental condition or the type of condition or both. Sufficient addressable electronic memory is available in the preferred embodiment of the invention to afford numerous pre-recorded voice messages.

6

CONFIDENTIAL

10396068.032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

## SUMMARY OF THE INVENTION

Described herein is the Environmental Condition Detector with Audible Alarm and Voice Identifier invention, which comprises an environmental condition detector, such as a smoke detector, carbon monoxide gas detector, natural gas detector, propane detector, or any combination detector thereof, which detects the desired environmental condition(s) by those methods well known and described in the art and emits the prescribed audible tonal pattern alarm in accordance with the industry's empowered governing bodies' (National Fire Protection Association, Underwriters Laboratories etc.) criteria for such environmental conditions. Simultaneously, the environmental condition detector sensing the condition emits a verbal message to indicate, through a recorded voice message or synthesized human voice, the condition being sensed. This recorded voice message is emitted simultaneously with the audible tonal pattern alarm so as normally to occur during silent segments of the prescribed tonal pattern alarm. For example, for the condition of smoke detection, the smoke detector emits the following combination audible tonal pattern alarm (Beep) and recorded voice message. "Beep---Beep---Beep---'SMOKE'---Beep---Beep---Beep---'SMOKE'---" in a periodic manner for as long as the environmental condition is detected. As a second example, for carbon monoxide detection, a carbon monoxide detector emits "Beep---Beep---Beep---Beep---'CO'---Beep---Beep---Beep---Beep---'CO'---". As a third example, for smoke detection with the location identifier, a smoke detector emits "Beep---Beep---Beep---"SMOKE IN BASEMENT"---Beep---Beep---Beep---'SMOKE IN BASEMENT'---". As a fourth example, for carbon monoxide

7

CONFIDENTIAL

BRK_000726

10396068.032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

detection with a voice location only identifier, a carbon monoxide detector emits ""Beep---Beep-
--Beep---Beep---'Utility Room'---Beep---Beep---Beep---Beep---'Utility Room'---".

Objects and Advantages of the Present Invention

It is one object of the present invention to provide environmental condition detectors that
function as single station (non-interconnected) detector units equipped to emit a tonal pattern
alarm and a recorded voice message. The recorded voice message clearly identifies the location
of the environmental condition detector sensing the condition, or describes the type of
environmental condition that has been detected, or both, as illustrated in the above, non-
exhaustive examples. The single station detector embodiment is battery powered or 120VAC
powered. User-selectable coding switches or jumpers permit the user to define the physical
location of the single station unit within the dwelling. No other related prior art is known to the
inventor that uses factory pre-recorded voice messages in combination with conventional tonal
pattern alarms to indicate the specific type or specific location, or both, of an abnormal
environmental condition as related to single station units.

It is another object of the present invention to provide an environmental condition
detection system where one detector sensing an environmental condition causes all other
interconnected detectors to emit identical tonal pattern alarms and recorded voice messages. The
hardwired, directly interconnected detectors forming the environmental condition detection
system are 120VAC powered with optional battery back-up and use the recorded voice message

8          CONFIDENTIAL

BRK_000727

10396068.032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

to identify the location of the environmental condition detector sensing the condition, or to describe the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The environmental condition detection system embodiments of the present invention do not require the use of a centralized control unit (control panel) between detectors. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both, of an abnormal environmental condition as related to a directly interconnected environmental condition detector system having no central control unit or panel.

A major advantage of both the single station embodiment and the system embodiment of the present invention is the use of factory pre-recorded voice messages that fit within the National Fire Protection Association and Underwriters Laboratories specified 1.5 second silence period of the standard smoke detector and carbon monoxide detector tonal pattern alarms. Prior art using user-recorded voice messages are intended to indicate directions on how to escape the hazard or how to respond to a hazard. Such messages would not practically fit into the maximum 1.5 second silent time period in conventional tonal alarm patterns for smoke detectors and carbon monoxide detectors used in dwellings. The allowance for a user to record his or her own messages may actually add to the confusion and danger that results during an alarm condition if the user chooses to record additional alarm sounds or errs in the directions given in the message on how to properly respond to a hazardous conditon.

9

CONFIDENTIAL

BRK_000728

10396068 .032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a sketch of a preferred embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 2 is a sketch of a preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 3 is a sketch of a second preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 4 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector and using a recorded voice message as an environmental condition type identifier according to the invention.

FIG. 5 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector using a recorded voice message as an environmental condition location identifier according to the invention.

FIG. 6 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a carbon monoxide detector and using a recorded voice message as an environmental condition type identifier and location identifier according to the invention.

10

CONFIDENTIAL

BRK_000729

10396068.032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

FIG. 7 shows one method for the user to select the installation location coding of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

11

CONFIDENTIAL

10396068.032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

## DETAILED DESCRIPTION OF THE INVENTION

A preferred embodiment of the Environmental Condition Detector with Alarm and Voice

Identifier **6** is shown in FIG. 1. The unit is powered by a battery **40** and/or by standard

120VAC (not shown). The environmental condition sensor and alarm unit **10** (conventional

smoke detector, carbon monoxide detector, combination smoke detector and carbon monoxide

detector, natural gas detector, propane detector, abnormal temperature etc.) is any sensor

type(s) utilizing environmental detection methods and alarm devices typically known in the art

of smoke detectors, carbon monoxide detectors and other hazard detectors. Upon sensing the

environmental condition, the environmental condition sensor and alarm unit **10** sounds its tonal

pattern alarm to indicate that an environmental condition has been sensed in the immediate

area. The alarm pattern is a prescribed audible tonal pattern alarm corresponding to the

environmental condition as set forth by the empowered governing body (National Fire

Protection Association, Underwriters Laboratories etc.). The interface and control unit **20**

electronically interfaces with the environmental condition sensor and alarm unit **10** and

controls the timing of a recorded voice message that is emitted simultaneously with the audible

tonal pattern alarm such that the recorded voice message is emitted only during the period

when the audible tonal pattern alarm cycles through a silent period. In one embodiment, an

electronic signal frequency counter (not shown) is used to determine when the silent period of

the audible alarm is occurring. The recorded voice message or synthesized human voice

message is factory-recorded on an electronic storage media **30** such as, but not limited to, a

12

CONFIDENTIAL

10396068.032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

ROM device. The recorded voice message is emitted through a speaker or other audio transducer **70**. For the embodiments of the invention requiring identification of the location of the environmental condition detector sensing the environmental condition, a selectable coding apparatus **50** (jumper selector or DIP switch) which connects to the interface and control unit **20** is provided to select one of several predefined physical locations of the environmental condition detectors within a residence. Recorded voice messages to identify physical locations consistent with the position of the selectable coding apparatus **50** are stored on the electronic storage media **30**. The selectable coding apparatus **50** is set to correspond to the location within the dwelling where the particular environmental condition detector **6** is installed. A language code selector (jumper set or DIP switch) **60** is used to choose the language type (English, Spanish, etc.) used by the recorded voice. For interconnected 120VAC units, when one environmental condition detector sounds its tonal pattern alarm and recorded voice message, all interconnected units will sound identical tonal pattern alarms and recorded voice messages in temporal phase. For the environmental condition detection system embodiment, an interconnecting conductor set **80** sends and receives a coded electrical signal encoded and decoded by the interface and control unit **20** by the sending and receiving detector, respectively. The coding of the signal sent over the interconnecting conductor set determines what specific recorded voice message is played from the electronic storage media **30** at the interconnected but remotely located environmental condition detectors. Another embodiment of the invention shown in FIG. 3 uses several interconnection conductors which alleviates the

13

CONFIDENTIAL

10396068.032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

need for electrical encoding and decoding of the signal sent and received over the interconnecting conductor set **80**.

Shown in FIG. 2 is a sketch of a preferred embodiment of the electronic circuitry for one detector unit of the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit **10** connects to the interface and control unit **20** to trigger the monostable multivibrator **21** for a predetermined period of time when an environmental condition is detected. The monostable multivibrator **21** enables the signal encoder **22** to send a coded electrical signal to the local signal decoder **23** and to all other signal decoders of interconnected detectors hardwired linked together through the conductor set **80** shown in FIG. 1. Upon receiving a local or remote encoded signal, the signal decoder **23** decodes the signal and validates or rejects the signal. Upon validation of a received signal, within each interconnected detector, the signal decoder **23** enables and addresses the electronic voice memory integrated circuit **31** to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All recorded voice messages emitted by the interconnected detector units connected through the conductor set **80** via electrical conductor connector **37** are in temporal phase. A selectable coding apparatus of switches or jumpers **51** defines the physical installation location of each environmental condition detector through pre-defined location designations illustrated in FIG. 7. A language selector switch apparatus **60** is used to select which language is used

14    CONFIDENTIAL

BRK_000733

10396068 .032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

during the playing of the recorded voice messages. The recorded voice message is played through a speaker 70.

Shown in FIG. 3 is a sketch of a second preferred embodiment of the electronic circuitry for one detector unit for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit 10 connects to the interface and control unit 20 to trigger the monostable multivibrator 21 for a predetermined period of time when an environmental condition is detected. The monostable multivibrator 21 enables the electronic voice memory integrated circuit 31 to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All detector units within the interconnected system share common electrical connection to the address bits on each detector unit's electronic voice memory integrated circuit 31 through a multiple conductor connector interface 35 which results in all detector units emitting identical recorded voice messages in temporal phase. A selectable coding apparatus of switches or jumpers 52 defines the physical installation location of each environmental condition detector through pre-defined location designations illustrated in FIG. 7. A language selector switch apparatus 60 is used to select which language is used during the playing of the recorded voice messages. The recorded voice message is played through a speaker 70.

Shown in FIG. 4 is an example alarm timing plot of the sound emitted 82 by an environmental condition detector using both an audible tonal pattern alarm 85 and a recorded

15

CONFIDENTIAL

BRK_000734

10396068.032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

during the playing of the recorded voice messages. The recorded voice message is played through a speaker 70.

Shown in FIG. 3 is a sketch of a second preferred embodiment of the electronic circuitry for one detector unit for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit 10 connects to the interface and control unit 20 to trigger the monostable multivibrator 21 for a predetermined period of time when an environmental condition is detected. The monostable multivibrator 21 enables the electronic voice memory integrated circuit 31 to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All detector units within the interconnected system share common electrical connection to the address bits on each detector unit's electronic voice memory integrated circuit 31 through a multiple conductor connector interface 35 which results in all detector units emitting identical recorded voice messages in temporal phase. A selectable coding apparatus of switches or jumpers 52 defines the physical installation location of each environmental condition detector through pre-defined location designations illustrated in FIG. 7. A language selector switch apparatus 60 is used to select which language is used during the playing of the recorded voice messages. The recorded voice message is played through a speaker 70.

Shown in FIG. 4 is an example alarm timing plot of the sound emitted 82 by an environmental condition detector using both an audible tonal pattern alarm 85 and a recorded

CONFIDENTIAL

10396068 .032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

voice message **90** to convey information about the specific environmental condition detected. In the example exhibited in FIG. 2, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition type identifier only. The recorded voice message **90** is inserted into the defined silence periods of the prescribed audible tonal pattern alarm **85** consistent with conventional smoke detector alarms.

Shown in FIG. 5 is an example alarm timing plot of the sound emitted **92** by an environmental condition detector using an audible tonal pattern alarm **95** to convey the specific type of environmental condition and a recorded voice message **100** to convey the location of the detected environmental condition. In the example exhibited in FIG. 5, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition location identifier only. The recorded voice message **100** is inserted into the defined silence periods of the prescribed audible tonal pattern alarm **95** consistent with conventional smoke detector alarms.

Shown in FIG. 6 is an example alarm timing plot of sound emitted **102** by an environmental condition detector using an audible tonal pattern alarm **105** and a recorded voice message **110** to convey the specific type of environmental condition detected and the location of the environmental condition detector sensing the environmental condition. In the example exhibited in FIG. 6, the environmental condition detector embodiment is a carbon monoxide detector using voice as both an environmental condition type identifier and location identifier. The recorded voice message **110** is inserted into the defined silence periods of the prescribed

16                    CONFIDENTIAL

BRK_000736

10396068.032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

audible tonal pattern alarm **105** consistent with conventional carbon monoxide alarms. The example tonal pattern alarms and recorded voice messages are illustrative and not intended to provide an exhaustive exhibit of all possible tonal alarm patterns and recorded voice messages.

Shown in FIG. 7 is a selectable coding apparatus **115** for the user to select one of the pre-defined locations of the Environmental Condition Detector with Alarm and Voice Identifier embodiment when and where it is installed in a dwelling. Selectable coding means such as a jumper **117** on DIP header pins **120** or DIP switches (not shown) are simple methods to define the installation location of a detector embodiment. Typical dwelling locations are shown in FIG. 7 and are not intended to exhibit an exhaustive list.

The various preferred embodiments described above are merely descriptive of the present invention and are in no way intended to limit the scope of the invention. Modifications of the present invention will become obvious to those skilled in the art in light of the detailed description above, and such modifications are intended to fall within the scope of the appended claims.

CONFIDENTIAL

17

BRK_000737

10396068 .032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

I claim:

1. An environmental condition detector using pre-recorded voice messages to indicate the specific type of environmental condition detected in a dwelling comprising:

    (a) sensor means for detecting the presence of an environmental condition in said dwelling,

    (b) electronic means for activation of an alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

    (c) electronic means for playing of pre-recorded voice messages that verbally describe the type of environmental condition detected for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages.

    (d) a power source selected from the group consisting of a battery, standard 120VAC power, and standard 120VAC with a battery back-up power supply.

2. An environmental condition detector using pre-recorded voice messages to indicate the specific location of the environmental condition detected in a dwelling comprising:

    (a) sensor means for detecting the presence of an environmental condition in said dwelling,

    (b) electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

18

CONFIDENTIAL

BRK_000738

10396068 .032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

    (c) selectable coding means to define the installation location, within said dwelling, of said environmental condition detector,

    (d) electronic means for playing of pre-recorded voice messages that verbally describe the location, within said dwelling, of said environmental condition detector sensing said environmental condition for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages,

    (e) a power source selected from the group consisting of a battery, standard 120VAC power, and standard 120VAC with a battery back-up power supply.

3. An environmental condition detector using pre-recorded voice messages to indicate the specific location and the specific type of the environmental condition detected in a dwelling comprising:

    (a) sensor means for detecting the presence of an environmental condition in said dwelling,

    (b) electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

    (c) electronic means for playing pre-recorded voice messages that verbally describe the type of environmental condition detected for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted

19

CONFIDENTIAL

BRK_000739

10396068.032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages,

(d) selectable coding means to define the installation location. within said dwelling, of said environmental condition detector,

(e) electronic means for playing pre-recorded voice messages that verbally describe the location. within said dwelling, of said environmental condition detector sensing said environmental condition for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages,

(f) a power source selected from the group consisting of a battery, standard 120VAC power, and standard 120VAC with a battery back-up power supply.

4. An environmental condition detection system using pre-recorded voice messages to indicate the specific type of an environmental condition detected in a dwelling comprising:

   (a) a minimum of two environmental condition detectors. each detector comprising sensor means for detecting the presence of an environmental condition in said dwelling,

   (b) each environmental condition detector comprising electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

20

**CONFIDENTIAL**

BRK_000740

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

(c) each environmental condition detector comprising electronic means for playing of pre-recorded voice messages that verbally describe the type of said environmental condition detected for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal alarm emitted simultaneously with said pre-recorded voice messages,

(d) each environmental condition detector comprising direct hardwire interconnection means for electrically linking a plurality of like environmental condition detectors such that the detection of said environmental condition by one detector causes all other hardwired interconnected detectors to emit the same tonal pattern alarm and same pre-recorded voice messages emitted by said environmental condition detector sensing said environmental condition.

(e) each environmental condition detector comprising a power source selected from the group consisting of standard 120VAC power and standard 120VAC power with a battery back-up power supply.

5. An environmental condition detection system using pre-recorded voice messages to indicate the specific location of an environmental condition detected in a dwelling comprising:

(a) a minimum of two environmental condition detectors, each detector comprising sensor means for detecting the presence of an environmental condition in said dwelling,

21

CONFIDENTIAL

BRK_000741

10396068.032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

(b) each environmental condition detector comprising electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

(c) each environmental condition detector comprising selectable coding means to define the installation location, within said dwelling, of said environmental condition detector,

(d) each environmental condition detector comprising electronic means for playing of pre-recorded voice messages that verbally describe the location, within said dwelling, of said environmental condition detector sensing said environmental condition for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages.

(e) each environmental condition detector comprising direct hardwire interconnection means for electrically linking a plurality of like environmental condition detectors such that the detection of said environmental condition by one detector causes all other hardwired interconnected detectors to emit the same tonal pattern alarm and same pre-recorded voice messages emitted by said environmental condition detector sensing said environmental condition,

(f) each environmental condition detector comprising a power source selected from the group consisting of standard 120VAC power and standard 120VAC power with a battery back-up power supply.

CONFIDENTIAL

BRK_000742

10396068.032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

6. An environmental condition detection system using pre-recorded voice messages to indicate the specific location and specific type of the environmental condition detected in a dwelling comprising:

    (a) a minimum of two environmental condition detectors, each detector comprising sensor means for detecting the presence of an environmental condition in said dwelling,

    (b) each environmental condition detector comprising electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

    (c) each environmental condition detector comprising selectable coding means to define the installation location, within said dwelling, of said environmental condition detector,

    (d) each environmental condition detector comprising electronic means for playing of pre-recorded voice messages that verbally describe the location, within said dwelling, of said environmental condition detector sensing said environmental condition for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages,

    (e) each environmental condition detector comprising electronic means for playing of pre-recorded voice messages that verbally describe the type of environmental condition detected for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in

23

CONFIDENTIAL

BRK_000743

10396068.032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

said prescribed audible tonal pattern simultaneously with said pre-recorded voice messages,

(f) each environmental condition detector comprising direct hardwire interconnection means for electrically linking a plurality of like environmental condition detectors such that the detection of said environmental condition by one detector causes all other hardwired interconnected detectors to emit the same tonal pattern alarm and same pre-recorded voice messages emitted by said environmental condition detector sensing said environmental condition,

(g) each environmental condition detector comprising a power source selected from the group consisting of standard 120VAC power and standard 120VAC power with a battery back-up power supply.

7. The environmental condition detector of Claim 1 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type. a carbon monoxide detector type. a natural gas detector type, a propane detector type. and any multiple combination of these environmental condition detector types.

8. The environmental condition detector of Claim 2 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type. a carbon monoxide detector type. a natural gas detector type, a propane detector type. and any multiple combination of these environmental condition detector types.

9. The environmental condition detector of Claim 3 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

24

CONFIDENTIAL

BRK_000744

10296068 032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

10. The environmental condition detector of Claim 4 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

11. The environmental condition detector of Claim 5 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

12. The environmental condition detector of Claim 6 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

13. The environmental condition detector of Claim 1 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

14. The environmental condition detector of Claim 2 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

15. The environmental condition detector of Claim 3 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

25

CONFIDENTIAL

10396068.032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

16. The environmental condition detector of Claim 4 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

17. The environmental condition detector of Claim 5 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

18. The environmental condition detector of Claim 6 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

19. A method for providing environmental condition detection for a dwelling comprising :

   (a) providing an environmental condition detection system to a dwelling, said dwelling comprising one or more distinctive regions selected from the group consisting of rooms, floor levels, areas, closets, attics, basements, passages, hallways, stairways, crawlspaces, garages, and any multiple combination thereof,

   (b) setting a selectable coding means to define the detector installation location, within said dwelling, for each detector comprising said environmental condition detection system to cause the detector sensing an environmental condition to play a pre-recorded voice message, which verbally describes said detector installation location of said detector sensing an environmental condition, during the periods of silence in a prescribed audible tonal pattern alarm emitted by said detector sensing an environmental condition simultaneously with said pre-recorded voice message for the duration of said environmental condition,

26                    **CONFIDENTIAL**

BRK_000746

AO396068.032502

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

(c) interconnecting a minimum of two environmental condition detectors forming said environmental condition detection system such that the tonal pattern alarm and pre-recorded voice messages emitted by one environmental condition detector sensing an environmental condition causes all other interconnected detectors to emit the same tonal pattern alarm and pre-recorded voice message as those emitted by said environmental condition detector sensing said environmental condition.

20. The method of Claim 19 wherein said method comprises playing a pre-recorded voice message that verbally describes the type of environmental condition detected for the duration of the detection of the said environmental condition such that said pre-recorded voice message is emitted during periods of silence in said prescribed audible tonal pattern alarm emitted simultaneously.

21. The method of Claim 19 wherein said method comprises providing an environmental condition detector type selected from the group consisting of a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

27

CONFIDENTIAL

BRK_000747

10396068.032503

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

## ABSTRACT OF THE DISCLOSURE

Due to the presence of various environmental condition detectors in the home and businesses such as smoke detectors, carbon monoxide detectors, natural gas detectors, etc., each having individual but similar sounding alarm patterns, it can be difficult for occupants of such dwellings to immediately determine the specific type of environmental condition that exists during an alarm condition. The present invention comprises an environmental condition detector using both tonal pattern alarms and pre-recorded voice messages to indicate information about the environmental condition being sensed. Single-station battery-powered and 120VAC detectors are described as are multiple-station interconnected 120VAC powered detectors. The pre-recorded voice messages describe the type of environmental condition detected or the location of the environmental condition detector sensing the condition, or both, in addition to the tonal pattern alarm. Provisions are made for multi-lingual pre-recorded voice messages.

CONFIDENTIAL

BRK_000748

10396068 .032503

## APPLICATION DATA SHEET
(Inventor(s) With Representation)

### Inventor Information

| | |
|---|---|
| Inventor One, Given Name:: | Gary J. |
| Family Name:: | Morris |
| Postal Address Line One:: | 2026 Glenmark Avenue |
| Postal Address Line Two:: | |
| City:: | Morgantown |
| State or Province:: | West Virginia |
| Postal or Zip Code:: | 26505 |
| Citizenship Country:: | USA |

Inventor Two, Given Name::
Family Name::
Postal Address Line One::
Postal Address Line Two::
City::
State or Province::
Postal or Zip Code::
Citizenship Country::

Inventor Three, Given Name::
Family Name::
Postal Address Line One::
Postal Address Line Two::
City::
State or Province::
Postal or Zip Code::
Citizenship Country::

Inventor Four, Given Name::
Family Name::
Postal Address Line One::
Postal Address Line Two::
City::
State or Province::
Postal or Zip Code::
Citizenship Country::

BRK_000749

10396068.032503

## Correspondence Information

| | |
|---|---|
| Correspondence Customer Number:: | 24628 |
| Name Line One:: | WELSH & KATZ, LTD. |
| Address Line One:: | 120 South Riverside Plaza |
| Address Line Two:: | 22nd Floor |
| City:: | Chicago |
| State or Province:: | Illinois |
| Postal Or Zip Code:: | 60606 |
| Telephone:: | 312-655-1500 |
| Facsimile:: | 312-655-1501 |

## Application Information

| | |
|---|---|
| Title Line One:: | Environmental Condition Detector With |
| Title Line Two:: | Audible Alarm and Voice Identifier |
| Total Drawing Sheets:: | 5 |
| Formal Drawings?:: | Yes |
| Application Type:: | Utility |
| Docket Number:: | 8365/89349 |

## Representative Information

| | |
|---|---|
| Registration Number One:: | 29,116 |
| Registration Number Two:: | |
| Registration Number Three:: | |
| Registration Number Four:: | |

## Continuity Information

| | |
|---|---|
| This application is a:: | Utility (Continuation) of |
| >Application One:: | Utility Ser. No. 09/651,454 |
| Filing Date:: | August 30, 2000 |
| | *also, 454* |
| which is a:: | Continuation of |
| >>Application Two:: | Utility Ser. No. 09/299,483 |
| Filing Date:: | April 26, 1999 |
| | *6,144,310* |
| which is a:: | claims the benefit of |
| >>>Application Three:: | Provisional Ser. No. 60/117,307 |
| Filing Date:: | January 26, 1999 |

## Prior Foreign Applications

| | |
|---|---|
| Foreign Application One:: | None |
| Filing Date:: | |
| Country:: | |
| Priority Claimed:: | |

Page 2 of 2

BRK_000750

10396068.032503

Please type a plus sign (+) inside this box → [+]

PTO/SB/01 (12-97)
Approved for use through 9/30/00. OMB 0651-0032
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63)** | Attorney Docket Number | |
|---|---|---|
| | First Named Inventor | Gary J. Morris |
| | *COMPLETE IF KNOWN* | |
| ☒ Declaration Submitted with Initial Filing  OR  ☐ Declaration Submitted after Initial Filing (surcharge (37 CFR 1.16 (e)) required) | Application Number | / |
| | Filing Date | April 26, 1999 |
| | Group Art Unit | |
| | Examiner Name | |

As a below named inventor, I hereby declare that:

My residence, post office address, and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

| Environmental Condition Detector with Audible Alarm and Voice Identifier |
|---|

the specification of which                                    *(Title of the Invention)*

☒ is attached hereto
OR
☐ was filed on (MM/DD/YYYY) [_____] as United States Application Number or PCT International

Application Number [_____] and was amended on (MM/DD/YYYY) [_____] (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56.

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or 365(b) of any foreign application(s) for patent or inventor's certificate, or 365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or of any PCT international application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? YES | NO |
|---|---|---|---|---|---|
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |

☐ Additional foreign application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto.

I hereby claim the benefit under 35 U.S.C. 119(e) of any United States provisional application(s) listed below.

| Application Number(s) | Filing Date (MM/DD/YYYY) | |
|---|---|---|
| 60/117,307 | 01/24/1999 | ☐ Additional provisional application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto. |

[Page 1 of 2]

Burden Hour Statement: This form is estimated to take 0.4 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

CONFIDENTIAL

10306068 .032503

PTO/SB/01 (12-97)
Approved for use through 9/30/00. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Please type a plus sign (+) inside this box → [ + ]

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## DECLARATION — Utility or Design Patent Application

I hereby claim the benefit under 35 U.S.C. 120 of any United States application(s), or 365(c) of any PCT international application designating the United States of America, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of 35 U.S.C. 112, I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application.

| U.S. Parent Application or PCT Parent Number | Parent Filing Date (MM/DD/YYYY) | Parent Patent Number (if applicable) |
|---|---|---|
| | | |

☐ Additional U.S. or PCT international application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto.

As a named inventor, I hereby appoint the following registered practitioner(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith: ☐ Customer Number ____ OR

☐ Registered practitioner(s) name/registration number listed below

Place Customer Number Bar Code Label here

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| | | | |

☐ Additional registered practitioner(s) named on supplemental Registered Practitioner Information sheet PTO/SB/02C attached hereto.

Direct all correspondence to: ☐ Customer Number or Bar Code Label ____ OR ☒ Correspondence address below

| Name | Gary J. Morris |
|---|---|
| Address | 2026 Glenmark Avenue |
| Address | |

| City | Morgantown | State | WV | ZIP | 26505 |
|---|---|---|---|---|---|
| Country | USA | Telephone | (304)599-5945 | Fax | (304)598-3876 |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| Name of Sole or First Inventor: | ☐ A petition has been filed for this unsigned inventor |
|---|---|

| Given Name (first and middle if any) | Family Name or Surname |
|---|---|
| Gary Jay | Morris |

| Inventor's Signature | | Date | 4/26/99 |
|---|---|---|---|

| Residence: City | Morgantown | State | WV | Country | USA | Citizenship | USA |
|---|---|---|---|---|---|---|---|

| Post Office Address | 2026 Glenmark Avenue |
|---|---|
| Post Office Address | |

| City | Morgantown | State | WV | ZIP | 26505 | Country | USA |
|---|---|---|---|---|---|---|---|

☐ Additional inventors are being named on the ____ supplemental Additional Inventor(s) sheet(s) PTO/SB/02A attached hereto

[Page 2 of 2]

CONFIDENTIAL

BRK_000752

10396068.032503

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| | | ) |
| For: | Environmental Condition Detector With Audible Alarm and Voice Identifier | ) ) ) ) |
| | | ) |
| Serial No.: | 09/299,483 | ) |
| | | ) |
| Filed: | April 26, 1999 | ) |
| | | ) |
| Examiner: | N. Tong | ) |
| | | |
| Art Unit: | 2736 | |

### POWER OF ATTORNEY, UNITED STATES PATENT OFFICE

As a named sole inventor and owner of the above identified application; I hereby revoke any previously issued Powers of Attorney and I hereby appoint the following registered practitioner(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

| | | | |
|---|---|---|---|
| Lawrence J. Chapa | Reg. No. 39,135 | Paul M. Odell | Reg. No. 28,332 |
| Randall T. Erickson | Reg. No. 33,872 | Robert B. Polit | Reg. No. 33,993 |
| Stephen D. Geimer | Reg. No. 28,846 | Elaine M. Ramesh | Reg. No. 43,092 |
| Allen L. Hoover | Reg. No. 24,103 | Keith V. Rockey | Reg. No. 24,713 |
| Martin L. Katz | Reg. No. 25,011 | John F. Rollins | Reg. No. 38,013 |
| Kathleen A. Lyons | Reg. No. 31,852 | Thomas I. Ross | Reg. No. 29,275 |
| John F. Milnamow | Reg. No. 20,635 | Joel B. Siegel | Reg. No. 25,440 |
| Lisa V. Mueller | Reg. No. 38,978 | Paul M. Vargo | Reg. No. 29,116 |

whose mailing address for this application is:  ROCKEY, MILNAMOW & KATZ, LTD.
Two Prudential Plaza - Suite 4700
180 North Stetson Avenue
Chicago, Illinois 60601
Telephone: (312) 616-5600
Facsimile: (312) 616-5460

Please forward all correspondence and issued patent to Paul M. Vargo, Esq. Of the above-designated law firm.

By: _____
Gary J. Morris
2026 Glenmark Avenue
Morgantown, WV 26505

Dated  March 2, 2000

Page 1 of 1

BRK_000753

10396068.032503

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## REVOCATION OF POWER OF ATTORNEY

Docket No.
BRK-P-1182 (89349)

Name of Applicant:    Gary J. Morris
Address of Applicant:   2026 Glenmark Avenue
                        Morgantown, West Virginia 26505

Title:                 Environmental Condition Detector With Audible Alarm and Voice Identifier

Serial No., if Any:
Filed:

### TO THE ASSISTANT COMMISSIONER FOR PATENTS

The Assistant Commissioner for Patents
Washington, D.C. 20231

Honorable Sir:
    I hereby revoke the Power of Attorney given to:

   Rockey, Milnamow & Katz, Ltd.
   Two Prudential Plaza
   Suite 4700
   180 North Stetson Avenue
   Chicago, Illinois 60601

Dated: 3/20/03                By: _____
                                  Gary J. Morris

BRK_000754

10396068 .032503

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## POWER OF ATTORNEY

Docket No.
**BRK-P-1182 (89349)**

Name of Applicant: Gary J. Morris
Address of Applicant: 2026 Glenmark Avenue
Morgantown, West Virginia 26505

Title: **Environmental Condition Detector With Audible Alarm And Voice Identifier**

Serial No., if Any:
Filed:

### TO THE ASSISTANT COMMISSIONER FOR PATENTS

The Assistant Commissioner for Patents
Washington, D.C. 20231

Honorable Sir:
I hereby appoint:

Paul M. Vargo, Reg. No. 29,116
Welsh & Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, Illinois 60606
Ph. 312 655 1500, Ext. 401
Fax 312 655 1501

as principal attorneys to prosecute this application and to transact all business in the Patent and Trademark
Office connected therewith.

Please direct all future correspondence to: By _____
Gary J. Morris
Paul M. Vargo, Reg. No. 29,116
Welsh & Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, Illinois 60606
Ph. 312 655 1500, Ext. 401
Fax 312 655 1501

Dated: 3/20/03

BRK_000755

10396068 .032503

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**DOCUMENT CLASSIFICATION BARCODE SHEET**



# Miscellaneous



Level - 2
Version 1.1
Updated - 8/01/01

10396068.032503

# United States Patent & Trademark Office
## Office of Initial Patent Examination -- Scanning Division



Application deficiencies found during scanning:

☐ Page(s)_____ of_____ were not present
for scanning.
                                        (Document title)


☐ Page(s)_____ of_____ were not
present
for scanning.
                                        (Document title)


☒ *Scanned copy is best available.* One Page of declaration has
line

PRINT OF DRAWINGS
AS ORIGINALLY FILED

1/5



**Fig. 1**

CONFIDENTIAL

PRINT OF DRAWINGS
AS ORIGINALLY FILD

2/5



**Fig. 2**

CONFIDENTIAL

BRK_000759

PRINT OF DRAWINGS
AS ORIGINALLY FILE

3/5



**Fig. 3**

CONFIDENTIAL

PRINT OF DRAWINGS
AS ORIGINALLY FILE

4/5



Fig. 4



Fig. 5

CONFIDENTIAL

PRINT OF DRAWINGS
AS ORIGINALLY FILE.

10906068.032503

5/5



Fig. 6



Fig. 7

CONFIDENTIAL

6784798

1/5



**Fig. 1**

CONFIDENTIAL



10396068.032503

2/5



**Fig. 2**

CONFIDENTIAL

10396068.032603

3/5



**Fig. 3**

CONFIDENTIAL

10396068.032503

4/5



Fig. 4



Fig. 5

CONFIDENTIAL

10306068.032503

5/5



Fig. 6



Fig. 7

CONFIDENTIAL

BRK_000767

10396068.032503

2/a

9-13-03

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:  Gary J. Morris )
)
For:    Environmental Condition )
Detector with Audible Alarm )
and Voice Identifier )
)
Serial No.: )
)
Filed: )
)
Examiner:     Not assigned )
)
Art Unit: )
)
Docket No. 8365/89349 )

### PRELIMINARY AMENDMENT

Hon. Comm. For Patents

Washington, D.C. 20231

Sir:

### IN THE SPECIFICATION:

N7.         Page 1, please delete the first paragraph and insert the following paragraph:   , now patent as 6,600,424,

-- This application is a continuation of Ser. No. 09/651,454 filed August 30, 2000; which

was a continuation of Ser. No. 09/299,483, filed April 26, 1999, now US Patent No. 6,144,310

which was a utility application claiming the benefit of the earlier filing date of Provisional Ser.

No. 60/117,307 filed January 26, 1999. --

Please cancel the pending claims without prejudice.  Please add the following new
claims:

-- 22.  A self-contained ambient condition detector comprising:

A

Serial No.
Page 2

an ambient condition sensor,

control electronics coupled to the sensor and responsive thereto wherein in response to a predetermined ambient condition, a user unalterable, pre-stored, audible, alarm identifying tonal output pattern is emitted wherein the pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones wherein the tones are interrupted and are spaced apart from one another by silent intertonal spacing intervals of a common duration and wherein the common duration is always shorter than each of the silent intervals and including voice output circuitry and a plurality of pre-stored, user unalterable, verbal alarm location output messages, one of the pre-stored messages is user selectable and verbalizes the selected location, where the control electronics, in response to the predetermined ambient condition, causes the audible tonal pattern to be emitted, and, causes the selected location message to be repetitively emitted in respective silent intervals; and

a common housing for the sensor, the electronics, the output circuitry and a power supply. --

-- 23.   A detector as in claim 22 wherein  the sensor is a fire sensor and including a pre-stored fire specifying, verbal message to reinforce a respective tonal output pattern indicative of sensed fire. --

-- 24.   A detector as in claim 23 wherein the fire indicating tonal output pattern defines groups of substantially identical output tones with a common intertonal spacing of the common duration and wherein the silent intervals are at least twice as long as the common duration. --

-- 25.   A detector as in claim 22 wherein the sensor is a gas sensor and including a gas specifying pre-stored verbal message to reinforce a respective tonal output pattern, indicative of sensed gas. --

-- 26.   A detector as in claim 25 wherein the gas indicating tonal output pattern defines groups of four substantially identical output tones with  common intertonal spacing of a first duration wherein the silent intervals are longer. --

-- 27.   A detector as in claim  23 wherein each tone of the tonal pattern has a duration on the order of .5 seconds. --

-- 28.   A detector as in claim 22 wherein the power supply comprises at least one of an AC/DC supply or a battery. --

BRK_000769

10396068.032503

Serial No.
Page 3

-- 29.   A detector as in claim 28 wherein the voice circuitry includes semiconductor storage circuitry for the pre-stored verbal message. --

-- 30.   A detector as in claim 29 wherein at least one alarm-type specifying verbal message is also pre-stored in the semiconductor storage circuit. --

-- 31.   A detector as in claim 30 wherein the electronics, in response to the predetermined ambient condition, emits the tonal output pattern and also repetitively emits   first and second audible verbal output messages in respective silent intervals indicative of alarm type and location. --

-- 32.   A detector as in claim 31 which includes a manually operable location specifying element. --

-- 33.   A detector as in claim 22 wherein the voice circuitry includes semiconductor storage circuitry for the pre-stored message. --

-- 34.   A detector as in claim 33 which includes a second sensor carried by the housing coupled to the control electronics, and a second condition warning audible message stored in the semiconductor storage circuitry. --

-- 35.   A detector as in claim 34 wherein in response to sensing the second condition, the control electronics repetitively emits the second warning verbal message. --

-- 36.   A detector as in claim 22 wherein representations of the location specifying messages are pre-stored in at least two different languages. --

-- 37.   A detector as in claim 36 wherein the sensor is selected from a class which includes a fire sensor, and a gas sensor. --

-- 38.   A detector as in claim 36 which includes at least two pre-stored alarm-type verbal counterparts wherein the verbal counterparts are in first and second different languages. --

-- 39.   A detector as in claim 38 which includes a manually operable, language specifying element. --

-- 40.   A detector comprising:

   a housing;

   a fire sensor carried by the housing;

   a control element coupled to the sensor, the element includes circuitry for detecting a fire;

$A$

10396068 .032503

Serial No.
Page 4

an alarm indicating audible output device coupled to the control element wherein the control element, in response to a detected fire drives the output device to repetitively emit interrupted groups of fire indicating tones, the members of the groups are spaced apart from one another by a first time interval and the groups are spaced apart by silent, longer second time intervals;

semiconductor storage for at least a word indicative of the presence of fire where in response to a detected fire the control element repetitively injects the stored fire indicating word into only the second time intervals between groups of fire alarm indicating tones, where the tonal patterns are predefined, and not user alterable and wherein the output word is pre-stored and not user alterable; and

which includes at least one pre-stored verbal counterpart to the pre-stored verbal message where the pre-stored verbal message and the verbal counterpart are in two different languages. --

-- 41. A detector as in claim 40 wherein the control element includes an interconnect port for receipt of alarm indicating signals from at least one remotely located detector. --



-- 42. A detector as in claim 41 wherein the control element includes circuitry responsive to received alarm indicating signals for repetitively emitting the fire alarm tones and intervening fire indicating verbal output word during the second time intervals. --

-- 43. A detector as in claim 40 which includes a second condition sensor and an associated verbal, condition warning phrase stored in the semiconductor storage. --

-- 44. A detector as in claim 43 wherein the control element emits the associated verbal condition warning phrase in response to a predetermined output from the second sensor. --

-- 45. A detector as in claim 42 wherein the received alarm indicating signals from the at least one remotely located detector include specific information such that the control element of the detector receiving the alarm indicating signals drives the output device to emit the same tonal pattern and verbal message as the at least one remotely located detector sensing the ambient condition. --

-- 46. An apparatus for the detection and enunciation of hazardous conditions within an environment comprising:

𝒜

10396068.032503

Serial No.
Page 5

at least first and second sensors responsive to respective first and second conditions in the environment;

an alarm circuit, responsive to the sensors for generating at least a first alarm pattern;

voice synthesizing circuitry responsive to the sensors for generating at least a first voice message;

control circuitry coupled to the alarm circuit and the voice synthesizing circuitry with at least the first alarm pattern and the first voice message sequentially emitted in response to the presence of the first alarm condition. --

-- 47. An apparatus as in claim 46 where the first sensor comprises a smoke sensor and the second sensor comprises a gas sensor. --

-- 48. An apparatus as in claim 46, where the alarm circuit generates a second, different alarm pattern, the first alarm pattern is associated with the condition to which the first sensor responds and the second alarm pattern is associated with the condition to which the second sensor responds. --

-- 49. An apparatus as in claim 48 where the voice synthesizing circuitry includes further circuitry for generating at least a second voice message with the second alarm pattern and the second voice message sequentially emitted in response to the presence of the second alarm condition. --

-- 50. An apparatus as in claim 49 where the first sensor is a fire sensor, the second sensor is a gas sensor with the first voice message indicative of fire and the second voice message indicative of gas. --

-- 51. An apparatus as in claim 50 where the alarm patterns and the voice messages are pre-set and not user alterable. --

-- 52. An apparatus as in claim 50 where the alarm patterns each include a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones, the members of the respective pluralities of tones are spaced apart from one another by silent intertonal spacing intervals of a respective common duration, the common duration is always shorter than the respective silent intervals. --

10396068.032503

Serial No.
Page 6

-- 53.   An apparatus as in claim 52 where the alarm patterns and the voice messages are pre-set and not user alterable. --

-- 54.   An apparatus as in claim 46 where the voice synthesizing circuitry generates the first voice message in a selected one of at least two languages. --

-- 55.   An apparatus as in claim 54 which includes a manually settable language selecting element. --

-- 56.   An apparatus as in claim 52 where the voice synthesizing circuitry generates the first voice message in a selected one of at least two languages. --

-- 57.   An apparatus as in claim 56 includes a manually settable language selecting element. --

-- 58.   An apparatus as in claim 46 where the alarm patterns and the voice messages are pre-set and not user alterable and are emitted by first and second different respective output transducers. --

-- 59.   An apparatus as in claim 50 where the alarm patterns and the voice messages are pre-set and not user alterable and are emitted by first and second different respective output transducers.--

-- 60.   A self-contained ambient condition detector comprising:

an ambient condition sensor;

control electronics coupled to the sensor and responsive thereto where in response to a predetermined ambient condition, a user unalterable, pre-stored, audible, alarm identifying tonal output pattern is emitted, the pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones wherein the tones are interrupted and are spaced apart from one another by silent intertonal spacing intervals of a common duration and wherein the common duration is always shorter than each of the silent intervals and including voice output circuitry, the voice circuitry includes a pre-stored, user unalterable, verbal alarm-type output message where the pre-stored message is associated with the tonal output pattern and verbalizes the respective alarm type and where the control electronics, in response to the predetermined ambient condition intermittently activates a first transducer to emit the audible tonal pattern and repetitively activates a second different transducer to emit the verbal alarm-type in respective silent intervals; and

𝒜

10396068.032503

Serial No.
Page 7

*as conf.*

a common housing which carries the sensor, the electronics, the voice output
circuitry, the transducers and a power supply without any recording circuitry.

## R E M A R K S

Prior to examination, it is requested that the above identified claims be entered.

Respectfully submitted,

WELSH & KATZ, LTD.

BY: _____

Paul M. Vargo, Reg. No. 29,116

120 South Riverside Plaza
22nd Floor
Chicago, Illinois 60606
Phone: 312-655-1500-401
Fax:    312-655-1501

BRK_000774

10396068 .032503

Serial No.
Page 8

**Marked Version of the Amended Claims**

Page 1, please delete the first paragraph and insert the following paragraph:

[This application is in reference to Provisional Patent Application 60/117,307 and Disclosure Document 415668.]

-- This application is a continuation of Ser. No. 09/651,454 filed August 30, 2000; which was a continuation of Ser. No. 09/299,483, filed April 26, 1999, now US Patent No. 6,144,310; which was a utility application claiming the benefit of the earlier filing date of Provisional Ser. No. 60/117,307 filed January 26, 1999. --

A

BRK_000775

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/396,068 | 03/25/2003 | Gary Jay Morris | 8365/89349 | 5927 |

| | | |
|---|---|---|
| 24628 7590 10/02/2003 | | EXAMINER |
| WELSH & KATZ, LTD | | TONG, NINA C |
| 120 S RIVERSIDE PLAZA | | |
| 22ND FLOOR | ART UNIT | PAPER NUMBER |
| CHICAGO, IL 60606 | 2632 | 3 |

DATE MAILED: 10/02/2003

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 10/396,068 | MORRIS, GARY JAY |
| | Examiner | Art Unit | |
| | Nina Tong | 2632 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>25 March 2003</u>.

2a)☐ This action is **FINAL**.     2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>22-60</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>22-60</u> is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

11)☐ The proposed drawing correction filed on _____ is: a)☐ approved b)☐ disapproved by the Examiner.

    If approved, corrected drawings are required in reply to this Office action.

12)☒ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. §§ 119 and 120**

13)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____ .

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

14)☒ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

    a) ☐ The translation of the foreign language provisional application has been received.

15)☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)             4)☐ Interview Summary (PTO-413) Paper No(s). _____ .

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)    5)☐ Notice of Informal Patent Application (PTO-152)

3)☐ Information Disclosure Statement(s) (PTO-1449) Paper No(s) _____ .    6)☐ Other: .

U.S. Patent and Trademark Office

PTOL-326 (Rev. 04-01)          Office Action Summary          Part of Paper No. 3

Application/Control Number: 10/396,068                                              Page 2
Art Unit: 2632

## DETAILED ACTION

### *Oath/Declaration*

1.      The oath or declaration is defective. A new oath or declaration in compliance with 37

CFR 1.67(a) identifying this application by application number and filing date is required. See

MPEP §§ 602.01 and 602.02.

        The oath or declaration is defective because:

        The filing date for the provisional application 60/117,307 should be 01/26/1999 instead

of 01/24/1999.

### *Double Patenting*

2.      The nonstatutory double patenting rejection is based on a judicially created doctrine
grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or
improper timewise extension of the "right to exclude" granted by a patent and to prevent possible
harassment by multiple assignees. See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed.
Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686
F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA
1970);and, *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).
        A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) may be used to
overcome an actual or provisional rejection based on a nonstatutory double patenting ground
provided the conflicting application or patent is shown to be commonly owned with this
application. See 37 CFR 1.130(b).
        Effective January 1, 1994, a registered attorney or agent of record may sign a terminal
disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37
CFR 3.73(b).

3.      Claims 22-60 are rejected under the judicially created doctrine of obviousness-type

double patenting as being unpatentable over claims 1-22 of U.S. Patent No. 6,144,310. Although

Application/Control Number: 10/396,068                                    Page 3
Art Unit: 2632

the conflicting claims are not identical, they are not patentably distinct from each other because

they both are claiming the claimed self-contained ambient/environment condition detector

comprising: an ambient/environment condition sensor, control electronics coupled to the sensor

and responsive thereto wherein in response to a predetermined ambient/environment condition, a

user unalterable, pre-stored, audible, alarm identifying tonal output pattern is emitted wherein the

pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities

of spaced apart tones wherein the tones are interrupted and are spaced apart from one another by

silent intertonal spacing intervals of a common duration and wherein the common duration is

always shorter than each of the silent intervals and including voice output circuitry and a

plurality of pre-stored, user unalterable, verbal alarm location output messages, one of the pre-

stored messages is user selectable and verbalizes the selected location, where the control

electronics, in response to the predetermined ambient condition, causes the audible tonal pattern

to be emitted, and, cause the selected location, where the control electronics, in response to the

predetermined ambient condition, causes the audible tonal pattern to be emitted, and causes the

selected location message to be repetitively emitted in respective silent intervals; and a common

housing for the sensor, the electronics, the output circuitry and  a power supply; and/or the pre-

stored verbal message and the verbal counterpart are in two different languages; and/or there are

first and second different environment sensors.


4.      Claims 22-60 are rejected under the judicially created doctrine of obviousness-type

double patenting as being unpatentable over claims 1-41 of U.S. Patent No. 6,600,424.  Although

the conflicting claims are not identical, they are not patentably distinct from each other because

Application/Control Number: 10/396,068                                    Page 4
Art Unit: 2632

they both are claiming the claimed self-contained ambient/environment condition detector

comprising: an ambient/environment condition sensor, control electronics coupled to the sensor

and responsive thereto wherein in response to a predetermined ambient/environment condition, a

user unalterable, pre-stored, audible, alarm identifying tonal output pattern is emitted wherein the

pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities

of spaced apart tones wherein the tones are interrupted and are spaced apart from one another by

silent intertonal spacing intervals of a common duration and wherein the common duration is

always shorter than each of the silent intervals and including voice output circuitry and a

plurality of pre-stored, user unalterable, verbal alarm location output messages, one of the pre-

stored messages is user selectable and verbalizes the selected location, where the control

electronics, in response to the predetermined ambient condition, causes the audible tonal pattern

to be emitted, and, cause the selected location, where the control electronics, in response to the

predetermined ambient condition, causes the audible tonal pattern to be emitted, and causes the

selected location message to be repetitively emitted in respective silent intervals; and a common

housing for the sensor, the electronics, the output circuitry and  a power supply; and/or the pre-

stored verbal message and the verbal counterpart are in two different languages; and/or there are

first and second different environment sensors.


5.      Claims 22-60 are rejected under the judicially created doctrine of obviousness-type

double patenting as being unpatentable over claims 1-59 of U.S. Patent No. 6,323,780.  Although

the conflicting claims are not identical, they are not patentably distinct from each other because

they both are claiming the claimed self-contained ambient/environment condition detector

Application/Control Number: 10/396,068                                        Page 5

Art Unit: 2632

comprising: an ambient/environment condition sensor, control electronics coupled to the sensor

and responsive thereto wherein in response to a predetermined ambient/environment condition, a

user unalterable, pre-stored, audible, alarm identifying tonal output pattern is emitted wherein the

pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities

of spaced apart tones wherein the tones are interrupted and are spaced apart from one another by

silent intertonal spacing intervals of a common duration and wherein the common duration is

always shorter than each of the silent intervals and including voice output circuitry and a

plurality of pre-stored, user unalterable, verbal alarm location output messages, one of the pre-

stored messages is user selectable and verbalizes the selected location, where the control

electronics, in response to the predetermined ambient condition, causes the audible tonal pattern

to be emitted, and, cause the selected location, where the control electronics, in response to the

predetermined ambient condition, causes the audible tonal pattern to be emitted, and causes the

selected location message to be repetitively emitted in respective silent intervals; and a common

housing for the sensor, the electronics, the output circuitry and a power supply; and/or the pre-

stored verbal message and the verbal counterpart are in two different languages; and/or there are

first and second different environment sensors.

### *Claim Rejections - 35 USC § 103*

6.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person

Application/Control Number: 10/396,068                          Page 6
Art Unit: 2632

> having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the
> manner in which the invention was made.

7.      Claims 46-55,58-59, are rejected under 35 U.S.C. 103(a) as being unpatentable over

Buck et al. (4,688,021) in view of Fray 5,663,714).


        Regarding claims 46-49,52, Buck et al. discloses a combined smoke and gas detection

apparatus for sensing both smoke and gas environmental condition in order to provide the

warning signals.

        Buck et al. fails to specify the claimed audible tone with voice messages.

        However, Fray teaches the concept of providing an audible tone with voice messages

during the silence period between the tone patterns. Also, it would have been obvious to one of

ordinary skill in the art at the time the invention was made to provide different warning sounds

for different sensed sensor for increasing safety. It would have been obvious to one of ordinary

skill in the art at the time the invention was made to provide two different sets of warning sound,

each set included voice messages between tone patterns, in Buck et al. as taught by Fray for

increasing safety.

        Also, it is well-known in the art that the maximum silence period between the tonal alarm

patterns is 1.5 seconds under NFPA and UL regulations as admitted by the applicant in the

specification (page 5). It would have been obvious to one of ordinary skill in the art at the time

the invention was made to employ the tone patterns as set by the NFPA and UL regulations in

the above combination for safety.


        Regarding claim 50, Buck et al. fails to specify the claimed fire sensor. However, as long

as the system is function the same, employing various type of well-known sensor would not

Application/Control Number: 10/396,068 Page 7
Art Unit: 2632

constitute an inventive step but an obvious design choice. It would have been obvious to one of

ordinary skill in the art at the time the invention was made to employ the well-known fire sensor

instead of the smoke sensor of Buck et al. in the above combination for performing the same

function as desired.

Regarding claims 51,53,58,59, Fray fails to specify the claimed voice messages are pre-

set and user unalterable. However, as long as the verbal message is provided, recorded the verbal

messages during the manufacture such that the other unauthorized user could not change the

message for safety is well-known in the art and would not constitute an inventive step but an

obvious design choice. It would have been obvious to one of ordinary skill in the art at the time

the invention was made to employ the unalterable pre-recorded verbal message instead in the

above combination for increasing safety and for performing the same function as desired. As

long as the audible alarm and the verbal messages are provided, employing one transducer or two

transducers for producing the above signals would not constitute an inventive step but an obvious

design choice. It would have been obvious to one of ordinary skill in the art at the time the

invention was made to employ two transducers for producing the audible and voice alarm signals

in the above combination for performing the same functions as desired.

Regarding claims 54,55, it is well-known in the art of providing a selecting means for the

user to select different language. As long as the verbal alarm messages are provided, providing

the messages with different languages would not constitute an inventive step but an obvious

design choice. It would have been obvious to one of ordinary skill in the art at the time the

Application/Control Number: 10/396,068                                    Page 8
Art Unit: 2632

invention was made to employ the well-known language selecting means in the above

combination for selecting different languages for convenience.

8.      Claim 60 is rejected under 35 U.S.C. 103(a) as being unpatentable over Fray (5,587,705).

        Regarding claim 60, Fray discloses a warning system for giving verbal instruction during

fire, which comprises the smoke detector 13, the electronic means for activation of an alarm

having a prescribed audible tonal pattern (the alarm tone generator 10), the claimed "electronic

means for playing of pre-recorded voice messages" (the digital recording and playback device 7),

the claimed power source 31.

        Fray fails to specify the claimed specified spacing between the tones and the messages.

        However, Fray shows the system of emitting a number of tones, followed by a verbal

message, followed by the same number of tones. The pattern is repeated and may be adjusted and

changed easily.  Also, it is well-known in the art that the maximum silence period between the

tonal alarm patterns is 1.5 seconds under NFPA and UL regulations as admitted by the applicant

in the specification (page 5). It would have been obvious to one of ordinary skill in the art at the

time the invention was made to employ the tone patterns as set by the NFPA and UL regulations

in Fray for safety. Since Fray teaches the concept of providing verbal message between tone

patterns, and it would have been obvious to employ the above tone patterns, it would have been

obvious to one of ordinary skill in the art at the time the invention was made to provide the

verbal message during the silence period of the tone patterns as set by the NFPA and UL

regulation in Fray for improving safety.

Application/Control Number: 10/396,068                                      Page 9
Art Unit: 2632

       Fray fails to specify the claimed voice messages are pre-set and user unalterable. However, as long as the verbal message is provided, recorded the verbal messages during the manufacture such that the other unauthorized user could not change the message for safety is well-known in the art and would not constitute an inventive step but an obvious design choice. It would have been obvious to one of ordinary skill in the art at the time the invention was made to employ the unalterable pre-recorded verbal message instead in the above combination for increasing safety and for performing the same function as desired. As long as the audible alarm and the verbal messages are provided, employing one transducer or two transducers for producing the above signals would not constitute an inventive step but an obvious design choice. It would have been obvious to one of ordinary skill in the art at the time the invention was made to employ two transducers for producing the audible and voice alarm signals in the above combination for performing the same functions as desired.

*Allowable Subject Matter*

9.      Claims 22-45 are allowed.

10.      Claims 56,57 are objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

Application/Control Number: 10/396,068                                    Page 10
Art Unit: 2632

### *Conclusion*

11.     The prior art made of record and not relied upon is considered pertinent to applicant's

disclosure.

Walker 6,344,799 discloses a location specific alarm relay.


        Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Nina Tong whose telephone number is 703-305-4831. The

examiner can normally be reached on Mon-Wed. (9:30 -8:00).

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Daniel Wu can be reached on 703-308-6730. The fax phone number for the

organization where this application or proceeding is assigned is (703) 872-9306.

        Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the receptionist whose telephone number is 703-305-4700.


                                                Nina Tong
                                                Primary Examiner
                                                Art Unit 2632

Nina Tong
September 23, 2003

BRK_000786

| | | | | |
|---|---|---|---|---|
| ***Notice of References Cited*** | 10/396,068 | | Reexamination<br>MORRIS, GARY JAY | |
| | Examiner<br>Nina Tong | | Art Unit<br>2632 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-6,344,799 | 02-2002 | Walker, Calvin | 340/691.1 |
| | B | US-4,688,021 | 08-1987 | Buck et al. | 340/521 |
| | C | US-5,663,714 | 09-1997 | Fray, Eddie Lee | 340/692 |
| | D | US-6,144,310 | 11-2000 | Morris, Gary Jay | 340/692 |
| | E | US-6,600,424 | 07-2003 | Morris, Gary Jay | 340/628 |
| | F | US-6,323,780 | 11-2001 | Morris, Gary J. | 340/692 |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | | | | | |

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | | | | | | |
| | | | | | | |

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

BRK_000787

2632

#4
S I
11-14-03

IN THE UNITED STATES PATENT & TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| Serial No.: | 10/396,068 | ) |
| Filed: | March 25, 2003 | ) |
| Title: | Environmental Condition Detector With | ) |
| | Audible Alarm and Voice Identifier | ) |
| Group Art Unit: | 2632 | ) |
| Examiner: | Not assigned | ) |
| Docket No. | 8365/89349 (BRK-P-1182) | ) |

INFORMATION DISCLOSURE STATEMENT

Mail Stop Information Disclosure Statement
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

    Attached Form PTO/SB/08A lists documents which may be considered to be material to the above-identified application by the Patent Examiner. Copies of the documents are enclosed. Entry into the record is respectfully requested.

    The Commissioner is hereby also authorized to charge any additional fees which may be required pursuant to 37 CFR 1.97(c)(2) and 37 CFR 1.17(p) in connection with filing this Statement as well as any other fees due under 37 CFR §§1.16-1.17, or credit any overpayment, to Deposit Account No. 23-0920. Should no proper payment be enclosed herewith, as by a check being in the wrong amount, unsigned, post-dated, otherwise improper or informal or even entirely missing, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 23-0920. A duplicate copy of this sheet is enclosed.

Respectfully submitted

By _____

Paul M. Vargo, Reg. No. 29,116

WELSH, & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606-3912
(312) 655-1500

CERTIFICATE OF MAILING

    I hereby certify that this paper is being deposited with the United States Postal Service with sufficient postage at First Class Mail in an envelope addressed to: Commissioner for Patents, Washington, D.C. 20231 on

July 17-2003

Rowena K Lieber

BRK-P-1182 (8365-89349)

*2 6 3 2*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| Serial No.: | 10/396,068 | ) |
| Filed: | March 25, 2003 | ) |
| For: | Environmental Condition Detector with Audible Alarm and Voice Identifier | ) |
| Examiner: | Nina C. Tong | ) |
| Group Art Unit: 2632 | | ) |

CERTIFICATE OF MAILING

I hereby certify that this paper is being deposited with the United States Postal Service as First Class Mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450, on this date.

2-19-04
Date

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

RECEIVED
FEB 2 7 2004
Technology Center 2600

### PETITION FOR EXTENSION OF TIME

Applicant(s) hereby petition(s) under 37 C.F.R. §1.136(a) for an extension of time for response in the above-identified application for the period required to make the attached response timely.

Extension fee for response within first month:
( ) By a small entity (§1.9(f)) .......... $ 55.00
( ) By other than a small entity .......... $ 110.00

Extension fee for response within second month:
( ) By a small entity (§1.9(f)) .......... $ 210.00
(x) By other than a small entity .......... $ 420.00

Extension fee for response within third month:
( ) By a small entity (§1.9(f)) .......... $ 475.00
( ) By other than a small entity .......... $ 950.00

Extension fee for response within fourth month:
( ) By a small entity (§1.9(f)) .......... $ 740.00
( ) By other than a small entity .......... $1480.00

Extension fee for response within fifth month:
( ) By a small entity (§1.9(f)) .......... $ 1005.00
( ) By other than a small entity .......... $2010.00

(X) A check in the amount of $ 420.00 to cover the extension fee is enclosed.

( ) Charge $_____ to Deposit Account No. 23-0920.

(X) The Commissioner is hereby authorized to charge any additional fees which may be required to this petition, or credit any overpayment, to Deposit Account No. 23-0920. Should no proper amount be enclosed herewith, as by a check being in the wrong amount, unsigned, post-dated, otherwise improper or informal or even entirely missing, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 23-0920. A duplicate copy of this sheet is enclosed.

120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
(312) 655-1500

WELSH & KATZ, LTD.

By _____
Paul M. Vargo
Registration No. 29,116

Check either 1 or 2 below, if appropriate.

1.     (  )    For submissions on behalf of an organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the organization.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

2.     (X)    The undersigned is an attorney of record.

2-17-0_
Date

_Paul M Vargo_
Signature

_PAUL   M.  VARGO_
Type or printed name

(X)    Terminal disclaimer fee under 37 CFR 1.20(d) included.

(X)    PTO suggested wording for terminal disclaimer was

(X) unchanged.  (  ) changed (if changed, an explanation should be supplied).

WELSH & KATZ, LTD.
120 South Riverside Plaza
22nd Floor
Chicago, IL  60606
(312) 655-1500

2

BRK_000790





8365-89349

## DECLARATION AND POWER OF ATTORNEY

As a below named inventor, I hereby declare:

That my residence, post office address and citizenship are as stated below next to my name.

That I verily believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural inventors are named below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

**ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER**

the specification of which (check one)
( ) is attached hereto.
(X) was filed on March 25, 2003 as
    Application Serial No. 10/396,068
    and was amended on _____
                        (if applicable)

**RECEIVED**

FEB 2 7 2004

Technology Center 2600

That I have reviewed and understand the contents of the above-identified specification, including the claim, as amended by any amendment referred to above.

That I acknowledge the duty to disclose information known to be material to patentability of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

That I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate on this invention having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)

Priority Claimed

| | | | Yes | No |
|---|---|---|---|---|
| _____ | _____ | _____ | ☐ | ☐ |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |
| _____ | _____ | _____ | ☐ | ☐ |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |

I hereby claim the benefit under 35 U.S.C. § 119(e) of any United States provisional application(s) listed below.

| 60/117,307 | Jan. 26, 1999 |
|---|---|
| (Application Number) | (Filing Date) |
| _____ | _____ |
| (Application Number) | (Filing Date) |

That I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

United States Application(s)

| 09/651,454 | Aug. 30, 2000 | Patented |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Status)-(Patented, pending, abandoned) |
| 09/299,483 | April 26, 1999 | Patented |
| (Application Serial No.) | (Filing Date) | (Status)-(Patented, pending, abandoned) |

That all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

I hereby appoint the following attorneys, with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark Office connected therewith and request that all correspondence and telephone calls in respect to this application be directed to WELSH & KATZ, LTD., 120 South Riverside Plaza, 22nd Floor, Chicago, Illinois 60606, Telephone No. (312) 655-1500:

| Attorney | Registration No. |
|---|---|
| A. Sidney Katz | 24,003 |
| Richard L. Wood | 22,839 |
| Jerold B. Schnayer | 28,903 |
| Eric C. Cohen | 27,429 |
| Joseph R. Marcus | 25,060 |
| Gerald S. Schur | 22,053 |
| Gerald T. Shekleton | 27,466 |
| James A. Scheer | 29,434 |
| Daniel R. Cherry | 29,054 |
| Edward P. Gamson | 29,381 |
| Kathleen A. Rheintgen | 34,044 |
| Thomas W. Tolpin | 27,600 |
| Jon P. Christensen | 34,137 |
| Eric D. Cohen | 38,110 |
| Walter J. Kawula, Jr. | 39,724 |
| Philip D. Segrest, Jr. | 39,021 |
| Mitchell J. Weinstein | 37,963 |
| Leonard Friedman | 37,135 |
| Steven E. Feldman | 40,604 |
| Jeffrey W. Salmon | 37,435 |
| Paul M. Vargo | 29,116 |

Full name of additional
joint inventor, if any:                    Gary J. Morris

Inventor's signature:

Date:                                      10/28/03

Residence                                  Morgantown, West Virginia

Post Office Address:                       2026 Glenmark Avenue

                                           Morgantown, West Virginia 26505

Citizenship:                               US

Address for Correspondence:                Paul M. Vargo
                                           WELSH & KATZ, LTD.
                                           120 South Riverside Plaza
                                           22nd Floor
                                           Chicago, Illinois 60606
                                           Telephone: (312) 655-1500
                                           Facsimile: (312) 655-1501

BRK_000792

PATENT APPLICATION

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | |
|---|---|
| Applicant: | Gary Jay Morris |
| Serial No.: | 10/396,068 |
| Filed: | March 25, 2003 |
| Title: | Environmental Condition Detector with Audible Alarm and Voice Identifier |
| Group Art: | 2632 |
| Examiner: | Nina C. Tong |
| Docket No.: | 8365-89349 |

**CERTIFICATE OF MAILING**

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450**, on the date below.

_____

2-19-04
(Date)

**RECEIVED**

FEB 2 7 2004

Technology Center 2600

Commissioner for Patents
P. O. Box 1450
Alexandria, Virginia 22313-1450

**AMENDMENT A**

Dear Sir:

This Amendment is responsive to a non-final Office Action mailed October 2, 2003 with a shortened three month response interval extended two months by Petition and fee filed herewith.

Serial No. 10/396,068
Page 2

**Claim Amendments**

1-21    (cancelled)

22.    (previously presented) A self-contained ambient condition detector comprising:
an ambient condition sensor;

control electronics coupled to the sensor and responsive thereto wherein in response to a predetermined ambient condition, a user unalterable, pre-stored, audible, alarm identifying tonal output pattern is emitted wherein the pattern includes a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced apart tones wherein the tones are interrupted and are spaced apart from one another by silent intertonal spacing intervals of a common duration and wherein the common duration is always shorter than each of the silent intervals and including voice output circuitry and a plurality of pre-stored, user unalterable, verbal alarm location output messages, one of the pre-stored messages is user selectable and verbalizes the selected location, where the control electronics, in response to the predetermined ambient condition, causes the audible tonal pattern to be emitted, and, causes the selected location message to be repetitively emitted in respective silent intervals; and



a common housing for the sensor, the electronics, the output circuitry and a power supply.

23.    (previously presented) A detector as in claim 22 wherein the sensor is a fire sensor and including a pre-stored fire specifying, verbal message to reinforce a respective tonal output pattern indicative of sensed fire.

24.    (previously presented) A detector as in claim 23 wherein the fire indicating tonal output pattern defines groups of substantially identical output tones with a common intertonal spacing of the common duration and wherein the silent intervals are at least twice as long as the common duration.

Serial No. 10/396,068
Page 3

5
25. (previously presented) A detector as in claim 22 wherein the sensor is a gas
sensor and including a gas specifying pre-stored verbal message to reinforce a respective tonal
output pattern, indicative of sensed gas.

6
26. (previously presented) A detector as in claim 5 wherein the gas indicating tonal
output pattern defines groups of four substantially identical output tones with common intertonal
spacing of a first duration wherein the silent intervals are longer.

4
27. (previously presented) A detector as in claim 2 wherein each tone of the tonal
pattern has a duration on the order of .5 seconds.

7
28. (previously presented) A detector as in claim 22 wherein the power supply
comprises at least one of an AC/DC supply or a battery.

8
29. (previously presented) A detector as in claim 7 wherein the voice circuitry
includes semiconductor storage circuitry for the pre-stored verbal message.

9
30. (previously presented) A detector as in claim 8 wherein at least one alarm-type
specifying verbal message is also pre-stored in the semiconductor storage circuit.

10
31. (previously presented) A detector as in claim 9 wherein the electronics, in
response to the predetermined ambient condition, emits the tonal output pattern and also
repetitively emits first and second audible verbal output messages in respective silent intervals
indicative of alarm type and location.

11
32. (previously presented) A detector as in claim 10 which includes a manually
operable location specifying element.

12
33. (previously presented) A detector as in claim 22 wherein the voice circuitry
includes semiconductor storage circuitry for the pre-stored message.

Serial No. 10/396,068
Page 4

13
~~32.~~ (previously presented) A detector as in claim ~~32~~ 12 which includes a second sensor carried by the housing coupled to the control electronics, and a second condition warning audible message stored in the semiconductor storage circuitry.

14
~~33.~~ (previously presented) A detector as in claim ~~31~~ 13 wherein in response to sensing the second condition, the control electronics repetitively emits the second warning verbal message.

15
~~36.~~ (previously presented) A detector as in claim ~~25~~ 1 wherein representations of the location specifying messages are pre-stored in at least two different languages.

16
~~37.~~ (previously presented) A detector as in claim ~~36~~ 15 wherein the sensor is selected from a class which includes a fire sensor, and a gas sensor.

17
~~38.~~ (previously presented) A detector as in claim ~~36~~ 15 which includes at least two pre-stored alarm-type verbal counterparts wherein the verbal counterparts are in first and second different languages.

18
~~39.~~ (previously presented) A detector as in claim ~~38~~ 17 which includes a manually operable, language specifying element.

19
~~40.~~ (previously presented) A detector comprising:

a housing;

a fire sensor carried by the housing;

a control element coupled to the sensor, the element includes circuitry for detecting a fire ;

an alarm indicating audible output device coupled to the control element wherein the control element, in response to a detected fire drives the output device to repetitively emit interrupted groups of fire indicating tones, the members of the groups are spaced apart from one another by a first time interval and the groups are spaced apart by silent, longer second time intervals;

Serial No. 10/396,068
Page 5

semiconductor storage for at least a word indicative of the presence of fire where in response to a detected fire the control element repetitively injects the stored fire indicating word into only the second time intervals between groups of fire alarm indicating tones, where the tonal patterns are predefined, and not user alterable and wherein the output word is pre-stored and not user alterable; and

which includes at least one pre-stored verbal counterpart to the pre-stored verbal message where the pre-stored verbal message and the verbal counterpart are in two different languages.

20. ~~21.~~ (previously presented) A detector as in claim 19 wherein the control element includes an interconnect port for receipt of alarm indicating signals from at least one remotely located detector.

21. ~~22.~~ (previously presented) A detector as in claim 20 wherein the control element includes circuitry responsive to received alarm indicating signals for repetitively emitting the fire alarm tones and intervening fire indicating verbal output word during the second time intervals.

23. ~~25.~~ (previously presented) A detector as in claim 19 which includes a second condition sensor and an associated verbal, condition warning phrase stored in the semiconductor storage.

24. ~~24.~~ (previously presented) A detector as in claim 23 wherein the control element emits the associated verbal condition warning phrase in response to a predetermined output from the second sensor.

22. ~~25.~~ (previously presented) A detector as in claim 21 wherein the received alarm indicating signals from the at least one remotely located detector include specific information such that the control element of the detector receiving the alarm indicating signals drives the output device to emit the same tonal pattern and verbal message as the at least one remotely located detector sensing the ambient condition.

Serial No. 10/396,068
Page 6

25.     (currently amended)  An apparatus for the detection and enunciation of hazardous conditions within an environment comprising:

at least first and second sensors responsive to respective first and second conditions in the environment;

an alarm circuit, responsive to the sensors for generating at least a first alarm pattern;

voice synthesizing circuitry responsive to the sensors for generating at least a first voice message;

control circuitry coupled to the alarm circuit and the voice synthesizing circuitry with at least the first alarm pattern and the first voice message sequentially emitted in response to the presence of the first alarm condition <u>where the alarm patterns and the voice messages are pre-set and not user alterable and are emitted by first second different respective output transducers.</u>

26.     (previously presented)  An apparatus as in claim 25 where the first sensor comprises a smoke sensor and the second sensor comprises a gas sensor.

27.     (previously presented)  An apparatus as in claim 25 where the alarm circuit generates a second, different alarm pattern, the first alarm pattern is associated with the condition to which the first sensor responds and the second alarm pattern is associated with the condition to which the second sensor responds.

28.     (previously presented)  An apparatus as in claim 27 where the voice synthesizing circuitry includes further circuitry for generating at least a second voice message with the second alarm pattern and the second voice message sequentially emitted in response to the presence of the second alarm condition.

29.     (previously presented)  An apparatus as in claim 28 where the first sensor is a fire sensor, the second sensor is a gas sensor with the first voice message indicative of fire and the second voice message indicative of gas. --

51.     (cancelled)

Serial No. 10/396,068
Page 7

30
52. (previously presented) An apparatus as in claim 50 where the alarm patterns each
include a plurality of spaced apart predetermined silent intervals bounded by pluralities of spaced
apart tones, the members of the respective pluralities of tones are spaced apart from one another
by silent intertonal spacing intervals of a respective common duration, the common duration is
always shorter than the respective silent intervals.

53. (cancelled)

33                                                     25
54. (previously presented) An apparatus as in claim 30 where the voice synthesizing
circuitry generates the first voice message in a selected one of at least two languages.

34                                                     33
55. (previously presented) An apparatus as in claim 34 which includes a manually
settable language selecting element.

31                                                     30
56. (previously presented) An apparatus as in claim 52 where the voice synthesizing
circuitry generates the first voice message in a selected one of at least two languages.

32                                                     31
57. (previously presented) An apparatus as in claim 56 includes a manually settable
language selecting element.

58-59 (cancelled)

35
60. (previously presented) A self-contained ambient condition detector comprising:
an ambient condition sensor;
control electronics coupled to the sensor and responsive thereto where in response to a
predetermined ambient condition, a user unalterable, pre-stored, audible, alarm identifying tonal
output pattern is emitted, the pattern includes a plurality of spaced apart predetermined silent
intervals bounded by pluralities of spaced apart tones wherein the tones are interrupted and are
spaced apart from one another by silent intertonal spacing intervals of a common duration and

Serial No. 10/396,068
Page 8

wherein the common duration is always shorter than each of the silent intervals and including
voice output circuitry, the voice circuitry includes a pre-stored, user unalterable, verbal alarm-
type output message where the pre-stored message is associated with the tonal output pattern and
verbalizes the respective alarm type and where the control electronics, in response to the
predetermined ambient condition intermittently activates a first transducer to emit the audible
tonal pattern and repetitively activates a second different transducer to emit the verbal alarm-type
in respective silent intervals; and

    a common housing which carries the sensor, the electronics, the voice output circuitry,
the transducers and a power supply without any recording circuitry.

Serial No. 10/396,068
Page 9

## REMARKS

In responding to the outstanding rejections in view of the prior art, by this Amendment, the limitation of claim 58 has been incorporated into independent claim 46. Dependent claims 51, 53, 58 and 59 have been cancelled.

Further, in accordance with the Examiner's requirements, attached hereto is substitute Declaration from the inventor as well as the required Terminal Disclaimer.

As explained below, the rejection of claim 58, now rewritten as claim 46 amended, is not in keeping with the requirements of the Patent statute, the Federal Circuit nor the procedures of the Patent Office. We first note, that Fray clearly teaches that the user recordable voice messages thereof are not pre-set and are user alterable. The Examiner recognizes this deficiency in Fray and acknowledged same when she said:

> "Fray fails to specify the claimed voice messages are pre-set and user unalterable." (Office Action, pg. 7).

However, the Examiner then in attempting to establish a *prima facie* case of obviousness in rejecting claim 58 went on to state:

> "However, as long as the verbal message is provided, recorded the verbal messages during the manufacture such that the other unauthorized user could not change the message for safety is well known in the art [sic] and would not constitute an inventive step but an obvious design choice." (Office Action, pg. 7)

The Examiner then made a conclusion of obviousness to:

> "employ the unalterable pre-recorded verbal message instead in the above combination for increasing safety and for performing the same function as desired" (Office Action, pg. 7)

Serial No. 10/396,068
Page 10

It is submitted that the above does not represent a proper *prima facie* case of obviousness. Clearly Fray does not suggest anything other than incorporating user alterable voice messages and user alterable alarm patterns. The teaching in this regard in Fray is quite explicit. For example, Fray states:

> "The recording switch 5, when activated, allows a message to be recorded, through the microphone 6, on the digital recording and playback device 7. The message can be a combination of verbal and tone messages." (Fray, Col. 5, lines 19-23)

In the Examiner's combination of Buck et al. in view of Fray to establish a *prima facie* case of obviousness of claim 58 (now amended claim 46) no suggestion or motivation in either Buck et al. or Fray has been identified which would have motivated one of ordinary skill in the art to modify Buck et al., given the teachings of Fray, so as to make claim 58, now amended claim 46, obvious. The rubic of:

> "would not constitute an inventive step but an obvious design choice" (Office Action, page 7).

is not a proper or acceptable method of analysis when attempting to develop a *prima facie* case of obviousness. The MPEP has made clear that in accordance with Patent Office procedure, a *prima facie* case of obviousness cannot be made without "a motivation to combine" (MPEP Section 2143.01, pg. 2100-125, Rev. 1 Feb. 2003)

Further, in accordance with the MPEP:

> "the level of skill in the art cannot be relied on to provide the suggestion to combine references" (MPEP pg ". 2100-125)

The rubic of "would not constitute an inventive step but an obvious design choice" clearly transgresses the above-noted policy that "the level of skill in the art cannot be relied on to provide suggestion to combine references".

Serial No. 10/396,068
Page 11

For the above reasons alone, the rejection of claim 58, now amended claim 46, should be withdrawn. Claims dependent on amended claim 46 are also allowable for at least the same reasons.

The Examiner further attempted to create a rationale for rejecting claim 58 by stating:

> "As long as the audible alarm and the verbal messages are provided,
> employing one transducer or two transducers for producing the above
> signals would not constitute an inventive step but an obvious design choice.
> It would have been obvious to one of ordinary skill in the art at the time the
> invention was made to employ two transducers for producing the audible
> and voice alarm signals in the above combination for performing the same
> functions as desired." (Office Action, pg. 7).

The above is also not consistent with the requirement to identify "a motivation to combine" (MPEP pg. 2100-125). We note that Buck et al. discloses a singular audible output transducer. Fray discloses a singular audible output transducer driven by amplifier 11 for both alarm tones and voice. Thus, Buck et al. and Fray both teach the use of a single audible transducer type. This is inconsistent with the claimed structure.

To establish a *prima facie* case of obviousness it is necessary to identify the teaching or suggestion in either Buck et al. or Fray which would motivate one of ordinary skill in the art to modify Buck et al. so as to make claim 58, now amended claim 46, obvious. The Office Action does not disclose any such motivation. Rather, reference is improperly made to "would not constitute an inventive step but an obvious design choice". Given the requirement to identify the motivation to make the combination and modify Buck et al. in a way so as to make claim 58, now amended claim 46, obvious, the Examiner's obviousness rejection of claim 58, now amended claim 46, is improper and should be withdrawn.

To recapitulate, as set forth in the MPEP, pg. 2100-125, in emphasizing the requirement to articulate the motivation to combine cited *In re Rouffet*:

Serial No. 10/396,068
Page 12

> "The combination of the references taught every element of the claimed
> invention, however, without a motivation to combine, a rejection based on a
> *prima facie* case of obviousness was held improper" citing *In re Rouffet*,
> 149 F.3d 1350, 1357, 47 USPQ 2d. 1453, 1457 (Fed. Cir. 1998).

The express teachings of Buck et al. and Fray are away from the claimed combination.
The lack of an articulated motivation to modify Buck et al. so as to make obvious the fact that
the alarm patterns and the voice messages as claimed:

> "are emitted by first and second different respective output
> transducers." (claim 58, now amended claim 46)

results in the rejection of claim 48, now amended claim 46 being improper and defective. Thus,
for all of the above reasons amended claim 46 and its dependent claims are allowable. The
dependent claims also add additional structure, which in combination is not taught, suggested or
made obvious by the prior art of record.

The rejection of claim 60 as obvious and unpatentable over Fray suffers the same type of
defects as discussed above. As acknowledged by the Examiner, Fray's verbal message and tones
"may be adjusted and changed easily" (Office Action, pg. 8). Nothing about Fray teaches
otherwise. The Examiner has failed to articulate any teaching or suggestion in Fray or the NFPA
and UL regulations noted by the Examiner as to why it would have been obvious to modify Fray
to include:

> "a pre-stored, user unalterable verbal alarm-type output message where
> the pre-stored message is associated with the tonal output pattern and
> verbalizes the respective alarm type and where the control electronics, in
> response to the predetermined and in condition intermittently activates a
> first transducer to emit the audible tonal pattern and repetitively activates a
> second different transducer to emit the verbal alarm-type in respective silent
> intervals." (claim 60).

Serial No. 10/396,068
Page 13


Further, in addition to the above, as discussed previously, Fray teaches a single type of output transducer driven by amplifier 11 to produce both tones and speech. The Examiner has not in any way addressed this deficiency in Fray relative to the above-quoted limitation. Hence, for all of the above reasons it is requested that the rejection of claim 60 also be withdrawn.

In responding to the Office Action, it has been noted that no reference has been made therein to an Information Disclosure Statement and supporting documents which were filed by first class mail on July 17, 2003. A return receipt postcard indicates that the package was received July 21, 2003. If the Disclosure Statement and supporting documents are not in the file or not available, applicant is prepared to submit a replacement set. Please advise in this regard.


Allowance of the application is requested.


Respectfully submitted,

WELSH & KATZ, LTD.


By_____
Paul M. Vargo, Reg. No. 29,116

120 South Riverside Plaza
22nd Floor
Chicago, Illinois 60606
Phone: 312-655-1500-401
Fax:      312-655-1501

#8
3/15/04

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

1612



| | | | |
|---|---|---|---|
| Applicants: | Gary J. Morris | Art Unit: | 2632 |
| Serial No.: | 10/396,068 | Examiner: | Nina C. Tong |

Filed: March 25, 2003

For: Environmental Condition
Detector with Audible Alarm
And Voice Identifier

Owner of
Record Gary J. Morris

Attorney
Docket No.: 8365-89349

I hereby certify that this paper is being deposited
with the United States Postal Service as first class
mail in an envelope addressed to: Commissioner
for Patents, P.O. Box 1450, Alexandria, VA
22313-1450:

2-19-04

Date          Registration No.: 28,116
              Attorney for Applicant(s)

RECEIVED

FEB 2 7 2004

Technology Center 2600

**TERMINAL DISCLAIMER TO OBVIATE A
DOUBLE PATENTING REJECTION OVER A PRIOR PATENT**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

The above-identified owner of record of a 100 percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term defined in 35 U.S.C. 154 to 156 and 173, as presently shortened by any terminal disclaimer, of prior U.S. Patent Nos. 6,144,310, 6,323,780 and 6,600,424. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 to 156 and 173 of the prior patent, as presently shortened by any terminal disclaimer, in the event that it later expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 C.F.R. 1.321, has all claims cancelled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

02/26/2004 HWONGI 0000050 10396068     110.00 OP
02 FC:1814

Check either 1 or 2 below, if appropriate.

1.   ( )   For submissions on behalf of an organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the organization.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

2.   (X)   The undersigned is an attorney of record.

2-17-04
_____
Date

_Paul M Vargo_
Signature

PAUL   M.  VARGO
Type or printed name

(X)   Terminal disclaimer fee under 37 CFR 1.20(d) included.

(X)   PTO suggested wording for terminal disclaimer was

(X) unchanged. ( ) changed (if changed, an explanation should be supplied.

WELSH & KATZ, LTD.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 655-1500

2

| | Application No. | Applicant(s) |
|---|---|---|
| ***Notice of Allowability*** | 10/396,068 | MORRIS, GARY JAY |
| | Examiner | Art Unit | |
| | Nina Tong | 2632 | |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**
All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included
herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS
NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative
of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *amendment filed 02/23/04*.

2. ☒ The allowed claim(s) is/are *22-50,52,54-57 and 60*.

3. ☒ The drawings filed on *25 March 2003* are accepted by the Examiner.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All    b) ☐ Some*    c) ☐ None  of the:
        1. ☐ Certified copies of the priority documents have been received.
        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the
            International Bureau (PCT Rule 17.2(a)).
    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements
noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF
    INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

6. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .
    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
        Paper No./Mail Date _____ .
    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of
    each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).

7. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the
    attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3. ☒ Information Disclosure Statements (PTO-1449 or PTO/SB/08),
    Paper No./Mail Date <u>4</u>
4. ☐ Examiner's Comment Regarding Requirement for Deposit
    of Biological Material

5. ☐ Notice of Informal Patent Application (PTO-152)
6. ☐ Interview Summary (PTO-413),
    Paper No./Mail Date _____ .
7. ☐ Examiner's Amendment/Comment
8. ☐ Examiner's Statement of Reasons for Allowance
9. ☐ Other _____ .

Nina Tong
Primary Examiner
Art Unit: 2632

BRK_000808

Please type a plus sign (+) inside this box → |+|

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Substitute for form 1449A/PTO

### INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| | | | | |
|---|---|---|---|---|
| Application Number | 10/396,068 |
| Filing Date | March 25, 2003 |
| First Named Inventor | Gary J. Morris |
| Group Art Unit | 2632 |
| Examiner Name | Not Assigned *Tom* |

| Sheet | 1 | of | 6 | Attorney Docket No. | 8365/89349 (BRK-P-1182) |
|---|---|---|---|---|---|

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | U.S. Patent Document Number | Kind Code² (if known) | Name of Patentee or Applicant | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| NT | | 3,906,491 | | Gosswiller et al | 09/16/75 | |
| NT | | 4,101,872 | | Pappas | 07/18/78 | |
| NT | | 4,141,007 | | Kavasilios et al | 02/20/79 | |
| NT | | 4,160,246 | | Martin et al | 07/03/79 | |
| NT | | 4,275,274 | | English | 06/23/81 | |
| NT | | 4,282,519 | | Haglund et al | 08/04/81 | |
| NT | | 4,288,789 | | Molinick et al | 09/08/81 | |
| NT | | 4,335,379 | | Martin | 06/15/82 | |
| NT | | 4,343,990 | | Ueda | 08/10/82 | |
| NT | | 4,350,860 | | Ueda | 09/21/82 | |
| NT | | 4,351,999 | | Nagamoto et al | 09/28/82 | |
| NT | | 4,363,031 | | Reinowitz | 12/07/82 | |
| NT | | 4,365,315 | | Jamnik | 12/21/82 | |
| NT | | 4,366,873 | | Levy et al | 01/04/83 | |
| NT | | 4,375,329 | | Park | 03/01/83 | |
| NT | | 4,389,639 | | Torii et al | 06/21/83 | |
| NT | | 4,400,786 | | Mandel et al | 08/23/83 | |
| NT | | 4,453,222 | | Goszyk | 06/05/84 | |
| NT | | 4,455,551 | | Lemelson | 06/19/84 | |
| NT | | 4,481,507 | | Takiguchi et al | 11/06/84 | |
| NT | | 4,498,078 | | Yoshimura et al | 02/05/85 | |
| NT | | 4,500,971 | | Futaki et al | 02/19/85 | |
| NT | | 4,519,027 | | Vogelsberg | 05/21/85 | |
| NT | | 4,531,114 | | Topol et al | 07/23/85 | |

| Examiner Signature | | Date Considered | 5/14/04 |
|---|---|---|---|

RECEIVED
JUL 2 2 2003
Technology Center 2600

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
¹ Unique citation designation number. ² See attached Kinds of U.S. Patent Documents. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicate don the document under WIPO Standards ST.16, if possible. ⁶ Applicant is to place a checkmark here if English language Translation is attached.

BRK_000809

Please type a plus sign (+) inside this box → [ + ]

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO | | | | Application Number | 10/396,068 |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Filing Date | March 25, 2003 |
| | | | | First Named Inventor | Gary J. Morris |
| *(Use as many sheets as necessary)* | | | | Group Art Unit | 2632 |
| | | | | Examiner Name | Not Assigned |
| Sheet | 2 | of | 6 | Attorney Docket No. | 8365/89349 (BRK-P-1182) |

| U.S. PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No. | U.S. Patent Document | | Name of Patentee or Applicant | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
| | | Number | Kind Code (if known) | | | |
| | | 4,560,978 | | Lemelson | 12/24/85 | |
| | | 4,572,652 | | Tada et al | 02/25/86 | |
| | | 4,682,348 | | Dawson et al | 07/21/87 | |
| | | 4,688,021 | | Buck et al | 08/18/87 | |
| | | 4,698,619 | | Loeb | 10/06/87 | |
| | | 4,754,266 | | Shand et al | 06/28/88 | |
| | | 4,810,996 | | Glen et al | 03/07/89 | |
| | | 4,816,809 | | Kim | 03/28/89 | |
| | | 4,821,027 | | Mallory et al | 04/11/89 | |
| | | 4,851,823 | | Mori | 07/25/89 | |
| | | 4,862,147 | | Thomas | 08/29/89 | |
| | | 4,894,642 | | Ashbaugh et al | 01/16/90 | |
| | | 4,904,988 | | Nesbit et al | 02/27/90 | |
| | | 4,940,965 | | Umehara | 07/10/90 | |
| | | 4,951,045 | | Knapp et al | 08/21/90 | |
| | | 4,988,980 | | Graham | 01/29/91 | |
| | | 5,019,805 | | Curl et al | 05/28/91 | |
| | | 5,103,206 | | Yu | 04/07/92 | |
| | | 5,117,217 | | Nykerk | 05/26/92 | |
| | | 5,153,567 | | Chimento | 10/06/92 | |
| | | 5,229,753 | | Berg et al | 07/20/93 | |
| | | 5,291,183 | | Chiang | 03/01/94 | |
| | | 5,349,338 | | Routman et al | 09/20/94 | |
| | | 5,379,028 | | Chung | 01/03/95 | |
| Examiner Signature | | | | | Date Considered | 5/14/04 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ Unique citation designation number. ² See attached Kinds of U.S. Patent Documents. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicate don the document under WIPO Standards ST.16, if possible. ⁶ Applicant is to place a checkmark here if English language Translation is attached.

Please type a plus sign (+) inside this box →  [+]

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Substitute for form 1449A/PTO

**INFORMATION DISCLOSURE
STATEMENT BY APPLICANT**

*(Use as many sheets as necessary)*

| Application Number | 10/396,068 |
|---|---|
| Filing Date | March 25, 2003 |
| First Named Inventor | Gary J. Morris |
| Group Art Unit | 2632 |
| Examiner Name | Not Assigned |

| Sheet | 3 | of | 6 | Attorney Docket No. | 8365/89349 (BRK-P-1182) |
|---|---|---|---|---|---|

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | U.S. Patent Document Number | Kind Code² (if known) | Name of Patentee or Applicant | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| N7 | | 5,460,228 | | Butler | 10/24/95 | |
| N7 | | 5,506,565 | | de Leon et al | 04/09/96 | |
| N7 | | 5,548,276 | | Thomas | 08/20/96 | |
| N7 | | 5,587,705 | | Morris | 12/24/96 | |
| N7 | | 5,657,380 | | Mozer | 08/12/97 | |
| N7 | | 5,663,714 | | Fray | 09/02/97 | |
| N7 | | 5,673,023 | | Smith | 09/30/97 | |
| N7 | | 5,724,020 | | Hsu | 03/03/98 | |
| N7 | | 5,726,629 | | Hu | 03/10/98 | |
| N7 | | 5,764,134 | | Carr et al | 06/09/98 | |
| N7 | | 5,786,749 | | Johnson et al | 07/28/98 | |
| N7 | | 5,786,768 | | Chan et al | 07/28/98 | |
| N7 | | 5,793,280 | | Hincher | 08/11/98 | |
| N7 | | 5,798,686 | | Schreiner | 08/25/98 | |
| N7 | | 5,841,347 | | Kim | 11/24/98 | |
| N7 | | 5,846,089 | | Weiss et al | 12/08/98 | |
| N7 | | 5,856,781 | | Michel et al | 01/05/99 | |
| N7 | | 5,864,288 | | Hogan | 01/26/99 | |
| N7 | | 5,874,893 | | Ford | 02/23/99 | |
| N7 | | 5,877,698 | | Kusnier et al | 03/02/99 | |
| N7 | | 5,886,631 | | Ralph | 03/23/99 | |
| N7 | | 5,894,275 | | Swingle | 04/13/99 | |
| N7 | | 5,898,369 | | Godwin | 04/27/99 | |
| N7 | | 5,905,438 | | Weiss et al | 05/18/99 | |

| Examiner Signature | | Date Considered | 5/14/04 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
¹ Unique citation designation number. ² See attached Kinds of U.S. Patent Documents. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicate den the document under WIPO Standards ST.16, if possible. ⁶ Applicant is to place a checkmark here if English language Translation is attached.

Please type a plus sign (+) inside this box →

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO | Application Number | 10/396,068 |
|---|---|---|
| | Filing Date | March 25, 2003 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | First Named Inventor | Gary J. Morris |
| | Group Art Unit | 2632 |
| *(Use as many sheets as necessary)* | Examiner Name | Not Assigned |

| | Sheet | 4 | of | 6 | Attorney Docket No. | 8365/89349 (BRK-P-1182) |
|---|---|---|---|---|---|---|

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | U.S. Patent Document | | Name of Patentee or Applicant | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number | Kind Code² (if known) | | | |
| NT | | 5,914,650 | | Segan | 06/22/99 | |
| NT | | 5,936,515 | | Right et al | 08/10/99 | |
| NT | | 5,986,540 | | Nakagaki et al | 11/16/99 | |
| NT | | 6,043,750 | | Mallory | 03/28/00 | |
| NT | | 6,097,289 | | Li et al | 08/01/00 | |
| NT | | 6,114,967 | | Yousif | 11/05/00 | |
| NT | | 6,121,885 | | Masone et al | 09/19/00 | |
| NT | | 6,144,310 | | Morris | 11/07/00 | |
| NT | | 6,307,482 | | Le Bel | 10/23/01 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | 5/14/04 |
|---|---|---|---|

*EXAMINER. Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ Unique citation designation number. ² See attached Kinds of U.S. Patent Documents. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicate don the document under WIPO Standards ST.16, if possible. ⁶ Applicant is to place a checkmark here if English language Translation is attached.

Please type a plus sign (+) inside this box → ⊕

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | | | | |
|---|---|---|---|---|
| Substitute for form 1449A/PTO | | Application Number | 10/396,068 | |
| | | Filing Date | March 25, 2003 | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | First Named Inventor | Gary J. Morris | |
| | | Group Art Unit | 2632 | |
| | | Examiner Name | Not assigned | |
| Sheet | 5 | of | 6 | Attorney Docket No. | 8365/89349 (BRK-P-1182) |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials[1] | Cite No.[1] | Foreign Patent Document | | | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYY[5] | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|---|
| | | Office[3] | Number[4] | Kind Code[5] *(if known)* | | | | |
| /M/ | | | WO 90/01759 | | Pioneer Data, Inc. | Feb. 22, 90 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Examiner Signature | | Date Considered | 7/14/04 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [3] See attached Kinds of U.S. Patent Documents. [4] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicate don the document under WIPO Standards ST.16, if possible. [6] Applicant is to place a checkmark here if English language Translation is attached.

BRK_000813

Please type a plus sign (+) inside this box → [ㅁ]

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO | | Application Number | 10/396,068 |
|---|---|---|---|
| | | Filing Date | March 25, 2003 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | First Named Inventor | Gary J. Morris |
| | | Group Art Unit | 2632 |
| *(Use as many sheets as necessary)* | | Examiner Name | Not assigned |
| Sheet | 6 of 6 | Attorney Docket No. | 8365/89349 (BRK-P-1182) |

| OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T² |
| N7 | | National Fire Protection Association - NFPA72 - National Fire Alarm Code 1996 Edition pages 72 through 106.  Quincy, MA USA | |
| N7 | | NFPA 720, Recommended Practice for the Installation of Household Carbon Monoxide (CO) Warning Equipment 1998 Edition | |
| N7 | | UL 217 ISBN 0-7629-0062-8, Single and Multiple Station Smoke Alarms, March 16, 1998-February 21, 1997 | |
| N7 | | UL 2034 ISBN 0-7629-274-9, Single and Multiple Station Carbon Monoxide Alarms, December 21, 1998-October 29, 1996 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | 3/17/04 |
|---|---|---|---|

*EXAMINER:  Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

¹ Unique citation designation number.  ² Applicant is to place a check mark here if English language Translation is attached.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

| 24628 | 7590 | 05/17/2004 |
|---|---|---|

WELSH & KATZ, LTD
120 S RIVERSIDE PLAZA
22ND FLOOR
CHICAGO, IL 60606

| EXAMINER |
|---|
| TONG, NINA C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2632 | |

DATE MAILED: 05/17/2004

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/396,068 | 03/25/2003 | Gary Jay Morris | 8365/89349 | 5927 |

TITLE OF INVENTION: ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER

| APPLN TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1330 | $300 | $1630 | 08/17/2004 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.

HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status is changed, pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above and notify the United States Patent and Trademark Office of the change in status, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check the box below and enclose the PUBLICATION FEE and 1/2 the ISSUE FEE shown above.

☐ Applicant claims SMALL ENTITY status. See 37 CFR 1.27.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.

Page 1 of 3

PTOL-85 (Rev. 11/03) Approved for use through 04/30/2004.

BRK_000815

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail**

Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

or **Fax** (703) 746-4000

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

| CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1) | |
|---|---|
| 24628        7590        05/17/2004 | Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission. |
| WELSH & KATZ, LTD 120 S RIVERSIDE PLAZA 22ND FLOOR CHICAGO, IL 60606 | **Certificate of Mailing or Transmission** I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO, on the date indicated below. |
| | _____ (Depositor's name) |
| | _____ (Signature) |
| | _____ (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/396,068 | 03/25/2003 | Gary Jay Morris | 8365/89349 | 5927 |

TITLE OF INVENTION: ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1330 | $300 | $1630 | 08/17/2004 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| TONG, NINA C | 2632 | 340-628000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                  (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent):    ☐ individual    ☐ corporation or other private group entity    ☐ government

| 4a. The following fee(s) are enclosed: | 4b. Payment of Fee(s): |
|---|---|
| ☐ Issue Fee | ☐ A check in the amount of the fee(s) is enclosed. |
| ☐ Publication Fee | ☐ Payment by credit card. Form PTO-2038 is attached. |
| ☐ Advance Order - # of Copies _____ | ☐ The Director is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form). |

Director for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

_____
(Authorized Signature)                (Date)

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**TRANSMIT THIS FORM WITH FEE(S)**

PTOL-85 (Rev. 11/03) Approved for use through 04/30/2004.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/396,068 | 03/25/2003 | Gary Jay Morris | 8365/89349 | 5927 |

| | | | |
|---|---|---|---|
| 24628 | 7590 | 05/17/2004 | EXAMINER |
| WELSH & KATZ, LTD | | | TONG, NINA C |
| 120 S RIVERSIDE PLAZA | | | |
| 22ND FLOOR | | | ART UNIT / PAPER NUMBER |
| CHICAGO, IL 60606 | | | 2632 |

DATE MAILED: 05/17/2004

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 0 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 0 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) system (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (703) 305-1383. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

PTOL-85 (Rev. 11/03) Approved for use through 04/30/2004.

BRK_000817

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail**

or **Fax**

Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
(703) 746-4000

JUL 26 2004

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

24628    7590    05/17/2004

WELSH & KATZ, LTD
120 S RIVERSIDE PLAZA
22ND FLOOR
CHICAGO, IL 60606

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO, on the date indicated below.

Paul M. Vargo, Reg. No. 29,116   (Depositor's name)
_____ (Signature)
July 22, 2004   (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/396,068 | 03/25/2003 | Gary Jay Morris | 8365/89349 | 5927 |

TITLE OF INVENTION: ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1330 | $300 | $1630 | 08/17/2004 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| TONG, NINA C | 2632 | 340-628000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  WELSH & KATZ, LTD.
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE          (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent): ☐ individual ☐ corporation or other private group entity ☐ government

4a. The following fee(s) are enclosed:
☒ Issue Fee
☒ Publication Fee
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s):
☒ A check in the amount of the fee(s) is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☒ The Director is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number 23-0920 (enclose an extra copy of this form).

Director for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

Paul M. Vargo, Reg. No. 29,116
(Authorized Signature)    (Date) 7-22-04

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

07/27/2004 HMEKONE1 00000043 10396068
01 FC:1501                1330.00 OP
02 FC:1504                 300.00 OP

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

TRANSMIT THIS FORM WITH FEE(S)

PTOL-85 (Rev. 11/03) Approved for use through 04/30/2004.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | PATENT NUMBER | GROUP ART UNIT | FILE WRAPPER LOCATION |
|---|---|---|---|
| 10/396,068 | 6784798 | 2632 | 9200 R l0102 l015 l08 |

## Change of Address/Power of Attorney

**The following fields have been set to Customer Number 24628 on**

- Correspondence Address
- Power of Attorney

**The address of record for Customer Number 24628 is:**
WELSH & KATZ, LTD
120 S RIVERSIDE PLAZA
22ND FLOOR
CHICAGO, IL 60606

**The Practitioners of record for Customer Number 24628 are:**

**PTO INSTRUCTIONS:**

**Please take the following action when the correspondence address has been changed to a customer number:**
1) Add 'ADDRESS CHANGE TO CUSTOMER NUMBER' on the next available content line of the File Jacket.
2) Put a line through the old address on the File Jacket and enter the Customer Number as the new address.
3) File this Notice in the File Jacket.

**Please take the following action when the correspondence address has NOT been changed:**
1) File this Notice in the File Jacket

BRK_000819

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

```
03/31/2003 EHAILE1  00000031 10396068
01 FC:1001              750.00 OP
02 FC:1201               84.00 OP
03 FC:1202              342.00 OP
```

PTO-1556
(5/87)

*U.S. Government Printing Office: 2002 — 489-267/69033

BRK_000820

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective January 1, 2003

Application or Docket Number

8365/89349 (BRK-P-4182)

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 39 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 39 minus 20= * | 19 |
| INDEPENDENT CLAIMS | 4 minus 3 = * | 1 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

* If the difference in column 1 is less than zero, enter "0" in column 2

| SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | FEE | | RATE | FEE |
| BASIC FEE | 375.00 | OR | BASIC FEE | 750.00 |
| X$ 9= | | OR | X$18= | 342 |
| X42= | | OR | X84= | 84 |
| +140= | | OR | +280= | |
| TOTAL | | OR | TOTAL | 1126 |

## CLAIMS AS AMENDED - PART II

| | | (Column 1) | | (Column 2) | (Column 3) |
|---|---|---|---|---|---|
| AMENDMENT A | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA |
| | Total | * 39 | Minus | ** 39 | = 0 |
| | Independent | * 4 | Minus | *** 4 | = 0 |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| | | (Column 1) | | (Column 2) | (Column 3) |
|---|---|---|---|---|---|
| AMENDMENT B | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA |
| | Total | * 35 | Minus | ** 39 | = 0 |
| | Independent | * 4 | Minus | *** 4 | = 0 |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| | | (Column 1) | | (Column 2) | (Column 3) |
|---|---|---|---|---|---|
| AMENDMENT C | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA |
| | Total | * | Minus | ** | = |
| | Independent | * | Minus | *** | = |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875  (Rev. 12/02)
Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

BRK_000821



# SEARCH

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 340 | 628 * | 9/23/03 | N7 |
| | 692 * | | |
| | 577 * | | |
| | 505 | | |
| | 506 | | |
| | 632 * | | |
| | 693.11 * | | |
| | 500 | | |
| | 517 | | |
| | 520 - | | |
| | 524 | | |
| | 531 * | | |
| | 534 | | |
| | 540 | | |
| | 984 | | |
| | 605 | | |
| | 691.1 | | |
| | 691.4 | | |
| | 693.5 | | |
| | 693.7 | | |
| | 693.9 | | |
| | 286.01 | | |
| | 286.05 | | |
| | 286.11 | | |
| | 328 | | |
| | 329 | | |
| | 334.1 | | |
| | 334.3 | | |
| | 334.4 | | |
| | 334.73 | 9/23/03 | N7 |
| | updated | 5/14/04 | N7 |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 340 | 628 | 5/14/04 | N7 |
| | 692 | | |
| | 577 | | |
| | 632 | | |
| | 693.11 | 5/14/04 | N7 |

# SEARCH NOTES
(List databases searched. Attach search strategy inside.)

| | Date | Exmr. |
|---|------|-------|
| | | |



BRK_000823

# EXHIBIT K

US007158040B2

(12) **United States Patent**
  Morris

(10) **Patent No.:** **US 7,158,040 B2**
(45) **Date of Patent:** ***Jan. 2, 2007**

(54) **ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER**

(75) Inventor: **Gary J. Morris**, Morgantown, WV (US)

(73) Assignee: **Sunbeam Products, Inc.**, Boca Raton, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/915,672**

(22) Filed: **Aug. 10, 2004**

(65) **Prior Publication Data**

US 2005/0007255 A1     Jan. 13, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 10/396,068, filed on Mar. 25, 2003, now Pat. No. 6,784,798, which is a continuation of application No. 09/651,454, filed on Aug. 30, 2000, now Pat. No. 6,600,424, which is a continuation of application No. 09/299,483, filed on Apr. 26, 1999, now Pat. No. 6,144,310.

(60) Provisional application No. 60/117,307, filed on Jan. 26, 1999.

(51) **Int. Cl.**
  *G08B 17/10*     (2006.01)

(52) **U.S. Cl.** ................. **340/628**; 340/692; 340/384.71; 340/632

(58) **Field of Classification Search** ............... 340/628, 340/629, 630, 632, 521, 522, 577, 578, 381, 340/691.2, 691.8, 384, 384.6, 384.71
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,906,491 A     9/1975  Gosswiller et al.

(Continued)

FOREIGN PATENT DOCUMENTS

WO     WO 90/01759     2/1990

OTHER PUBLICATIONS

National Fire Protection Association—NFPA72—National Fire Alarm Code 1996 Edition pp. 72-1 and 72-28 through 72-32; 72-79. 72-104 through 72-106 Quincy, MA USA.

(Continued)

*Primary Examiner*—Jeffery Hofsass
*Assistant Examiner*—Hoi C. Lau
(74) *Attorney, Agent, or Firm*—Lawrence J. Shrupoff

(57)     **ABSTRACT**

Due to the presence of various environmental condition detectors in the home and businesses such as smoke detectors, carbon monoxide detectors, natural gas detectors, etc., each having individual but similar sounding alarm patterns, it can be difficult for occupants of such dwellings to immediately determine the specific type of environmental condition that exists during an alarm condition. The present invention comprises an environmental condition detector using both tonal pattern alarms and pre-recorded voice messages to indicate information about the environmental condition being sensed. Single-station battery-powered and 120VAC detectors are described as are multiple-station interconnected 120 VAC powered detectors. The pre-recorded voice messages describe the type of environmental condition detected or the location of the environmental condition detector sensing the condition, or both, in addition to the tonal pattern alarm. Provisions are made for multilingual pre-recorded voice messages.

**9 Claims, 5 Drawing Sheets**



## US 7,158,040 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,065,767 | A | * | 12/1977 | Neuhof et al. ........... 340/384.4 |
| 4,101,872 | A | | 7/1978 | Pappas |
| 4,141,007 | A | | 2/1979 | Kavasilios et al. |
| 4,160,246 | A | | 7/1979 | Martin et al. |
| 4,275,274 | A | | 6/1981 | English |
| 4,282,519 | A | | 8/1981 | Haglund et al. |
| 4,288,789 | A | | 9/1981 | Molinick et al. |
| 4,335,379 | A | | 6/1982 | Martin |
| 4,343,990 | A | | 8/1982 | Ueda |
| 4,350,860 | A | | 9/1982 | Ueda |
| 4,351,999 | A | | 9/1982 | Nagamoto et al. |
| 4,363,031 | A | | 12/1982 | Reinowitz |
| 4,365,315 | A | | 12/1982 | Jamnik |
| 4,366,873 | A | | 1/1983 | Levy et al. |
| 4,375,329 | A | | 3/1983 | Park |
| 4,389,639 | A | | 6/1983 | Torii et al. |
| 4,400,786 | A | | 8/1983 | Mandel et al. |
| 4,453,222 | A | | 6/1984 | Goszyk |
| 4,455,551 | A | | 6/1984 | Lemelson |
| 4,481,507 | A | | 11/1984 | Takiguchi et al. |
| 4,498,078 | A | | 2/1985 | Yoshimura et al. |
| 4,500,971 | A | | 2/1985 | Futaki et al. |
| 4,519,027 | A | | 5/1985 | Vogelsberg |
| 4,531,114 | A | | 7/1985 | Topol et al. |
| 4,560,978 | A | | 12/1985 | Lemelson |
| 4,572,652 | A | | 2/1986 | Tada et al. |
| 4,682,348 | A | | 7/1987 | Dawson et al. |
| 4,688,021 | A | | 8/1987 | Buck et al. |
| 4,698,619 | A | * | 10/1987 | Loeb ...................... 340/384.71 |
| 4,746,912 | A | * | 5/1988 | Clifford et al. .......... 340/691.5 |
| 4,754,266 | A | | 6/1988 | Shand et al. |
| 4,810,996 | A | | 3/1989 | Glen et al. |
| 4,816,809 | A | * | 3/1989 | Kim ............................ 340/692 |
| 4,821,027 | A | | 4/1989 | Mallory et al. |
| 4,851,823 | A | | 7/1989 | Mori |
| 4,862,147 | A | | 8/1989 | Thomas |
| 4,894,642 | A | | 1/1990 | Ashbaugh et al. |
| 4,904,988 | A | * | 2/1990 | Nesbit et al. ............... 340/628 |
| 4,940,965 | A | | 7/1990 | Umehara |
| 4,951,045 | A | | 8/1990 | Knapp et al. |
| 4,988,980 | A | | 1/1991 | Graham |
| 5,019,805 | A | | 5/1991 | Curl et al. |
| 5,103,206 | A | | 4/1992 | Yu |
| 5,117,217 | A | | 5/1992 | Nykerk |
| 5,153,567 | A | | 10/1992 | Chimento |
| 5,229,753 | A | | 7/1993 | Berg et al. |
| 5,291,183 | A | | 3/1994 | Chiang |
| 5,349,338 | A | | 9/1994 | Routman et al. |
| 5,379,028 | A | | 1/1995 | Chung |
| 5,460,228 | A | | 10/1995 | Butler |
| 5,506,565 | A | | 4/1996 | de Leon et al. |
| 5,548,276 | A | | 8/1996 | Thomas |
| 5,587,705 | A | | 12/1996 | Morris |
| 5,657,380 | A | | 8/1997 | Mozer |
| 5,663,714 | A | * | 9/1997 | Fray ............................ 340/692 |
| 5,673,023 | A | | 9/1997 | Smith |
| 5,724,020 | A | | 3/1998 | Hsu |
| 5,726,629 | A | | 3/1998 | Yu |
| 5,764,134 | A | | 6/1998 | Carr et al. |
| 5,786,749 | A | | 7/1998 | Johnson et al. |
| 5,786,768 | A | | 7/1998 | Chan et al. |
| 5,793,280 | A | | 8/1998 | Hincher |
| 5,798,686 | A | | 8/1998 | Schreiner |
| 5,841,347 | A | | 11/1998 | Kim |
| 5,846,089 | A | | 12/1998 | Weiss et al. |
| 5,856,781 | A | | 1/1999 | Michel et al. |
| 5,864,288 | A | | 1/1999 | Hogan |
| 5,874,893 | A | | 2/1999 | Ford |
| 5,877,698 | A | | 3/1999 | Kusnier et al. |
| 5,886,631 | A | | 3/1999 | Ralph |
| 5,894,275 | A | | 4/1999 | Swingle |
| 5,898,369 | A | | 4/1999 | Godwin |
| 5,905,438 | A | | 5/1999 | Weiss et al. |
| 5,914,650 | A | | 6/1999 | Segan |
| 5,936,515 | A | | 8/1999 | Right et al. |
| 5,986,540 | A | | 11/1999 | Nakagaki et al. |
| 6,043,750 | A | | 3/2000 | Mallory |
| 6,097,289 | A | | 8/2000 | Li et al. |
| 6,114,967 | A | * | 9/2000 | Yousif ....................... 340/690 |
| 6,121,885 | A | | 9/2000 | Masone et al. |
| 6,144,310 | A | * | 11/2000 | Morris ....................... 340/692 |
| 6,307,482 | B1 | | 10/2001 | Le Bel |
| 6,323,780 | B1 | | 11/2001 | Morris |
| 6,344,799 | B1 | | 2/2002 | Walker |
| 6,600,424 | B1 | * | 7/2003 | Morris ....................... 340/628 |
| 6,624,750 | B1 | * | 9/2003 | Marman et al. ........... 340/506 |
| 6,784,798 | B1 | * | 8/2004 | Morris ....................... 340/628 |

### OTHER PUBLICATIONS

NFPA 720, Recommended Practice for the Installation of House-hold Carbon Monoxide (CO) Warning Equipment 1998 Edition.
UL 217 ISBN 0-7629-0062-8, Single and Multiple Station Smoke Alarms, Mar. 16, 1998-Feb. 21, 1997.
UL 2034 ISBN 0-7629-274-9, Single and Multiple Station Carbon Monoxide Alarms, Dec. 21, 1998-Oct. 29, 1996.

* cited by examiner



**Fig. 1**



**Fig. 2**

Case: 1:13-cv-07900 Document #: 143-3 Filed: 05/05/14 Page 132 of 328 PageID #:4372



**Fig. 3**

BRK_000828



**Fig. 4**



**Fig. 5**

BRK_000829



**Fig. 6**

**Fig. 7**

US 7,158,040 B2

**1**

# ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER

This application is a continuation of Ser. No. 10/396,068 filed Mar. 25, 2003, now U.S. Pat. No. 6,784,798; which is a continuation of Ser. No. 09/651,454 filed Aug. 30, 2000, now U.S. Pat. No. 6,600,424; which is a continuation of Ser. No. 09/299,483 filed Apr. 26, 1999, now U.S. Pat. No. 6,144,310; which is a utility application claiming the benefit of the earlier filing date of Provisional Ser. No. 60/117,307 filed Jan. 26, 1999.

## BACKGROUND FOR THE INVENTION

### 1. Field of Invention

The present invention relates to environmental condition detection for dwellings including smoke detection, carbon monoxide gas detection, natural gas detection, propane gas detection, combination smoke and carbon monoxide gas detection, etc. such that the audible tonal pattern alarm emitted by a detector sensing an abnormal environmental condition is accompanied by a pre-recorded voice message that clearly indicates the specific type of condition sensed or the specific location of the detector sensing the condition, or both.

### 2. Background

With the widespread use of environmental condition detectors such as smoke detectors, carbon monoxide detectors, natural gas detectors, propane detectors, etc. in residences and businesses today, there is a critical need to provide definite distinction between the tonal pattern alarms emitted by each type of detector so that the occupants of the involved dwelling are immediately made aware of the specific type of condition detected along with its location so they can take the proper immediate action. Regulating and governing bodies for products of the home safety industry (National Fire Protection Association, Underwriters Laboratories, etc.) have recently regulated the tonal patterns emitted from such environmental detectors, however, much confusion still exists among the very similar tonal pattern alarms emitted by various detector types. This is particularly true for those individuals partially overcome by the environmental condition, those asleep when the alarm occurs, young children, or the elderly. Therefore, a need exists whereby the environmental detector sensing an abnormal condition plays a recorded voice message stating the specific condition and/or location of the condition in addition to the required tonal pattern alarm. In conventional smoke detectors and carbon monoxide detectors, there are silent periods within the prescribed audible tonal pattern alarms where recorded verbal messages such as "smoke" or "CO" or "carbon monoxide" or "smoke in basement" or "utility room" (as examples) may be played during this alarm silence period to clearly discriminate between the types of audible alarms and environmental conditions and where the environmental condition was detected. Such messages immediately provide the occupants in an involved dwelling important safety information during potentially hazardous environmental conditions. The occupants can make informed decisions about how to respond to the alarm condition. Occupants residing in the uninvolved area of the dwelling may choose to assist those residing in the involved area depending on the location and type of condition detected. The type of environmental condition sensed or the location of the condition, or both are immediately made

**2**

clear through the use of recorded voice messages in addition to conventional tonal pattern alarms.

### 3. Discussion of Prior Art

While there are inventions in the prior art pertaining to emergency alarm systems utilizing verbal instructions, none are known to the inventor which use a combination of tonal pattern alarms and factory pre-recorded voice messages with function or intent to clearly and specifically identify and clarify which type of environmental condition is present in a dwelling. Nor are there known inventions that use such pre-recorded voice messages to specifically identify the location of the environmental condition sensed by environmental condition detectors in dwellings without the use of a central control unit.

Morris (U.S. Pat. No. 5,587,705) describes a wireless smoke detector system using a minimum of two smoke detectors to indicate the location of the smoke detector sensing the smoke through coded alarm patterns. The present invention does not use wireless communication between detectors; each detector may operate without any others or may operate as a hardwired system with interconnected units for those powered by 120 VAC. Fray (U.S. Pat. No. 5,663,714) describes a warning system for giving user-recorded verbal instructions during a fire. Fray teaches an object of his invention is to warn individuals of the presence of smoke and fire and to provide verbal instructions and guidance as how to escape the hazard. Routman et al (U.S. Pat. No. 5,349,338) describe a fire detector and alarm system that uses personally familiar user-recorded verbal messages specifically for a small child or adult in need of verbal instructions during the presence of a fire. Chiang (U.S. Pat. No. 5,291,183) describes a multi-functional alarming system using a microphone to sense ambient conditions and user-recorded verbal instructions for indicating the way to escape a fire. Kim (U.S. Pat. No. 4,816,809) describes a speaking fire alarm system that uses a central control system with remote temperature sensors. Haglund et al (U.S. Pat. No. 4,282,519) describe a hardwired smoke detector system whereby two audible alarm codes are indicated to determine whether the smoke was detected locally or not. Only two possible alarm patterns are used and no voice message is used with Haglund's hardwired system. Molinick and Shields (U.S. Pat. No. 4,288,789) describe an oral warning system for monitoring mining operations that uses a plurality of non-emergency condition sensors and second sensors for detecting emergencies. The patent further describes the use of a single and system-central multiple-track magnetic tape player for storing the verbal messages and links the alarm system to control the operation of mechanical devices (mining conveyor belts, etc.) during emergency conditions when verbal messages are played.

Additionally, Morris (U.S. Pat. No. 5,587,705), Fray (U.S. Pat. No. 5,663,714), Routman et al (U.S. Pat. No. 5,349,338), Chiang (U.S. Pat. No. 5,291,183), Kim (U.S. Pat. No. 4,816,809), and Haglund et al (U.S. Pat. No. 4,282,519) do not recite the specific use of factory pre-recorded voice messages to indicate the specific location of the environmental condition, or the use of voice messages to identify the specific type of environmental condition detected, or the use of a plurality of interconnected detectors emitting identical verbal messages. or a selectable means to define the installation location of the detector, all of which are taught in the present invention and afford significant safety advantages. While Molinick and Shields (U.S. Pat. No. 4,288,789) refer to verbally describing an emergency condition in mining operations, their patent teaches of a much more complex system than the present invention and describes a

US 7,158,040 B2

3

central control system with multiple stages of various configuration sensors and the use of user-recorded voice messages. Furthermore, the patent does not describe a selectable coding means to define the installation location of the sensors.

All known prior art providing user-recorded verbal instructions on how to escape a hazardous condition has become impractical for use in dwellings in view of the recent National Fire Protection Association (NFPA) and Underwriters Laboratories (UL) regulations that require a maximum silence period between tonal alarm patterns of 1.5 seconds (Ref UL2034, UL217, NFPA72 and NFPA720). This period of time is sufficient for the present invention to verbally indicate the type and location of the sensed environmental condition but is unlikely to be useful to provide detailed instructions, as taught in the prior art, to occupants on how to respond to a hazardous condition.

The present invention employs either single station environmental condition detectors or a system comprising direct hardwired communication links between a plurality of environmental condition detectors to provide a tonal pattern alarm with pre-recorded voice message information regarding the specific type of environmental condition detected or the specific location of the detector sensing the environmental condition, or both, all without the need of a centralized control unit. For detector embodiments using pre-recorded voice messages to indicate the location of the detected condition, each detector is set-up by the user during installation to define the physical location of the detector within the dwelling according to pre-defined location definitions pre-programmed into the electronic storage media. The recorded voice messages are pre-recorded into the electronic storage media during manufacture and are not normally changeable by the user. In view of the recent National Fire Protection Association and Underwriters Laboratories regulations for tonal pattern alarms, it is not practical to have the user record their own sounds during the silent periods of the tonal pattern. The user may choose to record other alarm sounds that would violate the regulations governing such tonal patterns and compromise the safety features of the device. The use of factory pre-recorded voice messages alleviates this problem.

It is emphasized that no other related prior art known to the inventor makes use of factory pre-recorded voice messages to indicate the location of the environmental condition or the type of condition or both. Sufficient addressable electronic memory is available in the preferred embodiment of the invention to afford numerous pre-recorded voice messages.

SUMMARY OF THE INVENTION

Described herein is the Environmental Condition Detector with Audible Alarm and Voice Identifier invention, which comprises an environmental condition detector, such as a smoke detector, carbon monoxide gas detector, natural gas detector, propane detector, or any combination detector thereof, which detects the desired environmental condition(s) by those methods well known and described in the art and emits the prescribed audible tonal pattern alarm in accordance with the industry's empowered governing bodies' (National Fire Protection Association, Underwriters Laboratories etc.) criteria for such environmental conditions. Simultaneously, the environmental condition detector sensing the condition emits a verbal message to indicate, through a recorded voice message or synthesized human voice, the condition being sensed. This recorded voice

4

message is emitted simultaneously with the audible tonal pattern alarm so as normally to occur during silent segments of the prescribed tonal pattern alarm. For example, for the condition of smoke detection, the smoke detector emits the following combination audible tonal pattern alarm (Beep) and recorded voice message. "Beep - - - Beep - - - Beep - - - 'SMOKE' - - - Beep - - - Beep - - - Beep - - - 'SMOKE' - - - " in a periodic manner for as long as the environmental condition is detected. As a second example, for carbon monoxide detection, a carbon monoxide detector emits "Beep - - - Beep - - - Beep - - - 'CO' - - - Beep - - - Beep - - - Beep - - - Beep - - - 'CO' - - - ". As a third example, for smoke detection with the location identifier, a smoke detector emits "Beep - - - Beep - - - Beep - - - 'SMOKE IN BASEMENT' - - - Beep - - - Beep - - - Beep - - - 'SMOKE IN BASEMENT' - - - ". As a fourth example, for carbon monoxide detection with a voice location only identifier, a carbon monoxide detector emits "'Beep - - - Beep - - - Beep - - - Beep - - - 'Utility Room' - - - Beep - - - Beep - - - Beep - - - Beep - - - 'Utility Room' - - - ".

OBJECTS AND ADVANTAGES OF THE PRESENT INVENTION

It is one object of the present invention to provide environmental condition detectors that function as single station (non-interconnected) detector units equipped to emit a tonal pattern alarm and a recorded voice message. The recorded voice message clearly identifies the location of the environmental condition detector sensing the condition, or describes the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The single station detector embodiment is battery powered or 120 VAC powered. User-selectable coding switches or jumpers permit the user to define the physical location of the single station unit within the dwelling. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both, of an abnormal environmental condition as related to single station units.

It is another object of the present invention to provide an environmental condition detection system where one detector sensing an environmental condition causes all other interconnected detectors to emit identical tonal pattern alarms and recorded voice messages. The hardwired directly interconnected detectors forming the environmental condition detection system are 120 VAC powered with optional battery back-up and use the recorded voice message to identify the location of the environmental condition detector sensing the condition, or to describe the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The environmental condition detection system embodiments of the present invention do not require the use of a centralized control unit (control panel) between detectors. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both of an abnormal environmental condition as related to a directly interconnected environmental condition detector system having no central control unit or panel.

A major advantage of both the single station embodiment and the system embodiment of the present invention is the use of factory pre-recorded voice messages that fit within the National Fire Protection Association and Underwriters

BRK_000832

US 7,158,040 B2

5

Laboratories specified 1.5 second silence period of the standard smoke detector and carbon monoxide detector tonal pattern alarms. Prior art using user-recorded voice messages are intended to indicate directions on how to escape the hazard or how to respond to a hazard. Such messages would not practically fit into the maximum 1.5 second silent time period in conventional tonal alarm patterns for smoke detectors and carbon monoxide detectors used in dwellings. The allowance for a user to record his or her own messages may actually add to the confusion and danger that results during an alarm condition if the user chooses to record additional alarm sounds or errs in the directions given in the message on how to properly respond to a hazardous condition.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a sketch of a preferred embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. **2** is a sketch of a preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. **3** is a sketch of a second preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. **4** shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector and using a recorded voice message as an environmental condition type identifier according to the invention.

FIG. **5** shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector using a recorded voice message as an environmental condition location identifier according to the invention.

FIG. **6** shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a carbon monoxide detector and using a recorded voice message as an environmental condition type identifier and location identifier according to the invention.

FIG. **7** shows one method for the user to select the installation location coding of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

DETAILED DESCRIPTION OF THE INVENTION

A preferred embodiment of the Environmental Condition Detector with Alarm and Voice Identifier **6** is shown in FIG. **1**. The unit is powered by a battery **40** and/or by standard 120 VAC (not shown). The environmental condition sensor and alarm unit **10** (conventional smoke detector, carbon monoxide detector, combination smoke detector and carbon monoxide detector, natural gas detector, propane detector, abnormal temperature etc.) is any sensor type(s) utilizing environmental detection methods and alarm devices typically known in the art of smoke detectors, carbon monoxide detectors and other hazard detectors. Upon sensing the environmental condition, the environmental condition sensor and alarm unit **10** sounds its tonal pattern alarm to indicate that an environmental condition has been sensed in

6

the immediate area. The alarm pattern is a prescribed audible tonal pattern alarm corresponding to the environmental condition as set forth by the empowered governing body (National Fire Protection Association, Underwriters Laboratories etc.). The interface and control unit **20** electronically interfaces with the environmental condition sensor and alarm unit **10** and controls the timing of a recorded voice message that is emitted simultaneously with the audible tonal pattern alarm such that the recorded voice message is emitted only during the period when the audible tonal pattern alarm cycles through a silent period. In one embodiment, an electronic signal frequency counter (not shown) is used to determine when the silent period of the audible alarm is occurring. The recorded voice message or synthesized human voice message is factory-recorded on an electronic storage media **30** such as, but not limited to, a ROM device. The recorded voice message is emitted through a speaker or other audio transducer **70**. For the embodiments of the invention requiring identification of the location of the environmental condition detector sensing the environmental condition, a selectable coding apparatus **50** (jumper selector or DIP switch) which connects to the interface and control unit **20** is provided to select one of several predefined physical locations of the environmental condition detectors within a residence. Recorded voice messages to identify physical locations consistent with the position of the selectable coding apparatus **50** are stored on the electronic storage media **30**. The selectable coding apparatus **50** is set to correspond to the location within the dwelling where the particular environmental condition detector **6** is installed. A language code selector jumper set or DIP switch) **60** is used to choose the language type (English, Spanish. etc.) used by the recorded voice. For interconnected 120 VAC units, when one environmental condition detector sounds its tonal pattern alarm and recorded voice message, all interconnected units will sound identical tonal pattern alarms and recorded voice messages in temporal phase. For the environmental condition detection system embodiment, an interconnecting conductor set **80** sends and receives a coded electrical signal encoded and decoded by the interface and control unit **20** by the sending and receiving detector, respectively. The coding of the signal sent over the interconnecting conductor set determines what specific recorded voice message is played from the electronic storage media **30** at the interconnected but remotely located environmental condition detectors. Another embodiment of the invention shown in FIG. **3** uses several interconnection conductors which alleviates the need for electrical encoding and decoding of the signal sent and received over the interconnecting conductor set **80**.

Shown in FIG. **2** is a sketch of a preferred embodiment of the electronic circuitry for one detector unit of the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit **10** connects to the interface and control unit **20** to trigger the monostable multivibrator **21** for a predetermined period of time when an environmental condition is detected. The monostable multivibrator **21** enables the signal encoder **22** to send a coded electrical signal to the local signal decoder **23** and to all other signal decoders of interconnected detectors hardwired linked together through the conductor set **80** shown in FIG. **1**. Upon receiving a local or remote encoded signal, the signal decoder **23** decodes the signal and validates or rejects the signal. Upon validation of a received signal, within each interconnected detector, the signal decoder **23** enables and addresses the electronic voice memory integrated circuit **31** to emit a recorded voice message verbally describing the

US 7,158,040 B2

7

location or type, or both of the environmental condition sensed. All recorded voice messages emitted by the interconnected detector units connected through the conductor set **80** via electrical conductor connector **37** are in temporal phase. A selectable coding apparatus of switches or jumpers **51** defines the physical installation location of each environmental condition detector through pre-defined location designations illustrated in FIG. **7**. A language selector switch apparatus **60** is used to select which language is used during the playing of the recorded voice messages. The recorded voice message is played through a speaker **70**.

Shown in FIG. **3** is a sketch of a second preferred embodiment of the electronic circuitry for one detector unit for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit **10** connects to the interface and control unit **20** to trigger the monostable multivibrator **21** for a predetermined period of time when an environmental condition is detected. The monostable multivibrator **21** enables the electronic voice memory integrated circuit **31** to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All detector units within the interconnected system share common electrical connection to the address bits on each detector unit's electronic voice memory integrated circuit **31** through a multiple conductor connector interface **35** which results in all detector units emitting identical recorded voice messages in temporal phase. A selectable coding apparatus of switches or jumpers **52** defines the physical installation location of each environmental condition detector through pre-defined location designations illustrated in FIG. **7**. A language selector switch apparatus **60** is used to select which language is used during the playing of the recorded voice messages. The recorded voice message is played through a speaker **70**.

Shown in FIG. **4** is an example alarm timing plot of the sound emitted **82** by an environmental condition detector using both an audible tonal pattern alarm **85** and a recorded voice message **90** to convey information about the specific environmental condition detected. In the example exhibited in FIG. **2**, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition type identifier only. The recorded voice message **90** is inserted into the defined silence periods of the prescribed audible tonal pattern alarm **85** consistent with conventional smoke detector alarms.

Shown in FIG. **5** is an example alarm timing plot of the sound emitted **92** by an environmental condition detector using an audible tonal pattern alarm **95** to convey the specific type of environmental condition and a recorded voice message **100** to convey the location of the detected environmental condition. In the example exhibited in FIG. **5**, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition location identifier only. The recorded voice message **100** is inserted into the defined silence periods of the prescribed audible tonal pattern alarm **95** consistent with conventional smoke detector alarms.

Shown in FIG. **6** is an example alarm timing plot of sound emitted **102** by an environmental condition detector using an audible tonal pattern alarm **105** and a recorded voice message **110** to convey the specific type of environmental condition detected and the location of the environmental condition detector sensing the environmental condition. In the example exhibited in FIG. **6**, the environmental condition detector embodiment is a carbon monoxide detector using voice as both an environmental condition type iden-

8

tifier and location identifier. The recorded voice message **110** is inserted into the defined silence periods of the prescribed audible tonal pattern alarm **105** consistent with conventional carbon monoxide alarms. The example tonal pattern alarms and recorded voice messages are illustrative and not intended to provide an exhaustive exhibit of all possible tonal alarm patterns and recorded voice messages.

Shown in FIG. **7** is a selectable coding apparatus **115** for the user to select one of the pre-defined locations of the Environmental Condition Detector with Alarm and Voice Identifier embodiment when and where it is installed in a dwelling. Selectable coding means such as a jumper **117** on DIP header pins **120** or DIP switches (not shown) are simple methods to define the installation location of a detector embodiment. Typical dwelling locations are shown in FIG. **7** and are not intended to exhibit an exhaustive list.

The various preferred embodiments described above are merely descriptive of the present invention and are in no way intended to limit the scope of the invention. Modifications of the present invention will become obvious to those skilled in the art in light of the detailed description above, and such modifications are intended to fall within the scope of the appended claims.

I claim:

**1**. An ambient condition detector comprising: first and second, ambient condition sensors; control electronics coupled to the sensors wherein the electronics emits at least two, different, unalterable pre-established alarm indicating tonal, output patterns wherein each pattern includes predetermined silent intervals and each is associated with a respective one of the sensors; voice output circuitry, coupled to the electronics, wherein the voice circuitry can output at least two different user unalterable, verbal alarm output messages wherein each of the messages is associated with a respective one of the tonal output patterns and verbalizes the respective alarm type and wherein the control electronics, in response to a detected alarm condition, outputs an audio representation of a respective one of the tonal patterns and an interleaved respective verbal alarm type message in a respective silent interval; wherein each tonal output pattern defines groups of substantially identical output tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount wherein the second amount is at least two times greater than the first amount; and a common housing for the sensors, the electronics and the output circuitry.

**2**. A detector as in claim **1** wherein one of the sensors is a smoke sensor and the respective, verbal message is a fire alarm to reinforce the respective tonal output pattern indicative of a fire alarm.

**3**. A detector as in claim **2** wherein the other sensor is a carbon monoxide sensor and the respective verbal message is a carbon monoxide alarm to reinforce the respective tonal output pattern, indicative of a carbon monoxide alarm.

**4**. A detector as in claim **3** wherein at least one tonal output pattern defines groups of three substantially identical output tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount wherein another tonal output pattern defines groups of four substantially identical output tones with constant intragroup spacing of a third amount and constant intergroup spacing of a fourth amount.

**5**. A detector as in claim **4** wherein each tone of one tonal pattern has a duration on the order of 0.5 seconds.

**6**. A detector as in claim **1** wherein one tonal pattern has an intragroup spacing on the order of 0.5 seconds and an intergroup spacing on the order of 1.5 seconds.

US 7,158,040 B2

**9**

7. A detector as in claim **1** which includes a plurality of predetermined location specifying messages.

8. A detector as in claim **7** which includes a manually operable element for selecting a location specifying message.

9. An ambient condition detector comprising: a fire sensor and a gas sensor; control electronics coupled to the sensors wherein the electronics emits at least first and second, different, unalterable alarm indicating tonal, output patterns wherein each pattern includes groups of spaced apart tones separated by longer intergroup silent intervals and wherein each output pattern is associated with a respective one of the sensors; voice output circuitry, coupled to the electronics, wherein the voice circuitry includes at least two pre-established, user unalterable, verbal alarm output messages wherein each of the messages is associated with a respective

**10**

one of the tonal output patterns and verbalizes the respective alarm type and wherein the control electronics, in response to a detected alarm condition, outputs an audio representation of a respective one of the tonal patterns and an interleaved respective verbal alarm type message in a respective intergroup silent interval; wherein the first tonal output pattern, associated with the fire sensor, comprises a selected number of tones in each group with intragroup tonal spacing less than 50% of the respective intergroup silent interval and wherein the second tonal output pattern, associated with the gas sensor, comprises a greater number of tones in each group than the selected number of tones; and a common housing for the sensors, the electronics and the output circuitry.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.         : 7,158,040 B2                        Page 1 of  1
APPLICATION NO. : 10/915672
DATED              : January 2, 2007
INVENTOR(S)      : Gary J. Morris

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

On the Title page Item (73), "Assignee:  Sunbeam Products, Inc., Boca Raton,
FL (US)" should be deleted.

Signed and Sealed this

Twenty-ninth Day of July, 2008

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# EXHIBIT L

US007158040B2

(12) **United States Patent** (10) Patent No.: **US 7,158,040 B2**
Morris (45) Date of Patent: *Jan. 2, 2007

(54) **ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER**

(75) Inventor: **Gary J. Morris**, Morgantown, WV (US)

(73) Assignee: **Sunbeam Products, Inc.**, Boca Raton, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/915,672**

(22) Filed: **Aug. 10, 2004**

(65) **Prior Publication Data**

US 2005/0007255 A1    Jan. 13, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 10/396,068, filed on Mar. 25, 2003, now Pat. No. 6,784,798, which is a continuation of application No. 09/651,454, filed on Aug. 30, 2000, now Pat. No. 6,600,424, which is a continuation of application No. 09/299,483, filed on Apr. 26, 1999, now Pat. No. 6,144,310.

(60) Provisional application No. 60/117,307, filed on Jan. 26, 1999.

(51) **Int. Cl.**
*G08B 17/10*    (2006.01)

(52) **U.S. Cl.** ................. **340/628**; 340/692; 340/384.71; 340/632

(58) **Field of Classification Search** ............... 340/628, 340/629, 630, 632, 521, 522, 577, 578, 381, 340/691.2, 691.8, 384, 384.6, 384.71
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,906,491 A    9/1975 Gosswiller et al.

(Continued)

FOREIGN PATENT DOCUMENTS

WO    WO 90/01759    2/1990

OTHER PUBLICATIONS

National Fire Protection Association—NFPA72—National Fire Alarm Code 1996 Edition pp. 72-1 and 72-28 through 72-32; 72-79. 72-104 through 72-106 Quincy, MA USA.

(Continued)

*Primary Examiner*—Jeffery Hofsass
*Assistant Examiner*—Hoi C. Lau
(74) *Attorney, Agent, or Firm*—Lawrence J. Shrupoff

(57) **ABSTRACT**

Due to the presence of various environmental condition detectors in the home and businesses such as smoke detectors, carbon monoxide detectors, natural gas detectors, etc., each having individual but similar sounding alarm patterns, it can be difficult for occupants of such dwellings to immediately determine the specific type of environmental condition that exists during an alarm condition. The present invention comprises an environmental condition detector using both tonal pattern alarms and pre-recorded voice messages to indicate information about the environmental condition being sensed. Single-station battery-powered and 120VAC detectors are described as are multiple-station interconnected 120 VAC powered detectors. The pre-recorded voice messages describe the type of environmental condition detected or the location of the environmental condition detector sensing the condition, or both, in addition to the tonal pattern alarm. Provisions are made for multilingual pre-recorded voice messages.

**9 Claims, 5 Drawing Sheets**



US 7,158,040 B2

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,065,767 A | * 12/1977 | Neuhof et al. | 340/384.4 |
| 4,101,872 A | 7/1978 | Pappas | |
| 4,141,007 A | 2/1979 | Kavasilios et al. | |
| 4,160,246 A | 7/1979 | Martin et al. | |
| 4,275,274 A | 6/1981 | English | |
| 4,282,519 A | 8/1981 | Haglund et al. | |
| 4,288,789 A | 9/1981 | Molinick et al. | |
| 4,335,379 A | 6/1982 | Martin | |
| 4,343,990 A | 8/1982 | Ueda | |
| 4,350,860 A | 9/1982 | Ueda | |
| 4,351,999 A | 9/1982 | Nagamoto et al. | |
| 4,363,031 A | 12/1982 | Reinowitz | |
| 4,365,315 A | 12/1982 | Jamnik | |
| 4,366,873 A | 1/1983 | Levy et al. | |
| 4,375,329 A | 3/1983 | Park | |
| 4,389,639 A | 6/1983 | Torii et al. | |
| 4,400,786 A | 8/1983 | Mandel et al. | |
| 4,453,222 A | 6/1984 | Goszyk | |
| 4,455,551 A | 6/1984 | Lemelson | |
| 4,481,507 A | 11/1984 | Takiguchi et al. | |
| 4,498,078 A | 2/1985 | Yoshimura et al. | |
| 4,500,971 A | 2/1985 | Futaki et al. | |
| 4,519,027 A | 5/1985 | Vogelsberg | |
| 4,531,114 A | 7/1985 | Topol et al. | |
| 4,560,978 A | 12/1985 | Lemelson | |
| 4,572,652 A | 2/1986 | Tada et al. | |
| 4,682,348 A | 7/1987 | Dawson et al. | |
| 4,688,021 A | 8/1987 | Buck et al. | |
| 4,698,619 A | * 10/1987 | Loeb | 340/384.71 |
| 4,746,912 A | * 5/1988 | Clifford et al. | 340/691.5 |
| 4,754,266 A | 6/1988 | Shand et al. | |
| 4,810,996 A | 3/1989 | Glen et al. | |
| 4,816,809 A | * 3/1989 | Kim | 340/692 |
| 4,821,027 A | 4/1989 | Mallory et al. | |
| 4,851,823 A | 7/1989 | Mori | |
| 4,862,147 A | 8/1989 | Thomas | |
| 4,894,642 A | 1/1990 | Ashbaugh et al. | |
| 4,904,988 A | * 2/1990 | Nesbit et al. | 340/628 |
| 4,940,965 A | 7/1990 | Umehara | |
| 4,951,045 A | 8/1990 | Knapp et al. | |
| 4,988,980 A | 1/1991 | Graham | |
| 5,019,805 A | 5/1991 | Curl et al. | |
| 5,103,206 A | 4/1992 | Yu | |
| 5,117,217 A | 5/1992 | Nykerk | |
| 5,153,567 A | 10/1992 | Chimento | |
| 5,229,753 A | 7/1993 | Berg et al. | |
| 5,291,183 A | 3/1994 | Chiang | |
| 5,349,338 A | 9/1994 | Routman et al. | |
| 5,379,028 A | 1/1995 | Chung | |
| 5,460,228 A | 10/1995 | Butler | |
| 5,506,565 A | 4/1996 | de Leon et al. | |
| 5,548,276 A | 8/1996 | Thomas | |
| 5,587,705 A | 12/1996 | Morris | |
| 5,657,380 A | 8/1997 | Mozer | |
| 5,663,714 A | * 9/1997 | Fray | 340/692 |
| 5,673,023 A | 9/1997 | Smith | |
| 5,724,020 A | 3/1998 | Hsu | |
| 5,726,629 A | 3/1998 | Yu | |
| 5,764,134 A | 6/1998 | Carr et al. | |
| 5,786,749 A | 7/1998 | Johnson et al. | |
| 5,786,768 A | 7/1998 | Chan et al. | |
| 5,793,280 A | 8/1998 | Hincher | |
| 5,798,686 A | 8/1998 | Schreiner | |
| 5,841,347 A | 11/1998 | Kim | |
| 5,846,089 A | 12/1998 | Weiss et al. | |
| 5,856,781 A | 1/1999 | Michel et al. | |
| 5,864,288 A | 1/1999 | Hogan | |
| 5,874,893 A | 2/1999 | Ford | |
| 5,877,698 A | 3/1999 | Kusnier et al. | |
| 5,886,631 A | 3/1999 | Ralph | |
| 5,894,275 A | 4/1999 | Swingle | |
| 5,898,369 A | 4/1999 | Godwin | |
| 5,905,438 A | 5/1999 | Weiss et al. | |
| 5,914,650 A | 6/1999 | Segan | |
| 5,936,515 A | 8/1999 | Right et al. | |
| 5,986,540 A | 11/1999 | Nakagaki et al. | |
| 6,043,750 A | 3/2000 | Mallory | |
| 6,097,289 A | 8/2000 | Li et al. | |
| 6,114,967 A | * 9/2000 | Yousif | 340/690 |
| 6,121,885 A | 9/2000 | Masone et al. | |
| 6,144,310 A | * 11/2000 | Morris | 340/692 |
| 6,307,482 B1 | 10/2001 | Le Bel | |
| 6,323,780 B1 | 11/2001 | Morris | |
| 6,344,799 B1 | 2/2002 | Walker | |
| 6,600,424 B1 | * 7/2003 | Morris | 340/628 |
| 6,624,750 B1 | * 9/2003 | Marman et al. | 340/506 |
| 6,784,798 B1 | * 8/2004 | Morris | 340/628 |

## OTHER PUBLICATIONS

NFPA 720, Recommended Practice for the Installation of Household Carbon Monoxide (CO) Warning Equipment 1998 Edition.
UL 217 ISBN 0-7629-0062-8, Single and Multiple Station Smoke Alarms, Mar. 16, 1998-Feb. 21, 1997.
UL 2034 ISBN 0-7629-274-9, Single and Multiple Station Carbon Monoxide Alarms, Dec. 21, 1998-Oct. 29, 1996.

* cited by examiner

BRK_000838



**Fig. 1**

BRK_000839



**Fig. 2**



**Fig. 3**

Case: 1:13-cv-07900 Document #: 143-3 Filed: 05/05/14 Page 147 of 328 PageID #:4387



**Fig. 4**



**Fig. 5**

BRK_000842



**Fig. 6**



**Fig. 7**

US 7,158,040 B2

**1**

ENVIRONMENTAL CONDITION DETECTOR
WITH AUDIBLE ALARM AND VOICE
IDENTIFIER

This application is a continuation of Ser. No. 10/396,068 filed Mar. 25, 2003, now U.S. Pat. No. 6,784,798; which is a continuation of Ser. No. 09/651,454 filed Aug. 30, 2000, now U.S. Pat. No. 6,600,424; which is a continuation of Ser. No. 09/299,483 filed Apr. 26, 1999, now U.S. Pat. No. 6,144,310; which is a utility application claiming the benefit of the earlier filing date of Provisional Ser. No. 60/117,307 filed Jan. 26, 1999.

BACKGROUND FOR THE INVENTION

1. Field of Invention

The present invention relates to environmental condition detection for dwellings including smoke detection, carbon monoxide gas detection, natural gas detection, propane gas detection, combination smoke and carbon monoxide gas detection, etc. such that the audible tonal pattern alarm emitted by a detector sensing an abnormal environmental condition is accompanied by a pre-recorded voice message that clearly indicates the specific type of condition sensed or the specific location of the detector sensing the condition, or both.

2. Background

With the widespread use of environmental condition detectors such as smoke detectors, carbon monoxide detectors, natural gas detectors, propane detectors, etc. in residences and businesses today, there is a critical need to provide definite distinction between the tonal pattern alarms emitted by each type of detector so that the occupants of the involved dwelling are immediately made aware of the specific type of condition detected along with its location so they can take the proper immediate action. Regulating and governing bodies for products of the home safety industry (National Fire Protection Association, Underwriters Laboratories, etc.) have recently regulated the tonal patterns emitted from such environmental detectors, however, much confusion still exists among the very similar tonal pattern alarms emitted by various detector types. This is particularly true for those individuals partially overcome by the environmental condition, those asleep when the alarm occurs, young children, or the elderly. Therefore, a need exists whereby the environmental detector sensing an abnormal condition plays a recorded voice message stating the specific condition and/or location of the condition in addition to the required tonal pattern alarm. In conventional smoke detectors and carbon monoxide detectors, there are silent periods within the prescribed audible tonal pattern alarms where recorded verbal messages such as "smoke" or "CO" or "carbon monoxide" or "smoke in basement" or "utility room" (as examples) may be played during this alarm silence period to clearly discriminate between the types of audible alarms and environmental conditions and where the environmental condition was detected. Such messages immediately provide the occupants in an involved dwelling important safety information during potentially hazardous environmental conditions. The occupants can make informed decisions about how to respond to the alarm condition. Occupants residing in the uninvolved area of the dwelling may choose to assist those residing in the involved area depending on the location and type of condition detected. The type of environmental condition sensed or the location of the condition, or both are immediately made

**2**

clear through the use of recorded voice messages in addition to conventional tonal pattern alarms.

3. Discussion of Prior Art

While there are inventions in the prior art pertaining to emergency alarm systems utilizing verbal instructions, none are known to the inventor which use a combination of tonal pattern alarms and factory pre-recorded voice messages with function or intent to clearly and specifically identify and clarify which type of environmental condition is present in a dwelling. Nor are there known inventions that use such pre-recorded voice messages to specifically identify the location of the environmental condition sensed by environmental condition detectors in dwellings without the use of a central control unit.

Morris (U.S. Pat. No. 5,587,705) describes a wireless smoke detector system using a minimum of two smoke detectors to indicate the location of the smoke detector sensing the smoke through coded alarm patterns. The present invention does not use wireless communication between detectors; each detector may operate without any others or may operate as a hardwired system with interconnected units for those powered by 120 VAC. Fray (U.S. Pat. No. 5,663,714) describes a warning system for giving user-recorded verbal instructions during a fire. Fray teaches as object of his invention is to warn individuals of the presence of smoke and fire and to provide verbal instructions and guidance as how to escape the hazard. Routman et al (U.S. Pat. No. 5,349,338) describe a fire detector and alarm system that uses personally familiar user-recorded verbal messages specifically for a small child or adult in need of verbal instructions during the presence of a fire. Chiang (U.S. Pat. No. 5,291,183) describes a multi-functional alarming system using a microphone to sense ambient conditions and user-recorded verbal instructions for indicating the way to escape a fire. Kim (U.S. Pat. No. 4,816,809) describes a speaking fire alarm system that uses a central control system with remote temperature sensors. Haglund et al (U.S. Pat. No. 4,282,519) describe a hardwired smoke detector system whereby two audible alarm codes are indicated to determine whether the smoke was detected locally or not. Only two possible alarm patterns are used and no voice message is used with Haglund's hardwired system. Molinick and Sheilds (U.S. Pat. No. 4,288,789) describe an oral warning system for monitoring mining operations that uses a plurality of non-emergency condition sensors and second sensors for detecting emergencies. The patent further describes the use of a single and system-central multiple-track magnetic tape player for storing the verbal messages and links the alarm system to control the operation of mechanical devices (mining conveyor belts, etc.) during emergency conditions when verbal messages are played.

Additionally, Morris (U.S. Pat. No. 5,587,705), Fray (U.S. Pat. No. 5,663,714), Routman et al (U.S. Pat. No. 5,349,338), Chaing (U.S. Pat. No. 5,291,183), Kim (U.S. Pat. No. 4,816,809), and Haglund et al (U.S. Pat. No. 4,282,519) do not recite the specific use of factory pre-recorded voice messages to indicate the specific location of the environmental condition, or the use of voice messages to identify the specific type of environmental condition detected, or the use of a plurality of interconnected detectors emitting identical verbal messages. or a selectable means to define the installation location of the detector, all of which are taught in the present invention and afford significant safety advantages. While Molinick and Sheilds (U.S. Pat. No. 4,288,789) refer to verbally describing an emergency condition in mining operations, their patent teaches of a much more complex system than the present invention and describes a

BRK_000844

US 7,158,040 B2

3

central control system with multiple stages of various configuration sensors and the use of user-recorded voice messages. Furthermore, the patent does not describe a selectable coding means to define the installation location of the sensors.

All known prior art providing user-recorded verbal instructions on how to escape a hazardous condition has become impractical for use in dwellings in view of the recent National Fire Protection Association (NFPA) and Underwriters Laboratories (UL) regulations that require a maximum silence period between tonal alarm patterns of 1.5 seconds (Ref UL2034, UL217, NFPA72 and NFPA720). This period of time is sufficient for the present invention to verbally indicate the type and location of the sensed environmental condition but is unlikely to be useful to provide detailed instructions, as taught in the prior art, to occupants on how to respond to a hazardous condition.

The present invention employs either single station environmental condition detectors or a system comprising direct hardwired communication links between a plurality of environmental condition detectors to provide a tonal pattern alarm with pre-recorded voice message information regarding the specific type of environmental condition detected or the specific location of the detector sensing the environmental condition, or both, all without the need of a centralized control unit. For detector embodiments using pre-recorded voice messages to indicate the location of the detected condition, each detector is set-up by the user during installation to define the physical location of the detector within the dwelling according to pre-defined location definitions pre-programmed into the electronic storage media. The recorded voice messages are pre-recorded into the electronic storage media during manufacture and are not normally changeable by the user. In view of the recent National Fire Protection Association and Underwriters Laboratories regulations for tonal pattern alarms, it is not practical to have the user record their own sounds during the silent periods of the tonal pattern. The user may choose to record other alarm sounds that would violate the regulations governing such tonal patterns and compromise the safety features of the device. The use of factory pre-recorded voice messages alleviates this problem.

It is emphasized that no other related prior art known to the inventor makes use of factory pre-recorded voice messages to indicate the location of the environmental condition or the type of condition or both. Sufficient addressable electronic memory is available in the preferred embodiment of the invention to afford numerous pre-recorded voice messages.

SUMMARY OF THE INVENTION

Described herein is the Environmental Condition Detector with Audible Alarm and Voice Identifier invention, which comprises an environmental condition detector, such as a smoke detector, carbon monoxide gas detector, natural gas detector, propane detector, or any combination detector thereof, which detects the desired environmental condition(s) by those methods well known and described in the art and emits the prescribed audible tonal pattern alarm in accordance with the industry's empowered governing bodies' (National Fire Protection Association, Underwriters Laboratories etc.) criteria for such environmental conditions. Simultaneously, the environmental condition detector sensing the condition emits a verbal message to indicate, through a recorded voice message or synthesized human voice, the condition being sensed. This recorded voice

4

message is emitted simultaneously with the audible tonal pattern alarm so as normally to occur during silent segments of the prescribed tonal alarm pattern. For example, for the condition of smoke detection, the smoke detector emits the following combination audible tonal pattern alarm (Beep) and recorded voice message. "Beep - - - Beep - - - Beep - - - 'SMOKE' - - - Beep - - - Beep - - - Beep - - - 'SMOKE' - - - " in a periodic manner for as long as the environmental condition is detected. As a second example, for carbon monoxide detection, a carbon monoxide detector emits "Beep - - - Beep - - - Beep - - - 'CO' - - - Beep - - - Beep - - - Beep - - - Beep - - - 'CO' - - - ". As a third example, for smoke detection with the location identifier, a smoke detector emits "Beep - - - Beep - - - Beep - - - 'SMOKE IN BASEMENT' - - - Beep - - - Beep - - - Beep - - - 'SMOKE IN BASEMENT' - - - ". As a fourth example, for carbon monoxide detection with a voice location only identifier, a carbon monoxide detector emits ""Beep - - - Beep - - - Beep - - - Beep - - - 'Utility Room' - - - Beep - - - Beep - - - Beep - - - Beep - - - 'Utility Room' - - - ".

OBJECTS AND ADVANTAGES OF THE
PRESENT INVENTION

It is one object of the present invention to provide environmental condition detectors that function as single station (non-interconnected) detector units equipped to emit a tonal pattern alarm and a recorded voice message. The recorded voice message clearly identifies the location of the environmental condition detector sensing the condition, or describes the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The single station detector embodiment is battery powered or 120 VAC powered. User-selectable coding switches or jumpers permit the user to define the physical location of the single station unit within the dwelling. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both, of an abnormal environmental condition as related to single station units.

It is another object of the present invention to provide an environmental condition detection system where one detector sensing an environmental condition causes all other interconnected detectors to emit identical tonal pattern alarms and recorded voice messages. The hardwired directly interconnected detectors forming the environmental condition detection system are 120 VAC powered with optional battery back-up and use the recorded voice message to identify the location of the environmental condition detector sensing the condition, or to describe the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The environmental condition detection system embodiments of the present invention do not require the use of a centralized control unit (control panel) between detectors. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both of an abnormal environmental condition as related to a directly interconnected environmental condition detector system having no central control unit or panel.

A major advantage of both the single station embodiment and the system embodiment of the present invention is the use of factory pre-recorded voice messages that fit within the National Fire Protection Association and Underwriters

US 7,158,040 B2

5

Laboratories specified 1.5 second silence period of the standard smoke detector and carbon monoxide detector tonal pattern alarms. Prior art using user-recorded voice messages are intended to indicate directions on how to escape the hazard or how to respond to a hazard. Such messages would not practically fit into the maximum 1.5 second silent time period in conventional tonal alarm patterns for smoke detectors and carbon monoxide detectors used in dwellings. The allowance for a user to record his or her own messages may actually add to the confusion and danger that results during an alarm condition if the user chooses to record additional alarm sounds or errs in the directions given in the message on how to properly respond to a hazardous condition.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a sketch of a preferred embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. **2** is a sketch of a preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. **3** is a sketch of a second preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. **4** shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector and using a recorded voice message as an environmental condition type identifier according to the invention.

FIG. **5** shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector using a recorded voice message as an environmental condition location identifier according to the invention.

FIG. **6** shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a carbon monoxide detector and using a recorded voice message as an environmental condition type identifier and location identifier according to the invention.

FIG. **7** shows one method for the user to select the installation location coding of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

DETAILED DESCRIPTION OF THE
INVENTION

A preferred embodiment of the Environmental Condition Detector with Alarm and Voice Identifier **6** is shown in FIG. **1**. The unit is powered by a battery **40** and/or by standard 120 VAC (not shown). The environmental condition sensor and alarm unit **10** (conventional smoke detector, carbon monoxide detector, combination smoke detector and carbon monoxide detector, natural gas detector, propane detector, abnormal temperature etc.) is any sensor type(s) utilizing environmental detection methods and alarm devices typically known in the art of smoke detectors, carbon monoxide detectors and other hazard detectors. Upon sensing the environmental condition, the environmental condition sensor and alarm unit **10** sounds its tonal pattern alarm to indicate that an environmental condition has been sensed in

6

the immediate area. The alarm pattern is a prescribed audible tonal pattern alarm corresponding to the environmental condition as set forth by the empowered governing body (National Fire Protection Association, Underwriters Laboratories etc.). The interface and control unit **20** electronically interfaces with the environmental condition sensor and alarm unit **10** and controls the timing of a recorded voice message that is emitted simultaneously with the audible tonal pattern alarm such that the recorded voice message is emitted only during the period when the audible tonal pattern alarm cycles through a silent period. In one embodiment, an electronic signal frequency counter (not shown) is used to determine when the silent period of the audible alarm is occurring. The recorded voice message or synthesized human voice message is factory-recorded on an electronic storage media **30** such as, but not limited to, a ROM device. The recorded voice message is emitted through a speaker or other audio transducer **70**. For the embodiments of the invention requiring identification of the location of the environmental condition detector sensing the environmental condition, a selectable coding apparatus **50** (jumper selector or DIP switch) which connects to the interface and control unit **20** is provided to select one of several predefined physical locations of the environmental condition detectors within a residence. Recorded voice messages to identify physical locations consistent with the position of the selectable coding apparatus **50** are stored on the electronic storage media **30**. The selectable coding apparatus **50** is set to correspond to the location within the dwelling where the particular environmental condition detector **6** is installed. A language code selector jumper set or DIP switch) **60** is used to choose the language type (English, Spanish. etc.) used by the recorded voice. For interconnected 120 VAC units, when one environmental condition detector sounds its tonal pattern alarm and recorded voice message, all interconnected units will sound identical tonal pattern alarms and recorded voice messages in temporal phase. For the environmental condition detection system embodiment, an interconnecting conductor set **80** sends and receives a coded electrical signal encoded and decoded by the interface and control unit **20** by the sending and receiving detector, respectively. The coding of the signal sent over the interconnecting conductor set determines what specific recorded voice message is played from the electronic storage media **30** at the interconnected but remotely located environmental condition detectors. Another embodiment of the invention shown in FIG. **3** uses several interconnection conductors which alleviates the need for electrical encoding and decoding of the signal sent and received over the interconnecting conductor set **80**.

Shown in FIG. **2** is a sketch of a preferred embodiment of the electronic circuitry for one detector unit of the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit **10** connects to the interface and control unit **20** to trigger the monostable multivibrator **21** for a predetermined period of time when an environmental condition is detected. The monostable multivibrator **21** enables the signal encoder **22** to send a coded electrical signal to the local signal decoder **23** and to all other signal decoders of interconnected detectors hardwired linked together through the conductor set **80** shown in FIG. **1**. Upon receiving a local or remote encoded signal, the signal decoder **23** decodes the signal and validates or rejects the signal. Upon validation of a received signal, within each interconnected detector, the signal decoder **23** enables and addresses the electronic voice memory integrated circuit **31** to emit a recorded voice message verbally describing the

US 7,158,040 B2

7      8

location or type, or both of the environmental condition sensed. All recorded voice messages emitted by the interconnected detector units connected through the conductor set **80** via electrical conductor connector **37** are in temporal phase. A selectable coding apparatus of switches or jumpers **51** defines the physical installation location of each environmental condition detector through pre-defined location designations illustrated in FIG. **7**. A language selector switch apparatus **60** is used to select which language is used during the playing of the recorded voice messages. The recorded voice message is played through a speaker **70**.

Shown in FIG. **3** is a sketch of a second preferred embodiment of the electronic circuitry for one detector unit for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit **10** connects to the interface and control unit **20** to trigger the monostable multivibrator **21** for a predetermined period of time when an environmental condition is detected. The monostable multivibrator **21** enables the recorded voice memory integrated circuit **31** to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All detector units within the interconnected system share common electrical connection to the address bits on each detector unit's electronic voice memory integrated circuit **31** through a multiple conductor connector interface **35** which results in all detector units emitting identical recorded voice messages in temporal phase. A selectable coding apparatus of switches or jumpers **52** defines the physical installation location of each environmental condition detector through pre-defined location designations illustrated in FIG. **7**. A language selector switch apparatus **60** is used to select which language is used during the playing of the recorded voice messages. The recorded voice message is played through a speaker **70**.

Shown in FIG. **4** is an example alarm timing plot of the sound emitted **82** by an environmental condition detector using both an audible tonal pattern alarm **85** and a recorded voice message **90** to convey information about the specific environmental condition detected. In the example exhibited in FIG. **2**, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition type identifier only. The recorded voice message **90** is inserted into the defined silence periods of the prescribed audible tonal pattern alarm **85** consistent with conventional smoke detector alarms.

Shown in FIG. **5** is an example alarm timing plot of the sound emitted **92** by an environmental condition detector using an audible tonal pattern alarm **95** to convey the specific type of environmental condition and a recorded voice message **100** to convey the location of the detected environmental condition. In the example exhibited in FIG. **5**, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition location identifier only. The recorded voice message **100** is inserted into the defined silence periods of the prescribed audible tonal pattern alarm **95** consistent with conventional smoke detector alarms.

Shown in FIG. **6** is an example alarm timing plot of sound emitted **102** by an environmental condition detector using an audible tonal pattern alarm **105** and a recorded voice message **110** to convey the specific type of environmental condition detected and the location of the environmental condition detector sensing the environmental condition. In the example exhibited in FIG. **6**, the environmental condition detector embodiment is a carbon monoxide detector using voice as both an environmental condition type identifier and location identifier. The recorded voice message **110** is inserted into the defined silence periods of the prescribed audible tonal pattern alarm **105** consistent with conventional carbon monoxide alarms. The example tonal pattern alarms and recorded voice messages are illustrative and not intended to provide an exhaustive exhibit of all possible tonal alarm patterns and recorded voice messages.

Shown in FIG. **7** is a selectable coding apparatus **115** for the user to select one of the pre-defined locations of the Environmental Condition Detector with Alarm and Voice Identifier embodiment when and where it is installed in a dwelling. Selectable coding means such as a jumper **117** on DIP header pins **120** or DIP switches (not shown) are simple methods to define the installation location of a detector embodiment. Typical dwelling locations are shown in FIG. **7** and are not intended to exhibit an exhaustive list.

The various preferred embodiments described above are merely descriptive of the present invention and are in no way intended to limit the scope of the invention. Modifications of the present invention will become obvious to those skilled in the art in light of the detailed description above, and such modifications are intended to fall within the scope of the appended claims.

I claim:

**1**. An ambient condition detector comprising: first and second, ambient condition sensors; control electronics coupled to the sensors wherein the electronics emits at least two, different, unalterable pre-established alarm indicating tonal, output patterns wherein each pattern includes predetermined silent intervals and each is associated with a respective one of the sensors; voice output circuitry, coupled to the electronics, wherein the voice circuitry can output at least two different user unalterable, verbal alarm output messages wherein each of the messages is associated with a respective one of the tonal output patterns and verbalizes the respective alarm type and wherein the control electronics, in response to a detected alarm condition, outputs an audio representation of a respective one of the tonal patterns and an interleaved respective verbal alarm type message in a respective silent interval; wherein each tonal output pattern defines groups of substantially identical output tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount wherein the second amount is at least two times greater than the first amount; and a common housing for the sensors, the electronics and the output circuitry.

**2**. A detector as in claim **1** wherein one of the sensors is a smoke sensor and the respective, verbal message is a fire alarm to reinforce the respective tonal output pattern indicative of a fire alarm.

**3**. A detector as in claim **2** wherein the other sensor is a carbon monoxide sensor and the respective verbal message is a carbon monoxide alarm to reinforce the respective tonal output pattern, indicative of a carbon monoxide alarm.

**4**. A detector as in claim **3** wherein at least one tonal output pattern defines groups of three substantially identical output tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount wherein another tonal output pattern defines groups of four substantially identical output tones with constant intragroup spacing of a third amount and constant intergroup spacing of a fourth amount.

**5**. A detector as in claim **4** wherein each tone of one tonal pattern has a duration on the order of 0.5 seconds.

**6**. A detector as in claim **1** wherein one tonal pattern has an intragroup spacing on the order of 0.5 seconds and an intergroup spacing on the order of 1.5 seconds.

US 7,158,040 B2

9

**7**. A detector as in claim **1** which includes a plurality of predetermined location specifying messages.

**8**. A detector as in claim **7** which includes a manually operable element for selecting a location specifying message.

**9**. An ambient condition detector comprising: a fire sensor and a gas sensor; control electronics coupled to the sensors wherein the electronics emits at least first and second, different, unalterable alarm indicating tonal, output patterns wherein each pattern includes groups of spaced apart tones separated by longer intergroup silent intervals and wherein each output pattern is associated with a respective one of the sensors; voice output circuitry, coupled to the electronics, wherein the voice circuitry includes at least two pre-established, user unalterable, verbal alarm output messages wherein each of the messages is associated with a respective

10

one of the tonal output patterns and verbalizes the respective alarm type and wherein the control electronics, in response to a detected alarm condition, outputs an audio representation of a respective one of the tonal patterns and an interleaved respective verbal alarm type message in a respective intergroup silent interval; wherein the first tonal output pattern, associated with the fire sensor, comprises a selected number of tones in each group with intragroup tonal spacing less than 50% of the respective intergroup silent interval and wherein the second tonal output pattern, associated with the gas sensor, comprises a greater number of tones in each group than the selected number of tones; and a common housing for the sensors, the electronics and the output circuitry.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.         : 7,158,040 B2                                    Page 1 of  1
APPLICATION NO. : 10/915672
DATED                  : January 2, 2007
INVENTOR(S)       : Gary J. Morris

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

On the Title page Item (73), "Assignee:  Sunbeam Products, Inc., Boca Raton,
FL (US)" should be deleted.

Signed and Sealed this

Twenty-ninth Day of July, 2008

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

Express Mail Label No. EL 996733804 US

| UTILITY PATENT APPLICATION TRANSMITTAL **(Large Entity)** *(Only for new nonprovisional applications under 37 CFR 1.53(b))* | Docket No. **BRK-P-1183 (8365-92690)** |
| --- | --- |
| | Total Pages in this Submission **48** |

**COMMISSIONER FOR PATENTS**
P.O. Box 1450
Alexandria, VA 22313-1450

Transmitted herewith for filing under 35 U.S.C. 111(a) and 37 C.F.R. 1.53(b) is a new utility patent application for an invention entitled:

**Environmental Condition Detector with Audible Alarm and Voice Identifier**

and invented by:

**Gary J. Morris**

**If a CONTINUATION APPLICATION,** *check appropriate box and supply the requisite information:*

☒ Continuation   ☐ Divisional   ☐ Continuation-in-part (CIP)   of prior application No.:   10/396,068

Which is a:

☒ Continuation   ☐ Divisional   ☐ Continuation-in-part (CIP)   of prior application No.:   09/651,454

Which is a:

☒ Continuation   ☐ Divisional   ☐ Continuation-in-part (CIP)   of prior application No.:   09/299,483

Enclosed are:

**Application Elements**

1. ☒   Filing fee as calculated and transmitted as described below

2. ☒   Specification having _____28_____ pages and including the following:

    a. ☒   Descriptive Title of the Invention

    b. ☒   Cross References to Related Applications *(if applicable)*

    c. ☐   Statement Regarding Federally-sponsored Research/Development *(if applicable)*

    d. ☐   Reference to Sequence Listing, a Table, or a Computer Program Listing Appendix

    e. ☒   Background of the Invention

    f. ☒   Brief Summary of the Invention

    g. ☒   Brief Description of the Drawings *(if filed)*

    h. ☒   Detailed Description

    i. ☒   Claim(s) as Classified Below

    j. ☒   Abstract of the Disclosure

P01ULRG/REV07

BRK_000850

| UTILITY PATENT APPLICATION TRANSMITTAL<br>(Large Entity)<br>*(Only for new nonprovisional applications under 37 CFR 1.53(b))* | Docket No.<br>**BRK-P-1183 (8365-92690)** |
|---|---|
| | Total Pages in this Submission |

## Application Elements (Continued)

3. ☒ Drawing(s) *(when necessary as prescribed by 35 USC 113)*

    a. ☒ Formal      Number of Sheets     **5**

    b. ☐ Informal      Number of Sheets

4. ☒ Oath or Declaration

    a. ☐ Newly executed *(original or copy)*      ☐ Unexecuted

    b. ☒ Copy from a prior application (37 CFR 1.63(d)) *(for continuation/divisional application only)*

    c. ☒ With Power of Attorney      ☐ Without Power of Attorney

    d. ☐ *DELETION OF INVENTOR(S)*
        Signed statement attached deleting inventor(s) named in the prior application,
        see 37 C.F.R. 1.63(d)(2) and 1.33(b).

5. ☒ Incorporation By Reference *(usable if Box 4b is checked)*
    The entire disclosure of the prior application, from which a copy of the oath or declaration is supplied under
    Box 4b, is considered as being part of the disclosure of the accompanying application and is hereby
    incorporated by reference therein.

6. ☐ CD ROM or CD-R in duplicate, large table or Computer Program (Appendix)

7. ☒ Application Data Sheet (See 37 CFR 1.76)

8. ☐ Nucleotide and/or Amino Acid Sequence Submission *(if applicable, all must be included)*

    a. ☐ Computer Readable Form (CRF)

    b. ☐ Specification Sequence Listing on:

        i. ☐ CD-ROM or CD-R (2 copies); or

        ii. ☐ Paper

    c. ☐ Statement(s) Verifying Identical Paper and Computer Readable Copy

## Accompanying Application Parts

9. ☐ Assignment Papers *(cover sheet & document(s))*

10. ☐ 37 CFR 3.73(B) Statement *(when there is an assignee)*

11. ☐ English Translation Document *(if applicable)*

12. ☐ Information Disclosure Statement/PTO-1449      ☐ Copies of IDS Citations

13. ☒ Preliminary Amendment

14. ☒ Return Receipt Postcard (MPEP 503) *(Should be specifically itemized)*

15. ☐ Certified Copy of Priority Document(s) *(if foreign priority is claimed)*

16. ☒ Certificate of Mailing

    ☐ First Class      ☒ Express Mail *(Specify Label No.):*    **EL 996733804 US**

     P01ULRG/REV07

BRK_000851

| UTILITY PATENT APPLICATION TRANSMITTAL<br>(Large Entity)<br>*(Only for new nonprovisional applications under 37 CFR 1.53(b))* | Docket No.<br>**BRK-P-1183 (8365-92690)** |
|---|---|
| | Total Pages in this Submission<br>**48** |

## Accompanying Application Parts (Continued)

17. ☐ Additional Enclosures *(please identify below):*

### Request That Application Not Be Published Pursuant To 35 U.S.C. 122(b)(2)

18. ☐ Pursuant to 35 U.S.C. 122(b)(2), Applicant hereby requests that this patent application not be published pursuant to 35 U.S.C. 122(b)(1). Applicant hereby certifies that the invention disclosed in this application has not and will not be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication of applications 18 months after filing of the application.

### *Warning*

*An applicant who makes a request not to publish, but who subsequently files in a foreign country or under a multilateral international agreement specified in 35 U.S.C. 122(b)(2)(B)(i), must notify the Director of such filing not later than 45 days after the date of the filing of such foreign or international application. A failure of the applicant to provide such notice within the prescribed period shall result in the application being regarded as abandoned, unless it is shown to the satisfaction of the Director that the delay in submitting the notice was unintentional.*

P01ULRG/REV07

BRK_000852

| UTILITY PATENT APPLICATION TRANSMITTAL (Large Entity) (Only for new nonprovisional applications under 37 CFR 1.53(b)) | Docket No. BRK-P-1183 (8365-92690) |
|---|---|
| | Total Pages in this Submission 48 |

### Fee Calculation and Transmittal

#### CLAIMS AS FILED

| For | #Filed | #Allowed | #Extra | Rate | Fee |
|---|---|---|---|---|---|
| Total Claims | 12 | - 20 = | 0 | x $18.00 | $0.00 |
| Indep. Claims | 3 | - 3 = | 0 | x $86.00 | $0.00 |
| Multiple Dependent Claims (check if applicable)  ☐ | | | | | $0.00 |
| | | | | **BASIC FEE** | $770.00 |
| OTHER FEE *(specify purpose)* | | | | | $0.00 |
| | | | | **TOTAL FILING FEE** | $770.00 |

☒ A check in the amount of      $770.00      to cover the filing fee is enclosed.
☒ The Director is hereby authorized to charge and credit Deposit Account No.      23-0920
as described below.
  ☐ Charge the amount of                 as filing fee.
  ☒ Credit any overpayment.
  ☒ Charge any additional filing fees required under 37 C.F.R. 1.16 and 1.17.
  ☐ Charge the issue fee set in 37 C.F.R. 1.18 at the mailing of the Notice of Allowance,
     pursuant to 37 C.F.R. 1.311(b).

*Signature*

Paul M. Vargo, Reg. No. 29,116
WELSH & KATZ, LTD.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
312/655-1500

Dated:    August 10, 2004

Customer Number:  24628

cc:

P01ULRG/REV07

BRK_000853

Attorney Docket No. BRK-P-1183 US (8365-92690)

## CERTIFICATE OF MAILING BY EXPRESS MAIL

Applicant:        Gary J. Morris

Serial No.:

Filing Date:      Herewith

For:           **Environmental Condition Detector with Audible Alarm and Voice Identifier**

I hereby certify that this correspondence and any other documents referred to as enclosed herein, is being deposited with the United States Postal Service, "Express Mail Post Office to Addressee" service under 37 CFR §1.10 on the date indicated below and addressed to: Commissioner for Patents, P. O. Box 1450, Alexandria, Virginia 22313

## UTILITY APPLICATION ENCLOSED:

Transmittal (4 pgs in duplicate), Specification (28 pgs), Formal Drawings (5 pgs), Copy of executed Declaration and Power from parent application; Copy of Power of Attorney; Copy of Revocation of previous Power; Copy of executed appointment of Power of Attorney filed in previous application; Copy of executed Declaration and Power filed in connection with Application Serial No. 10/396,068; $770.00 Check for Filing Fee; Application Data Sheet; Preliminary Amendment; Certificate of Mailing; Return Postcard

Express Mail Label No.:      EL 996733804 US

Date of Deposit:         August 10, 2004

Typed/Printed Name
of Person Signing:        Shannon Wooten

Signature

<u>U.S. Patent Application:</u>

# Environmental Condition Detector with Audible Alarm and Voice Identifier

**Inventor: Gary J. Morris**
**2026 Glenmark Avenue**
**Morgantown, WV 26505**
**(304)599-5945**
**April 26, 1999**

This application is in reference to Provisional Patent Application 60/117,307 and Disclosure Document 415668.

## BACKGROUND FOR THE INVENTION

<u>Field of Invention</u>

The present invention relates to environmental condition detection for dwellings including smoke detection, carbon monoxide gas detection, natural gas detection, propane gas detection, combination smoke and carbon monoxide gas detection, etc. such that the audible tonal pattern alarm emitted by a detector sensing an abnormal environmental condition is accompanied by a pre-recorded voice message that clearly indicates the specific type of condition sensed or the specific location of the detector sensing the condition, or both.

<u>Background</u>

With the widespread use of environmental condition detectors such as smoke detectors, carbon monoxide detectors, natural gas detectors, propane detectors, etc. in residences and businesses today, there is a critical need to provide definite distinction between the tonal pattern alarms emitted by each type of detector so that the occupants of the involved dwelling are

CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

immediately made aware of the specific type of condition detected along with its location so they can take the proper immediate action. Regulating and governing bodies for products of the home safety industry (National Fire Protection Association, Underwriters Laboratories, etc.) have recently regulated the tonal patterns emitted from such environmental detectors, however, much confusion still exists among the very similar tonal pattern alarms emitted by various detector types. This is particularly true for those individuals partially overcome by the environmental condition, those asleep when the alarm occurs, young children, or the elderly. Therefore, a need exists whereby the environmental detector sensing an abnormal condition plays a recorded voice message stating the specific condition and/or location of the condition in addition to the required tonal pattern alarm. In conventional smoke detectors and carbon monoxide detectors, there are silent periods within the prescribed audible tonal pattern alarms where recorded verbal messages such as "*smoke*" or "*CO*" or "*carbon monoxide*" or "*smoke in basement*" or "*utility room*" (as examples) may be played during this alarm silence period to clearly discriminate between the types of audible alarms and environmental conditions and where the environmental condition was detected. Such messages immediately provide the occupants in an involved dwelling important safety information during potentially hazardous environmental conditions. The occupants can make informed decisions about how to respond to the alarm condition. Occupants residing in the uninvolved area of the dwelling may choose to assist those residing in the involved area depending on the location and type of condition detected. The type of environmental condition sensed or the location of the condition, or both

2

CONFIDENTIAL

BRK_000856

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

are immediately made clear through the use of recorded voice messages in addition to conventional tonal pattern alarms.


Discussion of Prior Art

While there are inventions in the prior art pertaining to emergency alarm systems utilizing verbal instructions, none are known to the inventor which use a combination of tonal pattern alarms and factory pre-recorded voice messages with function or intent to clearly and specifically identify and clarify which type of environmental condition is present in a dwelling. Nor are there known inventions that use such pre-recorded voice messages to specifically identify the location of the environmental condition sensed by environmental condition detectors in dwellings without the use of a central control unit.

Morris (US5587705) describes a wireless smoke detector system using a minimum of two smoke detectors to indicate the location of the smoke detector sensing the smoke through coded alarm patterns. The present invention does not use wireless communication between detectors; each detector may operate without any others or may operate as a hardwired system with interconnected units for those powered by 120VAC. Fray (US5663714) describes a warning system for giving user-recorded verbal instructions during a fire. Fray teaches an object of his invention is to warn individuals of the presence of smoke and fire and to provide verbal instructions and guidance as how to escape the hazard. Routman et al (US5349338) describe a fire detector and alarm system that uses personally familiar user-recorded verbal messages

3    CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

specifically for a small child or adult in need of verbal instructions during the presence of a fire. Chiang (US5291183) describes a multi-functional alarming system using a microphone to sense ambient conditions and user-recorded verbal instructions for indicating the way to escape a fire. Kim (US4816809) describes a speaking fire alarm system that uses a central control system with remote temperature sensors. Haglund et al (US4282519) describe a hardwired smoke detector system whereby two audible alarm codes are indicated to determine whether the smoke was detected locally or not. Only two possible alarm patterns are used and no voice message is used with Haglund's hardwired system. Molinick and Sheilds (US4288789) describe an oral warning system for monitoring mining operations that uses a plurality of non-emergency condition sensors and second sensors for detecting emergencies. The patent further describes the use of a single and system-central multiple-track magnetic tape player for storing the verbal messages and links the alarm system to control the operation of mechanical devices (mining conveyor belts, etc.) during emergency conditions when verbal messages are played.

Additionally, Morris (US5587705), Fray (US5663714), Routman et al (US5349338), Chaing (US5291183), Kim (US4816809), and Haglund et al (4282519) do not recite the specific use of factory pre-recorded voice messages to indicate the specific location of the environmental condition, or the use of voice messages to identify the specific type of environmental condition detected, or the use of a plurality of interconnected detectors emitting identical verbal messages, or a selectable means to define the installation location of the detector, all of which are taught in the present invention and afford significant safety advantages. While Molinick and Shields

4

CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505


(US4288789) refer to verbally describing an emergency condition in mining operations, their

patent teaches of a much more complex system than the present invention and describes a central

control system with multiple stages of various configuration sensors and the use of user-recorded

voice messages. Furthermore, the patent does not describe a selectable coding means to define

the installation location of the sensors.

All known prior art providing user-recorded verbal instructions on how to escape a

hazardous condition has become impractical for use in dwellings in view of the recent National

Fire Protection Association (NFPA) and Underwriters Laboratories (UL) regulations that require

a maximum silence period between tonal alarm patterns of 1.5 seconds (Ref. *UL2034, UL217,*

*NFPA72 and NFPA720*). This period of time is sufficient for the present invention to verbally

indicate the type and location of the sensed environmental condition but is unlikely to be useful

to provide detailed instructions, as taught in the prior art, to occupants on how to respond to a

hazardous condition.

The present invention employs either single station environmental condition detectors or

a system comprising direct, hardwired communication links between a plurality of environmental

condition detectors to provide a tonal pattern alarm with pre-recorded voice message information

regarding the specific type of environmental condition detected or the specific location of the

detector sensing the environmental condition, or both, all without the need of a centralized

control unit. For detector embodiments using pre-recorded voice messages to indicate the

location of the detected condition, each detector is set-up by the user during installation to define

5

CONFIDENTIAL

BRK_000859

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

the physical location of the detector within the dwelling according to pre-defined location definitions pre-programmed into the electronic storage media. The recorded voice messages are pre-recorded into the electronic storage media during manufacture and are not normally changeable by the user. In view of the recent National Fire Protection Association and Underwriters Laboratories regulations for tonal pattern alarms, it is not practical to have the user record their own sounds during the silent periods of the tonal pattern. The user may choose to record other alarm sounds that would violate the regulations governing such tonal patterns and compromise the safety features of the device. The use of factory pre-recorded voice messages alleviates this problem.

It is emphasized that no other related prior art known to the inventor makes use of factory pre-recorded voice messages to indicate the location of the environmental condition or the type of condition or both. Sufficient addressable electronic memory is available in the preferred embodiment of the invention to afford numerous pre-recorded voice messages.

6

CONFIDENTIAL

BRK_000860

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

## SUMMARY OF THE INVENTION

Described herein is the Environmental Condition Detector with Audible Alarm and Voice Identifier invention, which comprises an environmental condition detector, such as a smoke detector, carbon monoxide gas detector, natural gas detector, propane detector. or any combination detector thereof, which detects the desired environmental condition(s) by those methods well known and described in the art and emits the prescribed audible tonal pattern alarm in accordance with the industry's empowered governing bodies' (National Fire Protection Association, Underwriters Laboratories etc.) criteria for such environmental conditions. Simultaneously, the environmental condition detector sensing the condition emits a verbal message to indicate. through a recorded voice message or synthesized human voice, the condition being sensed. This recorded voice message is emitted simultaneously with the audible tonal pattern alarm so as normally to occur during silent segments of the prescribed tonal pattern alarm. For example. for the condition of smoke detection. the smoke detector emits the following combination audible tonal pattern alarm (Beep) and recorded voice message. "Beep---Beep---Beep---'SMOKE'---Beep---Beep---Beep---'SMOKE'---" in a periodic manner for as long as the environmental condition is detected. As a second example, for carbon monoxide detection, a carbon monoxide detector emits "Beep---Beep---Beep---Beep---'CO'---Beep---Beep---Beep---Beep---'CO'---". As a third example, for smoke detection with the location identifier, a smoke detector emits "Beep---Beep---Beep---'SMOKE IN BASEMENT'---Beep---Beep---Beep---'SMOKE IN BASEMENT'---". As a fourth example. for carbon monoxide



CONFIDENTIAL

7

BRK_000861

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

detection with a voice location only identifier, a carbon monoxide detector emits ""Beep---Beep---Beep---Beep---'Utility Room'---Beep---Beep---Beep---Beep---'Utility Room'---".

Objects and Advantages of the Present Invention

It is one object of the present invention to provide environmental condition detectors that function as single station (non-interconnected) detector units equipped to emit a tonal pattern alarm and a recorded voice message. The recorded voice message clearly identifies the location of the environmental condition detector sensing the condition, or describes the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The single station detector embodiment is battery powered or 120VAC powered. User-selectable coding switches or jumpers permit the user to define the physical location of the single station unit within the dwelling. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both, of an abnormal environmental condition as related to single station units.

It is another object of the present invention to provide an environmental condition detection system where one detector sensing an environmental condition causes all other interconnected detectors to emit identical tonal pattern alarms and recorded voice messages. The hardwired, directly interconnected detectors forming the environmental condition detection system are 120VAC powered with optional battery back-up and use the recorded voice message

8

CONFIDENTIAL

BRK_000862

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

to identify the location of the environmental condition detector sensing the condition, or to describe the type of environmental condition that has been detected, or both, as illustrated in the above, non-exhaustive examples. The environmental condition detection system embodiments of the present invention do not require the use of a centralized control unit (control panel) between detectors. No other related prior art is known to the inventor that uses factory pre-recorded voice messages in combination with conventional tonal pattern alarms to indicate the specific type or specific location, or both, of an abnormal environmental condition as related to a directly interconnected environmental condition detector system having no central control unit or panel.

A major advantage of both the single station embodiment and the system embodiment of the present invention is the use of factory pre-recorded voice messages that fit within the National Fire Protection Association and Underwriters Laboratories specified 1.5 second silence period of the standard smoke detector and carbon monoxide detector tonal pattern alarms. Prior art using user-recorded voice messages are intended to indicate directions on how to escape the hazard or how to respond to a hazard. Such messages would not practically fit into the maximum 1.5 second silent time period in conventional tonal alarm patterns for smoke detectors and carbon monoxide detectors used in dwellings. The allowance for a user to record his or her own messages may actually add to the confusion and danger that results during an alarm condition if the user chooses to record additional alarm sounds or errs in the directions given in the message on how to properly respond to a hazardous conditon.

9

CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a sketch of a preferred embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 2 is a sketch of a preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 3 is a sketch of a second preferred embodiment of the electronic circuitry for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

FIG. 4 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector and using a recorded voice message as an environmental condition type identifier according to the invention.

FIG. 5 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a smoke detector using a recorded voice message as an environmental condition location identifier according to the invention.

FIG. 6 shows an example audible tonal pattern alarm and recorded voice message combination used for the Environmental Condition Detector with Alarm and Voice Identifier configured as a carbon monoxide detector and using a recorded voice message as an environmental condition type identifier and location identifier according to the invention.

CONFIDENTIAL

BRK_000864

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

FIG. 7 shows one method for the user to select the installation location coding of the Environmental Condition Detector with Alarm and Voice Identifier according to the invention.

11

CONFIDENTIAL

BRK_000865

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

## DETAILED DESCRIPTION OF THE INVENTION

A preferred embodiment of the Environmental Condition Detector with Alarm and Voice
Identifier **6** is shown in FIG. 1. The unit is powered by a battery **40** and/or by standard
120VAC (not shown). The environmental condition sensor and alarm unit **10** (conventional
smoke detector, carbon monoxide detector, combination smoke detector and carbon monoxide
detector, natural gas detector, propane detector, abnormal temperature etc.) is any sensor
type(s) utilizing environmental detection methods and alarm devices typically known in the art
of smoke detectors, carbon monoxide detectors and other hazard detectors. Upon sensing the
environmental condition, the environmental condition sensor and alarm unit **10** sounds its tonal
pattern alarm to indicate that an environmental condition has been sensed in the immediate
area. The alarm pattern is a prescribed audible tonal pattern alarm corresponding to the
environmental condition as set forth by the empowered governing body (National Fire
Protection Association, Underwriters Laboratories etc.). The interface and control unit **20**
electronically interfaces with the environmental condition sensor and alarm unit **10** and
controls the timing of a recorded voice message that is emitted simultaneously with the audible
tonal pattern alarm such that the recorded voice message is emitted only during the period
when the audible tonal pattern alarm cycles through a silent period. In one embodiment, an
electronic signal frequency counter (not shown) is used to determine when the silent period of
the audible alarm is occurring. The recorded voice message or synthesized human voice
message is factory-recorded on an electronic storage media **30** such as, but not limited to, a

12

CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

ROM device. The recorded voice message is emitted through a speaker or other audio transducer **70**. For the embodiments of the invention requiring identification of the location of the environmental condition detector sensing the environmental condition, a selectable coding apparatus **50** (jumper selector or DIP switch) which connects to the interface and control unit **20** is provided to select one of several predefined physical locations of the environmental condition detectors within a residence. Recorded voice messages to identify physical locations consistent with the position of the selectable coding apparatus **50** are stored on the electronic storage media **30**. The selectable coding apparatus **50** is set to correspond to the location within the dwelling where the particular environmental condition detector **6** is installed. A language code selector (jumper set or DIP switch) **60** is used to choose the language type (English, Spanish, etc.) used by the recorded voice. For interconnected 120VAC units, when one environmental condition detector sounds its tonal pattern alarm and recorded voice message, all interconnected units will sound identical tonal pattern alarms and recorded voice messages in temporal phase. For the environmental condition detection system embodiment, an interconnecting conductor set **80** sends and receives a coded electrical signal encoded and decoded by the interface and control unit **20** by the sending and receiving detector, respectively. The coding of the signal sent over the interconnecting conductor set determines what specific recorded voice message is played from the electronic storage media **30** at the interconnected but remotely located environmental condition detectors. Another embodiment of the invention shown in FIG. 3 uses several interconnection conductors which alleviates the

CONFIDENTIAL

BRK_000867

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

need for electrical encoding and decoding of the signal sent and received over the interconnecting conductor set **80**.

Shown in FIG. 2 is a sketch of a preferred embodiment of the electronic circuitry for one detector unit of the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit **10** connects to the interface and control unit **20** to trigger the monostable multivibrator **21** for a predetermined period of time when an environmental condition is detected. The monostable multivibrator **21** enables the signal encoder **22** to send a coded electrical signal to the local signal decoder **23** and to all other signal decoders of interconnected detectors hardwired linked together through the conductor set **80** shown in FIG. 1. Upon receiving a local or remote encoded signal, the signal decoder **23** decodes the signal and validates or rejects the signal. Upon validation of a received signal, within each interconnected detector, the signal decoder **23** enables and addresses the electronic voice memory integrated circuit **31** to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All recorded voice messages emitted by the interconnected detector units connected through the conductor set **80** via electrical conductor connector **37** are in temporal phase. A selectable coding apparatus of switches or jumpers **51** defines the physical installation location of each environmental condition detector through pre-defined location designations illustrated in FIG. 7. A language selector switch apparatus **60** is used to select which language is used

14                    CONFIDENTIAL

BRK_000868

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

during the playing of the recorded voice messages. The recorded voice message is played through a speaker **70**.

Shown in FIG. 3 is a sketch of a second preferred embodiment of the electronic circuitry for one detector unit for the interconnected system embodiment of the Environmental Condition Detector with Alarm and Voice Identifier. The environmental condition sensor and alarm unit **10** connects to the interface and control unit **20** to trigger the monostable multivibrator **21** for a predetermined period of time when an environmental condition is detected. The monostable multivibrator **21** enables the electronic voice memory integrated circuit **31** to emit a recorded voice message verbally describing the location or type, or both, of the environmental condition sensed. All detector units within the interconnected system share common electrical connection to the address bits on each detector unit's electronic voice memory integrated circuit **31** through a multiple conductor connector interface **35** which results in all detector units emitting identical recorded voice messages in temporal phase. A selectable coding apparatus of switches or jumpers **52** defines the physical installation location of each environmental condition detector through pre-defined location designations illustrated in FIG. 7. A language selector switch apparatus **60** is used to select which language is used during the playing of the recorded voice messages. The recorded voice message is played through a speaker **70**.

Shown in FIG. 4 is an example alarm timing plot of the sound emitted **82** by an environmental condition detector using both an audible tonal pattern alarm **85** and a recorded

CONFIDENTIAL

BRK_000869

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

voice message 90 to convey information about the specific environmental condition detected. In the example exhibited in FIG. 2, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition type identifier only. The recorded voice message 90 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 85 consistent with conventional smoke detector alarms.

Shown in FIG. 5 is an example alarm timing plot of the sound emitted 92 by an environmental condition detector using an audible tonal pattern alarm 95 to convey the specific type of environmental condition and a recorded voice message 100 to convey the location of the detected environmental condition. In the example exhibited in FIG. 5, the environmental condition detector embodiment is a smoke detector using voice as an environmental condition location identifier only. The recorded voice message 100 is inserted into the defined silence periods of the prescribed audible tonal pattern alarm 95 consistent with conventional smoke detector alarms.

Shown in FIG. 6 is an example alarm timing plot of sound emitted 102 by an environmental condition detector using an audible tonal pattern alarm 105 and a recorded voice message 110 to convey the specific type of environmental condition detected and the location of the environmental condition detector sensing the environmental condition. In the example exhibited in FIG. 6, the environmental condition detector embodiment is a carbon monoxide detector using voice as both an environmental condition type identifier and location identifier. The recorded voice message 110 is inserted into the defined silence periods of the prescribed

16                    CONFIDENTIAL

BRK_000870

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

audible tonal pattern alarm **105** consistent with conventional carbon monoxide alarms. The example tonal pattern alarms and recorded voice messages are illustrative and not intended to provide an exhaustive exhibit of all possible tonal alarm patterns and recorded voice messages.

Shown in FIG. 7 is a selectable coding apparatus **115** for the user to select one of the predefined locations of the Environmental Condition Detector with Alarm and Voice Identifier embodiment when and where it is installed in a dwelling. Selectable coding means such as a jumper **117** on DIP header pins **120** or DIP switches (not shown) are simple methods to define the installation location of a detector embodiment. Typical dwelling locations are shown in FIG. 7 and are not intended to exhibit an exhaustive list.

The various preferred embodiments described above are merely descriptive of the present invention and are in no way intended to limit the scope of the invention. Modifications of the present invention will become obvious to those skilled in the art in light of the detailed description above, and such modifications are intended to fall within the scope of the appended claims.

CONFIDENTIAL

BRK_000871

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

I claim:

1. An environmental condition detector using pre-recorded voice messages to indicate the specific type of environmental condition detected in a dwelling comprising:

    (a) sensor means for detecting the presence of an environmental condition in said dwelling,

    (b) electronic means for activation of an alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

    (c) electronic means for playing of pre-recorded voice messages that verbally describe the type of environmental condition detected for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages.

    (d) a power source selected from the group consisting of a battery, standard 120VAC power, and standard 120VAC with a battery back-up power supply.

2. An environmental condition detector using pre-recorded voice messages to indicate the specific location of the environmental condition detected in a dwelling comprising:

    (a) sensor means for detecting the presence of an environmental condition in said dwelling,

    (b) electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

18

CONFIDENTIAL

BRK_000872

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

(c) selectable coding means to define the installation location, within said dwelling, of said environmental condition detector,

(d) electronic means for playing of pre-recorded voice messages that verbally describe the location, within said dwelling, of said environmental condition detector sensing said environmental condition for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages,

(e) a power source selected from the group consisting of a battery, standard 120VAC power, and standard 120VAC with a battery back-up power supply.

3. An environmental condition detector using pre-recorded voice messages to indicate the specific location and the specific type of the environmental condition detected in a dwelling comprising:

   (a) sensor means for detecting the presence of an environmental condition in said dwelling,

   (b) electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

   (c) electronic means for playing pre-recorded voice messages that verbally describe the type of environmental condition detected for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted

19     CONFIDENTIAL

BRK_000873

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages,

(d) selectable coding means to define the installation location within said dwelling, of said environmental condition detector,

(e) electronic means for playing pre-recorded voice messages that verbally describe the location, within said dwelling, of said environmental condition detector sensing said environmental condition for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages,

(f) a power source selected from the group consisting of a battery, standard 120VAC power, and standard 120VAC with a battery back-up power supply.

4. An environmental condition detection system using pre-recorded voice messages to indicate the specific type of an environmental condition detected in a dwelling comprising:

(a) a minimum of two environmental condition detectors, each detector comprising sensor means for detecting the presence of an environmental condition in said dwelling,

(b) each environmental condition detector comprising electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

20

CONFIDENTIAL

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

    (c) each environmental condition detector comprising electronic means for playing of pre-recorded voice messages that verbally describe the type of said environmental condition detected for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal alarm emitted simultaneously with said pre-recorded voice messages,

    (d) each environmental condition detector comprising direct hardwire interconnection means for electrically linking a plurality of like environmental condition detectors such that the detection of said environmental condition by one detector causes all other hardwired interconnected detectors to emit the same tonal pattern alarm and same pre-recorded voice messages emitted by said environmental condition detector sensing said environmental condition,

    (e) each environmental condition detector comprising a power source selected from the group consisting of standard 120VAC power and standard 120VAC power with a battery back-up power supply.

5. An environmental condition detection system using pre-recorded voice messages to indicate the specific location of an environmental condition detected in a dwelling comprising:

    (a) a minimum of two environmental condition detectors, each detector comprising sensor means for detecting the presence of an environmental condition in said dwelling,

CONFIDENTIAL

BRK_000875

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

(b) each environmental condition detector comprising electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

(c) each environmental condition detector comprising selectable coding means to define the installation location, within said dwelling, of said environmental condition detector,

(d) each environmental condition detector comprising electronic means for playing of pre-recorded voice messages that verbally describe the location, within said dwelling, of said environmental condition detector sensing said environmental condition for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages,

(e) each environmental condition detector comprising direct hardwire interconnection means for electrically linking a plurality of like environmental condition detectors such that the detection of said environmental condition by one detector causes all other hardwired interconnected detectors to emit the same tonal pattern alarm and same pre-recorded voice messages emitted by said environmental condition detector sensing said environmental condition,

(f) each environmental condition detector comprising a power source selected from the group consisting of standard 120VAC power and standard 120VAC power with a battery back-up power supply.

CONFIDENTIAL

BRK_000876

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

6.  An environmental condition detection system using pre-recorded voice messages to indicate the specific location and specific type of the environmental condition detected in a dwelling comprising:

    (a) a minimum of two environmental condition detectors, each detector comprising sensor means for detecting the presence of an environmental condition in said dwelling,

    (b) each environmental condition detector comprising electronic means for activation of an audible alarm having a prescribed audible tonal pattern for the duration of the detection of said environmental condition,

    (c) each environmental condition detector comprising selectable coding means to define the installation location, within said dwelling, of said environmental condition detector,

    (d) each environmental condition detector comprising electronic means for playing of pre-recorded voice messages that verbally describe the location, within said dwelling, of said environmental condition detector sensing said environmental condition for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in said prescribed audible tonal pattern emitted simultaneously with said pre-recorded voice messages,

    (e) each environmental condition detector comprising electronic means for playing of pre-recorded voice messages that verbally describe the type of environmental condition detected for the duration of the detection of said environmental condition such that said pre-recorded voice messages are emitted during periods of silence in

23

CONFIDENTIAL

BRK_000877

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

said prescribed audible tonal pattern simultaneously with said pre-recorded voice messages,

(f) each environmental condition detector comprising direct hardwire interconnection means for electrically linking a plurality of like environmental condition detectors such that the detection of said environmental condition by one detector causes all other hardwired interconnected detectors to emit the same tonal pattern alarm and same pre-recorded voice messages emitted by said environmental condition detector sensing said environmental condition,

(g) each environmental condition detector comprising a power source selected from the group consisting of standard 120VAC power and standard 120VAC power with a battery back-up power supply.

7. The environmental condition detector of Claim 1 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type. a carbon monoxide detector type. a natural gas detector type, a propane detector type. and any multiple combination of these environmental condition detector types.

8. The environmental condition detector of Claim 2 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type. a carbon monoxide detector type. a natural gas detector type, a propane detector type. and any multiple combination of these environmental condition detector types.

9. The environmental condition detector of Claim 3 wherein said sensor means comprises a type selected from the group consisting of a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type. and any multiple combination of these environmental condition detector types.

24

CONFIDENTIAL

BRK_000878

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

10. The environmental condition detector of Claim 4 wherein said sensor means comprises a
type selected from the group consisting of a smoke detector type. a carbon monoxide detector
type, a natural gas detector type, a propane detector type. and any multiple combination of
these environmental condition detector types.

11. The environmental condition detector of Claim 5 wherein said sensor means comprises a
type selected from the group consisting of a smoke detector type. a carbon monoxide detector
type, a natural gas detector type, a propane detector type. and any multiple combination of
these environmental condition detector types.

12. The environmental condition detector of Claim 6 wherein said sensor means comprises a
type selected from the group consisting of a smoke detector type. a carbon monoxide detector
type, a natural gas detector type, a propane detector type. and any multiple combination of
these environmental condition detector types.

13. The environmental condition detector of Claim 1 wherein said electronic means to play said
pre-recorded voice messages has further means to provide for the selection of language type
presentation of said pre-recorded voice messages.

14. The environmental condition detector of Claim 2 wherein said electronic means to play said
pre-recorded voice messages has further means to provide for the selection of language type
presentation of said pre-recorded voice messages.

15. The environmental condition detector of Claim 3 wherein said electronic means to play said
pre-recorded voice messages has further means to provide for the selection of language type
presentation of said pre-recorded voice messages.

CONFIDENTIAL

BRK_000879

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

16. The environmental condition detector of Claim 4 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

17. The environmental condition detector of Claim 5 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

18. The environmental condition detector of Claim 6 wherein said electronic means to play said pre-recorded voice messages has further means to provide for the selection of language type presentation of said pre-recorded voice messages.

19. A method for providing environmental condition detection for a dwelling comprising :

    (a) providing an environmental condition detection system to a dwelling, said dwelling comprising one or more distinctive regions selected from the group consisting of rooms, floor levels, areas, closets, attics, basements, passages, hallways, stairways, crawlspaces, garages, and any multiple combination thereof,

    (b) setting a selectable coding means to define the detector installation location, within said dwelling, for each detector comprising said environmental condition detection system to cause the detector sensing an environmental condition to play a pre-recorded voice message, which verbally describes said detector installation location of said detector sensing an environmental condition, during the periods of silence in a prescribed audible tonal pattern alarm emitted by said detector sensing an environmental condition simultaneously with said pre-recorded voice message for the duration of said environmental condition,

26    CONFIDENTIAL

BRK_000880

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

(c) interconnecting a minimum of two environmental condition detectors forming said environmental condition detection system such that the tonal pattern alarm and pre-recorded voice messages emitted by one environmental condition detector sensing an environmental condition causes all other interconnected detectors to emit the same tonal pattern alarm and pre-recorded voice message as those emitted by said environmental condition detector sensing said environmental condition.

20. The method of Claim 19 wherein said method comprises playing a pre-recorded voice message that verbally describes the type of environmental condition detected for the duration of the detection of the said environmental condition such that said pre-recorded voice message is emitted during periods of silence in said prescribed audible tonal pattern alarm emitted simultaneously.

21. The method of Claim 19 wherein said method comprises providing an environmental condition detector type selected from the group consisting of a smoke detector type, a carbon monoxide detector type, a natural gas detector type, a propane detector type, and any multiple combination of these environmental condition detector types.

27

CONFIDENTIAL

BRK_000881

U.S. Patent Application
Environmental Condition Detector with Audible Alarm and Voice Identifier
April 26, 1999
Inventor: Gary J. Morris
Morgantown, WV 26505

## ABSTRACT OF THE DISCLOSURE

Due to the presence of various environmental condition detectors in the home and businesses such as smoke detectors, carbon monoxide detectors, natural gas detectors, etc., each having individual but similar sounding alarm patterns, it can be difficult for occupants of such dwellings to immediately determine the specific type of environmental condition that exists during an alarm condition.    The present invention comprises an environmental condition detector using both tonal pattern alarms and pre-recorded voice messages to indicate information about the environmental condition being sensed.  Single-station battery-powered and 120VAC detectors are described as are multiple-station interconnected 120VAC powered detectors.  The pre-recorded voice messages describe the type of environmental condition detected or the location of the environmental condition detector sensing the condition, or both, in addition to the tonal pattern alarm.  Provisions are made for multi-lingual pre-recorded voice messages.

CONFIDENTIAL

BRK_000882



## 1/5



**Fig. 1**



2/5



**Fig. 2**

CONFIDENTIAL

3/5



**Fig. 3**

CONFIDENTIAL

BRK_000885

4/5



Fig. 4



Fig. 5

CONFIDENTIAL

5/5



**Fig. 6**



**Fig. 7**

CONFIDENTIAL

BEST AVAILABLE COPY



Please type a plus sign (+) inside this box → +

PTO/SB/01 (12-97)
Approved for use through 9/30/00. OMB 0651-0032
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63) | Attorney Docket Number | |
|---|---|---|
| | First Named Inventor | Gary J. Morris |
| | **COMPLETE IF KNOWN** | |
| ☒ Declaration Submitted with Initial Filing   OR   ☐ Declaration Submitted after Initial Filing (surcharge (37 CFR 1.16 (e)) required) | Application Number | / |
| | Filing Date | April 26, 1999 |
| | Group Art Unit | |
| | Examiner Name | |

As a below named inventor, I hereby declare that:

My residence, post office address, and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

> Environmental Condition Detector with Audible Alarm and Voice Identifier

the specification of which                    *(Title of the Invention)*
☒ is attached hereto
   OR
☐ was filed on (MM/DD/YYYY) [_____] as United States Application Number or PCT International

Application Number [_____] and was amended on (MM/DD/YYYY) [_____] (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56.

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or 365(b) of any foreign application(s) for patent or inventor's certificate, or 365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or of any PCT international application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? | |
|---|---|---|---|---|---|
| | | | | **YES** | **NO** |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |

☐ Additional foreign application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto:

I hereby claim the benefit under 35 U.S.C. 119(e) of any United States provisional application(s) listed below.

| Application Number(s) | Filing Date (MM/DD/YYYY) | |
|---|---|---|
| 60/117,307 | 01/24/1999 | ☐ Additional provisional application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto. |

[Page 1 of 2]

Burden Hour Statement: This form is estimated to take 0.4 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

CONFIDENTIAL

BRK_000888

Please type a plus sign (+) inside this box → [+]

PTO/SB/01 (12-97)
Approved for use through 9/30/00. OMB 0651-0032
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# DECLARATION — Utility or Design Patent Application

I hereby claim the benefit under 35 U.S.C. 120 of any United States application(s), or 365(c) of any PCT international application designating the United States of America, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of 35 U.S.C. 112, I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application.

| U.S. Parent Application or PCT Parent Number | Parent Filing Date (MM/DD/YYYY) | Parent Patent Number (if applicable) |
|---|---|---|
| | | |

☐ Additional U.S. or PCT international application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto.

As a named inventor, I hereby appoint the following registered practitioner(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith: ☐ Customer Number _____ OR ☐ Registered practitioner(s) name/registration number listed below

Place Customer Number Bar Code Label here

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| | | | |

☐ Additional registered practitioner(s) named on supplemental Registered Practitioner Information sheet PTO/SB/02C attached hereto.

Direct all correspondence to: ☐ Customer Number or Bar Code Label _____ OR ☒ Correspondence address below

| Name | Gary J. Morris |
|---|---|
| Address | 2026 Glenmark Avenue |
| Address | |
| City | Morgantown | State | WV | ZIP | 26505 |
| Country | USA | Telephone | (304)599-5945 | Fax | (304)598-3876 |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

**Name of Sole or First Inventor:**   ☐ A petition has been filed for this unsigned inventor

| Given Name (first and middle (if any)) | Family Name or Surname |
|---|---|
| Gary Jay | Morris |

| Inventor's Signature | _(signature)_ | Date | 4/26/99 |
|---|---|---|---|
| Residence: City | Morgantown | State | WV | Country | USA | Citizenship | USA |
| Post Office Address | 2026 Glenmark Avenue |
| Post Office Address | |
| City | Morgantown | State | WV | ZIP | 26505 | Country | USA |

☐ Additional inventors are being named on the _____ supplemental Additional Inventor(s) sheet(s) PTO/SB/02A attached hereto

[Page 2 of 2]

CONFIDENTIAL

BRK_000889

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| For: | Environmental Condition Detector With Audible Alarm and Voice Identifier | ) ) ) ) |
| | | ) |
| Serial No.: | 09/299,483 | ) |
| | | ) |
| Filed: | April 26, 1999 | ) |
| | | ) |
| Examiner: | N. Tong | ) |
| Art Unit: | 2736 | |

### POWER OF ATTORNEY, UNITED STATES PATENT OFFICE

As a named sole inventor and owner of the above identified application; I hereby revoke any previously issued Powers of Attorney and I hereby appoint the following registered practitioner(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

| | | | |
|---|---|---|---|
| Lawrence J. Chapa | Reg. No. 39,135 | Paul M. Odell | Reg. No. 28,332 |
| Randall T. Erickson | Reg. No. 33,872 | Robert B. Polit | Reg. No. 33,993 |
| Stephen D. Geimer | Reg. No. 28,846 | Elaine M. Ramesh | Reg. No. 43,032 |
| Allan J. Hoover | Reg. No. 24,103 | Keith V. Rockey | Reg. No. 24,713 |
| Martin L. Katz | Reg. No. 25,011 | John F. Rollins | Reg. No. 38,013 |
| Kathleen A. Lyons | Reg. No. 31,852 | Thomas L. Ross | Reg. No. 29,275 |
| John P. Milnamow | Reg. No. 20,635 | Joel E. Siegel | Reg. No. 25,440 |
| Lisa V. Mueller | Reg. No. 38,978 | Paul M. Vargo | Reg. No. 29,116 |

whose mailing address for this application is:   ROCKEY, MILNAMOW & KATZ, LTD.
Two Prudential Plaza - Suite 4700
180 North Stetson Avenue
Chicago, Illinois 60601
Telephone: (312) 616-5400
Facsimile: (312) 616-5460

Please forward all correspondence and issued patent to Paul M. Vargo, Esq. Of the above-designated law firm.

By: _____
Gary J. Morris
2026 Glenmark Avenue
Morgantown, WV 26505

Dated March 2, 2000

Page 1 of 1

BEST AVAILABLE COPY

BEST AVAILABLE COPY

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

## REVOCATION OF POWER OF ATTORNEY

Docket No.
**BRK-P-1182 (89349)**

Name of Applicant:   **Gary J. Morris**

Address of Applicant:  **2026 Glenmark Avenue**
                               **Morgantown, West Virginia 26505**

Title:          **Environmental Condition Detector With Audible Alarm and Voice Identifier**

Serial No., if Any:

Filed:

## TO THE ASSISTANT COMMISSIONER FOR PATENTS

The Assistant Commissioner for Patents
Washington, D.C. 20231

Honorable Sir:

    I hereby revoke the Power of Attorney given to:

**Rockey, Milnamow & Katz, Ltd.**
**Two Prudential Plaza**
**Suite 4700**
**180 North Stetson Avenue**
**Chicago, Illinois 60601**

Dated: 3/20/03

By: _(signature)_

Gary J. Morris

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## POWER OF ATTORNEY

Docket No.
**BRK-P-1182 (89349)**

Name of Applicant:   **Gary J. Morris**
Address of Applicant:   **2026 Glenmark Avenue**
**Morgantown, West Virginia 26505**

Title:   **Environmental Condition Detector With Audible Alarm And Voice Identifier**

Serial No., if Any:
Filed:

## TO THE ASSISTANT COMMISSIONER FOR PATENTS

The Assistant Commissioner for Patents
Washington, D.C. 20231

Honorable Sir:
   I hereby appoint:

   **Paul M. Vargo, Reg. No. 29,116**
   **Welsh & Katz, Ltd.**
   **120 South Riverside Plaza**
   **22nd Floor**
   **Chicago, Illinois 60606**
   **Ph. 312 655 1500, Ext. 401**
   **Fax 312 655 1501**

as principal attorneys to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

Please direct all future correspondence to:

By _____

Gary J. Morris

**Paul M. Vargo, Reg. No. 29,116**
**Welsh & Katz, Ltd.**
**120 South Riverside Plaza**
**22nd Floor**
**Chicago, Illinois 60606**
**Ph. 312 655 1500, Ext. 401**
**Fax 312 655 1501**

Dated: 3/20/03 _____

BRK_000892

8365-89349

## DECLARATION AND POWER OF ATTORNEY

As a below named inventor, I hereby declare:

That my residence, post office address and citizenship are as stated below next to my name.

That I verily believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural inventors are named below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

### ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER

the specification of which (check one)
(  )   is attached hereto.
(X)   was filed on March 25, 2003 as
       Application Serial No. 10/396,068
       and was amended on _____
                                   (if applicable)

That I have reviewed and understand the contents of the above-identified specification, including the claim, as amended by any amendment referred to above.

That I acknowledge the duty to disclose information known to be material to patentability of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

That I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate on this invention having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)                                              Priority Claimed

|  |  |  |  |
|---|---|---|---|
| _____ | _____ | _____ Yes | No |
| (Number) | (Country) | (Day/Month/Year Filed) | |
| _____ | _____ | _____ Yes | No |
| (Number) | (Country) | (Day/Month/Year Filed) | |

I hereby claim the benefit under 35 U.S.C. § 119(e) of any United States provisional application(s) listed below.

| 60/117,307 | Jan. 26, 1999 |
|---|---|
| (Application Number) | (Filing Date) |
| _____ | _____ |
| (Application Number) | (Filing Date) |

That I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

United States Application(s)

| 09/651,454 | Aug. 30, 2000 | Patented |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Status)-(Patented, pending, abandoned) |
| 09/299,483 | April 26, 1999 | Patented |
| (Application Serial No.) | (Filing Date) | (Status)-(Patented, pending, abandoned) |

That all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

I hereby appoint the following attorneys, with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark Office connected therewith and request that all correspondence and telephone calls in respect to this application be directed to WELSH & KATZ, LTD., 120 South Riverside Plaza, 22nd Floor, Chicago, Illinois 60606, Telephone No. (312) 655-1500:

| Attorney | Registration No. |
|---|---|
| A. Sidney Katz | 24,003 |
| Richard L. Wood | 22,839 |
| Jerold B. Schnayer | 28,903 |
| Eric C. Cohen | 27,429 |
| Joseph R. Marcus | 25,060 |
| Gerald S. Schur | 22,053 |
| Gerald T. Shekleton | 27,466 |
| James A. Scheer | 29,434 |
| Daniel R. Cherry | 29,054 |
| Edward P. Gamson | 29,381 |
| Kathleen A. Rheintgen | 34,044 |
| Thomas W. Tolpin | 27,600 |
| Jon P. Christensen | 34,137 |
| Eric D. Cohen | 38,110 |
| Walter J. Kawula, Jr. | 39,724 |
| Philip D. Segrest, Jr. | 39,021 |
| Mitchell J. Weinstein | 37,963 |
| Leonard Friedman | 37,135 |
| Steven E. Feldman | 40,604 |
| Jeffrey W. Salmon | 37,435 |
| Paul M. Vargo | 29,116 |

Full name of additional
joint inventor, if any:                Gary L. Morris

Inventor's signature:

Date:                                          10/29/03

Residence                                   Morgantown, West Virginia

Post Office Address:                    2026 Glenmark Avenue

                                                    Morgantown, West Virginia 26505

Citizenship:                                US

Address for Correspondence:       Paul M. Vargo
                                                    WELSH & KATZ, LTD.
                                                    120 South Riverside Plaza
                                                    22nd Floor
                                                    Chicago, Illinois 60606
                                                    Telephone: (312) 655-1500
                                                    Facsimile: (312) 655-1501

2

BRK_000894

# PATENT APPLICATION FEE DETERMINATION RECORD
Effective October 1, 2003

**Application or Docket Number**

10915672

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 12 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 12 minus 20= | * 0 |
| INDEPENDENT CLAIMS | 3 minus 3 = | * 2 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

* If the difference in column 1 is less than zero, enter "0" in column 2

| SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | FEE | | RATE | FEE |
| BASIC FEE | 385.00 | OR | BASIC FEE | 770.00 |
| XS 9= | | OR | XS18= | 0 |
| X43= | | OR | X86= | 0 |
| +145= | | OR | +290= | 0 |
| TOTAL | | OR | TOTAL | 770 |

## CLAIMS AS AMENDED - PART II

### AMENDMENT A

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | | X$ 9= | | OR | X$18= | |
| Independent | * | Minus *** | = | | X43= | | OR | X86= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | | +145= | | OR | +290= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT B

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | | RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | | X$ 9= | | OR | X$18= | |
| Independent | * | Minus *** | = | | X43= | | OR | X86= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | | +145= | | OR | +290= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT C

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | | RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | | X$ 9= | | OR | X$18= | |
| Independent | * | Minus *** | = | | X43= | | OR | X86= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | | +145= | | OR | +290= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
   The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875  (Rev. 10/03)                    Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

08/12/2004 STEUMEL1 00000041 10915672
01 FC:1001                770.00 OP

PTO-1556
(5/87)

*U.S. Government Printing Office: 2002 — 489-267/69033

BRK_000896

PATENT APPLICATION

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | |
|---|---|
| Applicant: | Gary Jay Morris |
| Serial No.: | |
| Filed: | August 10, 2004 |
| Title: | Environmental Condition Detector with Audible Alarm and Voice Identifier |
| Group Art: | 2632 |
| Examiner: | |
| Docket No.: | BRK-P-1183 US (8365-92690) |

Commissioner for Patents
P. O. Box 1450
Alexandria, Virginia 22313-1450

**PRELIMINARY AMENDMENT**

Dear Sir:

Prior to Examination, please enter the following Amendments.

BRK_000897

## SPECIFICATION AMENDMENTS

Page 1, line 1, delete first paragraph and substitute the following paragraph:

This application is a continuation of Serial No. 10/396,068 filed March 25, 2003, which is a continuation of Serial No. 09/651,454 filed August 30, 2000; which is a continuation of Serial No. 09/299,483 filed April 26, 1999, now U.S. Patent No. 6,144,310; which is a utility application claiming the benefit of the earlier filing date of Provisional Serial No. 60/117,307 filed January 26, 1999.

BRK_000898

Page 3

## CLAIM AMENDMENTS

1-21    (cancelled)

22.    (new)  An ambient condition detector comprising:

first and second, ambient condition sensors;

control electronics coupled to the sensors wherein the electronics emits at least two, different, unalterable pre-established alarm indicating tonal, output patterns wherein each pattern includes predetermined silent intervals and each is associated with a respective one of the sensors;

voice output circuitry, coupled to the electronics, wherein the voice circuitry can output at least two different user unalterable, verbal alarm output messages wherein each of the messages is associated with a respective one of the tonal output patterns and verbalizes the respective alarm type and wherein the control electronics, in response to a detected alarm condition, outputs an audio representation of a respective one of the tonal patterns and an interleaved respective verbal alarm type message in a respective silent interval;

wherein each tonal output pattern defines groups of substantially identical output tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount wherein the second amount is at least two times greater than the first amount; and

a common housing for the sensors, the electronics and the output circuitry.

23.    (new)  A detector as in claim 22 wherein one of the sensors is a smoke sensor and the respective, verbal message is a fire alarm to reinforce the respective tonal output pattern indicative of a fire alarm.

24.    (new)  A detector as in claim 23 wherein the other sensor is a carbon monoxide sensor and the respective verbal message is a carbon monoxide alarm to reinforce the respective tonal output pattern, indicative of a carbon monoxide alarm.

BRK_000899

25.     (new) A detector as in claim 24 wherein at least one tonal output pattern defines groups of three substantially identical output tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount wherein another tonal output pattern defines groups of four substantially identical output tones with constant intragroup spacing of a third amount and constant intergroup spacing of a fourth amount.

26.     (new) A detector as in claim 25 wherein each tone of one tonal pattern has a duration on the order of 0.5 seconds.

27.     (new) A detector as in claim 22 wherein one tonal pattern has an intragroup spacing on the order of 0.5 seconds and an intergroup spacing on the order of 1.5 seconds.

28.     (new) A detector as in claim 22 which includes a plurality of predetermined location specifying messages.

29.     (new) A detector as in claim 28 which includes a manually operable element for selecting a location specifying message.

30.     (new) An ambient condition detector comprising:

a fire sensor and a gas sensor;

control electronics coupled to the sensors wherein the electronics emits at least first and second, different, unalterable alarm indicating tonal, output patterns wherein each pattern includes groups of spaced apart tones separated by longer intergroup silent intervals and wherein each output pattern is associated with a respective one of the sensors;

voice output circuitry, coupled to the electronics, wherein the voice circuitry includes at least two pre-established, user unalterable, verbal alarm output messages wherein each of the messages is associated with a respective one of the tonal output patterns and verbalizes the respective alarm type and wherein the control electronics, in response to a detected alarm condition, outputs an audio representation of a respective one of the tonal patterns and an interleaved respective verbal alarm type message in a respective intergroup silent interval;

BRK_000900

wherein the first tonal output pattern, associated with the fire sensor, comprises a selected number of tones in each group with intragroup tonal spacing less than 50% of the respective intergroup silent interval and wherein the second tonal output pattern, associated with the gas sensor, comprises a greater number of tones in each group than the selected number of tones; and

a common housing for the sensors, the electronics and the output circuitry.

31.    (new) An ambient condition detector comprising:

at least one ambient condition sensor;

control electronics coupled to the at least one sensor wherein the electronics emits at least one, unalterable pre-established alarm indicating tonal, output pattern, the pattern includes groups of substantially identical output tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount wherein the second amount is at least two times greater than the first amount;

voice output circuitry, coupled to the electronics, where the voice circuitry can output at least one user unalterable, verbal alarm output message and wherein the control electronics, in response to a detected alarm condition, repetitively outputs an audio representation of a tonal pattern and an interleaved repetitive verbal alarm type message in respective intergroup spacings;

an audio transducer coupled to the voice output circuitry which emits only verbal alarm output messages; and

a common housing for the sensor, the electronics, the output circuitry and the audio transducer.

32.    (new) A detector as in claim 31 where the sensor is a smoke sensor and the respective, verbal message is a fire alarm to reinforce the respective tonal output pattern indicative of a fire alarm.

33.    (new) A detector as in claim 31 where the sensor is a carbon monoxide sensor and the respective verbal message is a carbon monoxide alarm to reinforce the respective tonal output pattern, indicative of a carbon monoxide alarm.

Page 6

# **REMARKS**

It is requested that the above amendments be entered prior to examination. Allowance of the application is requested.

Respectfully submitted,

WELSH & KATZ, LTD.

By _____
Paul M. Vargo, Reg. No. 29,116

120 South Riverside Plaza
22nd Floor
Chicago, Illinois 60606
Phone: 312-655-1500
Fax: 312-655-1501

BRK_000902

**APPLICATION DATA SHEET**

**APPLICATION INFORMATION**

| | |
|---|---|
| Application number:: | Not Yet Assigned |
| Filing Date:: | August 10, 2004 |
| Application Type:: | Continuation Application |
| Title:: | ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER |
| Attorney Docket Number:: | 92690 |
| Request for Early Publication?:: | No |
| Request for Non-Publication?:: | No |
| Suggested Drawing Figure:: | 1 |
| Total Drawing Sheets:: | 5 |
| Formal Drawings:: | Yes |
| Small Entity?:: | No |
| Benefit of Priority Claimed From:: | Continuation Application Serial No. 10/396,068 filed March 25, 2003 |
| Benefit of Priority Claimed From:: | Continuation Application Serial No. 09/651,454 filed August 30, 2000 |
| Benefit of Priority Claimed From:: | Continuation Application Serial No. 09/299,483 filed April 26, 1999 |
| Benefit of Priority Claimed From:: | Provisional Application Serial No. 60/117,307 filed January 26, 1999 |

**APPLICANT INFORMATION**

| | |
|---|---|
| Inventor One Given Name:: | Gary J. |
| Family Name:: | Morris |
| Postal Address Line One:: | 2026 Glenmark Avenue |
| City:: | Morgantown |
| State or Province:: | West Virginia |
| Citizenship Country:: | US |

1

BRK_000903

## REPRESENTATIVE INFORMATION

Correspondence Customer Number::     24628
Name Line One::     Welsh & Katz, Ltd.
Name Line Two::     Paul M. Vargo
Address Line One::     22nd Floor
Address Line Two::     120 South Riverside Plaza
City::     Chicago
State or Province::     IL
Postal or Zip Code::     60606
Telephone Number::     (312) 655-1500
Fax::     (312) 655-1501
E-Mail address::     pmvargo@welshkatz.com

## REPRESENTATIVE INFORMATION

| Representative Designation | Registration number | Name |
|---|---|---|
| Associate | 24,003 | A. Sidney Katz |
| Associate | 22,839 | Richard L. Wood |
| Associate | 28,903 | Jerold B. Schnayer |
| Associate | 25,060 | Joseph R. Marcus |
| Associate | 22,053 | Gerald S. Schur |
| Associate | 27,466 | Gerald T. Shekleton |
| Associate | 29,434 | James A. Scheer |
| Associate | 29,054 | Daniel R. Cherry |
| Associate | 29,381 | Edward P. Gamson |
| Associate | 34,044 | Kathleen A. Rheintgen |
| Associate | 27,600 | Thomas W. Tolpin |
| Associate | 34,137 | Jon P. Christensen |
| Associate | 38,110 | Eric D. Cohen |
| Associate | 39,724 | Walter J. Kawula, Jr. |
| Associate | 37,963 | Mitchell J. Weinstein |
| Associate | 37,135 | Leonard Friedman |
| Associate | 40,604 | Steven E. Feldman |
| Associate | 37,435 | Jeffrey W. Salmon |
| Associate | 45,195 | Louise T. Walsh |
| Primary | 29,116 | Paul M. Vargo |

2

BRK_000904

# PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 2003

Application or Docket Number

10915672

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 12 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 12 minus 20= | 0 |
| INDEPENDENT CLAIMS | 3 minus 3 = | 2 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

* If the difference in column 1 is less than zero, enter "0" in column 2

| SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | FEE | OR | RATE | FEE |
| BASIC FEE | 385.00 | OR | BASIC FEE | 770.00 |
| X$ 9= | | OR | X$18= | 0 |
| X43= | | OR | X86= | 0 |
| +145= | | OR | +290= | 0 |
| TOTAL | | OR | TOTAL | 770 |

Pre-amdt

## CLAIMS AS AMENDED - PART II

| AMENDMENT A 8-10-04 | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|---|
| | Total | 12 | Minus | ** 20 | = 1 |
| | Independent | 3 | Minus | *** 3 | = |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| AMENDMENT B | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|---|
| | Total | | Minus | ** | = |
| | Independent | | Minus | *** | = |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

| AMENDMENT C | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|---|
| | Total | | Minus | ** | = |
| | Independent | | Minus | *** | = |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
  The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 10/03)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE



| CLAIMS ONLY | Application Number | Filing Date |
|---|---|---|
| | 10915672 | |
| | Applicant(s) | |

* May be used for additional claims or amendments

| CLAIMS | AS FILED | | AFTER FIRST AMENDMENT | | AFTER SECOND AMENDMENT | | | * | | * | | * | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Indep | Depend | Indep | Depend | Indep | Depend | | Indep | Depend | Indep | Depend | Indep | Depend |
| 1 | | | | | | | 51 | | | | | | |
| 2 | | | | | | | 52 | | | | | | |
| 3 | | | | | | | 53 | | | | | | |
| 4 | | | | | | | 54 | | | | | | |
| 5 | | | | | | | 55 | | | | | | |
| 6 | | | | | | | 56 | | | | | | |
| 7 | | | | | | | 57 | | | | | | |
| 8 | | | | | | | 58 | | | | | | |
| 9 | | | | | | | 59 | | | | | | |
| 10 | | | | | | | 60 | | | | | | |
| 11 | | | | | | | 61 | | | | | | |
| 12 | | | | | | | 62 | | | | | | |
| 13 | | | | | | | 63 | | | | | | |
| 14 | | | | | | | 64 | | | | | | |
| 15 | | | | | | | 65 | | | | | | |
| 16 | | | | | | | 66 | | | | | | |
| 17 | | | | | | | 67 | | | | | | |
| 18 | | | | | | | 68 | | | | | | |
| 19 | | | | | | | 69 | | | | | | |
| 20 | | | | | | | 70 | | | | | | |
| 21 | | | | | | | 71 | | | | | | |
| 22 | | | | | | | 72 | | | | | | |
| 23 | | | | | | | 73 | | | | | | |
| 24 | | | | | | | 74 | | | | | | |
| 25 | | | | | | | 75 | | | | | | |
| 26 | | | | | | | 76 | | | | | | |
| 27 | | | | | | | 77 | | | | | | |
| 28 | | | | | | | 78 | | | | | | |
| 29 | | | | | | | 79 | | | | | | |
| 30 | | | | | | | 80 | | | | | | |
| 31 | | | | | | | 81 | | | | | | |
| 32 | | | | | | | 82 | | | | | | |
| 33 | | | | | | | 83 | | | | | | |
| 34 | | | | | | | 84 | | | | | | |
| 35 | | | | | | | 85 | | | | | | |
| 36 | | | | | | | 86 | | | | | | |
| 37 | | | | | | | 87 | | | | | | |
| 38 | | | | | | | 88 | | | | | | |
| 39 | | | | | | | 89 | | | | | | |
| 40 | | | | | | | 90 | | | | | | |
| 41 | | | | | | | 91 | | | | | | |
| 42 | | | | | | | 92 | | | | | | |
| 43 | | | | | | | 93 | | | | | | |
| 44 | | | | | | | 94 | | | | | | |
| 45 | | | | | | | 95 | | | | | | |
| 46 | | | | | | | 96 | | | | | | |
| 47 | | | | | | | 97 | | | | | | |
| 48 | | | | | | | 98 | | | | | | |
| 49 | | | | | | | 99 | | | | | | |
| 50 | | | | | | | 100 | | | | | | |
| Total Indep | 3 | | | | | | Total Indep | | | | | | |
| Total Depend | 9 | | | | | | Total Depend | | | | | | |
| Total Claims | 12 | | | | | | Total Claims | | | | | | |

BRK_000906

Express Mail Label No. EL 996733804 US

| UTILITY PATENT APPLICATION TRANSMITTAL (Large Entity) (Only for new nonprovisional applications under 37 CFR 1.53(b)) | Docket No. BRK-P-1183 (8365-92690) |
|---|---|
| | Total Pages in this Submission 48 |

**COMMISSIONER FOR PATENTS**
P.O. Box 1450
Alexandria, VA 22313-1450

Transmitted herewith for filing under 35 U.S.C. 111(a) and 37 C.F.R. 1.53(b) is a new utility patent application for an invention entitled:

Environmental Condition Detector with Audible Alarm and Voice Identifier

and invented by:

Gary J. Morris

If a **CONTINUATION APPLICATION**, *check appropriate box and supply the requisite information:*

☒ **Continuation** ☐ **Divisional** ☐ **Continuation-in-part (CIP)** of prior application No.: 10/396,068

Which is a:

☒ **Continuation** ☐ **Divisional** ☐ **Continuation-in-part (CIP)** of prior application No.: 09/651,454

Which is a:

☒ **Continuation** ☐ **Divisional** ☐ **Continuation-in-part (CIP)** of prior application No.: 09/299,483

Enclosed are:

**Application Elements**

1. ☒ Filing fee as calculated and transmitted as described below

2. ☒ Specification having _____ 28 _____ pages and including the following:

    a. ☒ Descriptive Title of the Invention

    b. ☒ Cross References to Related Applications *(if applicable)*

    c. ☐ Statement Regarding Federally-sponsored Research/Development *(if applicable)*

    d. ☐ Reference to Sequence Listing, a Table, or a Computer Program Listing Appendix

    e. ☒ Background of the Invention

    f. ☒ Brief Summary of the Invention

    g. ☒ Brief Description of the Drawings *(if filed)*

    h. ☒ Detailed Description

    i. ☒ Claim(s) as Classified Below

    j. ☒ Abstract of the Disclosure

P01ULRG/REV07

BRK_000907

| UTILITY PATENT APPLICATION TRANSMITTAL (Large Entity) (Only for new nonprovisional applications under 37 CFR 1.53(b)) | Docket No. BRK-P-1183 (8365-92690) |
|---|---|
| | Total Pages in this Submission 48 |

**Fee Calculation and Transmittal**

**CLAIMS AS FILED**

| For | #Filed | #Allowed | #Extra | Rate | Fee |
|---|---|---|---|---|---|
| Total Claims | 12 | - 20 = | 0 | x $18.00 | $0.00 |
| Indep. Claims | 3 | - 3 = | 0 | x $86.00 | $0.00 |
| Multiple Dependent Claims (check if applicable) ☐ | | | | | $0.00 |
| | | | | BASIC FEE | $770.00 |
| OTHER FEE (specify purpose) | | | | | $0.00 |
| | | | | TOTAL FILING FEE | $770.00 |

☒ A check in the amount of $770.00 to cover the filing fee is enclosed.
☒ The Director is hereby authorized to charge and credit Deposit Account No. 23-0920 as described below.
  ☐ Charge the amount of as filing fee.
  ☒ Credit any overpayment.
  ☒ Charge any additional filing fees required under 37 C.F.R. 1.16 and 1.17.
  ☐ Charge the issue fee set in 37 C.F.R. 1.18 at the mailing of the Notice of Allowance, pursuant to 37 C.F.R. 1.311(b).

Signature
Paul M. Vargo, Reg. No. 29,116
WELSH & KATZ, LTD.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
312/655-1500

Dated: August 10, 2004

Customer Number: 24628

cc:

Page 4 of 4                    P01ULRG/REV07

BRK_000908

Patent Application

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary Jay Morris | |

CERTIFICATE OF MAILING

Appn No    10/915,672

I hereby certify that this paper is being deposited in an envelope with the United States Postal Service with sufficient postage on the date indicated below and addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Filed:    August 10, 2004

Title:    Environmental Condition Detector with Audible Alarm and Voice Identifier

*Patricia Gielczowski*

11-4-04

Examiner:

Group Art:    2632

Atty Docket: BRK-P-1183 US (8365-92690)

## RESPONSE TO NOTICE PERTAINING TO
## POWER OF ATTORNEY MAILED WITH FILING RECEIPT OCTOBER 12, 2004

Commissioner for Patents
P. O. Box 1450
Arlington, Virginia 22313-1450

Sir:

Pursuant to the above-noted Notice pertaining to Power of Attorney designation, attached hereto is a copy of the originally executed Declaration and Power of Attorney for the application. The following patent practitioners named in the attached Power are to be recognized by the Office as being of record in the application:

| Attorney Name | Registration Number |
|---|---|
| A. Sidney Katz | 24,003 |
| Richard L. Wood | 22,839 |
| Gerald S. Schur | 22,053 |
| Gerald T. Shekleton | 27,466 |
| James A. Scheer | 29,434 |
| Thomas W. Tolpin | 27,600 |
| Jon P. Christensen | 34,137 |
| Eric D. Cohen | 38,110 |
| Mitchell J. Weinstein | 37,963 |
| Paul M. Vargo | 29,116 |

Please recognize the above as being of record in connection with the above-identified application. Further, it is requested that all correspondence be directed to Customer No. 24628, Paul M. Vargo, Welsh & Katz, Ltd., 120 South Riverside Plaza, 22nd Floor, Chicago, Illinois 60606.

Respectfully submitted,

By _____

Paul M. Vargo
Registration No. 29,116

Welsh & Katz, Ltd.
Customer No. 24628

BRK_000910

IN THE UNITED STATES PATENT & TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gary J. Morris | ) |
| | | ) |
| Serial No.: | 10/915,672 | ) |
| | | ) |
| Filed: | August 10, 2004 | ) |
| | | ) |
| Title: | ENVIRONMENTAL CONDITION | ) |
| | DETECTOR WITH AUDIBLE ALARM | ) |
| | AND VOICE IDENTIFIER | ) |
| | | ) |
| Group Art Unit: | 2632 | ) |
| | | ) |
| Examiner: | Not assigned | ) |
| | | ) |
| Docket No. | BRK-P-1183 US (8365/92690) | ) |

**CERTIFICATE OF MAILING
BY FIRST CLASS MAIL
(37 CFR 2.197)**

I hereby certify that this paper
and its enclosures are being
deposited with the United States
Postal Service with sufficient
postage as first class mail in an
envelope addressed to Mail Stop
Amendment, Commissioner for
Patents, P. O. Box 1450,
Alexandria, VA 22313-1450 on
this 16th day of December, 2004.

Paul M. Vargo

## INFORMATION DISCLOSURE STATEMENT

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Attached Form PTO/SB/08A lists documents which may be considered to be material to the above-identified application by the Patent Examiner. Copies of the foreign patent document and the non-patent literature documents are enclosed. Entry into the record is respectfully requested.

The Commissioner is hereby also authorized to charge any additional fees which may be required pursuant to 37 CFR 1.97(c)(2) and 37 CFR 1.17(p) in connection with filing this Statement as well as any other fees due under 37 CFR §§1.16-1.17, or credit any overpayment, to Deposit Account No. 23-0920. Should no proper payment be enclosed herewith, as by a check being in the wrong amount, unsigned, post-dated, otherwise improper or informal or even entirely missing, the

BRK_000911

Applicant: Gary J. Morris
Serial No.: 10/915,672                                                              2

Commissioner is authorized to charge the unpaid amount to Deposit Account No. 23-0920. A duplicate copy of this sheet is enclosed.

Respectfully submitted

Dated: December 16, 2004          By_____

Paul M. Vargo, Reg. No. 29,116
WELSH, & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606-3912
(312) 655-1500 (Phone)

BRK_000912

Please type a plus sign (+) inside this box →

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | | |
|---|---|---|
| Substitute for form 1449A/PTO | Application Number | 10/915,672 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Filing Date | August 10, 2004 |
| | First Named Inventor | Gary J. Morris |
| | Group Art Unit | 2632 |
| *(Use as many sheets as necessary)* | Examiner Name | Not Assigned |

| Sheet | 1 | of | 6 | Attorney Docket No. | 8365/92690 (BRK-P-1183 US) |
|---|---|---|---|---|---|

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Document | | Name of Patentee or Applicant | Date of Publication of Cited Document MM-DD-YYY | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number | Kind Code[2] (if known) | | | |
| | | 3,906,491 | | Gosswiller et al | 09/16/75 | |
| | | 4,101,872 | | Pappas | 07/18/78 | |
| | | 4,141,007 | | Kavasilios et al | 02/20/79 | |
| | | 4,160,246 | | Martin et al | 07/03/79 | |
| | | 4,275,274 | | English | 06/23/81 | |
| | | 4,282,519 | | Haglund et al | 08/04/81 | |
| | | 4,288,789 | | Molinick et al | 09/08/81 | |
| | | 4,335,379 | | Martin | 06/15/82 | |
| | | 4,343,990 | | Ueda | 08/10/82 | |
| | | 4,350,860 | | Ueda | 09/21/82 | |
| | | 4,351,999 | | Nagamoto et al | 09/28/82 | |
| | | 4,363,031 | | Reinowitz | 12/07/82 | |
| | | 4,365,315 | | Jamnik | 12/21/82 | |
| | | 4,366,873 | | Levy et al | 01/04/83 | |
| | | 4,375,329 | | Park | 03/01/83 | |
| | | 4,389,639 | | Torii et al | 06/21/83 | |
| | | 4,400,786 | | Mandel et al | 08/23/83 | |
| | | 4,453,222 | | Goszyk | 06/05/84 | |
| | | 4,455,551 | | Lemelson | 06/19/84 | |
| | | 4,481,507 | | Takiguchi et al | 11/06/84 | |
| | | 4,498,078 | | Yoshimura et al | 02/05/85 | |
| | | 4,500,971 | | Futaki et al | 02/19/85 | |
| | | 4,519,027 | | Vogelsberg | 05/21/85 | |
| | | 4,531,114 | | Topol et al | 07/23/85 | |

| Examiner Signature | | | Date Considered | |
|---|---|---|---|---|
| | | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicate don the document under WIPO Standards ST.16, if possible. [6] Applicant is to place a checkmark here if English language Translation is attached.

Please type a plus sign (+) inside this box →

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999.  OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO | | Application Number | 10/915,672 |
|---|---|---|---|
| | | Filing Date | August 10, 2004 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | First Named Inventor | Gary J. Morris |
| | | Group Art Unit | 2632 |
| *(Use as many sheets as necessary)* | | Examiner Name | Not Assigned |

| | Sheet | 2 | of | 6 | Attorney Docket No. | 8365/92690 (BRK-P-1183 US) |
|---|---|---|---|---|---|---|

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Document | | Name of Patentee or Applicant | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number | Kind Code[2] *(if known)* | | | |
| | | 4,560,978 | | Lemelson | 12/24/85 | |
| | | 4,572,652 | | Tada et al | 02/25/86 | |
| | | 4,682,348 | | Dawson et al | 07/21/87 | |
| | | 4,688,021 | | Buck et al | 08/18/87 | |
| | | 4,698,619 | | Loeb | 10/06/87 | |
| | | 4,754,266 | | Shand et al | 06/28/88 | |
| | | 4,810,996 | | Glen et al | 03/07/89 | |
| | | 4,816,809 | | Kim | 03/28/89 | |
| | | 4,821,027 | | Mallory et al | 04/11/89 | |
| | | 4,851,823 | | Mori | 07/25/89 | |
| | | 4,862,147 | | Thomas | 08/29/89 | |
| | | 4,894,642 | | Ashbaugh et al | 01/16/90 | |
| | | 4,904,988 | | Nesbit et al | 02/27/90 | |
| | | 4,940,965 | | Umehara | 07/10/90 | |
| | | 4,951,045 | | Knapp et al | 08/21/90 | |
| | | 4,988,980 | | Graham | 01/29/91 | |
| | | 5,019,805 | | Curl et al | 05/28/91 | |
| | | 5,103,206 | | Yu | 04/07/92 | |
| | | 5,117,217 | | Nykerk | 05/26/92 | |
| | | 5,153,567 | | Chimento | 10/06/92 | |
| | | 5,229,753 | | Berg et al | 07/20/93 | |
| | | 5,291,183 | | Chiang | 03/01/94 | |
| | | 5,349,338 | | Routman  et al | 09/20/94 | |
| | | 5,379,028 | | Chung | 01/03/95 | |

| Examiner Signature | | | | Date Considered | |
|---|---|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.
[1] Unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicate don the document under WIPO Standards ST.16, if possible. [6] Applicant is to place a checkmark here if English language Translation is attached.

Please type a plus sign (+) inside this box →

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO | | Application Number | 10/915,672 |
|---|---|---|---|
| | | Filing Date | August 10, 2004 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | First Named Inventor | Gary J. Morris |
| | | Group Art Unit | 2632 |
| *(Use as many sheets as necessary)* | | Examiner Name | Not Assigned |

| | Sheet | 3 | of | 6 | Attorney Docket No. | 8365/92690(BRK-P-1183 US) |
|---|---|---|---|---|---|---|

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Document | | Name of Patentee or Applicant | Date of Publication of Cited Document MM-DD-YYY | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number | Kind Code[2] *(if known)* | | | |
| | | 5,460,228 | | Butler | 10/24/95 | |
| | | 5,506,565 | | de Leon et al | 04/09/96 | |
| | | 5,548,276 | | Thomas | 08/20/96 | |
| | | 5,587,705 | | Morris | 12/24/96 | |
| | | 5,657,380 | | Mozer | 08/12/97 | |
| | | 5,663,714 | | Fray | 09/02/97 | |
| | | 5,673,023 | | Smith | 09/30/97 | |
| | | 5,724,020 | | Hsu | 03/03/98 | |
| | | 5,726,629 | | Yu | 03/10/98 | |
| | | 5,764,134 | | Carr et al | 06/09/98 | |
| | | 5,786,749 | | Johnson et al | 07/28/98 | |
| | | 5,786,768 | | Chan et al | 07/28/98 | |
| | | 5,793,280 | | Hincher | 08/11/98 | |
| | | 5,798,686 | | Schreiner | 08/25/98 | |
| | | 5,841,347 | | Kim | 11/24/98 | |
| | | 5,846,089 | | Weiss et al | 12/08/98 | |
| | | 5,856,781 | | Michel et al | 01/05/99 | |
| | | 5,864,288 | | Hogan | 01/26/99 | |
| | | 5,874,893 | | Ford | 02/23/99 | |
| | | 5,877,698 | | Kusnier et al | 03/02/99 | |
| | | 5,886,631 | | Ralph | 03/23/99 | |
| | | 5,894,275 | | Swingle | 04/13/99 | |
| | | 5,898,369 | | Godwin | 04/27/99 | |
| | | 5,905,438 | | Weiss et al | 05/18/99 | |

| Examiner Signature | | | | Date Considered | |
|---|---|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicate don the document under WIPO Standards ST.16, if possible. [6] Applicant is to place a checkmark here if English language Translation is attached.

BRK_000915

*) _ .''

Please type a plus sign (+) inside this box  →

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO | | | | | Application Number | 10/915,672 |
|---|---|---|---|---|---|---|
| | | | | | Filing Date | August 10, 2004 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | | First Named Inventor | Gary J. Morris |
| | | | | | Group Art Unit | 2632 |
| *(Use as many sheets as necessary)* | | | | | Examiner Name | Not Assigned |
| | Sheet | 4 | of | 6 | Attorney Docket No. | 8365/92690 (BRK-P-1183 US) |

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | U.S. Patent Document | | Name of Patentee or Applicant | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number | Kind Code[2] *(if known)* | | | |
| | | 5,914,650 | | Segan | 06/22/99 | |
| | | 5,936,515 | | Right et al | 08/10/99 | |
| | | 5,986,540 | | Nakagaki et al | 11/16/99 | |
| | | 6,043,750 | | Mallory | 03/28/00 | |
| | | 6,097,289 | | Li et al | 08/01/00 | |
| | | 6,114,967 | | Yousif | 09/05/00 | |
| | | 6,121,885 | | Masone et al | 09/19/00 | |
| | | 6,144,310 | | Morris | 11/07/00 | |
| | | 6,307,482 | | Le Bel | 10/23/01 | |
| | | 6,323,780 | | Morris | 11/27/01 | |
| | | 6,344,799 | | Walker | 02/05/02 | |
| | | 6,600,424 | | Morris | 07/29/03 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Examiner Signature | | | | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicate don the document under WIPO Standards ST.16, if possible. [6] Applicant is to place a checkmark here if English language Translation is attached.

Please type a plus sign (+) inside this box →

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO | Application Number | 10/915,672 |
|---|---|---|
| | Filing Date | August 10, 2004 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | First Named Inventor | Gary J. Morris |
| | Group Art Unit | 2632 |
| *(Use as many sheets as necessary)* | Examiner Name | Not assigned |

| | | Sheet | 5 | of | 6 | Attorney Docket No. | 8365/92690 (BRK-P-1183 US) |
|---|---|---|---|---|---|---|---|

## FOREIGN PATENT DOCUMENTS

| Examiner Initials¹ | Cite No.¹ | Foreign Patent Document | | | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|---|---|
| | | Office³ | Number⁴ | Kind Code⁵ *(if known)* | | | | |
| | | | WO 90/01759 | | Pioneer Data, Inc. | Feb. 22, 1990 | | √ |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
¹ Unique citation designation number. ² See attached Kinds of U.S. Patent Documents. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicate don the document under WIPO Standards ST.16, if possible. ⁶ Applicant is to place a checkmark here if English language Translation is attached.

Please type a plus sign (+) inside this box  ⟶

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | | | | Application Number | 10/915,672 |
|---|---|---|---|---|---|
| Substitute for form 1449A/PTO | | | | Filing Date | August 10, 2004 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | First Named Inventor | Gary J. Morris |
| | | | | Group Art Unit | 2632 |
| *(Use as many sheets as necessary)* | | | | Examiner Name | Not assigned |
| Sheet | 6 | of | 6 | Attorney Docket No. | 8365/92690 (BRK-P-1183 US) |

| OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| | | National Fire Protection Association - NFPA72 - National Fire Alarm Code 1996 Edition pages 72 –1 and 72-28 through 72-32; 72-79. 72-104 through 72-106  Quincy, MA USA | |
| | | NFPA 720, Recommended Practice for the Installation of Household Carbon Monoxide (CO) Warning Equipment 1998 Edition | |
| | | UL 217 ISBN 0-7629-0062-8, Single and Multiple Station Smoke Alarms, March 16, 1998-February 21, 1997 | |
| | | UL 2034 ISBN 0-7629-274-9, Single and Multiple Station Carbon Monoxide Alarms, December 21, 1998-October 29, 1996 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER:  Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] Unique citation designation number.  [2] Applicant is to place a check mark here if English language Translation is attached.

BRK_000918

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L17 | 174 | (("3906491") or ("4101872") or ("4141007") or ("4160246") or ("4275274") or ("4282519") or ("4288789") or ("4335379") or ("4343990") or ("4350860") or ("4351999") or ("4363031") or ("4365315") or ("4366873") or ("4375329") or ("4389639") or ("4400786") or ("4453222") or ("4455551") or ("4481507") or ("4498078") or ("4500971") or ("4519027") or ("4531114") or ("4560978") or ("4572652") or ("4682348") or ("4688021") or ("4698619") or ("4754266") or ("4810996") or ("4816809") or ("4821027") or ("4851823") or ("4862147") or ("4894642") or ("4904988") or ("4940965") or ("4951045") or ("4988980") or ("5019805") or ("5103206") or ("5117217") or ("5153567") or ("5229753") or ("5291183") or ("5349338") or ("5379028") or ("5460228") or ("5506565") or ("5548276") or ("5587705") or ("5657380") or ("5663714") or ("5673023") or ("5724020") or ("5726629") or ("5764134") or ("5786749") or ("5786768") or ("5793280") or ("5798686") or ("5841347") or ("5846089") or ("5856781") or ("5864288") or ("5874893") or ("5877698") or ("5886631") or ("5894275") or ("5898369") or ("5905438") or ("5914650") or ("5936515") or ("5986540") or ("6043750") or ("6097289") or ("6114967") or ("6121885") or ("6144310") or ("6307482") or ("6323780") or ("6344799") or ("6600424")). PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/27 15:02 |
| L18 | 83 | ("3906491" \| "4101872" \| "4141007" \| "4160246" \| "4275274" \| "4282519" \| "4288789" \| "4335379" \| "4343990" \| "4350860" \| "4351999" \| "4363031" \| "4365315" \| "4366873" \| "4375329" \| "4389639" \| "4400786" \| "4453222" \| "4455551" \| "4481507" \| "4498078" \| "4500971" \| "4519027" \| "4531114" \| "4560978" \| "4572652" \| "4682348" \| "4688021" \| "4698619" \| "4754266" \| "4810996" \| "4816809" \| "4821027" \| "4851823" \| "4862147" \| "4894642" \| "4904988" \| "4940965" \| "4951045" \| "4988980" \| "5019805" \| "5103206" \| "5117217" \| "5153567" \| "5229753" \| "5291183" \| "5349338" \| "5379028" \| "5460228" \| "5506565" \| "5548276" \| "5587705" \| "5657380" \| "5663714" \| "5673023" \| "5724020" \| "5726629" \| "5764134" \| "5786749" \| "5786768" \| "5793280" \| "5798686" \| "5841347" \| "5846089" \| "5856781" \| "5864288" \| "5874893" \| "5877698" \| "5886631" \| "5894275" \| "5898369" \| "5905438" \| "5914650" \| "5936515" \| "5986540" \| "6043750" \| "6097289" \| "6114967" \| "6121885" \| "6144310" \| "6307482").PN. OR ("6600424").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/27 15:02 |
| L19 | 74 | ("3906491" \| "4101872" \| "4141007" \| "4160246" \| "4275274" \| "4282519" \| "4288789" \| "4335379" \| "4343990" \| "4350860" \| "4351999" \| "4363031" \| "4365315" \| "4366873" \| "4375329" \| "4389639" \| "4400786" \| "4453222" \| "4455551" \| "4481507" \| "4498078" \| "4500971" \| "4519027" \| "4531114" \| "4560978" \| "4572652" \| "4682348" \| "4688021" \| "4754266" \| "4810996" \| "4816809" \| "4821027" \| "4851823" \| "4862147" \| "4894642" \| "4940965" \| "4988980" \| "5019805" \| "5103206" \| "5117217" \| "5229753" \| "5291183" \| "5349338" \| "5379028" \| "5460228" \| "5506565" \| "5587705" \| "5657380" \| "5663714" \| "5673023" \| "5724020" \| "5726629" \| "5764134" \| "5786749" \| "5786768" \| "5798686" \| "5841347" \| "5846089" \| "5856781" \| "5864288" \| "5874893" \| "5877698" \| "5886631" \| "5894275" \| "5898369" \| "5914650" \| "5936515" \| "5986540" \| "6114967" \| "6144310" \| "6229449").PN. OR ("6323780").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/27 15:02 |
| L20 | 50 | ("4160246" \| "4275274" \| "4282519" \| "4288789" \| "4335379" \| "4343990" \| "4350860" \| "4351999" \| "4531114" \| "4688021" \| "4698619" \| "4754266" \| "4816809" \| "4862147" \| "4951045" \| "5229753" \| "5291183" \| "5349338" \| "5379028" \| "5460228" \| "5587705" \| "5657380" \| "5663714" \| "5673023" \| "5724020" \| "5726629" \| "5764134" \| "5786749" \| "5786768" \| "5798686" \| "5841347" \| "5846089" \| "5856781" \| "5864288" \| "5874893" \| "5877698" \| "5886631" \| "5894275" \| "5905438" \| "5914650" \| "5936515" \| "6043750").PN. OR ("6144310").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/27 15:02 |

BRK_000919

| | | | | | | |
|---|---|---|---|---|---|---|
| L21 | 45 | (L17 or L18 or L19 or L20) and (((verbal or voice or vocal) near20 (alarm or alert or warn$4 or message or (audio adj tone))) same (period or time or duration or interval)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 15:11 |
| L22 | 35 | (L17 or L18 or L19 or L20) and (((verbal or voice or vocal) near20 (alarm or alert or warn$4 or message or (audio adj tone))) same (alarm and (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 16:19 |
| L23 | 45 | ((((verbal voice vocal) near20 (alarm alert warn$4 message)) (audio adj tone)) same (period or time or duration or interval)) and (L17 or L18 or L19 or L20) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 15:52 |
| L24 | 1 | "20050007255".pn. and intragroup | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 16:12 |
| L25 | 1126 | "340"/$.ccls. and ((alarm or tone) near20 pattern) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 16:14 |
| L26 | 14 | "340"/381,691.2,691.8,384.6.ccls. and ((alarm or tone) near20 pattern) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 16:15 |
| L27 | 94 | "340"/381,691.2,691.8,384.6,628,629,630,632,692.ccls. and ((alarm or tone) near20 pattern) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 16:16 |
| L28 | 9 | l22 and alarm near20 pattern | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 16:19 |
| L29 | 9 | l22 and (alarm near20 pattern) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 16:19 |
| L30 | 87 | (("3906491") or ("4698619") or ("4816809") or ("4821027") or ("4851823") or ("4904988") or ("5012219") or ("5337041") or ("5349338") or ("5663714") or ("5724020") or ("5986540") or ("6194994") or ("4064507") or ("4297688") or ("5923256") or ("6445292") or ("6819252") or ("20010006366") or ("4065767") or ("4335379") or ("5912615") or ("5914656") or ("5990793") or ("6114967") or ("6118386") or ("6144310") or ("6155160") or ("6323780") or ("6369696") or ("6583718") or ("6600424") or ("6624750") or ("6727805") or ("6768424") or ("6791453") or ("6873254") or ("6906616") or ("6940405") or ("20010040508") or ("20010043144") or ("20040095253") or ("20040113778") or ("20050151663")).PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/27 19:30 |
| L31 | 20 | l30 and (housing or case) and sensor and (speaker or ((audio or audible) near3 transducer)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 20:32 |

BRK_000920

| | | | | | | |
|---|---|---|---|---|---|---|
| L32 | 24 | l30 and (housing or case) and (detector or sensor) and (speaker or ((audio or audible) near3 transducer)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 20:36 |
| L33 | 15 | l30 and (housing) and (detector or sensor) and (speaker or ((audio or audible) near3 transducer)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 20:44 |
| L34 | 14 | l30 and (housing) and (detector or sensor) and (speaker or ((audio or audible) near3 transducer)) and (voice or verbal or vocal) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 22:44 |
| L35 | 3 | "340"/$.ccls. and ((alarm or tone) with pattern) and intergroup and intragroup | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 22:45 |
| S1 | 2387 | ((340/693.5) or (340/506)).CCLS. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/07 11:52 |
| S2 | 0 | ("l1and((fireorsmoke)and(carbonadjmonoxide))").PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/07 11:53 |
| S3 | 78 | S1 and ((fire or smoke) and (carbon adj monoxide)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/07 12:17 |
| S4 | 28 | S3 and ((alarm or alert or indicat$4) and (voice or language)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/07 12:01 |
| S5 | 1 | ("60117307").PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/07 12:01 |
| S6 | 50 | ("4160246" \| "4275274" \| "4282519" \| "4288789" \| "4335379" \| "4343990" \| "4350860" \| "4351999" \| "4531114" \| "4688021" \| "4698619" \| "4754266" \| "4816809" \| "4862147" \| "4951045" \| "5229753" \| "5291183" \| "5349338" \| "5379028" \| "5460228" \| "5587705" \| "5657380" \| "5663714" \| "5673023" \| "5724020" \| "5726629" \| "5764134" \| "5786749" \| "5786768" \| "5798686" \| "5841347" \| "5846089" \| "5856781" \| "5864288" \| "5874893" \| "5877698" \| "5886631" \| "5894275" \| "5905438" \| "5914650" \| "5936515" \| "6043750").PN. OR ("6144310").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/07 12:08 |
| S7 | 189 | "340"/$.ccls. and ((fire or smoke) and (carbon adj monoxide)) and ((alarm or alert or indicat$4) and (voice or language)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/12 19:38 |
| S8 | 6 | S6 and ((fire or smoke) and (carbon adj monoxide)) and ((alarm or alert or indicat$4) and (voice or language)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/07 13:48 |

BRK_000921

| S9 | 19 | ("3925763" \| "3950739" \| "4367458" \| "4412211" \| "4531114" \| "4536748" \| "4665383" \| "4673920" \| "4727359" \| "4812820" \| "5508690" \| "5686885" \| "5686896" \| "5886620" \| "5893369" \| "5982275" \| "6028513" \| "6144310" \| "6281789").PN. OR ("6614347").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/07 12:49 |
|---|---|---|---|---|---|---|
| S10 | 15 | ("3665461" \| "3872355" \| "4080568" \| "4114089" \| "4163226" \| "4180803" \| "4247848" \| "4733224" \| "5627515" \| "5705979" \| "5708414" \| "5898369" \| "6150922" \| "6229429" \| "6384723").PN. OR ("6791453").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/07 12:54 |
| S11 | 4 | ("5910763" \| "Re36300").PN. OR ("6118386").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/07 13:35 |
| S12 | 174 | (("3906491") or ("4101872") or ("4141007") or ("4160246") or ("4275274") or ("4282519") or ("4288789") or ("4335379") or ("4343990") or ("4350860") or ("4351999") or ("4363031") or ("4365315") or ("4366873") or ("4375329") or ("4389639") or ("4400786") or ("4453222") or ("4455551") or ("4481507") or ("4498078") or ("4500971") or ("4519027") or ("4531114") or ("4560978") or ("4572652") or ("4682348") or ("4688021") or ("4698619") or ("4754266") or ("4810996") or ("4816809") or ("4821027") or ("4851823") or ("4862147") or ("4894642") or ("4904988") or ("4940965") or ("4951045") or ("4988980") or ("5019805") or ("5103206") or ("5117217") or ("5153567") or ("5229753") or ("5291183") or ("5349338") or ("5379028") or ("5460228") or ("5506565") or ("5548276") or ("5587705") or ("5657380") or ("5663714") or ("5673023") or ("5724020") or ("5726629") or ("5764134") or ("5786749") or ("5786768") or ("5793280") or ("5798686") or ("5841347") or ("5846089") or ("5856781") or ("5864288") or ("5874893") or ("5877698") or ("5886631") or ("5894275") or ("5898369") or ("5905438") or ("5914650") or ("5936515") or ("5986540") or ("6043750") or ("6097289") or ("6114967") or ("6121885") or ("6144310") or ("6307482") or ("6323780") or ("6344799") or ("6600424")). PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/26 16:22 |
| S13 | 192 | (S12 or S11 or S10 or S9 or S7 or S6) and ((fire or smoke) and (carbon adj monoxide)) and ((alarm or alert or indicat$4) and (voice or language)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/07 13:50 |
| S14 | 198 | (S12 or S11 or S10 or S9 or S7 or S6) and ((fire or smoke) and (gas$2 or (carbon adj monoxide))) and ((alarm or alert or indicat$4) and (voice or language)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/12 18:16 |
| S15 | 2 | ("20040140903").PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/12 18:16 |
| S16 | 256 | "340"/$.ccls. and ((fire or smoke) and (carbon adj monoxide)) and ((alarm or alert or indicat$4 or warn$4) and (voice or language or message)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/13 11:09 |
| S17 | 110 | S16 and (pulse or silent) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/12 19:40 |
| S18 | 22 | S16 and ((pulse or silent) near10 (voice or language or message)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/12 19:42 |

BRK_000922

| S19 | 25 | S16 and ((pulse or silent) near15 (voice or language or message)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/12 19:44 |
|-----|-----|-----|-----|-----|-----|-----|
| S20 | 74 | S16 and ((pulse or silent or period or wait$4 or time-out or time-off or (time near2 (out or off))) near15 (voice or language or message)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/16 11:29 |
| S21 | 23 | ("3922656" \| "4088986" \| "4453222" \| "4688021" \| "4816809" \| "4821027" \| "5086385" \| "5146209" \| "5291183" \| "5307051" \| "5331310" \| "5568130" \| "5587705" \| "5589824" \| "5592147" \| "5663714" \| "5691703" \| "5694118" \| "5786768" \| "5973603" \| "6097289" \| "6144310" \| "6522248").PN. OR ("6873254"). URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/13 10:57 |
| S22 | 258 | "340"/$.ccls. and ((fire or smoke) and (carbon adj monoxide)) and ((alarm or alert or indicat$4 or warn$4) and (vocal or voice or language or message)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/13 11:09 |
| S23 | 74 | S22 and ((pulse or silent or period or wait$4 or time-out or time-off or (time near2 (out or off))) near15 (vocal or voice or language or message)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/13 11:10 |
| S24 | 0 | "Morris.in" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/16 11:26 |
| S25 | 27684 | Morris.in. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/16 11:26 |
| S26 | 17 | Morris.in. and environmental.ti. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/16 11:32 |
| S27 | 11701 | environmental.ti. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/16 11:33 |
| S28 | 131 | environmental.ti. and "340"/$.ccls. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/16 11:33 |
| S29 | 808 | "340"/$.ccls. and (((environment$4 or condition or ambient) near8 (sens$4 or detect$4)) and ((verbal or voice or language) near8 (alarm or alert or warn$4))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/22 16:22 |
| S30 | 30 | "340"/$.ccls. and ((((environment$4 or condition or ambient) near8 (sens$4 or detect$4)) and ((verbal or voice or language) near8 (alarm or alert or warn$4))) same (pulse or silent)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/22 16:23 |

BRK_000923

| S31 | 13 | "340"/$.ccls. and ((((environment$4 or condition or ambient) near8 (sens$4 or detect$4)) and ((verbal or voice or language) near8 (alarm or alert or warn$4))) same ((pulse or silent or off) near10 (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/22 16:26 |
|---|---|---|---|---|---|---|
| S32 | 16 | "340"/$.ccls. and ((((environment$4 or condition or ambient) near8 (sens$4 or detect$4)) and ((verbal or voice or language) near8 (alarm or alert or warn$4 or message))) same ((pulse or silent or off) near10 (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/22 16:38 |
| S33 | 246 | "340"/$.ccls. and (((verbal or voice or language or instruct$4 or guid$4) near20 (alarm or alert or warn$4 or message)) same ((pulse or silent or off) near10 (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/22 16:46 |
| S34 | 1357 | "340"/$.ccls. and ((((verbal or voice or language or instruct$4 or guid$4) near20 (alarm or alert or warn$4 or message)) or tone or tonal) same ((pulse or silent or off) near10 (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/22 16:52 |
| S35 | 417 | "340"/$.ccls. and (((verbal or voice or language or instruct$4 or guid$4) near20 (generat$4 or alarm or alert or warn$4 or message)) same ((pulse or silent or off) near10 (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/22 16:52 |
| S36 | 325 | "340"/$.ccls. and ((((verbal or voice or language or instruct$4 or guid$4) near20 (alarm or alert or warn$4 or message)) or (audio adj tone)) same ((pulse or silent or off) near10 (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/22 16:54 |
| S37 | 92 | "340"/$.ccls. and (((((verbal or voice) near3 (instruct$4 or guid$4)) near20 (alarm or alert or warn$4 or message)) or (audio adj tone)) same ((pulse or silent or off) near10 (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 09:03 |
| S38 | 2 | ("20050046560").PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/23 10:56 |
| S39 | 170 | "340"/$.ccls. and (((verbal or voice or vocal) near20 ((alarm or alert or warn$4 or message) or (audio adj tone))) same ((pulse or silent or off) near10 (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 16:22 |
| S40 | 20 | S39 and (ambient or environment$4 or zone or area) near5 sensor) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 09:07 |
| S41 | 26 | "340"/628,629,692,630,632.ccls. and (((verbal or voice or vocal) near20 ((alarm or alert or warn$4 or message) or (audio adj tone))) same ((pulse or silent or off) near10 (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 09:39 |
| S42 | 265 | "340"/628,629,692,630,632.ccls. and ((verbal or voice or vocal) near20 ((alarm or alert or warn$4 or message) or (audio adj tone))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 16:32 |
| S43 | 26 | "340"/628,629,692,630,632.ccls. and (((verbal or voice or vocal) near20 ((alarm or alert or warn$4 or message) or (audio adj tone))) with alternat$5) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 09:41 |

BRK_000924

| | | | | | | |
|---|---|---|---|---|---|---|
| S44 | 2 | ("4065767").PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/26 14:03 |
| S45 | 15 | 340/381,691.2,691.8,384.6.ccls. and ((verbal or voice or vocal) near5 (message or warn$4 or alert or alarm or instruct$4 or guid$5)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 14:07 |
| S46 | 174 | (("3906491") or ("4101872") or ("4141007") or ("4160246") or ("4275274") or ("4282519") or ("4288789") or ("4335379") or ("4343990") or ("4350860") or ("4351999") or ("4363031") or ("4365315") or ("4366873") or ("4375329") or ("4389639") or ("4400786") or ("4453222") or ("4455551") or ("4481507") or ("4498078") or ("4500971") or ("4519027") or ("4531114") or ("4560978") or ("4572652") or ("4682348") or ("4688021") or ("4698619") or ("4754266") or ("4810996") or ("4816809") or ("4821027") or ("4851823") or ("4862147") or ("4894642") or ("4904988") or ("4940965") or ("4951045") or ("4988980") or ("5019805") or ("5103206") or ("5117217") or ("5153567") or ("5229753") or ("5291183") or ("5349338") or ("5379028") or ("5460228") or ("5506565") or ("5548276") or ("5587705") or ("5657380") or ("5663714") or ("5673023") or ("5724020") or ("5726629") or ("5764134") or ("5786749") or ("5786768") or ("5793280") or ("5798686") or ("5841347") or ("5846089") or ("5856781") or ("5864288") or ("5874893") or ("5877698") or ("5886631") or ("5894275") or ("5898369") or ("5905438") or ("5914650") or ("5936515") or ("5986540") or ("6043750") or ("6097289") or ("6114967") or ("6121885") or ("6144310") or ("6307482") or ("6323780") or ("6344799") or ("6600424")). PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/26 16:22 |
| S47 | 12 | S46 and (((verbal or voice or vocal) near20 ((alarm or alert or warn$4 or message) or (audio adj tone))) same ((pulse or silent or off) near10 (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 16:26 |
| S48 | 83 | ("3906491" \| "4101872" \| "4141007" \| "4160246" \| "4275274" \| "4282519" \| "4288789" \| "4335379" \| "4343990" \| "4350860" \| "4351999" \| "4363031" \| "4365315" \| "4366873" \| "4375329" \| "4389639" \| "4400786" \| "4453222" \| "4455551" \| "4481507" \| "4498078" \| "4500971" \| "4519027" \| "4531114" \| "4560978" \| "4572652" \| "4682348" \| "4688021" \| "4698619" \| "4754266" \| "4810996" \| "4816809" \| "4821027" \| "4851823" \| "4862147" \| "4894642" \| "4904988" \| "4940965" \| "4951045" \| "4988980" \| "5019805" \| "5103206" \| "5117217" \| "5153567" \| "5229753" \| "5291183" \| "5349338" \| "5379028" \| "5460228" \| "5506565" \| "5548276" \| "5587705" \| "5657380" \| "5663714" \| "5673023" \| "5724020" \| "5726629" \| "5764134" \| "5786749" \| "5786768" \| "5793280" \| "5798686" \| "5841347" \| "5846089" \| "5856781" \| "5864288" \| "5874893" \| "5877698" \| "5886631" \| "5894275" \| "5898369" \| "5905438" \| "5914650" \| "5936515" \| "5986540" \| "6043750" \| "6097289" \| "6114967" \| "6121885" \| "6144310" \| "6307482").PN. OR ("6600424").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/26 16:41 |

| S49 | 74 | ("3906491" \| "4101872" \| "4141007" \| "4160246" \| "4275274" \| "4282519" \| "4288789" \| "4335379" \| "4343990" \| "4350860" \| "4351999" \| "4363031" \| "4365315" \| "4366873" \| "4375329" \| "4389639" \| "4400786" \| "4453222" \| "4455551" \| "4481507" \| "4498078" \| "4500971" \| "4519027" \| "4531114" \| "4560978" \| "4572652" \| "4682348" \| "4688021" \| "4754266" \| "4810996" \| "4816809" \| "4821027" \| "4851823" \| "4862147" \| "4894642" \| "4940965" \| "4988980" \| "5019805" \| "5103206" \| "5117217" \| "5229753" \| "5291183" \| "5349338" \| "5379028" \| "5460228" \| "5506565" \| "5587705" \| "5657380" \| "5663714" \| "5673023" \| "5724020" \| "5726629" \| "5764134" \| "5786749" \| "5786768" \| "5798686" \| "5841347" \| "5846089" \| "5856781" \| "5864288" \| "5874893" \| "5877698" \| "5886631" \| "5894275" \| "5898369" \| "5914650" \| "5936515" \| "5986540" \| "6114967" \| "6144310" \| "6229449").PN. OR ("6323780").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/26 16:25 |
| S50 | 50 | ("4160246" \| "4275274" \| "4282519" \| "4288789" \| "4335379" \| "4343990" \| "4350860" \| "4351999" \| "4531114" \| "4688021" \| "4698619" \| "4754266" \| "4816809" \| "4862147" \| "4951045" \| "5229753" \| "5291183" \| "5349338" \| "5379028" \| "5460228" \| "5587705" \| "5657380" \| "5663714" \| "5673023" \| "5724020" \| "5726629" \| "5764134" \| "5786749" \| "5786768" \| "5798686" \| "5841347" \| "5846089" \| "5856781" \| "5864288" \| "5874893" \| "5877698" \| "5886631" \| "5894275" \| "5905438" \| "5914650" \| "5936515" \| "6043750").PN. OR ("6144310").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/26 16:25 |
| S51 | 13 | (S46 or S48 or S49 or S50) and (((verbal or voice or vocal) near20 ((alarm or alert or warn$4 or message) or (audio adj tone))) same ((pulse or silent or off) near10 (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 16:44 |
| S52 | 84 | ("3906491" \| "4101872" \| "4141007" \| "4160246" \| "4275274" \| "4282519" \| "4288789" \| "4335379" \| "4343990" \| "4350860" \| "4351999" \| "4363031" \| "4365315" \| "4366873" \| "4375329" \| "4389639" \| "4400786" \| "4453222" \| "4455551" \| "4481507" \| "4498078" \| "4500971" \| "4519027" \| "4531114" \| "4560978" \| "4572652" \| "4682348" \| "4688021" \| "4698619" \| "4754266" \| "4810996" \| "4816809" \| "4821027" \| "4851823" \| "4862147" \| "4894642" \| "4904988" \| "4940965" \| "4951045" \| "4988980" \| "5019805" \| "5103206" \| "5117217" \| "5153567" \| "5229753" \| "5291183" \| "5349338" \| "5379028" \| "5460228" \| "5506565" \| "5548276" \| "5587705" \| "5657380" \| "5663714" \| "5673023" \| "5724020" \| "5726629" \| "5764134" \| "5786749" \| "5786768" \| "5793280" \| "5798686" \| "5841347" \| "5846089" \| "5856781" \| "5864288" \| "5874893" \| "5877698" \| "5886631" \| "5894275" \| "5898369" \| "5905438" \| "5914650" \| "5936515" \| "5986540" \| "6043750" \| "6097289" \| "6114967" \| "6121885" \| "6144310" \| "6307482" \| "6323780" \| "6344799" \| "6600424").PN. OR ("6784798").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/26 16:30 |
| S53 | 95 | (S46 or S48 or S49 or S50) and ((verbal or voice or vocal) near20 ((alarm or alert or warn$4 or message) or (audio adj tone))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 16:32 |
| S54 | 95 | (S46 or S48 or S49 or S50) and ((verbal or voice or vocal) near20 ((alarm or alert or warn$4 or message) or ((audible audio) adj tone))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 16:35 |
| S55 | 0 | "60117307".ap. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 16:36 |
| S56 | 0 | ("117307.apn.").PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/26 16:36 |

BRK_000926

| S57 | 0 | ("117307.ap.").PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/26 16:36 |
|---|---|---|---|---|---|---|
| S58 | 2 | "117307".apn. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 16:36 |
| S59 | 5 | (("6784798") or ("6600424") or ("6144310")).PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/26 16:41 |
| S60 | 83 | ("3906491" \| "4101872" \| "4141007" \| "4160246" \| "4275274" \| "4282519" \| "4288789" \| "4335379" \| "4343990" \| "4350860" \| "4351999" \| "4363031" \| "4365315" \| "4366873" \| "4375329" \| "4389639" \| "4400786" \| "4453222" \| "4455551" \| "4481507" \| "4498078" \| "4500971" \| "4519027" \| "4531114" \| "4560978" \| "4572652" \| "4682348" \| "4688021" \| "4698619" \| "4754266" \| "4810996" \| "4816809" \| "4821027" \| "4851823" \| "4862147" \| "4894642" \| "4904988" \| "4940965" \| "4951045" \| "4988980" \| "5019805" \| "5103206" \| "5117217" \| "5153567" \| "5229753" \| "5291183" \| "5349338" \| "5379028" \| "5460228" \| "5506565" \| "5548276" \| "5587705" \| "5657380" \| "5663714" \| "5673023" \| "5724020" \| "5726629" \| "5764134" \| "5786749" \| "5786768" \| "5793280" \| "5798686" \| "5841347" \| "5846089" \| "5856781" \| "5864288" \| "5874893" \| "5877698" \| "5886631" \| "5894275" \| "5898369" \| "5905438" \| "5914650" \| "5936515" \| "5986540" \| "6043750" \| "6097289" \| "6114967" \| "6121885" \| "6144310" \| "6307482").PN. OR ("6600424").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/26 16:41 |
| S61 | 45 | (S46 or S48 or S49 or S50) and (((verbal or voice or vocal) near20 ((alarm or alert or warn$4 or message) or (audio adj tone))) same (period or time or duration or interval)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 16:47 |
| S62 | 35 | (S46 or S48 or S49 or S50) and (((verbal or voice or vocal) near20 ((alarm or alert or warn$4 or message) or (audio adj tone))) same (alarm and (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 15:01 |

BRK_000927



 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/915,672 | 08/10/2004 | Gary Jay Morris | 92690 | 7857 |

24628        7590        10/04/2005

WELSH & KATZ, LTD
120 S RIVERSIDE PLAZA
22ND FLOOR
CHICAGO, IL 60606

| EXAMINER |
|---|
| LAU, HOI CHING |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2636 | |

DATE MAILED: 10/04/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

BRK_000928

| | Application No. | Applicant(s) |
|---|---|---|
| ***Office Action Summary*** | 10/915,672 | MORRIS, GARY JAY |
| | Examiner | Art Unit | |
| | Hoi C. Lau | 2636 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>10 August 2004</u>.

2a)☐ This action is **FINAL.**     2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>22-33</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>22-33</u> is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☒ The drawing(s) filed on <u>10 August 2004</u> is/are: a)☒ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

        1.☐ Certified copies of the priority documents have been received.

        2.☐ Certified copies of the priority documents have been received in Application No. _____.

        3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3) ☒ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08)
    Paper No(s)/Mail Date <u>12/20/04</u>.

4) ☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____.

5) ☐ Notice of Informal Patent Application (PTO-152)

6) ☐ Other: _____.

BRK_000929

Application/Control Number: 10/915,672                                    Page 2
Art Unit: 2636

## DETAILED ACTION

1.    Claims 22-33 have been examined.


### *Double Patenting*

2.    **Claims 22-27** are rejected under the judicially created doctrine of obviousness-

type double patenting as being unpatentable over claims 14-20 of U.S. Patent No.

6,144,310. Although the conflicting claims are not identical, they are not patentably

distinct from each other because they are corresponding to the apparatus claims 14-20

of U.S. 6,144,310.

3.    **Claim 30** is rejected under the judicially created doctrine of obviousness-type

double patenting as being unpatentable over claims 21-22 of U.S. Patent No.

6,144,310. Although the conflicting claims are not identical, they are not patentably

distinct from each other because they are corresponding to the apparatus claims 21-22

of U.S. 6,144,310.

4.    **Claim 28** is rejected under the judicially created doctrine of obviousness-type

double patenting as being unpatentable over claims of U.S. Patent No. 6,144,310 in

view of U.S. Patent No. 6,784,798.

      U.S. Patent No. 6,144,310 meets all the limitation of claims except it fails to show

a plurality of predetermined location specifying messages.

      Claim 15 of U.S. Patent No. 6,784,798 shows the representations of the location

specifying messages are pre-stored.

Application/Control Number: 10/915,672                                     Page 3
Art Unit: 2636

It would have been obvious to one of ordinary skill in the art that the different

location associates with the specifying messages because it would provide the

identification of location when emergency occurs which in term to notify the public or

user.

5.      **Claim 29** is rejected under the judicially created doctrine of obviousness-type

double patenting as being unpatentable over claims of U.S. Patent No. 6,144,310 in

view of U.S. Patent No. 6,784,798.

U.S. Patent No. 6,144,310 meets all the limitation of claims except it fails to show

a manually operable element of selecting a location specifying message.

Claim 11 of U.S. Patent No. 6,784,798 shows a manually operable location

specifying element.

It would have been obvious to one of ordinary skill in the art to include a manually

operable element of selecting a location specifying message because it would provide

an option for user to modify or relocate the install location of the detector with respective

alert message.


### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

BRK_000931

Application/Control Number: 10/915,672                                    Page 4
Art Unit: 2636

6.      Claims 31-33 are rejected under 35 U.S.C. 103(a) as being unpatentable over

Yousif (U.S. 6,114,967) in view of Clifford et al. (U.S. 4,746,912).

        Regarding **Claim 31**, Yousif's device comprises:

        at least one ambient condition sensor (abstract and column 4, line 60 and column

7, lines 42-62);

        control electronics (30) coupled to the at least one sensor wherein the electronics

emits at least one, unalterable pre-established alarm indicating tonal, output pattern, the

pattern includes groups of substantially identical output tones (column 4, lines 40-51

and column 8, lines 15-37);

        voice output circuitry (30), coupled to the electronics, where the voice circuitry

can output at least one user unalterable, verbal alarm output message and wherein the

control electronics, in response to a detected alarm condition, repetitively outputs an

audio representation of a tonal pattern and an interleaved repetitive verbal alarm type

message in respective intergroup spacing (column 4, lines 40-51 and column 8, lines

15-37);

        an audio transducer coupled to the voice output circuitry which emits only verbal

alarm output messages (abstract and column 8, lines 15-37); and

        a common housing for the sensor, the electronics, the output circuitry and the

audio transducer (figure 1 and 3 and column 4, lines 6-12).

        It fails to show the output tones with constant intragroup spacing of a first amount

and constant intergroup spacing of a second amount wherein the second amount is at

least two times greater than the first amount.

Application/Control Number: 10/915,672                                    Page 5
Art Unit: 2636

Clifford's device output siren tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount wherein the second amount is at least two times greater than the first amount (abstract and column 2, lines 27-46).

It would have been obvious to one of ordinary skill in the art to implement the Clifford's output siren pattern which the second amount of spacing is at least two times greater than the first amount associate with the alarm tone because it would provide a distinct pattern to use about the emergency situation where pattern and spacing are arbitrated by manufacture.

As to **claim 32**, Yousif's device teaches the sensor is a smoke sensor and the respective, verbal message is a fire alarm to reinforce the respective tonal output pattern indicative of a fire alarm (column 8, lines 27-37).

As to **claim 33**, Yousif's device teaches the sensor is a carbon monoxide sensor and the respective verbal message is a carbon monoxide alarm to reinforce the respective tonal output pattern, indicative of a carbon monoxide alarm (column 8, lines 15-26).


### *Conclusion*

7.      The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

    a.      Hiraga et al. (U.S. 3,903,471) "Electronic circuit ...".

    b.      Marman et al. (U.S. 6,624,750) "Wireless Home Fire and  ...".

BRK_000933

Application/Control Number: 10/915,672                                    Page 6
Art Unit: 2636

      c.      Nesbit et al. (U.S. 4,904,988) "Toy with a Smoke Detector".

      d.      Fray (U.S. 5,663,714) "Warning system for giving verbal instruction ...".

      e.      Hegeler (U.S. 4,727,331) "Warning Tone Signal Generator".

8.    Any inquiry concerning this communication or earlier communications from the examiner should be directed to Hoi C. Lau whose telephone number is (571)272-8547. The examiner can normally be reached on M- F 8:30am - 5:00pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Jeffrey Hofsass can be reached on (571)272-2981. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

HCL

JEFFERY HOFSASS
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2600

Please type a plus sign (+) inside this box →

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | |
|---|---|
| Substitute for form 1449A/PTO | Application Number | 10/915,672 |
| | Filing Date | August 10, 2004 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | First Named Inventor | Gary J. Morris |
| *(Use as many sheets as necessary)* | Group Art Unit | ~~3602~~ 3636 |
| | Examiner Name | Not Assigned HOI CHING LAU |

*OIPE DEC 20 2004 PATENT & TRADEMARK OFFICE JC105*

| | Sheet | 1 | of | 6 | Attorney Docket No. | 8365/92690 (BRK-P-1183 US) |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Document | | Name of Patentee or Applicant | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number | Kind Code[2] *(if known)* | | | |
| HL | | 3,906,491 | | Gosswiller et al | 09/16/75 | |
| | | 4,101,872 | | Pappas | 07/18/78 | |
| | | 4,141,007 | | Kavasilios et al | 02/20/79 | |
| | | 4,160,246 | | Martin et al | 07/03/79 | |
| | | 4,275,274 | | English | 06/23/81 | |
| | | 4,282,519 | | Haglund et al | 08/04/81 | |
| | | 4,288,789 | | Molinick et al | 09/08/81 | |
| | | 4,335,379 | | Martin | 06/15/82 | |
| | | 4,343,990 | | Ueda | 08/10/82 | |
| | | 4,350,860 | | Ueda | 09/21/82 | |
| | | 4,351,999 | | Nagamoto et al | 09/28/82 | |
| | | 4,363,031 | | Reinowitz | 12/07/82 | |
| | | 4,365,315 | | Jamnik | 12/21/82 | |
| | | 4,366,873 | | Levy et al | 01/04/83 | |
| | | 4,375,329 | | Park | 03/01/83 | |
| | | 4,389,639 | | Torii et al | 06/21/83 | |
| | | 4,400,786 | | Mandel et al | 08/23/83 | |
| | | 4,453,222 | | Goszyk | 06/05/84 | |
| | | 4,455,551 | | Lemelson | 06/19/84 | |
| | | 4,481,507 | | Takiguchi et al | 11/06/84 | |
| | | 4,498,078 | | Yoshimura et al | 02/05/85 | |
| | | 4,500,971 | | Futaki et al | 02/19/85 | |
| | | 4,519,027 | | Vogelsberg | 05/21/85 | |
| | | 4,531,114 | | Topol et al | 07/23/85 | |

| Examiner Signature | *CHL* | Date Considered | 9/7/05 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicate don the document under WIPO Standards ST.16, if possible. [6] Applicant is to place a checkmark here if English language Translation is attached.

Please type a plus sign (+) inside this box →

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | | | | | | |
|---|---|---|---|---|---|---|
| Substitute for form 1449A/PTO | | | | Application Number | 10/915,672 | |
| | | | | Filing Date | August 10, 2004 | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | First Named Inventor | Gary J. Morris | |
| | | | | Group Art Unit | 2652 2636 | |
| *(Use as many sheets as necessary)* | | | | Examiner Name | Not Assigned  HOI CHING LAU | |
| Sheet | 2 | of | 6 | Attorney Docket No. | 8365/92690 (BRK-P-1183 US) | |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Document | | Name of Patentee or Applicant | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number | Kind Code[2] (if known) | | | |
| HLL | | 4,560,978 | | Lemelson | 12/24/85 | |
| | | 4,572,652 | | Tada et al | 02/25/86 | |
| | | 4,682,348 | | Dawson et al | 07/21/87 | |
| | | 4,688,021 | | Buck et al | 08/18/87 | |
| | | 4,698,619 | | Loeb | 10/06/87 | |
| | | 4,754,266 | | Shand et al | 06/28/88 | |
| | | 4,810,996 | | Glen et al | 03/07/89 | |
| | | 4,816,809 | | Kim | 03/28/89 | |
| | | 4,821,027 | | Mallory et al | 04/11/89 | |
| | | 4,851,823 | | Mori | 07/25/89 | |
| | | 4,862,147 | | Thomas | 08/29/89 | |
| | | 4,894,642 | | Ashbaugh et al | 01/16/90 | |
| | | 4,904,988 | | Nesbit et al | 02/27/90 | |
| | | 4,940,965 | | Umehara | 07/10/90 | |
| | | 4,951,045 | | Knapp et al | 08/21/90 | |
| | | 4,988,980 | | Graham | 01/29/91 | |
| | | 5,019,805 | | Curl et al | 05/28/91 | |
| | | 5,103,206 | | Yu | 04/07/92 | |
| | | 5,117,217 | | Nykerk | 05/26/92 | |
| | | 5,153,567 | | Chimento | 10/06/92 | |
| | | 5,229,753 | | Berg et al | 07/20/93 | |
| | | 5,291,183 | | Chiang | 03/01/94 | |
| | | 5,349,338 | | Routman et al | 09/20/94 | |
| | | 5,379,028 | | Chung | 01/03/95 | |

| Examiner Signature | | Date Considered | 9/7/05 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicate don the document under WIPO Standards ST.16, if possible. [6] Applicant is to place a checkmark here if English language Translation is attached.

Please type a plus sign (+) inside this box → 

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | | |
|---|---|---|---|---|

| Application Number | 10/915,672 |
|---|---|
| Filing Date | August 10, 2004 |
| First Named Inventor | Gary J. Morris |
| Group Art Unit | 2632 2636 |
| Examiner Name | Not Assigned HOI CHING LAU |

| | Sheet | 3 | of | 6 | Attorney Docket No. | 8365/92690(BRK-P-1183 US) |
|---|---|---|---|---|---|---|

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Document | | Name of Patentee or Applicant | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number | Kind Code[2] (if known) | | | |
| Ha | | 5,460,228 | | Butler | 10/24/95 | |
| | | 5,506,565 | | de Leon et al | 04/09/96 | |
| | | 5,548,276 | | Thomas | 08/20/96 | |
| | | 5,587,705 | | Morris | 12/24/96 | |
| | | 5,657,380 | | Mozer | 08/12/97 | |
| | | 5,663,714 | | Fray | 09/02/97 | |
| | | 5,673,023 | | Smith | 09/30/97 | |
| | | 5,724,020 | | Hsu | 03/03/98 | |
| | | 5,726,629 | | Yu | 03/10/98 | |
| | | 5,764,134 | | Carr et al | 06/09/98 | |
| | | 5,786,749 | | Johnson et al | 07/28/98 | |
| | | 5,786,768 | | Chan et al | 07/28/98 | |
| | | 5,793,280 | | Hincher | 08/11/98 | |
| | | 5,798,686 | | Schreiner | 08/25/98 | |
| | | 5,841,347 | | Kim | 11/24/98 | |
| | | 5,846,089 | | Weiss et al | 12/08/98 | |
| | | 5,856,781 | | Michel et al | 01/05/99 | |
| | | 5,864,288 | | Hogan | 01/26/99 | |
| | | 5,874,893 | | Ford | 02/23/99 | |
| | | 5,877,698 | | Kusnier et al | 03/02/99 | |
| | | 5,886,631 | | Ralph | 03/23/99 | |
| | | 5,894,275 | | Swingle | 04/13/99 | |
| | | 5,898,369 | | Godwin | 04/27/99 | |
| | | 5,905,438 | | Weiss et al | 05/18/99 | |

| Examiner Signature | | Date Considered | 9/7/05 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicate don the document under WIPO Standards ST.16, if possible. [6] Applicant is to place a checkmark here if English language Translation is attached.

Please type a plus sign (+) inside this box →

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | |
|---|---|
| Substitute for form 1449A/PTO | |

| | |
|---|---|
| Application Number | 10/915,672 |
| Filing Date | August 10, 2004 |
| First Named Inventor | Gary J. Morris |
| Group Art Unit | 2652 2636 |
| Examiner Name | Not Assigned HOI CHING LAU |

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**

*(Use as many sheets as necessary)*

| Sheet | 4 | of | 6 | Attorney Docket No. | 8365/92690 (BRK-P-1183 US) |
|---|---|---|---|---|---|

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | U.S. Patent Document | | Name of Patentee or Applicant | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number | Kind Code[2] *(if known)* | | | |
| HL | | 5,914,650 | | Segan | 06/22/99 | |
| | | 5,936,515 | | Right et al | 08/10/99 | |
| | | 5,986,540 | | Nakagaki et al | 11/16/99 | |
| | | 6,043,750 | | Mallory | 03/28/00 | |
| | | 6,097,289 | | Li et al | 08/01/00 | |
| | | 6,114,967 | | Yousif | 09/05/00 | |
| | | 6,121,885 | | Masone et al | 09/19/00 | |
| | | 6,144,310 | | Morris | 11/07/00 | |
| | | 6,307,482 | | Le Bel | 10/23/01 | |
| | | 6,323,780 | | Morris | 11/27/01 | |
| | | 6,344,799 | | Walker | 02/05/02 | |
| | | 6,600,424 | | Morris | 07/29/03 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | 9/7/05 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicate don the document under WIPO Standards ST.16, if possible. [6] Applicant is to place a checkmark here if English language Translation is attached.

BRK_000938

Please type a plus sign (+) inside this box  →

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | | | |
|---|---|---|---|
| Substitute for form 1449A/PTO | Application Number | 10/915,672 | |
| | Filing Date | August 10, 2004 | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | First Named Inventor | Gary J. Morris | |
| | Group Art Unit | ~~2631~~ 2636 | |
| *(Use as many sheets as necessary)* | Examiner Name | ~~Not assigned~~ HOI CHhdlG LAW | |
| Sheet | 5 | of | 6 | Attorney Docket No. | 8365/92690 (BRK-P-1183 US) | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials' | Cite No.¹ | Foreign Patent Document | | | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|---|---|
| | | Office³ | Number⁴ | Kind Code⁵ *(if known)* | | | | |
| HCl | | | WO 90/01759 | | Pioneer Data, Inc. | Feb. 22, 1990 | | √ |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | | |
|---|---|---|---|
| Examiner Signature | | Date Considered | 9/7/05 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ Unique citation designation number. ² See attached Kinds of U.S. Patent Documents. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicate don the document under WIPO Standards ST.16, if possible. ⁶ Applicant is to place a checkmark here if English language Translation is attached.

Please type a plus sign (+) inside this box ⟶

Comparable to Form PTO/SB/08A (10-96)
Approved for use through 10/31/1999. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Substitute for form 1449A/PTO

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**

*(Use as many sheets as necessary)*

| | | | | |
|---|---|---|---|---|
| Application Number | 10/915,672 |
| Filing Date | August 10, 2004 |
| First Named Inventor | Gary J. Morris |
| Group Art Unit | 2652  2636 |
| Examiner Name | Not assigned  HOI CHING LAU |

| Sheet | 6 | of | 6 | Attorney Docket No. | 8365/92690 (BRK-P-1183 US) |
|---|---|---|---|---|---|

**OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| HeL | | National Fire Protection Association - NFPA72 - National Fire Alarm Code 1996 Edition pages 72 –1 and 72-28 through 72-32; 72-79. 72-104 through 72-106  Quincy, MA USA | |
| | | NFPA 720, Recommended Practice for the Installation of Household Carbon Monoxide (CO) Warning Equipment 1998 Edition | |
| | | UL 217 ISBN 0-7629-0062-8, Single and Multiple Station Smoke Alarms, March 16, 1998-February 21, 1997 | |
| | | UL 2034 ISBN 0-7629-274-9, Single and Multiple Station Carbon Monoxide Alarms, December 21, 1998-October 29, 1996 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | 9/7/05 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2] Applicant is to place a check mark here if English language Translation is attached.

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| **Notice of References Cited** | 10/915,672 | MORRIS, GARY JAY |
| | Examiner | Art Unit | |
| | Hoi C. Lau | 2636 | Page 1 of 1 |

## U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-6,114,967 | 09-2000 | Yousif, Marvin J. | 340/690 |
| | B | US-4,065,767 | 12-1977 | Neuhof et al. | 340/384.4 |
| | C | US-4,904,988 | 02-1990 | Nesbit et al. | 340/628 |
| | D | US-6,624,750 | 09-2003 | Marman et al. | 340/506 |
| | E | US-5,663,714 | 09-1997 | Fray, Eddie Lee | 340/692 |
| | F | US-4,698,619 | 10-1987 | Loeb, Phillip J. | 340/384.71 |
| | G | US-4,816,809 | 03-1989 | Kim, Jin-Seak | 340/692 |
| | H | US-6,144,310 | 11-2000 | Morris, Gary Jay | 340/692 |
| | I | US-6,784,798 | 08-2004 | Morris, Gary Jay | 340/628 |
| | J | US-6,600,424 | 07-2003 | Morris, Gary Jay | 340/628 |
| | K | US-4,746,912 | 05-1988 | Clifford et al. | 340/691.5 |
| | L | US- | | | |
| | M | US- | | | |

## FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

## NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)        **Notice of References Cited**        Part of Paper No. 09272005

BRK_000941



**Search Notes**

| Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|
| 10/915,672 | MORRIS, GARY JAY |
| Examiner | Art Unit | |
| Hoi C. Lau | 2636 | |

| SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| 340 | 628,629,6 30,632 | 9/26/2005 | HCL |
| 340 | 521,522 | 9/26/2005 | HCL |
| 340/ | 577,578 | 9/27/2005 | HCL |
| 340 | 381,691.2 | 9/27/2005 | HCL |
| 340 | 691.8,384 | 9/27/2005 | HCL |
| 340 | 384.6 | 9/28/2005 | HCL |
| 340 | 384.71 | 9/28/2005 | HCL |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | | |
|---|---|---|
| | DATE | EXMR |
| East | 9/28/2005 | HCL |
| Donnie Crosland | 9/28/2005 | HCL |
| Benjanime Lee | 9/28/2005 | HCL |
| | | |
| | | |
| | | |
| | | |
| | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |
| | | | |
| | | | |
| | | | |

U.S. Patent and Trademark Office

Part of Paper No. 09272005

BRK_000942

| | | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|---|
| *Index of Claims* | | 10/915,672 | MORRIS, GARY JAY |
| | | Examiner | Art Unit |
| | | Hoi C. Lau | 2636 |

| | | | | | |
|---|---|---|---|---|---|
| √ | Rejected | − | (Through numeral) Cancelled | N | Non-Elected |
| = | Allowed | ÷ | Restricted | I | Interference |
| | | | | A | Appeal |
| | | | | O | Objected |

| Claim | | Date | Claim | | Date | Claim | | Date |
|---|---|---|---|---|---|---|---|---|
| Final | Original | 9/20/05 | Final | Original | | Final | Original | |
| | 1 | √ | | 51 | | | 101 | |
| | 2 | | | 52 | | | 102 | |
| | 3 | | | 53 | | | 103 | |
| | 4 | | | 54 | | | 104 | |
| | 5 | | | 55 | | | 105 | |
| | 6 | | | 56 | | | 106 | |
| | 7 | | | 57 | | | 107 | |
| | 8 | | | 58 | | | 108 | |
| | 9 | | | 59 | | | 109 | |
| | 10 | | | 60 | | | 110 | |
| | 11 | | | 61 | | | 111 | |
| | 12 | | | 62 | | | 112 | |
| | 13 | | | 63 | | | 113 | |
| | 14 | | | 64 | | | 114 | |
| | 15 | | | 65 | | | 115 | |
| | 16 | | | 66 | | | 116 | |
| | 17 | | | 67 | | | 117 | |
| | 18 | | | 68 | | | 118 | |
| | 19 | | | 69 | | | 119 | |
| | 20 | | | 70 | | | 120 | |
| | 21 | | | 71 | | | 121 | |
| | 22 | √ | | 72 | | | 122 | |
| | 23 | | | 73 | | | 123 | |
| | 24 | | | 74 | | | 124 | |
| | 25 | | | 75 | | | 125 | |
| | 26 | | | 76 | | | 126 | |
| | 27 | | | 77 | | | 127 | |
| | 28 | | | 78 | | | 128 | |
| | 29 | | | 79 | | | 129 | |
| | 30 | | | 80 | | | 130 | |
| | 31 | | | 81 | | | 131 | |
| | 32 | | | 82 | | | 132 | |
| | 33 | √ | | 83 | | | 133 | |
| | 34 | | | 84 | | | 134 | |
| | 35 | | | 85 | | | 135 | |
| | 36 | | | 86 | | | 136 | |
| | 37 | | | 87 | | | 137 | |
| | 38 | | | 88 | | | 138 | |
| | 39 | | | 89 | | | 139 | |
| | 40 | | | 90 | | | 140 | |
| | 41 | | | 91 | | | 141 | |
| | 42 | | | 92 | | | 142 | |
| | 43 | | | 93 | | | 143 | |
| | 44 | | | 94 | | | 144 | |
| | 45 | | | 95 | | | 145 | |
| | 46 | | | 96 | | | 146 | |
| | 47 | | | 97 | | | 147 | |
| | 48 | | | 98 | | | 148 | |
| | 49 | | | 99 | | | 149 | |
| | 50 | | | 100 | | | 150 | |

U.S. Patent and Trademark Office

Part of Paper No. 09272005

PTO/SB/21 (09-04)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| | |
|---|---|
| Application Number | 10/915672-Conf. #7857 |
| Filing Date | August 10, 2004 |
| First Named Inventor | Gary J. Morris |
| Art Unit | 2636 |
| Examiner Name | H. C. Lau |
| Total Number of Pages in This Submission | Attorney Docket Number — 4178-000003/US/COC |

## ENCLOSURES *(Check all that apply)*

| | Drawing(s) | | After Allowance Communication to TC |
|---|---|---|---|
| [x] Fee Transmittal Form | [ ] Licensing-related Papers | | [ ] Appeal Communication to Board of Appeals and Interferences |
|     [x] Fee Attached | [ ] Petition | | [ ] Appeal Communication to TC **(Appeal Notice, Brief, Reply Brief)** |
| [x] Amendment/Reply | [ ] Petition to Convert to a Provisional Application | | [ ] Proprietary Information |
|     [ ] After Final | [x] Power of Attorney, Revocation Change of Correspondence Address | | [ ] Status Letter |
|     [ ] Affidavits/declaration(s) | [ ] Terminal Disclaimer | | [x] Other Enclosure(s) (please Identify below): |
| [x] Extension of Time Request | [ ] Request for Refund | | Return Receipt Postcard |
| [ ] Express Abandonment Request | [ ] CD, Number of CD(s) _____ | | |
| [ ] Information Disclosure Statement |     [ ] Landscape Table on CD | | |
| [ ] Certified Copy of Priority Document(s) | | | |
| [ ] Reply to Missing Parts/ Incomplete Application | Remarks | | |
|     [ ] Reply to Missing Parts under 37 CFR 1.52 or 1.53 | | | |

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | |
|---|---|
| Firm Name | HARNESS, DICKEY & PIERCE, P.L.C. |
| Signature | *[signature]* |
| Printed name | Roland A. Fuller, III |
| Date | February 3, 2006     Reg. No. 31,160 |

EV 717 344 021 US

| Express Mail Label No. EV 717 344 021 US (2/3/2006)   Dated: February 3, 2006 |
|---|

RAF/akb

BRK_000944

(PATENT)

Express Mail Label No. EV 717 344 021 US (2/3/2006) Dated February 3, 2006

FEB 0 3 2006

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Gary J. Morris

Application No.: 10/915672                          Confirmation No.: 7857

Filed: August 10, 2004                              Art Unit: 2636

For: Environmental Condition Detector With          Examiner: H. C. Lau
    Audible Alarm And Voice Identifier

## RESPONSE TO NON-FINAL OFFICE ACTION

MS Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

### INTRODUCTORY COMMENTS

In response to the Office Action dated October 4, 2005, please consider the following remarks.

Applicant hereby petitions under the provisions of 37 C.F.R. § 1.136(a) for an extension of time in which to respond to the outstanding Office Action and includes a fee as set forth in 37 C.F.R. § 1.17(a) with this response for such extension of time.

**Remarks/Arguments** begin on page 2 of this paper.

RAF/jmi

BRK_000945

Application No. 10/915672
Amendment dated February 3, 2006
Reply to Office Action of October 4, 2005

## REMARKS

Claims 22 – 33 are pending in the application.

## Double Patenting Rejection

The Examiner rejected Claims 22 – 29 under the judicially created doctrine of obviousness-type double patenting in view of claims of U.S. Pat. No. 6,144,310 and U.S. 6,784,798. Upon all claims being found allowable, applicant will submit an appropriate terminal disclaimer.

## § 103 Rejection

The Examiner rejected claims 31 – 33 under 35 U.S.C. § 103(a) as being unpatentable over Yousif (U.S. 6,114,967) in view of Clifford et al. (U.S. 4,746,912). Applicant respectfully traverses this rejection.

Claim 31 is the independent claim of this group. Claim 31 is directed to an ambient condition detector. It requires, *inter alia*, control electronics that emits at least one, unalterable pre-established alarm indicating tonal output pattern where the pattern includes groups of substantially identical output tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount wherein the second amount is at least two times greater than the first amount.

The Examiner cites Yousif as disclosing every element of claim 31 except for the tonal output pattern having a constant intragroup spacing of a first amount and a constant intergroup spacing of a second amount wherein the second amount is at least two times grater than the first amount. The Examiner then cites Clifford et al. as disclosing a device having output siren tones with constant intragroup spacing of a first amount and a constant intergroup spacing of a second amount wherein the second amount is at least two times greater than the first amount. The Examiner then takes the position that it would have

2

BRK_000946

been obvious to implement Clifford's output siren pattern because it would provide a distinct pattern to use about the emergency situation where pattern and spacing are arbitrated by manufacture.

Applicant submits that one of ordinary skill in the art would not be motivated to apply Clifford's output siren pattern to Yousif's alarm and that Clifford is non-analogous art. It is axiomatic that the references themselves must suggest the desirability of making the combination. [MPEP § 2141 II(B)] Clifford's alarm is not an ambient detection type of alarm. Rather, Clifford's alarm is an alarm that is actuated by a user, such as a fireman, when the user is in need of rescue. Upon actuation, Clifford's alarm provides signals that lead rescue workers to the user. [Clifford, col. 3, lines 17 – 32] Applicant submits that one of ordinary skill in the art would not be motivated to combine the teachings of a user actuated type of alarm with an ambient condition detector type of alarm. The two types of alarms are for much different purposes. One provides location signals to aid rescue workers in locating the user that is in need of rescue and the actuated the alarm. The other signals an alarm upon detecting an ambient condition indicative of an alarm condition, such as smoke or carbon monoxide.

In this regard, applicant further submits that Clifford is non-analogous art. "In order to rely on a reference as a basis for rejection of an applicant's invention the reference must either be in the field of applicant's endeavor or, if not, then be reasonably pertinent to the particular problem with which the invention was concerned." [MPEP § 2141(a)] Applicant's field of invention as claimed in claim 31 is an ambient condition sensor type of alarm device. Clifford is directed to a user actuated type of alarm. Applicant submits that Clifford, being directed to a user actuated type of alarm, is not within applicant's ambient sensor type of alarm field of endeavor. Further, applicant's invention as claimed in claim 31 addresses providing both a user unalterable tonal alarm pattern and a user unalterable verbal alarm type message with the two appropriately interleaved. Clifford does not address interleaving tonal alarm patterns and verbal alarm messages, or providing both user unalterable tonal alarm patterns and verbal alarm messages. Clifford's interval two,

3

which the Examiner cites as an intergroup spacing, is as best applicant can determine only to provide a period of silence between the first intervals in which the alarm sources are output. As such, applicant submits that Clifford is not reasonably pertinent to the problem that applicant's invention as claimed in claim 31 addresses. Applicant submits that claim 31 is thus allowable over Yousif in view of Clifford

Claims 32 and 33 depend from claim 31 and are allowable for at least that reason.

## Conclusion

In view of the above, applicant submits that claims 22 – 33 are allowable and respectfully requests reconsideration and the early notice of their allowance.

Dated: February 3, 2006                    Respectfully submitted,

By _____

Roland A. Fuller
Registration No.: 31,160
HARNESS, DICKEY & PIERCE, P.L.C.
P.O. Box 828
Bloomfield Hills, Michigan 48303
(248) 641-1296

4

BRK_000948

PTO/SB/22 (12-04)
Approved for use through 7/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless if displays a valid OMB control number.

| PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a) FY 2005 (Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).) | Docket Number (Optional) 4178-000003/US/COC |
|---|---|
| Application Number 10/915672-Conf. #7857 | Filed August 10, 2004 |

For    Environmental Condition Detector With Audible Alarm And Voice Identifier

| Art Unit    2636 | Examiner    H. C. Lau |
|---|---|

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a reply in the above identified application.

The requested extension and fee are as follows (check time period desired and enter the appropriate fee below):

|  | | Fee | Small Entity Fee | |
|---|---|---|---|---|
| X | One month (37 CFR 1.17(a)(1)) | $120 | $60 | $ 120.00 |
| | Two months (37 CFR 1.17(a)(2)) | $450 | $225 | $ |
| | Three months (37 CFR 1.17(a)(3)) | $1020 | $510 | $ |
| | Four months (37 CFR 1.17(a)(4)) | $1590 | $795 | $ |
| | Five months (37 CFR 1.17(a)(5)) | $2160 | $1080 | $ |

☐ Applicant claims small entity status. See 37 CFR 1.27.

☒ A check in the amount of the fee is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director has already been authorized to charge fees in this application to a Deposit Account.

☒ The Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account Number ____08-0750____ . I have enclosed a duplicate copy of this sheet.

I am the

☐ applicant/inventor.

☐ assignee of record of the entire interest. See 37 CFR 3.71.
    Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96).

☒ attorney or agent of record. Registration Number ____31,160____

☐ attorney or agent under 37 CFR 1.34.
    Registration number if acting under 37 CFR 1.34 _____ .

| Signature | February 3, 2006 |
|---|---|
| | Date |
| Roland A. Fuller, III | (248) 641-1296 |
| Typed or printed name | Telephone Number |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below.

☐ Total of ____1____ forms are submitted.

02/08/2006 SHASSEN1 00000063 10915672
01 FC:1251                     120.00 OP

Express Mail Label No. EV 717 344 021 US (2/3/2006)    Dated: February 3, 2006

1

RAF/akb

BRK_000949

PTO/SB/81 (08-04)
Approved for use through 11/30/2006. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# POWER OF ATTORNEY
## and
## CORRESPONDENCE ADDRESS
## INDICATION FORM

| Application Number | 10/915,672 |
|---|---|
| Filing Date | 8/10/04 |
| First Named Inventor | Gary J. Morris |
| Title | Environmental Condition Detector with Audible Alarm and Voice Identifier |
| Art Unit | 2636 |
| Examiner Name | Hoi C. Lau |
| Attorney Docket Number | 4178-000003/COC |

I hereby appoint:

☒ Practitioners associated with the Customer Number:  27572

OR

☒ Practitioner(s) named below:

| Name | Registration Number |
|---|---|
| Lawrence Shurupoff | 30,219 |
| | |
| | |
| | |

as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

Please recognize or change the correspondence address for the above-identified application to:

☐ The address associated with the above-mentioned Customer Number.

OR

☐ The address associated with Customer Number:

OR

| ☒ Firm or Individual Name | Lawrence Shurupoff |
|---|---|
| Address | Sunbeam Products, Inc. |
| Address | 2381 Executive Center Blvd. |
| City | Boca Raton | State | FL | ZIP | 33431 |
| Country | U.S. | | | | |
| Telephone | 561-912-5165 | Fax | 561-912-4182 | | |

I am the:

☒ Applicant/Inventor.

☐ Assignee of record of the entire interest. See 37 CFR 3.71.
Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96)

## SIGNATURE of Applicant or Assignee of Record

| Signature | [signature] | Date | 1/30/06 |
|---|---|---|---|
| Name | Gary J. Morris  #56,689 | Telephone | (304) 599-5945 |
| Title and Company | | | |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

☐  *Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.31 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

OIPE
FEB 08 2006
PATENTS & TRADEMARK

PTO/SB/82 (08-03)
Approved for use through 11/30/2005. OMB 0651-0035
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REVOCATION OF POWER OF ATTORNEY and APPOINTMENT OF NEW POWER OF ATTORNEY

| | |
|---|---|
| Application Number | 10/915,872 |
| Filing Date | 8/10/04 |
| First Named Inventor | Gary J. Morris |
| Art Unit | 2636 |
| Examiner Name | Hoi C. Lau |
| Attorney Docket Number | 4178-000003/COC |

I hereby revoke all previous powers of attorney or authorizations of agent given in the above-identified application:

☒ A Power of Attorney or Authorization of Agent is submitted herewith.

**OR**

☐ I hereby appoint the practitioners at Customer Number :

☐ Please change the correspondence address for the above-identified application to:

☐ The address associated with Customer Number:

**OR**

| ☐ Firm or Individual Name | |
|---|---|
| Address | |
| Address | |
| City | |
| Country | State | ZIP |
| Telephone | Fax |

I am the:

☒ Applicant/Inventor.

☐ Assignee of record of the entire interest. See 37 CFR 3.71.
*Certificate under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96)*

### SIGNATURE of Applicant or Assignee of Record

| Name | Gary J. Morris #56,689 |
|---|---|
| Signature | *[signature]* |
| Date | 1/30/06 | Telephone | (304) 599-5945 |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

☐ *Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.36. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO:
**Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

BRK_000951



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 10/915,672 | 08/10/2004 | Gary Jay Morris | 92690 |

**CONFIRMATION NO. 7857**

Lawrence Shurupoff
Sunbeam Products, Inc
2381 Executive Center Blvd
Boca Raton, FL 33431

**\*OC000000018078385\***
*OC000000018078385*

Date Mailed: 02/16/2006

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 02/03/2006.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

JASON B EADDY
2600 (571) 272-7251

OFFICE COPY



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 10/915,672 | 08/10/2004 | Gary Jay Morris | 92690 |

24628
WELSH & KATZ, LTD
120 S RIVERSIDE PLAZA
22ND FLOOR
CHICAGO, IL 60606

**CONFIRMATION NO. 7857**
**\*OC000000018078344\***
\*OC000000018078344\*

Date Mailed: 02/16/2006

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 02/03/2006.

● The Power of Attorney to you in this application has been revoked by the applicant. Future correspondence will be mailed to the new address of record(37 CFR 1.33).

JASON B EADDY
2600 (571) 272-7251

OFFICE COPY

# EAST Search History

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S1 | 2387 | ((340/693.5) or (340/506)).CCLS. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/07 11:52 |
| S2 | 0 | ("l1and((fireorsmoke)and(carbonadjmonoxide))").PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/07 11:53 |
| S3 | 78 | S1 and ((fire or smoke) and (carbon adj monoxide)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/07 12:17 |
| S4 | 28 | S3 and ((alarm or alert or indicat$4) and (voice or language)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/07 12:01 |
| S5 | 1 | ("60117307").PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/07 12:01 |
| S6 | 50 | ("4160246" \| "4275274" \| "4282519" \| "4288789" \| "4335379" \| "4343990" \| "4350860" \| "4351999" \| "4531114" \| "4688021" \| "4698619" \| "4754266" \| "4816809" \| "4862147" \| "4951045" \| "5229753" \| "5291183" \| "5349338" \| "5379028" \| "5460228" \| "5587705" \| "5657380" \| "5663714" \| "5673023" \| "5724020" \| "5726629" \| "5764134" \| "5786749" \| "5786768" \| "5798686" \| "5841347" \| "5846089" \| "5856781" \| "5864288" \| "5874893" \| "5877698" \| "5886631" \| "5894275" \| "5905438" \| "5914650" \| "5936515" \| "6043750").PN. OR ("6144310").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/07 12:08 |
| S7 | 189 | "340"/$.ccls. and ((fire or smoke) and (carbon adj monoxide)) and ((alarm or alert or indicat$4) and (voice or language)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/12 19:38 |
| S8 | 6 | S6 and ((fire or smoke) and (carbon adj monoxide)) and ((alarm or alert or indicat$4) and (voice or language)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/07 13:48 |
| S9 | 19 | ("3925763" \| "3950739" \| "4367458" \| "4412211" \| "4531114" \| "4536748" \| "4665383" \| "4673920" \| "4727359" \| "4812820" \| "5508690" \| "5686885" \| "5686896" \| "5886620" \| "5893369" \| "5982275" \| "6028513" \| "6144310" \| "6281789").PN. OR ("6614347").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/07 12:49 |
| S10 | 15 | ("3665461" \| "3872355" \| "4080568" \| "4114089" \| "4163226" \| "4180803" \| "4247848" \| "4733224" \| "5627515" \| "5705979" \| "5708414" \| "5898369" \| "6150922" \| "6229429" \| "6384723").PN. OR ("6791453").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/07 12:54 |
| S11 | 4 | ("5910763" \| "Re36300").PN. OR ("6118386").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/07 13:35 |

BRK_000954

# EAST Search History

| | | | | | | |
|---|---|---|---|---|---|---|
| S12 | 174 | (("3906491") or ("4101872") or ("4141007") or ("4160246") or ("4275274") or ("4282519") or ("4288789") or ("4335379") or ("4343990") or ("4350860") or ("4351999") or ("4363031") or ("4365315") or ("4366873") or ("4375329") or ("4389639") or ("4400786") or ("4453222") or ("4455551") or ("4481507") or ("4498078") or ("4500971") or ("4519027") or ("4531114") or ("4560978") or ("4572652") or ("4682348") or ("4688021") or ("4698619") or ("4754266") or ("4810996") or ("4816809") or ("4821027") or ("4851823") or ("4862147") or ("4894642") or ("4904988") or ("4940965") or ("4951045") or ("4988980") or ("5019805") or ("5103206") or ("5117217") or ("5153567") or ("5229753") or ("5291183") or ("5349338") or ("5379028") or ("5460228") or ("5506565") or ("5548276") or ("5587705") or ("5657380") or ("5663714") or ("5673023") or ("5724020") or ("5726629") or ("5764134") or ("5786749") or ("5786768") or ("5793280") or ("5798686") or ("5841347") or ("5846089") or ("5856781") or ("5864288") or ("5874893") or ("5877698") or ("5886631") or ("5894275") or ("5898369") or ("5905438") or ("5914650") or ("5936515") or ("5986540") or ("6043750") or ("6097289") or ("6114967") or ("6121885") or ("6144310") or ("6307482") or ("6323780") or ("6344799") or ("6600424")). PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/26 16:22 |
| S13 | 192 | (S12 or S11 or S10 or S9 or S7 or S6) and ((fire or smoke) and (carbon adj monoxide)) and ((alarm or alert or indicat$4) and (voice or language)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/07 13:50 |
| S14 | 198 | (S12 or S11 or S10 or S9 or S7 or S6) and ((fire or smoke) and (gas$2 or (carbon adj monoxide))) and ((alarm or alert or indicat$4) and (voice or language)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/12 18:16 |
| S15 | 2 | ("20040140903*").PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/12 18:16 |
| S16 | 256 | "340"/$.ccls. and ((fire or smoke) and (carbon adj monoxide)) and ((alarm or alert or indicat$4 or warn$4) and (voice or language or message)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/13 11:09 |
| S17 | 110 | S16 and (pulse or silent) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/12 19:40 |
| S18 | 22 | S16 and ((pulse or silent) near10 (voice or language or message)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/12 19:42 |
| S19 | 25 | S16 and ((pulse or silent) near15 (voice or language or message)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/12 19:44 |
| S20 | 74 | S16 and ((pulse or silent or period or wait$4 or time-out or time-off or (time near2 (out or off))) near15 (voice or language or message)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/16 11:29 |

3/22/2006 2:11:43 PM
C:\Documents and Settings\hlau\My Documents\EAST\Workspaces\10915672_EnviromentalConditionDetectorAudio&Voice.wsp

Page 2

BRK_000955

# EAST Search History

| S21 | 23 | ("3922656" \| "4088986" \| "4453222" \| "4688021" \| "4816809" \| "4821027" \| "5086385" \| "5146209" \| "5291183" \| "5307051" \| "5331310" \| "5568130" \| "5587705" \| "5589824" \| "5592147" \| "5663714" \| "5691703" \| "5694118" \| "5786768" \| "5973603" \| "6097289" \| "6144310" \| "6522248").PN. OR ("6873254"). URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/13 10:57 |
|---|---|---|---|---|---|---|
| S22 | 258 | "340"/$.ccls. and ((fire or smoke) and (carbon adj monoxide)) and ((alarm or alert or indicat$4 or warn$4) and (vocal or voice or language or message)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/13 11:09 |
| S23 | 74 | S22 and ((pulse or silent or period or wait$4 or time-out or time-off or (time near2 (out or off))) near15 (vocal or voice or language or message)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/13 11:10 |
| S24 | 0 | "Morris.in" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/16 11:26 |
| S25 | 27684 | Morris.in. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/16 11:26 |
| S26 | 17 | Morris.in. and environmental.ti. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/16 11:32 |
| S27 | 11701 | environmental.ti. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/16 11:33 |
| S28 | 131 | environmental.ti. and "340"/$.ccls. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/16 11:33 |
| S29 | 808 | "340"/$.ccls. and (((environment$4 or condition or ambient) near8 (sens$4 or detect$4)) and ((verbal or voice or language) near8 (alarm or alert or warn$4))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/22 16:22 |
| S30 | 30 | "340"/$.ccls. and ((((environment$4 or condition or ambient) near8 (sens$4 or detect$4)) and ((verbal or voice or language) near8 (alarm or alert or warn$4))) same (pulse or silent)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/22 16:23 |
| S31 | 13 | "340"/$.ccls. and ((((environment$4 or condition or ambient) near8 (sens$4 or detect$4)) and ((verbal or voice or language) near8 (alarm or alert or warn$4))) same ((pulse or silent or off) near10 (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/22 16:26 |
| S32 | 16 | "340"/$.ccls. and ((((environment$4 or condition or ambient) near8 (sens$4 or detect$4)) and ((verbal or voice or language) near8 (alarm or alert or warn$4 or message))) same ((pulse or silent or off) near10 (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/22 16:38 |

BRK_000956

# EAST Search History

| S33 | 246 | "340"/$.ccls. and (((verbal or voice or language or instruct$4 or guid$4) near20 (alarm or alert or warn$4 or message)) same ((pulse or silent or off) near10 (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/22 16:46 |
|---|---|---|---|---|---|---|
| S34 | 1357 | "340"/$.ccls. and ((((verbal or voice or language or instruct$4 or guid$4) near20 (alarm or alert or warn$4 or message)) or tone or tonal) same ((pulse or silent or off) near10 (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/22 16:52 |
| S35 | 417 | "340"/$.ccls. and (((verbal or voice or language or instruct$4 or guid$4) near20 (generat$4 or alarm or alert or warn$4 or message)) same ((pulse or silent or off) near10 (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/22 16:52 |
| S36 | 325 | "340"/$.ccls. and ((((verbal or voice or language or instruct$4 or guid$4) near20 (alarm or alert or warn$4 or message)) or (audio adj tone)) same ((pulse or silent or off) near10 (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/22 16:54 |
| S37 | 92 | "340"/$.ccls. and (((((verbal or voice) near3 (instruct$4 or guid$4)) near20 (alarm or alert or warn$4 or message)) or (audio adj tone)) same ((pulse or silent or off) near10 (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 09:03 |
| S38 | 2 | ("20050046560").PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/23 10:56 |
| S39 | 170 | "340"/$.ccls. and (((verbal or voice or vocal) near20 ((alarm or alert or warn$4 or message) or (audio adj tone))) same ((pulse or silent or off) near10 (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 16:22 |
| S40 | 20 | S39 and ((ambient or environment$4 or zone or area) near5 sensor) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 09:07 |
| S41 | 26 | "340"/628,629,692,630,632.ccls. and (((verbal or voice or vocal) near20 ((alarm or alert or warn$4 or message) or (audio adj tone))) same ((pulse or silent or off) near10 (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 09:39 |
| S42 | 265 | "340"/628,629,692,630,632.ccls. and ((verbal or voice or vocal) near20 ((alarm or alert or warn$4 or message) or (audio adj tone))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 16:32 |
| S43 | 26 | "340"/628,629,692,630,632.ccls. and (((verbal or voice or vocal) near20 ((alarm or alert or warn$4 or message) or (audio adj tone))) with alternat$5) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 09:41 |
| S44 | 2 | ("4065767").PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/26 14:03 |

3/22/2006 2:11:43 PM
C:\Documents and Settings\hlau\My Documents\EAST\Workspaces\10915672_EnviromentalConditionDetectorAudio&Voice.wsp

Page 4

BRK_000957

# EAST Search History

| | | | | | | |
|---|---|---|---|---|---|---|
| S45 | 15 | 340/381,691.2,691.8,384.6.ccls. and ((verbal or voice or vocal) near5 (message or warn$4 or alert or alarm or instruct$4 or guid$5)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 14:07 |
| S46 | 174 | (("3906491") or ("4101872") or ("4141007") or ("4160246") or ("4275274") or ("4282519") or ("4288789") or ("4335379") or ("4343990") or ("4350860") or ("4351999") or ("4363031") or ("4365315") or ("4366873") or ("4375329") or ("4389639") or ("4400786") or ("4453222") or ("4455551") or ("4481507") or ("4498078") or ("4500971") or ("4519027") or ("4531114") or ("4560978") or ("4572652") or ("4682348") or ("4688021") or ("4698619") or ("4754266") or ("4810996") or ("4816809") or ("4821027") or ("4851823") or ("4862147") or ("4894642") or ("4904988") or ("4940965") or ("4951045") or ("4988980") or ("5019805") or ("5103206") or ("5117217") or ("5153567") or ("5229753") or ("5291183") or ("5349338") or ("5379028") or ("5460228") or ("5506565") or ("5548276") or ("5587705") or ("5657380") or ("5663714") or ("5673023") or ("5724020") or ("5726629") or ("5764134") or ("5786749") or ("5786768") or ("5793280") or ("5798686") or ("5841347") or ("5846089") or ("5856781") or ("5864288") or ("5874893") or ("5877698") or ("5886631") or ("5894275") or ("5898369") or ("5905438") or ("5914650") or ("5936515") or ("5986540") or ("6043750") or ("6097289") or ("6114967") or ("6121885") or ("6144310") or ("6307482") or ("6323780") or ("6344799") or ("6600424")). PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/26 16:22 |
| S47 | 12 | S46 and (((verbal or voice or vocal) near20 ((alarm or alert or warn$4 or message) or (audio adj tone))) same ((pulse or silent or off) near10 (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 16:26 |
| S48 | 83 | ("3906491" | "4101872" | "4141007" | "4160246" | "4275274" | "4282519" | "4288789" | "4335379" | "4343990" | "4350860" | "4351999" | "4363031" | "4365315" | "4366873" | "4375329" | "4389639" | "4400786" | "4453222" | "4455551" | "4481507" | "4498078" | "4500971" | "4519027" | "4531114" | "4560978" | "4572652" | "4682348" | "4688021" | "4698619" | "4754266" | "4810996" | "4816809" | "4821027" | "4851823" | "4862147" | "4894642" | "4904988" | "4940965" | "4951045" | "4988980" | "5019805" | "5103206" | "5117217" | "5153567" | "5229753" | "5291183" | "5349338" | "5379028" | "5460228" | "5506565" | "5548276" | "5587705" | "5657380" | "5663714" | "5673023" | "5724020" | "5726629" | "5764134" | "5786749" | "5786768" | "5793280" | "5798686" | "5841347" | "5846089" | "5856781" | "5864288" | "5874893" | "5877698" | "5886631" | "5894275" | "5898369" | "5905438" | "5914650" | "5936515" | "5986540" | "6043750" | "6097289" | "6114967" | "6121885" | "6144310" | "6307482").PN. OR ("6600424").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/26 16:41 |
| S49 | 74 | ("3906491" | "4101872" | "4141007" | "4160246" | "4275274" | "4282519" | "4288789" | "4335379" | "4343990" | "4350860" | "4351999" | "4363031" | "4365315" | "4366873" | "4375329" | "4389639" | "4400786" | "4453222" | "4455551" | "4481507" | "4498078" | "4500971" | "4519027" | "4531114" | "4560978" | "4572652" | "4682348" | "4688021" | "4754266" | "4810996" | "4816809" | "4821027" | "4851823" | "4862147" | "4894642" | "4940965" | "4988980" | "5019805" | "5103206" | "5117217" | "5229753" | "5291183" | "5349338" | "5379028" | "5460228" | "5506565" | "5587705" | "5657380" | "5663714" | "5673023" | "5724020" | "5726629" | "5764134" | "5786749" | "5786768" | "5798686" | "5841347" | "5846089" | "5856781" | "5864288" | "5874893" | "5877698" | "5886631" | "5894275" | "5898369" | "5914650" | "5936515" | "5986540" | "6114967" | "6144310" | "6229449").PN. OR ("6323780").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/26 16:25 |

BRK_000958

# EAST Search History

| | | | | | | |
|---|---|---|---|---|---|---|
| S50 | 50 | ("4160246" \| "4275274" \| "4282519" \| "4288789" \| "4335379" \| "4343990" \| "4350860" \| "4351999" \| "4531114" \| "4688021" \| "4698619" \| "4754266" \| "4816809" \| "4862147" \| "4951045" \| "5229753" \| "5291183" \| "5349338" \| "5379028" \| "5460228" \| "5587705" \| "5657380" \| "5663714" \| "5673023" \| "5724020" \| "5726629" \| "5764134" \| "5786749" \| "5786768" \| "5798686" \| "5841347" \| "5846089" \| "5856781" \| "5864288" \| "5874893" \| "5877698" \| "5886631" \| "5894275" \| "5905438" \| "5914650" \| "5936515" \| "6043750").PN. OR ("6144310").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/26 16:25 |
| S51 | 13 | (S46 or S48 or S49 or S50) and (((verbal or voice or vocal) near20 ((alarm or alert or warn$4 or message) or (audio adj tone))) same ((pulse or silent or off) near10 (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 16:44 |
| S52 | 84 | ("3906491" \| "4101872" \| "4141007" \| "4160246" \| "4275274" \| "4282519" \| "4288789" \| "4335379" \| "4343990" \| "4350860" \| "4351999" \| "4363031" \| "4365315" \| "4366873" \| "4375329" \| "4389639" \| "4400786" \| "4453222" \| "4455551" \| "4481507" \| "4498078" \| "4500971" \| "4519027" \| "4531114" \| "4560978" \| "4572652" \| "4682348" \| "4688021" \| "4698619" \| "4754266" \| "4810996" \| "4816809" \| "4821027" \| "4851823" \| "4862147" \| "4894642" \| "4904988" \| "4940965" \| "4951045" \| "4988980" \| "5019805" \| "5103206" \| "5117217" \| "5153567" \| "5229753" \| "5291183" \| "5349338" \| "5379028" \| "5460228" \| "5506565" \| "5548276" \| "5587705" \| "5657380" \| "5663714" \| "5673023" \| "5724020" \| "5726629" \| "5764134" \| "5786749" \| "5786768" \| "5793280" \| "5798686" \| "5841347" \| "5846089" \| "5856781" \| "5864288" \| "5874893" \| "5877698" \| "5886631" \| "5894275" \| "5898369" \| "5905438" \| "5914650" \| "5936515" \| "5986540" \| "6043750" \| "6097289" \| "6114967" \| "6121885" \| "6144310" \| "6307482" \| "6323780" \| "6344799" \| "6600424").PN. OR ("6784798").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/26 16:30 |
| S53 | 95 | (S46 or S48 or S49 or S50) and ((verbal or voice or vocal) near20 ((alarm or alert or warn$4 or message) or (audio adj tone))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 16:32 |
| S54 | 95 | (S46 or S48 or S49 or S50) and ((verbal or voice or vocal) near20 ((alarm or alert or warn$4 or message) or ((audible audio) adj tone))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 16:35 |
| S55 | 0 | "60117307".ap. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 16:36 |
| S56 | 0 | ("117307.apn.").PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/26 16:36 |
| S57 | 0 | ("117307.ap.").PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/26 16:36 |
| S58 | 2 | "117307".apn. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 16:36 |

3/22/2006 2:11:43 PM
C:\Documents and Settings\hlau\My Documents\EAST\Workspaces\10915672_EnviromentalConditionDetectorAudio&Voice.wsp

Page 6

BRK_000959

# EAST Search History

| S59 | 5 | (("6784798") or ("6600424") or ("6144310")).PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/26 16:41 |
|---|---|---|---|---|---|---|
| S60 | 83 | ("3906491" \| "4101872" \| "4141007" \| "4160246" \| "4275274" \| "4282519" \| "4288789" \| "4335379" \| "4343990" \| "4350860" \| "4351999" \| "4363031" \| "4365315" \| "4366873" \| "4375329" \| "4389639" \| "4400786" \| "4453222" \| "4455551" \| "4481507" \| "4498078" \| "4500971" \| "4519027" \| "4531114" \| "4560978" \| "4572652" \| "4682348" \| "4688021" \| "4698619" \| "4754266" \| "4810996" \| "4816809" \| "4821027" \| "4851823" \| "4862147" \| "4894642" \| "4904988" \| "4940965" \| "4951045" \| "4988980" \| "5019805" \| "5103206" \| "5117217" \| "5153567" \| "5229753" \| "5291183" \| "5349338" \| "5379028" \| "5460228" \| "5506565" \| "5548276" \| "5587705" \| "5657380" \| "5663714" \| "5673023" \| "5724020" \| "5726629" \| "5764134" \| "5786749" \| "5786768" \| "5793280" \| "5798686" \| "5841347" \| "5846089" \| "5856781" \| "5864288" \| "5874893" \| "5877698" \| "5886631" \| "5894275" \| "5898369" \| "5905438" \| "5914650" \| "5936515" \| "5986540" \| "6043750" \| "6097289" \| "6114967" \| "6121885" \| "6144310" \| "6307482").PN. OR ("6600424").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/26 16:41 |
| S61 | 45 | (S46 or S48 or S49 or S50) and (((verbal or voice or vocal) near20 ((alarm or alert or warn$4 or message) or (audio adj tone))) same (period or time or duration or interval)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/26 16:47 |
| S62 | 35 | (S46 or S48 or S49 or S50) and (((verbal or voice or vocal) near20 ((alarm or alert or warn$4 or message) or (audio adj tone))) same (alarm and (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 15:01 |
| S63 | 174 | (("3906491") or ("4101872") or ("4141007") or ("4160246") or ("4275274") or ("4282519") or ("4288789") or ("4335379") or ("4343990") or ("4350860") or ("4351999") or ("4363031") or ("4365315") or ("4366873") or ("4375329") or ("4389639") or ("4400786") or ("4453222") or ("4455551") or ("4481507") or ("4498078") or ("4500971") or ("4519027") or ("4531114") or ("4560978") or ("4572652") or ("4682348") or ("4688021") or ("4698619") or ("4754266") or ("4810996") or ("4816809") or ("4821027") or ("4851823") or ("4862147") or ("4894642") or ("4904988") or ("4940965") or ("4951045") or ("4988980") or ("5019805") or ("5103206") or ("5117217") or ("5153567") or ("5229753") or ("5291183") or ("5349338") or ("5379028") or ("5460228") or ("5506565") or ("5548276") or ("5587705") or ("5657380") or ("5663714") or ("5673023") or ("5724020") or ("5726629") or ("5764134") or ("5786749") or ("5786768") or ("5793280") or ("5798686") or ("5841347") or ("5846089") or ("5856781") or ("5864288") or ("5874893") or ("5877698") or ("5886631") or ("5894275") or ("5898369") or ("5905438") or ("5914650") or ("5936515") or ("5986540") or ("6043750") or ("6097289") or ("6114967") or ("6121885") or ("6144310") or ("6307482") or ("6323780") or ("6344799") or ("6600424")). PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/27 15:02 |

3/22/2006 2:11:43 PM
C:\Documents and Settings\hlau\My Documents\EAST\Workspaces\10915672_EnviromentalConditionDetectorAudio&Voice.wsp

Page 7

BRK_000960

# EAST Search History

| S64 | 83 | ("3906491" \| "4101872" \| "4141007" \| "4160246" \| "4275274" \| "4282519" \| "4288789" \| "4335379" \| "4343990" \| "4350860" \| "4351999" \| "4363031" \| "4365315" \| "4366873" \| "4375329" \| "4389639" \| "4400786" \| "4453222" \| "4455551" \| "4481507" \| "4498078" \| "4500971" \| "4519027" \| "4531114" \| "4560978" \| "4572652" \| "4682348" \| "4688021" \| "4698619" \| "4754266" \| "4810996" \| "4816809" \| "4821027" \| "4851823" \| "4862147" \| "4894642" \| "4904988" \| "4940965" \| "4951045" \| "4988980" \| "5019805" \| "5103206" \| "5117217" \| "5153567" \| "5229753" \| "5291183" \| "5349338" \| "5379028" \| "5460228" \| "5506565" \| "5548276" \| "5587705" \| "5657380" \| "5663714" \| "5673023" \| "5724020" \| "5726629" \| "5764134" \| "5786749" \| "5786768" \| "5793280" \| "5798686" \| "5841347" \| "5846089" \| "5856781" \| "5864288" \| "5874893" \| "5877698" \| "5886631" \| "5894275" \| "5898369" \| "5905438" \| "5914650" \| "5936515" \| "5986540" \| "6043750" \| "6097289" \| "6114967" \| "6121885" \| "6144310" \| "6307482").PN. OR ("6600424").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/27 15:02 |
| S65 | 74 | ("3906491" \| "4101872" \| "4141007" \| "4160246" \| "4275274" \| "4282519" \| "4288789" \| "4335379" \| "4343990" \| "4350860" \| "4351999" \| "4363031" \| "4365315" \| "4366873" \| "4375329" \| "4389639" \| "4400786" \| "4453222" \| "4455551" \| "4481507" \| "4498078" \| "4500971" \| "4519027" \| "4531114" \| "4560978" \| "4572652" \| "4682348" \| "4688021" \| "4754266" \| "4810996" \| "4816809" \| "4821027" \| "4851823" \| "4862147" \| "4894642" \| "4940965" \| "4988980" \| "5019805" \| "5103206" \| "5117217" \| "5229753" \| "5291183" \| "5349338" \| "5379028" \| "5460228" \| "5506565" \| "5587705" \| "5657380" \| "5663714" \| "5673023" \| "5724020" \| "5726629" \| "5764134" \| "5786749" \| "5786768" \| "5798686" \| "5841347" \| "5846089" \| "5856781" \| "5864288" \| "5874893" \| "5877698" \| "5886631" \| "5894275" \| "5898369" \| "5914650" \| "5936515" \| "5986540" \| "6114967" \| "6144310" \| "6229449").PN. OR ("6323780").URPN. | US-PGPUB; USPAT; USOCR | OR | .ON | 2005/09/27 15:02 |
| S66 | 50 | ("4160246" \| "4275274" \| "4282519" \| "4288789" \| "4335379" \| "4343990" \| "4350860" \| "4351999" \| "4531114" \| "4688021" \| "4698619" \| "4754266" \| "4816809" \| "4862147" \| "4951045" \| "5229753" \| "5291183" \| "5349338" \| "5379028" \| "5460228" \| "5587705" \| "5657380" \| "5663714" \| "5673023" \| "5724020" \| "5726629" \| "5764134" \| "5786749" \| "5786768" \| "5798686" \| "5841347" \| "5846089" \| "5856781" \| "5864288" \| "5874893" \| "5877698" \| "5886631" \| "5894275" \| "5905438" \| "5914650" \| "5936515" \| "6043750").PN. OR ("6144310").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/09/27 15:02 |
| S67 | 45 | (S63 or S64 or S65 or S66) and (((verbal or voice or vocal) near20 (alarm or alert or warn$4 or message or (audio adj tone))) same (period or time or duration or interval)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 15:11 |
| S68 | 35 | (S63 or S64 or S65 or S66) and (((verbal or voice or vocal) near20 (alarm or alert or warn$4 or message or (audio adj tone))) same (alarm and (period or time or duration or interval))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 16:19 |
| S69 | 45 | ((((verbal voice vocal) near20 (alarm alert warn$4 message)) (audio adj tone)) same (period or time or duration or interval)) and (S63 or S64 or S65 or S66) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 15:52 |
| S70 | 1 | "20050007255".pn. and intragroup | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 16:12 |

BRK_000961

# EAST Search History

| S71 | 1126 | "340"/$.ccls. and ((alarm or tone) near20 pattern) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 16:14 |
|---|---|---|---|---|---|---|
| S72 | 14 | "340"/381,691.2,691.8,384.6.ccls. and ((alarm or tone) near20 pattern) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 16:15 |
| S73 | 94 | "340"/381,691.2,691.8,384.6,628,629,630,632,692.ccls. and ((alarm or tone) near20 pattern) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 16:16 |
| S74 | 9 | S68 and alarm near20 pattern | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 16:19 |
| S75 | 9 | S68 and (alarm near20 pattern) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 16:19 |
| S76 | 87 | (("3906491") or ("4698619") or ("4816809") or ("4821027") or ("4851823") or ("4904988") or ("5012219") or ("5337041") or ("5349338") or ("5663714") or ("5724020") or ("5986540") or ("6194994") or ("4064507") or ("4297688") or ("5923256") or ("6445292") or ("6819252") or ("20010006366") or ("4065767") or ("4335379") or ("5912615") or ("5914656") or ("5990793") or ("6114967") or ("6118386") or ("6144310") or ("6155160") or ("6323780") or ("6369696") or ("6583718") or ("6600424") or ("6624750") or ("6727805") or ("6768424") or ("6791453") or ("6873254") or ("6906616") or ("6940405") or ("20010040508") or ("20010043144") or ("20040095253") or ("20040113778") or ("20050151663")).PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/27 19:30 |
| S77 | 20 | S76 and (housing or case) and sensor and (speaker or ((audio or audible) near3 transducer)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 20:32 |
| S78 | 24 | S76 and (housing or case) and (detector or sensor) and (speaker or ((audio or audible) near3 transducer)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 20:36 |
| S79 | 15 | S76 and (housing) and (detector or sensor) and (speaker or ((audio or audible) near3 transducer)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 20:44 |
| S80 | 14 | S76 and (housing) and (detector or sensor) and (speaker or ((audio or audible) near3 transducer)) and (voice or verbal or vocal) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/27 22:44 |
| S81 | 3 | "340"/$.ccls. and ((alarm or tone) with pattern) and intergroup and intragroup | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/28 10:16 |

3/22/2006 2:11:43 PM
C:\Documents and Settings\hlau\My Documents\EAST\Workspaces\10915672_EnviromentalConditionDetectorAudio&Voice.wsp

Page 9

BRK_000962

# EAST Search History

| S82 | 56 | 340/692.ccls. and pattern and (voice or verbal or vocal) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/28 10:24 |
|---|---|---|---|---|---|---|
| S83 | 98 | 340/825.19,521,522.ccls. and pattern and (voice or verbal or vocal) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/28 10:24 |
| S84 | 20 | 340/825.19,692,521,522.ccls. and ((tone or tonal) near10 pattern) and (voice or verbal or vocal) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/28 10:25 |
| S85 | 27 | 340/825.19,692,521,522.ccls. and ((tone or tonal or siren or alarm or beep) near10 pattern) and (voice or verbal or vocal) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/09/28 13:46 |
| S86 | 2 | ("4727331").PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/28 16:08 |
| S87 | 3 | ("3903471").PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/09/28 16:09 |
| S88 | 105 | ((audible sound audio) near20 (alarm warn$ alert)) and "340"/$.ccls. and ((voice and verbal$4) near5 (message alert$4)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2006/03/20 09:05 |
| S89 | 24 | (((audible sound audio) near20 (alarm warn$ alert)) near40 ((voice and verbal$4) near5 (message alert$4))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2006/03/20 09:08 |
| S90 | 7265 | (((audible sound audio tone) near20 (alarm warn$ alert)) near40 (voice and verbal$4 message)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2006/03/20 09:09 |

BRK_000963

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/915,672 | 08/10/2004 | Gary Jay Morris | 92690 | 7857 |

| 7590 | 04/04/2006 |
|---|---|

Lawrence Shurupoff
Sunbeam Products, Inc
2381 Executive Center Blvd
Boca Raton, FL 33431

| EXAMINER |
|---|
| LAU, HOI CHING |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2612 | |

DATE MAILED: 04/04/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 10/915,672 | MORRIS, GARY JAY |
| | Examiner | Art Unit |
| | Hoi C. Lau | 2612 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>03 February 2006</u>.

2a)☒ This action is **FINAL**.      2b)☐ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>22-33</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>22-33</u> is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☒ The drawing(s) filed on <u>10 August 2004</u> is/are: a)☒ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All  b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☐ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☐ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08)
    Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____.

5)☐ Notice of Informal Patent Application (PTO-152)

6)☐ Other: _____.

Application/Control Number: 10/915,672                                        Page 2
Art Unit: 2612

## DETAILED ACTION

### *Response to Arguments*

1.      Applicant's arguments filed February 3, 2006 have been fully considered but they
are not persuasive. Applicant's arguments are based on the teachings of Clifford that
was not used to reject the claims. Following is applicant's arguments:

      a)      The Prior Art "Clifford" is not an ambient detection type of alarm.

      b)      Clifford address interleaving tonal alarm patterns and verbal alarm
messages, or providing both user unalterable tonal alarm patterns and verbal alarm
messages.

### *Double Patenting*

2.      **Claims 22-27** are rejected under the judicially created doctrine of obviousness-
type double patenting as being unpatentable over claims 14-20 of U.S. Patent No.
6,144,310. Although the conflicting claims are not identical, they are not patentably
distinct from each other because they are corresponding to the apparatus claims 14-20
of U.S. 6,144,310.

3.      **Claim 30** is rejected under the judicially created doctrine of obviousness-type
double patenting as being unpatentable over claims 21-22 of U.S. Patent No.
6,144,310. Although the conflicting claims are not identical, they are not patentably
distinct from each other because they are corresponding to the apparatus claims 21-22
of U.S. 6,144,310.

Application/Control Number: 10/915,672                                    Page 3
Art Unit: 2612

4.      **Claim 28** is rejected under the judicially created doctrine of obviousness-type

double patenting as being unpatentable over claims of U.S. Patent No. 6,144,310 in

view of U.S. Patent No. 6,784,798.

U.S. Patent No. 6,144,310 meets all the limitation of claims except it fails to show

a plurality of predetermined location specifying messages.

Claim 15 of U.S. Patent No. 6,784,798 shows the representations of the location

specifying messages are pre-stored.

It would have been obvious to one of ordinary skill in the art that the different

location associates with the specifying messages because it would provide the

identification of location when emergency occurs which in term to notify the public or

user.

5.      **Claim 29** is rejected under the judicially created doctrine of obviousness-type

double patenting as being unpatentable over claims of U.S. Patent No. 6,144,310 in

view of U.S. Patent No. 6,784,798.

U.S. Patent No. 6,144,310 meets all the limitation of claims except it fails to show

a manually operable element of selecting a location specifying message.

Claim 11 of U.S. Patent No. 6,784,798 shows a manually operable location

specifying element.

It would have been obvious to one of ordinary skill in the art to include a manually

operable element of selecting a location specifying message because it would provide

an option for user to modify or relocate the install location of the detector with respective

alert message.

Application/Control Number: 10/915,672           Page 4
Art Unit: 2612

### Claim Rejections - 35 USC § 103

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

6.     Claims 31-33 are rejected under 35 U.S.C. 103(a) as being unpatentable over Yousif (U.S. 6,114,967) in view of Clifford et al. (U.S. 4,746,912).

Regarding **Claim 31**, Yousif's device comprises:

at least one ambient condition sensor (abstract and column 4, line 60 and column 7, lines 42-62);

control electronics (30) coupled to the at least one sensor wherein the electronics emits at least one, unalterable pre-established alarm indicating tonal, output pattern, the pattern includes groups of substantially identical output tones (column 4, lines 40-51 and column 8, lines 15-37);

voice output circuitry (30), coupled to the electronics, where the voice circuitry can output at least one user unalterable, verbal alarm output message and wherein the control electronics, in response to a detected alarm condition, repetitively outputs an audio representation of a tonal pattern and an interleaved repetitive verbal alarm type message in respective intergroup spacing (column 4, lines 40-51 and column 8, lines 15-37);

an audio transducer coupled to the voice output circuitry which emits only verbal alarm output messages (abstract and column 8, lines 15-37); and

a common housing for the sensor, the electronics, the output circuitry and the audio transducer (figure 1 and 3 and column 4, lines 6-12).

It fails to show the output tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount wherein the second amount is at least two times greater than the first amount.

Clifford's device output siren tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount wherein the second amount is at least two times greater than the first amount (abstract and column 2, lines 27-46).

As stated above Yousif teaches a few siren alarm follows by a voice message alert which would be discrete distinguishable sound but not specific how they are distinguished. Clifford's alarm pattern teaches an example of a generation of a discrete alarm sound where each distinguishable discrete sound represents by figure 1 of Clifford which comprises "tone_tone_tone" structure that has intragroup spacing in between, then following by a intergroup spacing, and would be repeat each individual distinguishable siren sound in sequence in respect of Yousif's few siren sound (column 2, lines 27-46).

It would have been obvious to one of ordinary skill in the art to combine the alarm output pattern of each individual siren sound taught by Clifford with the a sequence of a few siren alarm sound follows by a voice message taught by Yousif because it would

Application/Control Number: 10/915,672                                    Page 6
Art Unit: 2612

provide a distinct pattern for emergency situation for human recognition from other type

of alarm where pattern and spacing are arbitrated by manufacture.

As to **claim 32**, Yousif's device teaches the sensor is a smoke sensor and the

respective, verbal message is a fire alarm to reinforce the respective tonal output

pattern indicative of a fire alarm (column 8, lines 27-37).

As to **claim 33**, Yousif's device teaches the sensor is a carbon monoxide sensor

and the respective verbal message is a carbon monoxide alarm to reinforce the

respective tonal output pattern, indicative of a carbon monoxide alarm (column 8, lines

15-26).


### *Conclusion*

7.   Applicant's amendment necessitated the new ground(s) of rejection presented in

this Office action. Accordingly, **THIS ACTION IS MADE FINAL**. See MPEP

§ 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37

CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action. In the event a first reply is filed within

TWO MONTHS of the mailing date of this final action and the advisory action is not

mailed until after the end of the THREE-MONTH shortened statutory period, then the

shortened statutory period will expire on the date the advisory action is mailed, and any

extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of

Application/Control Number: 10/915,672                                     Page 7
Art Unit: 2612

the advisory action. In no event, however, will the statutory period for reply expire later

than SIX MONTHS from the date of this final action.

8.      Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Hoi C. Lau whose telephone number is (571)272-8547.

The examiner can normally be reached on M- F 8:30am - 5:00pm.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Jeffrey Hofsass can be reached on (571)272-2981. The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

        Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system. Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).


                                        Hoi Ching Lau
                                        Art Unit 2612



                                        JEFFERY HOFSASS
                                        SUPERVISORY PATENT EXAMINER
                                        TECHNOLOGY CENTER 2600



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

Bib Data Sheet

CONFIRMATION NO. 7857

| SERIAL NUMBER 10/915,672 | FILING DATE 08/10/2004 RULE | CLASS 340 | GROUP ART UNIT 2612 | ATTORNEY DOCKET NO. 92690 |
|---|---|---|---|---|

APPLICANTS

Gary Jay Morris, Morgantown, WV;

** CONTINUING DATA *********************** _Ha_
    This application is a CON of 10/396,068 03/25/2003 PAT 6,784,798
    which is a CON of 09/651,454 08/30/2000 PAT 6,600,424
    which is a CON of 09/299,483 04/26/1999 PAT 6,144,310
    which claims benefit of 60/117,307 01/26/1999

** FOREIGN APPLICATIONS ******************** _Ha_

IF REQUIRED, FOREIGN FILING LICENSE GRANTED
** 10/07/2004

| Foreign Priority claimed ☐ yes ☑ no 35 USC 119 (a-d) conditions met ☐ yes ☑ no ☐ Met after Allowance Verified and Acknowledged   Examiner's Signature _Ha_ Initials | STATE OR COUNTRY WV | SHEETS DRAWING 5 | TOTAL CLAIMS 12 | INDEPENDENT CLAIMS 3 |
|---|---|---|---|---|

ADDRESS
Lawrence Shurupoff
Sunbeam Products, Inc
2381 Executive Center Blvd
Boca Raton , FL
33431

TITLE
Environmental condition detector with audible alarm and voice identifier

| FILING FEE RECEIVED 770 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other |

BRK_000972

| | Application/Control No. | Applicant(s)/Patent under Reexamination: |
|---|---|---|
| *Index of Claims* | 10/915,672 | MORRIS, GARY JAY |
| | Examiner | Art Unit |
| | Hoi C. Lau | 2612 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| √ | Rejected | – | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
| = | Allowed | + | Restricted | I | Interference | O | Objected |

| Claim (Final) | Claim (Original) | 9/28/05 Date | 5/22/06 | | | | | | | Claim (Final) | Claim (Original) | Date | | | | | | | | Claim (Final) | Claim (Original) | Date | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | | | | 51 | | | | | | | | | | 101 | | | | | | | |
| | 2 | | | | | | | | | | 52 | | | | | | | | | | 102 | | | | | | | |
| | 3 | | | | | | | | | | 53 | | | | | | | | | | 103 | | | | | | | |
| | 4 | | | | | | | | | | 54 | | | | | | | | | | 104 | | | | | | | |
| | 5 | | | | | | | | | | 55 | | | | | | | | | | 105 | | | | | | | |
| | 6 | | | | | | | | | | 56 | | | | | | | | | | 106 | | | | | | | |
| | 7 | | | | | | | | | | 57 | | | | | | | | | | 107 | | | | | | | |
| | 8 | | | | | | | | | | 58 | | | | | | | | | | 108 | | | | | | | |
| | 9 | | | | | | | | | | 59 | | | | | | | | | | 109 | | | | | | | |
| | 10 | | | | | | | | | | 60 | | | | | | | | | | 110 | | | | | | | |
| | 11 | | | | | | | | | | 61 | | | | | | | | | | 111 | | | | | | | |
| | 12 | | | | | | | | | | 62 | | | | | | | | | | 112 | | | | | | | |
| | 13 | | | | | | | | | | 63 | | | | | | | | | | 113 | | | | | | | |
| | 14 | | | | | | | | | | 64 | | | | | | | | | | 114 | | | | | | | |
| | 15 | | | | | | | | | | 65 | | | | | | | | | | 115 | | | | | | | |
| | 16 | | | | | | | | | | 66 | | | | | | | | | | 116 | | | | | | | |
| | 17 | | | | | | | | | | 67 | | | | | | | | | | 117 | | | | | | | |
| | 18 | | | | | | | | | | 68 | | | | | | | | | | 118 | | | | | | | |
| | 19 | | | | | | | | | | 69 | | | | | | | | | | 119 | | | | | | | |
| | 20 | | | | | | | | | | 70 | | | | | | | | | | 120 | | | | | | | |
| | 21 | | | | | | | | | | 71 | | | | | | | | | | 121 | | | | | | | |
| | 22 | √ | √ | | | | | | | | 72 | | | | | | | | | | 122 | | | | | | | |
| | 23 | | | | | | | | | | 73 | | | | | | | | | | 123 | | | | | | | |
| | 24 | | | | | | | | | | 74 | | | | | | | | | | 124 | | | | | | | |
| | 25 | | | | | | | | | | 75 | | | | | | | | | | 125 | | | | | | | |
| | 26 | | | | | | | | | | 76 | | | | | | | | | | 126 | | | | | | | |
| | 27 | | | | | | | | | | 77 | | | | | | | | | | 127 | | | | | | | |
| | 28 | | | | | | | | | | 78 | | | | | | | | | | 128 | | | | | | | |
| | 29 | | | | | | | | | | 79 | | | | | | | | | | 129 | | | | | | | |
| | 30 | | | | | | | | | | 80 | | | | | | | | | | 130 | | | | | | | |
| | 31 | | | | | | | | | | 81 | | | | | | | | | | 131 | | | | | | | |
| | 32 | | | | | | | | | | 82 | | | | | | | | | | 132 | | | | | | | |
| | 33 | √ | √ | | | | | | | | 83 | | | | | | | | | | 133 | | | | | | | |
| | 34 | | | | | | | | | | 84 | | | | | | | | | | 134 | | | | | | | |
| | 35 | | | | | | | | | | 85 | | | | | | | | | | 135 | | | | | | | |
| | 36 | | | | | | | | | | 86 | | | | | | | | | | 136 | | | | | | | |
| | 37 | | | | | | | | | | 87 | | | | | | | | | | 137 | | | | | | | |
| | 38 | | | | | | | | | | 88 | | | | | | | | | | 138 | | | | | | | |
| | 39 | | | | | | | | | | 89 | | | | | | | | | | 139 | | | | | | | |
| | 40 | | | | | | | | | | 90 | | | | | | | | | | 140 | | | | | | | |
| | 41 | | | | | | | | | | 91 | | | | | | | | | | 141 | | | | | | | |
| | 42 | | | | | | | | | | 92 | | | | | | | | | | 142 | | | | | | | |
| | 43 | | | | | | | | | | 93 | | | | | | | | | | 143 | | | | | | | |
| | 44 | | | | | | | | | | 94 | | | | | | | | | | 144 | | | | | | | |
| | 45 | | | | | | | | | | 95 | | | | | | | | | | 145 | | | | | | | |
| | 46 | | | | | | | | | | 96 | | | | | | | | | | 146 | | | | | | | |
| | 47 | | | | | | | | | | 97 | | | | | | | | | | 147 | | | | | | | |
| | 48 | | | | | | | | | | 98 | | | | | | | | | | 148 | | | | | | | |
| | 49 | | | | | | | | | | 99 | | | | | | | | | | 149 | | | | | | | |
| | 50 | | | | | | | | | | 100 | | | | | | | | | | 150 | | | | | | | |

Part of Paper No. 02032006

BRK_000973

| *Search Notes* | Application/Control No. | Applicant(s)/Patent under Reexamination | |
|---|---|---|---|
| | 10/915,672 | MORRIS, GARY JAY | |
| | Examiner | Art Unit | |
| | Hoi C. Lau | 2636 | |

| SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| 340 | 628,629,630,632 | 9/26/2005 | HCL |
| 340 | 521,522 | 9/26/2005 | HCL |
| 340/ | 577,578 | 9/27/2005 | HCL |
| 340 | 381,691.2 | 9/27/2005 | HCL |
| 340 | 691.8,384 | 9/27/2005 | HCL |
| 340 | 384.6 | 9/28/2005 | HCL |
| 340 | 384.71 | 9/28/2005 | HCL |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | | |
|---|---|---|
| | DATE | EXMR |
| East | 9/28/2005 | HCL |
| Donnie Crosland | 9/28/2005 | HCL |
| Benjanime Lee | 9/28/2005 | HCL |
| Update East Search | 3/20/2006 | HCL |
| | | |
| | | |
| | | |
| | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |
| | | | |
| | | | |
| | | | |

U.S. Patent and Trademark Office

Part of Paper No. 02032006

BRK_000974

PTO/SB/21 (04-04)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| | |
|---|---|
| Application Number | 10/915,672 |
| Filing Date | 8/10/04 |
| First Named Inventor | Gary J. Morris |
| Art Unit | 2612 |
| Examiner Name | Hoi Ching Lau |

| Total Number of Pages in This Submission | | Attorney Docket Number | 4178-000003/US/COC |
|---|---|---|---|

## ENCLOSURES (check all that apply)

| | | |
|---|---|---|
| ☐ Fee Transmittal Form | ☐ Drawing(s) | ☐ After Allowance Communication to Technology Center (TC) |
| ☐ Fee Attached | ☐ Licensing-related Papers | ☐ Appeal Communication to Board of Appeals and Interferences |
| ☐ Amendment / Reply | ☐ Petition | ☐ Appeal Communication to TC (Appeal Notice, Brief, Reply Brief) |
| ☒ After Final | ☐ Petition to Convert to a Provisional Application | ☐ Proprietary Information |
| ☐ Affidavits/declaration(s) | ☐ Power of Attorney, Revocation Change of Correspondence Address | ☐ Status Letter |
| ☐ Extension of Time Request | ☒ Terminal Disclaimers | ☒ Other Enclosure(s) (please identify below): |
| ☐ Express Abandonment Request | ☐ Request for Refund | **Check for $260; and Return Postcard** |
| ☐ Information Disclosure Statement | ☐ CD, Number of CD(s) _____ | |
| ☐ Certified Copy of Priority Document(s) | Remarks | The Commissioner is hereby authorized to charge any additional fees that may be required under 37 CFR 1.16 or 1.17 to Deposit Account No. 08-0750. A duplicate copy of this sheet is enclosed. |
| ☐ Response to Missing Parts/ Incomplete Application | | |
| ☐ Response to Missing Parts under 37 CFR 1.52 or 1.53 | | |

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm or Individual name | Harness, Dickey & Pierce, P.L.C. | Attorney Name Roland A. Fuller III | Reg. No. 31,160 |
|---|---|---|---|
| Signature | | | |
| Date | July 5, 2006 | | |

## CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below.

| Typed or printed name | Andrea Blendea | Express Mail Label No. | EV 855 009 403 US (7/5/2006) |
|---|---|---|---|
| Signature | | Date | July 5, 2006 |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

EV 855 009 403 US

Express Mail Label No. EV 855 009 403 US (7/5/2006)
Date: July 5, 2006

(PATENT)

JUL 0 5 2006

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Patent Application of:
Gary J. Morris

Application No.: 10/915672                    Confirmation No.: 7857

Filed: August 10, 2004                         Art Unit: 2612

For:  Environmental Condition Detector With      Examiner: H. C. Lau
      Audible Alarm And Voice Identifier

## AMENDMENT IN RESPONSE TO FINAL OFFICE ACTION

Mail Stop AF
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

### INTRODUCTORY COMMENTS

In response to the Office Action dated April 4, 2006, please amend the above identified application as follows and consider the following remarks.

**Amendments** to the Claims begin on page 2 of this paper.

**Remarks/Arguments** begin on page 6 of this paper.

Application No. 10/915672
Amendment dated July 5, 2006
Reply to Office Action of April 4, 2006

The following listing of claims will replace all prior versions and listings of claims in the application.

### LISTING OF CLAIMS

1-21. (cancelled)

22.    (Previously Presented)    An ambient condition detector comprising: first and second, ambient condition sensors; control electronics coupled to the sensors wherein the electronics emits at least two, different, unalterable pre-established alarm indicating tonal, output patterns wherein each pattern includes predetermined silent intervals and each is associated with a respective one of the sensors; voice output circuitry, coupled to the electronics, wherein the voice circuitry can output at least two different user unalterable, verbal alarm output messages wherein each of the messages is associated with a respective one of the tonal output patterns and verbalizes the respective alarm type and wherein the control electronics, in response to a detected alarm condition, outputs an audio representation of a respective one of the tonal patterns and an interleaved respective verbal alarm type message in a respective silent interval; wherein each tonal output pattern defines groups of substantially identical output tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount wherein the second amount is at least two times greater than the first amount; and a common housing for the sensors, the electronics and the output circuitry.

23.    (Previously Presented)    A detector as in claim 22 wherein one of the sensors is a smoke sensor and the respective, verbal message is a fire alarm to reinforce the respective tonal output pattern indicative of a fire alarm.

24.    (Previously Presented)    A detector as in claim 23 wherein the other sensor is a carbon monoxide sensor and the respective verbal message is a carbon monoxide

2

alarm to reinforce the respective tonal output pattern, indicative of a carbon monoxide alarm.

25.    (Previously Presented)    A detector as in claim 24 wherein at least one tonal output pattern defines groups of three substantially identical output tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount wherein another tonal output pattern defines groups of four substantially identical output tones with constant intragroup spacing of a third amount and constant intergroup spacing of a fourth amount.

26.    (Previously Presented)    A detector as in claim 25 wherein each tone of one tonal pattern has a duration on the order of 0.5 seconds.

27.    (Previously Presented)    A detector as in claim 22 wherein one tonal pattern has an intragroup spacing on the order of 0.5 seconds and an intergroup spacing on the order of 1.5 seconds.

28.    (Previously Presented)    A detector as in claim 22 which includes a plurality of predetermined location specifying messages.

29.    (Previously Presented)    A detector as in claim 28 which includes a manually operable element for selecting a location specifying message.

30.    (Previously Presented)    An ambient condition detector comprising: a fire sensor and a gas sensor; control electronics coupled to the sensors wherein the electronics emits at least first and second, different, unalterable alarm indicating tonal, output patterns wherein each pattern includes groups of spaced apart tones separated by longer intergroup silent intervals and wherein each output pattern is associated with a respective one of the sensors; voice output circuitry, coupled to the electronics, wherein

3

the voice circuitry includes at least two pre-established, user unalterable, verbal alarm output messages wherein each of the messages is associated with a respective one of the tonal output patterns and verbalizes the respective alarm type and wherein the control electronics, in response to a detected alarm condition, outputs an audio representation of a respective one of the tonal patterns and an interleaved respective verbal alarm type message in a respective intergroup silent interval; wherein the first tonal output pattern, associated with the fire sensor, comprises a selected number of tones in each group with intragroup tonal spacing less than 50% of the respective intergroup silent interval and wherein the second tonal output pattern, associated with the gas sensor, comprises a greater number of tones in each group than the selected number of tones; and a common housing for the sensors, the electronics and the output circuitry.

31.    (Previously Presented)    An ambient condition detector comprising: at least one ambient condition sensor; control electronics coupled to the at least one sensor wherein the electronics emits at least one, unalterable pre-established alarm indicating tonal, output pattern, the pattern includes groups of substantially identical output tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount wherein the second amount is at least two times greater than the first amount; voice output circuitry, coupled to the electronics, where the voice circuitry can output at least one user unalterable, verbal alarm output message and wherein the control electronics, in response to a detected alarm condition, repetitively outputs an audio representation of a tonal pattern and an interleaved repetitive verbal alarm type message in respective intergroup spacings; an audio transducer coupled to the voice output circuitry which emits only verbal alarm output messages; and a common housing for the sensor, the electronics, the output circuitry and the audio transducer.

32.    (Previously Presented)    A detector as in claim 31 where the sensor is a smoke sensor and the respective, verbal message is a fire alarm to reinforce the respective tonal output pattern indicative of a fire alarm.

4

Application No. 10/915672
Amendment dated July 5, 2006
Reply to Office Action of April 4, 2006

33.    (Previously Presented)    A detector as in claim 31 where the sensor is a carbon monoxide sensor and the respective verbal message is a carbon monoxide alarm to reinforce the respective tonal output pattern, indicative of a carbon monoxide alarm.

34.    (New)    A detector as in claim 31 wherein the housing is affixed in a location of a dwelling.

5

BRK_000980

Application No. 10/915672
Amendment dated July 5, 2006
Reply to Office Action of April 4, 2006

## REMARKS

Claims 22 – 34 are pending in the application.

## Double Patenting Rejection

The Examiner rejected Claims 22 – 29 under the judicially created doctrine of obviousness-type double patenting in view of claims of U.S. Pat. No. 6,144,310 and U.S. 6,784,798. Applicant submits herewith terminal disclaimers.

## § 103 Rejection

The Examiner rejected claims 31 – 33 under 35 U.S.C. § 103(a) as being unpatentable over Yousif (U.S. 6,114,967) in view of Clifford et al. (U.S. 4,746,912). Applicant respectfully traverses this rejection, for many of the same reasons presented in the response to the prior official action. The Examiner discounted applicant's arguments made in the response to the prior official action because they "are based on teachings of Clifford that was [sic] not used to reject the claims." But that is the point. These teachings, which the Examiner chooses to ignore, both teach away from the invention claimed in claim 31 and show that Clifford is nonanalogous art. And the Examiner must consider all the teachings of the prior art, not just those that may support the Examiner's position.

> A prior art reference must be considered in its entirety, i.e., as a whole, including portions that would lead away from the claimed invention. [MPEP § 2141.02(VI) (emphasis in original)]

Claim 31 is the independent claim of this group. Claim 31 is directed to an ambient condition detector. It requires, *inter alia*, control electronics that emits at least one, unalterable pre-established alarm indicating tonal output pattern where the pattern includes groups of substantially identical output tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount wherein the second amount is at least two times greater than the first amount.

The Examiner cites Yousif as disclosing every element of claim 31 except for the tonal output pattern having a constant intragroup spacing of a first amount and a constant

6

Application No. 10/915672
Amendment dated July 5, 2006
Reply to Office Action of April 4, 2006

intergroup spacing of a second amount wherein the second amount is at least two times grater than the first amount. The Examiner then cites Clifford et al. as disclosing a device having output siren tones with constant intragroup spacing of a first amount and a constant intergroup spacing of a second amount wherein the second amount is at least two times greater than the first amount. The Examiner then takes the position that it would have been obvious to implement Clifford's output siren pattern because it would provide a distinct pattern to use about the emergency situation where pattern and spacing are arbitrated by manufacture.

Contrary to the Examiner's position, applicant submits that Yousif does not disclose an ambient condition detector where the control electronics emits at least one, unalterable pre-established alarm indicating tonal output pattern where the pattern includes groups of substantially identical output tones with constant intragroup spacing of a first amount. Rather, as described in the sections of Yousif cited by the Examiner as purportedly showing this, a siren is sounded interspersed with a voice-announcement.

Accordingly, it is preferred this module and an associated user operable `test-button` be arranged in electrical connection with an audio-transducer device so as to produce a siren type alarm action. Plus it is preferred, that the audio-transducer be arranged in electrical connection with mentioned ECU/micro-processor, so as to propagate a factory created voice-announcement preferably stating (for example): "Attention,--this is a life-threatening carbon monoxide danger alert"--then preferably a few siren sounds;--whereupon the sequence will repeat again, and again, until as may be defeated by the user if only a periodic-test of the system. [Yousif, col. 4, lines 40 – 51]

In operation, with both the CM and optional smoke sensor modules in place (FIG. 3) for example, and upon detection of a CM danger-level at point 28 (but no smoke detected), the optional siren (approximately 110 db amplitude) 28' will activate, but momentarily deactivate to enable clearly heard ECU/voice-chip produced announcement via large loud-speaker 15 that: "this is an emergency, a dangerous life-threatening level of carbon monoxide has been detected"--(siren)"beep" "beep" "beep"--(speaker)"this is an emergency . . . (etc.). This action continues until user defeats the action by pressing the ECU/test-button 31 (or until battery depletion).

The same manner of operation may be likewise applicable to the reaction of the smoke-module 20 detector 29 (FIG. 3) to presence of smoke,

7

>           that is the optional siren (approximately 110 db amplitude) 28' will activate,
>           and momentarily deactivating only to enable clearly heard ECU/voice-chip
>           produced announcement via large loud-speaker 15 that: "this is an
>           emergency, a dangerous life-threatening level of smoke has been detected"--
>           (siren)"beep" "beep" "beep"--(speaker)"this is an emergency . . . (etc.); until
>           user defeats the action by pressing ECU/test-button 31 (or until battery
>           depletion). ['967 patent, col. 8, lines 15 – 37]

Thus, Yousif's siren is not disclosed as having a tonal output pattern that includes groups of substantially identical output tones with constant intragroup spacing of a first amount as Yousif's siren is disclosed as sounding with "a few siren sounds." [Yousif, col. 4, line 48] Applicant submits that the disclosure of "a few siren sounds" cannot be said to disclose the requirement of claim 31 of "a tonal output pattern that includes groups of substantially identical output tones with constant intragroup spacing."

Applicant also submits that one of ordinary skill in the art would not be motivated to apply Clifford's output siren pattern to Yousif's alarm and that Clifford is non-analogous art. It is axiomatic that the references themselves must suggest the desirability of making the combination. [MPEP § 2141 II(B)] And Clifford not only fails to suggest the desirability of making the combination, it teaches away from doing so. Clifford discloses that time is divided into two intervals. During the first interval, audible alarm signals are generated. But during the second interval, the alarm sources are silent. [Clifford, col. 2, lines 27 – 30]. And it this second, silent interval that is one of the improvements over the prior art to which Clifford is directed. "It has been discovered that the alarm signaling unit disclosed in the prior patent can be improved by causing the radio, audio, and visible alarm signals to occur in a timed, predetermined relationship to each other, and the present invention is directed to such improvements." [Clifford, col. 2, lines 3 – 7] And to combine Clifford's second, silent interval with Yousif to arrive at the invention as claimed in claim 31, one must ignore Clifford's express teaching of having the second interval be silent. Claim 31 requires the opposite – that voice circuitry outputs an audio representation of a tonal pattern and an interleaved repetitive verbal alarm type message be output in respective intergroup spacings.

8

Application No. 10/915672
Amendment dated July 5, 2006
Reply to Office Action of April 4, 2006

Further, Clifford's alarm is not an ambient detection type of alarm. Rather, Clifford's alarm is an alarm that is carried and actuated by a user, such as a fireman, when the user is in need of rescue. Upon actuation, Clifford's alarm provides signals that lead rescue workers to the user. [Clifford, col. 3, lines 17 – 32]

Applicant submits that one of ordinary skill in the art would not be motivated to combine the teachings of a user actuated type of alarm with an ambient condition detector type of alarm. The two types of alarms are for much different purposes. One provides location signals to aid rescue workers in locating the user that is in need of rescue and the actuated the alarm. The other signals an alarm upon detecting an ambient condition indicative of an alarm condition, such as smoke or carbon monoxide.

In this regard, applicant has submitted new claim 34, dependent from claim 31, that requires that the housing is affixed in a fixed position in a dwelling.

Applicant further submits that Clifford is non-analogous art. "In order to rely on a reference as a basis for rejection of an applicant's invention the reference must either be in the field of applicant's endeavor or, if not, then be reasonably pertinent to the particular problem with which the invention was concerned." [MPEP § 2141(a)] Applicant's field of invention as claimed in claim 31 is an ambient condition sensor type of alarm device. Clifford is directed to a user actuated type of alarm. Applicant submits that Clifford, being directed to a user actuated type of alarm, is not within applicant's ambient sensor type of alarm field of endeavor. Further, applicant's invention as claimed in claim 31 addresses providing both a user unalterable tonal alarm pattern and a user unalterable verbal alarm type message with the two appropriately interleaved. Clifford does not address interleaving tonal alarm patterns and verbal alarm messages, or providing both user unalterable tonal alarm patterns and verbal alarm messages. Clifford's interval two, which the Examiner cites as an intergroup spacing, is as discussed above silent. And as discussed above, is silent for a purpose – to provide a period for the visible, strobe light alarm portion of Clifford's alarm. As such, applicant submits that Clifford is not reasonably pertinent to the problem that applicant's invention as claimed in claim 31 addresses. Applicant submits that claim 31 is thus allowable over Yousif in view of Clifford.

9

Application No. 10/915672
Amendment dated July 5, 2006
Reply to Office Action of April 4, 2006

Claims 32 – 34 depend, directly or indirectly, from claim 31 and are allowable for at least that reason.

**Conclusion**

In view of the above, applicant submits that claims 22 – 34 are allowable and respectfully requests reconsideration and the early notice of their allowance.

Dated: _July 5, 2006_

Respectfully submitted,

By _[signature]_
Roland A. Fuller
Registration No.: 31,160
HARNESS, DICKEY & PIERCE, P.L.C.
P.O. Box 828
Bloomfield Hills, Michigan 48303
(248) 641-1296

10

BRK_000985

PTO/ SB/26 (09-04)
Approved for use through 07/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER A "PRIOR" PATENT | Docket Number (Optional) 4178-000003/US/COC |
|---|---|

*(stamp: OIPE  JUL 05 2006  PATENT & TRADEMARK OFFICE)*

In re Application of: Gary J. Morris

Application No. 10/915,672

Filed: August 10, 2004

For: Environmental Condition Detector With Audible Alarm And Voice Identifier

The owner*, Gary J. Morris, of 100 percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term prior patent No. 6,784,798 as the term of said prior patent is defined in 35 U.S.C. 154 and 173, and as the term of said prior patent is presently shortened by any terminal disclaimer. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of the term of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 and 173 of the prior patent, "as the term of said prior patent is presently shortened by any terminal disclaimer," in the event that said prior patent later:

    expires for failure to pay a maintenance fee;
    is held unenforceable;
    is found invalid by a court of competent jurisdiction;
    is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321;
    has all claims canceled by a reexamination certificate;
    is reissued; or
    is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

Check either box 1 or 2 below, if appropriate.

1. ☐   For submissions on behalf of a business/organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the business/organization.

    I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

2. ☐   The undersigned is an attorney of record.   Reg. No. _____

                                         *(signature)*              July 5, 2006

                                          Signature                      Date

07/10/2006 HDESTA1 00000083 10915672

02 FC:1814            130.00 OP

                                         Gary J. Morris

                                           Typed or printed name

                                          (304) 599-5945

                                           Telephone Number

☒ Terminal disclaimer fee under 37 CFR 1.20(d) is included.

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

*Statement under 37 CFR 3.73(b) is required if terminal disclaimer is signed by the assignee (owner).
Form PTO/SB/96 may be used for making this certification. See MPEP § 324.

This collection of information is required by 37 CFR 1.321. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

BRK_000986

PTO/SB/26 (09-04)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER A "PRIOR" PATENT | Docket Number (Optional) 4178-000003/US/COC |
|---|---|

In re Application of: Gary J. Morris

Application No. 10/915,672

Filed: August 10, 2004

For: Environmental Condition Detector With Audible Alarm And Voice Identifier

The owner*, Gary J. Morris, of 100 percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term prior patent No. 6,144,310 as the term of said prior patent is defined in 35 U.S.C. 154 and 173, and as the term of said prior patent is presently shortened by any terminal disclaimer. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of the term of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 and 173 of the prior patent, "as the term of said prior patent is presently shortened by any terminal disclaimer," in the event that said prior patent later:

    expires for failure to pay a maintenance fee;
    is held unenforceable;
    is found invalid by a court of competent jurisdiction;
    is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321;
    has all claims canceled by a reexamination certificate;
    is reissued; or
    is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

Check either box 1 or 2 below, if appropriate.

1. ☐   For submissions on behalf of a business/organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the business/organization.

    I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

2. ☐   The undersigned is an attorney of record.   Reg. No.

                                         6/26/06
                              Signature              Date

                      Gary J. Morris

07/10/2006 HDESTA1 00000083 10915672               Typed or printed name
01 FC:1814            130.00 OP          (304)599-5945

                                  Telephone Number

☒ Terminal disclaimer fee under 37 CFR 1.20(d) is included.

    **WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

*Statement under 37 CFR 3.73(b) is required if terminal disclaimer is signed by the assignee (owner). Form PTO/SB/96 may be used for making this certification. See MPEP § 324.

This collection of information is required by 37 CFR 1.321. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

## PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 2003

Application or Docket Number: 10915672

### CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 12 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 12 minus 20= | 0 |
| INDEPENDENT CLAIMS | 3 minus 3 = | 2 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

\* If the difference in column 1 is less than zero, enter "0" in column 2

| | SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|
| | RATE | FEE | | RATE | FEE |
| BASIC FEE | 385.00 | | OR | BASIC FEE | 770.00 |
| | X$ 9= | | OR | X$18= | 0 |
| | X43= | | OR | X86= | 0 |
| | +145= | | OR | +290= | 0 |
| | TOTAL | | OR | TOTAL | 770 |

### CLAIMS AS AMENDED - PART II

Pre-amdt

**AMENDMENT A** — 8-10-04

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | 12 | Minus | 20 | |
| Independent | 3 | Minus | 3 | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | |

| | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|
| | RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
| | X$ 9= | | OR | X$18= | |
| | X43= | | OR | X86= | |
| | +145= | | OR | +290= | |
| | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B** — 7/5/06

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | 13 | Minus | 20 | |
| Independent | 3 | Minus | 3 | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | |

| | RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|
| | X$ 9= | | OR | X$18= | |
| | X43= | | OR | X86= | |
| | +145= | | OR | +290= | |
| | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | | Minus | | = |
| Independent | | Minus | | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | |

| | RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|
| | X$ 9= | | OR | X$18= | |
| | X43= | | OR | X86= | |
| | +145= | | OR | +290= | |
| | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 10/03)     Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

BRK_000988

| *Application Number* | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖ | 10/915,672 | MORRIS, GARY JAY |
| | | |

| **Document Code - DISQ** | **Internal Document – DO NOT MAIL** |
|---|---|

| **TERMINAL DISCLAIMER** | ☒ APPROVED | ☐ DISAPPROVED |
|---|---|---|
| **Date Filed : 07/05/06** | **This patent is subject to a Terminal Disclaimer** | |

**Approved/Disapproved by:**

jgunter-riley- 2 td's are approved.....

U.S. Patent and Trademark Office

BRK_000989

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/915,672 | 08/10/2004 | Gary Jay Morris | 92690 | 7857 |

| | | | |
|---|---|---|---|
| 7590 | 07/25/2006 | | EXAMINER |

Lawrence Shurupoff
Sunbeam Products, Inc
2381 Executive Center Blvd
Boca Raton, FL 33431

LAU, HOI CHING

| ART UNIT | PAPER NUMBER |
|---|---|
| 2612 | |

DATE MAILED: 07/25/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

BRK_000990

| *Advisory Action*<br>*Before the Filing of an Appeal Brief* | Application No.<br>*10/915,672* | Applicant(s)<br>MORRIS, GARY JAY |
|---|---|---|
| | Examiner<br>Hoi C. Lau | Art Unit<br>2612 | |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

THE REPLY FILED 05 July 2006 FAILS TO PLACE THIS APPLICATION IN CONDITION FOR ALLOWANCE.

1. ☐ The reply was filed after a final rejection, but prior to or on the same day as filing a Notice of Appeal. To avoid abandonment of this application, applicant must timely file one of the following replies: (1) an amendment, affidavit, or other evidence, which places the application in condition for allowance; (2) a Notice of Appeal (with appeal fee) in compliance with 37 CFR 41.31; or (3) a Request for Continued Examination (RCE) in compliance with 37 CFR 1.114. The reply must be filed within one of the following time periods:

   a) ☒ The period for reply expires 3 months from the mailing date of the final rejection.

   b) ☐ The period for reply expires on: (1) the mailing date of this Advisory Action, or (2) the date set forth in the final rejection, whichever is later. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the mailing date of the final rejection.

   Examiner Note: If box 1 is checked, check either box (a) or (b). ONLY CHECK BOX (b) WHEN THE FIRST REPLY WAS FILED WITHIN TWO MONTHS OF THE FINAL REJECTION. See MPEP 706.07(f).

Extensions of time may be obtained under 37 CFR 1.136(a). The date on which the petition under 37 CFR 1.136(a) and the appropriate extension fee have been filed is the date for purposes of determining the period of extension and the corresponding amount of the fee. The appropriate extension fee under 37 CFR 1.17(a) is calculated from: (1) the expiration date of the shortened statutory period for reply originally set in the final Office action; or (2) as set forth in (b) above, if checked. Any reply received by the Office later than three months after the mailing date of the final rejection, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

NOTICE OF APPEAL

2. ☐ The Notice of Appeal was filed on _____. A brief in compliance with 37 CFR 41.37 must be filed within two months of the date of filing the Notice of Appeal (37 CFR 41.37(a)), or any extension thereof (37 CFR 41.37(e)), to avoid dismissal of the appeal. Since a Notice of Appeal has been filed, any reply must be filed within the time period set forth in 37 CFR 41.37(a).

AMENDMENTS

3. ☐ The proposed amendment(s) filed after a final rejection, but prior to the date of filing a brief, will not be entered because

   (a)☐ They raise new issues that would require further consideration and/or search (see NOTE below);

   (b)☐ They raise the issue of new matter (see NOTE below);

   (c)☐ They are not deemed to place the application in better form for appeal by materially reducing or simplifying the issues for appeal; and/or

   (d)☐ They present additional claims without canceling a corresponding number of finally rejected claims.

   NOTE: _____. (See 37 CFR 1.116 and 41.33(a)).

4. ☐ The amendments are not in compliance with 37 CFR 1.121. See attached Notice of Non-Compliant Amendment (PTOL-324).

5. ☐ Applicant's reply has overcome the following rejection(s): _____.

6. ☐ Newly proposed or amended claim(s) _____ would be allowable if submitted in a separate, timely filed amendment canceling the non-allowable claim(s).

7. ☒ For purposes of appeal, the proposed amendment(s): a) ☒ will not be entered, or b) ☐ will be entered and an explanation of how the new or amended claims would be rejected is provided below or appended.

   The status of the claim(s) is (or will be) as follows:

   Claim(s) allowed: 22-30.

   Claim(s) objected to: NONE.

   Claim(s) rejected: 31-33.

   Claim(s) withdrawn from consideration: NONE.

AFFIDAVIT OR OTHER EVIDENCE

8. ☐ The affidavit or other evidence filed after a final action, but before or on the date of filing a Notice of Appeal will not be entered because applicant failed to provide a showing of good and sufficient reasons why the affidavit or other evidence is necessary and was not earlier presented. See 37 CFR 1.116(e).

9. ☐ The affidavit or other evidence filed after the date of filing a Notice of Appeal, but prior to the date of filing a brief, will not be entered because the affidavit or other evidence failed to overcome all rejections under appeal and/or appellant fails to provide a showing a good and sufficient reasons why it is necessary and was not earlier presented. See 37 CFR 41.33(d)(1).

10. ☐ The affidavit or other evidence is entered. An explanation of the status of the claims after entry is below or attached.

REQUEST FOR RECONSIDERATION/OTHER

11. ☒ The request for reconsideration has been considered but does NOT place the application in condition for allowance because:

   See Continuation Sheet.

12. ☐ Note the attached Information Disclosure Statement(s). (PTO/SB/08 or PTO-1449) Paper No(s). _____

13. ☐ Other: _____.

Hoi C. Lau
Art Unit 2612

U.S. Patent and Trademark Office
PTOL-303 (Rev. 7-05)         Advisory Action Before the Filing of an Appeal Brief         Part of Paper No. 20060718

BRK_000991

Continuation of 11. does NOT place the application in condition for allowance because:  Applicant's arguments have been fully considered but they are not persuasive, however claims 22-30 is allowable base upon terminal disclaimer. For claims 31-33, prior art shows ambient conditon sensor, control electronics and its functionality as stated in Final rejection.

JEFFERY HOFSASS
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2600

2

| Express Mail Label No. EV 757 778 057 US (10/4/2006) Dated: October 4, 2006 | 4178-000003/US/COC |
| --- | --- |
| | (PATENT) |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Patent Application of:
Gary J. Morris

Application No.: 10/915672                    Confirmation No.: 7857

Filed: August 10, 2004                         Art Unit: 2612

For:  Environmental Condition Detector With        Examiner: H. C. Lau
      Audible Alarm And Voice Identifier

## SECOND AMENDMENT IN RESPONSE TO FINAL OFFICE ACTION

Mail Stop AF
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

### INTRODUCTORY COMMENTS

In response to the Office Action dated April 4, 2006 and the Advisory Action mailed July 25, 2006, please amend the above identified application as follows and consider the following remarks.

**Amendments** to the Claims begin on page 2 of this paper.

**Remarks/Arguments** begin on page 5 of this paper.

BRK_000993

Application No. 10/915672
Amendment dated October 4, 2006
Reply to Office Action of April 4, 2006

The following listing of claims will replace all prior versions and listings of claims in the application.

LISTING OF CLAIMS

1-21. (cancelled)

22.    (Previously Presented)    An ambient condition detector comprising: first and second, ambient condition sensors; control electronics coupled to the sensors wherein the electronics emits at least two, different, unalterable pre-established alarm indicating tonal, output patterns wherein each pattern includes predetermined silent intervals and each is associated with a respective one of the sensors; voice output circuitry, coupled to the electronics, wherein the voice circuitry can output at least two different user unalterable, verbal alarm output messages wherein each of the messages is associated with a respective one of the tonal output patterns and verbalizes the respective alarm type and wherein the control electronics, in response to a detected alarm condition, outputs an audio representation of a respective one of the tonal patterns and an interleaved respective verbal alarm type message in a respective silent interval; wherein each tonal output pattern defines groups of substantially identical output tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount wherein the second amount is at least two times greater than the first amount; and a common housing for the sensors, the electronics and the output circuitry.

23.    (Previously Presented)    A detector as in claim 22 wherein one of the sensors is a smoke sensor and the respective, verbal message is a fire alarm to reinforce the respective tonal output pattern indicative of a fire alarm.

24.    (Previously Presented)    A detector as in claim 23 wherein the other sensor is a carbon monoxide sensor and the respective verbal message is a carbon monoxide

2

BRK_000994

Application No. 10/915672
Amendment dated October 4, 2006
Reply to Office Action of April 4, 2006

alarm to reinforce the respective tonal output pattern, indicative of a carbon monoxide alarm.

25.　(Previously Presented)　A detector as in claim 24 wherein at least one tonal output pattern defines groups of three substantially identical output tones with constant intragroup spacing of a first amount and constant intergroup spacing of a second amount wherein another tonal output pattern defines groups of four substantially identical output tones with constant intragroup spacing of a third amount and constant intergroup spacing of a fourth amount.

26.　(Previously Presented)　A detector as in claim 25 wherein each tone of one tonal pattern has a duration on the order of 0.5 seconds.

27.　(Previously Presented)　A detector as in claim 22 wherein one tonal pattern has an intragroup spacing on the order of 0.5 seconds and an intergroup spacing on the order of 1.5 seconds.

28.　(Previously Presented)　A detector as in claim 22 which includes a plurality of predetermined location specifying messages.

29.　(Previously Presented)　A detector as in claim 28 which includes a manually operable element for selecting a location specifying message.

30.　(Previously Presented)　An ambient condition detector comprising: a fire sensor and a gas sensor; control electronics coupled to the sensors wherein the electronics emits at least first and second, different, unalterable alarm indicating tonal, output patterns wherein each pattern includes groups of spaced apart tones separated by longer intergroup silent intervals and wherein each output pattern is associated with a respective one of the sensors; voice output circuitry, coupled to the electronics, wherein

3

BRK_000995

Application No. 10/915672
Amendment dated October 4, 2006
Reply to Office Action of April 4, 2006

the voice circuitry includes at least two pre-established, user unalterable, verbal alarm output messages wherein each of the messages is associated with a respective one of the tonal output patterns and verbalizes the respective alarm type and wherein the control electronics, in response to a detected alarm condition, outputs an audio representation of a respective one of the tonal patterns and an interleaved respective verbal alarm type message in a respective intergroup silent interval; wherein the first tonal output pattern, associated with the fire sensor, comprises a selected number of tones in each group with intragroup tonal spacing less than 50% of the respective intergroup silent interval and wherein the second tonal output pattern, associated with the gas sensor, comprises a greater number of tones in each group than the selected number of tones; and a common housing for the sensors, the electronics and the output circuitry.

31 – 33 (Canceled)

4

BRK_000996

Application No. 10/915672
Amendment dated October 4, 2006
Reply to Office Action of April 4, 2006

## REMARKS

Claims 22 – 30 are pending in the application. Claims 22 – 30 stand allowed, with the remaining claims having been cancelled. Applicant submits that the application is now in condition for allowance.

Applicant also requests a three month extension of time to respond to the Office Action of April 4, 2006, and submit herewith the fee for this extension.

Dated: _OCT, 4, 2006_

Respectfully submitted,

By _____

Roland A. Fuller
Registration No.: 31,160
HARNESS, DICKEY & PIERCE, P.L.C.
P.O. Box 828
Bloomfield Hills, Michigan 48303
(248) 641-1296

5

BRK_000997

OTP
OCT 0 4 2006
PATENT & TRADEMARK

PTO/SB/22 (07-06)
Approved for use through 09/30/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a) | Docket Number (Optional) 4178-000003/US/COC |
|---|---|

| Application Number   10/915,672 | Filed   August 10, 2004 |
|---|---|

| For   Environmental Condition Detector With Audible Alarm And Voice Identifier |
|---|

| Art Unit   7857 | Examiner |
|---|---|

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a reply in the above identified application.

The requested extension and fee are as follows (check time period desired and enter the appropriate fee below):

| | | **Fee** | **Small Entity Fee** | |
|---|---|---|---|---|
| ☐ | One month (37 CFR 1.17(a)(1)) | $120 | $60 | $_____ |
| ☐ | Two months (37 CFR 1.17(a)(2)) | $450 | $225 | $_____ |
| ☒ | Three months (37 CFR 1.17(a)(3)) | $1020 | $510 | $1020 |
| ☐ | Four months (37 CFR 1.17(a)(4)) | $1590 | $795 | $_____ |
| ☐ | Five months (37 CFR 1.17(a)(5)) | $2160 | $1080 | $_____ |

☐   Applicant claims small entity status. See 37 CFR 1.27.

☒   A check in the amount of the fee is enclosed.

☐   Payment by credit card. Form PTO-2038 is attached.

☐   The Director has already been authorized to charge fees in this application to a Deposit Account.

☒   The Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account Number 08-0750 . I have enclosed a duplicate copy of this sheet.

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

I am the
   ☐ applicant/inventor.

   ☐ assignee of record of the entire interest. See 37 CFR 3.71
      Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96).

   ☐ attorney or agent of record. Registration Number _____

   ☒ attorney or agent under 37 CFR 1.34(a).
      Registration number if acting under 37 CFR 1.34(a). 31,160 .

| | |
|---|---|
| Signature | October 4, 2006 |
| | Date |
| Roland A. Fuller III | 248-641-1600 |
| Typed or printed name | Telephone Number |

10/06/2006 MGESEME0032 10915672
01 FC:1253                  1020.00 OP

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below.

☐   Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.136(a). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 6 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

BRK_000998

PTO/SB/21 (07-06)
Approved for use through 09/30/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **TRANSMITTAL FORM** | Application Number | 10/915,672 |
|---|---|---|
| | Filing Date | August 10, 2004 |
| | First Named Inventor | Gary J. Morris |
| *(to be used for all correspondence after initial filing)* | Art Unit | 7857 |
| | Examiner Name | H. C. Lau |
| Total Number of Pages in This Submission | Attorney Docket Number | 4178-000003/US/COC |

## ENCLOSURES *(check all that apply)*

| | | |
|---|---|---|
| ☐ Fee Transmittal Form | ☐ Drawing(s) | ☐ After Allowance Communication to Technology Center (TC) |
| ☒ Fee Attached | ☐ Licensing-related Papers | ☐ Appeal Communication to Board of Appeals and Interferences |
| ☒ Amendment / Reply | ☐ Petition | ☐ Appeal Communication to TC (Appeal Notice, Brief, Reply Brief) |
| ☒ After Final | ☐ Petition to Convert to a Provisional Application | ☐ Proprietary Information |
| ☐ Affidavits/declaration(s) | ☐ Power of Attorney, Revocation Change of Correspondence Address | ☐ Status Letter |
| ☒ Extension of Time Request | ☐ Terminal Disclaimer | ☒ Other Enclosure(s) *(please identify below):* |
| ☐ Express Abandonment Request | ☐ Request for Refund | **Check for $1,020.00; and Return Postcard** |
| ☐ Information Disclosure Statement | ☐ CD, Number of CD(s) _____ | |
| ☐ Certified Copy of Priority Document(s) | **Remarks** The Commissioner is hereby authorized to charge any additional fees that may be required under 37 CFR 1.16 or 1.17 to Deposit Account No. 08-0750. A duplicate copy of this sheet is enclosed. | |
| ☐ Response to Missing Parts/ Incomplete Application | | |
| ☐ Response to Missing Parts under 37 CFR 1.52 or 1.53 | | |

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm *or* Individual name | Harness, Dickey & Pierce, P.L.C. | Attorney Name | Roland A. Fuller III | Reg. No. | 31,160 |
|---|---|---|---|---|---|
| Signature | | | | | |
| Date | October 4, 2006 | | | | |

## CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below.

| Typed or printed name | Andrea Blendea | Express Mail Label No. | EV 757 778 057 US (10/4/2006) |
|---|---|---|---|
| Signature | | Date | October 4, 2006 |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

EV 757 778 057 US

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective October 1, 2003

Application or Docket Number: 10915672

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 12 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 12 minus 20= | 0 |
| INDEPENDENT CLAIMS | 3 minus 3 = | 2 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

* If the difference in column 1 is less than zero, enter "0" in column 2

| SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| TYPE ☐ | | | | |
| RATE | FEE | | RATE | FEE |
| BASIC FEE | 385.00 | OR | BASIC FEE | 770.00 |
| X$ 9= | | OR | X$18= | 0 |
| X43= | | OR | X86= | 0 |
| +145= | | OR | +290= | 0 |
| TOTAL | | OR | TOTAL | 770 |

Pre-amdt

## CLAIMS AS AMENDED - PART II

**AMENDMENT A** 8-10-04

| (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total 12 | Minus | 20 | 1 |
| Independent 3 | Minus | 3 | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | |

| RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B** 7/5/06

| (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total 13 | Minus | 20 | |
| Independent 3 | Minus | 3 | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C** 10/4/06

| (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total 9 | Minus | 20 | |
| Independent 2 | Minus | 3 | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 10/03) Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

BRK_001000



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | | |
|---|---|---|---|
| | | EXAMINER | |
| 7590     10/27/2006 | | LAU, HOI CHING | |
| Lawrence Shurupoff | | ART UNIT | PAPER NUMBER |
| Sunbeam Products, Inc | | 2612 | |
| 2381 Executive Center Blvd | | DATE MAILED: 10/27/2006 | |
| Boca Raton, FL 33431 | | | |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/915,672 | 08/10/2004 | Gary Jay Morris | 92690 | 7857 |

TITLE OF INVENTION: ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1400 | $300 | $0 | $1700 | 01/29/2007 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS.
THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON
PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN **THREE MONTHS** FROM THE
MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. **THIS
STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES
NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS
PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM
WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW
DUE.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

| | |
|---|---|
| If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status: | If the SMALL ENTITY is shown as NO: |
| A. If the status is the same, pay the TOTAL FEE(S) DUE shown above. | A. Pay TOTAL FEE(S) DUE shown above, or |
| B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or | B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above. |

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office
(USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b"
of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a
request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing
the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to
Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.

BRK_001001

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail**    **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
or **Fax**    **(571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

| CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address) | Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission. |
|---|---|

7590       10/27/2006

Lawrence Shurupoff
Sunbeam Products, Inc
2381 Executive Center Blvd
Boca Raton, FL 33431

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/915,672 | 08/10/2004 | Gary Jay Morris | 92690 | 7857 |

TITLE OF INVENTION: ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1400 | $300 | $0 | $1700 | 01/29/2007 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| LAU, HOI CHING | 2612 | 340-628000 |

| 1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). | 2. For printing on the patent front page, list |
|---|---|
| ☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached. | (1) the names of up to 3 registered patent attorneys or agents OR, alternatively,   1 _____ |
| ☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.** | (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.   2 _____   3 _____ |

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE or COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :  ☐ Individual  ☐ Corporation or other private group entity  ☐ Government

| 4a. The following fee(s) are submitted: | 4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above) |
|---|---|
| ☐ Issue Fee | ☐ A check is enclosed. |
| ☐ Publication Fee (No small entity discount permitted) | ☐ Payment by credit card. Form PTO-2038 is attached. |
| ☐ Advance Order - # of Copies _____ | ☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form). |

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/915,672 | 08/10/2004 | Gary Jay Morris | 92690 | 7857 |

| 7590 | 10/27/2006 |
|---|---|

Lawrence Shurupoff
Sunbeam Products, Inc
2381 Executive Center Blvd
Boca Raton, FL 33431

| EXAMINER |
|---|
| LAU, HOI CHING |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2612 | |

DATE MAILED: 10/27/2006.

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 0 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 0 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.

BRK_001003

| | Application No. | Applicant(s) |
|---|---|---|
| ***Notice of Allowability*** | 10/915,672 | MORRIS, GARY JAY |
| | Examiner | Art Unit | |
| | Hoi C. Lau | 2612 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MEPE 1308.

1. ☒ This communication is responsive to *amendment filed on October 4 ,2006*.

2. ☒ The allowed claim(s) is/are *22-30*.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All   b) ☐ Some*   c) ☐ None  of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Attachment(s)

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☒ Interview Summary (PTO-413), Paper No./Mail Date 20061012

7. ☒ Examiner's Amendment/Comment

8. ☒ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____ .

BRK_001004

Application/Control Number: 10/915,672           Page 2
Art Unit: 2612

## DETAILED ACTION

1.       Claims 22-30 are allowed.

## EXAMINER'S AMENDMENT

2.       An examiner's amendment to the record appears below. Should the changes

and/or additions be unacceptable to applicant, an amendment may be filed as provided

by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be

submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview

with Roland Fuller on October 20, 2006.

The application has been amended as follows:

1.       On line 1, the Specification Amendments filed on August 10, 2004, insert

-- now U.S. Patent No. 6,784,798; --, after "March 25, 2003,"

2.       On line 2, the Specification Amendments filed on August 10, 2004, insert

--, now U.S. Patent No. 6,600,424 -- , after "August 30, 2000"


### *Allowable Subject Matter*

3.       The following is an examiner's statement of reasons for allowance:

With regards to independent **claim 22 and 30**, the prior art does not specifically

disclose or suggest an ambient condition detector comprises a control electronics

coupled to the sensors wherein the electronics emits at least two, different, unalterable

pre-established alarm indicating tonal, output patterns wherein each pattern includes

predetermined silent intervals and each is associated with a respective one of the

BRK_001005

sensors; voice output circuitry, coupled to the electronics, wherein the voice circuitry

can output at least two different user unalterable, verbal alarm output messages

wherein each of the messages is associated with a respective one of the tonal output

patterns and verbalizes the respective alarm type and wherein the control electronics, in

response to a detected alarm condition, outputs an audio representation of a respective

one of the tonal patterns and an interleaved respective verbal alarm type message in

a respective silent interval; wherein each tonal output pattern defines groups of

substantially identical output tones with constant intragroup spacing of a first amount

and constant intergroup spacing of a second amount wherein the second amount is at

least two times greater than the first amount; and a common housing for the sensors,

the electronics and the output circuitry..

With regards to dependent **claims 23-29** , they are allowable based on the

dependency of claim 22.

Any comments considered necessary by applicant must be submitted no later

than the payment of the issue fee and, to avoid processing delays, should preferably

accompany the issue fee. Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance."

### *Conclusion*

4.      The prior art made of record and not relied upon is considered pertinent to

applicant's disclosure.

      a.      Hiraga et al. (U.S. 3,903,471) "Electronic circuit …".

      b.      Marman et al. (U.S. 6,624,750) "Wireless Home Fire and …".

Application/Control Number: 10/915,672                                      Page 4
Art Unit: 2612

    c.    Nesbit et al. (U.S. 4,904,988) "Toy with a Smoke Detector".

    d.    Fray (U.S. 5,663,714) "Warning system for giving verbal instruction …".

    e.    Hegeler (U.S. 4,727,331) "Warning Tone Signal Generator".

    f.    Yousif (U.S. 6,114,967) " Quake-alerter with radio advisory and modular options"

    g.    Clifford et al. (U.S. 4,746,912) "Emergency alarm method and system utilizing cross cueing and ranging techniques"

5.    Any inquiry concerning this communication or earlier communications from the examiner should be directed to Hoi C. Lau whose telephone number is (571)272-8547. The examiner can normally be reached on M- F 8:30am - 5:00pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Jeffrey Hofsass can be reached on (571)272-2981.  The fax phone number for the organization where this application or proceeding is assigned is (571)273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

                           Hoi C Lau
                           Art Unit 2612

JEFFERY HOFSASS
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2600

BRK_001007

| **Interview Summary** | Application No. | Applicant(s) |
| --- | --- | --- |
| | 10/915,672 | MORRIS, GARY JAY |
| | **Examiner** | **Art Unit** | |
| | Hoi C. Lau | 2612 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) _Hoi C. Lau_.                    (3)_____ .

(2) _Roland Fuller_.                (4)_____ .

Date of Interview: _20 October 2006_.

Type:  a)☒  Telephonic    b)☐  Video Conference
      c)☐  Personal [copy given to: 1)☐ applicant    2)☐ applicant's representative]

Exhibit shown or demonstration conducted:   d)☐ Yes    e)☐ No.
  If Yes, brief description: _____ .

Claim(s) discussed: _____ .

Identification of prior art discussed: _____ .

Agreement with respect to the claims f)☐ was reached.   g)☐ was not reached.   h)☒ N/A.


Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: _insert U.S. Patent number 6,784,798 and 6,600,424 to the correspnding applications on the Specification_.

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached.  Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW.  (See MPEP Section 713.04).  If a reply to the last Office action has already been filed, APPLICANT IS GIVEN A NON-EXTENDABLE PERIOD OF THE LONGER OF ONE MONTH OR THIRTY DAYS FROM THIS INTERVIEW DATE, OR THE MAILING DATE OF THIS INTERVIEW SUMMARY FORM, WHICHEVER IS LATER, TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.  See Summary of Record of Interview requirements on reverse side or on attached sheet.

Examiner Note:  You must sign this form unless it is an Attachment to a signed Office action.

_____
Examiner's signature, if required

## Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

**Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews**
Paragraph (b)
In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

**37 CFR §1.2 Business to be transacted in writing.**
All business with the Patent or Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

———

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
– Application Number (Series Code and Serial Number)
– Name of applicant
– Name of examiner
– Date of interview
– Type of interview (telephonic, video-conference, or personal)
– Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
– An indication whether or not an exhibit was shown or a demonstration conducted
– An identification of the specific prior art discussed
– An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
– The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
    (The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.

Examiners are expected to carefully review the applicant's record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

### Examiner to Check for Accuracy

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

2

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| (barcode) | 10/915,672 | MORRIS, GARY JAY |
| | Examiner | Art Unit |
| | Hoi C. Lau | 2612 |

## ISSUE CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | | | |
| 340 | 628 | 340 | 692 | 384.71 | 632 | | | | | |

| INTERNATIONAL CLASSIFICATION | | | | |
|---|---|---|---|---|
| G | 0 | 8 | B | 17/10 |
| | | | | / |
| | | | | / |
| | | | | / |
| | | | | / |

(Assistant Examiner signature) 10/12/06 (Date)

(Legal Instruments Examiner signature) 10/14/06 (Date)

JEFFERY HOFSASS
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2600
(Primary Examiner) (Date)
10/13/06

**Total Claims Allowed: 9**

| O.G. Print Claim(s) | O.G. Print Fig. |
|---|---|
| 22 | 1 |

☐ Claims renumbered in the same order as presented by applicant   ☐ CPA   ☐ T.D.   ☐ R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 31 | | 61 | | 91 | | 121 | | 151 | | 181 |
| | 2 | | 32 | | 62 | | 92 | | 122 | | 152 | | 182 |
| | 3 | | 33 | | 63 | | 93 | | 123 | | 153 | | 183 |
| | 4 | | 34 | | 64 | | 94 | | 124 | | 154 | | 184 |
| | 5 | | 35 | | 65 | | 95 | | 125 | | 155 | | 185 |
| | 6 | | 36 | | 66 | | 96 | | 126 | | 156 | | 186 |
| | 7 | | 37 | | 67 | | 97 | | 127 | | 157 | | 187 |
| | 8 | | 38 | | 68 | | 98 | | 128 | | 158 | | 188 |
| | 9 | | 39 | | 69 | | 99 | | 129 | | 159 | | 189 |
| | 10 | | 40 | | 70 | | 100 | | 130 | | 160 | | 190 |
| | 11 | | 41 | | 71 | | 101 | | 131 | | 161 | | 191 |
| | 12 | | 42 | | 72 | | 102 | | 132 | | 162 | | 192 |
| | 13 | | 43 | | 73 | | 103 | | 133 | | 163 | | 193 |
| | 14 | | 44 | | 74 | | 104 | | 134 | | 164 | | 194 |
| | 15 | | 45 | | 75 | | 105 | | 135 | | 165 | | 195 |
| | 16 | | 46 | | 76 | | 106 | | 136 | | 166 | | 196 |
| | 17 | | 47 | | 77 | | 107 | | 137 | | 167 | | 197 |
| | 18 | | 48 | | 78 | | 108 | | 138 | | 168 | | 198 |
| | 19 | | 49 | | 79 | | 109 | | 139 | | 169 | | 199 |
| | 20 | | 50 | | 80 | | 110 | | 140 | | 170 | | 200 |
| | 21 | | 51 | | 81 | | 111 | | 141 | | 171 | | 201 |
| 1 | 22 | | 52 | | 82 | | 112 | | 142 | | 172 | | 202 |
| 2 | 23 | | 53 | | 83 | | 113 | | 143 | | 173 | | 203 |
| 3 | 24 | | 54 | | 84 | | 114 | | 144 | | 174 | | 204 |
| 4 | 25 | | 55 | | 85 | | 115 | | 145 | | 175 | | 205 |
| 5 | 26 | | 56 | | 86 | | 116 | | 146 | | 176 | | 206 |
| 6 | 27 | | 57 | | 87 | | 117 | | 147 | | 177 | | 207 |
| 7 | 28 | | 58 | | 88 | | 118 | | 148 | | 178 | | 208 |
| 8 | 29 | | 59 | | 89 | | 119 | | 149 | | 179 | | 209 |
| 9 | 30 | | 60 | | 90 | | 120 | | 150 | | 180 | | 210 |

U.S. Patent and Trademark Office

Part of Paper No. 20061012

BRK_001010



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

**Bib Data Sheet**

**CONFIRMATION NO. 7857**

| SERIAL NUMBER 10/915,672 | FILING OR 371(c) DATE 08/10/2004 RULE | CLASS 340 | GROUP ART UNIT 2612 | ATTORNEY DOCKET NO. 92690 |
|---|---|---|---|---|

**APPLICANTS**

Gary Jay Morris, Morgantown, WV;

\*\* CONTINUING DATA \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* *Hll*.

   This application is a CON of 10/396,068 03/25/2003 PAT 6,784,798 which is a CON of 09/651,454 08/30/2000 PAT 6,600,424
   which is a CON of 09/299,483 04/26/1999 PAT 6,144,310
   which claims benefit of 60/117,307 01/26/1999

\*\* FOREIGN APPLICATIONS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* *No   Hll*

**IF REQUIRED, FOREIGN FILING LICENSE GRANTED \*\***
10/07/2004

| Foreign Priority claimed ☐ yes ☑ no | | STATE OR COUNTRY WV | SHEETS DRAWING 5 | TOTAL CLAIMS 12 | INDEPENDENT CLAIMS 3 |
|---|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance | | | | | |
| Verified and Acknowledged _Examiner's Signature_ _Initials_ | | | | | |

**ADDRESS**

Lawrence Shurupoff
Sunbeam Products, Inc
2381 Executive Center Blvd
Boca Raton, FL33431

**TITLE**

Environmental condition detector with audible alarm and voice identifier

| FILING FEE RECEIVED 770 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees ☐ 1.16 Fees ( Filing ) ☐ 1.17 Fees ( Processing Ext. of time ) ☐ 1.18 Fees ( Issue ) ☐ Other _____ ☐ Credit |
|---|---|---|

BRK_001011

| *Search Notes* | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| (barcode) | 10/915,672 | MORRIS, GARY JAY |
| | Examiner | Art Unit |
| | Hoi C. Lau | 2636 |

## SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 340 | 628,629,6 30,632 | 9/26/2005 | HCL |
| 340 | 521,522 | 9/26/2005 | HCL |
| 340 | 577,578 | 9/27/2005 | HCL |
| 340 | 381,691.2 | 9/27/2005 | HCL |
| 340 | 691.8,384 | 9/27/2005 | HCL |
| 340 | 384.6 | 9/28/2005 | HCL |
| 340 | 384.71 | 9/28/2005 | HCL |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## SEARCH NOTES (INCLUDING SEARCH STRATEGY)

| | DATE | EXMR |
|---|---|---|
| East | 9/28/2005 | HCL |
| Donnie Crosland | 9/28/2005 | HCL |
| Benjanime Lee | 9/28/2005 | HCL |
| Update East Search | 3/20/2006 | HCL |
| Update East Search | 10/10/2006 | HCL |
| | | |
| | | |
| | | |

## INTERFERENCE SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 340 | 692 | 10/13/2006 | HCL |
| | | | |
| | | | |
| | | | |

BRK_001012

Express Mail Label No. EV 655 009 403 US (7/5/2006)
Dated: July 5, 2006

(PATENT)

JUL 0 5 2006

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Patent Application of:
Gary J. Morris

| | |
|---|---|
| Application No.: 10/915672 | Confirmation No.: 7857 |
| Filed: August 10, 2004 | Art Unit: 2612 |
| For: Environmental Condition Detector With Audible Alarm And Voice Identifier | Examiner: H. C. Lau |

**AMENDMENT IN RESPONSE TO FINAL OFFICE ACTION**

*Ok to Enter
w/ 12/06
HCL.*

Mail Stop AF
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

**INTRODUCTORY COMMENTS**

In response to the Office Action dated April 4, 2006, please amend the above identified application as follows and consider the following remarks.

**Amendments** to the Claims begin on page 2 of this paper.

**Remarks/Arguments** begin on page 6 of this paper.

```
Express Mail Label No. EV 757 778 057 US (10/4/2008)
Dated: October 4, 2008
```

OIPE

OCT 0 4 2006

4178-000003/US/COC

(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Gary J. Morris

Application No.: 10/915672                    Confirmation No.: 7857

Filed: August 10, 2004                        Art Unit: 2612

For:  Environmental Condition Detector With   Examiner: H. C. Lau
      Audible Alarm And Voice Identifier

Ok to Enter.
10/2/06
HLL.

### SECOND AMENDMENT IN RESPONSE TO FINAL OFFICE ACTION

Mail Stop AF
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

### INTRODUCTORY COMMENTS

In response to the Office Action dated April 4, 2006 and the Advisory Action mailed July 25, 2006, please amend the above identified application as follows and consider the following remarks.

**Amendments** to the Claims begin on page 2 of this paper.

**Remarks/Arguments** begin on page 5 of this paper.

PART B - FEE(S) TRANSMITTAL

11-02-06

Complete and send this form, together with applicable fee(s), to: **Mail** **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
or **Fax** **(571)-273-2885**

NOV 0 1 2006

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

| CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address) | Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission. |
|---|---|

7590       10/27/2006

Lawrence Shurupoff
Sunbeam Products, Inc
2381 Executive Center Blvd
Boca Raton, FL 33431

11/03/2006 HDEMESS2 00000025 502289   10915672
01 FC:1501      1400.00 DA
02 FC:1504       300.00 DA

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

Gemine DiChiaro                    (Depositor's name)
_Henry H. Chao_                    (Signature)
11/1/06                            (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/915,672 | 08/10/2004 | Gary Jay Morris | 92690 | 7857 |

TITLE OF INVENTION: ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM AND VOICE IDENTIFIER

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1400 | $300 | $0 | $1700 | 01/29/2007 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| LAU, HOI CHING | 2612 | 340-628000 |

| 1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). | 2. For printing on the patent front page, list | |
|---|---|---|
| ☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached. | (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, | 1 _Lawrence J. Shurupoff_ |
| ☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required. | (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed. | 2 _____ |
| | | 3 _____ |

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Sunbeam Products, Inc.                  Boca Raton, Florida

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☒ Corporation or other private group entity   ☐ Government

| 4a. The following fee(s) are submitted: | 4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above) |
|---|---|
| ☒ Issue Fee | ☐ A check is enclosed. |
| ☐ Publication Fee (No small entity discount permitted) | ☐ Payment by credit card. Form PTO-2038 is attached. |
| ☐ Advance Order - # of Copies _____ | ☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number 50-2289 (enclose an extra copy of this form). |

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.      ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _Lawrence Shurupoff_          Date _November 1, 2006_

Typed or printed name _Lawrence J. Shurupoff_      Registration No. _30,219_

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.       OMB 0651-0033       U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/915,672 | 01/02/2007 | 7158040 | 92690 | 7857 |

7590          12/13/2006

Lawrence Shurupoff
Sunbeam Products, Inc
2381 Executive Center Blvd
Boca Raton, FL 33431

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Gary Jay Morris, Morgantown, WV;

IR103 (Rev. 11/05)

BRK_001017

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:     Gary Morris

Patent No.:    7,158,040

Date:          January 2, 2007

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Attention Certificate of Corrections Branch, Commissioner for Patents, PO Box 1450, Alexandria, VA 22313-1450 on:

Date: 3/9/07

Signature: _____

For:      ENVIRONMENTAL CONDITION DETECTOR WITH AUDIBLE ALARM
          AND VOICE IDENTIFIER

Attention Certificate of Corrections Branch
Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

## REQUEST FOR CERTIFICATE OF CORRECTION

Sir:

Applicants respectfully request a certificate of correction as attached. The error arose during the filing of the issue fee where Sunbeam Products, Inc. was mistakenly listed as the Assignee. Enclosed is a Certificate of Correction form stating that no Assignee should be listed.

The Commissioner is hereby authorized to charge $100.00 for the Certificate of Correction, as well as any fee deficiency which may be required to Deposit Account No. 50-2289.

Respectfully submitted,

Date: 3/8/07

By: _____
Lawrence J. Shurupoff
Reg. No. 30,219
2381 Executive Center Drive
Boca Raton, FL 33431
Tel. No. (561) 912-5185
Fax No. (561) 912-4182

03/13/2007 BABRAHA1 00000002 502289  7158040

01 FC:1811        100.00 DA

Certificate

MAR 1 4 2007

of Correction

MAR 1 4 2007

BRK_001018

PTO/SB/44 (04-05)
Approved for use through 04/30/2007. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
(Also Form PTO-1050)

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

Page  1  of  1

PATENT NO.      :  7, 158, 040

APPLICATION NO.:  10/915,672

ISSUE DATE      :  January 2, 2007

INVENTOR(S)     :  Gary J. Morris

It is certified that an error appears or errors appear in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the cover page, "Assignee: Sunbeam Products, Inc., Boca Raton, FL (US)"-- should be deleted.

MAILING ADDRESS OF SENDER (Please do not use customer number below):

This collection of information is required by 37 CFR 1.322, 1.323, and 1.324. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1.0 hour to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Attention Certificate of Corrections Branch, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

MAR 1 4 2007.

BRK_001019

PTO/SB/17 (12/04)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of informaion unless it displays a valid OMB control number

Effective on 12/8/2004.
Fees pursuant to the Consolidation Appropriation Act, 2005 (H.R. 4818).

# FEE TRANSMITTAL
## For FY 2007

| Complete if Known | |
|---|---|
| Application Number | 10/915,672 |
| Filing Date | 10-Aug-04 |
| First Named Inventor | Morris, Gary J. |
| Examiner Name | Hofsass, Jeffery |
| Art Unit | 2612 |
| Attorney Docket No. | Brkbrd-2-4624 |

☐ Applicant claims small status. See 37 CFR 1.27

**TOTAL AMOUNT OF PAYMENT** 100.00

## METHOD OF PAYMENT (check all that apply)

__ Check __ Credit Card __ Money Order __ None __ Other (please identify): _____

X Deposit Account Deposit Account Number: 50-2289 Deposit Account Name: Sunbeam Products, Inc.

For the above-identified deposit account, the Director is hereby authorized to: (check all that apply)
- X Charge fee(s) indicated below __ Charge fee(s) indicated below, except for the filing fee
- X Charge any additional fee(s) or underpayment of X Credit any overpayments
- fee(s) under 37 CFR 1.16 and 1.17

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

## FEE CALCULATION

### 1. BASIC FILING, SEARCH, AND EXAMINATION FEES

| Application Type | FILING FEES Fee ($) | Small Entity Fee ($) | SEARCH FEES Fee ($) | Small Entity Fee ($) | EXAMINATION FEES Fee ($) | Small Entity Fee ($) | Fees Paid ($) |
|---|---|---|---|---|---|---|---|
| Utility | 300 | 150 | 500 | 250 | 200 | 100 | _____ |
| Design | 200 | 100 | 100 | 50 | 130 | 65 | _____ |
| Plant | 200 | 100 | 300 | 150 | 160 | 80 | _____ |
| Reissue | 300 | 150 | 500 | 250 | 600 | 300 | _____ |
| Provisional | 200 | 100 | 0 | 0 | 0 | 0 | _____ |

### 2. EXCESS CLAIM FEES

| Fee Description | Fee ($) | Small Entity Fee ($) |
|---|---|---|
| Each claim over 20 (including Reissues) | 50 | 25 |
| Each independent claim over 3 (including Reissues) | 200 | 100 |
| Multiple dependent claims | 360 | 180 |

| Total Claims | Extra Claims | Fee ($) | Fees Paid ($) | Multiple dependent Claims | |
|---|---|---|---|---|---|
| _____ -20 or HP= | 0 x | 0 | $0 | Fee ($) | Fees Paid ($) |

HP = highest number of total claims paid for, if greater than 20.

| Indep. Claims | Extra Claims | Fee ($) | Fees Paid ($) | |
|---|---|---|---|---|
| _____ -3 or HP= | 0 x | 0 | $0 | 0 |

HP = highest number of independent claims paid for, if greater than 3.

### 3. APPLICATION SIZE FEE

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequences or computer listing under 37 CFR 1.52 (e)), the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | Extra Sheets | Number of each additional 50 or fraction thereof | Fee ($) | Fees Paid ($) |
|---|---|---|---|---|
| _____ -100= | _____ /50= | _____ (round up to a whole number) x | = | 0 |

### 4. OTHER FEE(S)

| | Fees Paid ($) |
|---|---|
| Non-English Specification, $130 fee (no small entity discount) | _____ |
| Other (e.g. late filing surcharge): Certificate of Correctioni | 100 |

## SUBMITTED BY

| Signature | | Registration No. 30,219 (Attorney/Agent) | Telephone: 561-912-5185 |
|---|---|---|---|
| Name (Print/Type) | Lawrence J. Shurupoff | | Date: 3 8 07 |

This collection of information is required by 37 CFR 1.136. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450. If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

MAR 1 4 2007

## SPE RESPONSE FOR CERTIFICATE OF CORRECTION

DATE     : 41307                 Paper No.: _____

TO SPE OF   : ART UNIT 4760

SUBJECT   : Request for Certificate of Correction for Appl. No.: 10/915672 Patent No.: 7158040

Please respond to this request for a certificate of correction within 7 days.

Please review the requested changes/corrections as shown in the COCIN document(s) in the IFW application image. No new matter should be introduced, nor should the scope or meaning of the claims be changed.

Please Review assignee on Title Patent

Please complete the response (see below) and forward the completed response to scanning using document code **COCX**.

Emma Young

**Certificates of Correction Branch**

**703-308-9390 ext.** 117

**Thank You For Your Assistance**

---

**The request for issuing the above-identified correction(s) is hereby:**

Note your decision on the appropriate box.

    ❏ **Approved**          All changes apply.

    ❏ **Approved in Part**     Specify below which changes do not apply.

    ❏ **Denied**            State the reasons for denial below.

Comments: _____

_____

_____

_____

_____

_____

          _____        _____

                  SPE                     Art Unit

PTOL-306 (REV. 7/03)          U.S. DEPARTMENT OF COMMERCE Patent and Trademark Office

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

LAWRENCE SHURUPOFF
SUNBEAM PRODUCTS, INC
2381 EXECUTIVE CENTER BLVD
BOCA RATON FL 33431

**COPY MAILED**

JUN 0 3 2008

**OFFICE OF PETITIONS**

In re Patent No. 7158040 :
Issue Date: 01/02/2007 :
Application Number: 10/915672 :         LETTER
Filing or 371(c) Date: 08/10/2004 :
Attorney Docket Number: 92690 :

This is a decision on the "REQUEST FOR CERTIFICATE OF CORRECTION" filed on March 12, 2007, requesting deletion of the assignee on the front page of the above-identified patent by way of a Certificate of Correction.

Petitioner asserts that no assignment in accordance with 37 CFR 3.11 has been recorded in this patent, but that an assignee's name was listed in error on Form PTOL-85(b) at the time the issue fee was paid.

Since there was no assignee of record, the name should not have been included on the PTOL-85(b).

Upon review, the request is **granted**.

Telephone inquiries concerning this decision may be directed to the undersigned at (571) 272-3131. Inquiries regarding the issuance of a certificate of correction should be directed to the Certificate of Correction Branch at (571) 272-4200.

The Certificates of Correction Branch will be notified of this decision granting the petition under 37 CFR 3.81(b) and directing issuance of the requested Certificate of Correction.

Douglas I. Wood
Senior Petitions Attorney
Office of Petitions

BRK_001022

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.      : 7,158,040 B2                        Page 1 of 1
APPLICATION NO. : 10/915672
DATED           : January 2, 2007
INVENTOR(S)    : Gary J. Morris

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title page Item (73), "Assignee: Sunbeam Products, Inc., Boca Raton, FL (US)" should be deleted.

Signed and Sealed this

Twenty-ninth Day of July, 2008

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

BRK_001023