**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRK BRANDS, INC., and<br>GARY J. MORRIS, PH.D., | |
| Plaintiffs, | Civil Action No.: 13-cv-7900 |
| v. | Honorable Richard A. Posner |
| NEST LABS, INC., | |
| Defendant. | |

**DECLARATION OF BRYAN J. SINCLAIR IN SUPPORT OF PLAINTIFFS'**
**RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Bryan J. Sinclair, declare as follows:

1.      I am a Partner at the law firm of K&L Gates LLP and am counsel for Plaintiff BRK Brands, Inc.  I submit this Declaration on behalf of BRK Brands, Inc., and Gary J. Morris, Ph.D., ("Plaintiffs") in response to Defendant's Claim Construction Brief.

2.      Attached as **Exhibit A** are true and correct copies of relevant excerpts from The American Heritage Dictionary, Second College Edition, copyright 1982, 1985.

3.      Attached as **Exhibit B** are true and correct copies of relevant excerpts from The New IEEE Standard Dictionary of Electrical and Electronics Terms, Fifth Edition, copyright 1993.

4.      Attached as **Exhibit C** are true and correct copies of relevant excerpts from The Merriam-Webster's Collegiate Dictionary, Tenth Edition, copyright 1996.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: May 12, 2014                    */s/ Bryan J. Sinclair*

                                      Bryan J. Sinclair (*pro hac vice*)
                                      bryan.sinclair@klgates.com
                                      K&L GATES LLP
                                      630 Hansen Way
                                      Palo Alto, CA 94304
                                      Tel:  (650) 798-6700
                                      Fax:  (650) 798-6701

                                      **ATTORNEYS FOR PLAINTIFF BRK
                                      BRANDS, INC.**

                        **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on the 12th day of May, 2014, the foregoing

document was served on all counsel of record who have consented to electronic service via the

Court's CM/ECF system.

                                      */s/ Bryan J. Sinclair*
                                      Bryan J. Sinclair