# Exhibit A

Second College Edition

# The American Heritage Dictionary

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1982, 1985 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Permissions, Houghton Mifflin Company, 2 Park Street, Boston, MA 02108.

Library of Congress Cataloging in Publication Data
Main entry under title:
American Heritage dictionary.
   Rev. ed. of: American Heritage dictionary of the English language. New college ed. c1976.
   1. English language—Dictionaries.   I. Morris, William, 1913–
PE1625.A54   1982      423      82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America

[column 1 — partial left-edge text, page 1138]

id the Holy Grail and fatal

principal character of the
al epics. [G. < OHG Sigi-
:e.]

conductance equal to one
von Siemens (1816–1892).]
l clay containing iron and
ent for oil and water-color
2). 3. Burnt sienna. [Short
ienna, earth of Siena < Si-

:hôm′) n. Any of a group of
arid regions that is brown-
lighter layer below and is
a layer. [R. serozem : seryĭ,

ange of mountains having
!. Any of several mackerel-
morus, of tropical seas. [Sp.

ap, usually taken after the
iora), sixth (hour) < sextus,

mesh or closely perforated
:, ricing, or puréeing. —v.
To pass through a sieve.
fe.]

ined end to end, forming a
iducted in vascular plants.
—tr. 1. To put through a
order to separate the fine
distinguish as if separating
for the job. 3. To apply by
eve. 4. To examine closely
—intr. 1. To sift something.
ugh a sieve. 3. To make a
sifted through the evidence.
n.

An internal sorting tech-
d to permit the insertion of

removed or separated with

hs. —intr. 1. a. To exhale
as in weariness or relief.
vs sighing in the wind. 2. To
mourn. —tr. 1. To express
halation. 2. Archaic. To la-
sighing. [ME sighen, alter-
n.] —sigh′er n.

2. The act or fact of seeing.
ne foreseeable future; pros-
thing that is seen. 6. Some-
; of London. 7. Informal.
vas a sight. 8. a. A device
he eye, as on a firearm or
or observation taken with
ity to observe or inspect.
r quantity. —tr.v. sight·ed,
oserve within one's field of
or take a sight of with an
adjust the sights of (a rifle,
a (a firearm). —idioms. out
redible. sight for sore eyes.
d or appearance is a cause
/ithout seeing the object in
. [ME < OE gesihð, some-

is payable upon demand or

;ht. 2. Having eyesight of a

ect that depends on action

2. Invisible. —sight′less·ly

1. Pleasing to see; hand-
—sight′li·ness n.
d′), -read·ing, -reads. —tr.
example) without prepara-
. To read or perform some-

ō′), -seen (-sēn′), -see·ing,
—sight′se′er n.

act or pastime of touring
or engaged in sightseeing.
signet. 2. A sign or image
n, dim. of signum, sign.]
tter of the Greek alphabet,
et. 2. Physics. Any of three
on family. [Gk., of Phoeni-
samekh.] —sig′mate′ (-māt′)

·moi·dal (sĭg-moid′l) adj.

vhich / ĭ pit / ī pie / îr pier /
ou out / ŏŏ took / ōō boot /

[column 2 — page 1139]

1. Having the shape of the letter S. 2. Of or pertaining to the sigmoid flexure of the colon. [Gk. sigmoeidēs : sigma, sigma + -eidēs, -oid.]

**sigmoid flexure** n. An S-shaped bend in the colon between the descending section and the rectum.

**sign** (sīn) n. 1. Something that suggests the presence or existence of a fact, condition, or quality. 2. An action or gesture used to convey an idea, a desire, information, or a command: *gave the go-ahead sign.* 3. A board, poster, or placard displayed in a public place to advertise or to convey information or a direction. 4. A conventional figure or device that stands for a word, phrase, or operation; a symbol, as in mathematics or musical notation. 5. *pl.* **sign.** An indicator, such as a spoor or scent, of the presence or trail of an animal: *a deer sign.* 6. A trace or vestige: *no sign of life.* 7. A portentous incident or event; presage: *signs of a long cold winter.* 8. A bodily manifestation that serves to indicate the presence of a malfunction or disease. 9. One of the 12 divisions of the zodiac, each named for a constellation and represented by a symbol. —v. **signed, sign·ing, signs.** —tr. 1. To affix one's signature to. 2. To write (one's signature). 3. To approve or ratify (a document) by affixing a signature, seal, or other mark: *sign a bill into law.* 4. To relinquish or transfer title to by signature: *signed away all her claims to the estate.* 5. To express or signify with a sign. 6. To consecrate with the sign of the cross. —intr. 1. To make a sign or signs; signal. 2. To write one's signature. —**phrasal verbs. sign in.** To record the arrival of by signing. **sign off.** To stop transmission after identifying the broadcasting station. **sign on.** 1. To enlist oneself: *I signed on as a deck hand.* 2. To start transmission after identifying the broadcasting station. **sign out.** To record the departure of by signing. **sign up.** To volunteer one's services; enlist. [ME *signe* < OFr. < Lat. *signum.*] —**sign′er** n.

**Synonyms:** *sign, badge, mark, token, indication, symptom, note.* These nouns are compared as they denote outward evidence of something. *Sign,* the most general, can mean virtually any such manifestation: *Badge* usually refers to something worn that denotes membership in a group or rank, achievement, or condition: *Her mink coat was a badge of success. Mark* can refer to a personal characteristic or indication of character: *Intolerance is the mark of a bigot.* It can also denote evidence of an experience: *Poverty had left its mark on him. Token* usually refers to a symbol, pledge, or proof of something intangible: *a token of affection. Indication* refers to evidence of a condition. *Symptom* suggests visible evidence of an adverse condition, such as a disease. *Note* applies to a distinguishing characteristic or feature: *the note of mysticism in his novels.*

**sig·nal** (sĭg′nəl) n. 1. a. An indicator, as a gesture or mechanical device, serving as a means of communication. b. A message communicated by such means. 2. Something that incites action: *The execution was the signal for mass protests.* 3. *Electronics.* An impulse or fluctuating electric quantity, such as voltage, current, or electric field strength, whose variations represent coded information. 4. The sound, image, or message transmitted or received in telegraphy, telephony, radio, television, or radar. —**modifier:** *a signal flare.* —adj. Out of the ordinary; conspicuous: *a signal feat.* —v. -**naled, -nal·ing, -nals** or -**nalled, -nal·ling, -nals.** —tr. 1. To make a signal to. 2. To relate or make known by signals. —intr. To make a signal or signals. [Fr. < OFr. < Med. Lat. *signale* < Lat. *signalis,* of a sign < *signum,* sign.] —**sig′nal·er** n.

**sig·nal·ize** (sĭg′nə-līz′) tr.v. -**ized, -iz·ing, -iz·es.** 1. To make remarkable or conspicuous. 2. To point out particularly. —**sig′nal·i·za′tion** n.

**sig·nal·ly** (sĭg′nə-lē) adv. Conspicuously.

**sig·nal·ment** (sĭg′nəl-mənt) n. A detailed description of the appearance of a person, as for police files. [Fr. *signalement* < *signaler,* to mark out < *signal,* signal.]

**sig·na·to·ry** (sĭg′nə-tôr′ē, -tōr′ē) adj. Bound by signed agreement. —n., *pl.* -**ries.** One that has signed a treaty or other document. [Lat. *signatorius* < *signare,* to mark < *signum,* sign.]

**sig·na·ture** (sĭg′nə-chər) n. 1. The name of a person as written by himself. 2. A distinctive mark, characteristic, or sound effect indicating identity. 3. The act of signing one's name. 4. The part of a physician's prescription containing directions to the patient. 5. *Mus.* a. A sign used to indicate key. b. A sign used to indicate tempo. 6. *Printing.* a. A letter, number, or symbol placed at the bottom of the first page of each form of printed pages of a book as a guide to the proper sequence of the sheets in binding. b. A large sheet printed with four or a multiple of four pages that when folded becomes a section of the book. [OFr. < *signer,* to sign < Lat. *signare,* to mark < *signum,* sign.]

**sign·board** (sīn′bôrd′, -bōrd′) n. A board bearing a sign.

**sig·net** (sĭg′nĭt) n. 1. A seal, esp. one used on a document. 2. The impression made with a signet. —tr.v. -**net·ed, -net·ing, -nets.** To mark or endorse with a signet. [ME < OFr., dim. of *signe,* sign.]

**signet ring** n. A finger ring bearing an engraved signet.

**sig·ni·fi·a·ble** (sĭg′nə-fī′ə-bəl) adj. Capable of being depicted by a sign or symbol.

**sig·nif·i·cance** (sĭg-nĭf′ĭ-kəns) also **sig·nif·i·can·cy**

[column 3 — page 1139]

(-kən-sē) n. 1. The state or quality of being significant. 2. Meaning; import. 3. Implied meaning; suggestiveness.

**significance level** n. Level of significance.

**sig·nif·i·cant** (sĭg-nĭf′ĭ-kənt) adj. 1. Having or expressing a meaning; meaningful. 2. Having or expressing a covert meaning; suggestive: *a significant glance.* 3. Notable; valuable. [Lat. *significans, significant-,* pr.part. of *significare,* to signify.] —**sig·nif′i·cant·ly** adv.

**significant digits** *pl.n. Math.* The digits of the decimal form of a number beginning with the leftmost nonzero digit and extending to the right to include all digits warranted by the accuracy of measuring devices used to obtain the numbers.

**sig·ni·fi·ca·tion** (sĭg′nə-fĭ-kā′shən) n. 1. The intended meaning; sense. 2. The act of signifying; indication.

**sig·nif·i·ca·tive** (sĭg-nĭf′ĭ-kā′tĭv) adj. 1. Indicative; significant. 2. Suggestive; symbolic. —**sig·nif′i·ca′tive·ness** n.

**sig·ni·fy** (sĭg′nə-fī′) v. -**fied, -fy·ing, -fies.** —tr. 1. To serve as a sign of; betoken. 2. To make known; intimate. —intr. To have meaning or importance. [ME *signifien* < OFr. *signifier* < Lat. *significare* : *signum,* sign + *facere,* to make.] —**sig′ni·fi′er** n.

**si·gnior** (sēn-yôr′, -yōr′) n. Signor.

**si·gnio·ry** (sēn′yə-rē) n. Variant of signory.

**sign language** n. A system of communication by means of hand gestures, used esp. by deaf people.

**sign manual** n., *pl.* **signs manual.** A signature, esp. that of a monarch at the top of a royal decree.

**sign of the cross** n. A gesture describing the form of a cross, made in token of faith in Christ or as an invocation of blessing, esp. in the Roman Catholic Church.

**si·gnor** (sēn-yôr′, -yōr′) n., *pl.* **si·gno·ri** (sēn-yôr′ē, -yōr′ē) or **si·gnors.** Used as a title of courtesy for an Italian man, equivalent to the English *Mr.* or *Sir.* [Ital. *signor,* var. of *signore.*]

**si·gno·ra** (sēn-yôr′ə, -yōr′ə) n., *pl.* **si·gno·re** (sēn-yôr′ā, -yōr′-ā) or **si·gno·ras.** Used as title of courtesy for a married Italian woman, equivalent to the English *Mrs.* or *madam.* [Ital., fem. of *signore,* signore.]

**si·gno·re** (sēn-yôr′ā, -yōr′ā) n., *pl.* **si·gno·ri** (sēn-yôr′ē, -yōr′ē). Used as a title of courtesy for an Italian man, equivalent to the English *Mr.* or *sir.* [Ital. < Med. Lat. *senior,* lord < Lat., elder. —see SENIOR.]

**si·gno·ri** (sēn-yôr′ē, -yōr′ē) n. 1. A plural of signor. 2. A plural of signore.

**si·gno·ri·na** (sēn′yə-rē′nə) n., *pl.* -**ne** (-nā) or -**nas.** Used as a title of courtesy for an unmarried Italian woman, equivalent to the English *Miss.* [Ital., dim. of *signora,* signora.]

**si·gno·ry** or **si·gnio·ry** (sēn′yə-rē) n., *pl.* -**ries.** A seigniory. [ME *signorie* < OFr. *seigneurie* < *seigneur,* seignior. —see SEIGNIOR.]

**sign·post** (sīn′pōst′) n. 1. A post supporting a sign that has information or directions for travelers. 2. Something that serves as an indication, sign, or guide.

**Sig·urd** (sĭg′ərd) n. *Myth.* A Norse hero who slays the dragon Fafnir. [ON *Sigurðr.*]

**Sikh** (sēk) n. An adherent of Sikhism. —adj. Of or pertaining to the Sikhs or to Sikhism. [Hindi < Skt. *śiṣyaḥ,* pupil < *śikṣati,* he wishes to learn, desiderative of *śaknoti,* he is able.]

**Sikh·ism** (sēk′ĭz′əm) n. The doctrines and practices of a monotheistic Hindu religious sect founded in the 16th century.

**si·lage** (sī′lĭj) n. Fodder prepared by storing and fermenting green forage plants in a silo.

**sil·ane** (sĭl′ān′, sī′lān′) n. Any of a group of silicon hydrides with the general formula SiH that are analogous to the paraffin hydrocarbons. [SIL(ICON) + (METH)ANE.]

**sild** (sĭld) n. A young herring other than a sprat that is processed as a sardine in Norway. [Norw.]

**si·lence** (sī′ləns) n. 1. The condition or quality of being or keeping silent. 2. The absence of sound; stillness. 3. A period of time without speech or noise. 4. Refusal or failure to speak out; secrecy. —tr.v. -**lenced, -lenc·ing, -lenc·es.** 1. To make silent or bring to silence. 2. To curtail the expression of; suppress: *silencing all criticism.* [ME < OFr. < Lat. *silentium* < *silēre,* to be silent.]

**si·lenc·er** (sī′lən-sər) n. 1. One that silences. 2. A device attached to the muzzle of a firearm to muffle the sound of firing.

**si·le·ni** (sī-lē′nī′) n. Plural of silenus.

**si·lent** (sī′lənt) adj. 1. ==Making no sound or noise; quiet.== 2. Not disposed to speak; taciturn. 3. Unable to speak; mute. 4. Refusing or failing to give information or an opinion; secretive. 5. Not voiced or expressed; tacit: *silent admissions of guilt.* 6. Inactive or undisturbed; quiescent: *a silent volcano.* 7. Having no phonetic value; unpronounced, as the *b* in *subtle.* 8. Having no sound track. Used of some motion pictures. [Lat. *silens, silent-,* pr.part. of *silēre,* to be silent.] —**si′lent·ly** adv. —**si′lent·ness** n.

**Synonyms:** *silent, reticent, reserved, taciturn, secretive, uncommunicative, noncommittal, tightlipped.* These adjectives describe persons who are sparing with speech. *Silent* can refer to literal speechlessness but more often merely implies habitual reluctance to speak. *Reticent* does not necessarily imply silence as a trait but rather suggests reluctance to speak out at a given time, particularly about one's personal



signal

designed for ease of use by human operators rather than computers.
**symbolic logic** *n.* A treatment of formal logic in which a calculus or system of symbols is used to represent quantities and relationships.
**sym·bol·ism** (sĭm′bə-lĭz′əm) *n.* 1. The practice of representing things by means of symbols or of attributing symbolic meanings or significance to objects, events, or relationships. 2. A system of symbols or representations. 3. A symbolic meaning or representation. 4. The revelation or suggestion of intangible conditions or truths by artistic invention.
**sym·bol·ist** (sĭm′bə-lĭst) *n.* 1. A person who uses symbols or symbolism. 2. a. A person who interprets or represents conditions or truths by the use of symbolism. b. Any of a group of chiefly French artists and writers of the late 19th century who expressed their ideas and emotions indirectly through symbols. —**sym′bol·is′tic, sym′bol·is′ti·cal** *adj.*
**sym·bol·ize** (sĭm′bə-līz′) *v.* -**ized**, -**iz·ing**, -**iz·es**. —*tr.* 1. To be or serve as a symbol of: *The dove symbolizes peace.* 2. To represent or identify by a symbol or symbols. —*intr.* To use symbols. —**sym′bol·i·za′tion** *n.*
**sym·bol·o·gy** (sĭm-bŏl′ə-jē) *n.* 1. The study or interpretation of symbols or symbolism. 2. The art or practice of expression by means of symbols.
**sym·met·al·ism** (sĭm-mĕt′l-ĭz′əm) *n.* A system of coinage in which a unit of currency consists of a combination of two or more metals in fixed proportions.
**sym·met·ric** (sĭ-mĕt′rĭk) also **sym·met·ri·cal** (-rĭ-kəl) *adj.* Of or exhibiting symmetry. —**sym·met′ri·cal·ly** *adv.*
**symmetric group** *n.* A permutation group comprised of all possible permutations of a given number of items.
**symmetric matrix** *n.* A matrix that is its own transpose.
**sym·met·rics** (sə-mĕt′rĭks) *n. (used with a sing. verb).* An epigrammatic verse form invented (1948) by David McCord, consisting of a quatrain beginning and ending with the same word in which the second rhyming word of the first couplet is repeated at the beginning of the second couplet, the pair forming a third line when printed, being centered between the couplets (of which they are a part) with a colon spaced equally left and right to divide them. [Blend of SYMMETRICAL and METRICS.]
**sym·me·trize** (sĭm′ĭ-trīz′) *tr.v.* -**trized**, -**triz·ing**, -**triz·es**. To make symmetrical; impart perfect balance to. —**sym′me·tri·za′tion** *n.*
==**sym·me·try** (sĭm′ĭ-trē) *n., pl.* -**tries**. 1. A relationship of characteristic correspondence, equivalence, or identity among constituents of a system or between different systems: *electric charge symmetry; symmetry in political and religious activism.* 2. Correspondence of form and arrangement of parts on opposite sides of a boundary, such as a plane or line or around a point or axis.== 3. Structural or functional independence of direction; isotropy. 4. Beauty as a result of balance or harmonious arrangement. [Obs. Fr. *symmetrie* < Lat. *symmetria* < Gk. *summetria* < *summetros*, of like measure : *sun-*, like + *metron*, measure.]
**sym·pa·thec·to·my** (sĭm′pə-thĕk′tə-mē) *n., pl.* -**mies**. The removal of a part of a sympathetic nerve or a number of sympathetic ganglia. [SYMPATH(ETIC) + -ECTOMY.]
**sym·pa·thet·ic** (sĭm′pə-thĕt′ĭk) *adj.* 1. Of, expressing, feeling, or resulting from sympathy. 2. In agreement; favorable; inclined: *They were sympathetic to our proposal.* 3. In accord with one's disposition or mood: *a sympathetic relationship.* 4. Pertaining to or acting on the sympathetic nervous system. [Gk. *sumpathētikos* < *sumpatheia*, sympathy.] —**sym′pa·thet′i·cal·ly** *adv.*
**sympathetic ink** *n.* Invisible ink.
**sympathetic nervous system** *n.* A portion of the autonomic nervous system.
**sym·pa·thin** (sĭm′pə-thĭn) *n.* A hormone resembling epinephrine, thought to be formed in the muscle cells by sympathetic nerve impulses. [SYMPATH(ETIC) + -IN.]
**sym·pa·thize** (sĭm′pə-thīz′) *intr.v.* -**thized**, -**thiz·ing**, -**thiz·es**. 1. To feel or express compassion; commiserate. 2. To share or understand another's feelings or ideas. 3. *Obs.* To agree in quality or disposition; correspond. —**sym′pa·thiz′er** *n.* —**sym′pa·thiz′ing·ly** *adv.*
**sym·pa·tho·lyt·ic** (sĭm′pə-thō-lĭt′ĭk) *adj.* Of or pertaining to an agent that opposes the activity of the sympathetic nervous system. [SYMPATH(ETIC) + -LYTIC.]
**sym·pa·tho·mi·met·ic** (sĭm′pə-thō-mī-mĕt′ĭk, -mĭ-) *adj.* Of or pertaining to an agent that stimulates the sympathetic nervous system. [SYMPATH(ETIC) + MIMETIC.]
**sym·pa·thy** (sĭm′pə-thē) *n., pl.* -**thies**. 1. a. A relationship or affinity between persons or things in which whatever affects one correspondingly affects the other. b. Mutual understanding or affection arising from this. 2. a. The act of or capacity for sharing or understanding the feelings of another person. b. A feeling or expression of pity or sorrow for the distress of another; compassion; commiseration. 3. Favor; agreement; accord: *He is in sympathy with their beliefs.* 4. A feeling of loyalty; devotion; allegiance. [Lat. *sympathia* < Gk. *sumpatheia* < *sumpathēs*, affected by like feelings : *sun-*, like + *pathos*, emotion.]
**sympathy strike** *n.* A strike by a body of workers for the purpose of supporting a cause or another group of strikers.

## SYMBOLS AND SIGNS

The following symbols and signs are among those most commonly used by printers. The designations are also those most commonly used, and do not exhaust the meanings that may be attached to the symbols. Symbols consisting of letters of the alphabet are entered in the regular alphabetical sequence of entries. See also symbols in tables at **element, measurement, particle,** and **proofread,** and foreign letters at **alphabet**.

| | | |
|---|---|---|
| + plus | ( ) brackets | ● rain |
| − minus | { } braces | ✻ snow |
| ± plus or minus | ° degree | ⊠ snow on ground |
| ∓ minus or plus | ′ minute | — floating ice crystals |
| × multiplied by | ″ second | ▲ hail |
| ÷ divided by | Δ increment | △ sleet |
| = equal to | ω angular frequency; solid angle | V frostwork |
| ≠ or ≢ not equal to | Ω ohm | ⊔ hoarfrost |
| ≈ or ≑ nearly equal to | μΩ microhm | ≡ fog |
| ≡ identical with | MΩ megohm | ∞ haze; dust haze |
| ≢ not identical with | Φ magnetic flux | T thunder |
| ≎ equivalent | Ψ dielectric flux; electrostatic flux | < sheet lightning |
| ∼ difference | ρ resistivity | ☉ solar corona |
| ≅ congruent to | Λ equivalent conductivity | ⊕ solar halo |
| > greater than | ℛ reluctance | ⟨ thunderstorm |
| ≯ not greater than | → direction of flow | \ direction |
| < less than | ⇌ electric current | ○ or ⊙ or ① annual |
| ≮ not less than | ⊙ benzene ring | ⊙⊙ or ② biennial |
| ≥ or ≧ greater than or equal to | → yields | ♃ perennial |
| ≤ or ≦ less than or equal to | ⇌ reversible reaction | ♂ or ♂ male |
| │ │ absolute value | ↓ precipitate | ♀ female |
| ∪ logical sum or union | ↑ gas | □ male (in charts) |
| ∩ logical product or intersection | ‰ salinity | ○ female (in charts) |
| ⊂ is contained in | ☉ or ⊙ sun | ℞ take (from Latin *Recipe*) |
| ∈ is a member of; permittivity; mean error | ● or ⬤ new moon | ĀĀ or Ā or āā of each (doctor's prescription) |
| : is to; ratio | ☽ first quarter | ℔ pound |
| :: as; proportion | ○ or ⊗ full moon | ℥ ounce |
| ≐ approaches | ☾ last quarter | ʒ dram |
| → approaches limit of | ☿ Mercury | ℈ scruple |
| ∝ varies as | ♀ Venus | f℥ fluid ounce |
| ∥ parallel | ⊕ or ♁ Earth | fʒ fluid dram |
| ⊥ perpendicular | ♂ Mars | ♏ minim |
| ∠ angle | ♃ Jupiter | & or & and; ampersand |
| ∟ right angle | ♄ Saturn | ℔ per |
| △ triangle | ♅ Uranus | # number |
| □ square | ♆ Neptune | / virgule; slash; solidus; shilling |
| ▭ rectangle | ♇ Pluto | © copyright |
| ▱ parallelogram | ♈ Aries | % per cent |
| ○ circle | ♉ Taurus | ℅ care of |
| ⌒ arc of circle | ♊ Gemini | ℀ account of |
| ≜ equilateral | ♋ Cancer | @ at |
| ≞ equiangular | ♌ Leo | * asterisk |
| √ radical; root; square root | ♍ Virgo | † dagger |
| ∛ cube root | ♎ Libra | ‡ double dagger |
| ∜ fourth root | ♏ Scorpius | § section |
| Σ sum | ♐ Sagittarius | ☞ index |
| │ or └ factorial product | ♑ Capricornus | ´ acute |
| ∞ infinity | ♒ Aquarius | ` grave |
| ∫ integral | ♓ Pisces | ˜ tilde |
| f function | ♂ conjunction | ˆ circumflex |
| δ or ∂ differential; variation | ☍ opposition | ¯ macron |
| π pi | △ trine | ˘ breve |
| ∴ therefore | □ quadrature | ¨ dieresis |
| ∵ because | * sextile | ¸ cedilla |
| ‾ vinculum (above letter) | ☊ dragon's head, ascending node | ∧ caret |
| ( ) parentheses | ☋ dragon's tail, descending node | |