# Exhibit C



# Merriam-Webster's Collegiate® Dictionary

TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1996 by Merriam-Webster, Incorporated

Philippines Copyright 1996 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
p. cm.
Includes index.
ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe : alk. paper). — ISBN 0-87779-707-2 (laminated cover).
1. English language—Dictionaries. I. Merriam-Webster, Inc.
PE1628.M36 1996
423—dc20 95-36076
CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

16RMcN96

**in·ter·cur·rent** \ˌin-tər-ˈkər-ənt, -ˈkə-rənt\ *adj* [L *intercurrent-, intercurrens,* prp. of *intercurrere*] (1611) **:** occurring during and modifying the course of another disease ⟨an ~ infection⟩

**in·ter·cut** \ˌin-tər-ˈkət\ *vt* (1938) **1 :** to insert (a contrasting camera shot) into a take by cutting **2 :** to insert a contrasting camera shot into (a take) by cutting ~ *vi* **:** to alternate contrasting camera shots by cutting

**in·ter·den·tal** \ˌin-tər-ˈden-tᵊl\ *adj* (ca. 1874) **1 :** situated or intended for use between the teeth **2 :** formed with the tip of the tongue between the upper and lower front teeth — **in·ter·den·tal·ly** \-tᵊl-ē\ *adv*

**¹in·ter·dict** \ˈin-tər-ˌdikt\ *n* [ME, alter. of *entredit,* fr. OF, fr. L *interdictum* prohibition, fr. neut. of *interdictus,* pp. of *interdicere* to interpose, forbid, fr. *inter-* + *dicere* to say — more at DICTION] (15c) **1 :** a Roman Catholic ecclesiastical censure withdrawing most sacraments and Christian burial from a person or district **2 :** a prohibitory decree **:** PROHIBITION

**²in·ter·dict** \ˌin-tər-ˈdikt\ *vt* (15c) **1 :** to lay under or prohibit by an interdict **2 :** to forbid in a usu. formal or authoritative manner **3 :** to destroy, damage, or cut off (as an enemy line of supply) by firepower to stop or hamper an enemy ***syn*** see FORBID — **in·ter·dic·tion** \-ˈdik-shən\ *n* — **in·ter·dic·tive** \-ˈdik-tiv\ *adj* — **in·ter·dic·tor** \-tər\ *n* — **in·ter·dic·to·ry** \-t(ə-)rē\ *adj*

**in·ter·dif·fu·sion** \-di-ˈfyü-zhən\ *n* (ca. 1872) **:** the process of diffusing and mixing freely so as to approach a homogeneous mixture — **in·ter·dif·fuse** \-ˈfyüz\ *vi*

**in·ter·dig·i·tate** \-ˈdi-jə-ˌtāt\ *vi* **-tat·ed; -tat·ing** [*inter-* + L *digitus* finger — more at TOE] (ca. 1849) **:** to become interlocked like the fingers of folded hands — **in·ter·dig·i·ta·tion** \-ˌdi-jə-ˈtā-shən\ *n*

**in·ter·dis·ci·plin·ary** \-ˈdi-sə-plə-ˌner-ē\ *adj* (1926) **:** involving two or more academic, scientific, or artistic disciplines

**¹in·ter·est** \ˈin-t(ə-)rəst; ˈin-tə-ˌrest, -ˌtrest; ˈin-tərst\ *n* [ME, prob. alter. of earlier *interesse,* fr. AF & ML; AF, fr. ML, fr. L, to be between, make a difference, concern, fr. *inter-* + *esse* to be — more at IS] (15c) **1 a (1) :** right, title, or legal share in something **(2) :** participation in advantage and responsibility **b :** BUSINESS, COMPANY **2 a :** a charge for borrowed money generally a percentage of the amount borrowed **b :** an excess above what is due or expected ⟨returned the insults with ~⟩ **3 :** ADVANTAGE, BENEFIT; *also* **:** SELF-INTEREST **4 :** SPECIAL INTEREST **5 a :** a feeling that accompanies or causes special attention to an object or class of objects **:** CONCERN **b :** something that arouses such attention **c :** a quality in a thing arousing interest

**²interest** *vt* (1608) **1 :** to induce or persuade to participate or engage **2 :** to engage the attention or arouse the interest of

**in·ter·est·ed** *adj* (1602) **1 :** having the attention engaged ⟨~ listeners⟩ **2 :** being affected or involved ⟨~ parties⟩ — **in·ter·est·ed·ly** *adv*

**interest group** *n* (1908) **:** a group of persons having a common identifying interest that often provides a basis for action

**in·ter·est·ing** \ˈin-t(ə-)rəs-tiŋ; ˈin-tə-ˌres-, ˈin-ˌtres-; ˈin-tərs-\ *adj* (1768) **:** holding the attention **:** arousing interest — **in·ter·est·ing·ness** *n*

**in·ter·est·ing·ly** \-lē\ *adv* (1811) **1 :** in an interesting manner **2 :** as a matter of interest

**¹in·ter·face** \ˈin-tər-ˌfās\ *n* (1882) **1 :** a surface forming a common boundary of two bodies, spaces, or phases ⟨an oil-water ~⟩ **2 a :** the place at which independent and often unrelated systems meet and act on or communicate with each other ⟨the man-machine ~⟩ **b :** the means by which interaction or communication is achieved at an interface — **in·ter·fa·cial** \ˌin-tər-ˈfā-shəl\ *adj*

**²interface** *vt* (1962) **1 :** to connect by means of an interface ⟨~ a machine with a computer⟩ **2 :** to serve as an interface for ~ *vi* **1 :** to become interfaced **2 :** to interact or coordinate harmoniously

**in·ter·fac·ing** \-ˌfā-siŋ\ *n* (1942) **:** fabric sewn between the facing and the outside of a garment (as in a collar or cuff) for stiffening and shape retention

**in·ter·faith** \ˌin-tər-ˈfāth\ *adj* (1932) **:** involving persons of different religious faiths

**in·ter·fere** \ˌin-tə(r)-ˈfir\ *vi* **-fered; -fer·ing** [ME *enterferen,* fr. MF (*s'*)*entreferir* to strike one another, fr. OF, fr. *entre-* inter- + *ferir* to strike, fr. L *ferire* — more at BORE] (15c) **1 :** to interpose in a way that hinders or impedes **:** come into collision or be in opposition **2 :** to strike one foot against the opposite foot or ankle in walking or running — used esp. of horses **3 :** to enter into or take a part in the concerns of others **4 :** to act reciprocally so as to augment, diminish, or otherwise affect one another — used of waves ***syn*** see INTERPOSE — **in·ter·fer·er** *n*

**in·ter·fer·ence** \-ˈfir-ən(t)s\ *n* (1783) **1 a :** the act or process of interfering **b :** something that interferes **:** OBSTRUCTION **2 :** the mutual effect on meeting of two wave trains (as of light or sound) that constitutes alternating areas of increased and decreased amplitude (as light and dark lines or louder and softer sound) **3 a :** the legal blocking of an opponent in football to make way for the ballcarrier **b :** the illegal hindering of an opponent in sports **4 :** partial or complete inhibition or sometimes facilitation of other genetic crossovers in the vicinity of a chromosomal locus where a preceding crossover has occurred **5 a :** confusion of a received radio signal due to the presence of noise (as atmospherics) or signals from two or more transmitters on a single frequency **b :** something that produces such confusion **6 :** the disturbing effect of new learning on the performance of previously learned behavior with which it is inconsistent — **in·ter·fer·en·tial** \-fə-ˈren(t)-shəl, -ˌfir-ˈen(t)-\ *adj*

**in·ter·fer·o·gram** \ˌin-tə(r)-ˈfir-ə-ˌgram\ *n* (1921) **:** a photographic record made by an apparatus for recording optical interference phenomena

**in·ter·fer·om·e·ter** \ˌin-tə(r)-fə-ˈrä-mə-tər, -ˌfi-ˈrä-\ *n* [ISV] (1897) **:** an instrument that utilizes the interference of waves (as of light) for precise determinations (as of distance or wavelength) — **in·ter·fer·o·met·ric** \-ˌfir-ə-ˈme-trik\ *adj* — **in·ter·fer·o·met·ri·cal·ly** \-tri-k(ə-)lē\ *adv* — **in·ter·fer·om·e·try** \-fə-ˈrä-mə-trē, -ˌfi-ˈrä-\ *n*

**in·ter·fer·on** \ˌin-tə(r)-ˈfir-ˌän\ *n* [*interfere* + ²*-on*] (1957) **:** any of a group of heat-stable soluble basic antiviral glycoproteins of low molecular weight that are produced usu. by cells exposed to the action of a virus, sometimes to the action of another intracellular parasite (as a bacterium), or experimentally to the action of some chemicals

**in·ter·fer·tile** \ˌin-tər-ˈfər-tᵊl\ *adj* (1899) **:** capable of interbreeding — **in·ter·fer·til·i·ty** \-(ˌ)fər-ˈti-lə-tē\ *n*

**in·ter·file** \ˌin-tər-ˈfī(ə)l\ *vt* (1950) **:** to arrange in or add to a file **:** FILE

**in·ter·fluve** \ˈin-tər-ˌflüv\ *n* [*inter-* + L *fluvius* river — more at FLUVIAL] (1895) **:** the area between adjacent streams flowing in the same direction

**in·ter·fuse** \ˌin-tər-ˈfyüz\ *vb* [L *interfusus,* pp. of *interfundere* to pour between, fr. *inter-* + *fundere* to pour — more at FOUND] *vt* (1593) **1 :** to combine by fusing **:** BLEND **2 :** to add as if by fusing **:** INFUSE ~ *vi* **:** BLEND, FUSE — **in·ter·fu·sion** \-ˈfyü-zhən\ *n*

**in·ter·ga·lac·tic** \ˌin-tər-gə-ˈlak-tik\ *adj* (1928) **1 :** situated in or relating to the spaces between galaxies **2 :** of, relating to, or occurring in outer space ⟨~ battles⟩

**in·ter·gla·cial** \-ˈglā-shəl\ *n* (1867) **:** a warm period between glacial epochs — **interglacial** *adj*

**in·ter·gov·ern·men·tal** \-ˌgə-vər(n)-ˈmen-tᵊl\ *adj* (1927) **:** existing or occurring between two or more governments or levels of government

**in·ter·gra·da·tion** \-grā-ˈdā-shən, -grə-\ *n* (1874) **:** the condition of an individual or population that intergrades — **in·ter·gra·da·tion·al** \-shnəl, -shə-nᵊl\ *adj*

**¹in·ter·grade** \ˌin-tər-ˈgrād\ *vi* (1874) **:** to merge gradually one with another through a continuous series of intermediate forms

**²in·ter·grade** \ˈin-tər-ˌgrād\ *n* (1888) **:** an intermediate form

**in·ter·growth** \ˈin-tər-ˌgrōth\ *n* (1844) **:** a growing between or together; *also* **:** the product of such growth

**¹in·ter·im** \ˈin-tə-rəm\ *n* [L, adv., meanwhile, fr. *inter* between — more at INTER-] (ca. 1580) **:** an intervening time **:** INTERVAL

**²interim** *adj* (1604) **:** done, made, appointed, or occurring for an interim

**¹in·te·ri·or** \in-ˈtir-ē-ər\ *adj* [MF & L; MF, fr. L, compar. of (assumed) OL *interus* inward, on the inside; akin to L *inter*] (15c) **1 :** lying, occurring, or functioning within the limiting boundaries **:** INNER ⟨an ~ point of a triangle⟩ **2 :** belonging to mental or spiritual life ⟨a simple ~ piety⟩ **3 :** belonging to the inner constitution or concealed nature of something ⟨~ meaning of a poem⟩ **4 :** lying away or remote from the border or shore — **in·te·ri·or·ly** \in-ˈtir-ē-ər-lē\ *adv*

**²interior** *n* (1596) **1 :** the inner or spiritual nature **:** CHARACTER **2 :** the interior part (as of a country or island) **3 :** the internal or inner part of a thing **:** INSIDE **4 :** the internal affairs of a state or nation **5 :** a representation (as in a play or movie) of the interior of a building

**interior angle** *n* (1756) **1 :** the inner of the two angles formed where two sides of a polygon come together **2 :** any of the four angles formed in the area between a pair of parallel lines when a third line cuts them

*agh, bgh, ghd, ghc*
interior angle 2

**interior decoration** *n* (1807) **:** INTERIOR DESIGN

**interior decorator** *n* (1867) **:** INTERIOR DESIGNER, DECORATOR

**interior design** *n* (1927) **:** the art or practice of planning and supervising the design and execution of architectural interiors and their furnishings

**interior designer** *n* (1938) **:** one who specializes in interior design

**in·te·ri·or·ise** *Brit var of* INTERIORIZE

**in·te·ri·or·i·ty** \(ˌ)in-ˌtir-ē-ˈȯr-ə-tē, -ˈär-\ *n* (1701) **:** interior quality or character; *also* **:** inner life or substance ⟨characters that lack ~⟩

**in·te·ri·or·ize** \in-ˈtir-ē-ə-ˌrīz\ *vt* **-ized; -iz·ing** (1906) **:** to make interior; *esp* **:** to make a part of one's own inner being or mental structure — **in·te·ri·or·i·za·tion** \-ˌtir-ē-ə-rə-ˈzā-shən\ *n*

**interior monologue** *n* (1922) **:** a usu. extended representation in monologue of a fictional character's thought and feeling

**in·ter·ject** \ˌin-tər-ˈjekt\ *vt* [L *interjectus,* pp. of *intericere,* fr. *inter-* + *jacere* to throw — more at JET] (1588) **:** to throw in between or among other things **:** INTERPOLATE ⟨~ a remark⟩ ***syn*** see INTRODUCE — **in·ter·jec·tor** \-ˈjek-tər\ *n* — **in·ter·jec·to·ry** \-t(ə-)rē\ *adj*

**in·ter·jec·tion** \ˌint-ər-ˈjek-shən\ *n* (15c) **1 a :** the act of uttering exclamations **:** EJACULATION **b :** the act of putting in between **:** INTERPOSITION **2 :** an ejaculatory utterance usu. lacking grammatical connection: as **a :** a word or phrase used in exclamation (as *Heavens! Dear me!*) **b :** a cry or inarticulate utterance (as *Alas! ouch! phooey! ugh!*) expressing an emotion **3 :** something that is interjected or that interrupts

**in·ter·jec·tion·al** \-shnəl, -shə-nᵊl\ *adj* (1761) **1 :** of, relating to, or constituting an interjection **:** EJACULATORY **2 :** thrown in between other words **:** PARENTHETICAL — **in·ter·jec·tion·al·ly** *adv*

**in·ter·lace** \ˌin-tər-ˈlās\ *vb* [ME *entrelacen,* fr. MF *entrelacer,* fr. OF *entrelacier,* fr. *entre-* inter- + *lacier* to lace] *vt* (14c) **1 :** to unite by or as if by lacing together **:** INTERWEAVE **2 :** to vary by alternation or intermixture **:** INTERSPERSE ⟨narrative *interlaced* with anecdotes⟩ ~ *vi* **:** to cross one another as if woven together **:** INTERTWINE — **in·ter·lace·ment** \-mənt\ *n*

**in·ter·lard** \ˌin-tər-ˈlärd\ *vt* [MF *entrelarder,* fr. OF, fr. *entre* inter- + *larder* to lard, fr. *lard,* n.] (ca. 1587) **:** to vary by intermixture **:** INTERSPERSE, INTERLACE

**in·ter·leave** \ˌin-tər-ˈlēv\ *vt* **-leaved; -leav·ing** (1668) **:** to arrange in or as if in alternate layers

**in·ter·leu·kin** \ˌin-tər-ˈlü-kən\ *n* [*inter-* + *leuk-* + ¹*-in*] (1979) **:** any of several compounds of low molecular weight that are produced by lymphocytes, macrophages, and monocytes and that function esp. in regulation of the immune system and esp. cell-mediated immunity

**in·ter·leu·kin–1** \-ˈwən\ *n* (1979) **:** an interleukin produced esp. by monocytes and macrophages that regulates immune responses by activating lymphocytes and mediates other biological processes (as the onset of fever) usu. associated with infection and inflammation

**in·ter·leu·kin–2** \-ˈtü\ *n* (1979) **:** an interleukin produced by antigen-stimulated helper T cells in the presence of interleukin-1 that induces proliferation of immune cells (as T cells and B cells) and is used experimentally esp. in treating certain cancers

**¹in·ter·line** \ˌin-tər-ˈlīn\ *vt* [ME *enterlinen,* fr. ML *interlineare,* fr. L *inter-* + *linea* line] (15c) **:** to insert between lines already written or printed — **in·ter·lin·e·a·tion** \-ˌli-nē-ˈā-shən\ *n*

**²interline** *vt* [ME, fr. *inter-* + *linen* to line] (15c) **:** to provide (a garment) with an interlining

**³interline** *adj* (1897) **:** relating to, involving, or carried by two or more transportation lines

intersperse • intonate 613

**in·ter·sperse** \ˌin-tər-ˈspərs\ *vt* **-spersed; -spers·ing** [L *interspersus* interspersed, fr. *inter-* + *sparsus,* pp. of *spargere* to scatter — more at SPARK] (1566) **1 :** to place something at intervals in or among **2 :** to insert at intervals among other things ⟨*interspersing* drawings throughout the text⟩ — **in·ter·sper·sion** \-ˈspər-zhən, -shən\ *n*

**in·ter·sta·di·al** \ˌin-tər-ˈstā-dē-əl\ *n* [ISV *inter-* + NL *stadium* stage, phase, fr. L — more at STADIUM] (1914) **:** a subdivision within a glacial stage marking a temporary retreat of the ice

**¹in·ter·state** \ˌin-tər-ˈstāt\ *adj* (1844) **:** of, connecting, or existing between two or more states esp. of the U.S. ⟨~ commerce⟩

**²in·ter·state** \ˈin-tər-ˌstāt\ *n* (1968) **:** any of a system of expressways connecting most major U.S. cities — called also *interstate highway*

**in·ter·stel·lar** \-ˈste-lər\ *adj* (1626) **:** located, taking place, or traveling among the stars esp. of the Milky Way galaxy

**in·ter·ster·ile** \-ˈster-əl, *chiefly Brit* -ˌīl\ *adj* (1916) **:** incapable of producing offspring by interbreeding — **in·ter·ste·ril·i·ty** \-stə-ˈri-lə-tē\ *n*

**in·ter·stice** \in-ˈtər-stəs\ *n, pl* **-stic·es** \-stə-ˌsēz, -stə-səz\ [ME, fr. L *interstitium,* fr. *inter-* + *-stit-, -stes* standing (as in *superstes* standing over) — more at SUPERSTITION] (15c) **1 a :** a space that intervenes between things; *esp* **:** one between closely spaced things **b :** a gap or break in something generally continuous ⟨the ~s of society⟩ ⟨passages of genuine literary merit in the ~s of the ludicrous . . . plots —Joyce Carol Oates⟩ **2 :** a short space of time between events

**in·ter·sti·tial** \ˌin-tər-ˈsti-shəl\ *adj* (1646) **1 :** relating to or situated in the interstices **2 a :** situated within but not restricted to or characteristic of a particular organ or tissue — used esp. of fibrous tissue **b :** affecting the interstitial tissues of an organ or part **3 :** being or relating to a crystalline compound in which usu. small atoms or ions of a nonmetal occupy holes between the larger metal atoms or ions in the crystal lattice — **in·ter·sti·tial·ly** \-shə-lē\ *adv*

**in·ter·sub·jec·tive** \ˌin-tər-səb-ˈjek-tiv\ *adj* (1899) **1 :** involving or occurring between separate conscious minds ⟨~ communication⟩ **2 :** accessible to or capable of being established for two or more subjects **:** OBJECTIVE — **in·ter·sub·jec·tive·ly** *adv* — **in·ter·sub·jec·tiv·i·ty** \-(ˌ)səb-ˌjek-ˈti-və-tē\ *n*

**in·ter·tes·ta·men·tal** \-ˌtes-tə-ˈmen-tᵊl\ *adj* (1929) **:** of, relating to, or forming the period of two centuries between the composition of the last book of the Old Testament and the first book of the New Testament

**in·ter·tid·al** \-ˈtī-dᵊl\ *adj* (1883) **:** of, relating to, or being the part of the littoral zone above low-tide mark — **in·ter·tid·al·ly** \-dᵊl-ē\ *adv*

**in·ter·tie** \ˈin-tər-ˌtī\ *n* (1951) **:** an interconnection permitting passage of current between two or more electric utility systems

**in·ter·till** \ˌin-tər-ˈtil\ *vt* (1912) **:** to cultivate between the rows of ⟨a crop⟩ — **in·ter·till·age** \-ˈti-lij\ *n*

**in·ter·trop·i·cal** \-ˈträ-pi-kəl\ *adj* (1794) **1 :** situated between or within the tropics **2 :** relating to regions within the tropics **:** TROPICAL

**in·ter·twine** \-ˈtwīn\ *vt* (1641) **:** to unite by twining one with another ~ *vi* **:** to twine about one another; *also* **:** to become mutually involved — **in·ter·twine·ment** \-mənt\ *n*

**in·ter·twist** \-ˈtwist\ *vb* (ca. 1659) **:** INTERTWINE — **in·ter·twist** \ˈin-tər-ˌtwist\ *n*

**in·ter·val** \ˈin-tər-vəl\ *n* [ME *intervalle,* fr. MF, fr. L *intervallum* space between ramparts, interval, fr. *inter-* + *vallum* rampart — more at WALL] (14c) **1 a :** a space of time between events or states **b** *Brit* **:** INTERMISSION **2 a :** a space between objects, units, points, or states **b :** difference in pitch between tones **3 :** a set of real numbers between two numbers either including or excluding one or both of them **4 :** one of a series of fast-paced runs interspersed with jogging for training (as of a runner) — **in·ter·val·lic** \ˌin-tər-ˈva-lik\ *adj*

**in·ter·vale** \ˈin-tər-vəl, -ˌvāl\ *n* [obs. *intervale* interval] (1647) *chiefly NewEng* **:** BOTTOMLAND

**in·ter·val·om·e·ter** \ˌin-tər-və-ˈlä-mə-tər\ *n* (1933) **:** a device that operates a control (as for a camera shutter) at regular intervals

**in·ter·vene** \ˌin-tər-ˈvēn\ *vi* **-vened; -ven·ing** [L *intervenire* to come between, fr. *inter-* + *venire* to come — more at COME] (1587) **1 :** to occur, fall, or come between points of time or events **2 :** to enter or appear as an irrelevant or extraneous feature or circumstance **3 :** to come in or between by way of hindrance or modification ⟨~ to stop a fight⟩ **4 :** to occur or lie between two things **5 a :** to become a third party to a legal proceeding begun by others for the protection of an alleged interest **b :** to interfere usu. by force or threat of force in another nation's internal affairs esp. to compel or prevent an action or to maintain or alter a condition ***syn*** see INTERPOSE — **in·ter·ven·tion** \-ˈven(t)-shən\ *n*

**in·ter·ve·nor** \-ˈvē-nər, -ˌnȯr\ *or* **in·ter·ven·er** \-ˈvē-nər\ *n* (1621) **:** one who intervenes; *esp* **:** one who intervenes as a third party in a legal proceeding

**in·ter·ven·tion·ism** \-ˈven(t)-shə-ˌni-zəm\ *n* (1923) **:** the theory or practice of intervening; *specif* **:** governmental interference in economic affairs at home or in political affairs of another country — **in·ter·ven·tion·ist** \-ˈvench-nist, -ˈven(t)-shə-nist\ *n or adj*

**in·ter·ver·te·bral disk** \ˌin-tər-ˈvər-tə-brəl-, -(ˌ)vər-ˈtē-\ *n* (ca. 1860) **:** any of the tough elastic disks that are interposed between the centra of adjoining vertebrae and that consist of an outer fibrous ring enclosing an inner pulpy nucleus

**in·ter·view** \ˈin-tər-ˌvyü\ *n* [MF *entrevue,* fr. (*s'*)*entrevoir* to see one another, meet, fr. *entre-* inter- + *voir* to see — more at VIEW] (1514) **1 :** a formal consultation usu. to evaluate qualifications (as of a prospective student or employee) **2 a :** a meeting at which information is obtained (as by a reporter, television commentator, or pollster) from a person **b :** a report or reproduction of information so obtained **3 :** INTERVIEWEE — **interview** *vb* — **in·ter·view·er** *n*

**in·ter·view·ee** \ˌin-tər-(ˌ)vyü-ˈē\ *n* (1884) **:** one who is interviewed

**in·ter vi·vos** \ˈin-tər-ˈvē-ˌvōs, -ˈvī-\ *adv or adj* [LL] (1837) **:** between living persons ⟨transaction *inter vivos*⟩; *esp* **:** from one living person to another ⟨*inter vivos* gifts⟩ ⟨property transferred *inter vivos*⟩

**in·ter·vo·cal·ic** \ˌin-tər-vō-ˈka-lik\ *adj* (1887) **:** immediately preceded and immediately followed by a vowel — **in·ter·vo·cal·i·cal·ly** \-li-k(ə-)lē\ *adv*

**¹in·ter·weave** \ˌin-tər-ˈwēv\ *vb* **-wove** \-ˈwōv\ *also* **-weaved; -wo·ven** \-ˈwō-vən\ *also* **-weaved; -weav·ing** *vt* (1598) **1 :** to weave together **2 :** to mix or blend together ⟨*interweaving* his own insights . . . with letters and memoirs —Phoebe Adams⟩ ~ *vi* **:** INTERTWINE, INTERMINGLE — **in·ter·weave** \ˈin-tər-ˌwēv\ *n* — **in·ter·wo·ven** \ˌin-tər-ˈwō-vən\ *adj*

**in·tes·ta·cy** \in-ˈtes-tə-sē\ *n* (1767) **:** the quality or state of being or dying intestate

**¹in·tes·tate** \in-ˈtes-ˌtāt, -tət\ *adj* [ME, fr. L *intestatus,* fr. *in-* + *testatus* testate] (14c) **1 :** having made no valid will ⟨died ~⟩ **2 :** not disposed of by will ⟨an ~ estate⟩

**²intestate** *n* (1658) **:** one who dies intestate

**in·tes·ti·nal** \in-ˈtes-tə-nᵊl, -ˈtes(t)-nəl, -ˈte-sᵊn-əl, *Brit often* ˌin-(ˌ)tes-ˈtī-nᵊl\ *adj* (15c) **1 :** affecting or occurring in the intestine; *also* **:** living in the intestine **2 :** of, relating to, or being the intestine — **in·tes·ti·nal·ly** *adv*

**intestinal fortitude** *n* [euphemism for *guts*] (ca. 1937) **:** COURAGE, STAMINA

**¹in·tes·tine** \in-ˈtes-tən\ *adj* [ME, fr. MF or L; MF *intestin,* fr. L *intestinus,* fr. *intus* within — more at ENT-] (15c) **:** INTERNAL; *specif* **:** of or relating to the internal affairs of a state or country ⟨~ war⟩

**²intestine** *n* [ME, fr. MF *intestin,* fr. L *intestinum,* fr. neut. of *intestinus*] (15c) **:** the tubular part of the alimentary canal that extends from the stomach to the anus

**in·ti** \ˈin-tē\ *n* [Quechua, sun] (1985) **:** the basic monetary unit of Peru from 1985 to 1990

**in·ti·ma** \ˈin-tə-mə\ *n, pl* **-mae** \-ˌmē, -ˌmī\ *or* **-mas** [NL, fr. L, fem. of *intimus*] (1873) **:** the innermost coat of an organ (as a blood vessel) consisting usu. of an endothelial layer backed by connective tissue and elastic tissue — **in·ti·mal** \-məl\ *adj*

**in·ti·ma·cy** \ˈin-tə-mə-sē\ *n, pl* **-cies** (1641) **1 :** the state of being intimate **:** FAMILIARITY **2 :** something of a personal or private nature

**¹in·ti·mate** \ˈin-tə-ˌmāt\ *vt* **-mat·ed; -mat·ing** [LL *intimatus,* pp. of *intimare* to put in, announce, fr. L *intimus* innermost, superl. of (assumed) OL *interus* inward — more at INTERIOR] (1522) **1 :** to make known esp. publicly or formally **:** ANNOUNCE **2 :** to communicate delicately and indirectly **:** HINT ***syn*** see SUGGEST — **in·ti·mat·er** *n* — **in·ti·ma·tion** \ˌin-tə-ˈmā-shən\ *n*

**²in·ti·mate** \ˈin-tə-mət\ *adj* [alter. of obs. *intime,* fr. L *intimus*] (1632) **1 a :** INTRINSIC, ESSENTIAL **b :** belonging to or characterizing one's deepest nature **2 :** marked by very close association, contact, or familiarity ⟨~ knowledge of the law⟩ **3 a :** marked by a warm friendship developing through long association **b :** suggesting informal warmth or privacy ⟨~ clubs⟩ **4 :** of a very personal or private nature — **in·ti·mate·ly** *adv* — **in·ti·mate·ness** *n*

**³in·ti·mate** \ˈin-tə-mət\ *n* (1659) **:** an intimate friend or confidant

**in·tim·i·date** \in-ˈti-mə-ˌdāt\ *vt* **-dat·ed; -dat·ing** [ML *intimidatus,* pp. of *intimidare,* fr. L *in-* + *timidus* timid] (1646) **:** to make timid or fearful **:** FRIGHTEN; *esp* **:** to compel or deter by or as if by threats — **in·tim·i·dat·ing·ly** \-ˌdā-tiŋ-lē\ *adv* — **in·tim·i·da·tion** \-ˌti-mə-ˈdā-shən\ *n* — **in·tim·i·da·tor** \-ˈti-mə-ˌdā-tər\ *n*

***syn*** INTIMIDATE, COW, BULLDOZE, BULLY, BROWBEAT mean to frighten into submission. INTIMIDATE implies inducing fear or a sense of inferiority into another ⟨*intimidated* by so many other bright freshmen⟩. COW implies reduction to a state where the spirit is broken or all courage is lost ⟨not at all *cowed* by the odds against making it in show business⟩. BULLDOZE implies an intimidating or an overcoming of resistance usu. by urgings, demands, or threats ⟨*bulldozed* the city council into approving the plan⟩. BULLY implies intimidation through threats, insults, or aggressive behavior ⟨*bullied* into giving up their lunch money⟩. BROWBEAT implies a cowing through arrogant, scornful, contemptuous, or insolent treatment ⟨*browbeat* the witness into a contradiction⟩.

**in·tim·i·da·to·ry** \-ˈti-mə-də-ˌtōr-ē, -ˌtȯr-\ *adj* (ca. 1846) **:** tending to intimidate

**in·tinc·tion** \in-ˈtiŋ(k)-shən\ *n* [LL *intinction-, intinctio* baptism, fr. L *intingere* to dip in, fr. *in-* + *tingere* to dip, moisten — more at TINGE] (1872) **:** the administration of the sacrament of Communion by dipping the bread in the wine and giving both together to the communicant

**in·tine** \ˈin-ˌtēn\ *n* [prob. fr. G, fr. L *intus* within + NL *in-* fibrous tissue, fr. Gk *in-, is* tendon] (1835) **:** the inner mostly cellulose wall of a spore (as a pollen grain)

**in·ti·tule** \in-ˈti-(ˌ)chü(ə)l\ *vt* **-uled; -ul·ing** [MF *intituler,* fr. LL *intitulare,* fr. L *in-* + *titulus* title] (15c) *Brit* **:** to furnish (as a legislative act) with a title or designation

**in·to** \ˈin-(ˌ)tü, -tə\ *prep* [ME, fr. OE *intō,* fr. ²*in* + *tō* to] (bef. 12c) **1** — used as a function word to indicate entry, introduction, insertion, superposition, or inclusion ⟨came ~ the house⟩ ⟨enter ~ an alliance⟩ **2 a :** to the state, condition, or form of ⟨got ~ trouble⟩ **b :** to the occupation, action, or possession of ⟨go ~ farming⟩ **c :** involved with or interested in ⟨~ hard drugs⟩ ⟨~ Latin epigrammatists⟩ **3** — used as a function word to indicate a period of time or an extent of space part of which is passed or occupied ⟨far ~ the night⟩ **4 :** in the direction of ⟨looking ~ the sun⟩ **5 :** to a position of contact with **:** AGAINST ⟨ran ~ a wall⟩ **6** — used as a function word to indicate the dividend in division ⟨dividing 3 ~ 6 gives 2⟩

**in·tol·er·a·ble** \(ˌ)in-ˈtäl-rə-bəl, -ˈtä-lə-rə-, -ˈtä-lər-bəl\ *adj* [ME, fr. L *intolerabilis,* fr. *in-* + *tolerabilis* tolerable] (15c) **1 :** not tolerable **:** UNBEARABLE ⟨~ pain⟩ **2 :** EXCESSIVE — **in·tol·er·a·bil·i·ty** \-ˌtäl-rə-ˈbi-lə-tē, -ˌtä-lə-rə-, -ˌtä-lər-\ *n* — **in·tol·er·a·ble·ness** \-ˈtäl-rə-bəl-nəs, -ˈtä-lə-rə-, -ˈtä-lər-bəl-\ *n* — **in·tol·er·a·bly** \-blē\ *adv*

**in·tol·er·ance** \(ˌ)in-ˈtäl-rən(t)s, -ˈtä-lə-\ *n* (1765) **:** the quality or state of being intolerant; *esp* **:** exceptional sensitivity (as to a drug)

**in·tol·er·ant** \-rənt\ *adj* (ca. 1735) **1 :** unable or unwilling to endure ⟨a plant ~ of direct sunlight⟩ ⟨~ of criticism⟩ **2 a :** unwilling to grant equal freedom of expression esp. in religious matters **b :** unwilling to grant or share social, political, or professional rights **:** BIGOTED — **in·tol·er·ant·ly** *adv* — **in·tol·er·ant·ness** *n*

**in·to·nate** \ˈin-tə-ˌnāt, -(ˌ)tō-\ *vt* **-nat·ed; -nat·ing** (1795) **:** INTONE, UTTER

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \à, k̟, ⁿ, œ, œ̄, ue, ue̅, ʸ\ *see* Guide to Pronunciation