# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRK BRANDS, INC., and<br>GARY J. MORRIS, PH.D.,<br><br>Plaintiffs,<br><br>v.<br><br>NEST LABS, INC.,<br><br>Defendant. | Civil Action No.: 13-cv-7900<br><br>Honorable Richard A. Posner |

## LPR 4.2(f): JOINT CLAIM CONSTRUCTION CHART

Pursuant to Local Patent Rule 4.2(f), Defendant Nest Labs, Inc. and Plaintiffs BRK Brands, Inc. and Gary J. Morris, Ph.D. submit their Joint Claim Chart for U.S. Patent Nos. 6,144,310 ("'310 patent"), 6,600,424 ("'424 patent"), 6,784,798 ("'798 patent"), 7,158,040 ("'040 patent"), 6,323,780 ("'780 patent"), 6,377,182 ("'182 patent").

| No. | Claim Term/ Phrase | Defendant's Proposed Construction | Plaintiffs' Proposed Constructions |
|---|---|---|---|
| 1 | "[tonal pattern includes][1] predetermined silent intervals" ('310: 14; '424: 1, 5; '798: 1; '040: 1)<br><br>"predetermined tonal silent periods" ('424: 37)<br><br>"[groups of tones are spaced apart by] silent, longer second time intervals" ('424: 7; '798: 19)<br><br>"[some of the tones/groups of tones are spaced apart by a] first time interval [and wherein others of the tones are closer together]" ('424: 9; 780: 54)<br><br>"periods of silence [in the tonal pattern]" ('424: 24)<br><br>"periods of silence in said prescribed [audible tonal pattern]" ('780: 1, 12) | The silent intervals or periods between groups of tones for a given alarm type have the same duration. The maximum silent period is 1.5 seconds for smoke and 5 seconds for carbon monoxide | '310: 14; '424: 1, 5, 37; '798: 1; '040: 1; '780: 1, 4, 12: One or more silent periods of prescribed audible tonal patterns<br><br>'424: 7; '798: 19: The time interval that occurs between groups of fire alarm indicating tones that is longer than the silent time period that occurs among the members of the groups<br><br>'424: 9; 780: 54: A time interval that is distinguished from a second or other time interval<br><br>'424: 24: A silent period |
| 2 | "outputs . . . an interleaved . . . [message] in a respective silent interval" ('310: 14; '040: 1)<br><br>"emits . . . [message(s)] in respective silent intervals" ('424: 1, 5; '798: 10)<br><br>"[message] . . . emitted in respective silent intervals" ('798: 1)<br><br>"injects . . . [fire indicating word] into only the second | The same verbal message (of alarm type and/or location) is announced during each intergroup silent period | '310: 14; '040: 1: Outputs an audio representation of a respective one of the tonal patterns with an interleaved respective verbal alarm type message in a respective silent interval<br><br>'424: 1, 5; '798: 10: Emits the audible tonal pattern and respectively emits the verbal alarm-type message in respective silent intervals<br><br>'798: 1: The selected |

---

[1] Bracketed language is provided for context, but is not part of the term to be construed.

| No. | Claim Term/ Phrase | Defendant's Proposed Construction | Plaintiffs' Proposed Constructions |
|---|---|---|---|
| | time intervals [between groups of tones]" ('424: 7; '798: 19)<br><br>"emits . . . [voice message] . . . during the periods of silence" ('424: 24)<br><br>"[voice message] . . . is emitted during periods of silence" ('780: 1) | | location message to be repetitively emitted in respective silent intervals<br><br>'424: 7; '798: 19: Injects the stored fire indicating word into only the second time intervals between groups of fire alarm indicating tones<br><br>'424: 24; '780: 1: Emits/[ted] during a silent period |
| 3 | "manually settable [location] specifying member [. . . whereby a user can specify a location]" ('424: 9)<br><br>"selectable coding element [to define each detector's installation location]" ('424: 24)<br><br>"selectable coding circuitry [to define the installation location]" ('780: 1)<br><br>"circuitry to provide for the selection of [language type presentation of said pre-recorded messages]" ('780: 4)<br><br>"circuit to provide for the selection of [language-type presentation]" ('780: 12)<br><br>"alarm code selector [to define a voice information code]" ('780: 27) | User positionable hardware switch(es) or wire(s) (e.g., jumper(s)) and associated circuitry [for setting location or language, respectively] | '424: 9, 24; '780: 1, 4, 12: Hardware and/or programmable circuitry for user selection of [location / language type]<br><br>'780: 27: Programmable circuitry [to define a voice information code] |

3

| No. | Claim Term/ Phrase | Defendant's Proposed Construction | Plaintiffs' Proposed Constructions |
|---|---|---|---|
| 4 | "selector to define a coded radio frequency signal" ('780: 27)<br><br>"a settable system specifying element . . . for establishing a coded system specific identifier" ('780: 54) | User positionable hardware switch(es) or wire(s) (e.g., jumpers) and associated circuitry for selecting a unique code for wireless communications between detectors. | '780: 27: User adjustable circuitry for selecting a code for radio communications between detectors<br><br>'780: 54: User adjustable circuitry coupled to the control circuit for establishing a unique identity of the system |
| 5 | "control electronics" ('310: 14; '040: 1; '798: 1; '424: 1, 5)<br><br>"control element" ('798: 19; '424: 7)<br><br>"electronic circuit" ('424: 37) | Discrete hardware elements that trigger the playing of voice messages during silent periods | '310: 14; '424: 1, 5, 7; '798: 1, 19; '040: 1: Hardware and/or programmable circuitry<br><br>'424: 37: Programmable circuitry |
| 6 | "interconnecting a minimum of two environmental condition detectors forming an environmental condition detection system . . . interconnected detectors" ('424: 24) | The detectors have a wired connection to each other for transmitting and receiving alarm signals | Creating a wired communication path between condition detectors |
| 7 | "a processor programmed for retrieving a selected tonal alarm pattern and presenting same to the audible alarm" ('780: 6, 16) | The term is governed by 35 U.S.C. § 112, ¶ 6:<br><br>**Function:** "retrieving a selected tonal alarm pattern and presenting same to the audible alarm"<br><br>**Structure**: The '780 patent fails to disclose supporting structure for a programmed processor, such as the steps or operations the processor performs to accomplish the | This is not a means-plus-function claim limitation.<br><br>A processor programmed with a set of instructions that receives input data and compares the input data to pre-selected threshold data values in memory for selecting tonal patterns indicative of a sensed condition and presents the selected tonal patterns to an |

4

| No. | Claim Term/ Phrase | Defendant's Proposed Construction | Plaintiffs' Proposed Constructions |
|---|---|---|---|
| | | recited function; thus, this claim is invalid as indefinite | audible alarm |
| 8 | "substantially symmetrical in-flow and out-flow of ambient atmosphere" ('182: 1, 30)<br><br>"facilitates a symmetrical inflow of ambient atmosphere into the sensor" ('182: 10) | The air flow paths are [substantially] the same from opposing sides and are not obstructed or redirected by other components, vanes or deflectors | Claims 1 and 30: [Housing provides] in-flow and out-flow of ambient atmosphere to and from the sensor in a substantially corresponding form<br><br>Claim 10: [Housing] facilitates inflow of ambient atmosphere into the sensor in a corresponding form |
| 9 | "for atmospheric ingress and egress with a substantially planar flow path [through the housing adjacent to the interior surface]" ('182: 20) | The entrance and exit flow paths lie largely in two dimensions and are not vertically deflected or displaced by other components, vanes or deflectors | Such that atmosphere enters and exits the housing substantially parallel to the housing [and adjacent to the interior surface] |

DATED: May 19, 2014                                    Respectfully submitted,

/s/ Sanjay K. Murthy                                    /s/ Kevin X. McGann

Sanjay K. Murthy
sanjay.murthy@klgates.com
Benjamin E. Weed
benjamin.weed@klgates.com
Devon C. Beane
devon.beane@klgates.com
K&L GATES LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Tel: (312) 372-1121
Fax: (312) 827-800

Bryan J. Sinclair
bryan.sinclair@klgates.com
K&L GATES LLP

Kevin X. McGann
Jeffrey J. Oelke
John P. Scheibeler
John P. Padro
Vigen Salmastlian
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
(212) 819-8200

John Letchinger
Baker & Hostetler LLP
191 North Wacker Drive
Chicago, IL 60606-1901
(312) 416-6206

630 Hansen Way
Palo Alto, CA
Tel: (650) 798-6700
Fax: (650) 798-6701

*Attorneys for Defendant Nest Labs, Inc.*

Ravi S. Deol
ravi.deol@klgates.com
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Tel: (214) 939-5500
Fax: (214) 939-5849

*Attorneys for Plaintiff BRK Brands, Inc.*

Lynn J. Alstadt
lynn.alstadt@bipc.com
Craig G. Cochenour
craig.cochenour@bipc.com
BUCHANAN INGERSOLL & ROONEY P.C.
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, Pennsylvania 15219-1410
Tel: (412) 562-8800
Fax: (412) 562-1041

*Attorneys for Plaintiff Gary J. Morris, Ph.D.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2014, I electronically filed the foregoing **JOINT CLAIM CONSTRUCTION CHART** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

By: */s/ Frank Blechschmidt*

Frank Blechschmidt (#6308606)
Baker & Hostetler LLP
191 North Wacker Drive
Chicago, IL 60606-1901
(312) 416-6206

*One of the Attorneys for Defendant Nest Labs, Inc.*