# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRK BRANDS, INC., and<br>GARY J. MORRIS, PH.D., | |
| Plaintiffs, | Civil Action No.: 13-cv-7900 |
| v. | Honorable Richard A. Posner |
| NEST LABS, INC., | |
| Defendant. | |

## UNOPPOSED MOTION REGARDING ORDER OF MARCH 24, 2014

The parties respectfully submit this Unopposed Motion Regarding Order of March 24, 2014. In view of the Court's Claim Construction Order (Dkt. No. 152), the parties are currently engaged in discussions that they anticipate will narrow or eliminate issues for the experts and Court to address (as well as substantially reduce the required discovery). In order to facilitate those discussions, the parties request (and stipulate to) an additional week for the preparation of all expert reports. Accordingly, the parties respectfully request that the Court adopt the following revised schedule (reflected in the far right column below):

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Final Election of Asserted Claims—BRK To Limit To No More Than 12 Claims | June 2, 2014 | May 30, 2014 |
| Expert Reports of Parties with Burden of Proof (LPR 5.1(b)) | June 18, 2014 | June 25, 2014 |
| Final Election of Asserted Prior Art—Nest To Limit To No More Than 15 References | June 18, 2014 | June 25, 2014 |
| Neutral Expert Reports | June 25, 2014 | July 2, 2014 |
| Rebuttal Expert Reports (LPR 5.1) | July 2, 2014 | July 9, 2014 |
| Completion of Expert Witness Depositions (LPR 5.2) | July 16, 2014 | July 23, 2014 |
| Final Day for Filing Dispositive Motions | July 23, 2014 | July 30, 2014 |

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| (LPR 6.1) | | |
| Joint Pretrial Order | TBD | TBD |
| Final Pretrial Conference | TBD | TBD |
| Trial Date (Liability Only) | August 18, 2014 | August 18, 2014 |

Date: May 30, 2014

/s/ Sanjay K. Murthy
Sanjay K. Murthy
sanjay.murthy@klgates.com
Benjamin E. Weed
benjamin.weed@klgates.com
Devon C. Beane
devon.beane@klgates.com
K&L GATES LLP
70 W. Madison St., Suite 3100
Chicago, IL  60602
Tel: (312) 372-1121
Fax:  (312) 827-800

Bryan J. Sinclair (*pro hac vice*)
bryan.sinclair@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, CA
Tel:  (650) 798-6700
Fax:  (650) 798-6701

Ravi S. Deol
ravi.deol@klgates.com
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Tel:  (214) 939-5500
Fax:  (214) 939-5849

**ATTORNEYS FOR PLAINTIFF BRK BRANDS, INC.**


Lynn J. Alstadt (*pro hac vice*)
lynn.alstadt@bipc.com

Respectfully submitted,

/s/ John Letchinger
John Letchinger
Baker & Hostetler LLP
191 North Wacker Drive
Chicago, IL 60606-1901
(312)416-6206

Kevin X. McGann
Jeffrey J. Oelke
John P. Scheibeler
John P. Padro
Vigen Salmastlian
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

**ATTORNEYS FOR DEFENDANT NEST LABS, INC.**

Craig G. Cochenour (*pro hac vice*)
craig.cochenour@bipc.com
BUCHANAN INGERSOLL & ROONEY P.C.
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, Pennsylvania 15219-1410
Tel: (412) 562-8800
Fax: (412) 562-1041

**ATTORNEYS FOR PLAINTIFF GARY J. MORRIS, PH.D.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of May, 2014, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

/s/ *Bryan J. Sinclair*
Bryan J. Sinclair