UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

———————

| | |
|---|---|
| BRK BRANDS, INC. and GARY J. MORRIS, *Plaintiffs*, v. NEST LABS, INC., *Defendant*. | No. 13 C 7900 Judge Richard A. Posner |

ORDER OF MAY 30, 2014

The parties' joint motion for a revised schedule [154] is granted. Here is the revised schedule:

| Event | Deadline |
|---|---|
| Final Election of Asserted Claims—BRK To Limit To No More Than 12 Claims | May 30, 2014 |
| Expert Reports of Parties with Burden of Proof (LPR 5.1(b)) | June 25, 2014 |
| Final Election of Asserted Prior Art—Nest To Limit To No More Than 15 References | June 25, 2014 |
| Neutral Expert Reports | July 2, 2014 |
| Rebuttal Expert Reports (LPR 5.1) | July 9, 2014 |
| Completion of Expert Witness Depositions (LPR 5.2) | July 23, 2014 |
| Final Day for Filing Dispositive Motions (LPR 6.1) | July 30, 2014 |
| Joint Pretrial Order | TBD |
| Final Pretrial Conference | TBD |
| Trial Date (Liability Only) | August 18, 2014 |

2   No. 13 C 7900

*/s/ Richard A. Posner*

United States Circuit Judge