**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRK BRANDS, INC., and GARY J. MORRIS, PH.D., | |
| Plaintiffs, | Civil Action No.: 13-cv-7900 |
| v. | Honorable Richard A. Posner |
| NEST LABS, INC., | |
| Defendant. | |

**STIPULATION TO DISMISS PLAINTIFF BRK BRANDS, INC.'S
CLAIMS FOR INFRINGEMENT OF THE '182 PATENT**

Plaintiffs BRK Brands, Inc. ("BRK") and Defendant Nest Labs, Inc. ("Nest"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), respectfully submit this stipulation of dismissal without prejudice with respect to Plaintiff BRK's claims for infringement of U.S. Patent No. 6,377,182 ("the '182 patent") with each side to bear its own costs, expenses and attorneys' fees with respect thereto.

BRK agrees that, by entering into this stipulation, Nest does not waive any rights to assert any and all defenses, claims or counterclaims in any action involving the '182 patent.

**STIPULATED AND AGREED**

Date: June 6, 2014

Respectfully submitted,

| | |
|---|---|
| /s/ John Letchinger (signed with express permission) | /s/ Sanjay K. Murthy |
| Kevin X. McGann (*pro hac vice*) | Sanjay K. Murthy |
| Jeffrey J. Oelke | sanjay.murthy@klgates.com |
| John P. Scheibeler (*pro hac vice*) | Benjamin E. Weed |
| John P. Padro (*pro hac vice*) | benjamin.weed@klgates.com |
| Vigen Salmastlian (*pro hac vice*) | Devon C. Beane |
| White & Case LLP | devon.beane@klgates.com |

- 2 -

1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

John Letchinger
Baker & Hostetler LLP
191 North Wacker Drive
Chicago, IL 60606-1901
(312) 416-6206

**ATTORNEYS FOR DEFENDANT NEST LABS, INC.**

K&L GATES LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Tel: (312) 372-1121
Fax: (312) 827-800

Bryan J. Sinclair (*pro hac vice*)
brian.sinclair@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, CA
Tel: (650) 798-6700
Fax: (650) 798-6701

Ravi S. Deol
ravi.deol@klgates.com
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Tel: (214) 939-5500
Fax: (214) 939-5849

**ATTORNEYS FOR PLAINTIFF BRK BRANDS, INC.**

        **SO ORDERED.**

Dated this ____ day of _____, 2014.

        _____
        Richard A. Posner
        United States Circuit Judge